**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

SAVVY DOG SYSTEMS, LLC, and POM of
Pennsylvania, LLC

      *Plaintiffs*,

    v.

PENNSYLVANIA COIN, LLC, and PA COIN
HOLDINGS, LLC,

      *Defendants*.

Case No. _____

## COMPLAINT

1.      This is an action for patent infringement under 35 U.S.C. § 271, *et seq*., by Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (together, "Plaintiffs") against Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "PA Coin" or "Defendants") for infringement of U.S. Patent No. 7,736,223 (the "'223 Patent"). A true and correct copy of the '223 Patent is attached hereto as **Exhibit A**.

## THE PARTIES

2.      Plaintiff Savvy Dog Systems, LLC is a limited liability company formed under the laws of Wyoming with a principal place of business in Duluth, Georgia.

3.      Plaintiff POM of Pennsylvania, LLC ("POM") is a limited liability company formed under the laws of Wyoming with a principal place of business in Duluth, Georgia.

4.      Upon information and belief, Defendant Pennsylvania Coin, LLC is a Pennsylvania limited liability company with a principal office located at 300 Olive Street, Scranton, Pennsylvania, 18509. Pennsylvania Coin may be served with process by service at its registered office, 300 Olive Street, Scranton, PA, 18509.

{01805921;v1 }

Case 3:02-at-06000 Document 870 Filed 08/23/19 Page 2 of 38

5. Upon information and belief, Defendant PA Coin Holdings, LLC is a Pennsylvania limited liability company with a principal office located at 300 Olive Street, Scranton, Pennsylvania, 18509. PA Coin Holdings may be served with process by service at its registered office, 300 Olive Street, Scranton, PA, 18509.

6. Upon information and belief, PA Coin is under common ownership and control, shares common offices with and has overlapping executive teams and directors, operating in tandem as a single enterprise for the purpose of distributing gaming products throughout Pennsylvania.

7. Upon information and belief, PA Coin maintain office locations as regular and established places of business in Pennsylvania in this judicial district, including a regular and established place of business in Nanticoke, Pennsylvania. They use these offices and their employees to regularly and systematically conduct their business – the distribution and sale of gaming equipment – throughout Pennsylvania.

8. PA Coin are in the business of selling and offering for sale in the United States, including selling throughout Pennsylvania, including in this judicial district, the Infringing Products, as explained in greater detail below.

**JURISDICTION AND VENUE**

9. This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284–85, among others. This Court has subject matter jurisdiction over the action for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

10. PA Coin has availed itself of the privilege of doing business in Pennsylvania, including in this judicial district. Defendants are both Pennsylvania limited liability companies and have regular and established places of business in Pennsylvania, including its offices

{01805921;v1 } 2

identified above and facilities in Pennsylvania from which PA Coin operates their business.

11.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400(b) because PA Coin have committed acts of infringement of the '223 Patent by making, using, offering for sale and/or selling Infringing Products in this judicial district, where they are located and where they have at least one regular and established place of business.

## FACTUAL BACKGROUND

12.     Savvy Dog Systems, LLC is the record title owner of the '223 Patent. POM has an exclusive license in Pennsylvania which entitles it to the substantive rights of a patent owner in Pennsylvania, including the right to sue for and collect past, present and future damages and to seek injunctive or any other relief for infringement of the '223 Patent in Pennsylvania.

13.     The '223 Patent lawfully issued on June 15, 2010 and was filed June 30, 2006. The '223 Patent claims priority to U.S. Application No. 11/430,770, filed on May 9, 2006, which claims priority to provisional application No. 60/788,363 filed March 31, 2006. The '223 Patent is titled "Electronic Gaming Method and System Having Preview Screen."

14.     The '223 Patent is valid and enforceable.

15.     Michael R. Pace ("Pace") is the sole inventor of the '223 Patent.

16.     Pace is recognized for significant accomplishments that include creating the first countertop video game, developing the first game terminal that offered multiple games in a single console, and developing the immensely successful Pot-O-Gold video game. He is the recipient of many U.S. Patents, further demonstrating that he is an innovator in the gaming industry.

17.     The '223 Patent is directed to an electronic gaming terminal that generates a field of game symbols. The individual claims of the '223 Patent determine the patent's specific scope,

{01805921;v1 }                                3

Case 3:02-at-06000 Document 870 Filed 08/23/19 Page 4 of 38

but in general, a game terminal has the ability to display a "preview." The preview may be used for allowing a user to decide whether to play or not play the next active game.

18.     The '223 Patent protects one of the important features of the Tic-Tac-Fruit game, namely, the elimination of chance through the ability of a player to see the next game outcome on-screen before ever making a financial commitment. This enhances the appeal of the game in jurisdictions which do not permit games of chance, but do permit games of predominant skill.

19.     The preview described in the '223 Patent may be implemented in several different embodiments. One embodiment, among others, expressly described in the '223 Patent is directed to the game preview displayed being a results screen. For example, the '223 Patent states "In this case, the preview screen could actually be the results screen, displaying the game outcome." (Ex. A at 11:20-22). The '223 Patent further states, "The displayed game could actually be the result which may or may not be a winning combination of symbols." (Ex. A at 11:48-49).

20.     The '223 Patent is directed to methods and devices that implement specific, concrete innovations in a gaming terminal. The '223 Patent describes counter-intuitive operations, such as, "testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field," as recited in claim 44.

21.     Unlike conventional gaming terminals, the claims of the '223 Patent include elements that are not well-known, generic or routine. Prior art solutions failed to appreciate at least the overall features of the claimed invention, which represents a well-ordered combination of elements.

{01805921;v1 }                                        4

22.     The '223 Patent also describes "automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play." Prior to the time of invention, gaming terminals such as conventional slot machines were devoid of this claim element.  It would be counter-intuitive for business and technical reasons to add this functionality.

23.     The claims of the '223 Patent encompass novel and non-obvious technology that was neither well-understood, routine nor conventional to a skilled artisan at the time of the invention. Such novel technology includes, but is not limited to, testing the game field and automatically displaying an actual game to be played to a player prior to initiating activation of game play.

24.     The fact that the technology claimed in the '223 Patent is not routine, generic or conventional is also illustrated by the fact that years after its March 2006 priority date, other companies in the industry were creating and seeking patents for themselves on technology similar to that disclosed in the '223 Patent, and were themselves representing to the U.S. Patent and Trademark Office that their "inventions" were, in fact, patentable (*i.e.*, novel and non-obvious).  They certainly would not have spent their time, money and effort attempting to patent technology that was merely conventional, routine or generic at the time.

25.     For example, U.S. Patent No. 9,530,282 (the "282 Patent") issued on December 27, 2016.  A true and correct copy of the "282 Patent" is attached hereto as **Exhibit B**.  The '282 Patent is titled "Video Game Gaming System".  It claims a "method of adapting games of skill into a gaming machine" including the steps of accepting initiation of a play, providing one or more single-player games, evaluating and recording results, presenting a Paytable, evaluating

Case 3:02-at-06000   Document 870   Filed 08/23/19   Page 6 of 38

and distributing any payout, and managing a variance of a Return To Player (RTP) of the Paytable.  (Ex. B at claim 1).

26.     The '282 Patent, which was examined by the USPTO years after issuance of the '223 Patent, resulted in a finding that the '282 Patent technology represented nonconventional, non-routine technology directed to providing gaming devices for playing a game of skill.

27.     PA Coin have infringed and continue to infringe the '223 Patent by selling and offering to sell gaming terminal equipment which infringe the '223 Patent (referred to herein as the "Infringing Products").

28.     Specifically, the Infringing Products sold and offered for sale by PA Coin include electronic video gaming terminals equipped with gaming (circuit) boards supplied by Banilla Games, and having preloaded thereon one or more games thereon described by Banilla Games as "Preview + Skill" games.  These games include such games as Lightning Skill, Super Skill 1, Superior Skill 2, Superior Skill 3, Superior Skill: Lightning Edition, Choice Skill 1, Choice Skill 2, Choice Skill 3, Choice Skill 4 (collectively, the "Preview + Skill Games").   In addition, the Infringe Products include electronic video gaming terminals equipped with gaming (circuit) boards supplied by Banilla Games, and having preloaded thereon one or more games thereon described by Banilla Games as Fusion 1, Fusion 2, and Fusion 3 (collectively "Fusion Games").

29.     Claim 44 of the '223 Patent (Claim 44) is reads as follows (with claim element designators added in bold):

> [44P] An electronic gaming system comprising:
>
> [44.1] an electronic game terminal including a touch screen display;
>
> [44.2] a game processor for generating an interactive electronic game on the game terminal, the game processor configured for:
>
> [44.3] constructing a field having a plurality of elements for the

interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols;

**[44.4]** determining at least one winning combination for each play of the game;

**[44.5]** testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field;

**[44.6]** automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play;

**[44.7]** determining if the player has decided to play the displayed game; and

**[44.8]** displaying an outcome resulting from play of the displayed game.

30. PA Coin offers for sale, sells, distributes and installs the Infringing Products.

31. Referring to the preamble **[44P]** of Claim 44, as embodied in the PA Coin gaming terminals including Superior Skill: Lightning Edition, these terminals are an electronic gaming system. For example, the Superior Skill: Lightning Edition is described in Banilla's advertising as follows:

> **Superior Skill: Lightning Edition** is the latest exciting addition to Banilla's Choice/Superior Skill line of games. It features 3 of our most popular classic-style nudge games from the Superior Skill Series, including Nut Shack, Silver & Gold Spins, and Double Shot, and 2 Hot Swap favorites, Bathtime Bucks and Spooky's Loot. We made these games even MORE exciting by incorporating the popular "Follow the Banana Feature," making Superior Skill: Lightning Edition the perfect addition to your route!

*See* http://www.banillagames.com/product/lightning-edition/

32. The Lightning Skill games also practice **[44P]**. For example, as described on the Banilla website, "***Lightning Skill*** is a new addition to Banilla's Choice/Superior Skill line of

games. It offers 3 classic style nudge games, including *Fabulous Las Vegas, Piggy Bank or Bust,* and *Silver and Gold Spins*." *See* http://www.banillagames.com/product/lightning-skill/

33.    The Superior Skill 1 games also practice **[44P]**.  For example, as described on the Banilla website, "Superior Skill 1 -Superior Skill 1 has five exclusive games specially for the skill-based amusement market! It contains 3 classic nudge games and 2 hot swap titles." *See* http://www.banillagames.com/superior-skill/superior-skill-1/

34.    The Superior Skill 2 games also practice **[44P]**.  For example, as described on the Banilla website, "Superior Skill 2 has five exclusive games specially for the skill-based amusement market!  It contains 3 classic nudge games and 2 hot swap titles." *See* http://www.banillagames.com/superior-skill/superior-skill-2/

35.    The Superior Skill 3 games also practice **[44P]**.  For example, as described on the Banilla website, "Superior Skill 3 has five exclusive games specially for the skill-based amusement market!  It contains 4 classic nudge games and 1 hot swap title." *See* http://www.banillagames.com/superior-skill/superior-skill-3/

36.    The Choice Skill 1 games also practice **[44P]**.  For example, as described on the Banilla website, "Choice Skill 1 is a three game multi-pack that includes 3 single line choice skill games. This game incorporates a preview and a skill task such that skill predominates over chance! Give us a call for more details!" *See* http://www.banillagames.com/choice-skill-1/

37.    The Choice Skill 2 games also practice **[44P]**.  For example, as described on the Banilla website, "Choice Skill 2 is a three game multi-pack that includes 3 hot swap titles. Hot swap is a new patent pending concept in which the player must choose the correct icon to complete the proper winning pay line. This game incorporates a preview and a skill task such that skill predominates over chance!" *See* http://www.banillagames.com/choice-skill-2/

{01805921;v1 }                                    8

38.     The Choice Skill 3 games also practice **[44P]**.  For example, as described on the Banilla website, "Choice Skill 3 is a three game multi-pack that includes two nudge games and 1 hot swap title. Hot swap is a new patent pending concept in which the player must choose the correct icon to complete the proper winning pay line. This game incorporates a preview and a skill task such that skill predominates over chance!" *See* http://www.banillagames.com/choice-skill-3/

39.     The Choice Skill 4 games also practice **[44P]**.  For example, as described on the Banilla website, "Choice Skill 4 is a three game multi-pack that includes 3 single line choice skill games.  This game incorporates a preview and a skill task such that skill predominates over chance!" *See* http://www.banillagames.com/choice-skill-4/

40.     For at least these reasons, preamble **[44P]** of Claim 44 is present in all of the Infringing Products.

41.     Regarding element **[44.1]** of Claim 44, as embodied in the PA Coin gaming terminals including Superior Skill: Lightning Edition, each of these terminals includes "an electronic game terminal including a touch screen display."  Shown below is a user manipulating the game terminal's touch screen of the Superior Skill: Lightning Edition:



42.     Shown below is the game terminal's touch screen of the Superior Skill: Lightning

Edition game:



43.    Shown below is the game terminal's touch screen of the Superior Skill 1

game, Superior Skill 2 game, and Superior Skill 3 game:







44. Shown below is the game terminal's touch screen of the Choice Skill 1 game, Choice Skill 2 game, Choice Skill 3 game, and Choice Skill 4 game:









45. For at least these reasons, element **[44.1]** of Claim 44 is present in the Infringing Products.

46. Regarding element **[44.2]** of Claim 44, as embodied in the PA Coin gaming terminals including Superior Skill: Lightning Edition, each of these terminals includes "a game processor for generating an interactive electronic game on the game terminal." As shown above, each of the Preview + Skill Games of the Infringing Products receives a user's touch screen commands, processes them, and generates an output to allow for a user to interact with the game terminal. These operations necessarily use a game processor to process the electronic inputs and generate electronic outputs that drive the touch screen display.

47. For at least these reasons, element **[44.2]** of Claim 44 is present in the Infringing Products.

48. Regarding element **[44.3]** of Claim 44, as embodied in the PA Coin gaming terminals including Superior Skill: Lightning Edition, each of these terminals includes a game

processor configured for "constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols." As shown below, the Superior Skill: Lightning Edition constructs a field having 3x3 array of elements for the interactive touch screen game display. An element may be one among a set of predefined game symbols, highlighted in the red box.



49.    In the example above, the game symbols above conform to the theme of "gold and silver" and may be "a seven", "a star", "a one-bar", "a two-bar", "a three-bar", etc.

50.    Shown below, the Lightning Skill constructs a field having 3x3 array of elements for the interactive touch screen game display:

Case 3:02-at-06000   Document 870   Filed 08/23/19   Page 16 of 38



51. As shown below, the Superior Skill 1 game, Superior Skill 2 game, and Superior Skill 3 game each constructs a field having 3x3 array of elements for the interactive touch screen game display:







52.     As shown below, the Choice Skill 1 game, Choice Skill 2 game, Choice Skill 3 game, and Choice Skill 4 game each constructs a field having 3x3 or 3x5 array of elements for the interactive touch screen game display:





Case 3:02-at-06000   Document 670   Filed 08/23/19   Page 19 of 38





53.     For at least these reasons, element **[44.3]** of Claim 44 is present in the Infringing Products.

54.     Regarding element **[44.4]** of Claim 44, as embodied in the PA Coin gaming terminals including each and every one of the Skill + Preview Games, each of these terminals includes a game processor configured for "determining at least one winning combination for

each play of the game." As demonstrated by the foregoing screenshots above, each of the Skill + Preview Games includes a "prize viewer" feature which illustrates the outcome of the next game before it is played. As a result, each of the Skill + Preview Games uses the gaming processor to determine at least one winning combination before game play for each game. This is discussed in more detail with respect to the following claim elements.

55. For at least these reasons, element **[44.4]** of Claim 44 is present in the Infringing Products.

56. Regarding element **[44.5]** of Claim 44, as embodied in the PA Coin gaming terminals including any of the Preview + Skill Games, each of these terminals includes a game processor configured for "testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field."

57. Each of the Preview + Skill Games determines the prize value for the next game in advance of game play. When this occurs, whether the game in question is a hot swap and/or a nudge game, the processor ensures that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field.

58. For example, in the Preview + Skill Games that are nudge games, once the prize is determined and the user chooses to play, the user interacts with the game field by "nudging" a group of symbols higher or lower to complete the game field. But, the game processor will have tested the game field prior to display to ensure that, without the nudging, the game field will not inadvertently yield a combination that is more valuable than the predetermined prize value.

59. Shown below is an image that depicts the "nudging" interaction (red circle added for emphasis) that does not inadvertently create a winning combination greater than the prize value.



60. To elaborate further on the operation of each of the Preview + Skill Games, if the determined winning combination were three particular symbols in a row corresponding to payout of $0.25, then, completing the game field by nudging or hot swapping will not inadvertently lead to a combination with a payout greater than $0.25.

61. For the Preview + Skill Games that additionally or alternatively include a "hot-swap" feature, the Infringing Products test the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field. The hot-swap feature is described as follows: "Hot swap is a new patent pending concept in which the player must choose the correct icon to complete the proper winning pay line. This game incorporates a

{01805921;v1 }                                           21

preview and a skill task such that skill predominates over chance!" *See, e.g.,*

http://www.banillagames.com/choice-skill-3/

62. Hot-swap allows for a user to complete the game field. Prior to displaying a game with a hot-swap, the Infringing Products test and ensure that a hot-swap selection does not inadvertently lead to a winning combination that exceeds the determined winning combination as presented in the preview. Just as with the nudge games discussed above, for the hot swap games, testing the game field in this manner is important to ensure that the game does not yield a combination that is more valuable than the predetermined prize value.

63. For at least these reasons, element **[44.5]** of Claim 44 is present in the Infringing Products.

64. Regarding element **[44.6]** of Claim 44, as embodied in the PA Coin gaming terminals including Preview + Skill Games, each of these terminals includes a game processor configured for "automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play." Shown below is an automatic display of an actual game including, specifically, an overlaid prize viewer with interactive "press play" language also displayed on the screen, signifying that the user has not yet initiated activation of gameplay. The user can see the game to be played, the previewed game results and is presented the decision whether to "press play" in order to play the game.

Case 3:02-at-06000   Document 670   Filed 08/23/19   Page 23 of 38



65.     Each of the Preview + Skill Games includes a prize viewer functionality and display screen substantially similar to the foregoing display shown.

66.     As another example, Banilla's Website describes the Infringing Products as games that "incorporate[] a preview" or "ha[ve] a preview." *See e.g.,* http://www.banillagames.com/ choice-skill-1/; *see also* http://www.banillagames.com/choice-skill-2/; http://www.banillagames.com/choice-skill-3/; *see also* http://www.banillagames.com/choice-skill-4/; *see also* http://www.banillagames.com/superior-skill/superior-skill-1/; *see also* http://www.banillagames.com/superior-skill/superior-skill-2/; *see also* http://www.banillagames.com/superior-skill/superior-skill-3/.

67.     For at least these reasons, element **[44.6]** of Claim 44 is present in the Infringing Products.

68.     Regarding element **[44.7]** of Claim 44, as embodied in the PA Coin gaming terminals including each of the Preview + Skill Games, each of these terminals includes a game processor configured for "determining if the player has decided to play the displayed game." Shown in the screenshot above, the user is presented with the option to "Press Play" on an interactive touch screen. The game processor therefore receives inputs from the user which it processes in order to determine if the user has decided to "play" the displayed game.

69.     For at least these reasons, element **[44.7]** of Claim 44 is present in the Infringing Products.

70.     Regarding element **[44.8]** of Claim 44, as embodied in the PA Coin n gaming terminals including any of the Preview + Skill Games, each of these terminals includes a game processor configured for displaying an outcome resulting from play of the displayed game. After a user hits play, the game processor of each of the Preview + Skill games performs an animation and then displays the outcome of the displayed game. For example, in the case of each Preview + Skill Game, any prize value of a completed game is added to the user's credits and then displayed for the user to see on the screen.

71.     Below, a red circle identifies the outcome resulting from play of the displayed game of the Superior Skill: Lightning Edition, which includes an amount won and a total amount of credits as a result of the outcome:



72.     Below, a red circle identifies the outcome resulting from play of the displayed game of the Superior Skill 1 game, Superior Skill 2 game, and Superior Skill 3 game, each includes an amount won and a total amount of credits as a result of the outcome or a last won outcome:







73.     Similar to the other Preview + Skill Games, the Lightning Skill, Choice Skill 1 game, Choice Skill 2 game, Choice Skill 3, and Choice Skill 4 game, each includes an amount won and a total amount of credits as a result of the outcome or a last won outcome.

74.     The Fusion Games are also examples of Infringing Products that infringe at least claim 44.

75.     Referring to the preamble **[44P]** of the claim 44, as embodied in the PA Coin gaming terminals including Fusion Games, these terminals are an electronic gaming system. For example, Fusion Games described as follows:

> Fusion is the next level of entertaining gaming experiences! It is a 5 game multi-pack that includes 5 nudge games. It is a slick and innovative design that works on a 32" vertical monitor. This game is a beauty and will be a must-have in your location!

*See* http://www.banillagames.com/product/fusion-2/

76.     For at least these reasons, preamble **[44P]** of Claim 44 is present in the Infringing Products.

77.     Regarding element **[44.1]** of Claim 44, as embodied in the PA Coin gaming terminals including Fusion Games, each of these terminals includes "an electronic game terminal including a touch screen display." Fusion Games include a "26″ Wide Foot Print", a "Vertical 32″ Touch Screen Hd Monitor" and a "Sleek & Innovative Design."

*See* http://www.banillagames.com/product/fusion/

78.     Shown below is the game terminal's touch screen of the Fusion Games:



79.     For at least these reasons, element **[44.1]** of Claim 44 is present in the Infringing Products.

80.     Regarding element **[44.2]** of Claim 44, as embodied in the PA Coin gaming terminals including Fusion Games, each of these terminals includes "a game processor for generating an interactive electronic game on the game terminal." As shown above, each of the

{01805921;v1 }                                          28

Fusion Games of the Infringing Products receives a user's touch screen commands, processes them, and generates an output to allow for a user to interact with the game terminal.  These operations necessarily use a game processor to process the electronic inputs and generate electronic outputs that drive the touch screen display.

81.     Below is an image of the touch screen display of a representative Fusion Game, which facilitates user interaction.



82.     For at least these reasons, element **[44.2]** of Claim 44 is present in the Infringing Products.

83.     Regarding element **[44.3]** of Claim 44, as embodied in the PA Coin gaming terminals including Fusion Games, each of these terminals includes a game processor configured for "constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols."  As shown below, the Fusion Games each construct a field having 3x3 array of elements for the interactive touch screen game display.  An element may be one among a set of predefined game symbols, highlighted in the red box.



84.     In the example above, the game symbols above conform to the theme of "Great American Buffalo" and may be "a ram", "a bear", "a buffalo", "a bobcat", "a deer", etc.

85.     For at least these reasons, element **[44.3]** of Claim 44 is present in the Infringing Products.

86.     Regarding element **[44.4]** of Claim 44, as embodied in the PA Coin gaming terminals including each and every one of the Fusion Games, each of these terminals includes a game processor configured for "determining at least one winning combination for each play of the game." As demonstrated by the foregoing screenshots above, each of the Fusion Games includes a "prize viewer" feature which illustrates the outcome of the next game before it is played.  As a result, each of the Fusion Games uses the gaming processor to determine at least

one winning combination before game play for each game. This is discussed in more detail with respect to the following claim elements.

87. For at least these reasons, element **[44.4]** of Claim 44 is present in the Infringing Products.

88. Regarding element **[44.5]** of Claim 44, as embodied in the PA Coin gaming terminals including any of the Fusion Games, each of these terminals includes a game processor configured for "testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field."

89. Each of the Fusion Games determines the prize value for the next game in advance of game play. When this occurs, whether the game in question is a hot swap and/or a nudge game, the processor ensures that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field.

90. For example, in the Fusion Games that are nudge games, once the prize is determined and the user chooses to play, the user interacts with the game field by "nudging" a group of symbols higher or lower to complete the game field. But, the game processor will have tested the game field prior to display to ensure that, without the nudging, the game field will not inadvertently yield a combination that is more valuable than the predetermined prize value.

91. When describing a gaming terminal configured for Fusion Games, Banilla's website states that it "is a 5 game multi-pack that includes 5 nudge games."

*See* http://www.banillagames.com/product/fusion-2/

{01805921;v1 }                                             31

Case 3:02-at-06000 Document 870 Filed 08/23/19 Page 32 of 38

92.     Shown below is an image that depicts the "nudging" interaction (red circle added for emphasis) that does not inadvertently create a winning combination greater than the prize value.



93.     To elaborate further on the operation of each of the Fusion Games, if the determined winning combination were three particular symbols in a row corresponding to payout of $0.25, then, completing the game field by nudging will not inadvertently lead to a combination with a payout greater than $0.25.

94.     For at least these reasons, element **[44.5]** of Claim 44 is present in the Infringing Products.

95.     Regarding element **[44.6]** of Claim 44, as embodied in the PA Coin gaming terminals including Fusion Games, each of these terminals includes a game processor configured for "automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play."  Shown below are several examples of Fusion Games.   As shown in each below, the Fusion Games each include an automatic display of an actual game including, specifically, an overlaid prize viewer with interactive "press play" language also displayed on the screen, signifying that the user has not yet initiated activation of game play.  The user can see the game to be played, the previewed game results and is presented the decision whether to "press play" in order to play the game.





96.     For at least these reasons, element **[44.6]** of Claim 44 is present in the Infringing Products.

97.     Regarding element **[44.7]** of Claim 44, as embodied in the PA Coin gaming terminals including each of the Fusion Games, each of these terminals includes a game processor configured for "determining if the player has decided to play the displayed game."  Shown in the screenshots above, the user is presented with the option to "Press Play" on an interactive touch screen.  The game processor therefore receives inputs from the user which it processes in order to determine if the user has decided to "play" the displayed game.

98.     For at least these reasons, element **[44.7]** of Claim 44 is present in the Infringing Products.

99.     Regarding element **[44.8]** of Claim 44, as embodied in the PA Coin in gaming terminals including any of the Fusion Games, each of these terminals includes a game processor configured for displaying an outcome resulting from play of the displayed game.  After a user hits play, the game processor of each of the Fusion games performs an animation and then displays the outcome of the displayed game.  For example, in the case of each Fusion Game, any prize value of a completed game is added to the user's credits and then displayed for the user to see on the screen.

100.     Below, a red circle identifies the outcome resulting from play of the displayed game of Fusion Games, which includes an amount won as a result of the outcome:



101.    For at least these reasons, element **[44.8]** of Claim 44 is present in the Infringing Products.

## COUNT I – INFRINGEMENT OF THE '223 PATENT

102.    Plaintiffs hereby incorporates Paragraphs 1 through 101 of this Complaint as though set forth fully herein.

103.    The '223 Patent is valid and enforceable.

104.    Defendants have infringed and continue to infringe the '223 Patent under 35 U.S.C. § 271(a), either literally or under the Doctrine of Equivalents, by selling, distributing and installing an electronic gaming system consider the invention within the United States that embodies the invention of the '223 Patent.

105.    On information and belief, Defendants have had knowledge and notice of the '223 Patent.

106.    Plaintiffs have been and continue to be damaged by Defendants' infringement of the '223 Patent.

107.    By reason of the above-described acts of infringement, Plaintiffs are entitled to an award of substantial damages in an amount to be determined at trial, including, at a minimum, its lost profits and/or a reasonable royalty, or both.

108.    Furthermore, Plaintiffs are entitled to injunctive relief barring Defendants from continuing to sell and offer for sale the Infringing Products.

109.    Plaintiffs are entitled to a reasonable royalty for Defendants' infringement of the '223 Patent.

110.    Defendants' infringement of the '223 Patent has been and continues to be willful.

111.    Defendants' infringement of the '223 Patent renders this case exceptional within

Case 3:02-at-06000  Document 870  Filed 08/23/19  Page 37 of 38

the meaning of 35 U.S.C. § 285.

112.    Defendants' continued infringement of the '223 Patent causes harm to Plaintiffs in the form of price erosion, loss of goodwill, damage to reputation, loss of business opportunities, and direct and indirect competition. Monetary damages are insufficient to compensate Plaintiffs for these harms.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court to enter judgment:

A.      That Defendants have directly infringed the '223 Patent by making, using, selling and offering for sale the Infringing Products;

B.      That Defendants be ordered to pay damages adequate to compensate Plaintiffs for their infringement of the '223 Patent, but in no event less than lost profits and/or a reasonable royalty, together with prejudgment and post-judgment interest thereon;

C.      That Defendants be enjoined from further infringement of the '223 Patent;

D.      That the case be deemed exceptional pursuant to 35 U.S.C. § 285, and further that Plaintiffs be awarded their reasonable attorneys' fees and costs from PA Coin in this matter; and

E.      That Plaintiffs be granted such other and additional relief, including equitable relief such as specific performance, as the Court deems just and proper.

{01805921;v1 }                            37

## JURY DEMAND

Plaintiffs hereby demand a jury trial as to all issues so triable.

**KLEINBARD LLC**

Date: August 23, 2019

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Of Counsel:

Steven G. Hill, GA Bar No. 354658
John L. North, GA Bar No. 545580
Vivek Ganti, GA Bar No. 755019
Martha L. Decker, GA Bar No. 420867
(*applications for admission
pro hac vice to be filed*)
HILL, KERTSCHER, & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
vg@hkw-law.com
md@hkw-law.com

*Counsel for Plaintiffs Savvy Dog Systems, LLC and
POM of Pennsylvania, LLC*

{01805921;v1 }                    38