**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT   :


## PETITION

I ___Paul G. Gagne_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        Kleinbard LLC_____

                             1717 Arch Street, 5th Floor_____

                             Philadelphia, PA 1903_____

Office Telephone:     (215) 568-2000_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New Jersey (2005); Pennsylvania (1984); Pennsylvania USDC Eastern District (1984)


My attorney Identification number is: ___42009_____

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: 8/29/19