Civil Action No.: **3:19–CV–01470–RDM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) PA Coin Holdings, LLC

was received by me on (date) August 28, 2019 .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Christopher Pisano , who is

designated by law to accept service of process on behalf of (name of organization)_____

PA Coin Holdings, LLC on (date) August 28, 2019 @ 3:15 pm. ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

August 28, 2019
Date

Server's Signature

John P. Kravitz, LPI
*Printed name and title*

c/o Kleinbard, LLC
1717 Arch St.
Philadelphia, PA 19103

*Server's Address*

Additional information regarding attempted service, etc: