**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, | |
| Plaintiffs, | CIVIL ACTION NO: 3:19-cv-01470-RDM |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Robert D. Mariani |
| Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of John V. Gorman of Morgan, Lewis & Bockius LLP as counsel for defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC.

Dated:  September 12, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com

*Attorney for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was filed on this 12th day of September, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman