**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM <br><br><br> Honorable Robert D. Mariani |

**DEFENDANTS PENNSYLVANIA COIN, LLC AND PA COIN HOLDINGS, LLC'S
MOTION FOR ENLARGEMENT OF TIME**

Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby move for a thirty (30) day enlargement of time for Defendants to move, answer, or otherwise respond to the Complaint filed by plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs"). In support of their Motion, Defendants state as follows:

1.      Plaintiffs initiated this action by filing a Complaint on August 23, 2019.  *See* Dkt. 1.

2.      According to the Affidavits of Service filed by Plaintiffs' counsel, Defendants were served with the Complaint on August 28, 2019.  *See* Dkt. Nos. 7 & 8.

3.      Based on the above-referenced Affidavits of Service, the current deadline for Defendants to respond to the Complaint is September 18, 2019.  *See* Fed. R. Civ. P. 12(a)(1).

4.      Defendants only recently retained the undersigned as counsel to represent them in connection with the instant matter.  Thus, additional time is necessary to enable Defendants and their counsel to investigate the allegations in the Complaint and prepare a response.  Defendants

therefore request that the Court enlarge the time for Defendants to move, answer, or otherwise respond to the Complaint by thirty (30) days, setting the deadline at October 18, 2019.

5.     Pursuant to Local Rule 7.1, the undersigned sent an email to Plaintiffs' counsel on September 11, 2019, seeking concurrence in the requested enlargement of time and informing Plaintiffs' counsel that given the impending deadline for responding to the Complaint, Defendants intended to seek relief from the Court by September 12, 2019.  When Plaintiffs' counsel did not respond, Defendants' counsel followed-up via email.  On the date of the filing of the instant motion, Plaintiffs' counsel stated that he was checking with his clients regarding the relief requested herein.  As of the time of the filing of the instant motion, Plaintiffs' counsel has not yet provided or withheld concurrence.  Defendants will promptly update the Court if Plaintiffs' counsel provides concurrence to the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court grant the foregoing Motion and enlarge the time for Defendants to move, answer, or otherwise respond to the Complaint by thirty (30) days to and including October 18, 2019.

Dated:  September 12, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com

*Attorney for Defendants Pennsylvania
Coin, LLC and PA Coin Holdings, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion for Enlargement of Time was filed on this 12th day of September, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/*John V. Gorman*
John V. Gorman