**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

        Plaintiffs,

      v.

PENNSYLVANIA COIN, LLC, and PA
COIN HOLDINGS, LLC

        Defendants.

CIVIL ACTION NO: 3:19-cv-01470-RDM

Honorable Robert D. Mariani

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of defendants

Pennsylvania Coin, LLC and PA Coin Holdings, LLC's Motion for Enlargement of Time, IT IS

HEREBY ORDERED that the Motion is GRANTED.  The deadline for Defendants to move,

answer, or otherwise respond to the Complaint is hereby enlarged to and through October 18, 2019.

                BY THE COURT:

                _____

                Mariani, J.