**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>        Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM<br><br>Honorable Robert D. Mariani |

**NOTICE OF PLAINTIFFS' CONCURRENCE IN DEFENDANTS'
MOTION FOR ENLARGEMENT OF TIME**

Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby provide notice to the Court that counsel for plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") has informed Defendants' counsel that Plaintiffs concur in Defendants' Motion for Enlargement of Time (Dkt. No. 10).

Dated:  September 13, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com

*Attorney for Defendants Pennsylvania
Coin, LLC and PA Coin Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Plaintiffs' Concurrence in Defendants' Motion for Enlargement of Time was filed on this 13th day of September, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman