## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM<br><br>Honorable Robert D. Mariani |

### ORDER

AND NOW, this 13th day of September 2019, upon consideration of defendants

Pennsylvania Coin, LLC and PA Coin Holdings, LLC's Motion for Enlargement of Time, IT IS

HEREBY ORDERED that the Motion is GRANTED.  The deadline for Defendants to move,

answer, or otherwise respond to the Complaint is hereby enlarged to and through October 18, 2019.

BY THE COURT:

Mariani, J.