## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

   Plaintiffs,

  v.

PENNSYLVANIA COIN, LLC, and PA
COIN HOLDINGS, LLC

   Defendants.

CIVIL ACTION NO: 3:19-cv-01470-RDM

Honorable Robert D. Mariani

## **PENNSYLVANIA COIN, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Pennsylvania Coin, LLC, by and through its undersigned counsel, certifies that Pennsylvania Coin, LLC does not have any parent corporation and no publicly held corporation owns 10% or more of the stock in Pennsylvania Coin, LLC.

Dated:  September 13, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com

*Attorney for Defendant Pennsylvania Coin, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Rule 7.1 Corporate Disclosure Statement was filed on this 13th day of September, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman