**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>       Plaintiffs,<br><br>   v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>       Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM<br><br>Honorable Robert D. Mariani |

**PA COIN HOLDINGS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant PA Coin Holdings, LLC, by and through its undersigned counsel, certifies that PA Coin Holdings, LLC does not have any parent corporation and no publicly held corporation owns 10% or more of the stock in PA Coin Holdings, LLC.

Dated:  September 13, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com

*Attorney for Defendant PA Coin Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Rule 7.1 Corporate Disclosure Statement was filed on this 13th day of September, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman