**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I _Martha L. Decker_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:        Hill, Kertscher & Wharton, LLP_____

                             3350 Riverwood Parkway, Suite 800_____

                             Atlanta, GA 30339_____

Office Telephone:   770-953-0995_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. _Please see the attached list of courts to which Martha Decker has been admitted._____

_____

_____

My attorney Identification number is: 420867

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

___✓___ SPECIAL ADMISSION:

GRANTED BY THE COURT _____   Date: 9/23/19