**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I   John L. North                                    , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:      Hill, Kertscher & Wharton, LLP

                          3350 Riverwood Parkway, Suite 800

                          Atlanta, GA 30339

Office Telephone:    770-953-0995

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.   Please see the attached list of courts to which John North has been admitted.

My attorney Identification number is: 545580 (State Bar of Georgia)

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__✓__ SPECIAL ADMISSION: _____

GRANTED BY THE COURT: _____     Date: 9/23/19