**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**


IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :


**PETITION**

    I <u>Steven G. Hill</u>                                    , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:      <u>Hill, Kertscher & Wharton, LLP</u>

                          <u>3350 Riverwood Parkway, Suite 800</u>

                          <u>Atlanta, GA 30339</u>

    Office Telephone:   <u>770-953-0995</u>

    I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
<u>  Please see the attached list of courts to which Steven Hill has been admitted.  </u>

My attorney Identification number is: <u>354658</u>

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

✗ SPECIAL ADMISSION:

GRANTED BY THE COURT _____     Date: 9/23/19