## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>      Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM<br><br>Honorable Robert D. Mariani |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby move to dismiss the Complaint filed by plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (Dkt. 1) on the bases that (1) U.S. Patent No. 7,736,223 is directed to patent-ineligible subject matter under 35 U.S.C. § 101 and (2) the Complaint fails to state a plausible claim for relief. The reasons for this Motion are set forth in the accompanying brief in support, which is incorporated herein by reference.

Pursuant to Local Rule 7.1, the undersigned sought concurrence from Plaintiffs' counsel regarding the requested dismissal of the Complaint, and Plaintiffs' counsel did not provide concurrence to relief sought herein.

Dated:  October 18, 2019         Respectfully submitted,

          MORGAN, LEWIS & BOCKIUS LLP

          */s/John V. Gorman*_____
          John V. Gorman (PA 80631)
          Kenneth J. Davis (PA 87944) (to be admitted *pro hac vice*)
          Amy M. Dudash (PA 311898) (to be admitted *pro hac vice*)
          1701 Market Street
          Philadelphia, PA  19103
          Telephone:  215.963.5000
          Fax:  215.963.5001
          john.gorman@morganlewis.com
          kenneth.davis@morganlewis.com
          amy.dudash@morganlewis.com

          *Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that Defendants' Motion to Dismiss was filed on this 18th day of October, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman