**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, | |
| Plaintiffs, | CIVIL ACTION NO: 3:19-cv-01470-RDM |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Robert D. Mariani |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2019 it is hereby ordered that:

1. Defendants' Motion to Dismiss is GRANTED;

2. The Complaint filed by plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (Dkt. 1) is hereby DISMISSED.

                                                                    _____
                                                                                                                              J.