# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I Amy M. Dudash _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:        Morgan, Lewis & Bockius LLP

1701 Market Street

Philadelphia, PA  19103

Office Telephone:    215.963.4861

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: 311898

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____        Date: 10/31/19