## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS <br><br> Defendants. | Civil Action No. 3:19-cv-01470-RDM <br><br> Honorable Robert D. Mariani |

### PLAINTIFFS' RESPONSE IN OPPOSITION
### TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") hereby file this response in opposition to Defendants' Motion to Dismiss the Complaint (ECF. No. 21). Defendants' motion is moot in light of Plaintiffs' First Amended Complaint.

**I.    The First Amended Complaint Moots Defendants' Motion to Dismiss**

On November, 1, 2019, Plaintiffs filed their First Amended Complaint in this action as a matter of course pursuant to Fed.R.Civ.P. 15(a)(1)(B), (ECF. No. 25). The amended pleadings: (1) bolster Plaintiffs' 35 U.S.C. § 101 patentable subject matter related allegations in a manner that obviates Defendants' Motion to Dismiss (ECF No. 21) and (2) otherwise resolve any purported pleading deficiencies under the relevant *Iqbal* and *Twombly* standard. Accordingly,

{01836311;v1 }

Defendants' Motion to Dismiss is moot. *See Hunt v. University of Pittsburgh Medical Center, Pinnacle*, No. 1:18-cv-01757, 2019 WL 3776545, at *2, n.6 ("Plaintiff filed an amended complaint [ ] rendering the Defendant's motion moot[]") (citing *Pippett v. Waterford Dev., LLC*, 166 F. Supp. 2d 233, 236 (E.D. Pa. 2001) ("The filing of an amended complaint generally renders a pending motion to dismiss moot[]")(internal citation omitted)).

## II.    Statement of Facts

Despite the mootness of Defendants' Motion, out of an abundance of caution and to otherwise comply with M.D. Pa. L.R. 7.8(a)'s requirement to submit a counter statement of facts, Plaintiffs categorically deny the factual allegations contained in Defendants' Motion to Dismiss briefing (ECF No. 22 at Sec. III). As sufficiently pleaded in the First Amended Complaint (ECF No. 25), the '223 Patent is not directed to an abstract idea, the claims of the 7,736,223 Patent are patentable, and the allegations in the Complaint are supported by plausible facts.

## III.   Conclusion

In light of the mootness of Defendants' Motion to Dismiss, Plaintiffs believe no decision on that motion is warranted.  Plaintiffs, however, reserve all rights, including the right to submit a brief in opposition to any future or re-asserted motion to dismiss from Defendants.

November 1, 2019                      **KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Of counsel

Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
HILL, Kertscher & Wharton LLP
3350 Riverwood Parkway

{01836311;v1 }                                    3

Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Counsel for Plaintiffs Savvy Dog Systems,
LLC and POM of Pennsylvania, LLC*

{01836311;v1 }

4

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss was filed on this 1st day of November, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

_____
Paul G. Gagne