# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>       Plaintiffs,<br><br>    v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>       Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM<br><br>Honorable Robert D. Mariani |

## DEFENDANTS PENNSYLVANIA COIN, LLC AND PA COIN HOLDINGS, LLC'S CONCURRED-IN MOTION TO ENLARGE PAGE LIMITATIONS FOR MEMORANDUM OF LAW IN SUPPORT OF <u>FORCHOMING MOTION TO DISMISS</u>

Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Local Rule 7.8(b)(3), hereby move the Court for a five (5) page (or equivalent 1650 word) enlargement for Defendants' Memorandum of Law in support of their forthcoming Motion to Dismiss the First Amended Complaint. In support of their Motion, Defendants state as follows:

1.    Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") initiated this action by filing a Complaint on August 23, 2019. *See* Dkt. 1.

2.     After Defendants filed a timely Motion to Dismiss the original Complaint, Plaintiffs responded by filing a First Amended Complaint (Dkt. 25), which added additional allegations regarding the asserted patent infringement claim.

3.     The deadline for Defendants to respond to the First Amended Complaint is November 15, 2019.  On or before that date, Defendants intend to move to dismiss the First Amended Complaint pursuant to Rule 12(b)(6) on the bases that (1) the asserted patent is invalid pursuant to 35 U.S.C. § 101 and (2) the First Amended Complaint fails to state a plausible claim for direct and willful infringement pursuant to the applicable pleading standards.

4.     In order to appropriately and fully address these dispositive defects in their Memorandum of Law in support of the forthcoming Motion to Dismiss, Defendants respectfully request that the Court authorize Defendants to file a Memorandum of Law not to exceed twenty (20) pages or 6,650 words.

5.     Pursuant to Local Rule 7.1, Defendants' counsel sought concurrence from Plaintiffs' counsel regarding the requested enlargement of page limitations, and Plaintiffs' counsel concurs in the instant request.

6.     This motion is timely under Local Rule 7.8(b)(3) because it is made more than two (2) working days before the deadline for Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully request that the Court grant the foregoing Motion and permit Defendants to file a Memorandum of Law in Support of their forthcoming Motion to Dismiss not to exceed twenty (20) pages or 6,650 words.

Dated: November 7, 2019      Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (to be admitted *pro hac vice*)
Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Enlarge Page Limitations was filed on this 7th day of November, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/*John V. Gorman*
John V. Gorman