**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM <br><br> Honorable Robert D. Mariani |

**[PROPOSED] ORDER**

AND NOW, this \_\_\_\_ day of November, 2019, upon consideration of Defendants' Motion to Enlarge Page Limitations for Memorandum of Law in support of forthcoming Motion to Dismiss, IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED.

2.    Defendants may file a Memorandum of Law in support of their Motion to Dismiss not to exceed twenty (20) pages or 6,650 words.

BY THE COURT:

_____
Mariani, J.