## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-
RDM

Honorable Robert D. Mariani

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, Defendants' counsel sought concurrence from Plaintiffs' counsel regarding the requested enlargement of page limitations set forth in Pennsylvania Coin, LLC and PA Coin Holdings, LLC's Motion for Enlargement of Page Limitations for Memorandum of Law in Support of Forthcoming Motion to Dismiss (Dkt. No. 28), and Plaintiffs' counsel concurs in the Motion.

Dated:  November 13, 2019        Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (to be admitted *pro hac vice*)
Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Certificate of Concurrence was filed on this 13th day of November, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman