## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and<br>POM of Pennsylvania, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA COIN, LLC, and<br>PA COIN HOLDINGS, LLC<br><br>Defendants. | CIVIL ACTION NO: 3:19-cv-01470-RDM<br><br>Honorable Robert D. Mariani |

### ORDER

AND NOW, this _____ day of November, 2019, upon consideration of Defendants' Motion to Enlarge Page Limitations for Memorandum of Law in support of forthcoming Motion to Dismiss, IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED.

2.    Defendants may file a Memorandum of Law in support of their Motion to Dismiss not to exceed 6,650 words.

BY THE COURT:

_____
Mariani, J.