## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW <br><br><br> Honorable Jennifer P. Wilson |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby move to dismiss the First Amended Complaint filed by plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (Dkt. 25) on the bases that (1) U.S. Patent No. 7,736,223 is directed to patent-ineligible subject matter under 35 U.S.C. § 101 and (2) the First Amended Complaint fails to state a plausible claim for relief.  The reasons for this Motion are set forth in the accompanying brief in support, which is incorporated herein by reference.

Dated:  November 15, 2019                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            */s/John V. Gorman*
                                            John V. Gorman (PA 80631)
                                            Kenneth J. Davis (PA 87944)
                                            (to be admitted *pro hac vice*)
                                            Amy M. Dudash (PA 311898)
                                            (admitted *pro hac vice*)
                                            1701 Market Street
                                            Philadelphia, PA  19103
                                            Telephone:  215.963.5000
                                            Fax:  215.963.5001
                                            john.gorman@morganlewis.com
                                            kenneth.davis@morganlewis.com
                                            amy.dudash@morganlewis.com

                                            *Attorneys for Defendants Pennsylvania*
                                            *Coin, LLC and PA Coin Holdings, LLC*