## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of PENNSYLVANIA, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2019 it is hereby ordered that:

1.  Defendants' Motion to Dismiss is GRANTED;

2.  The First Amended Complaint filed by plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (Dkt. 25) is hereby DISMISSED WITH PREJUDICE.

_____
Honorable Jennifer P. Wilson