## <u>CERTIFICATE OF NON-CONCURRENCE IN MOTION</u>

Pursuant to Local Rule 7.1, the undersigned sought concurrence from Plaintiffs' counsel regarding the requested dismissal of the First Amended Complaint, and Plaintiffs' counsel did not provide concurrence to relief sought in Defendants' Motion to Dismiss.

*/s/John V. Gorman*
John V. Gorman