## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the word count limitation set forth in the Court's November 13, 2019 Order (Dkt. 30).  This Brief contains 6,535 words total. This word count was performed using Microsoft Word 2016 for non-image words (a total of 6,020 words) and a by-hand manual word count for words contained in the image on page 3 and the charts containing images on pages 9-11 (a total of 515 words).  The words contained in the image on page 3 and the charts containing images on pages 9-11 could not be counted with the word count feature of Microsoft Word 2016.

*/s/John V. Gorman*
John V. Gorman
