# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I  Kenneth J. Davis  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:       Morgan, Lewis & Bockius LLP

                            1701 Market Street

                            Philadelphia, PA  19103

Office Telephone:           215.963.5392

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: __87944_____

| FOR COURT USE ONLY |
| --- |

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X_ SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/ Jennifer P. Wilson_     Date: __11/21/2019__