## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, a
Wyoming limited liability company, and
POM OF PENNSYLVANIA, LLC a
Wyoming limited liability company,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, a
Pennsylvania limited liability company,
and PA COIN HOLDINGS, LLC, a
Pennsylvania limited liability company,

      Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

### [PROPOSED] ORDER

AND NOW, this \_\_\_\_\_ day of _____ 2019, upon

consideration of the of Unopposed Motion for Enlargement of the Word Limit by

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC, it is hereby

**ORDERED** that the Motion is **GRANTED.**  Plaintiffs are granted leave to file a

brief in opposition to Defendant's Motion to Dismiss not to exceed 6,650 words.

      BY THE COURT:

      _____

      Hon. Jennifer P. Wilson, U.S.D.J.

{01524880;v1 }

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,<br><br>          Plaintiffs,<br><br>     v.<br><br>PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>          Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

**UNOPPOSED MOTION FOR ENLARGEMENT OF THE WORD LIMIT
BY PLAINTIFFS SAVVY DOG SYSTEMS, LLC AND POM OF
<u>PENNSYLVANIA, LLC</u>**

Pursuant to Local Rule 7.8(b)(3), Plaintiffs Savvy Dog Systems, LLC and

POM of Pennsylvania, LLC respectfully submit this Unopposed Motion seeking an

enlargement of the word limit – from 5,000 to 6,650 words – relative to their brief

in opposition to Defendants' Motion to Dismiss.  Good cause exists for granting

the present Motion because it will facilitate a more robust exposition of the salient

issues.  Indeed, Defendants, who previously submitted an unopposed motion

seeking a similar enlargement, seemingly recognize the utility of the present

request and have concurred in the present motion.

WHEREFORE, Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC respectfully request the Court grant this Unopposed Motion for Enlargement of the Word Limit.

**KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Of counsel:

Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339

Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Counsel for Plaintiffs Savvy Dog Systems,*
*LLC and POM of Pennsylvania, LLC*

Dated: November 26, 2019

## <u>CERTIFICATE OF CONCURRENCE/NONCONCURRENCE</u>

Pursuant to Local Rule 7.1, I hereby certify that on November 26, 2018, I

obtained the concurrence of Defendants Pennsylvania Coin, LLC and PA Coin

Holdings, LLC in the present Motion.

Respectfully submitted,

/s/ Shohin H. Vance

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion to be served on all parties

via the Court's CM/ECF system.


Dated: November 26, 2019                    /s/ Shohin H. Vance