## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, a
Wyoming limited liability company, and
POM OF PENNSYLVANIA, LLC a
Wyoming limited liability company,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, a
Pennsylvania limited liability company,
and PA COIN HOLDINGS, LLC, a
Pennsylvania limited liability company,

      Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## ORDER

AND NOW, this  26th  day of ___November___ 2019, upon

consideration of the of Unopposed Motion for Enlargement of the Word Limit by

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC, it is hereby

**ORDERED** that the Motion is **GRANTED.**  Plaintiffs are granted leave to file a

brief in opposition to Defendant's Motion to Dismiss not to exceed 6,650 words.

          BY THE COURT:

           s/Sylvia Rambo_____
          Hon. Jennifer P. Wilson, U.S.D.J.