## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the word count limitation.  This Brief contains 4,999 total words.  This word count was performed using Microsoft Word 2016.

*/s/John V. Gorman*
John V. Gorman