## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Reply Brief in Support of Their Motion to Dismiss was filed on this 16th day of December, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman