**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SAVVY DOG SYSTEMS, LLC, *et al.*   :    Civil No. 3:19-cv-01470

               :

       Plaintiffs,         :

                :

       v.                :

                :

PENNSYLVANIA COIN, LLC., *et al.*   :

                :

       Defendants.       :     Judge Jennifer P. Wilson

## CASE MANAGEMENT CONFERENCE SCHEDULING ORDER

**AND NOW**, on this 17th day of December, 2019, **IT IS ORDERED**

**THAT:**

**1.**      **Case Management Conference.** The initial case management conference

pursuant to Federal Rule of Civil Procedure 16 will be conducted via telephone by

the court on **February 5, 2020** at **9:45 a.m.** Counsel for plaintiff shall initiate the

telephone conference and have all parties on the line prior to calling chambers at

(717) 221-3970. The primary purpose of this conference will be to establish case

management deadlines. Participation in this conference by counsel and by self-

represented parties is <u>mandatory</u>. Any counsel of record may participate in this

conference call. Counsel representing non-governmental corporate entities are

reminded to comply with Federal Rule of Civil Procedure 7.1.

**2.**     **Case Management Plans.**  At least **five business days** before the

conference, counsel shall file their written joint case management plan with the

court via CM/ECF.

**3.**     **Pre-Case Management Conference.**  As required by Local Rule 16.3(a),

counsel shall confer and prepare for submission to the court a joint case

management plan on the form attached to the Local Rules and designated

"Appendix A." Counsel should also be conversant with the district's "Expense and

Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil

Justice Reform Act of 1990.

**4.**     **Court Calendar.**  The parties and counsel are directed to the court's

calendar, which is attached to this order, for the purpose of selecting dates and

deadlines to propose in the joint case management plan.  The dates and deadlines

listed on the court calendar correlate with each trial list, and must be utilized

accordingly.  Counsel shall select an appropriate trial list for the case, and then

propose the dates and deadlines that correspond with that trial list.[1]  In most cases,

an appropriate trial list will be approximately twenty months from the filing of the

complaint.  However, in some cases an expedited or complex track may be

---

[1] Counsel are advised that in certain complex cases expert reports may be necessary prior to the dispositive motions deadline. In such cases, the expert discovery deadlines may precede the dispositive motions deadline. All deadlines other than those related to expert witnesses shall correspond with the trial list chosen by the parties.

warranted.  The parties are advised that once the deadlines have been established, extensions of the deadlines will not be granted absent exceptional circumstances.

**5.**     **United States Magistrate Judge.**  If the parties consent for a United States Magistrate Judge to conduct all subsequent proceedings in this case and enter a final judgment, they shall note the same in the joint case management plan. The conference before this judge will be canceled and the United States Magistrate Judge will reschedule the conference upon notification of the case assignment.

**6.**     **Case Management Order.**  At the conclusion of the case management conference, any oral agreements reached by counsel and any oral orders or other additional directions issued by the court will be reduced to writing in a case management order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania