# Judge Wilson's 2020–22 Case Management Calendar

| Trial list: | Status conference: | Fact discovery deadline: | Dispositive motions and suporting briefs: | Affirmative expert reports: | Responsive expert reports: | Supplemental expert reports: | Expert discovery deadline: | Motions in limine and supporting briefs: | Pretrial Memoranda, proposed voir dire, and jury instructions: | Pre-trial conference: | Jury selection and trial: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-20 | 5/22/2019 | 6/28/2019 | 7/31/2019 | 7/31/2019 | 9/6/2019 | 9/20/2019 | 10/18/2019 | 11/6/2019 | 12/4/2019 | 12/18/2019 | 1/6/2020 |
| 20-Feb | 6/26/2019 | 7/31/2019 | 8/30/2019 | 8/30/2019 | 10/4/2019 | 10/18/2019 | 11/15/2019 | 12/4/2019 | 1/2/2020 | 1/15/2020 | 2/3/2020 |
| Mar-20 | 7/24/2019 | 8/30/2019 | 9/30/2019 | 9/30/2019 | 11/1/2019 | 11/15/2019 | 12/13/2019 | 1/8/2020 | 2/5/2020 | 2/19/2020 | 3/2/2020 |
| Apr-20 | 8/28/2019 | 9/30/2019 | 10/31/2019 | 10/31/2019 | 12/6/2019 | 12/20/2019 | 1/17/2020 | 2/5/2020 | 3/4/2020 | 3/18/2020 | 4/6/2020 |
| May-20 | 9/25/2019 | 10/31/2019 | 11/29/2019 | 11/29/2019 | 1/3/2020 | 1/17/2020 | 2/14/2020 | 3/4/2020 | 4/1/2020 | 4/15/2020 | 5/4/2020 |
| Jun-20 | 10/23/2019 | 11/29/2019 | 12/31/2019 | 12/31/2019 | 2/7/2020 | 2/21/2020 | 3/20/2020 | 4/8/2020 | 5/6/2020 | 5/20/2020 | 6/1/2020 |
| Jul-20 | 11/27/2019 | 12/31/2019 | 1/31/2020 | 1/31/2020 | 3/6/2020 | 3/20/2020 | 4/17/2020 | 5/6/2020 | 6/3/2020 | 6/17/2020 | 7/6/2020 |
| Aug-20 | 12/26/2019 | 1/31/2020 | 2/28/2020 | 2/28/2020 | 4/3/2020 | 4/17/2020 | 5/15/2020 | 6/3/2020 | 7/1/2020 | 7/15/2020 | 8/3/2020 |
| Sep-20 | 1/23/2020 | 2/28/2020 | 3/31/2020 | 3/31/2020 | 5/1/2020 | 5/15/2020 | 6/12/2020 | 7/8/2020 | 8/5/2020 | 8/19/2020 | 9/8/2020 |
| Oct-20 | 2/26/2020 | 3/31/2020 | 4/30/2020 | 4/30/2020 | 6/5/2020 | 6/19/2020 | 7/17/2020 | 8/5/2020 | 9/2/2020 | 9/16/2020 | 10/5/2020 |
| Nov-20 | 3/25/2020 | 4/30/2020 | 5/29/2020 | 5/29/2020 | 7/3/2020 | 7/17/2020 | 8/14/2020 | 9/9/2020 | 10/7/2020 | 10/21/2020 | 11/2/2020 |
| Dec-20 | 4/22/2020 | 5/29/2020 | 6/30/2020 | 6/30/2020 | 8/7/2020 | 8/21/2020 | 9/18/2020 | 10/7/2020 | 11/4/2020 | 11/18/2020 | 12/7/2020 |
| Jan-21 | 5/27/2020 | 6/30/2020 | 7/31/2020 | 7/31/2020 | 9/4/2020 | 9/18/2020 | 10/16/2020 | 11/4/2020 | 12/2/2020 | 12/16/2020 | 1/4/2021 |
| Feb-21 | 6/24/2020 | 7/31/2020 | 8/31/2020 | 8/31/2020 | 10/2/2020 | 10/16/2020 | 11/13/2020 | 12/9/2020 | 1/6/2021 | 1/20/2021 | 2/1/2021 |
| Mar-21 | 7/22/2020 | 8/31/2020 | 9/30/2020 | 9/30/2020 | 11/6/2020 | 11/20/2020 | 12/18/2020 | 1/6/2021 | 2/3/2021 | 2/17/2021 | 3/1/2021 |
| Apr-21 | 8/26/2020 | 9/30/2020 | 10/30/2020 | 10/30/2020 | 12/4/2020 | 12/18/2020 | 1/15/2021 | 2/3/2021 | 3/3/2021 | 3/17/2021 | 4/5/2021 |
| May-21 | 9/23/2020 | 10/30/2020 | 11/30/2020 | 11/30/2020 | 1/1/2021 | 1/15/2021 | 2/12/2021 | 3/10/2021 | 4/7/2021 | 4/21/2021 | 5/3/2021 |
| Jun-21 | 10/28/2020 | 11/30/2020 | 12/31/2020 | 12/31/2020 | 2/5/2021 | 2/19/2021 | 3/19/2021 | 4/7/2021 | 5/5/2021 | 5/19/2021 | 6/7/2021 |
| Jul-21 | 11/25/2020 | 12/31/2020 | 1/29/2021 | 1/29/2021 | 3/5/2021 | 3/19/2021 | 4/16/2021 | 5/5/2021 | 6/2/2021 | 6/16/2021 | 7/6/2021 |
| Aug-21 | 12/23/2020 | 1/29/2021 | 2/26/2021 | 2/26/2021 | 4/2/2021 | 4/16/2021 | 5/14/2021 | 6/9/2021 | 7/7/2021 | 7/21/2021 | 8/2/2021 |
| Sep-21 | 1/27/2021 | 2/26/2021 | 3/31/2021 | 3/31/2021 | 5/7/2021 | 5/21/2021 | 6/18/2021 | 7/7/2021 | 8/4/2021 | 8/18/2021 | 9/7/2021 |
| Oct-21 | 2/24/2021 | 3/31/2021 | 4/30/2021 | 4/30/2021 | 6/4/2021 | 6/18/2021 | 7/16/2021 | 8/4/2021 | 9/1/2021 | 9/15/2021 | 10/4/2021 |
| Nov-21 | 3/24/2021 | 4/30/2021 | 5/28/2021 | 5/28/2021 | 7/2/2021 | 7/16/2021 | 8/13/2021 | 9/8/2021 | 10/6/2021 | 10/20/2021 | 11/1/2021 |
| Dec-21 | 4/28/2021 | 5/28/2021 | 6/30/2021 | 6/30/2021 | 8/6/2021 | 8/20/2021 | 9/17/2021 | 10/6/2021 | 11/3/2021 | 11/17/2021 | 12/6/2021 |
| Jan-22 | 5/26/2021 | 6/30/2021 | 7/30/2021 | 7/30/2021 | 9/3/2021 | 9/17/2021 | 10/15/2021 | 11/3/2021 | 12/1/2021 | 12/15/2021 | 1/3/2022 |
| Feb-22 | 6/23/2021 | 7/30/2021 | 8/31/2021 | 8/31/2021 | 10/1/2021 | 10/15/2021 | 11/12/2021 | 12/8/2021 | 1/5/2022 | 1/19/2022 | 2/7/2022 |
| Mar-22 | 7/28/2021 | 8/31/2021 | 9/30/2021 | 9/30/2021 | 11/5/2021 | 11/19/2021 | 12/17/2021 | 1/5/2022 | 2/2/2022 | 2/16/2022 | 3/7/2022 |
| Apr-22 | 8/25/2021 | 9/30/2021 | 10/29/2021 | 10/29/2021 | 12/3/2021 | 12/17/2021 | 1/14/2022 | 2/2/2022 | 3/2/2022 | 3/16/2022 | 4/4/2022 |
| May-22 | 9/22/2021 | 10/29/2021 | 11/30/2021 | 11/30/2021 | 1/7/2022 | 1/21/2022 | 2/18/2022 | 3/9/2022 | 4/6/2022 | 4/20/2022 | 5/2/2022 |
| Jun-22 | 10/27/2021 | 11/30/2021 | 12/30/2021 | 12/30/2021 | 2/4/2022 | 2/18/2022 | 3/18/2022 | 4/6/2022 | 5/4/2022 | 5/18/2022 | 6/6/2022 |
| Jul-22 | 11/24/2021 | 12/30/2021 | 1/31/2022 | 1/31/2022 | 3/4/2022 | 3/18/2022 | 4/15/2022 | 5/4/2022 | 6/1/2022 | 6/15/2022 | 7/5/2022 |
| Aug-22 | 12/22/2021 | 1/31/2022 | 2/28/2022 | 2/28/2022 | 4/1/2022 | 4/15/2022 | 5/13/2022 | 6/8/2022 | 7/6/2022 | 7/20/2022 | 8/1/2022 |
| Sep-22 | 1/26/2022 | 2/28/2022 | 3/31/2022 | 3/31/2022 | 5/6/2022 | 5/20/2022 | 6/17/2022 | 7/6/2022 | 8/3/2022 | 8/17/2022 | 9/6/2022 |
| Oct-22 | 2/23/2022 | 3/31/2022 | 4/29/2022 | 4/29/2022 | 6/3/2022 | 6/17/2022 | 7/15/2022 | 8/10/2022 | 9/7/2022 | 9/21/2022 | 10/3/2022 |
| Nov-22 | 3/23/2022 | 4/29/2022 | 5/31/2022 | 5/31/2022 | 7/1/2022 | 7/15/2022 | 8/12/2022 | 9/7/2022 | 10/5/2022 | 10/19/2022 | 11/7/2022 |
| Dec-22 | 4/27/2022 | 5/31/2022 | 6/30/2022 | 6/30/2022 | 8/5/2022 | 8/19/2022 | 9/16/2022 | 10/5/2022 | 11/2/2022 | 11/16/2022 | 12/5/2022 |