## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS<br><br>Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

### PLAINTIFFS' NON-OPPOSTION TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Although Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") do not consider oral argument necessary, Plaintiffs do not oppose Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC's (collectively, "Defendants") request for oral argument (Dkt. 39) regarding Defendants' pending Motion to Dismiss (Dkt. 31).

Should the Court deem oral argument necessary and grant Defendants' request, Plaintiffs respectfully request that the Court schedule argument after January 20, 2020, given that Plaintiff's lead counsel is scheduled to argue in hearings in Delaware (Jan. 10) and California (Jan. 13), and has planned international travel from January 14 through January 20.

1

Dated: December 19, 2019

**KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Of counsel:
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
Hill, Kertscher & Wharton LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Counsel for Plaintiffs Savvy Dog Systems,
LLC and POM of Pennsylvania, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Non-Opposition to Defendants' Request for

Oral Argument was filed on this 19th day of December, 2019 via the Court's

CM/ECF filing system, which will send electronic notice of such filing to all

counsel of record.

_____
Paul G. Gagne