## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of PENNSYLVANIA, LLC,

Plaintiffs,

v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE DEFENDANTS' REPLY BRIEF
## IN SUPPORT OF THEIR MOTION TO DISMISS

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC, by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that the Reply Brief attached hereto as Exhibit A shall be deemed filed in place of the previously filed Reply Brief in Support of Defendants' Motion to Dismiss (Dkt. No. 38).

Exhibit A removes an argument regarding timeliness that Defendants hereby withdraw.

Dated: December 20, 2019

KLEINBARD LLC

/s/ Paul G. Gagne
Paul G. Gagne (PA 42009)
Matthew H. Haverstick (PA 85072)
Eric J. Schreiner (PA 76721)
Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone: 215.568.2000
Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

HILL, KERTCHER, & WHARTON, LLP

Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, GA  30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Attorneys for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944)
(admitted *pro hac vice*)
Amy M. Dudash (PA 311898)
(admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

IT IS SO ORDERED this ___ day of _____, 2019.  The Reply Brief

filed as Exhibit A to the Stipulation is hereby deemed to replace Dkt. No. 38.


_____
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Stipulation and [Proposed] Order was filed on this 20th day of December, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman
