**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE**
**DEFENDANTS' REPLY BRIEF**
**IN SUPPORT OF THEIR MOTION TO DISMISS**

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and

Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC, by and through

their undersigned counsel, subject to the approval of the Court, hereby stipulate and

agree that the Reply Brief attached hereto as Exhibit A shall be deemed filed in place

of the previously filed Reply Brief in Support of Defendants' Motion to Dismiss

(Dkt. No. 38).

Exhibit A removes an argument regarding timeliness that Defendants hereby

withdraw.

Dated: December 20, 2019

KLEINBARD LLC

/s/ Paul G. Gagne
Paul G. Gagne (PA 42009)
Matthew H. Haverstick (PA 85072)
Eric J. Schreiner (PA 76721)
Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA  19103
Telephone: 215.568.2000
Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

HILL, KERTCHER, & WHARTON,
LLP

Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, GA  30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Attorneys for Plaintiffs Savvy Dog
Systems, LLC and POM of
Pennsylvania, LLC*

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944)
(admitted *pro hac vice*)
Amy M. Dudash (PA 311898)
(admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania
Coin, LLC and PA Coin Holdings, LLC*

2

IT IS SO ORDERED this 23rd day of  December  , 2019.  The Reply Brief

filed as Exhibit A to the Stipulation is hereby deemed to replace Dkt. No. 38.


_____s/ Jennifer P. Wilson_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation and [Proposed] Order was filed on this 20th day of December, 2019 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman