# Exhibit A

<u>Plaintiffs and Defendants have agreed upon the following Case Management Events and Associated Deadlines:</u>

- Plaintiffs shall identify the accused product(s), including accused methods and systems, and its damages model, as well as the claim(s) of the '223 patent that the accused product(s) allegedly infringe(s).   Plaintiffs shall produce an initial claim chart relating each known accused product to which claim(s) of the '223 patent each such product allegedly infringes. Plaintiffs shall also produce the file history for the '223 patent by – <u>3/5/2020</u>

- Defendants shall produce core technical documents in their possession related to the accused product(s).   Defendants shall also produce sales figures for the accused product(s) by – <u>4/6/2020</u>

<u>Agreed Upon Additional Case Management Events with Parties' Deadline Proposals</u>

- Defendants shall produce their initial invalidity contentions for each asserted claim, as well as the known related invalidating references.   For each reference or combination of references relied upon, Defendants shall produce an initial claim chart relating each prior art reference to the asserted claims in question, and, in the case of obviousness contentions, shall provide an explanation of any and all reasons to combine references.

    <u>4/6/2020</u> Plaintiffs

    <u>6/4/2020</u> Defendants

- The parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s).

    <u>5/6/2020</u> Plaintiffs

    <u>6/11/2020</u> Defendants

- The parties shall hold a meet-and-confer in an effort to arrive at as many agreed-upon constructions as possible by:

  5/20/2020 Plaintiffs

  6/25/2020 Defendants

- The parties shall file a Joint Claim Construction Statement identifying the claim terms identified for construction, each sides' proposed constructions for disputed terms, with citation(s) only to the intrinsic evidence in support of their respective proposed constructions, and any agreed-upon constructions by:

  6/4/2020 Plaintiffs

  7/9/2020 Defendants

- Briefing regarding claim construction shall follow the following schedule:

Plaintiffs' Proposal:

  Both parties shall file their opening claim construction briefs – 6/11/2020

  Both parties shall file their responsive claim construction briefs – 7/16/2020

Defendants' Proposal:

  Plaintiffs shall file their opening claim construction brief – 7/16/2020

  Defendants shall file their responsive claim construction brief – 8/13/2020

  Plaintiffs shall file their reply claim construction brief – 9/3/2020

Defendants shall file their sur-reply claim construction brief – 9/17/2020

Plaintiffs and Defendants have also agreed upon the following Case Management Events and Associated Deadlines:

- The Court shall hold a claim construction hearing after completion of claim construction briefing on a specific date to be determined at the convenience of the Court.

- Plaintiffs shall provide final infringement contentions and finally supplement the identification of accused products by – 30 days from the Court's claim construction order.

- Defendants shall provide final invalidity contentions and finally supplement all invalidity references by – 30 days from when Plaintiffs serve their final infringement contentions.

- Parties shall file their responsive briefs to any motions for summary judgment and *Daubert* motions by – 28 days from date opening brief(s) are filed.

- Parties shall file their reply briefs in support of any motions for summary judgment or *Daubert* motions by – 21 days from date responsive brief(s) are filed.