# Exhibit B

For the convenience of the Court below is a chart of events and deadlines which the parties request the Court include in the Scheduling Order:

| Event | Plaintiffs' Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Identification of Accused Products and Production of Initial Claim Charts | 3/5/2020 | |
| Production of Core Technical Documents and Sales Figures | 4/6/2020 | |
| Deadline for Joinder of Additional Parties | 4/8/2020 | |
| Deadline for Amending Pleadings | 4/8/2020 | |
| Defendants Shall Produce Their Initial Invalidity Contentions | 4/6/2020 | 6/4/2020 |
| Exchange of Terms in Need of Construction | 5/6/2020 | 6/11/2020 |
| Deadline for Meet and Confer Regarding Claim Construction | 5/20/2020 | 6/25/2020 |
| Deadline to File Joint Claim Construction Statement | 6/4/2020 | 7/9/2020 |
| Deadline to File Claim Construction Opening Brief(s) | Both parties to file opening briefs – 6/11/2020 | Plaintiffs to file opening brief – 7/16/2020 |
| Deadline to File Claim Construction Responsive Brief(s) | Both parties to file responsive briefs – 7/16/2020 | Defendants to file responsive brief – 8/13/2020 |
| Deadline for Plaintiffs to File Reply Claim Construction Brief | _____ | 9/3/2020 |

| | | |
|---|---|---|
| Deadline for Defendants to File Sur-Reply Claim Construction Brief | _____ | 9/17/2020 |
| Claim Construction Hearing | At the Court's convenience after the completion of claim construction briefing. | |
| Deadline for Final Infringement Contentions and Final Supplementation of Accused Products | 30 days from date of Court's claim construction order. | |
| Deadline for Final Invalidity Contentions and Supplementation of Invalidity References | 30 days from date Plaintiffs serve their final infringement contentions. | |
| Close of Fact Discovery | 11/30/2020 | 5/31/2021 |
| Deadline for Opening Expert Reports on Issues Where Party Bears the Burden of Proof | 12/31/2020 | 6/30/2021 |
| Deadline for Responsive Expert Reports | 2/5/2020 | 7/30/2021 |
| Deadline for Reply Expert Reports | 2/19/2020 | 8/31/2021 |
| Close of Expert Discovery | 3/19/2021 | 9/8/2021 |
| Deadline for Filing Dispositive Motions, *Daubert* Motions, and Opening Briefs in Support Thereof | 3/31/2021 | 9/30/2021 |

| Deadline for Filing Responsive Briefs to Dispositive and *Daubert* Motions | 28 days from date opening brief(s) are filed. | |
|---|---|---|
| Deadline for Filing Reply Briefs for Dispositive and *Daubert* Motions | 21 days from date responsive brief(s) are filed. | |
| Deadline for Supplementation of Damages Reports to Reflect Updated Calculations Only | Deadline for final pretrial memoranda. | |
| Pretrial Conference | 5/2021 | 2/2022 |
| Trial | 6/2021 | 3/2022 |

3