## CERTIFICATE OF SERVICE

I hereby certify that the Joint Case Management Plan and exhibits thereto was filed on this 29th day of January, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman