## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC., | : | Civil No. 3:19-cv-01470 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POM OF PENNSYLVANIA, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 30th day of January, 2020, **IT IS ORDERED** that the case management conference scheduled for February 5, 2020 is **RESCHEDULED** to **February 25, 2020** at **9:30 a.m.** Plaintiff's counsel shall initiate the conference call by calling chambers at (717) 221-3970 once all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania