## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-cv-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of February, 2020, following review of Defendants' request for oral argument on their motion to dismiss, Doc. 39, and noting Plaintiffs' concurrence, *see* Doc. 45, **IT IS ORDERED** that oral argument is scheduled for March 17, 2020, at 10:00 a.m. in Courtroom No. 4, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. **IT IS FURTHER ORDERED** that each party is provided thirty minutes for argument, including any reserved time for rebuttal.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania