# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the "Parties") hereby move the Court pursuant to Federal Rule of Civil Procedure 26(c) for entry of the Stipulated Protective Order attached hereto as Exhibit A.[1] In support of the instant Motion, the Parties state as follows:

1. The Parties in the instant action are engaged in proprietary activities, and the Parties' competitive standing could be jeopardized if their non-public financial data, trade secrets, or other highly sensitive confidential information or documents were disclosed publicly.

---

[1] The Parties submit the instant Motion without prejudice to Plaintiffs' right to seek subsequent modification of Section 7.3 of the Stipulated Protective Order (Ex. A).

2. The Parties acknowledge that certain documents and other information relevant to this action include confidential, proprietary, and/or trade secret information relating to the businesses, confidential design and development, or technology of the Parties, which, if disclosed, would harm a given Party's business, commercial, and/or financial interests as such disclosure would reveal valuable confidential information to the public-at-large, including the Parties' competitors, regarding the research and development done by the Parties and techniques and methods used in connection therewith ("Protected Material").

3. The Parties desire to expedite the flow of Protected Material in the instant action.

4. Under the standard set out in *Pansy v. Borough of Stroudsburg*, the parties' privacy interest in protecting the Protected Material outweighs "the public's right to obtain information concerning judicial proceedings." 23 F.3d 772, 786 (3d Cir. 1994). The disclosure of Protected Material will "work a clearly defined and serious injury" to them. *Id.* Accordingly, good cause exists to protect the Parties' non-public financial data, trade secrets, and other highly sensitive confidential information or documents from public disclosure.

5. Thus, the Parties respectfully request that the Court enter the Stipulated Protective Order attached hereto as Exhibit A in order to prevent dissemination and

unnecessary disclosure of Protected Material and in order to cover the handling of all Protected Material in the instant action.

Dated: February 26, 2020

Respectfully submitted,

KLEINBARD LLC

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Martha L. Decker*
Matthew H. Haverstick (PA 85072)
Eric J. Schreiner (PA 76721)
Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000
Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*/s/ John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944)
(admitted *pro hac vice*)
Amy M. Dudash (PA 311898)
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Fax: 215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

HILL, KERTCHER, & WHARTON, LLP

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, GA 30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Attorneys for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the Parties Joint Motion for Entry of Protective Order was filed on this 26th day of February, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman
