# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>    Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## ORDER

AND NOW, this 26th day of __February__, 2020 it is hereby ordered that:

1. The Joint Motion for Entry of Protective Order is GRANTED;

2. Exhibit A to the Parties' Joint Motion for Entry of Protective Order is hereby ENTERED by the Court.

                                 s/Jennifer P. Wilson
                                 Honorable Jennifer P. Wilson
                                 U.S. District Court Judge