**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-cv-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of March, 2020, **IT IS ORDERED** that the oral argument scheduled for Tuesday, March 17, 2020, at 9:30 a.m., will be telephonic.  Prior to the call, defense counsel shall provide, via email, the court and all parties with a teleconference dial-in number and passcode.  **IT IS FURTHER ORDERED** that the parties' PowerPoint presentations for oral argument shall be emailed to the court and opposing counsel by **8:30 a.m. on Tuesday, March 17, 2020**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania