**Page 1 of 1**

## EXHIBIT LIST

**JUDGE WILSON**                                                    **CASE NUMBER: 3:19-CV-01470**

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Witness | |
|---|---|---|---|---|---|---|
| 1 | | Plaintiff's Oral Argument Presentation | | | | 1 |
| | 1 | Defendant's Oral Argument Presentation | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |