**Morgan Lewis**



# DEFENDANTS' MOTION TO DISMISS PRESENTATION

*Savvy Dog Sys. LLC, et al. v. Pennsylvania Coin, LLC, et al.*,
Civ. A. No. 3:19-cv-01470-JPW (M.D. Pa.)

March 17, 2020

© 2020 Morgan, Lewis & Bockius LLP

1

# ASSERTED PATENT IS INVALID UNDER 35 U.S.C. § 101

2

## Section 101 Eligibility: *Alice* Two-Step Test

STEP ONE:  Patent Ineligible Concept?

• law of nature, natural phenomenon, or abstract idea

STEP TWO:  Inventive Concept?

• "consider the elements of each claim both individually and 'as an ordered combination' to determine whether the additional elements 'transform the nature of the claim' into a patent-eligible application"

*Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2355 (2014)

Morgan Lewis

3

# U.S. Patent No. 7,736,223 - TITLE



**(54) ELECTRONIC GAMING METHOD AND SYSTEM HAVING PREVIEW SCREEN**

**Morgan Lewis**

4

# U.S. Patent No. 7,736,223 - ABSTRACT



## (57) ABSTRACT

An electronic gaming method and system with a game preview display. A field of game symbols is presented on the game display to the player as a preview for deciding whether or not to play the displayed game. If the player decides to play the game, the player selects a field element to turn the symbol displayed into a wild symbol. The player's selection of the field element for the wild symbol location is received by the game software which determines and displays each winning combination of symbols that is formed by such wild symbol location selection. A new game field can then be constructed and previewed on the game display.

Morgan Lewis

5

# U.S. Patent No. 7,736,223 – BACKGROUND OF INVENTION (1:11-17)



## BACKGROUND OF THE INVENTION

The present invention is related generally to amusement and entertainment electronic gaming and, more particularly, to a method and system for providing a game preview display to players of an amusement or entertainment electronic game before playing the game.

# U.S. Patent No. 7,736,223 – SUMMARY OF INVENTION (1:61-67)



## SUMMARY OF THE INVENTION

The present invention is directed to a system and method for providing a game preview display to players of an amusement or entertainment electronic game before playing the game. The invention also provides a game structure having a

Morgan Lewis

# U.S. Patent No. 7,736,223 – FIGURE 6



## Claimed Method of Playing a Game

**[A]** constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols;

**[B]** determining at least one winning combination for each play of the game;

**[C]** testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field;

**[D]** automatically displaying an actual game to be played on the touch screen display to a player prior to initiating activation of game play;

**[E]** determining if the player has decided to play the displayed game; and

**[F]** displaying an outcome resulting from play of the displayed game.

Morgan Lewis

## Representative Claim 44 (16:47-17:2)

An electronic gaming system comprising:

an electronic game terminal including a touch screen display;

a game processor for generating an interactive electronic game on the game terminal, the game processor configured for:

[A] constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols;

[B] determining at least one winning combination for each play of the game;

[C] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generate inadvertently in completing the field;

[D] automatically displaying an actual game to be played on the touch screen display to a player prior to initiating activation of game play;

[E] determining if the player has decided to play the displayed game; and

[F] displaying an outcome resulting from play of the displayed game.

Morgan Lewis

10

## Claim 1 (12:51-13:6)

An electronic gaming method comprising the steps of:

**[A]** constructing a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols, **[B]** wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display;

**[C]** testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field;

**[D]** automatically displaying an actual game to be played on the touch screen display to a player prior to initiating activation of game play;

**[E]** receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection; and

**[F]** displaying each winning combination of symbols on the touch screen display.

**Morgan Lewis**

11

## Claim 37 (16:8-26)

An electronic gaming method comprising the steps of:

**[A]** constructing a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols;

**[B]** determining at least one winning combination for each play of the game;

**[C]** testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field;

**[D]** automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play;

**[E]** determining if the player has decided to play the displayed game; and

**[F]** displaying an outcome resulting from play of the displayed game.

**Morgan Lewis**

**12**

## Claim 58 (18:1-27)

A method for displaying a plurality of electronic game fields for selection by a player before initiating play of a selected game comprising the steps of:

receiving a signal from the player to generate an interactive electronic game on a touch screen display of an electronic game terminal;

[A] generating a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols;

[B] determining at least one winning combination for each play of the game;

[C] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field;

[D] automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play;

[E] receiving a signal from the player to generate another of the plurality of electronic game fields associated with a different level of play prior to initiating activation of game play;

[F] generating and automatically displaying another of the plurality of electronic game fields; and

receiving the player's selection of the electronic game field to play prior to initiating activation of game play.

**Morgan Lewis**

13

## *Alice* Step One:  Humans Can Perform Steps

"constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols"

- '223 Patent at 16:53-56.



**Morgan Lewis**

14

# *Alice* Step One:  Humans Can Perform Steps

"determining at least one winning combination for each play of the game"

"testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field"

- '223 Patent at 16:57-62.



**Morgan Lewis**

15

# *Alice* **Step One:  Humans Can Perform Step 44.4**

"automatically displaying an actual game to be played . . . to a player prior to initiating activation of the game play"

- '223 Patent at 16:63-65.



**Morgan Lewis**

16

# *Alice* Step One:  Humans Can Perform Steps

"determining if the player has decided to play the displayed game"

"displaying an outcome resulting from play of the displayed game"

- '223 Patent at 16:66-17:2.



**Morgan Lewis**

# Game Play Claims Consistently Found Ineligible

- **Playing Dice Game**
  - *In re Marco Guldenaar Holding B.V.*, 911 F.3d 1157, 1160-61 (Fed. Cir. 2018)
- **Managing Bingo Game**
  - *Planet Bingo, LLC VKGS LLC*, 576 F. App'x. 1005, 1007 (Fed. Cir. 2014)
- **Card Game Rules**
  - *In re Smith*, 815 F.3d 816, 818-19 (Fed. Cir. 2016)
- **Playing Promotional Games**
  - *Everglades Game Techs., LLC v. Supercell, Inc.*, Civ. A. No. 14-6433, 2015 WL 4999654, at *3 (D. Del. Aug. 21, 2015)
- **Wagering Game Using Standard Deck of Cards**
  - *Scibetta v. Slingo, Inc.*, Civ. A. No. 16-8175, 2018 WL 466224, at *8 (D.N.J. Jan. 17, 2018)
- **Wagering Game System**
  - *RaceTech, LLC v. Ky. Downs, LLC*, 167 F. Supp. 3d 853, 863 (W.D. Ky. 2016)

**Morgan Lewis**

**18**

# '223 Patent Mentions "Game Processor" Only Twice (2:28-45)



In another aspect of the invention, a system is provided for electronic gaming with a game preview display. A game processor generates an electronic game display on a game terminal with a plurality of options selectable by a player. The game processor includes: (1) a component for constructing a field having a plurality of elements for a game display with each element being filled by a game symbol from a plurality of available game symbols, wherein the game symbols for each element are automatically determined such that there is no winning combination without player interaction; (2) a component for presenting the field of game symbols to the player as a preview for deciding whether or not to play the displayed game; (3) a component for receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection; and (4) a component for displaying each winning combination of symbols on the field of game symbols.

**Morgan Lewis**

19

# '223 Patent Mentions  - Computer Readable Medium (2:46-64)



In another aspect of the invention, a computer program product is provided for electronic gaming with a game preview display. The computer program product comprises a computer readable medium having computer readable code embedded therein. The computer readable medium includes: (1) program instructions that construct a field having a plurality of elements for a game display with each element being filled by a game symbol from a plurality of available game symbols, wherein the game symbols for each element are automatically determined such that there is no winning combination without player interaction; (2) program instructions that present the field of game symbols to the player as a preview for deciding whether or not to play the displayed game; (3) program instructions that receive the player's selection of a field element as a location for a wild symbol and determine each winning combination of symbols that is formed by such selection; and (4) program instructions that display each winning combination of symbols on the field of game symbols.

Morgan Lewis

20

# "Embedded Computer Processor" Relates to Unclaimed Feature (4:41)



Since there are eight symbols and nine spots on the field, the total number of combinations is approximately 134 million. However, since a field cannot have any initial complete lines, the total number of initial combinations is reduced to approximately 118 million. Valid fields are determined by using an embedded computer processor to iterate through and test each combination to determine if it has any complete lines. If any lines are complete, the combination is not counted or used. The game software determines all of the initial "no-line" fields and tests each of these for potential winners where all fields that can potentially complete a line are counted. Since there are over 100 million compliant field combinations, the player must examine each lineup and symbol values to determine the best location for selecting the wild symbol on the field displayed.

## *Alice* Step Two:  Having a "game processor" perform abstract steps is not transformative

- **Implementation of bingo game play management on computer insufficient to transform.**

  - *Planet Bingo, LLC VKGS LLC*, 576 F. App'x. 1005, 1008-09 (Fed. Cir. 2014)

- **Generic computer technology to carry out promotional games not transformative.**

  - *Everglades Game Techs., LLC v. Supercell, Inc.*, Civ. A. No. 14-6433, 2015 WL 4999654, at *3 (D. Del. Aug. 21, 2015)

- **Altering rules of slot games using generic computer technology not enough.**

  - *Konami Gaming, Inc. v. High 5 Games, LLC*, No. 2:14-cv-01483, 2018 WL 1020120, at *19 (D. Nev. Feb. 22, 2018)

Morgan Lewis

**22**

# *Berkheimer* and *Aatrix* Do Not Preclude Dismissal

- **"The *Berkheimer* and *Aatrix* cases do not stand for the proposition that a plaintiff can avoid dismissal simply by reciting in the complaint that the invention at issue is novel and that the inventive concept resides in the abstract idea itself."** *First-Class Monitoring, LLC v. United Parcel Serv. of Am., Inc.*, 389 F. Supp. 3d 456, 471 (E.D. Tex. July 22, 2019)

- *Berkheimer* – fact issue created by statements in specification

- *Aatrix* – specific factual allegations re: why there was an improvement to computer technology

- *ChargePoint* (Fed. Cir. 2019) – post-*Aatrix*
  - Court determines patent ineligibility at motion to dismiss phase
  - Court determines from claims and specification that supposed inventive concept is actually an abstract idea

Morgan Lewis

**23**

# PLAINTIFFS FAILED TO PLEAD PLAUSIBLE INFRINGEMENT CLAIM

23

## Claim 44

**[44.3]** constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols;

**[44.4]** determining at least one winning combination for each play of the game;

**[44.5]** testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generate inadvertently in completing the field;

**[44.6]** automatically displaying an actual game to be played on the touch screen display to a player prior to initiating activation of game play;

**[44.7]** determining if the player has decided to play the game; and

**[44.8]** displaying an outcome resulting from the play of the displayed game.

Morgan Lewis

25

## Claim Limitations 44.4 and 44.5

[44.4] determining at least one winning combination for each play of the game;

[44.5] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field;

Morgan Lewis

26

# First Amended Complaint (Dkt. 25), ¶ 62 – Pay Table



Morgan Lewis

# First Amended Complaint (Dkt. 25), ¶ 109 – Prize Viewer



