# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| Plaintiffs | : | |
| v. | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of April, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendants' motion to dismiss is **DENIED**. (Doc. 31.)

                                                         s/Jennifer P. Wilson
                                                       JENNIFER P. WILSON
                                                       United States District Court Judge
                                                       Middle District of Pennsylvania