**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company, | |
| Plaintiff, | Civil Action No. 3:19-cv-01470-RDM |
| v. | Honorable Robert D. Mariani |
| PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**PLAINTIFFS AND COUNTERCLAIM DEFENDANTS SAVVY DOG SYSTEMS, LLC AND POM OF PENNSYLVANIA, LLC'S ANSWER TO COUNTERCLAIMS**

Come now Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs"), and answer Pennsylvania Coin, LLC and PA Coin Holdings, LLC's ("Defendants") Counterclaims [Dkt. 63], as follows:

1.      Admitted in part. Plaintiffs admit that Defendants have brought an action for declaratory judgement as stated in Paragraph 1 of the Counterclaims. Plaintiffs deny any remaining allegations of Paragraph 1 of the Counterclaim.

**THE PARTIES**

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

**JURISDICTION AND VENUE**

6.      Admitted.

7.    Admitted.

## COUNT I:

8.    Plaintiffs incorporate by reference the foregoing Paragraphs 1-7 of the Answer to Counterclaims as if restated fully herein.

9.    Admitted.

10.    Admitted.

11.    Denied.

12.    Admitted in part. Plaintiffs admit that Defendants have brought a claim for declaratory judgement as stated in Paragraph 12 of the Counterclaims. Plaintiffs deny any remaining allegations of Paragraph 12 of the Counterclaim.

13.    Denied.

## COUNT II:

14.    Plaintiffs incorporate by reference the foregoing Paragraphs 1-13 of the Answer to Counterclaims as if restated fully herein.

15.    Admitted.

16.    Admitted.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Admitted in part. Admitted only that Paragraph 20 of the Counterclaims purports to quote language from the 223 Patent. The 223 Patent speaks for itself, and, therefore, Defendants' characterizations of the 223 Patent are denied. The remaining allegations of Paragraph 20 of the Counterclaims are denied.

21.    Admitted in part. Admitted only that Paragraph 21 of the Counterclaims purports to quote language from the 223 Patent. The 223 Patent speaks for itself, and, therefore, Defendants' characterizations of the 223 Patent are denied. The remaining allegations of Paragraph 21 of the Counterclaims are denied.

22.    Denied.

23.    Denied.

24.    Admitted in part. Plaintiffs admit that Defendants have brought a claim for declaratory judgement as stated in Paragraph 24 of the Counterclaims. Plaintiffs deny any remaining allegations of Paragraph 24 of the Counterclaim.

25.    Denied.

## PRAYER FOR RELIEF

To the extent the Prayer for Relief requires response, Plaintiffs deny that Defendants are entitled to any of the relief requested or, indeed, any relief whatsoever. For their part, Defendants seeks the relief as set forth in the operative Complaint.

**HILL, KERTSCHER, & WHARTON, LLP**

May 6, 2020

<u>/s/ Steven G. Hill</u>
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

-    **and -**

**KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems, LLC and
POM of Pennsylvania, LLC*

---

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Answer to Defendants' Counterclaims was filed on this 6th day of May, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/ Steven G. Hill
Steven G. Hill