**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

**DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENAS**

Please take notice that Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby provide notice of their intent to serve subpoenas on Clay S. Turner, the Gearhiser Law Firm, Inc., Fawley & Associates, Inc., and Steven Heubeck. True and correct copies of these subpoenas are attached hereto as Exhibits A-D, respectively.

Dated:  May 8, 2020          Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (*pro hac vice*)
Amy M. Dudash (PA 311898) (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

3

# **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that Defendants' Notice of Subpoenas were filed on this 8th day of May, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman