# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW <br><br><br> Honorable Jennifer P. Wilson |

## JOINT MOTION TO ENLARGE PAGE LIMITATIONS FOR CLAIM CONSTRUCTION BRIEFING

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Local Rule 7.8(b)(3), hereby move the Court for a ten (10) page (or equivalent 3,330 word) enlargement for each of their forthcoming claim construction briefs. In support of their Motion, the Parties state as follows:

1.     The Court entered a Case Management Order providing that "Local Rule 7.8(b) shall control the page limitations for initial and responsive [claim construction] briefs. *See* Dkt. 50, ¶ 10.

2.     The Parties have discussed claim construction and anticipate briefing for the Court at least seven (7) terms for construction.

3.      In order for the Parties to appropriately and fully address their positions regarding construction of the disputed terms, including by discussing the evidence supporting the proposed constructions and the legal background necessary to assess the meaning of the disputed claim terms, the Parties respectfully request that the Court authorize the Parties to each submit claim construction briefs not to exceed twenty-five (25) pages or 8,330 words.

4.      Pursuant to Local Rule 7.1, the Parties have conferred and all Parties concur in the relief sought herein.

5.      This motion is timely under Local Rule 7.8(b)(3) because it is made more than two (2) working days before the deadline for submission of the Parties' opening and responsive claim construction briefs.

WHEREFORE, the Parties respectfully request that the Court grant the foregoing Motion and permit the Parties to file claim construction briefs with each brief not to exceed twenty-five (25) pages or 8,330 words.

Dated:  June 24, 2020                         Respectfully submitted,

KLEINBARD LLC                                 MORGAN, LEWIS & BOCKIUS LLP

/s/Steven G. Hill                             /s/ John V. Gorman
Matthew H. Haverstick (PA 85072)              John V. Gorman (PA 80631)
Eric J. Schreiner (PA 76721)                  Kenneth J. Davis (PA 87944)
Shohin H. Vance (PA 323551)                   (admitted *pro hac vice*)
Three Logan Square, 5th Floor                 Amy M. Dudash (PA 311898)
1717 Arch Street                              (admitted *pro hac vice*)
Philadelphia, PA 19103                        1701 Market Street
Telephone: 215.568.2000                       Philadelphia, PA 19103

Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

HILL, KERTCHER, & WHARTON, LLP

Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, GA  30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Attorneys for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

Telephone: 215.963.5000
Fax: 215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion to Enlarge Page Limitations was filed on this 24th day of June, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman
