# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## [PROPOSED] ORDER

AND NOW, this _____ day of June, 2020, upon consideration of the parties Joint Motion to Enlarge Page Limitations for Claim Construction Briefing, IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED.

2.    The parties may file opening and response claim construction briefs with each brief not to exceed twenty-five (25) pages or 8,330 words.

        BY THE COURT:

        _____
        Honorable Jennifer P. Wilson
        U.S. District Court Judge