**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>        Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## ORDER

AND NOW, this _25th_ day of June, 2020, upon consideration of the parties

Joint Motion to Enlarge Page Limitations for Claim Construction Briefing, IT IS

HEREBY ORDERED that:

1.    The Motion is GRANTED.

2.    The parties may file opening and response claim construction briefs

with each brief not to exceed twenty-five (25) pages or 8,330 words.

BY THE COURT:

s/Jennifer P. Wilson
Honorable Jennifer P. Wilson
U.S. District Court Judge