## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## DEFENDANTS' MOTION TO STAY

Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby move to stay the instant action pending final resolution of the petition for covered business method review of U.S. Patent No. 7,736,223 filed by third-party Banilla Games, Inc.—CBM2020-00014.

The reasons for this Motion are set forth in the accompanying brief in support, which is incorporated herein by reference.

Dated:  June 25, 2020    Respectfully submitted,

      MORGAN, LEWIS & BOCKIUS LLP

      */s/John V. Gorman*
      John V. Gorman (PA 80631)
      Kenneth J. Davis (PA 87944) (admitted *pro hac vice*)
      Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
      1701 Market Street
      Philadelphia, PA  19103
      Telephone:  215.963.5000
      Fax:  215.963.5001
      john.gorman@morganlewis.com
      kenneth.davis@morganlewis.com
      amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*