## <u>CERTIFICATE OF NON-CONCURRENCE</u>

Pursuant to Local Rule 7.1, the undersigned sought concurrence from Plaintiffs' counsel regarding the requested stay of the instant action, and Plaintiffs' counsel did not provide concurrence.

*/s/John V. Gorman*
John V. Gorman
