# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>     Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2020, it is hereby ordered that:

1. Defendants' Motion to Stay is GRANTED.

2. The above-captioned action is HEREBY STAYED until final resolution of CBM2020-00014, including all appeals.

3. The Parties shall submit a status report to the Court within seven (7) days of final resolution of CBM2020-00014.

_____

Honorable Jennifer P. Wilson
U.S. District Judge