## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Motion to Stay was filed on this 25th day of

June, 2020 via the Court's CM/ECF filing system, which will send electronic notice

of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman
