# EXHIBIT B

ORAL ORDER: Having reviewed the parties' letter briefs and supporting materials relating to Defendants' motion for a stay pending resolution of two petitions for IPR (D.I. 33, 34, 36, 37), IT IS HEREBY ORDERED that Defendants' motion (D.I. 33) is GRANTED and the teleconference scheduled to address the motion is CANCELLED. While every motion for a stay must be evaluated based on the particular facts and circumstances with and in which it arises, and the Court must carefully exercise its discretion in each case, as a general matter the arguments for a stay pending institution and/or completion of an IPR have been strengthened by recent changes in the law: namely, institution must be on all or none of the claims on which IPR is sought (see SAS Inst., Inc. v. Iancu, 138 S. Ct. 1348, 1354-55 (2018)) and claim construction undertaken by the Patent Trial and Appeal Board ("PTAB") is now conducted according to the same legal standards this Court must apply (see 37 C.F.R. § 42.100(b)). In the instant case, the Court is persuaded that a stay is likely to simplify the issues, for reasons including that the petitions are directed to every claim asserted by Plaintiff and the Court will have the benefit of additional intrinsic evidence and the PTAB's view on claim construction (if review is instituted). More importantly, this case, although nearly a year old, is truly at a "nascent" stage (D.I. 34 at 2-3), as no discovery requests have been served; while a schedule has been entered, trial is scheduled to occur more than 20 months from now (June 14, 2021). There appears to be little likelihood of significant prejudice or tactical disadvantage to Plaintiff from a stay, as the parties are not direct competitors. Finally, an institution decision is due by February 2020, so if the PTAB denies institution on both petitions the stay will be of short duration. ORDERED by Judge Leonard P. Stark on 11/5/19. (ntl) (Entered: 11/05/2019)

*Arch Chemicals, Inc. v. Sherwin-Williams Company et al*
1-18-cv-02037 (DED), 11/5/2019, docket entry 48