# EXHIBIT C

**UNITED STATES
PATENT AND TRADEMARK OFFICE**



# Trial Statistics
## IPR, PGR, CBM

Patent Trial and Appeal Board
January 2020



UNITED STATES
PATENT AND TRADEMARK OFFICE

# Petitions by Trial Type
## (All Time: Sept. 16, 2012 to Jan. 31, 2020)



Trial types include Inter Partes Review (IPR), Post Grant Review (PGR), and Covered Business Method (CBM).



3

# Petitions Filed by Technology in FY20
## (FY20: Oct. 1, 2019 to Jan. 31, 2020)





4

# Petitions Filed by Month
## (Jan. 2019 and Previous 12 Months: Jan. 1, 2019 to Jan. 31, 2020)



5

# Institution Rates
## (FY13 to FY20: Oct. 1, 2012 to Jan. 31, 2020)



Institution rate for each fiscal year is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.

6

# Institution Rates by Technology
## (All Time: Sept. 16, 2012 to Jan. 31, 2020)

| Technology | Institution Rate |
|---|---|
| Bio/Pharma | 59% (520 of 877) |
| Chemical | 61% (328 of 539) |
| Design | 41% (19 of 46) |
| Electrical/Computer | 66% (3,407 of 5,134) |
| Mechanical & Business Method | 68% (1,480 of 2,181) |

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



7

# Pre-Institution Settlements
## (FY13 to FY20: Oct. 1, 2012 to Jan. 31, 2020)

Settlement Rate

9%   12%   16%   14%   14%   12%   16%   11%

Settlements

291   242   249   200   259

23   127   48

FY13   FY14   FY15   FY16   FY17   FY18   FY19   FY20

Settlement rate for each year is calculated by dividing pre-institution settlements by the sum of proceedings instituted, denied institution, dismissed, terminated with a request for adverse judgment, and settled before decision on institution.



8

# Post-Institution Settlements
## (FY13 to FY20: Oct. 1, 2012 to Jan. 31, 2020)



Settlement rate for each year is calculated by dividing post-institution settlements by proceedings terminated post-institution (i.e., settled, dismissed, terminated with a request for adverse judgment, and final written decision), excluding joined cases.

9

# Status of Petitions
## (All Time: Sept. 16, 2012 to Jan. 31, 2020)



These figures reflect the latest status of each petition. The outcomes of decisions on institution responsive to requests for rehearing are incorporated. Once joined to a base case, a petition remains in the Joined category regardless of subsequent outcomes.

10

# Outcome of concluded proceedings
**(All time: Sept. 16, 2012 to Jan. 31, 2019)**





**Percentage of the Final Written Decisions**

Joined and dismissed cases are excluded.

11

