## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the word count limitation set forth in Local Rule 7.8(b)(2).    This Brief contains 3,806 total words.    This word count was performed using the word count feature of Microsoft Word 2016.

*/s/John V. Gorman*
John V. Gorman
