# EXHIBIT E

womblebonddickinson.com



**WOMBLE
BOND
DICKINSON**

**January 15, 2019**

Banilla Games, Inc.
1555 Oakbrook Dr Ste 125
Norcross, Georgia 30093

**Re:    "Lightening Skill" Preview + Skill Games**

Womble Bond Dickinson (US) LLP

271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

t:   404.872.7000
f:   404.888.7490

D. Scott Sudderth
Partner
Direct Dial: 404-962-7527
Direct Fax: 404-870-8177
E-mail:Scott.Sudderth@wbd-us.com

Dear Sirs:

Our firm, Womble Bond Dickinson, represents POM of Virginia, LLC., d/b/a Pace-O-Matic, Inc. and Savvy Dog Systems, LLC (collectively, "POM") in intellectual property matters. As you are aware, POM owns and licenses a series of United States patents, including, among others, U.S. Patent Nos. 7,736,223 (" the '223 Patent"), 8,118,660 ("the '660 Patent"), 8,469,792 ("the '792 Patent") (collectively, the "POM Patents") relating to its electronic games, including nudge and hot-swap style games and games with a preview function.  Copies of the POM Patents are attached with this letter.

As an initial point, please understand that POM has invested considerable time and expense in pursuing intellectual property protection for its games, and as a further matter of principle and policy, respects the intellectual property rights of others just as it expects its intellectual property rights to be respected. It recently has come to our client's attention that Banilla Games, Inc. ("Banilla") is making, using, selling and offering for sale electronic games that appear to fall within the scope of the claims of one or more of the POM Patents.  While POM will take whatever actions it deems necessary to protect its intellectual property, it would prefer to try to resolve any dispute regarding its patents as amicably as possible, and therefore requests that Banilla contact POM to discuss the POM patents and Banilla games at issue.

By way of example, it appears that Banilla is promoting/offering for sale a series of games under the name "***Lightning Skill,***" described on your website as including "3 classic style nudge games," and which games further appear to include a preview function and an "extra layer of skill to the game called '*Follow the Banana*'." As also shown on your website, the Lightning Skill game cabinet includes an interactive touch-screen console on which a game field having a series of different game icons/elements or interactive buttons are displayed, and programming to perform operations such as generating an electronic skill game board;   e.g. a game board or matrix of three reels with nine game elements or other interactive icons that are displayed on the touch-screen display during the game plays, together with other interactive buttons or elements, including a "prize viewer" button.

These games are described as skill games, designed such that the outcome of the game is determined on a player's skill, rather than chance.  A player uses their skill to determine whether a potential winning combination of two or more game symbols or icons is shown on the

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/legal notices for further details.



Banilla Games, Inc.
January 15, 2019
Page 2

game play screen, and select which icons or symbols to move up or down within an allotted time period in order to complete a winning puzzle/pattern and win the displayed game. The prize won is based upon and/or pre-determined according to a look-up table or prize generator that is accessed by the game's processors/hardware operating the executable commands in the game's software, whereby the game ensures that the player is only awarded a particular prize associated with the particular, predetermined winning combination for the displayed game being played. In particular, these games appear to be designed to prevent a player from increasing their chances of winning and/or the value of the prize they can win, including programming/features that ensure that a winning combination with a higher value than what is predetermined for the specific game being played cannot be obtained, no matter how skillfully they play the game. As further understood, these games are programmed and configured such that player input is required, and a player cannot play a game and solve the displayed puzzle to win a prize without affirmatively taking some action to move or nudge one or more game symbols into a proper alignment within the prescribed time period. Lastly, the games are programmed to allow the operator to select a payout limit—i.e. 92%-98%—for the games, such that not every game puzzle shown onscreen can be won, even by player skill.

Still further, it appears that the games have a series of different play levels determined by an amount of credits expended and/or which are available for play by the player such that prize levels can and/or will vary depending on an amount of available credits that the player has as well as how much the player is wagering. Furthermore, the games have a minimum prize level of $.01, and a maximum value of a winning combination for a constructed field of play that appears to be determined prior to the display of each interactive screen of the game on the console.

During play of the games, a player will make/input a selection of a game and play level to activate the game, upon which a field of game symbols or icons is presented, *i.e.*, the "reels" are spun and when stopped, the player is presented with a field of game symbols. The player is given an allotted or preset time duration to play the game, such as by nudging or moving one or more of the reels up or down to align the various symbols into a winning combination, though for some games, the best outcome or most they can win will be $.01. It also appears that at least in some of these games, a "wild symbol" or "wild card" can be played as part of the game to create a winning selection or combination.

If a player further desires, they can click the "prize viewer" symbol or button on the interactive touch-screen, which activates a preview function that allows a player to preview a future outcome of the next game available to be played. The displayed outcome of this next game enables the player to choose to play the game or not. The player thus can play the game or not, can change games, or can "take a penny" by which the player can be awarded a prize of $.01 to play the game and move on to a next game if it appears that there is no winning combination on the next screen. If the player does decide to play the game based on the preview, the screen that had been previewed then will be displayed on the interactive touchscreen, and the player will play that game to obtain the outcome as previously displayed or previewed.

Banilla Ex. 1004 - Page 2
Banilla Games, Inc. v. Savvy Dog Systems, LLC
CBM2020-00014 - U.S. Patent No. 7,736,223



Banilla Games, Inc.
January 15, 2019
Page 3

Accordingly, it appears that Banilla is indeed making, using, selling and/or offering for sale, electronic games that seemingly fall within the scope of one or more of the claims of the POM Patents. Such games appear to include games configured and/or operating as "Preview + Skill" games.

Again, POM would prefer to try to resolve this dispute as amicably as possible, and therefore requests that Banilla contact POM as soon as possible to meet and discuss these issues. In the meantime, POM must request that Banilla immediately cease and desist from using, manufacturing, selling and/or offering for sale electronic games, including electronic skill games with preview functions, covered by the claims of the POM Patents. In addition, POM requests that Banilla refrain from any further marketing, manufacture, use, sale and/or offering for sale of any electronic games based upon claims or comparisons of such games to electronic games of POM.

This letter is not intended to provide an exhaustive summary of all of POM's potential claims, and POM reserves all rights in that regard. By copy of this letter, Banilla is also on formal notice of POM's infringement claims, and is thus obligated to preserve all documents and information relating thereto, including all documents and information relating to the design, development and operation of the Preview + Skill Games and any other electronic games that fall within the scope of the POM Patents.

Please contact POM directly to discuss the foregoing issues, or otherwise provide your response to this letter, within fifteen (15) days from the date of this letter. In addition, please confirm in your response that Banilla intends to comply with POM's request that it will or has immediately ceased and will desist from any further manufacture, use, sale, and/or offering for sale of any electronic game systems or products that fall within the scope of the POM Patents. POM looks forward to your prompt response.

Very truly yours,

**Womble Bond Dickinson (US) LLP**

D. Scott Sudderth
Partner

DSS:ac

cc:    B. Greg Cline, Esq.

Banilla Ex. 1004 - Page 3
Banilla Games, Inc. v. Savvy Dog Systems, LLC
CBM2020-00014 - U.S. Patent No. 7,736,223