# EXHIBIT F

# UNITED STATES PATENT AND TRADEMARK OFFICE

_____

# BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

BANILLA GAMES, INC.,
Petitioner,

v.

SAVVY DOG SYSTEMS, LLC,
Patent Owner.

Patent No. 7,736,223

_____

## PETITIONER'S POWER OF ATTORNEY

Patent No. 7,736,223

## PETITIONER'S POWER OF ATTORNEY

Pursuant to 37 C.F.R. § 42.10(b), Petitioner Banilla Games, Inc. hereby appoints practitioners associated with Morgan, Lewis & Bockius LLP, Customer Number 24,341, as their attorneys to transact all business in the United States Patent and Trademark Office associated with any and all of its *Covered Business Method* review or other review proceedings before the Patent Trial and Appeal Board related to Patent No. 7,736,223.  These attorneys include at least:

Dion M. Bregman, Reg. No. 45,645
dion.bregman@morganlewis.com
Ahren C. Hsu-Hoffman, Reg. No. 50,862
ahren.hsu-hoffman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road, Palo Alto, CA 94304
Tel:  650.843.4000; Fax:  650.843.4001

Kenneth J. Davis, Reg. No. 50,688
kenneth.davis@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Tel:  215.963.5000; Fax:  215.963.5001

Patent No. 7,736,223

The individuals signing below have the authority to execute this document on behalf of Banilla Games, Inc.

BANILLA GAMES, INC.


By: _*Marc C Downing*_

Name:  Marc C Downing

Title:  Director of Compliance & Legal Counsel

Date:  5/14/20

3