# EXHIBIT G

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company, <br><br> Defendants. | Civil Action No. 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

## DECLARATION OF RYAN WOOD

I, Ryan Wood , declare as follows

1.     My name is Ryan Wood.  I am over the age of twenty-one and competent to testify in this matter. I am a Senior Vice President, New Markets & Market Development for Pace-O-Matic, Inc. ("Pace-O-Matic").   I began working for Pace-O-Matic in February of 2013.  My responsibilities in that time have included development of the Pennsylvania market for skill games.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

1

2.    Pace-O-Matic is an affiliate company of the Plaintiffs in this litigation, Savvy Dog Systems, LLC and POM of Pennsylvania, LLC. I submit this declaration in support of Plaintiffs' opposition to the Defendants' motion to stay.

3.    The electronic gaming industry is highly segmented.  Various companies such as WMS, International Gaming Technologies and Aristocrat Technologies compete against each other in the market for casino-style wagering games.  Numerous application developers compete in the market for video games playable on mobile devices.  Companies like Nintendo and Sony compete in the market for home video gaming consoles.   There is little overlap between many of these segments.  For example, WMS does not offer a home video game console, like a PlayStation, and Sony does not make electronic slot machines.

4.    Plaintiff POM of Pennsylvania does not compete in the foregoing segments of the electronic gaming industry.  Instead, it is focused on electronic skill games.  Electronic skill games, unlike a slot machine, are designed so that skill predominates over chance.  Therefore, these game systems implement features of enhanced role of skill and diminished role of chance elements. While a slot machine is a game dependent totally on chance.

5.    In 2014, the Beaver County court issued a decision in Pennsylvania holding that the "skill + preview" games made by Pace-O-Matic and operated at

various stores (e.g., convenience stores, bars, restaurants) in Pennsylvania were not illegal gambling machines or slot machines. Prior to 2017, Pace-O-Matic was the owner of United States Patent No. 7,736,223, which is often referred to within Pace-O-Matic as the "preview" patent.

6.     In 2017, due to an internal business restructuring of Pace-O-Matic, Plaintiff POM of Pennsylvania, LLC became the company responsible for sales of electronic games into the Commonwealth of Pennsylvania.  Ownership of the '223 Patent was transferred to Plaintiff Savvy Dog Systems.

7.     POM of Pennsylvania operates pursuant to an exclusive territorial license granted by Savvy Dog Systems, the owner of the '223 Patent.  These systems comprise gaming circuit boards including a game processor equipped with a memory chip where the individual games are stored.  My understanding formed during my years of employment is that these gaming boards and the gaming system that they operated are modeled on the Tic-Tac-Fruit preview + skill game originally released by Pace-O-Matic in mid-2006.

8.     Pace-O-Matic and now POM of Pennsylvania represent the market leader in Pennsylvania for electronic skill games, and are collectively responsible for thousands of game terminals operating in Pennsylvania from 2013 to the present date.  The gaming boards, like competitive boards, features a removable

3

ROM or EPROM so that the actual games, which are playable using the terminal, can be swapped out as new game themes or sets of game themes are developed (without needing to purchase an entirely new game terminal).  By way of example, POM of Pennsylvania released 5 new game themes in 2019.

9.    Keeping game themes up-to-date is relevant to revenue generation, as one metric by which POM of Pennsylvania is paid by customers is dependent on actual player usage of each terminal installed at a customer's location.

10.    The advantage of this approach is that a convenience store or other operator does not necessarily have to pay for an entirely new game terminal in order to keep the games playable on the terminal updated with the latest advancements in games, graphics and the like.  This provides a unique opportunity for repeat business by each customer, in that replacement of modular games and game boards does not require the customer (the facility owner-operator) to invest in a completely new game terminal hardware.

11.    Pace-O-Matic and Defendants Pennsylvania Coin and Pennsylvania Coin Holdings (collectively "PA Coin") directly compete in the electronic skill gaming market.  At present, PA Coin is among the largest competitors of POM of Pennsylvania in the electronic skill gaming market. This is because Gracie Technologies, another company competing in the skill game market in

Pennsylvania, has now significantly withdrawn most its games from the Pennsylvania market on the heels of several government seizures and the loss of a court case in March of 2020.

12.    Each time PA Coin installs one of its game terminals outfitted with skill + preview games at a facility in Pennsylvania, it causes harm to POM of Pennsylvania that is difficult to fully quantify.  This is because of at least the following factors:

(a)    the development of a customer relationship with a facility owner can lead to repeat business in the form of new game terminals where the facility owner expands and acquires new facilities.  This type of customer good will and loss thereof is especially difficult to track;

(b)    the development of a customer relationship with a facility owner can lead to replacement of terminals having POM games with PA Coin terminals; and

(c)    when a facility owner makes an initial investment in a PA Coin terminal rather than a terminal with POM games, we lose the ability to replace game boards and older games with our newer games.

13.   Furthermore, Pace-O-Matic loses continuing revenue due to user play of Pace-O-Matic games when a PA Coin machine is installed instead of a terminal having Pace-O-Matic games.

14.   Electronic skill + preview gaming in Pennsylvania is a multimillion dollar business for POM of Pennsylvania in terms of sales revenue.  At the same time, I am aware based on field reports to me that PA Coin has now installed competitive skill + preview games in over 200 locations in Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of July, 2020 in Williamsport, Pennsylvania.


_____
Ryan Wood

6