## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Brief in Opposition to Defendants' Motion to Stay was filed on this 9th day of July, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/ *Steven G. Hill*
Steven G. Hill