# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## JOINT CLAIM CONSTRUCTION STATEMENT

The parties jointly submit this Joint Claim Construction Statement pursuant to the Court's Case Management [Dkt. 50]. Attached as **Exhibit A** is a listing of the parties' agreed terms and constructions. **Exhibit B** contains the parties' disputed terms and phrases for construction, including the terms and phrase of the claims at issue, along with each party's proposed construction with citations to the intrinsic evidence in support. Attached as **Exhibit C** is a copy of U.S. Patent No. 7,736,223. Finally, the prosecution history of U.S. Patent No. 7,736,223—which comprises intrinsic evidence—including specific portions thereof relied upon by Plaintiffs and Defendants for their constructions is attached as **Exhibit D**.

The parties reserve their rights to amend and/or supplement their positions in this Joint Claim Construction Chart with additional intrinsic evidence in their claim construction briefs to rebut positions taken by any other party. The parties further reserve the right to cite to patents or other prior art cited during prosecution of any

1

of the asserted patents in support of their constructions.  Additionally, the parties

reserve the right to assert that their proposed constructions are supported by the

plain and ordinary meaning of the terms and to introduce extrinsic evidence in

support of their constructions.

Dated:  July 9, 2020

HILL, KERTSCHER, & WHARTON, LLP


/s/ Steven G. Hill
Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, GA  30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com


KLEINBARD LLC
Matthew H. Haverstick (PA 85072)
Eric J. Schreiner (PA 76721)
Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000
Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944)
(admitted *pro hac vice*)
Amy M. Dudash (PA 311898)
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Fax: 215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

2

svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog
Systems, LLC and POM of Pennsylvania,
LLC*