**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit A**

## PARTIES' AGREED UPON CONSTRUCTIONS

| # | 223 PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| 1 | **prior to displaying**<br><br>(Claims 1, 13, 25, 37, 44, 51, 57, 64, 70) | "before making visible on the touch screen display" |
| 2 | **computer readable code**<br><br>(Claims 25, 51, 70) | "code in a form that can be executed by the computer" |