**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

## DISPUTED CLAIM CONSTRUCTIONS AND INTRINSIC EVIDENCE

*All citations to the '223 Patent are in the form of column:line unless otherwise stated.  All non-'223 Patent citations refer to documents contained in Exhibit D*

| Term No. | Term and Claim(s) | Plaintiffs' Proposed Construction | Defendants' Proposed Construction | Plaintiffs' intrinsic evidence | Defendants' intrinsic evidence |
|---|---|---|---|---|---|
| 1 | **game processor**<br><br>(Claims 13-19, 23-25, 44, 64) | "a CPU or microprocessor with input/output circuitry that executes program instructions to generate a game."<br><br>Not a means-plus-function term. | (1) Indefinite<br><br>This is a means-plus-function term.<br><br>**Function(s):** "generating an interactive electronic game" "generating/ constructing a game field," "determining at least one winning combination for each play of the game," "testing the game field prior to displaying the game to the player to ensure that a | 2:28-45<br>4:40-64<br>3:18-39<br>FIGS. 2, 5, 6 and 8 and accompanying text<br>5:35-47<br>6:19-33<br>7:61-8:45<br>9:49-12:20 | '223 Patent at Fig. 6; 2:29-45; 4:12-25; 4:40-43; 13:53-14:38; 14:48-15:21; 16:47-17:2; 18:46-19:11; June 4, 2009 Amendment; Jan. 26, 2010 Amendment; Notice of Allowability |

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| | | | | | |
|---|---|---|---|---|---|
| | | | winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field," and "automatically displaying an actual game to be played."<br><br>**Structure**: none.<br><br>(2) Alternative: "a conventional CPU or microprocessor processor that executes program instructions to generate a game." | | |
| 2 | **winning combination**<br><br>(Claims 1, 4, 6, 7, 10, 11, 13, 16, 19, 20, 21, 22, 28, 30, | "array of symbols yielding a successful outcome or corresponding to a prize" | "array of game symbols in the game field yielding a successful outcome" | 3:67-4:6<br>4:11-12<br>4:29-44<br>4:53-64<br>4:66-5:1<br>5:15-67 | '223 Patent at Abstract; Figs. 1B, 5-8; 1:24-28; 2:10-64; 3:59-4:25; 4:36-64; 5:15-67; 6:1-32; 7:1-10; |

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| # | Term | | | | |
|---|---|---|---|---|---|
| | 32, 33, 37, 44, 51, 58, 64, 70) | | | 6:12-44<br>9:53-66<br>10:8-9<br>10:57-62<br>11:56-60<br>12:5-11<br>FIG. 1B<br>FIG. 5 (510)<br>FIG. 6 (616)<br>FIG. 8 (808) | 9:49-11:13; 11:43-12:20; 12:50-13:6; 13:13-16; 13:20-31; 13:44-14:13; 14:21-24; 14:31-47; 14:61-15:21; 15:30-34, 15:38-46; 15:50-56; 16:8-26; 16:47-17:2; 17:22-45; 18:1-27; 18:46-19:11; 19:31-20:21; Jan. 26, 2010 Amendment; Notice of Allowability |
| 3 | **[determining/determine/determined] at least one winning combination for each play of the game**<br><br>(Claims 1, 13, 25, 37, 44, 51, 58, 64, 70) | "Establish[ing] or ascertain[ing] at least one array of symbols yielding a successful outcome or corresponding to a prize for each game to be played" | "guaranteeing/guarantee/guaranteed at least one winning combination that may be formed for each game to be played" | 4:40-47<br>5:35-47<br>6:19-33<br>8:14-25<br>10:7-13<br>10:29-31<br>10:57-62<br>12:1-11<br>12:54-60<br>13:65-67<br>15:5-11<br>16:66-67 | '223 Patent at Abstract; Figs. 1B, 5, 6, 7, & 8; 1:24-28; 2:10-64; 3:59-4:25; 4:36-64; 5:15-67; 6:1-32; 7:1-10; 9:49-11:13; 11:43-12:20; 12:50-13:6; 13:13-16; 13:20-31; 13:44-14:13; 14:21-24; 14:31- |

3

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| | | | | FIG. 5 (500, 510) FIG. 6 (600, 614, 616) FIG. 8 (802, 804, 808) | 47; 14:61-15:21; 15:30-34, 15:38-46; 15:50-56; 16:8-26; 16:47-17:2; 17:22-45; 18:1-27; 18:46-19:11; 19:31-20:21; Jan. 26, 2010 Amendment; Notice of Allowability |
|---|---|---|---|---|---|
| 4 | test[ing] the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field | test[ing] the game field …to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently: "examin[ing] or observ[ing] an array of symbols prior to displaying the game to the player to ensure that the anticipated prize | "test[ing] the previously constructed field prior to displaying the actual game to be played to the player to ensure that a winning combination more valuable than the previously determined winning combination is not generated inadvertently when the player completes a | 2:12-14 3:32-33 4:4-6 4:11-12 4:29-44 4:40-67 5:21-32 5:35-47 5:61-62 6:19-33 9:49-67 10:22-36 11:14-20 11:65-12:3 12:11-14 12:54-60 13:65-67 | '223 Patent at 4:3-47; 4:65-5:48; 12:51-13:6; 13:53-14:13; 14:61-15:21; 16:8-27; 16:47-17:2; 17:22-45; 17:63-67; 18:46-19:11; 19:31-20:21; Jan. 26, 2010 Amendment |

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| | | | | | |
|---|---|---|---|---|---|
| | (Claims 1, 13, 25, 37, 44, 51, 57, 64, 70) | corresponding to the array is not superseded by the award of a better prize"<br><br>**more valuable:** "Having a better outcome or a higher prize level"<br><br>**in completing the field:** "in making the field from the plurality of predetermined game symbols" | winning combination during play of the game" | 15:5-7<br>FIG. 5 (500, 502)<br>FIG. 6 (600)<br>FIG. 8 (800, 802, 810)<br>Pros. History, 1/26/2010 Office Action Response, pp. 14-16, 28-29.<br>US 2007/0232384 A1<br>Pros. History, application pp.14-15. | |
| 5 | **automatically display[ing] an actual game to be played on the touch screen game display to a player prior to initiating activation of game play** | "Programmatically instruct[ing] the terminal display on the touch screen the identification of the next game to the player, including showing the player an otherwise unknown system-generated attribute | "automatically display[ing] an actual game to be played on the touch screen game display to the player before the player commits to play the displayed game" | 3:31-39<br>10:37-46<br>10:66-11:7<br>11:14-60<br>16:63-65<br>17:3-8<br>17:22-52FIG. 6 (602, 604, 606, 618 620)<br>FIG. 7 | '223 Patent at Abstract; Figs. 5-8; 2:10-3:7; 3:27-39; 4:4-6; 5:59-62; 9:49-66; 10:1-6; 10:22-11:13; 11:30-38; 11:61-12:20; 12:51-13:6; 13:10-13; 13:32-41; 13:52-14:13; 14:17-20; 14:48- |

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| | | | | | |
|---|---|---|---|---|---|
| | (Claims 1, 13, 25, 37, 44, 51, 58, 64, 70) | of the next game before the player commits to play the next game" | | FIG. 8 (800, 802, 810, 812)<br>Pros. History, 1/26/2010 Resp.to Office Action, Remarks at 14-16, 26-32.<br>Pros. History (Examiner's Amendment and Reasons for Allowance) | 57; 14:61-15:21; 15:26-29; 15:60-16:3; 16:8-32; 16:47-17:8; 17:22-52; 18:1-31; 18:46-19:16; 19:31-20:26; June 4, 2009 Amendment; Jan. 26, 2010 Amendment; Apr. 16, 2010 Examiner's Amendment; Mar. 23, 2010 Examiner Initiated Interview Summary; Original '223 Patent Application, ¶¶ 23, 25, 39, 44, 46-47, 49, Figs. 5, 6, & 7. |
| 6 | **an actual game to be played**<br><br>(Claims 1, 13, 25, 37, 44, 51, 58, 64, 70) | "the identification of the next game, including at least an otherwise unknown system-generated attribute of the next game" | "the constructed game field of the game to be played" | 3:31-39<br>10:37-46<br>10:66-11:7<br>11:14-60<br>12:5-16<br>17:3-8<br>17:46-52 | '223 Patent at Abstract; Figs. 5-8; 2:10-3:7; 3:27-39; 4:4-6; 5:59-62; 9:49-66; 10:1-6; 10:22-11:13; 11:30-38; 11:61-12:20; 12:51-13:6; |

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| | | | | | |
|---|---|---|---|---|---|
| | | | | FIG. 6 (602, 604, 606, 620) FIG. 7 FIG. 8 (800, 802, 801) | 13:10-13; 13:32-41; 13:52-14:13; 14:17-20; 14:48-57; 14:61-15:21; 15:26-29; 15:60-16:3; 16:8-32; 16:47-17:8; 17:22-52; 18:1-31; 18:46-19:16; 19:31-20:26; June 4, 2009 Amendment; Jan. 26, 2010 Amendment; April 16, 2010 Examiner's Amendment; Mar. 23, 2010 Examiner Initiated Interview Summary; Original '223 Patent Application, ¶¶ 23, 25, 39, 44, 46-47, 49, Figs. 5, 6, & 7. |
| 7 | **program instructions** | "conventional commands that can be executed by a computer" | (1) Indefinite This is a means-plus-function term. | FIGS. 2, 5, 6 and 8 2:46-3:7 3:59-4:2 4:44-47 4:51-64 | '223 Patent at 2:6-64; 14:61-15:34; 15:38-46; 15:60-16:7; 17:22-49; 17:63-67; 19:31- |

**SAVVY DOG ET AL v PA COIN, ET AL, C.A. No. 3:19-cv-01470-JPW**
**Joint Claim Construction Statement, Exhibit B**

| | | | | |
|---|---|---|---|---|
| (Claims 25-28, 30, 35, 36, 51, 52, 57, 70, 71, 75) | | **Function(s):** the functions recited at 14:66-15:21; in claim 51, the functions recited at 17:27-45; in claim 70, the functions cited at 19:37-20:20; and, for each dependent claim reciting this limitation, the additional functions recited therein<br><br>**Structure**: None.<br><br>(2) Alternative: "conventional commands that can be executed by a computer" | 6:27-33<br>6:54-55<br>7:11-16<br>7:61-8:45<br>9:49-12:32 | 20:26; 20:37-41; June 4, 2009 Amendment; Jan. 26, 2010 Amendment; Notice of Allowability |

8