# Morgan Lewis

**John V. Gorman**
Partner
+1.302.574.7297
john.gorman@morganlewis.com

July 16, 2020

**VIA CM/ECF & FEDERAL EXPRESS**

The Honorable Jennifer P. Wilson
Ronald Reagan Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

Re:   *Savvy Dog Sys., Inc. et al. v. Pennsylvania Coin, LLC, et al.,*
      CA No. 3:19-cv-01470-JPW (M.D. Pa.)

Dear Judge Wilson:

Pursuant to paragraph 8 of the Court's Case Management Order (Dkt. 50), Defendants
Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "PA Coin" or "Defendants") hereby
submit two copies of their DVD tutorial for the above-referenced matter.

If the Court experiences any technical difficulties in accessing the presentation, please let us know.

Respectfully submitted,

*/s/ John V. Gorman*

*Counsel for Defendants*

Enclosures

c:    Clerk of Court (Via Federal Express with Enclosures)
      Counsel of Record (Via Secure File Transfer)

**Morgan, Lewis & Bockius LLP**

The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE  19801        **T** +1.302.574.3000
United States                **F** +1.302.574.3001