By the Editors of the
American Heritage® Dictionaries

**Revised Edition**

# Dictionary of

# Computer Words

An A to Z Guide to
Today's Computers

Includes
the Latest
Terms in
Interactive
and
Multimedia
Technology

# DICTIONARY
# OF
# COMPUTER
# WORDS

*Revised Edition*



Houghton Mifflin Company

*Boston · New York*

Words included in this Dictionary that are known to have current trademark registrations are shown with initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, 222 Berkeley Street, Boston, Massachusetts 02116.

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/).

Library of Congress Cataloging-in-Publication Data

Dictionary of computer words. — Rev. ed.
p.  cm.
Includes index.
ISBN 0-395-72834-7 (acid-free paper)
1. Computers — Dictionaries.
QA76.15.D5259   1995
004'.03 — dc20         95-1175
CIP

Manufactured in the United States of America

DOH 10 9 8 7 6 5 4 3 2 1

Book design by Anne Chalmers

ART CREDITS: *Apple Computer:* desktop, dialog box, keyboard (Apple Adjustable), menu, overlaid windows, toolbar; *Fountain Hills Systems Inc.:* keyboard (Ergonomic Keyboard); *Lexmark International, Inc.:* keyboard (Select-Ease); *Library of Congress:* pixel (photograph); *Lotus Development Corporation:* spreadsheet; *Maureen Wilken/Cheryl Snyder:* range; *Microsoft Corporation:* screen shots at the entries alert box, character-based, graphical user interface, and range reprinted with permission from Microsoft Corporation; illustration of the Natural Keyboard at the entry keyboard reproduced with permission from Microsoft Corporation; *Tech-Graphics:* antialiasing, Bézier curve, chip, computer, connector, DIP switch, Dvorak keyboard, floppy disk, hard disk, hierarchical, landscape, letter-quality, mouse, network, outline font, overlaid windows, pixel, printed circuit board, QWERTY keyboard, sector, sine wave, software, trackball, write-protect; *U.S. Environmental Protection Agency:* Energy Star.

tuation. Utility programs, such as PC Tools and Norton Utilities, can sometimes recover data from a corrupted file.

**cpi**   Abbreviation of **characters per inch.**

**cps**   Abbreviation of **characters per second.**

**CPU**   Abbreviation of **central processing unit.**   The part of a computer that interprets and executes instructions. A *mainframe* or a *minicomputer* has a CPU consisting of one or more *printed circuit boards*, but the CPU of a *personal computer* or small *workstation* consists of a single *chip* called a *microprocessor*.

The CPU fetches, decodes, and executes instructions, and transfers information to and from other components, such as *disk drives*, *expansion boards*, or the *keyboard*, over the computer's *bus*, its main data highway. The part of the CPU known as the Arithmetic Logic Unit (ALU) performs all arithmetic and logic operations on data. The CPU's Control Unit coordinates the steps necessary to execute each instruction. It tells the other parts of the CPU what to do and when. The data *registers* of the CPU function as a scratch pad for the ALU and as working memory for the CPU. In some instances, *CPU* is used more broadly to include *main memory*, or *RAM*. See illustration at *computer*.

**CR**   Abbreviation of **carriage return.**

**cracker**   See **hacker** (sense 2).

**crash**   *n.* A failure of a *program*, an *operating system*, or a *disk drive*, which may cause the loss of *data*. If an application crashes, the operating system may crash, too, or may ignore it. In many cases the user must reboot after a crash before resuming work. See also *abort*.
— *v.* To suddenly stop functioning and become unusable, as an application or an operating system.

**microprocessor**   An *integrated circuit* that contains the entire *CPU* (central processing unit) of a computer on a single chip. When referring to personal computers, the terms "microprocessor" and "central processing unit" are often used synonymously. Microprocessors manufactured by Intel are generally used in *IBM PC* and compatible computers. Motorola microprocessors are used in Macintosh computers and in Hewlett-Packard *workstations*.

Microprocessors are distinguished on the basis of power and speed. Power is measured by data width; that is, the number of *bits* of data the microprocessor can process at one time. Often, it is useful to distinguish between *register* width, or the number of bits of data the computer can process within its CPU at one time, and *bus* width, the number of bits of data than can be transferred between the CPU and other components, such as *expansion boards*, *printers*, or *disk drives*, at one time. Speed is specified by the *clock speed* given in *megahertz* (MHz). A microprocessor that runs at 66MHz executes 66 million cycles per second. Clock speed determines how fast a computer can execute instructions. The higher the clock speed and the bigger the data width, the more powerful the microprocessor. Table 16 (pp. 173–174) compares the features of various microprocessors. See also *CISC*, *Intel microprocessors*, *Motorola microprocessors*, *PowerPC*, *RISC*.

**microsecond**   A unit of time equal to one millionth $(10^{-6})$ of a second.

**Microsoft Windows**   A trademark for software that provides a *graphical user interface* for computers running under DOS. Microsoft Windows furnishes an alternative *operating environment* for DOS-based computers. Application programs, however, must be written to run specifically under Windows. This results in a consistent *look-and-feel* for all programs, based on *pull-down menus*, *icons*, and (of course) *windows*. All programs are able to use the tools and common file *formats* provided by Windows, which allows data and graphics to be easily transferred from one program to another. Windows supports *multitasking*, the running of more than

**printout**   Printed output of text or data; *hard copy*.

**Print Screen key**   Abbreviated **Prt Sc**   A key on many IBM PC and compatible computer keyboards that when pressed sends whatever text and graphics are currently on the display screen to the printer. It works under *DOS* but may not be supported in all applications. It can be a handy feature. For example, you can list all the files in a *directory* on the screen with the DOS command DIR and then obtain a *hard copy* of the list by pressing the Print Screen key.

**print server**   See **server.**

**print spooler**   See **spooler.**

**process**   *n.*   **1.** A program.   **2.** A part of a program that does a single task.
— *v.* To perform an operation, such as sorting or calculating, on data.

**processor**   **1.** See **microprocessor.**   **2.** See **CPU.**

**program**   *v.* To write a set of instructions that a computer can execute.
— *n.* A set of instructions that a computer can execute. A program is a sequence of directions, called *statements*, that specify exactly what the computer needs to do to accomplish a predetermined task. A program is written in a *programming language*, a specially constructed vocabulary and set of rules for instructing a computer. Generally, one programs in a *high-level language*, such as *Pascal*, *C*, *BASIC*, or *FORTRAN*. Programs can also be written in *assembly language*, a *low-level language* one step removed from the *machine language* understood by the computer.
     Programming instructions are often referred to as *code*. The program as written by the programmer is called the *source code*. A program that has been translated into machine language and is ready to run is known as an "executable pro-