# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>    Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## DECLARATION OF CHRISTOPHER A. CUMMINGS

1.      My name is Christopher Cummings.  I am over the age of twenty-one and competent to testify in this matter.

2.      I am currently the Special Projects Manager for Pace-O-Matic, Inc.  The testimony herein is based upon my personal knowledge.

3.      Attached hereto as Exhibits A and B are true and correct photographs I took with the assistance of Christopher O'Bier of certain Pace-O-Matic game boards currently being maintained in the Pace-O-Matic offices.

4.      The game boards depicted in Exhibits A and B were used by Pace-O-Matic prior to June 30, 2006.

1

5.    Circled in red on Exhibit A is the game processor/CPU embedded in the circuit board.

6.    Circled in red on Exhibit B is the game processor/CPU embedded in the circuit board.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

This 9th day of July, 2020.

Christopher A. Cummings

2

# DECLARATION OF CHRISTOPHER A. CUMMINGS
## EXHIBIT A



## DECLARATION OF CHRISTOPHER A. CUMMINGS
## EXHIBIT B

