**Microsoft**



OVER
**10,000**
ENTRIES

# Microsoft
# Computer
# Dictionary

## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*



*Microsoft*

*Microsoft*

# Microsoft

# Computer Dictionary

## Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
          p. ; cm.
        ISBN 0-7356-1495-4
        1. Computers--Dictionaries.    2. Microcomputers--Dictionaries.


    AQ76.5. M52267   2002
    004'.03--dc21                                    200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes


Body Part No. X08-41929

Case 3:19-cv-01470-JPW    Document 74-6    Filed 07/16/20    Page 4 of 6

**alarm** *n.* A visual or auditory signal from a computer alerting the user to an error or a hazardous situation.

**ALB** *n. See* load balancing.

**alert** *n.* **1.** In many operating systems with GUIs (graphical user interfaces), an audible or visual alarm that signals an error or represents a warning of some sort. *See also* alert box. **2.** In programming, an asynchronous notification sent by one thread to another. The alert interrupts the recipient thread at defined points in its execution and causes it to execute an asynchronous procedure call. *See also* asynchronous procedure call, thread (definition 1).

**alert box** *n.* An on-screen box in a GUI (graphical user interface) that is used to deliver a message or warning. *Compare* dialog box.

**Alerter service** *n.* A service used by the server and other services to notify selected users and computers of administrative alerts that occur on a computer. The Alerter service requires the Messenger service. *See also* administrative alerts, Messenger service, service.

**ALGOL** *n.* Acronym for Algorithmic Language. The first structured procedural programming language, developed in the late 1950s and once widely used in Europe.

**algorithm** *n.* A finite sequence of steps for solving a logical or mathematical problem or performing a task.

**algorithmic language** *n.* A programming language, such as Ada, Basic, C, or Pascal, that uses algorithms for problem solving.

**Algorithmic Language** *n. See* ALGOL.

**alias** *n.* **1.** An alternative label for some object, such as a file or data collection. **2.** A name used to direct e-mail messages to a person or group of people on a network. **3.** A false signal that results from the digitization of an analog audio sample.

**aliasing** *n.* In computer graphics, the jagged appearance of curves or diagonal lines on a display screen, which is caused by low screen resolution. See the illustration.



**Aliasing.** *The lower resolution of the image on the right reveals the aliasing effect.*

**aliasing bug** *n.* A class of subtle programming errors that can arise in code that performs dynamic allocation. If sev-

eral pointers address the same chunk of storage, the program may free the storage using one of the pointers but then attempt to use another one (an alias), which would no longer be pointing to the desired data. This bug is avoidable by the use of allocation strategies that never use more than one copy of a pointer to allocated core memory, or by the use of higher-level languages, such as LISP, which employ a garbage collection feature. *Also called:* stale pointer bug. *See also* alias, dynamic allocation, garbage collection.

**align** *vb.* **1.** In an application such as a word processor, to position lines of type relative to some point, such as the page margin. The most common types of alignment are left- and right-aligned and centered. See the illustration. **2.** To adjust some device to position it within specified tolerances, such as the read/write head relative to a track on a disk. **3.** In data handling, to store multiple-byte data units so that the respective bytes fall in corresponding locations of memory.

| **Left** aligned to the left edge | **Center** centered around a midpoint |
|---|---|
| **Right** aligned to the right edge | **Decimal** .999 10.99 100.999 10.999 |

*Align.*

**alignment** *n.* The arrangement of objects in fixed or predetermined positions, rows, or columns. For example, the Macintosh Finder can do automatic alignment of icons in a folder or on the desktop.

**Allegro** *n.* Ported to a number of operating systems, Allegro is a freeware library of functions for use in programming computer games and graphics programs. It is written for the DJGPP compiler in a mixture of C and assembly language. The most recent release version is 4.0.0. *See also* assembly language, DJGPP.

**allocate** *vb.* To reserve a resource, such as sufficient memory, for use by a program. *Compare* deallocate.

**allocation** *n.* In operating systems, the process of reserving memory for use by a program.

**COBOL** *n.* Acronym for **C**ommon **B**usiness-**O**riented **L**anguage. A verbose, English-like compiled programming language developed between 1959 and 1961 and still in widespread use today, especially in business applications typically run on mainframes. A COBOL program consists of an Identification Division, which specifies the name of the program and contains any other documentation the programmer wants to add; an Environment Division, which specifies the computers being used and the files used in the program for input and output; a Data Division, which describes the format of the data structures used in the program; and a Procedure Division, which contains the procedures that dictate the actions of the program. *See also* compiled language.

**cobweb site** *n.* A Web site that is far out of date. *See also* Web site.

**Cocoa** *n.* A set of object-oriented development tools and interfaces available on Mac OS X. Cocoa contains a set of frameworks, software components, and development tools used to construct applications for Mac OS X and provides programming interfaces in Java and Objective-C. Cocoa is based on NeXT's OpenStep and is integrated with Apple technologies.

**CODASYL** *n.* Acronym for **C**onference **o**n **D**ata **S**ystems **L**anguages. An organization founded by the U.S. Department of Defense. CODASYL is dedicated to the development of data-management systems and languages, among them the widely used COBOL.

**code¹** *n.* **1.** Program instructions. Source code consists of human-readable statements written by a programmer in a programming language. Machine code consists of numerical instructions that the computer can recognize and execute and that were converted from source code. *See also* data, program. **2.** A system of symbols used to convert information from one form to another. A code for converting information in order to conceal it is often called a *cipher*. **3.** One of a set of symbols used to represent information.

**code²** *vb.* To write program instructions in a programming language. *See also* program.

**code access security** *n.* A mechanism provided by the runtime whereby managed code is granted permissions by security policy and these permissions are enforced, limiting what operations the code will be allowed to perform. To prevent unintended code paths from exposing a security vulnerability, all callers on the call stack must be granted the necessary permissions (possibly subject to override by assertion or denial).

**codec** *n.* **1.** Short for **co**der/**dec**oder. Hardware that can convert audio or video signals between analog and digital forms. **2.** Short for **co**mpressor/**dec**ompressor. Hardware or software that can compress and uncompress audio or video data. *See also* compress², uncompress. **3.** Hardware that combines the functions of definitions 1 and 2.

**code conversion** *n.* **1.** The process of translating program instructions from one form into another. Code may be converted at the source-language level (for example, from C to Pascal), at the hardware-platform level (for example, from working on the IBM PC to working on the Apple Macintosh), or at the language level (for example, from source code in C to machine code). *See also* code¹ (definition 1). **2.** The process of transforming data from one representation to another, such as from ASCII to EBCDIC or from two's complement to binary-coded decimal.

**Code Division Multiple Access** *n.* A form of multiplexing in which the transmitter encodes the signal, using a pseudo-random sequence that the receiver also knows and can use to decode the received signal. Each different random sequence corresponds to a different communication channel. Motorola uses Code Division Multiple Access for digital cellular phones. *Acronym:* CDMA. *Also called:* spread spectrum. *See also* multiplexing, transmitter.

**code page** *n.* In MS-DOS versions 3.3 and later, a table that relates the binary character codes used by a program to keys on the keyboard or to the appearance of characters on the display. Code pages are a means of providing support for character sets and keyboard layouts used in different countries. Devices such as the display and the keyboard can be configured to use a specific code page and to switch from one code page (such as United States) to another (such as Portugal) at the user's request.

**code profiler** *n.* A tool designed to aid developers in identifying and eliminating the code inefficiencies that cause bottlenecks and degrade performance in their applications. Code profilers analyze an executing application to determine both how long functions take to execute and how often they are called. Using a code profiler is a repetitive process in that the tool must be reused after each section of inefficient code has been found and corrected.

**coder** *n. See* programmer.

**Code Red worm** *n.* A fast-spreading and pernicious Internet worm first discovered in mid-2001. The Code Red

**insider attack** *n.* An attack on a network or system carried out by an individual associated with the hacked system. Insider attacks are typically the work of current or former employees of a company or organization who have knowledge of passwords and network vulnerabilities. *Compare* intruder attack.

**Ins key** *n. See* Insert key.

**install** *vb.* To set in place and prepare for operation. Operating systems and application programs commonly include a disk-based installation, or setup, program that does most of the work of preparing the program to work with the computer, printer, and other devices. Often such a program can check for devices attached to the system, request the user to choose from sets of options, create a place for the program on the hard disk, and modify system startup files as necessary.

**installable device driver** *n.* A device driver that can be embedded within an operating system, usually in order to override an existing, less-functional service.

**Installable File System Manager** *n.* In Windows 9x and Windows 2000, the part of the file system architecture responsible for arbitrating access to the different file system components. *Acronym:* IFS.

**installation program** *n.* A program whose function is to install another program, either on a storage medium or in memory. An installation program, also called a setup program, might be used to guide a user through the often complex process of setting up an application for a particular combination of machine, printer, and monitor.

**Installer** *n.* A program, provided with the Apple Macintosh operating system, that allows the user to install system upgrades and make bootable (system) disks.

**instance** *n.* An object, in object-oriented programming, in relation to the class to which it belongs. For example, an object *myList* that belongs to a class *List* is an instance of the class *List. See also* class, instance variable, instantiate, object (definition 2).

**instance variable** *n.* A variable associated with an instance of a class (an object). If a class defines a certain variable, each instance of the class has its own copy of that variable. *See also* class, instance, object (definition 2), object-oriented programming.

**instantiate** *vb.* To create an instance of a class. *See also* class, instance, object (definition 2).

**instant messaging** *n.* A service that alerts users when friends or colleagues are on line and allows them to communicate with each other in real time through private online chat areas. With instant messaging, a user creates a list of other users with whom he or she wishes to communicate; when a user from his or her list is on line, the service alerts the user and enables immediate contact with the other user. While instant messaging has primarily been a proprietary service offered by Internet service providers such as AOL and MSN, businesses are starting to employ instant messaging to increase employee efficiency and make expertise more readily available to employees.

**Institute of Electrical and Electronics Engineers** *n. See* IEEE.

**instruction** *n.* An action statement in any computer language, most often in machine or assembly language. Most programs consist of two types of statements: declarations and instructions. *See also* declaration, statement.

**instruction code** *n. See* operation code.

**instruction counter** *n. See* instruction register.

**instruction cycle** *n.* The cycle in which a processor retrieves an instruction from memory, decodes it, and carries it out. The time required for an instruction cycle is the sum of the instruction (fetch) time and the execution (translate and execute) time and is measured by the number of clock ticks (pulses of a processor's internal timer) consumed.

**instruction mix** *n.* The assortment of types of instructions contained in a program, such as assignment instructions, mathematical instructions (floating-point or integer), control instructions, and indexing instructions. Knowledge of instruction mixes is important to designers of CPUs because it tells them which instructions should be shortened to yield the greatest speed, and to designers of benchmarks because it enables them to make the benchmarks relevant to real tasks.

**instruction pointer** *n. See* program counter.

**instruction register** *n.* A register in a central processing unit that holds the address of the next instruction to be executed.

**instruction set** *n.* The set of machine instructions that a processor recognizes and can execute. *See also* assembler, microcode.