## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 25 pages, it complies with the word count limitation set forth in Docket No. 67.  This Brief contains 8,253 total words.  This word count was performed using Microsoft Word 2016, as well as a manual count of words contained in the Figures and images set forth in the Brief.

<u>/s/ *Steven G. Hill*</u>
Steven G. Hill