## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Opening Claim Construction Brief was filed on this 16th day of July, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/ *Steven G. Hill*
Steven G. Hill