SHOHIN VANCE
SVANCE@KLEINBARD.COM
*Direct Dial  215.568.2000*



**KLEINBARD** llc

July 16, 2020

**VIA HAND DELIVERY**

The Honorable Jennifer P. Wilson
Ronald Reagan Federal Bldg. & US Courthouse
228 Walnut Street
Harrisburg, PA 17101

**RE:   Savvy Dog Systems, LLC, et al. v. Pennsylvania Coin, et al.**
          **19-cv-01470**

Dear Judge Wilson:

        In accordance with this Court's February 26, 2020 Case Management Order, enclosed herein, please find a CD/DVD containing Plaintiffs' Tutorial Describing the Technology and Matters in Issue.

                                        Respectfully submitted,

                                        Shohin H. Vance

cc:
John V. Gorman (*via email*)
Kenneth J. Davis (*via email*)
Amy M. Dudash (*via email*)
Steven G. Hill (*via email*)
John L. North (*via email*)
Martha L. Decker (*via email*)