**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company, | : : : : Civil Action No. 3:19-cv-01470-RDM : : Honorable Jennifer P. Wilson |
| Plaintiffs, | : : |
| v. | : : : |
| PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company, | : : : : : |
| Defendants. | : : |

## ENTRY OF APPEARANCE

Please enter the appearance of James G. Gorman, III on behalf of Plaintiffs, Savvy Dog Systems, LLC and POM of Pennsylvania, LLC.

**KLEINBARD LLC**

*/s/ James G. Gorman, III*
James G. Gorman, III
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 568-2000
(215) 568-0140
jgorman@kleinbard.com

*Counsel for Plaintiffs, Savvy Dog Systems, LLC and POM of Pennsylvania, LLC.*

Dated: July 17, 2020