## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, | |
| Plaintiffs, | CIVIL ACTION NO: 3:19-cv-01470-JPW |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Jennifer P. Wilson |
| Defendants. | |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.9, defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC respectfully request that the Court hear oral argument regarding Defendants' pending Motion to Stay (Dkt. No. 68).  Briefing regarding this Motion was completed on July 23, 2020.

Dated:  July 23, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (*pro hac vice)*
Amy M. Dudash (PA 311898) (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Request for Oral Argument was filed on this 23rd day of July, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman
