**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS <br><br> Defendants. | Civil Action No. 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

## PLAINTIFFS' NON-OPPOSTION TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") do not oppose Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC's (collectively, "Defendants") request for oral argument (Dkt. 78) regarding Defendants' pending Motion to Stay (Dkt. 68).

However, in light of risks associated with COVID-19, including risks associated with lead counsel's overnight travel from Georgia to Pennsylvania for such argument, Plaintiffs respectfully request that the Court schedule argument by teleconference or videoconference.

Dated: July 24, 2020

**Hill, Kertscher & Wharton LLP**

/s/ Steven G. Hill
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580

1

*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com


**KLEINBARD LLC**
Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems,
LLC and POM of Pennsylvania, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Non-Opposition to Defendants' Request for Oral Argument was filed on this 24th day of July, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/ Steven G. Hill
Steven G. Hill