**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT    :

**PETITION**

I Ahren C. Hsu-Hoffman                    , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:          Morgan, Lewis & Bockius LLP

                               1701 Market Street

                               Philadelphia, PA 19103

    Office Telephone:    650.843.7250

    I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. See attached.

My attorney Identification number is: 250469

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

__X___ SPECIAL ADMISSION:

GRANTED BY THE COURT __s/ Jennifer P. Wilson__        Date: _8/5/2020_____