August 12, 2020

*__Via CM/ECF__*

The Honorable Jennifer P. Wilson
United States District Judge
United States District Court for the Middle District of Pennsylvania
Courtroom 4, Federal Building
228 Walnut Street
Harrisburg, PA 17108

Re:    *Savvy Dog Systems, LLC et al. v. Pennsylvania Coin, LLC et al.*,
       CA No. 3:19-cv-01470-JPW

Dear Judge Wilson:

Plaintiffs and Defendants jointly submit this letter pursuant to Section 11 of the Court's Case Management Order [Dkt. 50], regarding the claim construction hearing scheduled for September 15, 2020 at 9:30 a.m.

(i)    The parties do not seek leave to present live testimony at the hearing at this time.

(ii)   Plaintiffs and Defendants each anticipate using between 70-105 minutes of total argument time during the hearing, and request such an allocation.

(iii)  The parties are working cooperatively to determine an orderly presentation of the seven disputed claim terms at issue at the hearing.

Counsel for the parties are available at the Court's convenience to discuss these or any other issues in connection with the upcoming hearing.

Respectfully submitted,

HILL, KERTSCHER & WHARTON LLP

By: */s/ Steven G. Hill*
Steven G. Hill
*Counsel for Plaintiffs Savvy Dog Systems,
LLC and POM of Pennsylvania, LLC*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ John V. Gorman*
John V. Gorman
*Counsel for Defendants Pennsylvania Coin,
LLC and PA Coin Holdings, LLC*

CC:  Counsel of Record (via CM/ECF)