# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 3:19-cv-01470-JPW

- - -

SAVVY DOG SYSTEMS, LLC, and    :
POM OF PENNSYLVANIA, LLC,

   :

     Plaintiffs,

   :

  - vs -

   :

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC,    :

     Defendants.    :


- - -

VIDEOTAPED DEPOSITION UPON ORAL
EXAMINATION OF
DWIGHT E. CREVELT, VOLUME I
Virtual Videoconference
August 7, 2020
- - -
REPORTED BY:  EDWARD J. RUGGERI, RPR, CCR
- - -


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 74

MR. HILL:  Object to the form.

THE WITNESS:  I don't understand what you mean by conventional.

BY MR. DAVIS:

Q.    Was it common and well known?

MR. HILL:  Object to the form.

THE WITNESS:  A gaming device would have some sort of game processor control board in it, and it would have all of the input/output components necessary to handle all of the devices associated with a gaming machine.

BY MR. DAVIS:

Q.    Right.

And were these things that you could buy off the shelf?

MR. HILL:  Object to the form.

THE WITNESS:  There were few manufacturers that made that kind of a device.

BY MR. DAVIS:

Q.    And so you could just call



Page 77

Q.    Is there something about the technology of the Densitron board that's different from the board reflected here in paragraph 19?

MR. HILL:  Objection, calls for speculation.

THE WITNESS:  I have no idea what components are on this board.  I can't read it.  I cannot compare it.  It's like apples and oranges.

MR. DAVIS:  Okay.  Well, we'll come back to it.

BY MR. DAVIS:

Q.    Given what you know about Tic-Tac-Fruit as it's described in the 223 patent, would you think that a generic board could be used to run Tic-Tac-Fruit?

A.    A person could probably pick a board -- a generic board like Densitron produces and build a gaming device and program it to operate like Tic-Tac-Fruit, yes.

Q.    Is there any embodiment disclosed in the 223 patent that you can



award table?

A.    They are randomly put in fields.  No.  They're not coming from the award table because they're not designed to create a winning combination.

Q.    So where are those symbols in the -- stored in the code?

A.    They are other symbols used in the game.

Q.    But it could be the same symbol though, right?

MR. HILL:  Object to the form.

THE WITNESS:  Going on -- if you're going on to step four filling in with other symbols, it could be other symbols.  And in the step five then, it goes back and refers to testing each line to verify that another winning combination has not been created inadvertently.

So those other winning symbols, you would not want them to be creating an inadvertent winning combination, and that's part of the



test that this is going through.

Those symbols may be symbols in the award table and have winning combinations associated with them, but you want to make sure you don't have three of a given one or whatever that award combination might be.  It may be three of one symbol, one of another.

BY MR. DAVIS:

Q.   So if you were writing this code -- strike that.

So item three talks about choosing the symbols for each of the lines.  Item -- step four talks about filling in empty spots with random symbols.

Did I lose everybody?

MR. HILL:  I think we lost the witness.

MR. DAVIS:  Let's go off the record and see if we can get Dwight back.

- - -

