# EXHIBIT B

Page 112

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - - x
SAVVY DOG SYSTEMS, LLC and          :
POM of Pennsylvania, LLC,           :      Civil Action
                                    :         Number
        Plaintiffs,                 :   3:19-CV-01470-JPW
                                    :
        vs.                         :
                                    :
PENNSYLVANIA COIN, LLC and          :
PA COIN HOLDINGS, LLC,              :
                                    :
        Defendant.                  :
- - - - - - - - - - - - - - - - - x


VOLUME II


        Magna Zoom Videotaped Videoconference

Deposition of DWIGHT CREVELT, taken on Friday,

August 7, 2020, held at 6502 E. 560th, Walnut Grove,

Missouri commencing at 1:17 a.m., before Jamie I.

Moskowitz, a Certified Court Reporter and Certified

Livenote Reporter.



Paragraph 84, for example, on the second line you refer to the processor iterates through to test each combination to determine if it has any complete lines.  And then again in Paragraph 85, you refer to the game software determines the initial no-line fields and tests each of these for potential winners.

And then again in Paragraph 87, you refer to in Step 5, test the complete field for compliance with the goals set by Steps 1 and 3.  And then further down in that paragraph, four lines from the end, you make a statement about iterative testing.

And none of these testing steps is the testing limitation of Claim 44 or Claim 51; isn't that right?

A       These are one piece where the testing step is there because in -- in building that field, they must test each of the lines to determine that there's not an inadvertent winner, and that's what we're stepping through here in each of these statements.

Q       Okay.  Well, we'll go through these one at a time.

So the -- the first time it comes up



is in 84, Paragraph 84, and this refers to valid fields are determined by using an embedded computer processor to iterate through and test each combination to determine if it has any complete lines, right?

A       Yes.

Q       That doesn't have anything to do with value, does it?

A       What do you mean "with value"?

Q       So that's not testing to determine if there's an inadvertent win with a higher value.

A       This is part of the ender process where it steps through each available line on the game after the fields have been filled in to determine if there's any winners, other than what was planned.

And any winner that it finds, it would obviously reject the field and start over in the process, with the iterative process it goes through to verify that there are no other potential winners.

Q       Okay.  Let's look at this specific section of the patent.  This is the patent.  It called for Lines 36 to 40.  So we'll just talk about this quickly and we'll move on, all right?

(Whereupon, the Court Reporter asked


MAGNA
LEGAL SERVICES

Page 129

for clarification.)

BY MR. DAVIS:

Q          That's fine.  So at roughly Column 56, this is talking about the Tic-Tac Fruit embodiment with the wild symbols?

MR. HILL:  Object to form.  I think -- I think you meant Line 56.

MR. DAVIS:  Line -- I'm sorry, I beg your pardon.

BY MR. DAVIS:

Q          Line 56.  So --

A          Yeah, that's the process it goes through.

Q          Step -- Step 1 is choose the number of winning lines.  Step 2 is choose the orientation of each of the winning lines.  Step 3 is choose the symbols for each of the lines.  And Step 4 is fill in empty spots with random symbols.  And Step 5 is test the complete field for compliance with the goal set by Steps 1 and 3.

A          That's what -- that's what you just said, yes, the patent says that.

Q          And that's the section that's referred to in Paragraph 84 of your report, your --

A          Yes.



Page 130

Q        -- is that correct?  Yeah.

So that -- that's just testing for compliance with Steps 1 and 3, right?

A        Yes, that's what -- that's giving the process that tests to make sure that there's not an inadvertent winner, yes.

(Whereupon, the Court Reporter asked for clarification.)

THE WITNESS:  That is the iterative process it goes through to make sure there is not an inadvertent winner after you've --

BY MR. DAVIS:

Q        So it doesn't say anything about an inadvertent winner there, though, does it?

A        By rejecting it if there's a winner found and the feeding to make sure there isn't one that we're testing for.

Q        So the word "inadvertent" doesn't appear in anywhere, though, does it?

A        Does not appear in that particular paragraph, no.

Q        So you -- you refer to the testing limitation in your declaration as the limitation in Claim 44, right?  That refers to testing?

A        That is part of the testing, yes.



Q        Okay.  And that talks of testing the game field prior to displaying game to the player, to ensure that a winning combination is more valuable, and to determine that the winning combination is not generated inadvertently incomplete in the field?

A        That's the testing limitation.  That's what it's doing, yes.

Q        The section here of the patent isn't describing that testing limitation, right?

        MR. HILL:  Object to the form, mischaracterizes his testimony.

        THE WITNESS:  I would need to look at my report to find that Claim 44, to verify that has the right terminology to give you that answer.

BY MR. DAVIS:

Q        I just want to make sure that we're not -- you're not misunderstanding my question.

        So if you look at Page 29 of your declaration.

A        Okay.

Q        Right.  So you -- you point out here that -- this is in a section of your declaration where you were talking about the prosecution history



and the applicant referring to the testing limitation, right?

A        Correct.

Q        And the applicant pointed to Paragraph 39; isn't that right?

A        Yeah.

Q        And there was a question about whether that meant Paragraph 39 is the application as filed, or Paragraph 39 of the published application, right?

A        That is correct.

Q        And you concluded that it was Paragraph 39 of the published application that the applicant was referring to?

A        Yes, that was the --

                (Whereupon, the Court Reporter asked
        for clarification.)

                THE WITNESS:  Yes, that is the section
        I was referring to.

BY MR. DAVIS:

Q        Okay.  And that corresponds to Column 6., Lines 19 through 33 of the patent, right? It's referenced right below the highlighting?

A        Yes.

Q        Yeah.  So I just wanted you -- that -- that's not the same paragraph as the paragraph we



were just looking at.  We were looking at a paragraph -- the section on Column 4.  And what I want to clarify is, this Paragraph 39 is the testing limitation that's referred to by the applicant; isn't that right?

A       Yes.  That's the testing on the patient (sic) identified, yes.

Q       And it's not the testing step in Paragraph 4.  That's a different test; isn't that right?

A       Paragraph 4 is a --

Q       If I said Paragraph 4, I'm sorry.  I meant -- I meant Column 4.

A       Oh, Column 4.

Q       Yeah.

A       As a person of skill in the art, I read Column 4 as further clarification of this step and to exactly how they do it.

Q       Okay.  And why do you read the -- the Column 4 testing step as being a further clarification of this?

A       If you break this paragraph into its pieces, you see they correspond very clearly for the five steps below.  Prize is presented on one, two, three or four lines.  The device detects the level


MAGNA
LEGAL SERVICES

of play, which would be the winning.

And the software algorithm assesses the arrangement of the prizes to ascern that no other more valuable prize has inadvertently been presented.

It's testing to verify that it didn't pick something extra, like put three high value points together at the bottom.

So this same four lines -- these same lines, correspond very clearly to the four-step process, five-step process listed in Column 4.

Q       So it's your view that -- that the embodiment that's described in Claim 4 or Claim 44 with this testing limitation, is the embodiment in this Paragraph 39 and also the embodiment in Column 4?

A       Yes.

Q       And so in column -- if we can go back to Column 4 then -- actually, strike that.

Let's go back to that -- that page we previously were on.  Sorry.  That was back on Page 29.

So what -- what is the inadvertent event that happens here in Paragraph 39 of the published application?



Page 135

A        As I described the five-step process which shows you how to fill those in -- when you fill in the extra spaces at random, it is theoretically possible you could put three winning symbols or a winning combination, depending on how the -- the award table is laid out in order, that would give you another winner, possibly a winner of higher value than what you initially selected.  That is the inadvertent one.  You randomly picked the extra pieces.

So you need to verify that did not happen.  That's what he's saying here and that's what this other process tells a person of skill in the art of how I'm doing it, which is what you're teaching me.

Q        Okay.  Now we can go back to Column 4 of the patent at the bottom.

So at the bottom of Column 4, Step 5 is testing the complete field for compliance with the goal set in Step 1 and 3; isn't that right?

A        That's what that step says, yes.

Q        And the goal of Step 1 is choosing the number of winning lines, 1 through 4, and the goal of Step 3 is choosing the symbols for each of the lines?



MAGNA
LEGAL SERVICES

Page 136

A        Yes.

Q        And so this is just testing to ensure that the number of lines and the symbols chosen are the ones that were selected, right?

A        Well, again, Step 4 fills empty slots with random symbols.  You have to test to make sure you didn't put something you didn't want in there.  Again, the specification as a whole teaches what a person of skill in the art would read and understand it.

And this is what a person, as I -- as a person of skill in the art would understand this to be as further clarification of another part of the specification.

Q        So the Step 5 doesn't say anything about testing Step 4, though, does it?

A        This specific step just checks to see if compliance fails and that would mean you had some other winner.

And, again, it's clarification of how to build this device.  And you take the patent -- as a person of skill in the art, I take the patent to appear as a whole and see what clarifies other pieces --

Q        So...



A        -- to show them how to do it.

Q        So you think the applicant -- there was a mistake here, that it's meant to refer to Step 4?

A        No, there's no mistake.  This is the process to go through to help meet what was listed in what we previously had in Paragraph 39.

Q        So I just want to make sure I understand what you -- what you're saying.  So you're saying here where the applicant says he's testing for compliance with Steps 1 and 3, you read that to mean all of the steps, not just Steps 1 and 3?

MR. HILL:  Objection, mischaracterizes.

You can answer.

THE WITNESS:  Again, it is, as I had said, again, clarification, how you're going to try and make sure you've got a set of winning symbols and not an inadvertent winner, something you do not want.

BY MR. DAVIS:

Q        But my -- my question is why -- why are you reading Step 5 differently than it's worded?

MR. HILL:  Objection, argumentative.



Page 138

THE WITNESS:  As a person of skill in the art, I'm looking at this as a teaching as to how to build the device.  This teaches me one portion of it.  Paragraph 39 teaches me another portion of it.  They go together, they work together.

As a person of skill in the art, that is my opinion that this refers to the same functionality as provided in Paragraph 39.

BY MR. DAVIS:

Q        Okay.  But you'll agree with me that there's nothing in this par- -- in this section of the patent that makes any reference to the value or a winning combination with inadvertent value?

A        The terms "value" and "inadvertent value" are not in Lines 55 through 65.

Q        Okay.  So I want to direct you to Paragraph 87 of your -- of your declaration.  I'm sorry.

A        Which paragraphs?

Q        To Paragraph 87.

MR. HILL:  Thank you.

BY MR. DAVIS:

Q        This is where, again, you describe this -- these same tests; isn't that right?



A        There is a description of that, yes.

Q        And then at the end of that paragraph at the end -- the bottom of Page 23 -- you got to get there -- there's a sentence that starts "A POSITA" - a person of ordinary skill in the art -- "would appreciate that the iterative process described in the specification is test compliance with Step 1, test compliance with Step 3.  If either test fails, then repeat Step 1.  Else, game field is completed."

That's correct, isn't it?

A        Okay.  I -- I'm sorry, I'm -- my mind is -- missed the question, again.  What was your question, again?

Q        I just want to make sure that your declaration is accurate.  Is there anything in here that you think is inaccurate?

A        No.  These -- this matches the -- the text.

Q        Okay.  So what's described there is you -- you test Step 1 for compliance, you test Step 3 for compliance.  If either one of those tests fails, then you go back to Step 1.  Otherwise, the field is completed; isn't that right?

A        Yes, that is -- that is -- the steps



Page 140

of test for Step 5, but that also does occur after Step 4 has occurred.  Yes, that is consistent.

Q        The only two tests are for Step 1 and Step 3.  If they both pass, the field is completed; isn't that right?  That's what the end of that Paragraph 87 says, isn't it?

A        Yes.  It is testing each of the lines in the field for compliance with the number of winning lines and the symbols chosen for the winning lines, which means after -- that this is occurring after Step 4.

If there is another winner on a symbol other than those chosen in three or more than the chosen number of winning lines, it failed the test and it goes again.  That's consistent.

Q        Okay.  Let -- I don't think you answered my question, though.  I -- I just want to make sure that I understand that's the way that you have described what I'm seeing in those -- at the bottom of Column 4 of the patent.

You have summarized as -- at the -- at the end of Paragraph 87 of your declaration, that a POSITA would appreciate that the iterative process described in the specification is test compliance with Step 1, test compliance with Step 3.  If either



Page 141

one fails, if either test for Step 1 or Step 3 fails, then repeat Step 1.  Otherwise, the game field is completed.

A        Yes, that is correct.

Q        Okay.  Paragraph 86 of your declaration, again, you're -- you're talking about there being over a hundred million compliant field combinations and that -- do you -- do you recall what that's in reference to?

A        Well, the hundred million possible combinations is referring to basically to the number of winning combinations possible.

Q        Okay.  And that -- and the player -- you say there's a hundred million compliant field combinations.  The player must examine each line-up and symbol values to determine the best location for selecting the wild symbol on the field displayed?

A        Yes.  When the player looks at that field, he has to choose where to put the wild symbol.  There's a lot of different opportunities, but he has basically nine places he can choose it.  But with all the different combinations of symbols, he has to examine that quickly and make a choice.

Q        Okay.  And he does that by placing a wild symbol in the field?



We are back on the record.

BY MR. DAVIS:

Q        Welcome back, Mr. Crevelt.  You're still under oath.  And any communications with your counsel about the substance of the deposition so far?

A        No.

Q        Okay.  I want to refer you to Paragraph 99 of your declaration.  This is, again, referring to that same Column 6, Lines 19 to 33 that we've talked about as the testing limitation.

A        Yeah.

Q        And in this you talk about the teachings of the award table and the role that a person of ordinary skill in the art would understand the award table to play in the electronic game, and it would -- a person of ordinary skill in the art would understand the testing limitation to refer to observing or examining an array of symbols to ensure that the intent -- anticipated successful outcome or prize corresponding to the array's not superceded.

         And I wanted to ask you what do you mean by "anticipated successful outcome."

A        The testing limitation as stated is looking for -- to ensure there's not an additional



MAGNA
LEGAL SERVICES

winning combination that is more successful or greater -- a different prize, greater prize than what they had already predetermined.

Q        After the player plays the game?

A        This is done before the player plays the game.  This is during the point where they are determining the filling in of the field.

Q        So how is the anticipated successful outcome?  Isn't the outcome of the game after the player plays?

A        The anticipated successful outcome would be the highest winner available as -- as -- as the player would select the appropriate spot.  It's attempting to make sure there's not another combination, a winning combination out there that the player could choose.

Q        Okay.  So in -- again, in Paragraph 97, just one clarification here.  I think the last sentence -- I think it's in 97.  Sorry, 96.  No, wait.  I beg your pardon.  Yeah, I'm sorry, the end of Paragraph 97, you were talking about -- again, that's Paragraph 39, the published application.

And in 97, you were talking about Paragraph 39 of the as-filed application does not


MAGNA
LEGAL SERVICES

support the testing limitation.  And then the last sentence says, "This paragraph concerns testing a game field."  I think what you meant to say was this paragraph does not concern testing a game field.

A        Yes.  I believe that's probably a typo, yes.  Because we are referring to the previous -- yes, I think you're right there.

Q        Looking back up -- sorry, the next page, again, at Paragraph 98, just because it's convenient to do so -- I'm going to skip that question for now.

Maybe the next question.  So the -- midway down, the second paragraph here refers to a software algorithm assesses the arrangement of prizes to be offered to assure that no other more valuable prizes will inadvertently be presented.

Does that software algorithm exist in the specification?

A        I would read that software algorithm to be directed toward Column 4 and that five-step process.

Q        Is there anyplace else where that software algorithm would exist in this specification?

A        I would have to do some research to



look and verify that at this point.

Q        So are you -- are you taking an opinion that the software algorithm does or does not exist in the specification?

A        That's not what I said.  I said that Column 4 five-step process would be a software algorithm.

Q        Okay.  Have you considered as part of your work whether there would by an algorithm that does this assessment someplace else in the specification?

A        There are several of these flowcharts provided in the specification that could very clearly be utilized with the software algorithm. Also, I actually did analysis of the Claim 44, and the algorithmic nature of the claim, all of which could be implemented in software.

Q        So I'm talking specifically about a software algorithm that assesses the arrangement of prizes to be offered, to assure that no other more valuable prizes will inadvertently be presented.

And my question is:  Whether that software algorithm is disclosed in the specification someplace other than in Column 4.

A        Off the top of my head, I cannot give



Page 157

Q        What does the code look like to test?

A        That could be written by anybody in any form.  I have not opined on what codes look like.

Q        Is it -- what I'm asking you is whether the steps to do that testing are disclosed in the specification?

A        The testing for a winning combination requires you to match the symbols in a line with the award table.  And part of that you can see in Column 4 above at Number 44, valid field is determined by embedded computer processors iterating through and testing each combination to determine if there's any completed lines.  So it's testing each line to see if there's a winning combination.

Q        What does that mean "test each line"? Where is -- where does it describe how that test is undertaken?  Can you -- can you point me to where that's described?

A        Not at this point going through here. You have a spot in my declaration where I -- you got something specific on that?

Q        Well, you talked about the algorithm at the -- no, because we talked about the algorithm being in the claims, and I wanted to


MAGNA
LEGAL SERVICES

Page 158

understand whether there was a place that described how the testing was performed as set forth in Claim 44, and as illustrated in your flowchart.

A          I -- again, I pointed back to that five-step process in Column 4 as an algorithm to do that testing.  As one skilled in the art, you understand that the test aligned, you compare the symbols in that line with the winning symbols and an award table.

Q          So are you -- are you saying that the -- the only place where the testing limitation described in Claim 44 is described how to do the testing is in this -- that's a terrible question.  I'm going to rephrase that.

So what I'm trying to understand is, you've shown us an algorithm in Paragraph 137 of your declaration you -- that you say is an algorithm.  And part of that is testing the game field.

And I want to understand where in the specification, if anywhere, there's a description of how that testing is undertaken.  And what you've pointed me to in Column 4 describes that testing is undertaken.  But I want to understand how the testing in Claim 44 is undertaken?



Page 159

A          One of the things that I, as a person skilled in the art, understand is that to test a line of -- for a winner is you compare the symbols with that and an award drawing.  That is something a person skilled in the art would understand and would know how to do.  It may be in the text described in that same manner somewhere here in a specification. I cannot point to it at this point.

Q          So you don't have an opinion as to whether the testing -- there is a description in the specification as to whether the testing limitation is disclosed in a way that would say how the testing is done?

A          Well, my position has been and I've said the before; is the testing limitation is disclosed in that five-step process in Column 4.

Q          My -- my -- my question is does this use your -- your -- I'm asking a question and you're making a statement, so I need you to answer the question I'm asking.

A          I've been trying to answer the --

MR. HILL:  Objection, argumentative.

BY MR. DAVIS:

Q          The -- you've pointed us to an algorithm that what you state is an algorithm for


MAGNA
LEGAL SERVICES

Page 160

Claim 44.  And what I'm asking is:  Do you have an opinion as to whether the '223 patent says how to do the testing limitation of Claim 44?

A        The '223 patent does --

MR. HILL:  Objection.  This has been asked and answered.

But go ahead.

THE WITNESS:  Yeah.

Again, the '223 patent has this algorithm listed in Column 4, Step 5, that my opinion is the algorithm to do that testing.

BY MR. DAVIS:

Q        Are you saying that the Paragraph 44 explains how to do the testing limitation of claim -- let me scratch that.

Are you saying that the five steps in Column 4 of the patent describes how to do the testing limitation of Claim 44?

A        That's what I said.

MR. HILL:  Objection, asked and answered.

Go ahead.

BY MR. DAVIS:

Q        I didn't hear the answer.

A        That's what I said.


MAGNA
LEGAL SERVICES

that right?

A        As I have stated what my opinion is, that the -- the term "game processor" is not a nonce term.  It does not represent some indescript means or mechanism for doing something.  It is a term that is known in the industry, it has structure and has -- well, structure to it.

Q        So you said that means and mechanism are words that wouldn't appear in a technical dictionary; isn't that right?

A        Those are claims terms or methodologies, and we're talking about -- that are used in claim construction, which I am not an expert in, but they're indescript as to what they mean. There's no structure implied by the term means. There's no structure implied by a mechanism.  And I am saying game processor does imply structure and form.

Q        So, Mr. Crevelt, let me see if I can ask a question that you can provide a yes or no answer to.  Does the word "means" appear in a technical dictionary?

A        Well, yes, it could appear in a technical dictionary.

Q        You provided us with a -- what you



Page 176

processor is, why the association with the other components for input, output, display, et cetera, and what a person skilled in the art would understand as a game processor as used in the Claim 44.

Q       So when you say the -- the game processor is an integrated circuit, is that describing the -- the game board?

A       The game processor is a board that contains numerous integrated circuits, including the process circuit itself.

Q       So when I look at this picture, is this entire picture a game processor or is it the cir- -- is it the board itself?  That's what I'm trying to understand.

A       When a person skilled in the art sees the term "game processor," they would be expecting to look at a board similar to this that would have all the necessary components to run a game.

Q       And you're saying that this has all the necessary components to run a game?

A       I cannot specifically state that that photograph does.  This was done as a demonstrative. It was not done to give you a specific board --

Q       So you don't know what's the game



Q        And what other information would you need to know whether this game board can perform all of the steps of Claim 44?

A        I would have to do a complete analysis of the board; its hardware component, circuitry, does it contain all the necessary components that I have listed that a normal game processor would have, that a person of skill in the art would be -- expect to see in Section 120, for example, of my report.

Q        And that information is not provided in these photographs, correct?

A        There is not enough clarity in this photograph to identify those components, no.

Q        And there's nothing described in the '223 patent either, right, that would clarify that?

A        The '223 patent has no clarification as to what this board is, so they're not even related.  I don't understand the question.

Q        There's nothing that describes the structure of a game processor in the '223 patent, correct?

A        The game processor is used a couple of times in the patent, but it is a well-known term and not needed any additional definition as far as a person of skill in the art.

