## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the 5,000 word count limitation set forth in LR 7.8(b)(2).  This Brief contains 4,802 total words.  This word count was performed using Microsoft Word 2016.

<u>/s/ *Steven G. Hill*</u>
Steven G. Hill