## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiffs' Responsive Claim Construction Brief was filed on this 13th day of August, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/ *Steven G. Hill*
Steven G. Hill