# **EXHIBIT 3**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 3:19-cv-01470-JPW

- - -

SAVVY DOG SYSTEMS, LLC, and      :
POM OF PENNSYLVANIA, LLC,
                                 :
     Plaintiffs,
                                 :
  - vs -
                                 :
PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC,           :

     Defendants.                 :


- - -

VIDEOTAPED DEPOSITION UPON ORAL

EXAMINATION OF

DWIGHT E. CREVELT, VOLUME I

Virtual Videoconference

August 7, 2020

- - -

REPORTED BY:  EDWARD J. RUGGERI, RPR, CCR

- - -


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

- - -

Videotaped Deposition of

DWIGHT E. CREVELT, VOLUME I, taken

pursuant to notice, was held via Virtual

Videoconference, commencing at 10:04 a.m.,

on Friday, August 7, 2020, before

Edward J. Ruggeri, Registered Professional

Reporter, Certified Court Reporter and

Notary Public.

- - -

Page 4

1    I N D E X
2
3
4    WITNESS:                    PAGE
5
6    DWIGHT E. CREVELT
7
8    By:  Mr. Davis.....................9
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1    A P P E A R A N C E S :
2
3
4    HILL, KERTSCHER & WHARTON, LLP
     BY:  STEVEN G. HILL, ESQUIRE
5        MARTHA DECKER, ESQUIRE
     3350 Riverwood Parkway SE
6    Suite 800
     Atlanta, GA 30339
7    770.670.6159
     sgh@hkw-law.com
8    md@hkw-law.com
        Counsel for the Plaintiffs
9
10
11   MORGAN, LEWIS & BOCKIUS, LLP
     BY:  KENNETH J. DAVIS, ESQUIRE
12       AHREN C. HSU-HOFFMAN, ESQUIRE
     1701 Market Street
13   Philadelphia, PA 19103
     215.963.5000
14   kenneth.davis@morganlewis.com
     ahren.hsu-hoffman@morganlewis.com
15      Counsel for the Defendants
16
17
18
19
20   A L S O  P R E S E N T :
21
     Joshua Pinkus, Videographer
23   Gregory Cline, Esquire
24

Page 5

1    E X H I B I T S
2
3
4    NUMBER    DESCRIPTION              PAGE
5
6    2      Expert Declaration of
7           Dwight Crevelt on Technology
8           Background and Meaning of
9           Claim Terms Set Forth in
10          U.S. Patent No. 7,736,233.....71
11   9      Exhibit A.....................82
12
13
14
15
16
17
18
19
20
21
22
23
24



Page 86

1  give flexibility to the operator.  And, as
2  such, then how that is implemented, again,
3  comes down to is that hard coding in the
4  code and never changed or is it
5  selectable, and that depends on the
6  implementation.
7      Q.   But irrespective of all that,
8  wouldn't that all be in the code?
9      A.   Again, it would depend on how
10  that was implemented in the code, but the
11  code would be able to reactivate
12  selections and make the appropriate
13  changes.
14      Q.   So in the purpose -- or in the
15  example using Table 1, let's be specific.
16  There's a -- in the middle of that row
17  there's -- refers to a plum and there are
18  values of $1, $2, $4, $8.  Three plums are
19  worth $1, $2, $4, and $8.
20          Do you see that?
21      A.   Yes.
22      Q.   Would the association of three
23  plums and those dollar values be written
24  in the code?

Page 87

1      A.   Again, somewhere in the code or
2  its associated hardware there would be --
3  that would be there someplace, yes.
4      Q.   And that would be determined by
5  a human, right?
6      A.   This table is determined by a
7  human to start with and program.  Any
8  optional selections are, again, determined
9  by a human, I would imagine.
10      Q.   Okay.
11          In the games where there are
12  reels spinning and graphics spinning and
13  they end on, let's say, three plums, the
14  ending position of those three plums is
15  independent of this table one; isn't that
16  right?
17      A.   This table describes what the
18  winning combination would be, and in
19  various game types, especially those that
20  are strictly done at random like a slot
21  machine, they would be stopped at random
22  positions and determined that that was a
23  winning combination.
24      Q.   But there's nothing about the

Page 88

1  award table that impacts whether the reels
2  stop at a winning combination or a
3  nonwinning combination; isn't that right?
4      A.   In the implementation of
5  Tic-Tac-Fruit, the way it chooses its
6  display is not based on random spinning
7  reels, especially in the wild card first
8  embodiment.
9      Q.   So let's talk about the wild
10  card embodiment and the embodiment of
11  Table 1.
12          Isn't it the case that whatever
13  the winning outcome is, it is achieved
14  without the reference to Table 1?
15      A.   That's not the way I understand
16  the section in column four on the
17  methodology in which this game is chosen
18  or the winning combinations are chosen.
19      Q.   So I'm talking about when a
20  player plays the game and the final
21  combination is shown on the screen, is
22  there any connection between what that
23  combination is and how it's determined in
24  the pay table?

Page 89

1      A.   The pay table is determining
2  the amount that is provided for the
3  winning combination.  The pay table is not
4  in -- the pay table itself is not
5  determining what the winning combination
6  is.  That is done elsewhere in the game.
7      Q.   Okay.
8          So if the reels stop at three
9  plums, the award schedule didn't cause it
10  to stop at three plums?
11      A.   The way this -- the
12  Tic-Tac-Fruit game or this patent is
13  implemented, it does not necessarily use
14  spinning reels.  So that analogy just is
15  awkward.
16      Q.   Fair enough.
17          However its implemented,
18  whatever the graphics look like, when
19  three plums appear on the screen, that was
20  not determined by the award schedule?
21      A.   The award schedule is used to
22  determine what the winning combination is
23  going to be in this game, and that process
24  is described in, I believe, column four of

MAGNA
LEGAL SERVICES

Page 112

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - x
SAVVY DOG SYSTEMS, LLC and       :
POM of Pennsylvania, LLC,        :      Civil Action
                                 :        Number
        Plaintiffs,              :   3:19-CV-01470-JPW
                                 :
    vs.                          :
                                 :
PENNSYLVANIA COIN, LLC and       :
PA COIN HOLDINGS, LLC,           :
                                 :
        Defendant.               :
- - - - - - - - - - - - - - - - x


                    VOLUME II


        Magna Zoom Videotaped Videoconference

Deposition of DWIGHT CREVELT, taken on Friday,

August 7, 2020, held at 6502 E. 560th, Walnut Grove,

Missouri commencing at 1:17 a.m., before Jamie I.

Moskowitz, a Certified Court Reporter and Certified

Livenote Reporter.



Page 113

1  A P P E A R A N C E S :
2
   HILL, KERTSCHER & WHEATON LLP
3  BY:  STEVEN G. Hill, ESQUIRE
   3350 Riverwood Pkwy SE - Suite 800
4  Atlanta, Georgia 30339
   770-670-6144
5  sgh@hkw-law.com
   Counsel for the Plaintiffs
6
7  MORGAN, LEWIS & BOCKIUS LLP
   BY:  KENNETH J. DAVIS, ESQUIRE
8  1701 Market Street
   Philadelphia, Pennsylvania 19103
9  215.963.5000
   kenneth.davis@morganlewis.com
10 Counsel for the Defendants
11
   ALSO PRESENT:
12
   JOSHUA PINKUS
13 Legal Videographer
14
15
16
17
18
19
20
21
22
23
24
25

Page 114

1        E X H I B I T S
2
   EXHIBIT NUMBER   DESCRIPTION          PAGE
3
   Exhibit 3      Dictionary of Computer Words   167
4
   Exhibit 5      Declaration of Mr. Cummings    170
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 115

1            TABLE OF CONTENTS
2  Dwight Crevelt
3
   Examination
4
   By Mr. Davis......................Page 116
5
   Reporter Certificate...............Page 204
6
   Index of Exhibits.................Page 114
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 116

1        THE VIDEOGRAPHER:  The time is 1:17.
2  We are back on the record.
3  CONTINUING EXAMINATION
4  BY MR. DAVIS:
5     Q     Welcome back, Mr. Crevelt.  Can you
6  hear okay?  Maybe not.
7        THE VIDEOGRAPHER:  The time is 1:18.
8  We are off the record.
9        (Whereupon, a discussion was held off
10 the record.)
11       THE VIDEOGRAPHER:  The time is 1:19.
12 We are back on the record.
13 BY MR. DAVIS:
14    Q     Welcome back, Mr. Crevelt.  Can you
15 hear me okay?
16    A     Yes.
17    Q     And did you have any conversations
18 with your counsel on the break?
19    A     Just words of encouragement.
20       (Whereupon, a discussion was held off
21 the record.)
22 BY MR. DAVIS:
23    Q     So I want to pick up again with your
24 Declaration, Mr. Crevelt, at Paragraph 66.  And so
25 again in -- you're talking about the Tic-Tac Fruit

2 (Pages 113 to 116)



Page 125

1    Q    So is it that the -- the player can --
2    can make different plays on the game board and
3    achieve different monetary outcomes?
4    A    Yes.  Depending on what they choose
5    they could get different outcomes, yes, including
6    zero.
7    Q    And the embodiment that's described at
8    the bottom of Column 3 and the top of Column 4,
9    that's the Tic-Tac Fruit embodiment, isn't it?
10    A    That's the embodiment that we're
11    looking at here as far as with the wild symbol.
12    Q    Okay.  So I wanted to direct you to
13    your declaration at Page 21, constructing the
14    completely filled game field.  That's -- sorry.
15    This is the -- the patent is on the screen.  I'm
16    looking at -- this should be Exhibit 2.  Exhibit 2.
17    So in Paragraphs 80, 81, really
18    through the end of this section, you're -- you're
19    pointing to sections of the specification that talk
20    about completing a field, right?
21    A    Generally that's correct, yes.
22    Q    And you are also looking at sections
23    of the specification that talk about completing a
24    line; isn't that right?
25    A    I believe that's in there.  I'm just

Page 126

1    not sure exactly which paragraph it is, but yeah.
2    Q    So you refer to this specification and
3    conclude that completing a field is something that's
4    done when the field is constructed based on these
5    sections of the specification, correct?
6    A    The -- the steps identified in
7    Column 4, as I outlined here, person skilled in the
8    art would recognize that this is how you build that
9    field and the -- the steps to do that, to complete
10    that to present to the customer.
11    Q    Sure.  The question is you'd --
12    whether the phrase "completing the field" means
13    constructing the field or it can mean something
14    else?
15    A    I have not defined that term as part
16    of my opinion.
17    Q    Okay.  So you don't have an opinion on
18    whether completing the field is something that is
19    done when the field is constructed or when a player
20    plays the game to solve the puzzle, as we just
21    described?
22    A    I have not provided an opinion on
23    that, no.
24    Q    Okay.  So in this same section, you
25    make some references to testing combinations.  In

Page 127

1    Paragraph 84, for example, on the second line you
2    refer to the processor iterates through to test each
3    combination to determine if it has any complete
4    lines.  And then again in Paragraph 85, you refer to
5    the game software determines the initial no-line
6    fields and tests each of these for potential
7    winners.
8    And then again in Paragraph 87, you
9    refer to in Step 5, test the complete field for
10    compliance with the goals set by Steps 1 and 3.  And
11    then further down in that paragraph, four lines from
12    the end, you make a statement about iterative
13    testing.
14    And none of these testing steps is the
15    testing limitation of Claim 44 or Claim 51; isn't
16    that right?
17    A    These are one piece where the testing
18    step is there because in -- in building that field,
19    they must test each of the lines to determine that
20    there's not an inadvertent winner, and that's what
21    we're stepping through here in each of these
22    statements.
23    Q    Okay.  Well, we'll go through these
24    one at a time.
25    So the -- the first time it comes up

Page 128

1    is in 84, Paragraph 84, and this refers to valid
2    fields are determined by using an embedded computer
3    processor to iterate through and test each
4    combination to determine if it has any complete
5    lines, right?
6    A    Yes.
7    Q    That doesn't have anything to do with
8    value, does it?
9    A    What do you mean "with value"?
10    Q    So that's not testing to determine if
11    there's an inadvertent win with a higher value.
12    A    This is part of the ender process
13    where it steps through each available line on the
14    game after the fields have been filled in to
15    determine if there's any winners, other than what
16    was planned.
17    And any winner that it finds, it would
18    obviously reject the field and start over in the
19    process, with the iterative process it goes through
20    to verify that there are no other potential winners.
21    Q    Okay.  Let's look at this specific
22    section of the patent.  This is the patent.  It
23    called for Lines 36 to 40.  So we'll just talk about
24    this quickly and we'll move on, all right?
25    (Whereupon, the Court Reporter asked



Page 165

1  purport to be definitions here.  You don't provide a
2  definition for game processor, do you?
3      A       My report in the following paragraph
4  describes and does, I believe, give you a reasonable
5  definition and understanding of what game processor
6  is and what it means to a person of skill in the
7  art.
8      Q       In your chart here there's no
9  definition of game processor, right?
10     A       That chart is meant as an explanation
11 of how I'm getting to where I'm at.
12     Q       So you're not saying that it does have
13 the term "game processor" in it, are you?
14     A       The chart does not contain the term
15 "game processor," no.
16     Q       And so you include in the chart the
17 term "processor"; isn't that right?
18     A       Yes.
19     Q       And you in turn include the term
20 "means"; isn't that right?
21     A       Yes.
22     Q       And the term "mechanism"?
23     A       Yes.
24     Q       And next to the word "means" you have
25 a method or way of doing something, which is a

Page 166

1  definition; isn't that right?
2      A       Correct.
3      Q       And for mechanism, you've written a
4  part of a machine or a set of parts that work
5  together; isn't that right?
6      A       Yes.
7      Q       A processor, you haven't provided a
8  written definition.  What you've provided are
9  references to other sections of that dictionary;
10 isn't that right?
11     A       Yes.  Looking at microprocessor or
12 CPU, yes.
13     Q       And in that dictionary, there are
14 definitions for microprocessor and there's a
15 definition for CPU; isn't that right?
16     A       Yes, and they were provided.
17     Q       And they were provided.  But there's
18 no such definition for processor?
19     A       Processor refers to the microprocessor
20 or a CPU.
21     Q       I understand that what it says is "see
22 microprocessor and see CPU"; isn't that right?
23     A       Yes, for the definition of what a
24 processor is.
25     Q       Well, that's not a definition.  It

Page 167

1  just says "see microprocessor."
2            MR. HILL:  Objection, argumentative.
3  BY MR. DAVIS:
4      Q       Mr. Crevelt, can we go to --
5            MR. DAVIS:  This is -- why don't we
6  mark Exhibit 3?
7            (Whereupon, Exhibit 3 was marked for
8  Identification.)
9  BY MR. DAVIS:
10     Q       Let me know when you're ready.
11     A       I'm here.
12     Q       So on the -- I guess it's the
13 dictionary Page 226, which is the -- the sixth page
14 of the document.  So there's the word "print server"
15 there, it says "see server."
16            Would I expect to find the definition
17 of a print server under the heading of server?
18     A       You're looking at a dictionary and
19 whoever wrote the dictionary gives further
20 clarification of what print server -- or under
21 server there may be more information there.
22     Q       So you're saying that they -- this
23 dictionary is -- and I -- to help clarify, these are
24 the pages from your declaration.  This is the
25 dictionary you attached to your declaration.

Page 168

1      A       Yes.
2      Q       So are you saying that a print server
3  is the same thing as a server?
4      A       I did not opine on server or print
5  server or what that means in my declaration.
6      Q       Well, if we can just scroll down a
7  little bit, I think you just told me that you opined
8  that the word "processor" means microprocessor and
9  it means CPU because of the way it's phrased in this
10 dictionary, and I --
11           MR. HILL:  Object to the use -- sorry.
12 Go ahead.
13           MR. DAVIS:  You -- I mean, can we just
14 make this thing smaller?  There you go.
15 BY MR. DAVIS:
16     Q       Is there a reason to interpret the way
17 this dictionary set out the explanation of processor
18 and the explanation of print server when it uses the
19 word "see"?
20     A       When this dictionary says "see
21 microprocessor" or "see CPU," it says "go to those
22 references" because I have more details there.  And
23 I had provided those references to give you
24 completed detail and identify where a processor or a
25 CPU would be.  That is the way to look at a



Page 185

1    what's necessary for this game.  Someone else's game
2    made need additional circuitry or components.
3        Q      Okay.  So is this the configuration
4    you would expect as a game processor to perform the
5    method of Claim 44 in the '223 patent?
6        A      This is an example of what is in the
7    art and what a person skilled in the art would see a
8    game processor to be that could produce the game as
9    specified in the '223 patent.
10        Q      So I go to the '223 patent, Claim 44,
11    I see -- and the word "game processor" appears, that
12    configuration is the configuration of Figure 1A in
13    Kelly?
14        A      That is a configuration that would
15    work to provide that game, yes.
16        Q      Okay.  So what -- what aspect of this
17    Figure 1A would perform the constructing field?
18        A      Constructing the field would be done
19    by the software algorithm inside the game processor.
20        Q      The algorithm would be in the game
21    processor?
22        A      It would be in the software.
23        (Whereupon, the Court Reporter asked
24        for clarification.)
25

Page 186

1    BY MR. DAVIS:
2        Q      And does the software exist in the
3    processor?
4        A      It exists in the game processor board.
5    It may be in RAM, Rom, depending on the
6    configuration.
7        Q      And so I don't see the word "software"
8    on here.  Is -- is software a component of a game
9    processor board?
10        A      Software is the component necessary to
11    make a game processor board do anything.  A computer
12    processor executes a computer program.  It needs a
13    program.
14        Q      So the -- the -- the board itself and
15    the hardware on the board can't execute all the
16    steps of Claim 44 in the '223 patent?
17        A      Any computer processor requires a
18    program.  That's part and parcel to its operation.
19    With the program installed in RAM or rom, the
20    hardware has nothing to function.
21        Q      And so can you tell me, yes or no,
22    does the game processor include software?
23        A      Yes.
24        Q      Software is part of the game
25    processor?

Page 187

1        A      As a person skilled in the art would
2    understand a game processor has all the components
3    and the software necessary to run the device, yes.
4        Q      And so when I look back at the
5    Cummings report and I look at that as an example of
6    a game processor, where is the software?
7        A      Again, I cannot tell you specifically
8    on that drawing or that photograph because I have
9    not analyzed the photograph.  It would most likely
10    be in a rom on that board.  But again, I have no
11    verification of that.
12        Q      Okay.  And just to be clear, the
13    structural components themselves that are shown on
14    that game board photograph and the structure of
15    components in Figure 1A of the Kelly patent cannot
16    perform any of those steps in Claim 44 without
17    software?
18        A      That is correct.
19        (Whereupon, a discussion was held off
20        the record.)
21        MR. DAVIS:  Why don't we -- we'll do
22    15 minutes, if that's okay.  Come back at 5
23    after.
24        COURT REPORTER:  Thank you very much.
25        MR. HILL:  Okay.

Page 188

1        THE VIDEOGRAPHER:  The time is 3:49.
2    We're off the record.
3        (Whereupon, a recess was taken)
4        THE VIDEOGRAPHER:  The time is 4:18.
5    We are back on the record.
6    BY MR. DAVIS:
7        Q      Welcome back, Mr. Crevelt.  How are
8    you?
9        A      I'm still here.
10        Q      Good.  Thanks for enduring all the
11    technical troubles.  I appreciate you holding your
12    phone up to your ear or your mouth as you speak.
13        So I wanted to just ask one point of
14    clarification on Page 25 of your declaration.  And
15    the heading -- are you still there?
16        A      I'm here.
17        Q      So the heading in Section F there is
18    "Determining a Winning Combination."  And I just
19    want to clarify, you're not taking a position on the
20    phrase "Determining a Winning Combination" for each
21    play of the game; is that right?
22        A      I don't believe I have opined on that
23    as a claim term, if that's what you're asking.
24        Q      Right.  So you don't have an opinion
25    on what the phrase "determining a winning



Page 189

1  combination for each play of the game" means?
2  A  I have not opined on that, no.
3  Q  Okay.  So starting at Paragraph 101 of
4  your declaration on Page 30, the heading is "The
5  Tic-Tac Fruit Preview Display Embodiment," and you
6  note in Paragraph 101 that there are several
7  different embodiments for a preview of the game to
8  be played before the player makes a decision to play
9  the game.
10  And in Paragraph 102, again, you point
11  to Figure 6 as one embodiment.  And it might be
12  helpful to refer to Figure 6 in the game.
13  And what I want to confirm for you or
14  with you, and let me -- in fact, why don't we just
15  look at Figure 102 -- sorry, paragraph 102 in
16  connection with Figure 6, which teaches process and
17  logic for combining the wild symbol with embodiment
18  in the '223 patent with the preview screen
19  embodiment.
20  And then it goes on to say that "the
21  field is presented to the player on the same display
22  as a preview of the game in Step 602."
23  And I want to confirm that this
24  preview step is a preview of the actual game to be
25  played; is that right?

Page 190

1  A  I'm having a hard time reading the
2  screen.  You just expanded it for me, so it makes it
3  easier for me.  Thank you.
4  Okay.  I'm sorry what was your
5  question again?  Sorry.
6  Q  My question was, the embodiment of
7  Figure 6 is an embodiment of a preview of an actual
8  game to be played.
9  A  Yeah, this is one embodiment where the
10  field is displayed to the player and he has to
11  determine if he wants to play it.
12  Q  So this is a preview of the actual
13  game to be played; is that right?
14  A  It's a preview of a game to be played,
15  yes.
16  Q  So what -- I'm asking you yes or no,
17  whether this embodiment describes a preview of an
18  actual game to be played?
19  A  This is an embodiment which will
20  display to the player a game to be played.
21  Q  Did you mean to distinguish game to be
22  played over actual game to be played?
23  (Whereupon, a discussion was held off
24  the record.)
25  THE WITNESS:  I don't have a

Page 191

1  distinction at this point between actual or a
2  game.
3  BY MR. DAVIS:
4  Q  So the -- the preview is of the
5  constructed game field; is that right?
6  A  In the embodiment of this one for the
7  first embodiment with the wild card, the constructed
8  game field -- or the finished game field, completed
9  game field, I believe, the term used earlier, the
10  completed game field is what is displayed.
11  Q  Okay.  And that's the actual game that
12  the player's going to play; isn't that right?
13  A  He has a choice to play it.
14  Q  Right, okay.  The display is the game
15  that he has a choice to play?
16  A  That's correct.
17  Q  And then in Paragraph 105, you talk
18  about a third embodiment of a preview screen to
19  reduce the rule of chance as a screen showing the
20  player the outcome of the next game before it is
21  played, right?
22  A  Yes, that's one of the embodiments
23  identified.
24  Q  In this embodiment, I think you
25  describe it as displaying the outcome of the game;

Page 192

1  is that right?
2  A  It is displaying an outcome of the
3  next game.
4  Q  But it's displaying the outcome of a
5  game as a preview; is that right?
6  A  It displays the outcome of the next
7  game before it is played.
8  Q  Okay.  But -- but the point is it's a
9  preview of an outcome; is that right?  It says in
10  the last sentence, "In this case, the preview screen
11  could actually be a result screen displaying the
12  game outcome."
13  A  Yes, it could be that, the displaying
14  the outcome.
15  Q  Okay.
16  A  Those are the options in that
17  embodiment, yes.
18  Q  And so the -- the embodiment that
19  displays the game outcome is a different embodiment
20  than the outcome -- than the preview that displays
21  the actual game to be played?
22  A  Could you repeat that question?
23  Q  Sure, yeah.  So your -- your
24  Embodiment 3 in Paragraph 105 --
25  A  Right.

21 (Pages 189 to 192)




Page 193

```
1     Q      -- you've described at the very end of
2  that paragraph, "In this case, the preview screen
3  could actually be the results screen displaying the
4  game outcome."
5          And in Paragraph 102, you're talking
6  about in the context of Figure 6, that being a
7  preview of an actual game to be played, and I want
8  to confirm that you believe these are two different
9  embodiments.
10    A      I would read this as two different
11 embodiments, yes.
12    Q      Okay.  And so one embodiment discloses
13 a preview of the actual game to be played, and
14 another embodiment discloses the outcome of the game
15 as a preview?
16    A      Using the outcome of the game as the
17 preview as opposed to the game before it's played is
18 one of the embodiments, yes.  I -- I think we're
19 saying the same thing.
20    Q      Well, I'd just like -- and if you'll
21 appreciate that, I just need to confirm that that's
22 so.
23          Are you saying that a game that has a
24 preview of the actual game to be played is a
25 different embodiment than a game with a preview of
```

Page 194

```
1  an outcome of the game?
2     A      I need to look at the Column 11 to
3  tell you just to make sure --
4     Q      Take your time.
5     A      -- that I'm not mischaracterizing
6  something.
7     Q      Take your time.
8     A      I don't want to answer and
9  mischaracterize something.
10         Yes, this screen and the third
11 embodiment here, the previous screen, could be the
12 game or could be the results of the game, so the
13 player could choose to play it so he could see the
14 results of the next play also.  And so yes.
15    Q      So I just want to confirm that you're
16 talking about two different embodiments, one where
17 the preview is of an actual game to be played and
18 the other is a preview of the outcome of the game,
19 and these are two different --
20    A      Yeah.  This one would be a -- one
21 where the outcome could be the preview versus the
22 game.
23    Q      Well, when you say this one, you
24 mean --
25    A      This embodiment.
```

Page 195

```
1     Q      The embodiment in your Paragraph 105
2  is a different embodiment than the embodiment in
3  Figure 6, your Paragraph 102.
4     A      Yeah, the -- this embodiment here is
5  constructed to use without the wild card, as is
6  stated in the patent.
7     Q      But you said --
8     A      It's getting the result -- yes, you're
9  getting the result screen as -- is what's being
10 displayed --
11    Q      When you say "this embodiment here" --
12         COURT REPORTER:  You're both talking
13 over each other.  I cannot hear the end of the
14 answer and therefore I cannot get the beginning
15 of the question.
16         (Whereupon, the Court Reporter asked
17 for clarification.)
18 BY MR. DAVIS:
19    Q      So, Mr. Crevelt, when you say "this
20 embodiment here," it's not what you're referring to
21 because we can't tell what you're pointing at.  So I
22 want to refer to two different embodiments just for
23 clarity.
24         One is an embodiment where there is a
25 preview of an actual game to be played, and the
```

Page 196

```
1  second is an embodiment where the preview is of the
2  outcome.
3     A      Correct.
4     Q      Those are two different embodiments,
5  correct?
6     A      Correct.
7     Q      Okay, great.
8          So I do want to go back and ask again
9  in the '223 patent, in Column 6.  So can you -- just
10 again, at Line 19, this is referring again to the
11 Tic-Tac Fruit game.  This is a task where the player
12 has to select a field to place a wild symbol; isn't
13 that right?
14    A      Which line?
15    Q      Sorry, 19.  Can you scroll up a little
16 bit please?  That's good.
17    A      That's referring to the embodiment
18 that a player selects a wild -- a sport for a wild
19 symbol.  That's right.
20    Q      And so there's -- the second sentence
21 there says "The prize is determined by a random
22 selection from a finite pool of available prizes."
23 What is the pool?
24    A      If you look at the other areas of the
25 patent, it talks about all of the prizes associated
```





Page 197

1   with it and how the game is marketed to the player,
2   and I've not opined on any of that section of it.
3        Q     Okay.  So you -- fair enough.  So you
4   said -- just to be clear, you don't have an opinion
5   on what the finite pool is that's being referred to
6   there?
7        A     I have not given an opinion on that,
8   no.
9        Q     And then the next line is that "the
10  device selects the quality of lines that will
11  present a winning outcome."  And do you have an
12  opinion on what that means?
13       A     Again, that is one of the steps in
14  that five-step process of -- the first one is
15  determine the number of winning lines.
16       Q     And this is just -- this is what I'm
17  asking, in the -- this is talking about selecting
18  the quality of lines that will present the winning
19  outcome, and that in Column 4 is one, two, three or
20  four; isn't that right?
21       A     According to that, yeah.
22       Q     Oh, that's right.  Then the very next
23  sentence is, "Prizes will be presented on one, two,
24  three and four lines in a single game play," right?
25       A     That's consistent with that

Page 198

1   description in Column 4, yes.
2        Q     And have you considered or offered an
3   opinion on what the next sentence means, "The device
4   selects the level of prizes to be awarded"?
5        A     The level of prizes to be awarded
6   would be that -- choose the winning -- the symbols
7   for the winning combination in that step -- of those
8   five steps.  You're choosing the symbol that
9   identifies what the prize level is.
10       Q     So how do you -- the level of prize is
11  the symbol of the prize?
12       A     Each symbol has a amount associated
13  with it for its award or prize, and that is based on
14  denomination as another factor.  So you -- the
15  determination of what prize you're going to give a
16  person on each winning combination line will
17  determine that value.
18       Q     So is that what a person of ordinary
19  skill would read that sentence to mean, or is it
20  obvious to a person of ordinary skill means, or are
21  you saying that's what that sentence means?
22       A     The -- in any gaming device or any
23  device, you select your winning combinations based
24  on some criteria about -- I don't know how familiar
25  you are with machines, but you have a payout

Page 199

1   combination, you know how many payouts of certain
2   types.  This patent talks about some of those areas.
3        So a person skilled in the art would
4   use the other areas of the patent that I have not
5   opined on, and we have not discussed, to help choose
6   the level of the prize so that you guys get a
7   machine that overpays.
8        Q     So what does the word "level" mean in
9   that sentence?
10       A     Each one of the prizes in the award
11  table, if you look at the award table, have a
12  varying amount or a varying level of prizes.  Some
13  are lower, some are higher.  Those are levels of
14  prizes.
15       Q     Okay.  And the sentence after that
16  talks about a -- a software algorithm -- we've
17  talked about this before -- to assess the
18  arrangement of prizes to be offered to assure that
19  no more other valuable prizes will inadvertently be
20  presented.  And that doesn't involve the pay table
21  at all, does it?
22       A     Again, as we had discussed earlier,
23  this also refers to that five-step algorithm where
24  you are determining what prizes you've given and
25  what winning combinations are and have to refer

Page 200

1   to that award table to know what they are and if
2   there are any inadvertent winners or higher-valued
3   winners.
4        Q     So would you know, reading this
5   patent, how would you write that software algorithm?
6        Can you scroll up quick, please?
7   Yeah, the other way.  Sorry, down.  Too much.
8   Sorry.  I want to get Table 1 and I want to get that
9   paragraph starting at 19 in it.  There it is, right
10  there.
11       Is there a software algorithm
12  disclosed in this patent that would explain how you
13  would do this assessment for, say, a progressive
14  value prize illustrated in the table?
15       MR. HILL:  Object to the form, vague.
16       THE WITNESS:  You're looking for a
17  conclusion of a section of the patent that I
18  have not given any opinion on.
19  BY MR. DAVIS:
20       Q     Okay.  So when you say that -- and you
21  said that you thought Column 4 described an
22  algorithm for going past that?
23       A     That is correct.
24       Q     And would that algorithm use the pay
25  table?


