## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 25 pages, it complies with the word count limitation set forth in the Court's June 25, 2020 Oral Order (Dkt. 67).  This Brief contains 8,328 total words (8,219 non-image words and 109 words contained in images).  The word count for non-image words was performed using Microsoft Word 2016, and the word count for words contained within images was performed by hand.

<em>/s/John V. Gorman</em><br>John V. Gorman