# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 3:19-cv-01470-JPW

- - -

SAVVY DOG SYSTEMS, LLC, and      :
POM OF PENNSYLVANIA, LLC,

                                 :

     Plaintiffs,

                                 :

  - vs -

                                 :

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC,           :

     Defendants.                 :


- - -

VIDEOTAPED DEPOSITION UPON ORAL

EXAMINATION OF

DWIGHT E. CREVELT, VOLUME I

Virtual Videoconference

August 7, 2020

- - -

REPORTED BY:  EDWARD J. RUGGERI, RPR, CCR

- - -


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 86

give flexibility to the operator. And, as such, then how that is implemented, again, comes down to is that hard coding in the code and never changed or is it selectable, and that depends on the implementation.

Q. But irrespective of all that, wouldn't that all be in the code?

A. Again, it would depend on how that was implemented in the code, but the code would be able to reactivate selections and make the appropriate changes.

Q. So in the purpose -- or in the example using Table 1, let's be specific. There's a -- in the middle of that row there's -- refers to a plum and there are values of $1, $2, $4, $8. Three plums are worth $1, $2, $4, and $8.

Do you see that?

A. Yes.

Q. Would the association of three plums and those dollar values be written in the code?

Page 87

A. Again, somewhere in the code or its associated hardware there would be -- that would be there someplace, yes.

Q. And that would be determined by a human, right?

A. This table is determined by a human to start with and program. Any optional selections are, again, determined by a human, I would imagine.

Q. Okay.

In the games where there are reels spinning and graphics spinning and they end on, let's say, three plums, the ending position of those three plums is independent of this table one; isn't that right?

A. This table describes what the winning combination would be, and in various game types, especially those that are strictly done at random like a slot machine, they would be stopped at random positions and determined that that was a winning combination.

Q. But there's nothing about the

Page 88

award table that impacts whether the reels stop at a winning combination or a nonwinning combination; isn't that right?

A. In the implementation of Tic-Tac-Fruit, the way it chooses its display is not based on random spinning reels, especially in the wild card first embodiment.

Q. So let's talk about the wild card embodiment and the embodiment of Table 1.

Isn't it the case that whatever the winning outcome is, it is achieved without the reference to Table 1?

A. That's not the way I understand the section in column four on the methodology in which this game is chosen or the winning combinations are chosen.

Q. So I'm talking about when a player plays the game and the final combination is shown on the screen, is there any connection between what that combination is and how it's determined in the pay table?

Page 89

A. The pay table is determining the amount that is provided for the winning combination. The pay table is not in -- the pay table itself is not determining what the winning combination is. That is done elsewhere in the game.

Q. Okay.

So if the reels stop at three plums, the award schedule didn't cause it to stop at three plums?

A. The way this -- the Tic-Tac-Fruit game or this patent is implemented, it does not necessarily use spinning reels. So that analogy just is awkward.

Q. Fair enough.

However its implemented, whatever the graphics look like, when three plums appear on the screen, that was not determined by the award schedule?

A. The award schedule is used to determine what the winning combination is going to be in this game, and that process is described in, I believe, column four of

MAGNA
LEGAL SERVICES

Page 169

definition.

Q    Okay.

A    I did not look up print server.  I have no idea what further functions he may be providing in that report --

Q    So I think --

A    -- that have not been opined on.

Q    So what I hear you saying is that sometimes when a dictionary says "see server," for example, that may or may not be a definition.

A    It's pointing you to where to find more information on what it is, more clarification.

Q    So print server, it may -- it may be a -- defined as server, it may not be?

A    You're asking me to speculate on something that is -- I have not looked into.

Q    All right.  So you -- you don't know whether -- when the dictionary says "see server," whether that's a definition or not?  You don't have an opinion on that?

A    I don't have an opinion on it.

Q    Okay.  So I'd -- what I'd like to do is in your dec- -- going back to your declaration at 119 -- I'm sorry, Paragraph 119 which is on Page 36 of your declaration, you have illustrated two game

Page 170

boards.  And those two game boards are provided in the declaration of Mr. Cummings?

MR. DAVIS:  And why don't we also introduce Exhibit 5, which is the Declaration of Mr. Cummings.

(Whereupon, Exhibit 5 was marked for Identification.)

BY MR. DAVIS:

Q    So Mr. Crevelt, could you just confirm that Exhibit 5 is the Declaration of Mr. Cummings that you -- you reference in your declaration?

A    Yeah.

Q    So if we could look at Exhibit A of the Cummings declaration.  In fact, just go back one page, if you would, to the -- that -- the cover page.  Did you have a -- any conversations with Mr. Cummings about his declaration?

A    No, I did not.

Q    And did you see the physical game boards that are depicted in his declaration?

A    No, I did not.

Q    Did you ask to see them?

A    No, I did not.

Q    And did he offer to send them to you?

A    No.

Page 171

Q    And so on -- on Page 2 of the Cummings declaration he said -- he circled in red on Exhibit A, is the game processor/CPU embedded in the circuit board.  And if you could go to the next page, that's the two pages that will be Exhibit A, and there's a red circle.

And is -- in your opinion, is that the -- the processor he's referring to that's circled in red?

A    That's what he circled, yes.

Q    Is that the game processor?

A    That is the -- what I would term as the microprocessor on the game processor board.  That is the embedded processor that's used elsewhere.

Q    So you said that that's two things.  So that's an embedded processor?

A    Yes.

Q    And you also said that this is a processor, and I -- you know, the realtime isn't coming up, so I beg your pardon.

You said this is a -- a processor that is on the game processor board.  Did I get that right?

A    Yeah, that is the embedded processor

Page 172

that would typically put in a game processing board, circuit board.

Q    Okay.  So is the entire board the game processor?

A    As a person skilled in the art, we would refer to the entire board as the game processor, yes.

Q    Okay.  But the processor is just what's circled in red?

A    That would be the microprocessor used on this particular board, yes.

Q    Okay.  So the game processor is not synonymous with a processor?

A    The game processor contains the processor, the memory, the other IO interfaces associated to control the various portions of the game.  So it is a more expensive -- or expansive product or piece of equip- -- electronics than just a minor compressor component.

Q    Do you know what this game board is from?

A    It's my understanding that it's from the Pace-O-Matic machines.

Q    Well, Pace-O-Matic is a company, right?  Do you know what machine this is from?

**16 (Pages 169 to 172)**



Page 173

A    I don't remember.  He specifically stated the machines in his declaration, and no, I don't -- I did not see a specific machine's name type, game type.

Q    Okay.  And just so we've cleared up this exhibit, Exhibit B, can we go to Exhibit B?  There's also a red circle around a processor?

A    Yes.

Q    And that's also an embedded processor?

A    According to his declaration, that is the embedded processor, yes.

Q    And how would you -- what would you need to know to confirm whether that was an embedded processor or not?

A    Well, every microprocessor has a part number.  The chips are embedded in the board such as this, and all of the appropriate interface circuitry for all of the other graphics and displays is all around it.  So examining the board, you can identify -- or just knowing your identification of what that component is would tell you exactly its capabilities.

Q    And did you do anything to confirm whether that was an embedded processor or not?

A    I provided these two as a --

Page 174

photographs as a demonstration of what a typical game processor board would like that.  I did not do an analysis of what type of game or anything else for that.

Q    Would -- would you expect to see labels on the processors and chips depicted in these photographs?

A    That would actually depend on the manufacturer.  Some people like to take all those markings off so people don't know how to reverse engineer their boards.

Q    And do you know whether these photographs were altered at all to take off any markings?

A    No, I have no idea.

Q    Do you know whether there was any kind of redaction or photo shopping done of these photographs?

A    I have no idea.

Q    And could this -- I think you called it a game processor board.  Could this game processor board operate, say, the Tic-Tac Fruit game as described in the '223 patent?

A    You're asking for a conclusion on can this board do it.  It came from the manufacturers,

Page 175

so it would be logical to think it was -- would, but I have no basis to go one way or the other on that.

Q    So are all the components on this board that would allow it to run game software?

A    I have not analyzed every single component on this board.  I've not analyzed the board to see its capabilities.  So I have no basis to say one way or the other on that.  It is a sample of a game board that was provided to me and as a demonstration of what such a device would look like.

Q    So what I want to make sure I understand, though, is how we're using this to define what a -- what a game processor is.  And I think what you said was it has various components.  And when I look at this photograph, I'd like to know whether this is a complete game board or a partial game board.

Do you know the answer to that?

A    No, I do not.

Q    So how would this game board perform the steps of Claim 44?

A    Again, this was -- this board is a photograph used to demonstrate what a typical game processor board would look like.  And the following steps are paragraphs -- I described what a game

Page 176

processor is, why the association with the other components for input, output, display, et cetera, and what a person skilled in the art would understand as a game processor as used in the Claim 44.

Q    So when you say the -- the game processor is an integrated circuit, is that describing the -- the game board?

A    The game processor is a board that contains numerous integrated circuits, including the process circuit itself.

Q    So when I look at this picture, is this entire picture a game processor or is it the cir- -- is it the board itself?  That's what I'm trying to understand.

A    When a person skilled in the art sees the term "game processor," they would be expecting to look at a board similar to this that would have all the necessary components to run a game.

Q    And you're saying that this has all the necessary components to run a game?

A    I cannot specifically state that that photograph does.  This was done as a demonstrative.  It was not done to give you a specific board --

Q    So you don't know what's the game

17 (Pages 173 to 176)

