## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Comments on Plaintiffs' Claim Construction Tutorial was filed on this 13th day of August, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman