## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, a
Wyoming limited liability company, and
POM OF PENNSYLVANIA, LLC a
Wyoming limited liability company,

        Plaintiff,

    v.

PENNSYLVANIA COIN, LLC, a
Pennsylvania limited liability company,
and PA COIN HOLDINGS, LLC, a
Pennsylvania limited liability company,

        Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

### PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA ON UPSTATE AMUSEMENTS

COME NOW, Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC in the above-styled action, by and through their attorneys of record and pursuant to Fed. R. Civ. P. 45(b)(1), and hereby provide notice of their intent to serve a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action upon Upstate Amusements. A true and correct copy of the Subpoena is attached hereto as Exhibit A.

  August 24, 2020

**HILL, KERTSCHER, & WHARTON, LLP**

*/s/ Steven G. Hill*
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580

1

*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

-   **and -**

**KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems, LLC
and POM of Pennsylvania, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Notice of Intent to Serve Subpoena was filed on this 24th day of August, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ Steven G. Hill*
Steven G. Hill