AO88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Savvy Dog Systems, LLC  & POM of Pennsylvania | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:19-cv-01470-JPW |
| Pennsylvania Coin, LLC and PA Coin Holdings, LLC | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Upstate Amusements
300 Olive Street, Scranton, PA  18509

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A (attached)

| Place: Sargents Reporting<br>67-69 Public Square, Suite 1020<br>Luzerne Bank Building, Wilkes Barre, PA 18701 | Date and Time:<br><br>09/11/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     08/24/2020

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | /s/ Steven G. Hill |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Savvy Dog Systems, LLC  & POM of Pennsylvania, LLC _____ , who issues or requests this subpoena, are:
Steven G. Hill, 3350 Riverwood Pkwy. Ste. 800 Atlanta, GA 30339; sgh@hkw-law.com; 770-953-0995

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  3:19-cv-01470-JPW

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*  Upstate Amusements

on *(date)*  8/31/2020 .

☑ I served the subpoena by delivering a copy to the named person as follows:  Amurg Patel,
Manager for Upstate Amusements, 300 Olive Street, Scranton
PA 18509                                    on *(date)*  8/31/2020     ; or
@ 1:59 PM

☐ I returned the subpoena unexecuted because:

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  9/4/2020

_____
*Server's signature*

_____
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3301 Buckeye Road, Suite 303
Atlanta, GA 30341
404-876-8098
*Server's address*

Additional information regarding attempted service, etc.: