# CORRECTED EXHIBIT 1 (REPLACEMENT FOR DKT. 72-1)



# The New Oxford
# American Dictionary

## SECOND EDITION

**FIRST EDITION**

Elizabeth J. Jewell
Frank Abate

**SECOND EDITION**

Erin McKean



OXFORD
UNIVERSITY PRESS

2005



# OXFORD
#### UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford   New York
Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

The first edition of the *New Oxford American Dictionary* was based on *The New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2005 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York, 10016
*www.oup.com/us*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a
retrieval system, or transmitted, in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without prior permission of
Oxford University Press

Library of Congress Cataloging-in-Publication Data
The new Oxford American dictionary.-- 2nd ed.
    p. cm.
 ISBN-13  978-0-19-517077-1

 1. English language--United States--Dictionaries. 2.
Americanisms--Dictionaries.
 PE1628.N429 2005
 423'.1--dc22
                              2005000941

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal
purposes a nonproprietary or general significance, nor is any other  judgment
implied concerning their legal status. In cases where the editor has some evidence
that a word is used as a proprietary name or trademark, this is indicated by the
designation trademark, but no judgment concerning the legal status of such words is
made or implied thereby.

10 9 8 7 6 5 4 3

Printed in the United States of America on acid-free paper

The asbestos minerals include chrysotile (**white asbestos**) and several kinds of amphibole, notably amosite (**brown asbestos**) and crocidolite (**blue asbestos**). The danger to health caused by breathing in highly carcinogenic asbestos particles has led to stringent control of its use.
▷early 17th cent.: via Latin from Greek *asbestos* 'unquenchable' (applied by Dioscurides to quicklime), from *a-* 'not' + *sbestos* (from *sbennumi* 'quench').

**as·bes·to·sis** /ˌasbes'tōsis/ ˌaz-/ ▶*n.* a lung disease resulting from the inhalation of asbestos particles, marked by severe fibrosis and a high risk of mesothelioma (cancer of the pleura).

**As·bury Park** /'az,berē; -b(e)rē/ a city in east central New Jersey, on the Atlantic Ocean, long a noted resort; pop. 16,799.

**ASCAP** ▶*abbr.* American Society of Composers, Authors, and Publishers.

**as·ca·ri·a·sis** /ˌaskə'rīəsis/ ▶*n. Medicine* infection of the intestine with ascarids.

**as·ca·rid** /'askərid/ (also **as·ca·ris** /-ris/) ▶*n. Zoology* a parasitic nematode worm of a family (Ascaridae) whose members typically live in the intestines of vertebrates. ▷late 17th cent.: back-formation from Greek *askarides*, plural of *askaris* 'intestinal worm.'

**as·cend** /ə'send/ ▶*v.* **1** [*trans.*] go up or climb: *she ascended the stairs* | [*intrans.*] *new magmas were created and ascended to the surface.* ■ climb to the summit of (a mountain or hill): *the first traveler to ascend the mountain.* ■ (of a fish or boat) move upstream along (a river). **2** [*intrans.*] rise through the air: *we had ascended 3,000 ft.* ■ (of a road or flight of steps) slope or lead up: *the road ascends to the lake.* ■ move up the social or professional scale: *he took exams to ascend through the ranks.* ■ (**ascend to**) rise to (an important position or a higher level): *some executives ascend to top-level positions.* ■ (of a spiritual being or soul) rise into heaven: *the Prophet ascended to heaven* | [as *adj.*] (**ascended**) *the risen and ascended Christ.* ■ (of a voice or sound) rise in pitch: *Carolyn's voice had ascended into high-pitched giggles.* ▷late Middle English: from Latin *ascendere*, from *ad-* 'to' + *scandere* 'to climb.'
▶**PHRASE** □ **ascend the throne** become king or queen.

**as·cend·an·cy** /ə'sendənsē/ (also **as·cend·en·cy**) ▶*n.* occupation of a position of dominant power or influence: *the ascendancy of good over evil* | *they have a moral ascendancy over the rich.*

**as·cend·ant** /ə'sendənt/ (also **as·cend·ent**) ▶*adj.* **1** rising in power or influence: *ascendant moderate factions in the party.* **2** *Astrology* (of a planet, zodiacal degree, or sign) just above the eastern horizon.
▶*n. Astrology* the point on the ecliptic at which it intersects the eastern horizon at a particular time, typically that of a person's birth. ■ the point on an astrological chart representing this. ▷late Middle English: via Old French from Latin *ascendent-* 'climbing up,' from the verb *ascendere* (see ASCEND).
▶**PHRASE** □ **in the ascendant** rising in power or influence: *the reformers are in the ascendant.*

**as·cend·er** /ə'sendər/ ▶*n.* a person or thing that ascends, in particular: ■ a part of a letter that extends above the main part (as in *b* and *h*). ■ a letter having such a part. ■ a device used in climbing that can be clipped to a rope to act as a foothold or handhold, or to keep something in position.



**typography**

ascenders

descenders

**ascenders and descenders**

**as·cend·ing** /ə'sendiNG/ ▶*adj.* [*attrib.*] **1** increasing in size or importance: *incomes ranked in ascending order of size.* **2** sloping or leading upward: *a gently ascending forest path* | *blood pressure in the ascending aorta.*

**as·cend·ing co·lon** ▶*n. Anatomy* the first main part of the large intestine, which passes upward from the cecum on the right side of the abdomen.

**as·cen·sion** /ə'sensHən/ ▶*n.* [in *sing.*] the act of rising to an important position or a higher level: *his ascension to the ranks of pop star.* ■ (**Ascension**) the ascent of Christ into heaven on the fortieth day after the Resurrection. ▷Middle English (referring to the ascent of Christ): via Old French from Latin *ascensio(n-),* from the verb *ascendere* (see ASCEND).

**As·cen·sion Day** the fortieth day after Easter, on which Christ's Ascension is celebrated in the Christian Church; also called Holy Thursday.

**As·cen·sion Is·land** /ə'sensHən/ a small island in the South Atlantic Ocean, with St. Helena it is a dependency of the UK; pop. 1,007.

**as·cent** /ə'sent/ ▶*n.* **1** a climb or walk to the summit of a mountain or hill: *the first ascent of the Matterhorn* | *the routes of ascent can be retraced.* ■ an upward slope or path: *the ascent grew steeper.* **2** [in *sing.*] an instance of rising through the air: *the first balloon ascent was in 1783.* ■ [in *sing.*] a rise to an important position or a higher level: *his ascent to power.* ▷late 16th cent.: from ASCEND, on the pattern of the pair of *descend, descent.*

**as·cer·tain** /ˌasər'tān/ ▶*v.* [*trans.*] find (something) out for certain; make sure of: *an attempt to ascertain the cause of the accident* | [with *clause*] *management should ascertain whether adequate funding can be provided.* ▷late Middle English (in the sense 'assure, convince'): from Old French *acertener,* based on Latin *certus* 'settled, sure.' —**as·cer·tain·a·ble** *adj.* —**as·cer·tain·ment** *n.*

**as·cet·ic** /ə'setik/ ▶*adj.* characterized by or suggesting the practice of severe self-discipline and abstention from all forms of indulgence, typically for religious reasons: *an ascetic life of prayer, fasting, and manual labor* | *a narrow, humorless, ascetic face.* See note at SEVERE.
▶*n.* a person who practices such self-discipline and abstention. ▷mid 17th cent.: from medieval Latin *asceticus* or Greek *askētikos,* from *askētēs* 'monk,' from *askein* 'to exercise.' —**as·cet·i·cal·ly** /-ik(ə)lē/ *adv.* —**as·cet·i·cism** /-ˌsizəm/ *n.*

**As·cham** /'askəm/, Roger (c.1515–68), English humanist scholar and writer. He was noted for his treatise on archery, *Toxophilus* (1545), and for *The Scholemaster* (1570), a practical and influential tract on education.

**asc·hel·minth** /'askhel,minTH/ ▶*n.* (*pl.* **asc·hel·minths** or **asc·hel·min·thes** /,askhel'minTHēz/) *Zoology* an invertebrate animal belonging to a group of phyla that are distinguished by the lack of a well-developed coelom and blood vessels. Most aschelminths are minute wormlike animals, including the nematode worms, rotifers, and water bears. • Phylum Nematoda and about seven minor phyla, formerly placed in a phylum Aschelminthes. ▷from modern Latin *Aschelminthes* (former phylum name), from Greek *askos* 'sac' + *helminth* 'worm' (from the former belief that animals of this group had a fluid-filled internal sac).

**as·ci** /'asī; -kī; -kē/ ▶ plural form of ASCUS.

**as·cid·i·an** /ə'sidēən/ ▶*n. Zoology* a sea squirt. • Phylum Chordata, Subphylum Urochordata, class Ascidiacea. ▷mid 19th cent.: from modern Latin plural *Ascidia* (genus name), from Greek *askidion,* diminutive of *askos* 'wineskin.'

**ASCII** /'askē/ *Computing* ▶*abbr.* American Standard Code for Information Interchange, a set of digital codes representing letters, numerals, and other symbols, widely used as a standard format in the transfer of text between computers.

**as·ci·tes** /ə'sītēz/ ▶*n. Medicine* the accumulation of fluid in the peritoneal cavity, causing abdominal swelling. ▷late Middle English: via late Latin from Greek *askitēs,* from *askos* 'wineskin.' —**as·cit·ic** /ə'sitik/ *adj.*

**As·cle·pi·us** /ə'sklēpēəs/ *Greek Mythology* a hero and god of healing, son of Apollo.

**as·co·my·cete** /ˌaskə'mīsēt; -mī'sēt/ ▶*n. Botany* a fungus whose spores develop within asci. The ascomycetes include most molds, mildews, and yeasts, the fungal component of most lichens, and a few large forms such as morels and truffles. Compare with BASIDIOMYCETE. • Phylum Ascomycota (formerly subdivision Ascomycotina), class Ascomycetes. ▷mid 19th cent.: from modern Latin *Ascomycetes* (former class name), from Greek *askos* 'sac' + *muskētes* 'fungi.'

**as·con** /'askän/ ▶*n. Zoology* a sponge of the simplest structure, with a tubelike or baglike form lined with choanocytes. Compare with LEUCON and SYCON. • Phylum Porifera. ▷late 19th cent.: modern Latin (genus name), from Greek *askos* 'bag.' —**as·co·noid** /-kə,noid/ *adj.*

**a·scor·bic ac·id** /ə'skôrbik/ ▶*n.* a vitamin found particularly in citrus fruits and green vegetables. It is essential in maintaining healthy connective tissue, and is also thought to act as an antioxidant. Severe deficiency causes scurvy. Also called VITAMIN C. • A lactone; chem. formula: $C_6H_8O_6$. ▷1930s: from A-¹ 'without' + medieval Latin *scorbutus* 'scurvy' + -IC. —**a·scor·bate** /-bāt; -bit/ *n.*

**As·cot** /'as,kät; -kət/ a town in southern England,

southwest of London. It is the site of an annual horse race.

**as·cot** /'as,kät; -kət/ ▶*n.* (also **ascot tie**) a man's broad silk necktie. ▷early 20th cent.: from the place name Ascot, by association with formal dress at race meetings held there.



ascot

**as·cribe** /ə'skrīb/ ▶*v.* [*trans.*] (**ascribe something to**) attribute something to (a cause): *he ascribed Jane's short temper to her upset stomach.* ■ (usu. **be ascribed to**) attribute (a text, quotation, or work of art) to a particular person or period: *a quotation ascribed to Thomas Cooper.* ■ (usu. **be ascribed to**) regard (a quality) as belonging to: *tough-mindedness is a quality commonly ascribed to top bosses.* ▷Middle English: from Latin *ascribere,* from *ad-* 'to' + *scribere* 'write.' —**a·scrib·a·ble** *adj.*

**as·crip·tion** /ə'skripsHən/ ▶*n.* the attribution of something to a cause: *an ascription of effect to cause.* ■ the attribution of a text, quotation, or work of art to a particular person or period: *her ascription of the text to Boccaccio* | *questions of authorial ascription.* ■ the action of regarding a quality as belonging to someone or something: *the author's ascription of human attributes to his hero or villain.* ■ a preacher's words ascribing praise to God at the end of a sermon. ▷late 16th cent.: from Latin *ascriptio(n-),* from the verb *ascribere* (see ASCRIBE).

**as·cus** /'askəs/ ▶*n.* (*pl.* **as·ci** /'asī; 'askī; -kē/) *Botany* a sac, typically cylindrical in shape, in which the spores of ascomycete fungi develop. ▷mid 19th cent.: modern Latin, from Greek *askos* 'bag.'

**asdic** /'az,dik/ (also **ASDIC**) ▶*n. chiefly Brit.* an early form of sonar used to detect submarines. ▷World War II: acronym from *Allied Submarine Detection Investigation Committee.*

**-ase** ▶*suffix Biochemistry* forming names of enzymes: *amylase.* ▷from (*diast*)*ase.*

**ASEAN** /'äsē,än; 'as-/ ▶*abbr.* Association of Southeast Asian Nations.

**a·seis·mic** /ā'sīzmik/ ▶*adj. Geology* not characterized by earthquake activity.

**a·sep·sis** /ā'sepsis/ ▶*n.* the absence of bacteria, viruses, and other microorganisms. ■ the exclusion of bacteria and other microorganisms, typically during surgery. Compare with ANTISEPSIS.

**a·sep·tic** /ā'septik/ ▶*adj.* free from contamination caused by harmful bacteria, viruses, or other microorganisms. ■ [*attrib.*] (of surgical practice) aiming at the complete exclusion of harmful microorganisms. ■ [*attrib.*] (of a wound, instrument, or dressing) surgically sterile or sterilized.

**a·sex·u·al** /ā'seksHōōəl/ ▶*adj.* without sex or sexuality, in particular: ■ *Biology* (of reproduction) not involving the fusion of gametes. ■ *Biology* without sex or sexual organs: *asexual parasites.* ■ without sexual feelings or associations: *she rested her hand on the back of his head, in a maternal, wholly asexual, gesture.* —**a·sex·u·al·i·ty** /āseksHōō'alitē/ *n.* —**a·sex·u·al·ly** *adv.*

**As·gard** /'as,gärd; 'az-/ *Scandinavian Mythology* a region in the center of the universe, inhabited by the gods.

**ash¹** /asH/ ▶*n.* the powdery residue left after the burning of a substance: *cigarette ash* | *a day's worth of paper burned to ashes.* ■ (**ashes**) the remains of something destroyed; ruins: *democracies taking root in the ashes of the Soviet empire.* ■ (**ashes**) the remains of the human body after cremation or burning: *his ashes were scattered on a Welsh mountainside.* ■ powdery material thrown out by a volcano: *the plains have been showered by volcanic ash.* ■ the mineral component of an organic substance, as assessed from the residue left after burning: *coal contains higher levels of ash than premium fuels.* ▷Old English *æsce, aexe,* of Germanic origin; related to Dutch *as* and German *Asche.*
▶**PHRASES** □ (**turn to**) **ashes in one's mouth** (become) something that is bitterly disappointing or worthless: *they found words such as "heroic" turn to ashes in their mouths during the scandal.* □ **rise** (or **emerge**) **from the ashes** be renewed after destruction: *Atlanta has risen from the ashes.* [compare with *rise like a phoenix from the ashes* (see PHOENIX).]

**ash²** ▶*n.* **1** (also **ash tree**) a tree with silver-gray bark and compound leaves. The ash is widely distributed throughout north temperate regions where it can form forests. • Genus *Fraxinus,* family Oleaceae: many species, including the North American white



**autogiro**      108      **autumn**

**au·to·gi·ro** /ˌôtōˈjīrō/ (also **au·to·gy·ro**) ▸n. (pl. **-ros**) a form of aircraft with freely rotating horizontal vanes and a propeller. It differs from a helicopter in that the vanes are not powered but rotate in the slipstream, propulsion being by a conventional mounted engine. ▷1920s: from Spanish, from *auto-* 'self' + *giro* 'gyration.'

**au·to·graft** /ˈôtəˌgraft/ ▸n. a graft of tissue from one point to another of the same individual's body.

**au·to·graph** /ˈôtəˌgraf/ ▸n. **1** a signature, esp. that of a celebrity written as a memento for an admirer: *fans surged around the car asking for autographs.* **2** a manuscript or musical score in the author's or musician's own handwriting: ■ a person's handwriting: *a songbook in Purcell's autograph.*
▸v. [trans.] (of a celebrity) write one's signature on (something); sign: *the whole team autographed a shirt for him* | [as adj.] (**autographed**) *an autographed photo.*
▸adj. written in the author's own handwriting: *an autograph manuscript.* ■ (of a painting or sculpture) done by the artist, not by a copier. ▷early 17th cent.: from French *autographe* or late Latin *autographum,* from Greek *autographos,* neuter of *autographos* 'written with one's own hand,' from *autos* 'self' + *graphos* 'written.'

**au·tog·ra·phy** /ôˈtägrəfē/ ▸n. (pl. **-phies**) an autobiography: *Arthur Miller's splendid autography,* Timebends.

**Au·to·harp** /ˈôtōˌhärp/ ▸n. trademark a kind of zither with a mechanical device that allows the playing of a chord by damping all the other strings.

**au·to·hyp·no·sis** /ˌôtōhipˈnōsis/ ▸n. induction of a hypnotic state in oneself; self-hypnosis. —**au·to·hyp·not·ic** /-ˈnätik/ adj.

**au·to·im·mune** /ˌôtōiˈmyōōn/ ▸adj. Medicine of or relating to disease caused by antibodies or lymphocytes produced against substances naturally present in the body: *the infection triggers an autoimmune response.* —**au·to·im·mu·ni·ty** /-nitē/ n.

**au·to·in·tox·i·ca·tion** /ˌôtō-inˌtäksiˈkāshən/ ▸n. Medicine poisoning by a toxin formed within the body itself.

**au·to·load** /ˈôtōˌlōd/ ▸adj. self-loading; semiautomatic: *24mm film in autoload cartridges.* —**au·to·load·er** n. —**au·to·load·ing** n.

**au·tol·o·gous** /ôˈtäləgəs/ ▸adj. (of cells or tissues) obtained from the same individual: *autologous bone marrow transplants.*

**au·tol·y·sis** /ôˈtäləsis/ ▸n. Biology the destruction of cells or tissues by their own enzymes, esp. those released by lysosomes. —**au·to·lyt·ic** /ˌôtlˈitik/ adj.

**au·to·mat** /ˈôtəˌmat/ ▸n. historical a cafeteria in which food and drink were obtained from vending machines. ▷late 17th cent. (denoting an automaton): from German, from French *automate,* from Latin *automaton* (see AUTOMATON). The current sense dates from the early 20th cent.

**au·to·mate** /ˈôtəˌmāt/ ▸v. [trans.] convert (a process or facility) to largely automatic operation: *industry is investing in automating production* | [as adj.] (**automated**) *a fully automated process.* ▷1950s: back-formation from AUTOMATION.

**Au·to·mat·ed Clear·ing·house** /ˈôtəˌmātid ˈkli(ə)riNG ˌhous/ ▸n. the clearing and settlement system used by U.S. commercial banks and other institutions.

**au·to·mat·ed tell·er ma·chine** (also **au·to·mat·ic teller ma·chine**) (abbr.: **ATM**) ▸n. a machine that automatically provides cash and performs other banking services on insertion of a special card by the account holder.

**au·to·mat·ic** /ˌôtəˈmatik/ ▸adj. **1** (of a device or process) working by itself with little or no direct human control: *an automatic kettle that switches itself off when it boils* | *calibration is fully automatic.* ■ (of a firearm) self-loading and able to fire continuously until the ammunition is exhausted or the pressure on the trigger is released: *automatic weapons.* ■ (of a motor vehicle or its transmission) using gears that shift by themselves according to speed and acceleration: *a four-speed automatic gearbox.* **2** done or occurring spontaneously, without conscious thought or intention: *automatic physical functions such as breathing* | *"Nice to meet you," he said, with automatic politeness.* ■ occurring as a matter of course and without debate: *he is the automatic choice for the senior team.* ■ (esp. of a legal sanction) given or imposed as a necessary and inevitable result of a fixed rule or particular set of circumstances: *for missing the team workout, he received an automatic one-game suspension.*
▸n. **1** an automatic machine or device, in particular: ■ a gun that continues firing until the ammunition is exhausted or the pressure on the trigger is released. ■ a vehicle with automatic transmission.

**2** Football another term for AUDIBLE. ▷mid 18th cent.: from Greek *automatos* 'acting of itself' (see AUTOMATON) + -IC. —**au·to·mat·i·cal·ly** /-ik(ə)lē/ adv. —**au·to·ma·tic·i·ty** /-məˈtisitē/ n.

**au·to·mat·ic gain con·trol** (abbr.: **AGC**) ▸n. Electronics a feature of certain amplifier circuits that gives a constant output over a wide range of input levels.

**au·to·mat·ic pi·lot** ▸n. a device for keeping an aircraft on a set course without the intervention of the pilot: *figurative cruising through life on automatic pilot.*

**au·to·mat·ic writ·ing** ▸n. writing said to be produced by a spiritual, occult, or subconscious agency rather than by the conscious intention of the writer.

**au·to·ma·tion** /ˌôtəˈmāshən/ ▸n. the use of largely automatic equipment in a system of manufacturing or other production process: *unemployment due to the spread of automation* | *the automation of office tasks.* ▷1940s (originally U.S.): irregular formation from AUTOMATIC + -ATION.

**au·tom·a·tism** /ôˈtäməˌtizəm/ ▸n. the performance of actions without conscious thought or intention. ■ Art the avoidance of conscious intention in producing works of art, esp. by using mechanical techniques or subconscious associations. ■ an action performed unconsciously or involuntarily. ▷mid 19th cent.: from French *automatisme,* from *automate* 'automaton,' from Greek *automatos* 'acting of itself' (see AUTOMATON).

**au·tom·a·tize** /ôˈtäməˌtīz/ ▸v. [trans.] [usu. as adj.] (**automatized**) make automatic or habitual: *the need to refresh automatized forms of literature.* —**au·tom·a·ti·za·tion** /ôˌtämətiˈzāshən/ n.

**au·tom·a·ton** /ôˈtämətən; -ˌtän/ ▸n. (pl. **-ta** /-tə/ or **-tons**) a moving mechanical device made in imitation of a human being. ■ a machine that performs a function according to a predetermined set of coded instructions, esp. one capable of a range of programmed responses to different circumstances. ■ used in similes and comparisons to refer to a person who seems to act in a mechanical or unemotional way: *she went about her preparations like an automaton.* ▷early 17th cent.: via Latin from Greek, neuter of *automatos* 'acting of itself,' from *autos* 'self.'

**au·to·mim·ic·ry** /ˌôtəˈmimikrē/ ▸n. the mimicking or accentuation of some characteristic of one's own species as an adaptive response.

**au·to·mize** /ˈôtəˌmīz/ ▸v. **1** another term for AUTOMATE. **2** another term for AUTOMATIZE.

**au·to·mo·bile** /ˌôtəmōˈbēl/ ▸n. a road vehicle, typically with four wheels, powered by an internal combustion engine or electric motor and able to carry a small number of people. ▷late 19th cent.: from French, from *auto-* 'self' + *mobile* 'mobile.'

**au·to·mo·tive** /ˌôtəˈmōtiv/ ▸adj. [attrib.] of, relating to, or concerned with motor vehicles.

**au·to·nom·ic** /ˌôtəˈnämik/ ▸adj. [attrib.] chiefly Physiology involuntary or unconscious; relating to the autonomic nervous system. ▷mid 19th cent. (in the sense 'self-governing'): from AUTONOMY + -IC.

**au·to·nom·ic nerv·ous sys·tem** ▸n. the part of the nervous system responsible for control of the bodily functions not consciously directed, such as breathing, the heartbeat, and digestive processes.

**au·ton·o·mous** /ôˈtänəməs/ ▸adj. (of a country or region) having self-government, at least to a significant degree: *the federation included sixteen autonomous republics.* ■ acting independently or having the freedom to do so: *an autonomous committee of the school board* | *autonomous underwater vehicles.* ■ (in Kantian moral philosophy) acting in accordance with one's moral duty rather than one's desires. ▷early 19th cent.: from Greek *autonomos* 'having its own laws' + -OUS. —**au·ton·o·mous·ly** adv.

**au·ton·o·my** /ôˈtänəmē/ ▸n. (pl. **-mies**) (of a country or region) the right or condition of self-government, esp. in a particular sphere: *Tatarstan demanded greater autonomy within the Russian Federation.* ■ a self-governing country or region. ■ freedom from external control or influence; independence: *economic autonomy is still a long way off for many women.* ■ (in Kantian moral philosophy) the capacity of an agent to act in accordance with objective morality rather than under the influence of desires. ▷early 17th cent.: from Greek *autonomia,* from *autonomos* 'having its own laws,' from *autos* 'self' + *nomos* 'law.' —**au·ton·o·mist** /-mist/ n. & adj.

**au·to·pa·thog·ra·phy** /ˌôtōpəˈTHägrəfē/ ▸n. (pl. **-phies**) an autobiography dealing primarily with the influence of a disease, disability, or psychological

disorder on the author's life. ▷blend of *autobiography* and *pathography.*

**au·to·pi·lot** /ˈôtōˌpīlət/ ▸n. short for AUTOMATIC PILOT.

**au·top·sy** /ˈôˌtäpsē/ ▸n. (pl. **-sies**) a postmortem examination to discover the cause of death or the extent of disease: [as adj.] *an autopsy report.*
▸v. (**-sies, -sied**) [trans.] perform a postmortem examination on (a body or organ): [as adj.] (**autopsied**) *an autopsied brain.* ▷mid 17th cent. (in the sense 'personal observation'): from French *autopsie* or modern Latin *autopsia,* from Greek, from *autoptēs* 'eyewitness,' from *autos* 'self' + *optos* 'seen.'

**au·to·ra·di·o·gram** /ˌôtōˈrādēəˌgram/ ▸n. another term for AUTORADIOGRAPH.

**au·to·ra·di·o·graph** /ˌôtōˈrādēəˌgraf/ ▸n. a photograph of an object produced by radiation from radioactive material in the object and revealing the distribution or location of labeled material in the object.
▸v. [trans.] make an autoradiograph of. —**au·to·ra·di·o·graph·ic** /-ˌrādēəˈgrafik/ adj. —**au·to·ra·di·og·ra·phy** /-ˌrādēˈägrəfē/ n.

**au·to·ro·ta·tion** /ˌôtōrōˈtāshən/ ▸n. rotation of an object caused by the flow of moving air or water around the shape of the object (e.g., a winged seed). ■ such rotation in the rotor blades of a helicopter that is descending without engine power. —**au·to·ro·tate** /-ˈrōtāt/ v.

**au·to·route** /ˈôtōˌrōōt/ ▸n. a highway in a French-speaking country. ▷1960s: from French, from *auto(mobile)* 'car' + *route* 'route.'

**au·to·shap·ing** /ˈôtōˌSHāpiNG/ ▸n. Psychology a method of conditioning in which the conditioned response has not been reinforced by reward or punishment, but is a modified instinctive response to certain stimuli.

**au·to·some** /ˈôtəˌsōm/ ▸n. Biology any chromosome that is not a sex chromosome. —**au·to·so·mal** /ˌôtōˈsōməl/ adj.

**au·to·stra·da** /ˈôtōˌsträdə/ ▸n. (pl. **-stra·das** or **-stra·de** /-ˌsträdē/) an Italian highway. ▷1920s: from Italian, from *auto* 'automobile' + *strada* 'road.'

**au·to·sug·ges·tion** /ˌôtōsə(g)ˈjeschən/ ▸n. the hypnotic or subconscious adoption of an idea that one has originated oneself, e.g. through repetition of verbal statements to oneself in order to change behavior.

**au·to·tel·ic** /ˌôtəˈtelik/ ▸adj. formal (of an activity or a creative work) having an end or purpose in itself. ▷early 20th cent.: from AUTO- 'self' + Greek *telos* 'end' + -IC.

**au·tot·o·my** /ôˈtätəmē/ ▸n. Zoology the casting off of a part of the body (e.g., the tail of a lizard) by an animal under threat.

**au·to·tox·in** /ˈôtōˌtäksin/ ▸n. a substance produced by an organism that is toxic to the organism itself. —**au·to·tox·ic** /ˌôtōˈtäksik/ adj.

**au·to·trans·form·er** /ˌôtōtransˈfôrmər/ ▸n. an electrical transformer that has a single coil winding, part of which is common to both primary and secondary circuits.

**au·to·trans·plan·ta·tion** /ˌôtōˌtransplanˈtāshən/ ▸n. transplantation of tissue from one site to another in the same individual. —**au·to·trans·plant** /-ˈtrans ˌplant/ n. —**au·to·trans·plant·ed** /-transˈplantid/ adj.

**au·to·troph** /ˈôtəˌträf; -ˌtrōf/ ▸n. Biology an organism that is able to form nutritional organic substances from simple inorganic substances such as carbon dioxide. Compare with HETEROTROPH. —**au·to·troph·ic** adj. —**au·tot·ro·phy** n.

**au·to·wind·er** /ˈôtōˌwīndər/ ▸n. a device that automatically advances the film in a camera after a picture has been taken. —**au·to·wind** n. & v.

**au·to·work·er** /ˈôtōˌwərkər/ ▸n. a worker in the automobile industry.

**au·tox·i·da·tion** /ˌôˌtäksiˈdāshən/ ▸n. Chemistry spontaneous oxidation of a substance at ambient temperatures in the presence of oxygen. —**au·tox·i·dize** /ôˈtäksiˌdīz/ v.

**Au·try** /ˈôtrē/, (Orvon) Gene (1907–98), U.S. singer and actor; known as **the Singing Cowboy.** His credits include the first cowboy song recording (1929) and many musical western movies.

**au·tumn** /ˈôtəm/ ▸n. the third season of the year, when crops and fruits are gathered and leaves fall, in the northern hemisphere from September to November and in the southern hemisphere from March to May: *the countryside is ablaze with color in autumn* | [as adj.] *autumn leaves* | *figurative he was in the autumn of his life.* ■ Astronomy the period from the autumnal equinox to the winter solstice. ▷late Middle

# dispensationalism
# disposition

from Latin *dispensatio(n-)*, from the verb *dispensare* (see DISPENSE). —**dis·pen·sa·tion·al** /-sнǝnl/ adj.

**dis·pen·sa·tion·al·ism** /,dispǝn'sāsнǝnl,izǝm; -pen-/ ▶n. Christian Theology belief in a system of historical progression, as revealed in the Bible, consisting of a series of stages in God's self-revelation and plan of salvation. —**dis·pen·sa·tion·al·ist** n.

**dis·pense** /dis'pens/ ▶v. 1 [trans.] distribute or provide (a service or information) to a number of people: *he dispensed a gentle pat on Claude's back.* ■ (of a machine) supply (a product or cash): *the machines dispense a range of drinks and snacks.* ■ (of a pharmacist) make up and give out (medicine) according to a doctor's prescription. 2 [intrans.] (**dispense with**) manage without; get rid of: *let's dispense with the formalities, shall we?* ■ give special exemption from (a law or rule): *the Secretary of State was empowered to dispense with the nationality requirement in individual cases.* ■ [trans.] grant (someone) an exemption from a religious obligation: *the pope personally nominated him as bishop, dispensing him from his impediment.* ▷late Middle English: via Old French from Latin *dispensare* 'continue to weigh out or disburse,' from the verb *dispendere*, based on *pendere* 'weigh.'
▶PHRASE □ **dispense with someone's services** dismiss someone from a job.

**dis·pens·er** /dis'pensǝr/ ▶n. a person or thing that dispenses something: *his role as protector of the weak and dispenser of justice.* ■ [often with adj.] an automatic machine or container that is designed to release a specific amount of something: *a paper towel dispenser.*

**dis·per·sal** /dis'pǝrsǝl/ ▶n. the action or process of distributing things or people over a wide area: *the dispersal of people to increasingly distant suburbs.* ■ the splitting up of a group or gathering of people, causing them to leave in different directions: *the dispersal of the crowd by mounted police.* ■ the splitting up and selling off of a collection of artifacts or books: *the dispersal of the John Willett Collection.*

**dis·per·sant** /dis'pǝrsǝnt/ ▶n. a liquid or gas used to disperse small particles in a medium.

**dis·perse** /dis'pǝrs/ ▶v. [trans.] distribute or spread over a wide area: *storms can disperse seeds via high altitudes | camping sites could be dispersed among trees so as to be out of sight.* See note at SCATTER. ■ go or cause to go in different directions or to different destinations: [intrans.] *the crowd dispersed* | [trans.] *the police used tear gas to disperse the protesters.* ■ cause (gas, smoke, mist, or cloud) to thin out and eventually disappear: *winds dispersed the bomb's radioactive cloud high in the atmosphere.* ■ [intrans.] thin out and disappear: *the earlier mist had dispersed.* ■ Physics divide (light) into constituents of different wavelengths. ■ Chemistry distribute (small particles) uniformly in a medium.
▶adj. [attrib.] Chemistry denoting a phase dispersed in another phase, as in a colloid: *emulsions should be examined after storage for droplet size of the disperse phase.* ▷late Middle English: from Latin *dispers-* 'scattered,' from the verb *dispergere*, from *dis-* 'widely' + *spargere* 'scatter, strew.' —**dis·pers·er** n. —**dis·pers·i·ble** adj. —**dis·per·sive** /-siv/ adj.

**dis·per·sion** /dis'pǝrzнǝn; -sнǝn/ ▶n. the action or process of distributing things or people over a wide area: *some seeds rely on birds for dispersion.* ■ the state of being dispersed over a wide area: *the general dispersion of Hellenistic culture.* ■ Ecology the pattern of distribution of individuals within a habitat. ■ (also **the Dispersion**) another term for DIASPORA. ■ a mixture of one substance dispersed in another medium. ■ Physics the separation of white light into colors, or the separation of any radiation according to wavelength. ■ Statistics the extent to which values of a variable differ from a fixed value such as the mean. ▷late Middle English: from late Latin *dispersio(n-)*, from Latin *dispergere* (see DISPERSE).

**dis·pir·it** /di'spirit/ ▶v. [trans.] (often **be dispirited**) cause (someone) to lose enthusiasm or hope: *the army was dispirited by the uncomfortable winter conditions* | [as adj.] (**dispiriting**) *it was a dispiriting occasion.* —**dis·pir·it·ed·ly** adv. —**dis·pir·it·ed·ness** n. —**dis·pir·it·ing·ly** adv.

**dis·place** /dis'plās/ ▶v. [trans.] take over the place, position, or role of (someone or something): *in the northern states of India, Hindi has largely displaced English.* See note at REPLACE. ■ cause (something) to move from its proper or usual place: *he seems to have displaced some vertebrae.* ■ (usu. **be displaced**) force (someone) to leave their home, typically because of war, persecution, or natural disaster: *thousands of people have been displaced by the civil war.* ■ remove (someone) from a job or position of authority

against their will: *his aides were discredited and displaced.* ▷mid 16th cent.: from Old French *desplacer.*

**dis·placed per·son** ▶n. a person who is forced to leave their home country because of war, persecution, or natural disaster; a refugee.

**dis·place·ment** /dis'plāsmǝnt/ ▶n. 1 the moving of something from its place or position: *vertical displacement of the shoreline | a displacement of the vertebra at the bottom of the spine.* ■ the removal of someone or something by someone or something else that takes their place: *males may be able to resist displacement by other males.* ■ the enforced departure of people from their homes, typically because of war, persecution, or natural disaster: *the displacement of farmers by guerrilla activity.* ■ the amount by which a thing is moved from its normal position: *a displacement of 6.8 meters along the San Andreas fault.* 2 the occupation by a submerged body or part of a body of a volume that would otherwise be occupied by a fluid. ■ the amount or weight of fluid that would fill such a volume in the case of a floating ship, used as a measure of the ship's size: *the submarine has a surface displacement of 2,185 tons.* ■ technical the volume swept by a reciprocating system, as in a pump or engine. 3 Psychoanalysis the unconscious transfer of an intense emotion from its original object to another one: *this phobia was linked with the displacement of fear of his father.* 4 Physics the component of an electric field due to free separated charges, regardless of any polarizing effects. ■ the vector representing such a component. ■ the flux density of such an electric field.

**dis·place·ment ac·tiv·i·ty** ▶n. Psychology an animal or human activity that seems inappropriate to the context, such as head-scratching when one is confused, considered to arise unconsciously when a conflict between antagonistic urges cannot be resolved.

**dis·place·ment pump** ▶n. a pump in which liquid is moved out of the pump chamber by a moving surface or by the introduction of compressed air or gas.

**dis·place·ment ton** ▶n. see TON¹ (sense 1).

**dis·play** /dis'plā/ ▶v. [trans.] make a prominent exhibition of (something) in a place where it can be easily seen: *the palace used to display a series of Flemish tapestries | a handwritten notice was displayed in the ticket office.* ■ (of a computer or other device) show (information) on a screen. ■ give a conspicuous demonstration of (a quality, emotion, or skill): *the aggressive kind of baseball he displayed as a player.* ■ [intrans.] (of a male bird, reptile, or fish) engage in a specialized pattern of behavior that is intended to attract a mate: *she photographed the peacock, which chose that moment to display.*
▶n. 1 a performance, show, or event intended for public entertainment: *a display of fireworks.* ■ a collection of objects arranged for public viewing: *the museum houses an informative display of rocks | work by lesser-known artists is also on display* | [as adj.] *a display case.* ■ a notable or conspicuous demonstration of a particular type of behavior, emotion, or skill: *a display of great virtuosity.* ■ conspicuous or flashy exhibition; ostentation: *a flagrant display of wealth.* ■ a specialized pattern of behavior by the males of some species of birds, reptiles, and fish that is intended to attract a mate: *the teal were indulging in delightful courtship displays.* ■ Printing the arrangement and choice of type in a style intended to attract attention. 2 an electronic device for the visual presentation of data: *a 17-inch color display* | [as adj.] *a visual display screen.* ■ the process or facility of presenting data on a computer screen or other device: *the processing and display of high volumes of information.* ■ the data shown on a computer screen or other device. ▷Middle English (in the sense 'unfurl, unfold'): from Old French *despleier*, from Latin *displicare* 'scatter, disperse' (in medieval Latin 'unfold'). Compare with DEPLOY. —**dis·play·er** n.

**dis·play ad** ▶n. a large advertisement, esp. in a newspaper or magazine, that features eye-catching type or illustrations.

**dis·played** /dis'plād/ ▶adj. 1 (of information) shown on a computer screen or other device: *a utility designed to allow you to cut up pieces of displayed graphics.* 2 Heraldry (of a bird of prey) depicted with the wings extended. ■ (of the wings of a bird of prey) extended.

**dis·play type** ▶n. large or eye-catching type used for headings or advertisements.

**dis·please** /dis'plēz/ ▶v. [trans.] make (someone) feel annoyed or dissatisfied: *the tone of the letter displeased him* | [as adj.] (**displeasing**) *it was not entirely displeasing*

to be the center of such a drama. ▷late Middle English: from Old French *desplaisir*, from *des-* (expressing reversal) + *plaisir* 'to please,' from Latin *placere.* —**dis·pleas·ing·ly** adv.

**dis·pleas·ure** /dis'plezнǝr/ ▶n. a feeling of annoyance or disapproval: *his grin turns into thin-lipped displeasure.*
▶v. [trans.] archaic annoy; displease: *not for worlds would I do aught that might displeasure thee.* ▷late Middle English: from Old French *desplaisir* (see DISPLEASE), influenced by PLEASURE.

**dis·port** /dis'pôrt/ ▶v. [intrans.] archaic or humorous enjoy oneself unrestrainedly; frolic: *a painting of lords and ladies disporting themselves by a lake.*
▶n. diversion from work or serious matters; recreation or amusement: *the King and all his Court were met for solace and disport.* ■ archaic a pastime, game, or sport. ▷late Middle English: from Old French *desporter*, from *des-* 'away' + *porter* 'carry' (from Latin *portare*).

**dis·pos·a·ble** /dis'pōzǝbǝl/ ▶adj. 1 (of an article) intended to be used once and then thrown away: *disposable diapers | a disposable razor.* ■ (of a person or idea) able to be dispensed with; easily dismissed: *the poor performer is motivated by the fear that he or she is highly disposable.* 2 (chiefly of financial assets) readily available for the owner's use as required: *he made a mental inventory of his disposable assets.*
▶n. an article designed to be thrown away after use: *don't buy disposables, such as razors, cups, and plates.* —**dis·pos·a·bil·i·ty** /-,pōzǝ'bilitē/ n.

**dis·pos·a·ble in·come** ▶n. income remaining after deduction of taxes and other mandatory charges, available to be spent or saved as one wishes. Compare with DISCRETIONARY INCOME.

**dis·pos·al** /dis'pōzǝl/ ▶n. 1 the action or process of throwing away or getting rid of something: *the disposal of radioactive waste.* ■ (also **dis·pos·er**) informal an electrically operated device fitted to the waste pipe of a kitchen sink for grinding up food waste: *garbage disposals that never worked.* 2 the sale of shares, property, or other assets: *the disposal of his shares in the company.* 3 the arrangement or positioning of something: *she brushed her hair carefully, as if her success lay in the sleek disposal of each gleaming black thread.*
▶PHRASE □ **at one's disposal** available for one to use whenever or however one wishes: *a helicopter was put at their disposal.*

**dis·pose** /dis'pōz/ ▶v. 1 [intrans.] (**dispose of**) get rid of by throwing away or giving or selling to someone else: *whose responsibility is it to dispose of scrap materials? | people now have substantial assets to dispose of after their death.* ■ informal kill; destroy: *her lover came up with hundreds of schemes for disposing of her husband.* ■ overcome (a rival or threat): *team members were buoyant after they disposed of the champions.* ■ informal consume (food or drink) quickly or enthusiastically: *she watched him dispose of a large slice of cheese.* 2 [trans.] arrange in a particular position: *the chief disposed his attendants in a circle.* ■ bring (someone) into a particular frame of mind: *prolactin is released, disposing you toward sleep* | [trans.] fundamentalism disposes you to believe in miracles. ■ [intrans.] poetic/literary determine the course of events: *the city proposed, but the unions disposed.* [from the proverb 'Man proposes, (but) God disposes,' translating Latin *Homo proponit, sed Deus disponit* (Thomas à Kempis's *De Imitatione Christi* I. xix).] ▷late Middle English: from Old French *poser*, from Latin *disponere* 'arrange,' influenced by *dispositus* 'arranged' and Old French *poser* 'to place.' —**dis·pos·er** n. a waste disposer | a disposer of grants and subsidies.

**dis·posed** /dis'pōzd/ ▶adj. [predic., usu. with infinitive] inclined or willing: *James didn't seem disposed to take the hint.* ■ [with submodifier] having a specified attitude to or toward: *it is expected that he will be favorably disposed toward the proposals.*

**dis·po·si·tion** /,dispǝ'zisнǝn/ ▶n. 1 a person's inherent qualities of mind and character: *a sweet-natured girl of a placid disposition.* ■ [often with infinitive] an inclination or tendency: *the cattle showed a decided disposition to run | the judge's disposition to clemency.* 2 the way in which something is placed or arranged, esp. in relation to other things: *the plan need not be accurate so long as it shows the disposition of the rooms.* ■ the action of arranging or ordering people or things in a particular way: *the prerogative gives the state wide-spread powers regarding the disposition and control of the armed forces.* ■ (**dispositions**) military preparations, in particular the stationing of troops ready for attack or defense: *the new strategic dispositions of our forces.* 3 Law the action of distributing or

**espouse** 576 **estate**

engagement. ▷late Middle English: from Old French *espousaille*, from Latin *sponsalia* 'betrothal,' neuter plural of *sponsalis* (adjective), from *sponsare* 'espouse, betroth.'

**es·pouse** /i'spouz/ ▶v. [trans.] **1** adopt or support (a cause, belief, or way of life): *she espoused communism.* **2** archaic marry: *Edward had espoused the Lady Grey.* ■ **(be espoused to)** (of a woman) be engaged to (a particular man). ▷late Middle English (in the sense 'take as a spouse'): from Old French *espouser*, from Latin *sponsare*, from *sponsus* 'betrothed,' past participle of *spondere*. —**es·pous·er** n.

**es·pres·si·vo** /ˌespreˈsēvō/ ▶adv. & adj. Music (esp. as a direction) with expression of feeling. ▷Italian, from Latin *expressus* 'distinctly presented.'

**es·pres·so** /eˈspresō/ ▶n. (pl. **-sos**) strong black coffee made by forcing steam through ground coffee beans. ▷1940s: from Italian (*caffè*) *espresso*, literally 'pressed out (coffee).'

USAGE The often-occurring variant spelling **expresso**—and its pronunciation /ikˈspresō/—is incorrect and was probably formed by analogy with **express**.

**es·prit** / eˈsprē/ ▶n. the quality of being lively, vivacious, or witty. ▷French, from Latin *spiritus* 'spirit.'

**es·prit de corps** /eˌsprē də ˈkôr/ ▶n. a feeling of pride, fellowship, and common loyalty shared by the members of a particular group. ▷late 18th cent.: French, literally 'spirit of the body.'

**es·prit de l'es·ca·lier** /eˌsprē də ˌleskalˈyā/ ▶n. used to refer to the fact that a witty remark or retort often comes to mind after the opportunity to make it has passed. ▷early 20th cent.: French, literally 'wit of the staircase.'

**es·py** /iˈspī/ ▶v. (**-pies, -pied**) [trans.] poetic/literary catch sight of: *she espied her daughter rounding the corner.* ▷Middle English: from Old French *espier*, ultimately of Germanic origin and related to Dutch *spieden* and German *spähan*. Compare with **SPY**.

**Esq.** ▶abbr. Esquire.

**-esque** ▶suffix (forming adjectives) in the style of; resembling: *carnivalesque | Reaganesque | Houdini-esque.* ▷from French, via Italian *-esco* from medieval Latin *-iscus*.

**es·quire** /ˈeskwīr, iˈskwīr/ ▶n. **1** (**Esquire**) (abbr.: **Esq.**) a title appended to a lawyer's surname. ■ Brit. a polite title appended to a man's name when no other title is used, typically in the address of a letter or other documents: *Robert A. Pearson Esquire.* **2** historical a young nobleman who, in training for knighthood, acted as an attendant to a knight. ■ an officer in the service of a king or nobleman. ■ [as title] a landed proprietor or country squire. ▷late Middle English: from Old French *esquier*, from Latin *scutarius* 'shield-bearer,' from *scutum* 'shield'; compare with **SQUIRE**. Sense 2 was the original denotation, sense 1 being at first a courtesy title given to such a person.

**es·qui·va·li·ence** /eskwəˈvālēens/ ▶n. the willful avoidance of one's official responsibilities; the shirking of duties: *after three subordinates attested to his esquivalience, Lieutenant Claiborne was dismissed.* ■ an unwillingness to work, esp. as part of a group effort: *Bovich was chided by teammates for her esquivalience.* ■ lack of interest or motivation: *a teenager's esquivalience is not necessarily symptomatic of depression.* ▷late 19th cent.: perhaps from French *esquiver* 'dodge, slink away.' —**es·qui·va·li·ent** adj. —**es·qui·va·li·ent·ly** adv.

**ESR** Physics ▶abbr. electron spin resonance.

**ess** /es/ ▶n. a thing shaped like the letter S. ▷mid 16th cent.: the letter S represented as a word.

**-ess[1]** ▶suffix forming nouns denoting female gender: *abbess | adulteress | tigress.* ▷from French *-esse*, via late Latin from Greek *-issa*.

USAGE The suffix **-ess** has been used since the Middle Ages to form nouns denoting female persons, using a neutral or a male form as the base (such as hostess and actress from host and actor). Despite the apparent equivalence between the male and female pairs of forms, however, they are rarely equivalent in terms of actual use and connotation in modern English (consider the differences in meaning and use between manager and manageress). In the late 20th century, as the role of women in society changed, some of these feminine forms became problematic and are now regarded as old-fashioned, sexist, and patronizing (e.g., poetess, authoress, editress). The 'male' form is increasingly being used as the 'neutral' form, where the gender of the person concerned is simply unspecified.

**-ess[2]** ▶suffix forming abstract nouns from adjectives, such as *largess.* ▷Middle English via French *-esse* from Latin *-itia*.

**es·say** ▶n. /ˈesā/ **1** a short piece of writing on a particular subject. **2** formal an attempt or effort: *a misjudged essay.* ■ a trial design of a postage stamp yet to be accepted.
▶v. /eˈsā/ [trans.] formal attempt or try: *essay a smile.* ▷late 15th cent. (as a verb in the sense 'test the quality of'): alteration of **ASSAY**, by association with Old French *essayer*, based on late Latin *exagium* 'weighing,' from the base of *exigere* 'ascertain, weigh'; the noun (late 16th cent.) is from Old French *essai* 'trial.'

**es·say·ist** /ˈesā-ist/ ▶n. a person who writes essays, esp. as a literary genre.

**es·say·is·tic** /ˌesāˈistik/ ▶adj. characteristic of or used in essays; discursive; informal.

**es·se** /ˈesē; ˈese/ ▶n. Philosophy essential nature or essence. See also IN ESSE. ▷mid 16th cent.: Latin, literally 'to be' (used as a noun).

**Es·sen** /ˈesen/ an industrial city in the Ruhr valley, in northwestern Germany; pop. 627,000.

**es·sence** /ˈesens/ ▶n. the intrinsic nature or indispensable quality of something, esp. something abstract, that determines its character: *conflict is the essence of drama.* ■ Philosophy a property or group of properties of something without which it would not exist or be what it is. ■ something that exists; in particular, a spiritual entity: *the position that names express essences.* ■ an extract or concentrate obtained from a particular plant or other matter and used for flavoring or scent. ▷late Middle English: via Old French from Latin *essentia*, from *esse* 'be.'
▶PHRASES □ **in essence** basically and without regard for peripheral details; fundamentally: *in detail the class system is complex but in essence it is simple.* □ **of the essence** critically important: *time will be of the essence.*

**Es·sene** /iˈsēn; ˈesēn/ ▶n. a member of an ancient Jewish ascetic sect of the 2nd century BC–2nd century AD in Palestine, who lived in highly organized groups and held property in common. The Essenes are widely regarded as the authors of the Dead Sea Scrolls. ▷from Latin *Esseni* (plural), from Greek *Essēnoi*, perhaps from Aramaic.

**es·sen·tial** /iˈsenSHel/ ▶adj. **1** absolutely necessary; extremely important: [with infinitive] *it is essential to keep up-to-date records | fiber is an essential ingredient.* See notes at INHERENT, NECESSARY. ■ [attrib.] fundamental or central to the nature of something or someone: *the essential weakness of the plaintiff's case.* ■ Biochemistry (of an amino acid or fatty acid) required for normal growth but not synthesized in the body and therefore necessary in the diet. **2** Medicine (of a disease) with no known external stimulus or cause; idiopathic: *essential hypertension.*
▶n. (usu. **essentials**) a thing that is absolutely necessary: *we had only the bare essentials in the way of gear.* ■ (**essentials**) the fundamental elements or characteristics of something: *he was quick to grasp the essentials of an opponent's argument.* ▷Middle English (in the sense 'in the highest degree'): from late Latin *essentialis*, from Latin *essentia*. —**es·sen·ti·al·i·ty** /iˌsenSHēˈalitē/ n. —**es·sen·tial·ness** n.

**es·sen·tial·ism** /iˈsensHeˌlizem/ ▶n. Philosophy a belief that things have a set of characteristics that make them what they are, and that the task of science and philosophy is their discovery and expression; the doctrine that essence is prior to existence. Compare with EXISTENTIALISM. ■ the view that all children should be taught on traditional lines the ideas and methods regarded as essential to the prevalent culture. ■ the view that categories of people, such as women and men, or heterosexuals and homosexuals, or members of ethnic groups, have intrinsically different and characteristic natures or dispositions. —**es·sen·tial·ist** n. & adj.

**es·sen·tial·ly** /iˈsensHelē/ ▶adv. used to emphasize the basic, fundamental, or intrinsic nature of a person, thing, or situation: [sentence adverb] *essentially, they are amateurs.*

**es·sen·tial oil** ▶n. a natural oil typically obtained by distillation and having the characteristic fragrance of the plant or other source from which it is extracted.

**Es·se·qui·bo** /ˌeseˈkwēbō;-ˈkēbō/ a river in Guyana that rises in the Guiana Highlands and flows north for about 600 miles (965 km) to the Atlantic Ocean.

**Es·sex** /ˈesiks/ **1** a county in eastern England; county town, Chelmsford. **2** a town in northwestern Vermont that includes the village of Essex Junction; pop. 18,626.

**EST** ▶abbr. Eastern Standard Time (see EASTERN TIME).

**est** /est/ ▶n. a system for self-improvement aimed at developing a person's potential through intensive group awareness and training sessions. ▷1970s: acronym from *Erhard Seminars Training*, from the name of Werner Erhard (born 1935), the American businessman who devised the technique.

**est.** ▶abbr. ■ established. ■ estimated.

**-est[1]** /est; ist/ ▶suffix forming the superlative of adjectives (such as *shortest, widest*), and of adverbs (such as *soonest*). ▷Old English *-ost-, -ust-, -ast-*.

**-est[2]** /est; ist/ (also **-st** /st/) ▶suffix archaic forming the second person singular of verbs: *canst | goest.* ▷Old English *-est, -ast, -st*.

**es·tab·lish** /iˈstabliSH/ ▶v. [trans.] **1** set up (an organization, system, or set of rules) on a firm or permanent basis: *the British established a rich trade with Portugal.* ■ initiate or bring about (contact or communication): *the two countries established diplomatic relations.* **2** achieve permanent acceptance for (a custom, belief, practice, or institution): *the principle of the supremacy of national parliaments needs to be firmly established.* ■ achieve recognition or acceptance for (someone) in a particular capacity: *he had established himself as a film star.* ■ [intrans.] (of a plant) take root and grow. ■ introduce (a character, set, or location) into a film or play and allow its identification: *establish the location with a wide shot.* **3** show (something) to be true or certain by determining the facts: [with clause] *the police established that the two passports were forgeries.* **4** Bridge ensure that one's remaining cards in (a suit) will be winners (if not trumped) by playing off the high cards in that suit. ▷late Middle English (recorded earlier as *stablish*): from Old French *establiss-*, lengthened stem of *establir*, from Latin *stabilire* 'make firm,' from *stabilis* (adjective) 'stable.' —**es·tab·lish·er** n.

**es·tab·lished** /iˈstabliSHt/ ▶adj. **1** (of a custom, belief, practice, or institution) having been in existence for a long time and therefore recognized and generally accepted: *the ceremony was an established event in the annual calendar.* ■ (of a person) recognized and accepted in a particular capacity: *an established artist.* ■ (of a plant) having taken root; growing well. **2** (of a church or religion) recognized by the government as the national church or religion.
▶PHRASE □ **the Established Church** the Church of England or of Scotland.

**es·tab·lish·ment** /iˈstabliSHment/ ▶n. **1** the action of establishing something or being established: *the establishment of a Palestinian state.* ■ the recognition by the state of a national church or religion: *Congress shall make no law respecting an establishment of religion.* ■ archaic a marriage. **2** a business organization, public institution, or household: *hotels or catering establishments.* ■ [usu. in sing.] the premises or staff of such an organization: *she entered this establishment as our housemaid.* **3** (usu. the **Establishment**) a group in a society exercising power and influence over matters of policy or taste, and seen as resisting change. ■ [with adj.] an influential group within a specified profession or area of activity: *rumblings of discontent among the medical establishment.* **4** (the **Establishment** or the **Church Establishment**) the ecclesiastical system organized by law. ■ the Church of England or of Scotland.

**es·tab·lish·men·tar·i·an** /iˌstabliSHmenˈte(ə)rēen/ ▶adj. adhering to, advocating, or relating to the principle of an established church.
▶n. a person adhering to or advocating this. —**es·tab·lish·men·tar·i·an·ism** /-izem/ n.

**Es·tab·lish·ment Clause** ▶n. Law the clause in the First Amendment of the U.S. Constitution that prohibits the establishment of religion by Congress.

**es·ta·mi·net** /esˌtaméˈnā/ ▶n. a small cafe in France that sells alcoholic drinks. ▷French, from Walloon *staminé* 'cowshed,' from *stamo* 'a pole for tethering a cow,' probably from German *Stamm* 'stem.'

**es·tan·cia** /eˈstänsēe/ ▶n. a cattle ranch in Latin America or the southwestern U.S. ▷mid 17th cent.: from Spanish, literally 'station,' from medieval Latin *stantia*, based on Latin *stare* 'to stand.'

**es·tate** /iˈstāt/ ▶n. **1** an area or amount of land or property, in particular: ■ an extensive area of land in the country, usually with a large house, owned by one person or organization. ■ all the money and property owned by a particular person, esp. at death: *in his will, he divided his estate between his wife and daughter.* ■ a property where coffee, rubber, grapes, or other crops are cultivated. ■ Brit. a housing or commercial development. **2** (also **estate of the realm**) a

*obscaenus* 'ill-omened or abominable.' —**ob·scene·ly** *adv.*

**ob·scen·i·ty** /əb'senitē/ ▶*n.* (*pl.* **-ties**) the state or quality of being obscene; obscene behavior, language, or images: *the book was banned for obscenity.* ■ an extremely offensive word or expression: *the men scowled and muttered obscenities.* ▷late 16th cent.: from French *obscénité* or Latin *obscaenitas*, from *obscaenus* (see OBSCENE).

**ob·scu·rant·ism** /əb'skyŏŏrən,tizəm; äb-; ,äbskyə-'ran-/ ▶*n.* the practice of deliberately preventing the facts or full details of something from becoming known. ▷mid 19th cent.: from earlier *obscurant*, denoting a person who obscures something, via German from Latin *obscurant-* 'making dark,' from the verb *obscurare.* —**ob·scu·rant** /'äbskyərənt/ *n. & adj.* —**ob·scu·rant·ist** *n. & adj.*

**ob·scure** /əb'skyŏŏr/ ▶*adj.* (**-scur·er, -scur·est**) not discovered or known about; uncertain: *his origins and parentage are obscure.* ■ not clearly expressed or easily understood: *obscure references to Proust.* ■ not important or well known: *an obscure religious sect.* ■ hard to make out or define; vague: *figurative I feel an obscure resentment.* ■ (of a color) not sharply defined; dim or dingy.
▶*v.* [*trans.*] keep from being seen; conceal: *gray clouds obscure the sun.* ■ make unclear and difficult to understand: *the debate has become obscured by conflicting ideological perspectives.* ■ overshadow: *none of this should obscure the skill, experience, and perseverance of the workers.* ▷late Middle English: from Old French *obscur*, from Latin *obscurus* 'dark,' from an Indo-European root meaning 'cover.' —**ob·scu·ra·tion** /,äbskyə'rāsHən/ *n.* —**ob·scure·ly** *adv.*

**THE RIGHT WORD abstruse, obscure, recondite**
Obscure is the general term for something that is unclear or not easy to understand; abstruse and recondite are more formal terms.
*Obscure* often expresses dissatisfaction at one's inability to identify something (*the causation of his mental disorder is obscure*), or, more critically, refers to something that's not sufficiently clearly expressed (*the law is too obscure to interpret correctly; we find it difficult to address your obscure complaints*). A reference to, say, "an obscure congressman" is a dismissive comment, suggesting that this is someone not only little known but perhaps deservedly so.
*Abstruse* is more precise in its meaning—'difficult to understand'—and usually implies that the subject would be puzzling to most anyone (*reading her essays, one wonders if even she can understand her abstruse philosophy*).
*Recondite* denotes topics that are known and understood by only a few experts: *recondite though their theme may be, they demonstrate that it is not without relevance.* There is often a critical suggestion that difficulty or obscurity has been deliberately sought out or magnified.

**ob·scure vow·el** ▶*n.* another term for INDETERMINATE VOWEL.

**ob·scu·ri·ty** /əb'skyŏŏritē/ ▶*n.* (*pl.* **-ties**) the state of being unknown, inconspicuous, or unimportant: *he is too good a player to slide into obscurity.* ■ the quality of being difficult to understand: *poems of impenetrable obscurity.* ■ a thing that is unclear or difficult to understand: *the obscurities in his poems and plays.* ▷late Middle English: from Old French *obscurite*, from Latin *obscuritas*, from *obscurus* 'dark.'

**obsd.** ▶*abbr.* (esp. in medical and scientific abstracts) observed.

**ob·se·cra·tion** /,äbsə'krāsHən/ ▶*n. rare* earnest pleading or supplication. ▷late Middle English: from Latin *obsecratio(n-)*, from *obsecrare* 'entreat,' based on *sacer, sacr-* 'sacred.'

**ob·se·quies** /'äbsəkwēz/ ▶*plural n.* funeral rites. ▷late Middle English: plural of obsolete *obsequy*, from Anglo-Norman French *obsequie*, from the medieval Latin plural *obsequiae* (from Latin *exsequiae* 'funeral rites,' influenced by *obsequium* 'dutiful service').

**ob·se·qui·ous** /əb'sēkwēəs/ ▶*adj.* obedient or attentive to an excessive or servile degree: *they were served by obsequious waiters.* ▷late 15th cent. (not depreciatory in sense in early use): from Latin *obsequiosus*, from *obsequium* 'compliance,' from *obsequi* 'follow, comply with.' —**ob·se·qui·ous·ly** *adv.* —**ob·se·qui·ous·ness** *n.*

**THE RIGHT WORD obsequious, servile, slavish, subservient**
If you want to get ahead with your boss, you might trying being obsequious, which suggests an attitude of inferiority that may or may not be genuine, but that is assumed in order to placate a superior in hopes of getting what one wants (*a "goody two shoes" whose obsequious behavior made everyone in the class cringe*).
While **subservient** may connote similar behavior, it is more often applied to those who are genuinely subordinate or dependent and act accordingly (*a timid, subservient child who was terrified of making a mistake*).
**Servile** is a stronger and more negative term, suggesting a cringing submissiveness (*the dog's servile obedience to her master*).
**Slavish**, suggesting the status or attitude of a slave, is often used to describe strict adherence to a set of rules or a code of conduct (*a slavish adherence to the rules of etiquette*).

**ob·serv·ance** /əb'zərvəns/ ▶*n.* **1** the action or practice of fulfilling or respecting the requirements of law, morality, or ritual: *strict observance of the rules | the decline in religious observance.* ■ (usu. **observances**) an act performed for religious or ceremonial reasons: *official anniversary observances.* ■ a rule to be followed by a religious order: *he drew up a body of monastic observances.* ■ *archaic* respect; deference. **2** the action of watching or noticing something: *the baby's motionless observance of me.* ▷Middle English: via Old French from Latin *observantia*, from *observant-* 'watching, paying attention to,' from the verb *observare* (see OBSERVE).

**ob·serv·ant** /əb'zərvənt/ ▶*adj.* **1** quick to notice things: *her observant eye took in every detail.* **2** adhering strictly to the rules of a particular religion, esp. Judaism.
▶*n.* (**Observant**) *historical* a member of a branch of the Franciscan order that followed a strict rule. ▷late Middle English (as a noun): from French, literally 'watching,' present participle of *observer* (see OBSERVE).

**ob·ser·va·tion** /,äbzər'vāsHən/ ▶*n.* **1** the action or process of observing something or someone carefully or in order to gain information: *she was brought into the hospital for observation | detailed observations were carried out on the students' behavior.* ■ the ability to notice things, esp. significant details: *his powers of observation.* ■ the taking of the altitude of the sun or another celestial body for navigational purposes. **2** a remark, statement, or comment based on something one has seen, heard, or noticed: *he made a telling observation about Hugh.* ▷late Middle English (in the sense 'respectful adherence to the requirements of [rules, a ritual, etc.]'): from Latin *observatio(n-)*, from the verb *observare* (see OBSERVE). —**ob·ser·va·tion·al** /-sHənl/ *adj.* —**ob·ser·va·tion·al·ly** /-sHənl-ē/ *adv.*
▶*PHRASE* □ **under observation** (esp. of a patient or a suspected criminal) being closely and constantly watched or monitored: *he spent two nights in the hospital under observation.*

**ob·ser·va·tion car** ▶*n.* a railroad car with large windows designed to provide a good view of passing scenery.

**ob·ser·va·tion post** ▶*n. Military* a post for watching the movement of enemy forces or the effect of artillery fire.

**ob·serv·a·to·ry** /əb'zərvə,tôrē/ ▶*n.* (*pl.* **-ries**) a room or building housing an astronomical telescope or other scientific equipment for the study of natural phenomena. ■ a position or building affording an extensive view. ▷late 17th cent.: from modern Latin *observatorium*, from Latin *observat-* 'watched,' from the verb *observare* (see OBSERVE).

**ob·serve** /əb'zərv/ ▶*v.* [*trans.*] **1** notice or perceive (something) and register it as being significant: [with *clause*] *young people observe that decisions are made by others.* ■ watch (someone or something) carefully and attentively: *Rob stood in the hallway, where he could observe the happenings on the street.* ■ take note of or detect (something) in the course of a scientific study: *the behavior observed in groups of chimpanzees.* ■ [*reporting verb*] make a remark or comment: [with *direct speech*] *"It's chilly," she observed* | [with *clause*] *a stockbroker once observed that dealers live and work in hell.* **2** fulfill or comply with (a social, legal, ethical, or religious obligation): *a tribunal must observe the principles of natural justice.* ■ (usu. **be observed**) maintain (silence) in compliance with a rule or custom, or temporarily as a mark of respect: *a minute's silence will be observed.* ■ perform or take part in (a rite or ceremony): *relations gather to observe the funeral rites.* ■ celebrate or acknowledge (an anniversary): *many*

observed the one-year anniversary of the flood. ▷late Middle English (sense 2): from Old French *observer*, from Latin *observare* 'to watch,' from *ob-* 'toward' + *servare* 'attend to, look at.' —**ob·serv·a·ble** *adj.* —**ob·serv·a·bly** /-blē/ *adv.*

**ob·serv·er** /əb'zərvər/ ▶*n.* a person who watches or notices something: *to a casual observer, he was at peace.* ■ a person who follows events, esp. political ones, closely and comments publicly on them: *some observers expect interest rates to rise.* ■ a person posted to an area in an official capacity to monitor political or military events: *elections scrutinized by international observers.* ■ a person who attends a conference, inquiry, etc., to note the proceedings without participating in them. ■ (in science or art) a real or hypothetical person whose observation is regarded as having a particular viewpoint or effect.

**ob·sess** /əb'ses/ ▶*v.* [*trans.*] (usu. **be obsessed**) preoccupy or fill the mind of (someone) continually, intrusively, and to a troubling extent: *he was obsessed with thoughts of suicide* | [as *adj.*] (**obsessed**) *he became completely obsessed about germs.* ■ [*intrans.*] (of a person) be preoccupied in this way: *her husband, who is obsessing about the wrong she has done him.* ▷late Middle English (in the sense 'haunt, possess,' referring to an evil spirit): from Latin *obsess-* 'besieged,' from the verb *obsidere*, from *ob-* 'opposite' + *sedere* 'sit.' The current sense dates from the late 19th cent. —**ob·ses·sive** /-'sesiv/ *adj. & n.* —**ob·ses·sive·ly** /-'sesivlē/ *adv.* —**ob·ses·sive·ness** /-'sesivnis/ *n.*

**ob·ses·sion** /əb'sesHən/ ▶*n.* the state of being obsessed with someone or something: *she cared for him with a devotion bordering on obsession.* ■ an idea or thought that continually preoccupies or intrudes on a person's mind: *he was in the grip of an obsession he was powerless to resist.* ▷early 16th cent. (in the sense 'siege'): from Latin *obsessio(n-)*, from the verb *obsidere* (see OBSESS). —**ob·ses·sion·al** /-sHənl/ *adj.* —**ob·ses·sion·al·ly** /-sHənl-ē/ *adv.*

**ob·ses·sive–com·pul·sive** ▶*adj.* Psychiatry denoting or relating to a disorder in which a person feels compelled to perform certain meaningless actions repeatedly in order to alleviate obsessive fears or intrusive thoughts, typically resulting in severe disruption of daily life.
▶*n.* a person characterized by such obsessive behavior.

**ob·sid·i·an** /əb'sidēən; äb-/ ▶*n.* a hard, dark, glasslike volcanic rock formed by the rapid solidification of lava without crystallization. ▷mid 17th cent.: from Latin *obsidianus*, error for *obsianus*, from *Obsius*, the name (in Pliny) of the discoverer of a similar stone.

**ob·so·les·cent** /,äbsə'lesənt/ ▶*adj.* becoming obsolete: *the custom is now obsolescent.* ▷mid 18th cent.: from Latin *obsolescent-* 'falling into disuse,' from the verb *obsolescere.* —**ob·so·lesce** *v. existing systems begin to obsolesce.* —**ob·so·les·cence** *n.*

**ob·so·lete** /,äbsə'lēt/ ▶*adj.* **1** no longer produced or used; out of date: *the disposal of old and obsolete machinery | the phrase was obsolete after 1625.* See note at OLD. **2** *Biology* (of a part or characteristic of an organism) less developed than formerly or in a related species; rudimentary; vestigial.
▶*v.* [*trans.*] cause (a product or idea) to be or become obsolete by replacing it with something new: *we're trying to stimulate the business by obsoleting last year's designs.* ▷late 16th cent.: from Latin *obsoletus* 'grown old, worn out,' past participle of *obsolescere* 'fall into disuse.' —**ob·so·lete·ly** *adv.* —**ob·so·lete·ness** *n.* —**ob·so·let·ism** /-'lē,tizəm/ *n.*

**ob·sta·cle** /'äbstəkəl/ ▶*n.* a thing that blocks one's way or prevents or hinders progress: *the major obstacle to achieving that goal is money.* ▷Middle English: via Old French from Latin *obstaculum*, from *obstare* 'impede,' from *ob-* 'against' + *stare* 'stand.'

**ob·sta·cle course** ▶*n.* a course over which participants negotiate obstacles to be climbed, crawled under, crossed on suspended ropes, etc., as used for training soldiers. ■ *figurative* any situation that presents a series of challenges or obstacles.

**ob·stet·ri·cal** /əb'stetrikəl; äb-/ ▶*adj.* of or relating to childbirth and the processes associated with it. ▷mid 18th cent.: from modern Latin *obstetricus* for Latin *obstetricius* (based on *obstetrix* 'midwife'), from *obstare* 'be present.' —**ob·stet·ric** *adj.* —**ob·stet·ri·cal·ly** /-ik(ə)lē/ *adv.*

Pronunciation Key ə *ago*; ər *over*; 'ə *or* ,ə *up*; 'ər *or* ,ər *fur*; a *hat*; ā *rate*; ä *car*; CH *chew*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ŏ *go*; ô *for*; oi *boy*; ŏŏ *good*; ŏō *goo*; ou *out*; SH *she*; TH *thin*; TH *then*; (h)w *why*; ZH *vision*



**privy purse**     1350     **pro bono publico**

general (now chiefly on an honorary basis and including present and former government ministers). **—priv·y coun·ci·lor** n.

**priv·y purse** ▶n. (in the UK) an allowance from the public revenue for the monarch's private expenses.

**priv·y seal** ▶n. (in the UK) a seal affixed to documents that are afterward to pass the Great Seal or that do not require it.

**prix fixe** /ˈprē ˈfēks; ˈfiks/ ▶n. a meal consisting of several courses served at a total fixed price. ▷French, literally 'fixed price.'

**prize**[1] /prīz/ ▶n. a thing given as a reward to the winner of a competition or race or in recognition of another outstanding achievement: *the nation's most prestigious prize for contemporary art.* ■ a thing, esp. an amount of money or a valuable object, that can be won in a lottery or other game of chance: *the grand prize in the drawing* | [as adj.] *prize money.* ■ something of great value that is worth struggling to achieve: *the prize will be victory in the general election.* ■ *chiefly historical* an enemy ship captured during the course of naval warfare. [late Middle English: from Old French *prise* 'taking, booty,' from *prendre* 'take.']
▶adj. [attrib.] (esp. of something entered in a competition) having been or likely to be awarded a prize: *prize onions* | *a prize bull.* ■ denoting something for which a prize is awarded: *a prize crossword.* ■ excellent of its kind; outstanding: *a prize example of how well organic farming can function.* ■ complete; utter: *you must think I'm a prize idiot.*
▶v. [trans.] (often **be prized**) value extremely highly: *the berries were prized for their healing properties* | [as adj.] (**prized**) *the bicycle was her most prized possession.* See note at **ESTEEM**. ▷Middle English: the noun, a variant of **PRICE**; the verb (originally in the sense 'estimate the value of') from Old French *pris-*, stem of *preisier* 'to praise, appraise' (see **PRAISE**).

**prize**[2] (also **prise**) ▶v. another term for **PRY**[2] : *prizing open the door* | *he prized his left leg free.* ▷late 17th cent.: from dialect *prise* 'lever,' from Old French *prise* 'grasp, taking hold.' Compare with **PRY**[2].

**prize court** ▶n. a naval court that adjudicates on the distribution of ships and property captured in the course of naval warfare.

**prize·fight** /ˈprīzˌfīt/ (also **prize fight**) ▶n. a boxing match fought for prize money. **—prize·fight·er** n. **—prize·fight·ing** n.

**prize ring** ▶n. a ring used for prizefighting. ■ (**the prize ring**) the practice of prizefighting; boxing.

**p.r.n.** ▶abbr. (in prescriptions) as the occasion arises; as needed. ▷Latin *pro re nata*.

**PRO** ▶abbr. ■ public relations officer. ■ *Brit.* Public Record Office.

**pro**[1] /prō/ ▶n. (pl. **pros**) *informal* a professional, esp. in sports: *a tennis pro.*
▶adj. (of a person or an event) professional: *a pro golfer.* ▷mid 19th cent.: abbreviation.

**pro**[2] ▶n. (pl. **pros**) (usu. **pros**) an advantage of something or an argument in favor of a course of action: *the pros and cons of joint ownership.*
▶prep. & adv. in favor of: [as prep.] *they were pro the virtues of individualism.* ▷late Middle English (as a noun): from Latin, literally 'for, on behalf of.'

**pro-**[1] ▶prefix **1** favoring; supporting: *pro-choice* | *pro-life.* **2** acting as a substitute or deputy for; on behalf of; for: *proconsul* | *procure.* **3** denoting motion forward, out, or away: *proceed* | *propel* | *prostrate.* ▷from Latin *pro* 'in front of, on behalf of, instead of, on account of.'

**pro-**[2] ▶prefix before in time, place, order, etc.: *proactive* | *prognosis* | *program.* ▷from Greek *pro* 'before.'

**pro·a** /ˈprōə/ (also **pra·hu** /ˈprä ˌo͞o/ or **prau** /prou/) ▶n. a type of sailing boat originating in Malaysia and Indonesia that may be sailed with either end at the front, typically having a large triangular sail and an outrigger. ▷late 16th cent.: from Malay *perahu*.

**pro·ac·tive** /prōˈaktiv/ ▶adj. (of a person, policy, or action) creating or controlling a situation by causing something to happen rather than responding to it after it has happened: *be proactive in identifying and preventing potential problems.* ▷1930s: from **PRO-**[2] (denoting earlier occurrence), on the pattern of *reactive*. **—pro·ac·tion** /prōˈakSHən/ n. **—pro·ac·tive·ly** adv. **—pro·ac·tiv·i·ty** /ˌprōˌakˈtivətē/ n.

**pro·ac·tive in·hi·bi·tion** ▶n. *Psychology* the tendency of previously learned material to hinder subsequent learning.

**pro·am** /ˈprō ˈam/ ▶adj. (of a sports event) involving both professionals and amateurs: *a pro-am golf tournament.*
▶n. an event of this type.

**pro-an·a** /ˈprō ˈanə/ ▶adj. (of a Web site) encouraging or advocating anorexia: *pro-ana sites share tips on how to trick your parents into believing you're eating.*

**prob** /präb/ ▶n. *informal* problem: *there's no prob.* ▷1930s: abbreviation.

**prob.** ▶abbr. ■ probable or probably. ■ probate. ■ problem.

**prob·a·bi·lis·tic** /ˌpräbəbəˈlistik/ ▶adj. based on or adapted to a theory of probability; subject to or involving chance variation: *the main approaches are either rule-based or probabilistic.* **—prob·a·bi·lism** /ˈpräbəbəˌlizəm/ n.

**prob·a·bil·i·ty** /ˌpräbəˈbilətē/ ▶n. (pl. **-ties**) the extent to which something is probable; the likelihood of something happening or being the case: *the rain will make the probability of their arrival even greater.* ■ a probable event: *for a time, revolution was a strong probability.* ■ the most probable thing: *the probability is that it will be phased in over a number of years.* ■ *Mathematics* the extent to which an event is likely to occur, measured by the ratio of the favorable cases to the whole number of cases possible: *the area under the curve represents probability* | *a probability of 0.5.* ▷late Middle English: from Latin *probabilitas*, from *probabilis* 'provable, credible' (see **PROBABLE**).
▶PHRASE □ **in all probability** used to convey that something is very likely: *he would in all probability make himself known.*

**prob·a·bil·i·ty den·si·ty func·tion** ▶n. *Statistics* a function of a continuous random variable, whose integral across an interval gives the probability that the value of the variable lies within the same interval.

**prob·a·bil·i·ty dis·tri·bu·tion** ▶n. *Statistics* a function of a discrete variable whose integral over any interval is the probability that the random variable specified by it will lie within that interval.

**prob·a·bil·i·ty the·o·ry** ▶n. the branch of mathematics that deals with quantities having random distributions.

**prob·a·ble** /ˈpräbəbəl/ ▶adj. [often with *clause*] likely to be the case or to happen: *it is probable that the economic situation will deteriorate further* | *the probable consequences of his action.*
▶n. a person who is likely to become or do something, esp. one who is likely to be chosen for a team: *Merson and Wright are probables.* ▷late Middle English (in the sense 'worthy of belief'): via Old French from Latin *probabilis*, from *probare* 'to test, demonstrate.'

**prob·a·ble cause** ▶n. *Law* reasonable grounds (for making a search, pressing a charge, etc.).

**prob·a·bly** /ˈpräbəblē; ˈpräblē/ ▶adv. [sentence adverb] almost certainly; as far as one knows or can tell: *she would probably never see him again* | *"Would you recognize them?" "Probably."*

**pro·band** /ˈprōˌband; prōˈband/ ▶n. a person serving as the starting point for the genetic study of a family (used esp. in medicine and psychiatry). ▷1920s: from Latin *probandus* 'to be proved,' gerundive of *probare* 'to test.'

**pro·bang** /ˈprōˌbaNG/ ▶n. *Medicine* a strip of flexible material with a sponge or tuft at the end, used to remove an object from or apply medication to the throat. ▷mid 17th cent. (named *provang* by its inventor): perhaps an alteration suggested by **PROBE**.

**pro·bate** /ˈprōˌbāt/ ▶n. the official proving of a will: *the will was in probate* | [as adj.] *a probate court.* ■ a verified copy of a will with a certificate as handed to the executors.
▶v. [trans.] establish the validity of (a will). ▷late Middle English: from Latin *probatum* 'something proved,' neuter past participle of *probare* 'to test, prove.'

**pro·ba·tion** /prōˈbāSHən/ ▶n. *Law* the release of an offender from detention, subject to a period of good behavior under supervision: *I went to court and was put on probation.* ■ the process or period of testing or observing the character or abilities of a person in a certain role, for example, a new employee: *for an initial period of probation, your manager will closely monitor your progress.* ▷late Middle English (denoting testing, investigation, or examination): from Old French *probacion*, from Latin *probatio(n-)*, from *probare* 'to test, prove' (see **PROVE**). The legal use dates from the late 19th cent. **—pro·ba·tion·ar·y** /-ˌnerē/ adj.

**pro·ba·tion·er** /prōˈbāSHənər/ ▶n. a person who is serving a probationary or trial period in a job or position to which they are newly appointed. See note at **NOVICE**. ■ an offender on probation.

**pro·ba·tion of·fi·cer** ▶n. a person appointed to supervise offenders who are on probation.

**pro·ba·tive** /ˈprōbətiv/ ▶adj. *chiefly Law* having the quality or function of proving or demonstrating something; affording proof or evidence: *it places the probative burden on the defendant.* ▷late Middle English (describing something that serves as a test): from Latin *probativus*, from *probat-* 'proved,' from the verb *probare* (see **PROVE**).

**probe** /prōb/ ▶n. a blunt-ended surgical instrument used for exploring a wound or part of the body. ■ a small device, esp. an electrode, used for measuring, testing, or obtaining information. ■ a projecting device for engaging in a drogue, either on an aircraft for use in inflight refueling or on a spacecraft for use in docking with another craft. ■ (also **space probe**) an unmanned exploratory spacecraft designed to transmit information about its environment. ■ an investigation into a crime or other matter: *a probe into the maritime industry by the FBI.*
▶v. [trans.] physically explore or examine (something) with the hands or an instrument: *researchers probing the digestive glands of mollusks.* ■ [intrans.] seek to uncover information about someone or something: *he began to probe into Donald's whereabouts* | [trans.] *police are probing another murder.* ▷late Middle English (as a noun): from late Latin *proba* 'proof (in medieval Latin 'examination'), from *probare* 'to test.' The verb dates from the mid 17th cent. **—prob·er** n. **—prob·ing·ly** adv.

**pro·ben·e·cid** /prōˈbenəsid/ ▶n. *Medicine* a synthetic compound that promotes increased excretion of uric acid and is used to treat gout. ● Chem. formula $C_{13}H_{19}NO_4S$. ▷1950s: from *pro(pyl)* + *ben(zoic)* + *-e-* + *(a)cid.*

**pro·bi·ot·ic** /ˌprōbīˈätik/ ▶adj. denoting a substance that stimulates the growth of microorganisms, especially those with beneficial properties (such as those of the intestinal flora).
▶n. a probiotic substance or preparation. ■ a microorganism introduced into the body for its beneficial qualities.

**prob·it** /ˈpräbit/ ▶n. *Statistics* a unit of probability based on deviation from the mean of a standard distribution. ▷1930s: from *prob(ability un)it.*

**pro·bi·ty** /ˈprōbitē/ ▶n. *formal* the quality of having strong moral principles; honesty and decency: *financial probity.* See note at **GOODNESS**. ▷late Middle English: from Latin *probitas*, from *probus* 'good.'

**prob·lem** /ˈpräbləm/ ▶n. **1** a matter or situation regarded as unwelcome or harmful and needing to be dealt with and overcome: *mental health problems* | [as adj.] *city planners consider it a problem district.* ■ a thing that is difficult to achieve or accomplish: *motivation of staff can also be a problem.* **2** *Physics & Mathematics* an inquiry starting from given conditions to investigate or demonstrate a fact, result, or law. ■ *Geometry* a proposition in which something has to be constructed. Compare with **THEOREM**. ■ (in various games, esp. chess) an arrangement of pieces in which the solver has to achieve a specified result. ▷late Middle English (originally denoting a riddle or a question for academic discussion): from Old French *probleme*, via Latin from Greek *problēma*, from *proballein* 'put forth,' from *pro* 'before' + *ballein* 'to throw.'
▶PHRASES □ **have a problem with** disagree with or have an objection to: *I have no problem with shopping on Sundays.* □ **no problem** used to express one's agreement or acquiescence: *"Can you help?" "No problem."* □ **that's your** (or **his**, or **her**, etc.) **problem** (said with emphatic stress on pronoun) used to express one's lack of interest in or sympathy with the problems or misfortunes of another person: *he'd made a mistake but that was his problem.*

**prob·lem·at·ic** /ˌpräbləˈmatik/ ▶adj. constituting or presenting a problem or difficulty: *the situation was problematic for teachers.* ■ doubtful or questionable. See note at **DOUBTFUL**. ■ *Logic* enunciating or supporting what is possible but not necessarily true.
▶n. a thing that constitutes a problem or difficulty: *the problematics of artificial intelligence.* ▷early 17th cent.: via French from late Latin *problematicus*, from Greek *problēmatikos*, from *problēma* (see **PROBLEM**). **—prob·lem·at·i·cal** adj. **—prob·lem·at·i·cal·ly** /-ik(ə)lē/ adv.

**prob·lem·a·tize** /ˈpräbləməˌtīz/ ▶v. [trans.] make into or regard as a problem requiring a solution: *he problematized the concept of history.* **—prob·lem·a·ti·za·tion** /ˌpräbləmətəˈzāSHən; -ˌmatə-/ n.

**pro bo·no pu·bli·co** /ˌprō ˈbōnō ˈpo͞oblēˌkō; ˈbōnō ˈpeblēˌkō/ ▶adv. & adj. for the public good: [as adv.] *the burden they carried pro bono publico.* ■ (usu. **pro bono**) denoting work undertaken for the public good

Case 3:19-cv-01470-JPW    Document 93    Filed 09/08/20    Page 10 of 11

**—ter·rif·i·cal·ly** /-ik(ə)lē/ *adv.* [as *submodifier*] she's been terrifically busy lately.

**ter·ri·fy** /'terə,fī/ ▶*v.* (-fies, -fied) [*trans.*] cause to feel extreme fear: *the thought terrifies me* | *he is terrified of spiders* | [*trans.*] *she was terrified he would drop her* | [as *adj.*] (**terrifying**) *the terrifying events of the past few weeks.* ▷late 16th cent.: from Latin *terrificare*, from *terrificus* 'frightening' (see TERRIFIC). **—ter·ri·fi·er** *n.* **—ter·ri·fy·ing·ly** /'terə,fī-iNGlē/ *adv.* [as *submodifier*] *the bombs are terrifyingly accurate.*

**ter·rig·e·nous** /te'rijenəs/ ▶*adj.* Geology (of a marine deposit) made of material eroded from the land. ▷late 17th cent. (in the sense 'produced from the earth, earth-born'): from Latin *terrigenus* (from *terra* 'earth' + *-genus* 'born') + -OUS.

**ter·rine** /te'rēn/ ▶*n.* a meat, fish, or vegetable mixture that has been cooked or otherwise prepared in advance and allowed to cool or set in its container, typically served in slices. ■ a container used for such a dish, typically of an oblong shape and made of earthenware. ▷early 18th cent. (denoting a tureen): from French, literally 'large earthenware pot,' from *terrin* 'earthen.' Compare with TUREEN.

**ter·ri·to·ri·al** /,teri'tôrēəl/ ▶*adj.* **1** of or relating to the ownership of an area of land or sea: *territorial disputes.* ■ Zoology (of an animal or species) defending a territory: *these sharks are aggressively territorial.* ■ of or relating to an animal's territory or its defense: *territorial growls.* **2** of or relating to a particular territory, district, or locality: *a bizarre territorial rite.* ■ (usu. **Territorial**) of or relating to a Territory, in the U.S. or Canada.
▶*n.* (**Territorial**) (in the UK) a member of the Territorial Army, a volunteer force locally organized to provide a reserve of trained and disciplined manpower for use in an emergency. ▷early 17th cent.: from late Latin *territorialis*, from Latin *territorium* (see TERRITORY). **—ter·ri·to·ri·al·i·ty** /-,tôrē'alitē/ *n.* **—ter·ri·to·ri·al·ly** *adv.*

**ter·ri·to·ri·al im·per·a·tive** ▶*n.* [usu. in *sing.*] Zoology & Psychology the need to claim and defend a territory.

**ter·ri·to·ri·al wa·ters** ▶*plural n.* the waters under the jurisdiction of a state, esp. the part of the sea within a stated distance of the shore (traditionally three miles from low-water mark).

**ter·ri·to·ry** /'terə,tôrē/ ▶*n.* (*pl.* -ries) **1** an area of land under the jurisdiction of a ruler or state: *the government was prepared to give up the nuclear weapons on its territory* | *sorties into enemy territory.* ■ Zoology an area defended by an animal or group of animals against others of the same sex or species. Compare with HOME RANGE. ■ an area defended by a team or player in a game or sport. ■ an area in which one has certain rights or for which one has responsibility with regard to a particular type of activity: *a sales rep for a large territory.* ■ *figurative* an area of knowledge, activity, or experience: *the contentious territory of clinical standards* | *the way she felt now—she was in unknown territory.* ■ [with *adj.*] land with a specified characteristic: *woodland territory.* **2** (**Territory**) (esp. in the U.S., Canada, or Australia) an organized division of a country that is not yet admitted to the full rights of a state. ▷late Middle English: from Latin *territorium*, from *terra* 'land.' The word originally denoted the district surrounding and under the jurisdiction of a town or city, specifically a Roman or provincial city.
▶PHRASE □ **go** (or **come**) **with the territory** be an unavoidable result of a particular situation.

**ter·roir** /ter'wär/ ▶*n.* the complete natural environment in which a particular wine is produced, including factors such as the soil, topography, and climate. ■ (also **goût de ter·roir** /ɡoō də/) the characteristic taste and flavor imparted to a wine by the environment in which it is produced. ▷1970s: French, from medieval Latin, *terratorium.*

**ter·ror** /'terər/ ▶*n.* **1** extreme fear: *people fled in terror* | [in *sing.*] *a terror of darkness.* ■ the use of such fear to intimidate people, esp. for political reasons: *weapons of terror.* ■ [in *sing.*] a person or thing that causes extreme fear: *his unyielding scowl became the terror of the Chicago mob.* ■ (**the Terror**) the period of the French Revolution between mid 1793 and July 1794 when the ruling Jacobin faction, dominated by Robespierre, ruthlessly executed anyone considered a threat to their regime. Also called REIGN OF TERROR. **2** (also **holy terror**) *informal* a person, esp. a child, who causes trouble or annoyance: *placid and obedient in their parents' presence, but holy terrors when left alone.* ▷late Middle English: from Old French *terrour*, from Latin *terror*, from *terrere* 'frighten.'
▶PHRASE □ **have** (or **hold**) **no terrors for someone** not frighten or worry someone.

**ter·ror·ism** /'terə,rizəm/ ▶*n.* the use of violence and intimidation in the pursuit of political aims.

**ter·ror·ist** /'terərist/ ▶*n.* a person who uses terrorism in the pursuit of political aims. ▷late 18th cent.: from French *terroriste*, from Latin *terror* (see TERROR). The word was originally applied to supporters of the Jacobins in the French Revolution, who advocated repression and violence in pursuit of the principles of democracy and equality. **—ter·ror·is·tic** /,terə-'ristik/ *adj.* **—ter·ror·is·ti·cal·ly** *adv.*

**ter·ror·ize** /'terə,rīz/ ▶*v.* [*trans.*] create and maintain a state of extreme fear and distress in (someone); fill with terror: *he used his private army to terrorize the population* | *the union said staff would not be terrorized into ending their strike.* **—ter·ror·i·za·tion** /,terərə'zāsHən/ *n.* **—ter·ror·iz·er** *n.*

**ter·ror-strick·en** (also **terror-struck**) ▶*adj.* feeling or expressing extreme fear.

**ter·ry** /'terē/ (also **ter·ry cloth**) ▶*n.* (*pl.* -ries) a fabric with raised uncut loops of thread covering both surfaces, used esp. for towels. ▷late 18th cent.: of unknown origin.

**terse** /tərs/ ▶*adj.* (**ters·er, ters·est**) sparing in the use of words; abrupt: *a terse statement.* ▷early 17th cent.: from Latin *tersus* 'wiped, polished,' from the verb *tergere.* The original sense was 'polished, trim, spruce,' (relating to language) 'polished, polite,' hence 'concise and to the point' (late 18th cent.). **—terse·ly** *adv.* **—terse·ness** *n.*

*THE RIGHT WORD* **concise, laconic, pithy, succinct, terse**

If you don't like to mince words, you'll make every effort to be **concise** in both your writing and speaking, which means to remove all superfluous details (*a concise summary of everything that happened*).

**Succinct** is very close in meaning to *concise*, although it emphasizes compression and compactness in addition to brevity (*succinct instructions for what to do in an emergency*).

If you're **laconic**, you are brief to the point of being curt, brusque, or even uncommunicative (*his laconic reply left many questions unanswered*).

**Terse** can also mean clipped or abrupt (*a terse command*), but it usually connotes something that is both concise and polished (*a terse style of writing that was much admired*).

A **pithy** statement is not only succinct but full of substance and meaning (*a pithy argument that no one could counter*).

**ter·tian** /'tərsHən/ ▶*adj.* [*attrib.*] Medicine denoting a form of malaria causing a fever that recurs every second day: *tertian fever.* ● The common benign tertian malaria (or tertian ague) is caused by infection with *Plasmodium vivax* or *P. ovale*, and malignant tertian malaria is caused by *P. falciparum.* Compare with QUARTAN. ▷late Middle English (*fever*) *terciane*, from Latin (*febris*) *tertiana*, from *tertius* 'third' (the fever recurring every third day by inclusive reckoning).

**ter·ti·ar·y** /'tərsHē,erē; -sHərē/ ▶*adj.* **1** third in order or level: *most of the enterprises were of tertiary importance* | *the tertiary stage of the disease.* ■ chiefly Brit. relating to or denoting education at a level beyond that provided by schools, esp. that provided by a college or university. ■ relating to or denoting the medical treatment provided at a specialist institution. **2** (**Tertiary**) Geology of, relating to, or denoting the first period of the Cenozoic era, between the Cretaceous and Quaternary periods, and comprising the Paleogene and Neogene subperiods. **3** Chemistry (of an organic compound) having its functional group located on a carbon atom that is itself bonded to three other carbon atoms. ■ Chemistry (chiefly of amines) derived from ammonia by replacement of three hydrogen atoms by organic groups.
▶*n.* **1** (**the Tertiary**) Geology the Tertiary period or the system of rocks deposited during it.

The Tertiary lasted from about 65 million to 1.6 million years ago. The mammals diversified following the demise of the dinosaurs and became dominant, as did the flowering plants.

**2** a lay associate of certain Christian monastic organizations: *a Franciscan tertiary.* ▷mid 16th cent. (sense 2 of the noun): from Latin *tertiarius* 'of the third part or rank,' from *tertius* 'third.'

**ter·ti·ar·y struc·ture** ▶*n.* Biochemistry the overall three-dimensional structure resulting from folding and covalent cross-linking of a protein or polynucleotide molecule.

**ter·ti·um quid** /'tərsHēəm 'kwid; 'tərtēəm/ ▶*n.* a third

thing that is indefinite and undefined but is related to two definite or known things. ▷early 18th cent.: from late Latin, translation of Greek *triton ti* 'some third thing.'

**Ter·tul·li·an** /tər'təlēən; -'təlyən/ (*c.*160–*c.*240), early Christian theologian; Latin name *Quintus Septimius Florens Tertullianus.* His writings include Christian apologetics and attacks on pagan idolatry and Gnosticism.

**ter·va·lent** /tər'vālənt/ ▶*adj.* Chemistry another term for TRIVALENT.

**ter·za ri·ma** /,tertsə 'rēmə/ ▶*n.* Prosody an arrangement of triplets, esp. in iambs, that rhyme *aba bcb cdc*, etc., as in Dante's *Divine Comedy.* ▷Italian, literally 'third rhyme.'

**TESL** /'tesəl/ ▶*abbr.* teaching of English as a second language.

**Tes·la** /'teslə/, Nikola (1856–1943), U.S. electrical engineer and inventor, born in what is now Croatia. He developed the first alternating-current induction motor, as well as several forms of oscillators, the tesla coil, and a wireless guidance system for ships.

**tes·la** /'teslə/ (abbr.: **T**) ▶*n.* Physics the SI unit of magnetic flux density. ▷1960s: named after N. TESLA.

**Tes·la coil** ▶*n.* a form of induction coil for producing high-frequency alternating currents.

**TESOL** /'te,säl; -,sôl; 'tesəl/ ▶*abbr.* teaching of English to speakers of other languages.

**tes·sel·late** /'tesə,lāt/ (also **tes·se·late**) ▶*v.* [*trans.*] decorate (a floor) with mosaics. ■ Mathematics cover (a plane surface) by repeated use of a single shape, without gaps or overlapping. ▷late 18th cent.: from late Latin *tessellat-*, from the verb *tessellare*, from *tessella*, diminutive of *tessera* (see TESSERA). **—tes·sel·la·tion** /,tesə'lāsHən/ (also **tes·se·la·tion**) *n.*

**tes·ser·a** /'tesərə/ ▶*n.* (*pl.* **tes·se·rae** /'tesərē/) a small block of stone, tile, glass, or other material used in the construction of a mosaic. ■ (in ancient Greece and Rome) a small tablet of wood or bone used as a token. ▷mid 17th cent.: via Latin from Greek, neuter of *tesseres*, variant of *tessares* 'four.' **—tes·ser·al** /-rəl/ *adj.*

**Tes·sin** /te'saN; te'sēn/ French and German name for TICINO.

**tes·si·tu·ra** /,tesi'tŏŏrə/ ▶*n.* Music the range within which most notes of a vocal part fall. ▷Italian, literally 'texture,' from Latin *textura* (see TEXTURE).

**test**[1] /test/ ▶*n.* **1** a procedure intended to establish the quality, performance, or reliability of something, esp. before it is taken into widespread use: *no sparking was visible during the tests.* ■ a short written or spoken examination of a person's proficiency or knowledge: *a spelling test.* ■ an event or situation that reveals the strength or quality of someone or something by putting them under strain: *this is the first serious test of the peace agreement.* ■ an examination of part of the body or a body fluid for medical purposes, esp. by means of a chemical or mechanical procedure rather than a simple inspection: *a test for HIV* | *eye tests.* ■ Chemistry a procedure employed to identify a substance or to reveal the presence or absence of a constituent within a substance. ■ the result of a medical examination or analytical procedure: *a positive test for protein.* ■ a means of establishing whether an action, item, or situation is an instance of a specified quality, esp. one held to be undesirable: *a statutory test of obscenity.* **2** Metallurgy a movable hearth in a reverberating furnace, used for separating gold or silver from lead.
▶*v.* [*trans.*] take measures to check the quality, performance, or reliability of (something), esp. before putting it into widespread use or practice: *this range has not been tested on animals* | [as *n.*] (**testing**) *the testing and developing of prototypes* | *figurative a useful way to test out ideas before implementation.* ■ reveal the strengths or capabilities of (someone or something) by putting them under strain: *such behavior would severely test any marriage* ■ give (someone) a short written or oral examination of their proficiency or knowledge: *all children are tested at eleven.* ■ judge or measure (someone's proficiency or knowledge) by means of such an examination. ■ carry out a medical test on (a person, a part of the body, or a body fluid). ■ [*intrans.*] produce a specified result in a medical test, esp. a drug test or AIDS test: *he tested positive for steroids during the race.* ■ Chemistry examine (a substance) by means of a reagent. ■ touch or taste



**Pronunciation Key** ə *ago*; ər *over*; 'ə *or* ,ə *up*; 'ər *or* ,ər *fur*; a *hat*; ā *rate*; ä *car*; CH *chew*; e *let*; ē *see*; e(ə)r *air*; i *fit*; ī *by*; i(ə)r *ear*; NG *sing*; ō *go*; ô *for*; oi *boy*; ŏŏ *good*; ōō *goo*; ou *out*; SH *she*; TH *thin*; TH *then*; (h)w *why*; ZH *vision*

**test**               1744               **tetracyclic**

(something) to check that it is acceptable before proceeding further: *she tested the water with the tip of her elbow.* ▷late Middle English (denoting a cupel used to treat gold or silver alloys or ore): via Old French from Latin *testu, testum* 'earthen pot,' variant of *testa* 'jug, shell.' Compare with TEST². The verb dates from the early 17th cent. —**test·a·bil·i·ty** /ˌtestəˈbilitē/ *n.* —**test·a·ble** *adj.* —**test·ee** /-ˈtē/ *n.*
▸**PHRASES** □ **put someone/something to the test** find out how useful, strong, or effective someone or something is. □ **stand the test of time** last or remain popular for a long time. □ **test the water** judge people's feelings or opinions before taking further action.

**test²** ▸*n. Zoology* the shell or integument of some invertebrates and protozoans, esp. the chalky shell of a foraminiferan or the tough outer layer of a tunicate. ▷mid 19th cent.: from Latin *testa* 'tile, jug, shell.' Compare with TEST¹.

**Test.** ▸*abbr.* Testament.

**test.** ▸*abbr.* ■ testator. ■ testimony.

**tes·ta** /ˈtestə/ ▸*n.* (*pl.* **-tae** /-tē/) *Botany* the protective outer covering of a seed; the seed coat. ▷late 18th cent.: from Latin, literally 'tile, shell.'

**tes·ta·ceous** /teˈstāSHəs/ ▸*adj. chiefly Entomology* of a dull brick-red color. ▷mid 17th cent.: from Latin *testaceus* (from *testa* 'tile') + -OUS.

**tes·ta·ment** /ˈtestəmənt/ ▸*n.* **1** a person's will, esp. the part relating to personal property. **2** something that serves as a sign or evidence of a specified fact, event, or quality: *growing attendance figures are a testament to the event's popularity.* **3** (in biblical use) a covenant or dispensation. ■ (**Testament**) a division of the Bible. See also OLD TESTAMENT, NEW TESTAMENT. ■ (**Testament**) a copy of the New Testament. ▷Middle English: from Latin *testamentum* 'a will' (from *testari* 'testify'), in Christian Latin also translating Greek *diathēkē* 'covenant.'

**tes·ta·men·ta·ry** /ˌtestəˈmen(t)ərē/ ▸*adj.* of, relating to, or bequeathed or appointed through a will. ▷late Middle English: from Latin *testamentarius,* from *testamentum* 'a will,' from *testari* 'testify.'

**tes·tate** /ˈtestˌtāt/ ▸*adj.* [*predic.*] having made a valid will before one dies.
▸*n.* a person who has died leaving such a will. ▷late Middle English (as a noun): from Latin *testatus* 'testified, witnessed,' past participle of *testari,* from *testis* 'a witness.'

**tes·ta·tion** /teˈstāSHən/ ▸*n. Law* the disposal of property by will.

**tes·ta·tor** /ˈtestātər/ ▸*n. Law* a person who has made a will or given a legacy. ▷Middle English: from Anglo-Norman French *testatour,* from Latin *testator,* from the verb *testari* 'testify.'

**tes·ta·trix** /teˈstātriks/ ▸*n.* (*pl.* **-tri·ces** /-trisēz/ or **-trix·es**) *dated Law* a woman who has made a will or given a legacy. ▷late 16th cent.: from late Latin, feminine of *testator* (see TESTATOR).

**Test-Ban Trea·ty** an international agreement not to test nuclear weapons in the atmosphere, in space, or underwater, signed in 1963 by the U.S., the UK, and the USSR, and later by more than 100 governments.

**test bed** ▸*n.* a piece of equipment used for testing new machinery, esp. aircraft engines.

**test case** ▸*n. Law* a case that sets a precedent for other cases involving the same question of law.

**test drive** ▸*n.* an act of driving a motor vehicle that one is considering buying in order to determine its quality. ■ *figurative* a test of a product before purchase or release.
▸*v.* (**test-drive**) [*trans.*] drive (a vehicle) to determine its qualities with a view to buying it. ■ *figurative* test (a product) before purchase or release.

**test·er¹** /ˈtestər/ ▸*n.* a person who tests something, esp. a new product. ■ a person who tests another's proficiency. ■ a device that tests the functioning of something: *a cake tester.* ■ a sample of a product provided so that customers can try it before buying it.

**test·er²** ▸*n.* a canopy over a four-poster bed. ▷late Middle English: from medieval Latin *testerium, testrum,* from a Romance word meaning 'head,' based on Latin *testa* 'tile.'

**tes·tes** /ˈtestēz/ ▸ plural form of TESTIS.

**test flight** ▸*n.* a flight during which the performance of an aircraft or its equipment is tested. —**test-fly** *v.*

**tes·ti·cle** /ˈtestikəl/ ▸*n.* either of the two oval organs that produce sperm in men and other male mammals, enclosed in the scrotum behind the penis. Also called TESTIS. ▷late Middle English: from Latin *testiculus,* diminutive of *testis* 'a witness' (i.e., to virility). —**tes·tic·u·lar** /teˈstikyələr/ *adj.*

**tes·tic·u·lar fem·i·ni·za·tion** ▸*n.* a condition produced in genetically male people by the failure of tissue to respond to male sex hormones, resulting in normal female anatomy but with testes in place of ovaries.

**tes·tic·u·late** /teˈstikyəlit/ ▸*adj. Botany* (esp. of the twin tubers of some orchids) shaped like a pair of testicles. ▷mid 18th cent.: from late Latin *testiculatus,* from *testiculus* (see TESTICLE).

**tes·ti·fy** /ˈtestəˌfī/ ▸*v.* (**-fies, -fied**) [*intrans.*] give evidence as a witness in a law court: *he testified against his own commander* | [with *clause*] *he testified that he had supplied Barry with crack.* ■ serve as evidence or proof of something's existing or being the case: *the bleak lines testify to inner torment.* ▷late Middle English: from Latin *testificari,* from *testis* 'a witness.' —**tes·ti·fi·er** *n.*

**tes·ti·mo·ni·al** /ˌtestəˈmōnēəl/ ▸*n.* a formal statement testifying to someone's character and qualifications. ■ a public tribute to someone and to their achievements. ■ [often as *adj.*] (in sports) a game or event held in honor of a player, who typically receives part of the income generated: *the Yankees held a testimonial day for Gehrig.* ▷late Middle English: from Old French *testimonial* 'testifying, serving as evidence,' from late Latin *testimonialis,* from Latin *testimonium* (see TESTIMONY).

**tes·ti·mo·ny** /ˈtestəˌmōnē/ ▸*n.* (*pl.* **-nies**) a formal written or spoken statement, esp. one given in a court of law. ■ evidence or proof provided by the existence or appearance of something: *his blackened finger was testimony to the fact that he had played in pain.* ■ a public recounting of a religious conversion or experience. ■ *archaic* a solemn protest or declaration. ▷Middle English: from Latin *testimonium,* from *testis* 'a witness.'

**test·ing ground** ▸*n.* an area or field of activity used for the testing of a product or an idea, esp. a military site used for the testing of weapons.

**tes·tis** /ˈtestis/ ▸*n.* (*pl.* **-tes** /-ˌtēz/) *Anatomy & Zoology* an organ that produces spermatozoa (male reproductive cells). Compare with TESTICLE. ▷early 18th cent.: from Latin, literally 'a witness' (i.e., to virility). Compare with TESTICLE.

**test match** ▸*n.* an international cricket or rugby match.

**test meal** ▸*n. Medicine* a portion of food of specified quantity and composition, eaten to stimulate digestive secretions which can then be analyzed.

**tes·tos·ter·one** /teˈstästəˌrōn/ ▸*n.* a steroid hormone that stimulates development of male secondary sexual characteristics, produced mainly in the testes, but also in the ovaries and adrenal cortex. ▷1930s: from TESTIS + *sterone* (blend of STEROL and KETONE).

**test pa·per** ▸*n. Chemistry* a paper impregnated with an indicator that changes color under known conditions, used esp. to test for acidity.

**test pat·tern** ▸*n.* a geometric design broadcast by a television station so that viewers can adjust the quality of their reception.

**test pi·lot** ▸*n.* a pilot who flies an aircraft to test its performance.

**test strip** ▸*n.* a strip of material used in testing, esp. (in photography) a strip of sensitized material, sections of which are exposed for varying lengths of time to assess its response.

**test tube** ▸*n.* a thin glass tube closed at one end, used to hold small amounts of material for laboratory testing or experiments. ■ [as *adj.*] denoting things produced or processes performed in a laboratory: *new forms of test-tube life.*

**test-tube ba·by** ▸*n. informal* a baby conceived by in vitro fertilization.

**Tes·tu·di·nes** /teˈst(y)o͞odnˌēz/ *Zoology* an order of reptiles that comprises the turtles, terrapins, and tortoises. They are distinguished by having a shell of bony plates covered with horny scales, and many kinds are aquatic. Also called, esp. formerly, CHELONIA. ▷modern Latin (plural), based on Latin *testa* 'shell.'

**tes·tu·do** /teˈst(y)o͞odō/ ▸*n.* (*pl.* **-dos** or **-di·nes** /-dnˌēz/) (in ancient Rome) a screen on wheels and with an arched roof, used to protect besieging troops. ■ a protective screen formed by a body of troops holding their shields above their heads in such a way that the shields overlap. ▷late Middle English: from Latin, literally 'tortoise,' from *testa* 'tile, shell.'

**tes·ty** /ˈtestē/ ▸*adj.* easily irritated; impatient and somewhat bad-tempered. ▷late Middle English (in the sense 'headstrong, impetuous'): from Anglo-Norman French *testif,* from Old French *teste* 'head,'

from Latin *testa* 'shell.' —**tes·ti·ly** /ˈtestəlē/ *adv.* —**tes·ti·ness** *n.*

**te·tan·ic** /teˈtanik/ ▸*adj.* relating to or characteristic of tetanus, esp. in connection with tonic muscle spasm. ▷early 18th cent.: via Latin from Greek *tetanikos,* from *tetanos* (see TETANUS). —**te·tan·i·cal·ly** /-ik(ə)lē/ *adv.*

**tet·a·nus** /ˈtetnˌəs/ ▸*n.* **1** a bacterial disease marked by rigidity and spasms of the voluntary muscles. See also TRISMUS. ● This disease is caused by the bacterium *Clostridium tetani*; Gram-positive anaerobic rods. **2** *Physiology* the prolonged contraction of a muscle caused by rapidly repeated stimuli. ▷late Middle English: from Latin, from Greek *tetanos* 'muscular spasm,' from *teinein* 'to stretch.' —**tet·a·nize** /-ˌīz/ *v.* —**tet·a·noid** /-ˌoid/ *adj.*

**tet·a·ny** /ˈtetnˌē/ ▸*n.* a condition marked by intermittent muscular spasms, caused by malfunction of the parathyroid glands and a consequent deficiency of calcium. ▷late 19th cent.: from French *tétanie,* from Latin *tetanus* (see TETANUS).

**tetch·y** /ˈteCHē/ (also **tech·y**) ▸*adj.* bad-tempered and irritable. ▷late 16th cent.: probably from a variant of Scots *tache* 'blotch, fault,' from Old French *teche.* —**tetch·i·ly** /ˈteCHəlē/ *adv.* —**tetch·i·ness** *n.*

**tête-à-tête** /ˈtāt ə ˈtāt; ˈtet ə ˈtet/ ▸*n.* **1** a private conversation between two people. See note at CONVERSATION. **2** an S-shaped sofa on which two people can sit face to face.
▸*adj. & adv.* involving or happening between two people in private: [as *adj.*] *a tête-à-tête meal* | [as *adv.*] *his business was conducted tête-à-tête.* ▷late 17th cent.: French, literally 'head-to-head.'

**tête-bêche** /tet ˈbeSH/ ▸*adj.* (of a postage stamp) printed upside down or sideways relative to another. ▷French, from *tête* 'head' and *bêche,* contraction of obsolete *béchevet* 'placed with the head of one against the foot of the other.'

**teth·er** /ˈteT͟Hər/ ▸*n.* a rope or chain with which an animal is tied to restrict its movement.
▸*v.* [*trans.*] tie (an animal) with a rope or chain so as to restrict its movement: *the horse had been tethered to a post.* ▷late Middle English: from Old Norse *tjóthr,* from a Germanic base meaning 'fasten.'
▸**PHRASE** □ **the end of one's tether** see END.

**teth·er·ball** /ˈteT͟Hərˌbôl/ ▸*n.* a game in which two people use their hands or paddles to hit a ball suspended on a cord from an upright post, the winner being the first person to wind the cord completely around the post.

**Te·thys** /ˈteT͟His/ **1** *Greek Mythology* a goddess of the sea, daughter of Uranus (Heaven) and Gaia (Earth). **2** *Astronomy* a satellite of Saturn, the ninth closest to the planet, discovered by Cassini in 1684. It is probably composed mainly of ice and has a diameter of 659 miles (1,060 km). **3** *Geology* an ocean formerly separating the supercontinents of Gondwana and Laurasia, the forerunner of the present-day Mediterranean.

**Tet Of·fen·sive** /tet/ (in the Vietnam War) an offensive launched in January–February 1968 by the Vietcong and the North Vietnamese army. Timed to coincide with the first day of the Tet (Vietnamese New Year), it was a surprise attack on South Vietnamese cities, notably Saigon. Although repulsed after initial successes, the attack shook U.S. confidence and hastened the withdrawal of its forces.

**Te·ton** /ˈtētˌtän/ (also **Te·ton Sioux**) ▸*n.* another term for LAKOTA. ▷via North American French or directly from the name in Lakota *thíthuwą,* possibly meaning 'dwellers on the prairie.'

**Té·touan** /tāˈtwän/ a city in northern Morocco; pop. 272,000.

**tet·ra** /ˈtetrə/ ▸*n.* a small tropical freshwater fish that is typically brightly colored. Native to Africa and America, many tetras are popular in aquariums. ● Numerous genera and species in the family Characidae, including the **neon tetra.** ▷mid 20th cent.: abbreviation of modern Latin *Tetragonopterus* (former genus name), literally 'tetragonal-finned.'

**tetra-** (also **tetr-** before a vowel) ▸*comb. form* **1** four, having four: *tetramerous* | *tetragram* | *tetrode.* **2** *Chemistry* (in names of compounds) containing four atoms or groups of a specified kind: *tetracycline.* ▷from Greek, from *tettares* 'four.'

**tet·ra·chord** /ˈtetrəˌkôrd/ ▸*n. Music* a scale of four notes, the interval between the first and last being a perfect fourth. ■ *historical* a musical instrument with four strings.

**tet·ra·cy·clic** /ˌtetrəˈsiklik/ ▸*adj. Chemistry* (of an organic compound) having four fused rings of atoms.