## **CERTIFICATE OF SERVICE**

I hereby certify that Defendants' Corrected Exhibit 1 (Replacement for Dkt. 72-1) was filed on this 8th day of September, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman