## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of September, 2020, **IT IS ORDERED** that the parties shall file letter briefs no longer than three pages, single-spaced regarding the applicability of *Kit Check, Inc. v. Health Care Logistics, Inc.*, No. 2:17-cv-1041, 2019 WL 4142719 (S.D. Ohio Aug. 30, 2019); *Blitzsafe Texas, LLC v. Subaru Corp.*, No. 2:17-cv-00421-JRG, 2018 WL 6504147 (E.D. Tex. Dec. 11, 2018); and *Samsung Electronics America, Inc. v. Prisua Engineering Corp.*, 948 F.3d 1342 (Fed. Cir. 2020).  **IT IS FURTHER ORDERED** that Plaintiffs' letter brief is due on **September 18, 2020**, and Defendants' responsive letter brief is due on **September 23, 2020**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania