## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC | Civil Action No. 3:19-cv-01470-JPW |
| Plaintiffs, | Honorable Jennifer P. Wilson |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED NOTICE OF FILING
## DEPOSITION TESTIMONY

In connection with the Court's guidance at the conclusion of the September 15, 2020 claim construction hearing in this matter, Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") hereby provide notice of filing of pages 37, 38 and 76 from the August 7, 2020 deposition of Dwight E. Crevelt (attached hereto as Exhibit A - the "Crevelt Deposition").

Plaintiffs' counsel has conferred with counsel for Defendants regarding this supplemental filing, and Defendants do not oppose this filing.

1

Dated: September 17, 2020                    **Hill, Kertscher & Wharton LLP**

*/s/ Steven G. Hill*
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

**KLEINBARD LLC**
Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems,
LLC and POM of Pennsylvania, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiffs' Notice of Filing Supplemental Exhibits was filed on this 17th day of September, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

<u>*/s/ Steven G. Hill*</u>
Steven G. Hill
