## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Letter Regarding Cases Raised at the Claim Construction Hearing was filed on this 23rd day of September, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman