# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>　　　　Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY OF NON-PARTIES BANILLA GAMES, INC., GROVER GAMING, INC., AND PACE-O-MATIC, INC.

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the "Parties") hereby move the Court pursuant to Federal Rule of Civil Procedure 26(c) for entry of the Stipulated Protective Order Governing Discovery of Non-Parties Banilla Games, Inc., Grover Gaming, Inc. and Pace-O-Matic, Inc., attached hereto as Exhibit A.  In support of the instant Motion, the Parties state as follows:

　　1.　　Plaintiffs have sought discovery of non-parties Banilla Games, Inc. ("Banilla") and Grover Gaming, Inc. ("Grover") in the above-captioned action, and Defendants have sought discovery from the Plaintiffs that Plaintiffs contend is in the possession of non-party Pace-o-Matic, Inc. ("Pace-o-Matic").

　　2.　　The Parties understand that information sought from Banilla, Grover, or Pace-o-Matic in discovery in this action may incorporate highly sensitive and

confidential information belonging to Banilla, Grover, or Pace-o-Matic, including confidential source code, schematics, and other documents.

3. Banilla, Grover and Pace-O-Matic contend that they are engaged in proprietary activities, and their competitive standing could be jeopardized if their confidential information were disclosed publicly.

4. The Parties and Banilla, Grover and Pace-O-Matic acknowledge that certain documents and other information relevant to this action include confidential, proprietary, and/or trade secret information relating to the businesses, confidential design and development, technology, source code or schematics of Banilla, Grover and Pace-O-Matic, which, if disclosed, would harm their business, commercial, and/or financial interests as such disclosure would reveal valuable confidential information to the public-at-large, including their competitors, regarding the research and development done by Banilla, Grover and Pace-O-Matic and techniques and methods used in connection therewith ("Protected Material").

3. Banilla, Grover and Pace-O-Matic desire to expedite the flow of their Protected Material in the instant action.

4. Under the standard set out in *Pansy v. Borough of Stroudsburg*, Banilla, Grover and Pace-O-Matic's privacy interest in protecting the Protected Material outweighs "the public's right to obtain information concerning judicial proceedings." *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994).

The disclosure of Protected Material will "work a clearly defined and serious injury" to them. *Id.* Accordingly, good cause exists to protect Banilla, Grover and Pace-O-Matic's non-public financial data, trade secrets, and other highly sensitive confidential information or documents from public disclosure.

6. Thus, the Parties respectfully request that the Court enter the Stipulated Protective Order attached hereto as Exhibit A in order to prevent dissemination and unnecessary disclosure of Banilla, Grover and Pace-O-Matic's Protected Material and in order to cover the handling of all Banilla, Grover and Pace-O-Matic's Protected Material in the instant action.

Dated: November 2, 2020                                    Respectfully submitted,

| | |
|---|---|
| HILL, KERTCHER, & WHARTON, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Steven G. Hill* | */s/ Amy M. Dudash* |
| Steven G. Hill (GA 354658) | John V. Gorman (PA 80631) |
| (admitted *pro hac vice*) | Kenneth J. Davis (PA 87944) |
| John L. North (GA 545580) | (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Amy M. Dudash (PA 311898) |
| Martha L. Decker (GA 420867) | (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | 1701 Market Street |
| 3350 Riverwood Parkway | Philadelphia, PA 19103 |
| Atlanta, GA 30339 | Telephone: 215.963.5000 |
| Telephone: 770.953.0995 | Fax: 215.963.5001 |
| Fax: 770.953.1358 | john.gorman@morganlewis.com |
| sgh@hkw-law.com | kenneth.davis@morganlewis.com |
| jln@hkw-law.com | amy.dudash@morganlewis.com |
| md@hkw-law.com | |
| | *Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC* |
| KLEINBARD LLC | |
| Matthew H. Haverstick (PA 85072) | |
| Eric J. Schreiner (PA 76721) | |

Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000
Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the Parties Joint Motion for Entry of Protective Order was filed on this 2nd day of November, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ Steven G. Hill*
Steven G. Hill