# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>　　　　Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## [PROPOSED] ORDER

AND NOW, this __day of _____, 2020 it is hereby ordered that:

1. The Joint Motion for Entry of Protective Order Governing Discovery of Non-Parties Banilla Games, Inc., Grover Gaming, Inc. and Pace-O-Matic, Inc. is GRANTED;

2. Exhibit A to the Parties' Joint Motion for Entry of Protective Order Governing Discovery of Non-Parties Banilla Games, Inc., Grover Gaming, Inc. and Pace-O-Matic, Inc is hereby ENTERED by the Court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Jennifer P. Wilson
　　　　　　　　　　　　　　　　U.S. District Court Judge