November 25, 2020

**VIA CM/ECF**

The Honorable Jennifer P. Wilson
Ronald Reagan Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

Re:   *Savvy Dog Systems, LLC et al. v. Pennsylvania Coin, LLC et al.,*
      CA No. 3:19-cv-01470-JPW (M.D. Pa.)

Dear Judge Wilson:

Pursuant to the Court's Order [Dkt. 80], Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the "Parties"), hereby provide notice of the November 19, 2020 decision of the Patent Trial and Appeal Board ("PTAB") denying non-party Banilla Games, Inc.'s petition for institution of Covered Business Method Patent Review of U.S. Patent No. 7,736,223.  [Banilla Games, Inc. v. Savvy Dog Systems, LLC, CBM2020-00014, Paper 14 (attached as Exhibit A)].

The Parties do not believe supplemental briefing on Defendants' Motion to Stay is necessary in light of the PTAB decision.

We appreciate the Court's attention to these matters.

Respectfully submitted,


*s/Steven G. Hill*                            */s/ John V. Gorman*
Steven G. Hill                               John V. Gorman (PA 80631)
HILL, KERTCHER, & WHARTON, LLP               MORGAN, LEWIS & BOCKIUS LLP
3350 Riverwood Parkway                       1701 Market Street
Atlanta, GA  30339                           Philadelphia, PA 19103
Telephone: 770.953.0995                      Telephone: 215.963.5000
Fax: 770.953.1358                            Fax: 215.963.5001
sgh@hkw-law.com                              john.gorman@morganlewis.com

*Attorneys for Plaintiffs Savvy Dog*          *Attorneys for Defendants Pennsylvania*
*Systems, LLC and POM of Pennsylvania,*       *Coin, LLC and PA Coin Holdings, LLC*
*LLC*


Enclosure