# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of PENNSYLVANIA, LLC,

      Plaintiffs,

      v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENA

Please take notice that Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby provide notice of their intent to serve the subpoena attached hereto as Exhibit 1 on Womble Bond Dickinson (US) LLP.

Dated: November 25, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (*pro hac vice)*
Amy M. Dudash (PA 311898) (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

Ahren C. Hsu-Hoffman
1400 Page Mill Road
Palo Alto, CA 94340
ahren.hsu-hoffman@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Notice of Subpoena was filed on this 25th day of November, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman