AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| Savvy Dog Sys., LLC & POM of Pennsylvania, LLC | ) | |
| *Plaintiff* | ) ) ) | Civil Action No.  3:19-cv-01470-JPW |
| v. | ) | |
| Pennsylvania Coin, LLC & PA Coin Holdings, LLC | ) ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Womble Bond Dickinson (US) LLP
1 W. Fourth Street, Winston Salem, NC 27101

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A attached hereto.

| Place: Overby Court Reporting<br>806 Green Valley Road, Suite 200<br>Greensboro, NC 27408 | Date and Time:<br><br>12/11/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   11/25/2020

| *CLERK OF COURT* | OR | *lmy m. Dudash* |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Pennsylvania Coin, LLC and PA Coin Holdings, LLC_____, who issues or requests this subpoena, are:
Amy M. Dudash, Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103;
amy.dudash@morganlewis.com; 215.963.4861

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01470-JPW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* 11-25-2020.

☒ I served the subpoena by delivering a copy to the named person as follows: LEANN GARNER
AUTHORIZED LEGAL AGENT - ACCEPTED FOR: WOMBLE
BOND DICKERSON LLP       on *(date)* 12-1-2020 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-1-2020        _____
                                Server's signature

                        KATHY ANDERSON
                        _____
                        Printed name and title

                        561 Calahaln Rd. , Mocksville , NC 27028
                        _____
                        Server's address

Additional information regarding attempted service, etc.: