# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC's (Defendants") motion to stay this action pending final resolution of a Covered Business Method Review ("CBM") submitted to the United States Patent and Trademark Office, Patent and Trial Appeal Board ("PTAB") by non-party Banilla Games, Inc. ("Banilla") for U.S. Patent No. 7,736,223 ("the '223 Patent"), the patent at issue in this case. (Doc. 68.) On August 4, 2020, the court ordered that this motion would be held in abeyance pending the PTAB's decision regarding whether to institute review of Banilla's CBM petition and required the parties to notify the court of the PTAB's decision. (Doc. 80.) On November 24, 2020, the parties submitted a joint letter along with PTAB's decision denying Banilla's petition for institution of CBM review. (Doc. 106.)

1

Accordingly, because PTAB will not be conducting a CBM review of the '223 Patent, **IT IS ORDERED** that Defendants' motion to stay, Doc. 68, is **DENIED**.  **IT IS FURTHER ORDERED** that Defendants request for oral argument, Doc. 78, is **DENIED**.  Additionally, by way of notice to the parties, the court anticipates that it will issue a claim construction opinion in this matter prior to the conference call scheduled for December 22, 2020, at 9:45 a.m.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: December 8, 2020

2