UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS <br><br> Defendants. | Civil Action No. 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

**CORPORATE DISCLOSURE STATEMENT FOR
PLAINTIFFS SAVVY DOG SYSTEMS, LLC AND POM OF PENNSYLVANIA, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania LLC make the following disclosure:

1. Neither Savvy Dog Systems, LLC nor POM of Pennsylvania, LLC are owned by a parent corporation.

2. Savvy Dog Systems, LLC and POM of Pennsylvania, LLC are not publicly traded companies. No publicly held company owns ten percent (10%) or more of Savvy Dog Systems, LLC or POM of Pennsylvania, LLC.

Dated: December 14, 2020

**HILL, KERTSCHER & WHARTON LLP**

*/s/ Steven G. Hill*
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com

md@hkw-law.com

**KLEINBARD LLC**
Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFFS SAVVY DOG SYSTEMS, LLC AND POM OF PENNSYLVANIA, LLC was filed on this 14th day of December, 2020 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ Steven G. Hill*
Steven G. Hill