# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC., *et al.*,  :     Civil No. 3:19-CV-01470

        : 

      Plaintiffs,     : 

        : 

      v.     : 

        : 

PENNSYLVANIA COIN, LLC., *et al.*,    : 

        : 

      Defendants.     :     Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 22nd day of December, 2020, **IT IS ORDERED** that a telephone status conference is **SCHEDULED** for **March 26, 2021, at 10:00 a.m.** Plaintiffs' counsel shall arrange a call-in number and passcode, and provide that information to the court and opposing counsel via email at least two days prior to the call.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania