# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,<br><br>      Plaintiff,<br><br>   v.<br><br>PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>      Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' FINAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

Pursuant to Paragraph 13 of the Court's Case Management Order in this action [Dkt. 50], Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC ("Plaintiffs") submit this final disclosure of asserted claims and infringement contentions to Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC ("Defendants").

Based on the Court's claim construction dated December 21, 2020 [Dkt. 111], Plaintiffs submit that there is no reasonable basis for a claim of infringement. As such, the claim of infringement is hereby withdrawn. Plaintiffs' withdrawal of their infringement contentions based on the claim construction of the Court is without prejudice to Plaintiffs' rights to appeal said claim construction.

| | |
|---|---|
| January 20, 2021 | **HILL, KERTSCHER, & WHARTON, LLP**<br><br>*/s/ Steven G. Hill*<br><br>Steven G. Hill, GA Bar No. 354658<br>*Admitted pro hac vice* |

John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

- **and –**

**KLEINBARD LLC**

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems, LLC and
POM of Pennsylvania, LLC*

PLAINTIFFS' FINAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that PLAINTIFFS' FINAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS was filed on this 20th day of January, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ Steven G. Hill*
Steven G. Hill
