**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>          Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT OF NON-INFRINGEMENT AND DESIGNATION AS FINAL UNDER RULE 54(b)

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "POM") hereby move for entry of judgment of non-infringement, and for designation of such judgment as final pursuant to Federal Rule of Civil Procedure 54(b). POM further moves that Defendants' counterclaim for invalidity of the asserted patent (Counterclaim Count II) be dismissed without prejudice as moot.

The legal and factual bases supporting this Motion are set forth in the accompanying brief in support, which POM incorporates herein by reference.

/ / /

Dated: January 28, 2021            Respectfully submitted,

**HILL, KERTSCHER, & WHARTON, LLP**

*/s/ Steven G. Hill*
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3350 Riverwood Parkway
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

- **and -**

**KLEINBARD LLC**
Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems, LLC
and POM of Pennsylvania, LLC*

2