## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, the undersigned counsel sought concurrence from Defendants' counsel regarding the requested adverse judgment and Rule 54(b) certification that are the subject of this motion, and Defendants' counsel did not provide concurrence.

/s/ Steven G. Hill
Steven G. Hill