## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiffs' Motion for Entry of Judgment of Non-Infringement and Designation as Final Under Rule 54(b) was filed on this 28th day of January, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/ Steven G. Hill
Steven G. Hill