# EXHIBIT B

**Exhibit B**

**Invalidity Claim Chart for 7,736,223 Unasserted Claims**

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| **Claim 1** [1.pre] An electronic gaming method comprising the steps of: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [1.a] constructing a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols, | *See, e.g.*, Ex. A1-A6 at Claim 44 (44.3), incorporated here. |
| [1.b] wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |
| [1.c] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |

1

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| generated inadvertently in completing the field; | |
| [1.d] automatically displaying an actual game to be played on the touch screen display to a player prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| [1.e] receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection; and | Tic-Tac-Fruit ("TTF") discloses "receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection." <br><br> "It should be noted that the initial nine (9) symbols displayed will not present an automatic winning combination. The player must engage in the selection of the symbol to be replaced with a "Wild Card" in order to obtain a winning game outcome." Farley Report at 2. <br><br> "Essentially, Tic-Tac-Fruit presents a task whereby the player must select the appropriate symbol to replace with a "Wild" symbol in an effort to obtain the highest value game outcome offered by the device. The prize is determined by a random section from a finite pool of available prizes. The device selects the quantity of lines which will present a winning outcome. The prize is determined by a random selection from a Prizes may be presented on 1, 2, 3 or 4 lines in a single game play. The device then selects the level of prize(s) to be awarded. A software algorithm assesses the arrangement of the prize(s) to be offered to assure that no other, more valuable prizes will inadvertently be presented. The key symbol needed to attain the highest value prize is replaced with a non-winning symbol prior to display to the player. The player is then presented with the puzzle to solve for the highest value prize. A successful selection of symbol replacement will award the player with the prize." Farley Report at 2. <br><br> See, e.g., Vancura at Abstract and Fig. 8. |
| [1.f] displaying each winning combination of symbols on the touch screen display. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8) (incorporated here) and Vancura, Fig. 5. |
| **Claim 2.** The electronic gaming method of claim 1 further comprising the steps | *See, e.g.*, Claim 1, *supra*, incorporated here; Exs. A1-A6 at Claim 44 (44.6), incorporated here. |

2

| '223 Patent Claim | Disclosure in Prior Art |
| --- | --- |
| of receiving the player's selection of a play level and activating game play. | |
| **Claim 3.** The electronic gaming method of claim 1 further comprising the step of determining if the player has decided to play the game field displayed on the game display. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 4.** The electronic gaming method of claim 3 further comprising the step of redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5-44.6), incorporated here.<br><br>*See also, e.g.*,<br><br>TTF discloses "redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played."<br><br>"All prizes won are displayed as 'SCORE' and added to the 'POINTS' available for additional game play purchases.  The player may redeem accumulated credits after game play. Redemption of the credits is accomplished by simply pressing the 'TICKET' button, or touching the 'REDEEM' icon on the video screen. All accumulated credits will be redeemed as a cash voucher on a printed ticket.  The printed ticket may be presented to a redemption counter within the venue for cash payment."  Farley Report at 2.<br><br>"In FIG. 3, a player wagering 1 credit on each of the 9 lines for this spin, is paid 2 credits for pay line 2, 5 credits for pay line 3, 15 credits for pay line 4, and 2 credits for pay line 6 for a total of 24 credits."  Vancura, col. 5: lines 52-55. |
| **Claim 5.** The electronic gaming method of claim 1 wherein the constructed field is a two-dimensional array having a plurality of rows and columns. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |
| **Claim 6.** The electronic gaming method of claim 1 | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |

3

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| wherein the step of constructing the field comprises: determining an orientation of each winning combination for the play of the game; determining the symbols for each of the winning combinations; and randomly determining symbols for the remaining elements of the field. | |
| **Claim 7.** The electronic gaming method of claim 6 wherein the orientation of each winning combination is horizontal, vertical or diagonal. | *See, e.g.*, Exs. A1-A6 at Claim 49, incorporated here.<br><br>*See also, e.g.*,<br><br>TTF discloses that "the orientation of each winning combination is horizontal, vertical or diagonal."<br><br>"Tic-Tac-Fruit doesn't pick random fields until testing says one is acceptable, instead the field is constructed to meet certain criteria. The Steps involved in constructing a field are:<br>1. Choose the number of winning lines. One of {1,2,3,4}<br>2. Choose the orientation of each of the winning lines: horizontal, vertical, or diagonal.<br>3. Choose the symbols for each of the lines: Cherries, Plums, Bells, etc.<br>4. Fill in empty spots with random symbols.<br>5. Test complete field for compliance with goals desired by steps 1 and 3 and repeat the construction process anew if compliance fails." Turner Report at 2. |
| **Claim 8** [8.pre] The electronic gaming method of claim 1, further comprising the steps of: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [8.1] constructing a plurality of game fields each having a plurality of game symbols, with each game field | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3), incorporated here. |

4

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| corresponding to a selectable level of play; and | |
| [8.2] automatically displaying each of the plurality of game fields on the touch screen game display sequentially for each selectable level of play, wherein the player's selection of the level of play determines which of the sequentially displayed games is actually played. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 9.** The electronic gaming method of claim 8 further comprising receiving the player's selection of a sequentially displayed game to play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 10.** The electronic gaming method of claim 1 wherein each winning combination of symbols has an associated payout to the player. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4), Claim 4, supra, incorporated here. |
| **Claim 11.** The electronic gaming method of claim 1 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4-44.5), incorporated here. |
| **Claim 12.** The electronic gaming method of claim 1 wherein the denomination of | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |

5

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| play corresponds to the level of play. | |
| **Claim 13.** [13.pre] An electronic gaming system comprising: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [13.1] an electronic game terminal including a touch screen display; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.1), incorporated here. |
| [13.2] a game processor for generating an interactive electronic game on the game terminal with a plurality of options selectable by a player, the game processor configured for: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.2), incorporated here. |
| [13.3] constructing a game field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols, wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3), incorporated here. |
| [13.4] testing the game field prior to displaying the game to the player to ensure that a | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |

6

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; | |
| [13.5] automatically displaying an actual game to be played on the touch screen game display prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| [13.6] receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection; and | *See, e.g.*, Claim 1 (1.e), *supra*, incorporated here. |
| [13.7] displaying each winning combination of symbols on the touch screen display. | *See, e.g.*, Claim 1 (1.f), *supra*, incorporated here. , |
| **Claim 14.** The electronic gaming system of claim 13 wherein the game processor is further configured for receiving the player's selection of a play level and activating game play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |
| **Claim 15.** The electronic gaming system of claim 13 wherein the game processor is further configured for determining if the player has decided to play the game | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |

7

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| field displayed on the game display. | |
| **Claim 16.** The electronic gaming system of claim 15 wherein the game processor is further configured for redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8), and claim 4 *supra*, incorporated here.<br><br>*See also, e.g.*,<br><br>"All prizes won are displayed as 'SCORE' and added to the 'POINTS' available for additional game play purchases. The player may redeem accumulated credits after game play. Redemption of the credits is accomplished by simply pressing the 'TICKET' button, or touching the 'REDEEM' icon on the video screen. All accumulated credits will be redeemed as a cash voucher on a printed ticket. The printed ticket may be presented to a redemption counter within the venue for cash payment." Farley Report at 2.<br><br>"In FIG. 3, a player wagering 1 credit on each of the 9 lines for this spin, is paid 2 credits for pay line 2, 5 credits for pay line 3, 15 credits for pay line 4, and 2 credits for pay line 6 for a total of 24 credits." Vancura, col. 5: lines 52-55. |
| **Claim 17.** The electronic gaming system of claim 16 wherein the denomination of play corresponds to the level of play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.1, 44.6, 44.7), incorporated here. |
| **Claim 18.** The electronic gaming system of claim 13 wherein the game processor is further configured for constructing the field as a two-dimensional array having a plurality of rows and columns. | *See, e.g.*, Exs. A1-A6 at Claim 47 (44.7), incorporated here. |
| **Claim 19.** [13.pre] The electronic gaming system of claim 13 wherein the game processor is further configured for: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| [19.1] determining an orientation of each winning combination for the play of the game; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8) and 49, incorporated here.<br><br>*See also, e.g.*,<br><br>TTF discloses "determining an orientation of each winning combination for the play of the game"<br><br>"Tic-Tac-Fruit doesn't pick random fields until testing says one is acceptable, instead the field is constructed to meet certain criteria. The Steps involved in constructing a field are:<br>1. Choose the number of winning lines. One of {1,2,3, 4}<br>2. Choose the orientation of each of the winning lines: horizontal, vertical, or diagonal.<br>3. Choose the symbols for each of the lines: Cherries, Plums, Bells, etc.<br>4. Fill in empty spots with random symbols.<br>5. Test complete field for compliance with goals desired by steps 1 and 3 and repeat the construction process anew if compliance fails." Turner Report at 2. |
| [19.2] determining the symbols for each of the winning combinations; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4), incorporated here. |
| [19.3] randomly determining symbols for the remaining elements of the field. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 20.** The electronic gaming system of claim 19 wherein the orientation of each winning combination is horizontal, vertical or diagonal. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8) and 49, incorporated here.<br><br>*See also, e.g.*,<br><br>TTF discloses that "the orientation of each winning combination is horizontal, vertical or diagonal."<br><br>"Tic-Tac-Fruit doesn't pick random fields until testing says one is acceptable, instead the field is constructed to meet certain criteria. The Steps involved in constructing a field are:<br>1. Choose the number of winning lines. One of {1,2,3,4}<br>2. Choose the orientation of each of the winning lines: horizontal, vertical, or diagonal.<br>3. Choose the symbols for each of the lines: Cherries, Plums, Bells, etc.<br>4. Fill in empty spots with random symbols. |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| | 5. Test complete field for compliance with goals desired by steps 1 and 3 and repeat the construction process anew if compliance fails." Turner Report at 2.<br><br>*See also*, e.g., Chambers, p. 8 - 9 |
| **Claim 21.** The electronic gaming system of claim 13 wherein each winning combination of symbols has an associated payout to the player. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8), and claim 4, *supra*, incorporated here.<br><br>*See also, e.g.*,<br>"All prizes won are displayed as 'SCORE' and added to the 'POINTS' available for additional game play purchases. The player may redeem accumulated credits after game play. Redemption of the credits is accomplished by simply pressing the 'TICKET' button, or touching the 'REDEEM' icon on the video screen. All accumulated credits will be redeemed as a cash voucher on a printed ticket. The printed ticket may be presented to a redemption counter within the venue for cash payment." Farley Report at 2. |
| **Claim 22.** The electronic gaming system of claim 13 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4-44.5), incorporated here. |
| **Claim 23.** [23.pre] The electronic gaming system of claim 13 wherein the game processor is further configured for: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [23.1] constructing a plurality of game fields each having a plurality of game symbols, with each field corresponding to a selectable level of play; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3), incorporated here. |
| [23.2] automatically displaying each of the plurality of game fields on | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |

10

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| the touch screen game display sequentially for each selectable level of play, wherein the player's selection of the level of play determines which of the sequentially displayed games is actually played. | |
| [24] The electronic gaming system of claim 23 wherein the game processor is further configured for receiving the player's selection of a sequentially displayed game to play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 25** [25.pre] A computer program product for electronic gaming when executed on a game processor, the computer program product comprising a computer readable storage medium having computer readable code embedded therein, the computer readable storage medium comprising: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [25.1] program instructions that construct a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.1, 3, 4, 5, and 6), incorporated here. |

11

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| symbol from a plurality of predetermined game symbols, wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display; | |
| [25.2] program instructions that test the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |
| [25.3] program instructions that automatically display an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| [25.4] program instructions that receive the player's selection of a field element as a location for a wild symbol and determine each winning combination of | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here; Claim 1 (1.e), *supra*, incorporated here. |

12

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| symbols that is formed by such selection; and | |
| [25.5] program instructions that display each winning combination of symbols on the touch screen display. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8), incorporated here. |
| **Claim 26.** The computer program product for electronic gaming of claim 25 further comprising program instructions that receive the player's selection of a play level and activate game play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6, 44.7), incorporated here. |
| **Claim 27.** The computer program product for electronic gaming of claim 25 further comprising program instructions that determine if the player has decided to play the game field displayed on the game display. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |
| **Claim 28.** The computer program product for electronic gaming of claim 27 further comprising program instructions that redeem a player's credit balance and an associated payout for each winning combination of symbols on | *See, e.g.*, claim 4, *supra*, incorporated here. |

13

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| each game previously played. | |
| **Claim 29.** The computer program product for electronic gaming of claim 25 wherein the field is a two-dimensional array having a plurality of rows and columns. | *See, e.g.*, Exs. A1-A6 at Claim 47 incorporated here. |
| **Claim 30.** [30-pre] The computer program product for electronic gaming of claim 25 wherein the program instructions that construct the field comprise: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre) incorporated here. |
| [30.1] program instructions that determine an orientation of each winning combination for the play of the game; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8) and 49, incorporated here.<br><br>*See also, e.g.*,<br><br>TTF discloses "an orientation of each winning combination for the play of the game."<br><br>"Tic-Tac-Fruit doesn't pick random fields until testing says one is acceptable, instead the field is constructed to meet certain criteria. The Steps involved in constructing a field are:<br>1. Choose the number of winning lines. One of {1,2,3, 4}<br>2. Choose the orientation of each of the winning lines: horizontal, vertical, or diagonal.<br>3. Choose the symbols for each of the lines: Cherries, Plums, Bells, etc.<br>4. Fill in empty spots with random symbols.<br>5. Test complete field for compliance with goals desired by steps 1 and 3 and repeat the construction process anew if compliance fails." Turner Report at 2.<br><br>*See, e.g.,* Chambers, p. 8 - 9 |
| [30.2] program instructions that determine the symbols | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4), incorporated here. |

14

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| for each of the winning combinations; and | |
| [30.3] program instructions that randomly determine symbols for the remaining elements of the field. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 31.** The computer program product for electronic gaming of claim 30 wherein the orientation of each winning combination is horizontal, vertical or diagonal. | *See, e.g.*, claim 20, *supra*, incorporated here; Exs. A1-A6 at claim 44 (44.5), incorporated here. |
| **Claim 32.** The computer program product for electronic gaming of claim 25 wherein each winning combination of symbols has an associated payout to the player. | *See, e.g.*, claim 4, *supra*, incorporated here. |
| **Claim 33.** The computer program product for electronic gaming of claim 25 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4-44.5), incorporated here. |
| **Claim 34.** The computer program product for electronic gaming of claim 25 wherein the denomination of play corresponds to the level of play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |

15

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| **Claim 35.** [35-pre] The computer program product for electronic gaming of claim 25 further comprising: | |
| [35-1] program instructions that construct a plurality of game fields each having a plurality of game symbols, with each game field corresponding to a selectable level of play; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3), incorporated here. |
| [35.2] program instructions that display each of the plurality of game fields on the touch screen game display sequentially for each selectable level of play, wherein the player's selection of the level of play determines which of the sequentially displayed games is actually played. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6, 44.7), incorporated here. |
| **Claim 36.** The computer program product for electronic gaming of claim 35 further comprising program instructions that receive the player's selection of a sequentially displayed game to play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6, 44.7), incorporated here. |
| **Claim 37.** [37-pre] An electronic gaming method comprising the steps of: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |

16

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| [37.1] constructing a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3), incorporated here. |
| [37.2] determining at least one winning combination for each play of the game; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4), incorporated here. |
| [37.3] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |
| [37.4] automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| [37.5] determining if the player has decided to play the displayed game; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |
| [37.6] displaying an outcome resulting from play of the displayed game. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.8), incorporated here. |
| **Claim 38.**  The electronic gaming method of claim 37 | *See, e.g.*, Exs. A1-A-6 at Claim 44 (44.6). |

17

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| further comprising generating and displaying an additional game field simultaneously on the game display in proximity to the displayed game. | *See also, e.g.,*<br><br>"In one embodiment of the present invention, upon a player initiating a game at one of the plurality of gaming terminals, the gaming terminal randomly generates a proposed game outcome. Each proposed game outcome includes an outcome component (i.e., a win, a lose, a secondary game trigger or other suitable outcome) with an associated value component or payout amount, if any. The proposed game outcome is determined identical to how a game outcome is determined in a probability based gaming terminal such as conventional slot, poker and blackjack gaming machines. That is, the gaming terminal randomly generates a game outcome presentation, such as the reel symbol combination in a slot machine or the cards dealt in a card game. The proposed game outcome is then determined using the generated game outcome presentation and an appropriate pay table. For example, a slot machine gaming terminal may virtually use probability data to generate the stop positions of each reel and then use an appropriate pay table to determine the proposed game outcome that is associated with the combination of symbols on the stopped reels. This is done virtually and not shown to the player." Michaelson ¶ 13.<br><br>"Upon authorization, the gaming terminal displays or presents the randomly generated game outcome presentation and provides the authorized game outcome to the player. If the authorized game outcome is a win outcome or a lose outcome, the gaming terminal provides the associated value, if any, to the player and the game ends. If the authorized game outcome is a secondary game triggering outcome, the gaming terminal provides the associated value, if any, to the player and then enables the player to play a secondary or bonus game." Michaelson ¶ 18.<br><br>"In order to comply with the above mentioned regulatory rules that do not permit the use of gaming devices or terminals that provide probability based game outcomes, central determination gaming systems have been implemented wherein the central system maintains one or more predetermined pools or sets of game outcomes. Each game outcome in each pool includes a game outcome component (i.e., a win, a lose, a secondary game trigger or other suitable outcome) with an associated value or payout amount, if any, and a game presentation component (i.e., how the game outcome is displayed or presented to the player). In these systems, when a player makes a wager on one of the gaming devices, the central system selects a game outcome from a pool of game outcomes and flags or marks the selected game outcome as used. Once a game outcome is used, it is prevented from further selection from the predetermined pool or set and cannot be selected by the central processor upon another wager. The selected game outcome is communicated to the individual gaming terminal. The individual gaming terminal displays or presents the game presentation component and provides the player the game outcome component with the associated value, if any, for the selected game outcome." Michaelson ¶ 9. |

18

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| | "Gaming devices having a primary or base game and a secondary or a bonus game are also well known. A secondary or bonus game may be any type of suitable game, either similar to or completely different from the primary game, which is entered upon the occurrence of a triggering event or a selected outcome in the primary game. The secondary or bonus game enables the player to obtain a prize or payout in addition to the prize or payout, if any, obtained from the primary game. A secondary or bonus game may produce a significantly higher level of player excitement than a primary game alone because it provides a greater expectation of winning than the primary game and is accompanied with more attractive or unusual features than the primary game." Michaelson ¶ 11<br><br>"In one embodiment, the central controller maintains at least one predetermined pool of predetermined game outcomes. Each predetermined game outcome includes an outcome component (i.e., a win, a lose outcome, a secondary game triggering outcome or other suitable outcome), and a value component or pay amount, if any. Each pool of predetermined game outcomes may include a plurality of each type of predetermined game outcome. For example, a pool of one thousand game outcomes may include hundreds of a lower range award and one or few of the highest award." Michaelson ¶ 36.<br><br>"In addition to winning base game credits, the gaming terminal 10, including any of the base games disclosed above, also includes secondary or bonus games that give players the opportunity to win credits. The gaming terminal 10 preferably employs a video-based display device 130 or 132 for the secondary or bonus games. The secondary or bonus games include a program that automatically begins when the player achieves a qualifying condition or a secondary game triggering outcome in the primary or base game.<br><br>In the slot machine embodiment, the qualifying condition or a secondary game triggering outcome includes a particular symbol or symbol combination generated on a display device. As illustrated in the five reel slot game shown in FIGS. 1A and 1B, the qualifying condition or secondary game triggering outcome includes the number seven appearing on three adjacent reels 134 along a payline 156. It should be appreciated that the present invention includes one or more paylines, such as payline 156, wherein the paylines can be horizontal, diagonal or any combination thereof." Michaelson ¶¶ 49-50.<br><br>"If the proposed game outcome is a secondary game triggering outcome, the gaming terminal randomly generates a proposed secondary game outcome presentation identical to how the primary game outcome presentation is generated. The gaming terminal then determines, with the use of an appropriate pay table or other stored data, the proposed secondary game outcome associated with the proposed secondary game outcome presentation. In this case, the gaming terminal combines the value associated with proposed secondary game triggering outcome, if any, and the value associated with the proposed secondary game outcome, if any, to determine the proposed game |

19

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| | outcome that is communicated to the central controller for authorization, as described below. For example, if the gaming terminal determines that the secondary game triggering outcome has a value of $1 and the secondary game outcome has a value of $6, a proposed $7 win game outcome is communicated to the central controller for authorization." Michaelson ¶ 53.<br><br>"If the authorized game outcome is a secondary game triggering outcome (not shown), the gaming terminal provides the associated value, if any, to the player, presents or displays the randomly generated game outcome presentation (that is retained in the gaming terminal's memory) and enables the player to play a secondary or bonus game. As described above, even though the gaming terminal enables the player to play a secondary or bonus game, the secondary game outcome has already been determined and authorized along with the primary game outcome. That is, the gaming terminal does not communicate with the central controller regarding the secondary game outcome but rather provides the prior authorized secondary game outcome and presents the prior generated secondary game outcome presentation to the player.<br><br>In an alternative embodiment, if a secondary or bonus game triggering outcome is provided to the player, the gaming terminal provides the associated value, if any, to the player, presents or displays the randomly generated game outcome presentation (that is retained in the gaming terminal's memory) and enables the player to play a secondary or bonus game. In the secondary or bonus game, the gaming terminal randomly generates a proposed secondary game outcome presentation based on probability data. As described above, with reference to an appropriate pay table or other stored data, the gaming terminal determines the proposed secondary game outcome associated with the proposed secondary game outcome presentation. In one embodiment, the proposed secondary game outcome presentation is independent of and not related to the game outcome provided in the primary or base game. The gaming terminal then communicates the proposed secondary game outcome to the central controller. The central controller determines if a pool of predetermined secondary game outcomes includes the proposed secondary game outcome. The central controller then proceeds with authorizing the gaming terminal to provide the player with the proposed secondary game outcome as described above regarding the primary or base game." Michaelson ¶¶ 58-59.<br><br>Michaelson at Figs. 2-5.<br><br>*See also, e.g.,*<br><br>"2. The method of playing a game of bingo comprising: a) providing a player with a bingo card having a plurality of numbered spaces formed as a matrix having five rows and five columns used in the play of a five-by-five bingo game; b) providing a plurality of bingo balls each having individual numbers corresponding to the |

20

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
|  | numbered spaces on the bingo card; c) a player making a first wager to be eligible for the five-by-five bingo game, d) a player making a second wager to be eligible for a progressive jackpot; e) randomly selecting consecutive bingo balls; 13 awarding a first preselected amount when the player achieves a predetermined winning combination on the five-by-five matrix of the bingo card; g) designating a portion of the second wager to a separate progressive jackpot pool; h) establishing a predetermined combination as a winning combination for the progressive jackpot pool; and i) awarding the progressive jackpot pool to the player when he achieves the predetermined winning combination the bingo card." Weingardt at 7:31-55.<br><br>"The player makes a first wager to be eligible for a game of bingo played using the 5x5 portion of the bingo card and a second wager to be eligible to play the a game of bingo using the 7x7 portion of the bingo card. The player also makes a third wager to be eligible for the progressive jackpot to which a portion of the third wager is designated." Weingardt at 6:5-11.<br><br>"FIG. 5 is a flow chart that depicts the method of play of an alternative preferred embodiment of the present invention. In this flow chart, the player is provided with a bingo card having a 5x5 matrix and a plurality of bingo balls are provided forming the selection pool. The player makes a first wager to be eligible for a game of bingo played using the 5x5 matrix of the bingo card and a second wager to be eligible for the progressive jackpot to which a portion of the second wager is designated." Weingardt at 6:19-27.<br><br>Weingardt at Figs. 1-2, 3-6.<br><br>*See also, e.g.*,<br><br>"Each spin of the reels constitutes a complete game. The gaming device includes a plurality of selectable reels, a selection system, an actuating system, a prize controller, and a reselection system. The selectable reels each have symbols located on their periphery, such that each selectable reel displays an outcome symbol after being spun." Daly at 2:6-11.<br><br>"The reselection system then substitutes a previously non-active reel for an active reel from the initial game, thereby designating a new set of active reels for a second game. This new set of active reels for the second game includes the newly substituted active reel and the remaining active reels. The newly substituted active reel is spun for the second game while the remaining active reels are not spun for the second game. The outcome symbol from the newly substituted active reel is used in conjunction with the outcome symbols from the remaining active reels lo produce an outcome symbol combination for the second game. The prize controller then performs a prize determination for the second game." Daly at 2:21-33. |

21

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
|  | "A preferred embodiment reel spinning gaming device, constructed in accordance with the present invention uses a plurality of reels, some of which are designated as active reels and some of which are designated as non-active reels, to provide a player with the opportunity to play multiple consecutive games of slots, with each subsequent consecutive game utilizing a portion of the reel symbols from the outcome symbol combination of the previous game. After an initial game that utilizes an initial set of active reels, the gaming device begins a second game by substituting a previously non-active reel from the initial game for an active reel from the initial game, thereby designating a new set of active reels for the second game. This new set of active reels for the second game includes the newly substituted active reel and the remaining active reels. The newly substituted active reel is spun for the second game while the remaining active reels are not spun for the second game. The outcome symbol from the newly substituted active reel is used in conjunction with the outcome symbols from the remaining active reels to produce an outcome symbol combination for the second game. The prize controller then performs a prize determination for the second game." Daly at 6:17-38.<br><br>Daly at Figs. 1, 3-8.<br><br>*See also, e.g.,*<br><br>"Many special features are provided nowadays in fruit machines, indeed they have to some extent taken 10 over from the basic game, in that most of the bigger wins are obtained by the features rather than by the initial result when the reels first come to a halt. In a so called 'ladder' or 'trail' feature, steps in the ladder or trail may be illuminated as a result of certain symbols, e.g. symbols bearing superimposed numbers, appearing on the win line. When the 'ladder' or 'trail' is completed, a jackpot prize or another feature which may result in a jackpot prize may be awarded." Farrell at 3:9-14.<br><br>"The display 1 comprises a reel display 2 which has three reels, 3, 4 and 5 showing various reel symbols, a matrix display 6 comprising a 3 x 3 grid of nine segments 7, a fourth reel 8 with numbers from 1 to 12 on it, a ladder 9 indicating progressive prizes, a nudge-pot counter 10, and a skill-shot feature 11. The reels 3, 4, 5 carry the normal fruit symbols, plus first reel symbols of noughts 12 and second reel symbols of crosses 13." Farrell at 4:10-13.<br><br>"The player will enter the prize ladder 9 at a level dependent upon the number of complete lines of O's or 20 X's shown in the matrix, from one to eight (if eight lines are possible in the reel display; we actually prefer to provide a maximum possible score of six lines). The ladder has twelve prize levels. Thus the player enters the ladder 9 at the level corresponding to the number of the lines completed. When a line in the matrix is lit the player will have |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| | the option of (i) collecting the win corresponding to the relevant entry in the prize ladder 6 by pressing the collect button." Farrell at 4:19-24.<br><br>*See also, e.g.*,<br><br>"A portable sample play device, such as a player tracking card or other player-carried device, allows players or users of a gaming machine to view, and/or participate in, sample or preview play of a game. The portable sample play device can be a smart card that stores all necessary information itself, or a known magnetic stripe card that simply stores rudimentary information. Additionally, such a sample or preview can include many different modes of play. For instance, the gaming machine can display a preview of link progressive play, along with the progressive jackpot. It can also display the special bonus modes of various games, demonstrating to the player various special prizes than can be won. Such preview play can be interactive, allowing player participation, or passive, simply illustrating sample play without allowing user interaction. Preview play can also include full, nominal, zero, or other payouts if so desired." Muir at Abstract<br><br>"Additionally, such a sample or preview can include many different modes of play. For instance, the gaming machine can display a preview of link progressive play, along with the progressive jackpot. It can also display the special bonus modes of various games, demonstrating to the player various special prizes than can be won. Such preview play can be interactive, allowing player participation, or passive, simply illustrating sample play without allowing user interaction. Preview play can also include full, nominal, zero, or other payouts if so desired." Muir at ¶ 5. |
| **Claim 39.** The electronic gaming method of claim 38 wherein the additional game field is for a next game to be played. | *See, e.g.*, claim 38, *supra*, incorporated here. |
| **Claim 40.** The electronic gaming method of claim 37 wherein the displayed game comprises a two-dimensional array of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |
| **Claim 41.** The electronic gaming method of claim 37 wherein the displayed game | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| comprises a one-dimensional array of game symbols. | |
| **Claim 42.** The electronic gaming method of claim 37 wherein the displayed game comprises a plurality of vertically-oriented reels, each having a plurality of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 49, incorporated here. |
| **Claim 43.** The electronic gaming method of claim 42 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line. | *See, e.g.*, Exs. A1-A6 at Claim 50, incorporated here. |
| **Claim 45.** The electronic gaming system of claim 44 further comprising a component for generating and displaying an additional game field simultaneously on the game display in proximity to the displayed game. | *See, e.g.*, Claim 38, *supra*, incorporated herein. |
| **Claim 46.** The electronic gaming system of claim 45 wherein the additional game field is for a next game to be played. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| **Claim 48**. The electronic gaming system of claim 44 wherein the displayed game | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |

24

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| comprises a one-dimensional array of game symbols. | |
| **Claim 52.** The computer program product for electronic gaming of claim 51 further comprising program instructions that generate and display an additional game field simultaneously on the game display in proximity to the displayed game. | *See, e.g.*, Claim 38, *supra*, incorporated here. |
| **Claim 53.** The computer program product for electronic gaming of claim 52 wherein the additional game field is for a next game to be played. | *See, e.g.*, claim 38, *supra*, incorporated here. |
| **Claim 55.** The computer program product for electronic gaming of claim 51 wherein the displayed game comprises a one-dimensional array of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |
| **Claim 58.** A method for displaying a plurality of electronic game fields for selection by a player before initiating play of a selected game comprising the steps of: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [58.1] receiving a signal from the player to generate an interactive electronic | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6, 44.7), incorporated here. |

25

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| game on a touch screen display of an electronic game terminal; | |
| [58.2] generating a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3), incorporated here. |
| [58.3] determining at least one winning combination for each play of the game; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.4), incorporated here. |
| [58.4] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.5), incorporated here. |
| [58.5] automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| [58.6] receiving a signal from the player to generate another of the plurality of electronic game fields associated with a different level of play prior to | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |

26

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| initiating activation of game play; | |
| [58.7] generating and automatically displaying another of the plurality of electronic game fields; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6), incorporated here. |
| [58.8] receiving the player's selection of the electronic game field to play prior to initiating activation of game play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |
| **Claim 59.** The method for displaying a plurality of electronic game fields of claim 58 further comprising generating and displaying a next game field simultaneously on the game display in proximity to a currently displayed game. | *See, e.g.*, Claim 38, *supra*, incorporated here. |
| **Claim 60.** The method for displaying a plurality of electronic game fields of claim 58 wherein the displayed game comprises a two-dimensional array of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |
| **Claim 61.** The method for displaying a plurality of electronic game fields of claim 58 wherein the displayed game comprises a one-dimensional array of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |

27

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| **Claim 62.** The method for displaying a plurality of electronic game fields of claim 58 wherein the displayed game comprises a plurality of vertically-oriented reels, each reel having a plurality of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 49, incorporated here. |
| **Claim 63.** The method for displaying a plurality of electronic game fields of claim 62 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line. | *See, e.g.*, Exs. A1-A6 at Claim 50, incorporated here. |
| **Claim 64.** [64-pre]A system for displaying a plurality of electronic game fields each associated with a different level of play comprising: | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.pre), incorporated here. |
| [64.1] an electronic game terminal including a touch screen display; | *See, e.g.*, Exs. A1-A6 at Claim 44.1, incorporated here. |
| [64.2] a game processor for generating an interactive electronic game display on a game terminal, the game processor configured for displaying a plurality of electronic game fields for | *See, e.g.*, Exs. A1-A6 at Claim 44.3, incorporated here. |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| selection by a player before initiating play of a selected game by: | |
| [64.3] receiving a signal from the player to generate an interactive electronic game; | *See, e.g.*, Exs. A1-A6 at Claim 44.7, incorporated here. |
| [64.4] generating a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols; | *See, e.g.*, Exs. A1-A6 at Claim 44.3, incorporated here. |
| [64.5] determining at least one winning combination for each play of the game; | *See, e.g.*, Exs. A1-A6 at Claim 44.4, incorporated here. |
| [64.6] testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; | *See, e.g.*, Exs. A1-A6 at Claim 44.5, incorporated here. |
| [64.7] automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44.6, incorporated here. |
| [64.8] receiving a signal from the player to generate another of the plurality of | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.6, 44.7), incorporated here. |

29

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| electronic game fields associated with another level of play prior to initiating activation of game play; | |
| [64.9] generating and automatically displaying another of the plurality of electronic game fields; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.2-44.3, 44.6), incorporated here. |
| [64.10] receiving the player's selection of the electronic game field to play prior to initiating activation of game play. | *See, e.g.*, Exs. A1-A6 at Claim 44.7, incorporated here. |
| **Claim 65.**  The system for displaying a plurality of electronic game fields of claim 64 further comprising a component for generating and displaying a next game field on the game display simultaneously in proximity to a currently displayed game. | *See, e.g.*, Claim 38, *supra*, incorporated here. |
| **Claim 66.**  The system for displaying a plurality of electronic game fields of claim 64 wherein the displayed game comprises a two-dimensional array of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |
| **Claim 67.**  The system for displaying a plurality of electronic game fields of claim 64 wherein the displayed game comprises a | *See, e.g.*, Exs. A1-A6 (Claim 47) incorporated here. |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| one-dimensional array of game symbols. | |
| **Claim 68.**  The system for displaying a plurality of electronic game fields of claim 64 wherein the displayed game comprises a plurality of vertically-oriented reels, each reel having a plurality of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 49, incorporated here. |
| **Claim 69.**  The system for displaying a plurality of electronic game fields of claim 68 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line. | *See, e.g.*, Exs. A1-A6 at Claim 50, incorporated here. |
| **Claim 70.**  [70-pre] A computer program product for displaying a plurality of interactive electronic game fields for selection by a player when executed on a processor, the computer program product comprising a computer readable storage medium having computer readable code embedded therein, the computer readable storage medium comprising: | *See, e.g.*, Exs. A1-A6 (Claim 44 [44.pre]) incorporated here.  See also, Farrell, Fig. 1 |

31

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| [70.1] program instructions that receive a signal from a player to generate interactive electronic game on a touch screen display of an electronic game terminal; | *See, e.g.*, Exs. A1-A6 at Claim 44 (Claim 44.6-44.7), incorporated here. |
| [70.2] program instructions that generate a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols; | *See, e.g.*, Exs. A1-A6 at Claim 44 (Claim 44.3), incorporated here. |
| [70.3] program instructions that determine at least one winning combination for each play of the game; | *See, e.g.*, Exs. A1-A6 at Calim 44 (Claim 44.4), incorporated here. |
| [70.4] program instructions that test the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; | *See, e.g.*, Exs. A1-A6 at Claim 44 (Claim 44.5), incorporated here. |
| [70.5] program instructions that automatically display an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 (Claim 44.6) incorporated here. |

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| [70.6] program instructions that receive a signal from the player to generate another of the plurality of electronic game fields associated with a different level of play prior to initiating activation of game play; | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |
| [70.7] program instructions that generate and automatically display another of the plurality of electronic game fields; and | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.3, 44.6), incorporated here. |
| [70.8] program instructions that receive the player's selection of the electronic game field to play prior to initiating activation of game play. | *See, e.g.*, Exs. A1-A6 at Claim 44 (44.7), incorporated here. |
| **Claim 71.** The computer program product for displaying a plurality of electronic game fields of claim 70 further comprising program instructions that generate and display a next game field on the game display simultaneously in proximity to a currently displayed game. | *See, e.g.*, Claim 38, *supra*, incorporated here. |
| **Claim 72.** The computer program product for displaying a plurality of electronic game fields of | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |

33

| '223 Patent Claim | Disclosure in Prior Art |
|---|---|
| claim 70 wherein the displayed game comprises a two-dimensional array of game symbols. | |
| **Claim 73.** The computer program product for displaying a plurality of electronic game fields of claim 70 wherein the displayed game comprises a one-dimensional array of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 47, incorporated here. |
| **Claim 74.** The computer program product for displaying a plurality of electronic game fields of claim 70 wherein the displayed game comprises a plurality of vertically-oriented reels, each reel having a plurality of game symbols. | *See, e.g.*, Exs. A1-A6 at Claim 49, incorporated here. |
| **Claim 75.** The computer program product for displaying a plurality of electronic game fields of claim 70 further comprising program instructions that enable a player to move a reel up or down at least one position to replace a current symbol on a pay line and change an outcome of the displayed game. | *See, e.g.*, Exs. A1-A6 at Claims 50, 57, incorporated here. |

34