# EXHIBIT 7



HOME    PA SKILL GAMES    COURT CASES    CHARITABLE GIVING    ABOUT US    CONTACT US

# LEGAL UPDATES: 2019

   If law enforcement or a regulatory agency takes action against you, or tells you that a Pennsylvania Skill device is illegal, contact the Pennsylvania Skill Compliance Team immediately. We stand ready to help operators, locations, and to protect our legal devices and your businesses. For the truth about Pennsylvania Skill Games, call us at 570-244-3123.

Legal updates in 2019 were provided by Matt Haverstick of Kleinbard LLC.

## OCTOBER 2019

   It is critical to remember that Pace-O-Matic's Pennsylvania Skill amusement device is one of only two games to be adjudicated as games of Dominant Skill by courts in the Commonwealth. The other game is manufactured by Red, White and Blue.

   Recently, a competitor went to a Court of Common Pleas in which it was declared their machines games of skill and their case was dismissed. Want to feel comfortable that you are not putting yourself, your company or your customers in jeopardy with law enforcement? It's easy, operate Pace-O-Matic's Pennsylvania Skill amusement devices.

   As we reported last month, we have taken action against an Operator, PA Coin, for distributing equipment from Banilla which we argue infringes on Pace-O-Matic's patented technology.

   We also are taking additional measures to end harassment by the Pennsylvania State Police, Lottery and Liquor Control Board of Pennsylvania Skill Operators.

## SEPTEMBER AND AUGUST 2019

   We are awaiting a decision in the Commonwealth Court lawsuit we argued in May 2019. Last year, we sued the Pennsylvania State Police and the City of Philadelphia in Commonwealth Court. The decisions in this court are valid across Pennsylvania. We are taking additional measures to end Pennsylvania State Police harassment of Pennsylvania Skill operators. A favorable decision in Commonwealth Court will further cement our legal status.

   We have taken action against an operator, PA Coin, for distributing equipment from Banilla which we believe infringes on Pace-O-Matic's patented technology.

   Working with Tom Marino and our compliance team, we have been filing nuisance suits against locations across the state. These locations are operating equipment that has been ruled illegal gambling equipment, particularly from Gracie Technologies. We are cracking down on

## LEGAL TEAM



**MATT HAVERSTICK**
Kleinbard LLC



**WAYNE V. DeLUCA**



**JULIAN E. NEISER**
Spilman, Thomas & Battle

## CONSULTANTS

businesses that are operating as casinos. We are also filing lawsuits against locations that breach their contracts and commingle our skill game with illegal games of chance.

## JULY 2019

We are working to address the issues that have resulted from the false email and letter sent by the Pennsylvania Liquor Control Board (PLCB). We also are aware that the Pennsylvania Lottery and LCE have been intimidating and harassing operators and location owners. We are exploring all legal options to ensure this type of behavior stops.

The Court of Common Pleas in Dauphin County ruled that Pong machines are illegal gambling devices. The Court rejected the argument that our devices are covered by the Gaming Act and ruled games of predominant skill are not slot machines.

Over the last few weeks, Courts around the Commonwealth have cracked down on illegal gambling devices, issuing rulings against machines manufactured by Gracie Technologies and Pong. The courts have also ruled that machines manufactured by Banilla are not games of predominant skill.

Pace-O-Matic and Miele Manufacturing launched a Patent Lawsuit against those trying to steal our technology. This lawsuit is critical to protecting our market and ensuring that our devices and our marketplace is protected.

We are awaiting a decision in the Commonwealth Court lawsuit we argued in May. Last year, we sued the Pennsylvania State Police and the City of Philadelphia in Commonwealth Court. The decisions in this court are valid across Pennsylvania. We are taking additional measures to end PSP harassment of Pennsylvania Skill Operators. A favorable decision in Commonwealth Court will further cement our legal status.

Letter to PLCB
Pong Machines
Gracie Ruling
Banilla Ruling

READ MORE



**FRANK NOONAN**

THE NOONAN GROUP, LLC

## LOBBYISTS

LONG NYQUIST + ASSOCIATES




CHARITABLE GIVING

ABOUT US

MCM ELEMENTS

**Compliance: (570) 244-3123**

**Customer Service: (570) 323-1434**



Miele Manufacturing, Inc., 535 E. Third St., Williamsport, PA 17701.
Pace-O-Matic® Pennsylvania Skill® All Rights Reserved. Copyright 2020.