**CERTIFICATE OF WORD COUNT COMPLIANCE**

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the word count limitation set forth in Local Rule 7.8(b)(2).   This Brief contains 4,912 total words.   The word count was performed using Microsoft Word 2016.

*/s/John V. Gorman*
John V. Gorman