**CERTIFICATE OF SERVICE**

I hereby certify that Defendants' Opposition to Plaintiffs' Motion for Entry of Judgment of Non-Infringement and Designation as Final Under Rule 54(b) was filed on this 11th day of February, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman