## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Final Invalidity Contentions and Exhibits A-1 through A-7 thereto were filed on this 19th day of February, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman