PTO/SB/43 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DISCLAIMER IN PATENT UNDER 37 CFR 1.321(a)

| Name of Patentee | Docket Number (Optional) |
|---|---|
| Michael R. Pace | P175 1021.1 |

| Patent Number | Date Patent Issued |
|---|---|
| 7,736,223 | June 15, 2010 |

Title of Invention

ELECTRONIC GAMING METHOD AND SYSTEM HAVING PREVIEW SCREEN

I hereby disclaim the following complete claims in the above identified patent: ___2, 4, 8-10, 12, 14, 16, 17, 21,___
___23, 24, 26, 28, 32, 34-36, 43, 50, 57-75___

The extent of my interest in said patent is (if assignee of record, state liber and page, or reel and frame, where assignment is recorded): ___Attorney for Assignee of Record, Savvy Dog Systems, LLC___
___Reel 042656, Frame 0920___

The fee for this disclaimer is set forth in 37 CFR 1.20(d).

- [ ] Patentee claims small entity status. See 37 CFR 1.27.
- [X] Small entity status has already been established in this case, and is still proper.
- [ ] A check in the amount of the fee is enclosed.
- [ ] Payment by credit card. Form PTO-2038 is attached.
- [X] The Director is hereby authorized to charge any fees which may be required or credit any overpayment to Deposit Account No. ___090528___.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Signed at ___Atlanta___, State of ___Georgia___, this ___21st___ day of ___August___ ___2020___

| Signature | 34026 |
|---|---|
| | Registration Number, if applicable |
| D. Scott Sudderth | 404-872-7527 |
| Typed or printed name of patentee/ attorney or agent of record | Telephone Number |

P.O. Box 7037
Address

Atlanta, GA 30357-0037
City, State, Zip Code or Foreign Country as applicable

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11428026 |
| **Filing Date:** | 30-Jun-2006 |
| **Title of Invention:** | ELECTRONIC GAMING METHOD AND SYSTEM HAVING PREVIEW SCREEN |
| **First Named Inventor/Applicant Name:** | Michael R. Pace |
| **Filer:** | David Scott Sudderth/Deborah Sharp |
| **Attorney Docket Number:** | P175 1021.1 |

Filed as Small Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 2814 | 1 | 160 | 160 |
| **Total in USD ($)** | | | | **160** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 40346511 |
| **Application Number:** | 11428026 |
| **International Application Number:** | |
| **Confirmation Number:** | 3398 |
| **Title of Invention:** | ELECTRONIC GAMING METHOD AND SYSTEM HAVING PREVIEW SCREEN |
| **First Named Inventor/Applicant Name:** | Michael R. Pace |
| **Customer Number:** | 26158 |
| **Filer:** | David Scott Sudderth/Deborah Sharp |
| **Filer Authorized By:** | David Scott Sudderth |
| **Attorney Docket Number:** | P175 1021.1 |
| **Receipt Date:** | 21-AUG-2020 |
| **Filing Date:** | 30-JUN-2006 |
| **Time Stamp:** | 11:10:44 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $ 160 |
| RAM confirmation Number | E20208KB11051864 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | P175_10211_Disclaimer_Form.pdf | 897531<br>b9b28c54aa6895b45406b6dafc760e782d079b71 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30620<br>b7e0eb97a74537819f641b23e22980e778dd7bd8 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 928151 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**