## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the word count limitation.  This Brief contains 4,150 total words.  This word count was performed using Microsoft Word 2016.

February 25, 2021                    */s/ Steven G. Hill*
                                     Steven G. Hill, GA Bar No. 354658