## CERTIFICATE OF SERVICE

I hereby certify that PLAINTIFFS' REPLY BRIEF IN SUPPORT OF

MOTION FOR ENTRY OF JUDGMENT OF NON-INFRINGEMENT AND

DESIGNATION AS FINAL UNDER RULE 54(B) was filed on this 25th day of

February, 2021 via the Court's CM/ECF filing system, which will send electronic

notice of such filing to all counsel of record.

February 25, 2021.                        */s/ Steven G. Hill*
                                          Steven G. Hill, GA Bar No. 354658
                                          *Admitted pro hac vice*

1