**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, | |
| Plaintiffs, | CIVIL ACTION NO: 3:19-cv-01470-JPW |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Jennifer P. Wilson |
| Defendants. | |

## <u>DEFENDANTS' REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.9, defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC respectfully request that the Court hear oral argument regarding Plaintiffs' Motion for Entry of Judgment of Non-Infringement and Designation as Final Under Rule 54(b) (Dkt. No. 117). Briefing regarding this Motion was completed on February 25, 2021. *See* Dkt Nos. 118, 119, & 121.

Dated: February 26, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

<u>/s/John V. Gorman</u>
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (*pro hac vice*)
Amy M. Dudash (PA 311898) (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Fax: 215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

Ahren C. Hsu-Hoffman (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA  94304
Telephone:  650.843.4000
Fax:  650.843.4001
ahren.hsu-hoffman@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC
and PA Coin Holdings, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Request for Oral Argument was filed on this 26th day of February, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman
