**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, | CIVIL ACTION NO: 3:19-cv-01470-JPW |
| Plaintiffs, | |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Jennifer P. Wilson |
| Defendants. | |

**JOINT MOTION AND [PROPOSED] ORDER TO AMEND
<u>CASE MANAGEMENT ORDER</u>**

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and

defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the

"Parties") jointly hereby move the Court to amend the Case Management Order

(Dkt. No. 50) as follows:

| Case Management Order Paragraph | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| ¶7(a) | Fact discovery cut-off. | May 31, 2021 | August 30, 2021 |
| ¶7(f)i | Deadline for service of expert report for party who has the initial burden of proof on the subject matter. | June 30, 2021 | September 28, 2021 |
| ¶7(f)i | Deadline for any responsive expert reports. | July 30, 2021 | October 28, 2021 |

| ¶7(f)i | Deadline for reply expert reports. | August 31, 2021 | November 30, 2021 |
| ¶7(f)ii | Deadline to complete expert discovery. | September 8, 2021 | December 7, 2021 |
| ¶14 | Deadline for filing all dispositive motions, including Daubert motions, and supporting briefs. | September 30, 2021 | January 7, 2022 |
| ¶14 | Deadline for filing all responsive briefs. | October 28, 2021 | February 7, 2022 |
| ¶14 | Deadline for filing reply briefs. | November 18, 2021 | February 22, 2022 |
| ¶16 | Deadline for filing motions in limine and supporting briefs. | January 5, 2022 | April 6, 2022 |
| ¶17 | Deadline for filing pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, and proposed jury instructions. | February 2, 2022 | May 4, 2022 |
| ¶18 | Pretrial Conference. | February 16, 2022 at 9:30 am | May 18, 2022 at 9:30 am |
| ¶19 | Trial – Date for jury selection to commence. | March 7, 2022 at 9:30 am | June 6, 2022 at 9:30 am |

The Parties respectfully submit that good cause supports their request. An extension will allow the Parties sufficient time to complete discovery, including to

account for logistical challenges in completing fact discovery caused by the COVID-19 pandemic, and to resolve and streamline any outstanding discovery disputes.

For the foregoing reasons, the Parties respectfully ask the Court to grant this motion.

Dated:  March 8, 2021                    Respectfully submitted,

HILL, KERTCHER, & WHARTON, LLP            MORGAN, LEWIS & BOCKIUS LLP

*/s/ Steven G. Hill*                      */s/ John V. Gorman*
Steven G. Hill (GA 354658)                John V. Gorman (PA 80631)
(admitted *pro hac vice*)                 Kenneth J. Davis (PA 87944)
John L. North (GA 545580)                 (admitted *pro hac vice*)
(admitted *pro hac vice*)                 Amy M. Dudash (PA 311898)
Martha L. Decker (GA 420867)              (admitted *pro hac vice*)
(admitted *pro hac vice*)                 1701 Market Street
3350 Riverwood Parkway                    Philadelphia, PA 19103
Atlanta, GA  30339                        Telephone: 215.963.5000
Telephone: 770.953.0995                   Fax: 215.963.5001
Fax: 770.953.1358                         john.gorman@morganlewis.com
sgh@hkw-law.com                           kenneth.davis@morganlewis.com
jln@hkw-law.com                           amy.dudash@morganlewis.com
md@hkw-law.com

                                          Ahren C. Hsu-Hoffman (*pro hac vice*)
KLEINBARD LLC                             1400 Page Mill Road
Matthew H. Haverstick (PA 85072)          Palo Alto, CA  94304
Eric J. Schreiner (PA 76721)              Telephone:  650.843.4000
Shohin H. Vance (PA 323551)               Fax:  650.843.4001
Three Logan Square, 5th Floor             ahren.hsu-hoffman@morganlewis.com
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000                   *Attorneys for Defendants Pennsylvania*
Fax: 215.568.0140                         *Coin, LLC and PA Coin Holdings, LLC*
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com

svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog*
*Systems, LLC and POM of*
*Pennsylvania, LLC*

SO ORDERED this ___ day of March, 2021.


_____
Honorable Jennifer P. Wilson
U.S. District Court Judge