# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

   Plaintiffs,

   v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

   Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## AMENDED CASE MANAGEMENT ORDER

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and

defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the

"Parties") jointly hereby move the Court to amend the Case Management Order

(Dkt. No. 50) as follows:

| Case Management Order Paragraph | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| ¶7(a) | Fact discovery cut-off. | May 31, 2021 | August 30, 2021 |
| ¶7(f)i | Deadline for service of expert report for party who has the initial burden of proof on the subject matter. | June 30, 2021 | September 28, 2021 |
| ¶7(f)i | Deadline for any responsive expert reports. | July 30, 2021 | October 28, 2021 |

| ¶7(f)i | Deadline for reply expert reports. | August 31, 2021 | November 30, 2021 |
|---|---|---|---|
| ¶7(f)ii | Deadline to complete expert discovery. | September 8, 2021 | December 7, 2021 |
| ¶14 | Deadline for filing all dispositive motions, including Daubert motions, and supporting briefs. | September 30, 2021 | January 7, 2022 |
| ¶14 | Deadline for filing all responsive briefs. | October 28, 2021 | February 7, 2022 |
| ¶14 | Deadline for filing reply briefs. | November 18, 2021 | February 22, 2022 |
| ¶16 | Deadline for filing motions in limine and supporting briefs. | January 5, 2022 | April 6, 2022 |
| ¶17 | Deadline for filing pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, and proposed jury instructions. | February 2, 2022 | May 4, 2022 |
| ¶18 | Pretrial Conference. | February 16, 2022 at 9:30 am | May 18, 2022 at 9:30 am |
| ¶19 | Trial – Date for jury selection to commence. | March 7, 2022 at 9:30 am | June 6, 2022 at 9:30 am |

The Parties respectfully submit that good cause supports their request.  An

extension will allow the Parties sufficient time to complete discovery, including to

account for logistical challenges in completing fact discovery caused by the COVID-19 pandemic, and to resolve and streamline any outstanding discovery disputes.

For the foregoing reasons, the Parties respectfully ask the Court to grant this motion.

Dated:  March 8, 2021                          Respectfully submitted,

HILL, KERTCHER, & WHARTON, LLP                 MORGAN, LEWIS & BOCKIUS LLP

/s/ Steven G. Hill                             /s/ John V. Gorman
Steven G. Hill (GA 354658)                     John V. Gorman (PA 80631)
(admitted pro hac vice)                        Kenneth J. Davis (PA 87944)
John L. North (GA 545580)                      (admitted pro hac vice)
(admitted pro hac vice)                        Amy M. Dudash (PA 311898)
Martha L. Decker (GA 420867)                   (admitted pro hac vice)
(admitted pro hac vice)                        1701 Market Street
3350 Riverwood Parkway                         Philadelphia, PA 19103
Atlanta, GA  30339                             Telephone: 215.963.5000
Telephone: 770.953.0995                        Fax: 215.963.5001
Fax: 770.953.1358                              john.gorman@morganlewis.com
sgh@hkw-law.com                                kenneth.davis@morganlewis.com
jln@hkw-law.com                                amy.dudash@morganlewis.com
md@hkw-law.com

                                               Ahren C. Hsu-Hoffman (pro hac vice)
KLEINBARD LLC                                  1400 Page Mill Road
Matthew H. Haverstick (PA 85072)               Palo Alto, CA  94304
Eric J. Schreiner (PA 76721)                   Telephone:  650.843.4000
Shohin H. Vance (PA 323551)                    Fax:  650.843.4001
Three Logan Square, 5th Floor                  ahren.hsu-hoffman@morganlewis.com
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000                        *Attorneys for Defendants Pennsylvania*
Fax: 215.568.0140                              *Coin, LLC and PA Coin Holdings, LLC*
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com

svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog*
*Systems, LLC and POM of*
*Pennsylvania, LLC*

SO ORDERED this 11th day of March, 2021.

                                          __s/ Jennifer P. Wilson_____
                                          Honorable Jennifer P. Wilson
                                          U.S. District Court Judge