# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>    Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## NOTICE OF CHANGE OF FIRM'S MAILING ADDRESS

**TO:   THE CLERK OF COURT AND ALL PARTIES**

PLEASE TAKE NOTICE that effective April 26, 2021, the law firm of

HILL, KERTSCHER & WHARTON, LLP, *pro hac vice* counsel for Plaintiffs

Savvy Dog Systems, LLC and POM of Pennsylvania, LLC, will change its mailing

address to:

> **3625 Cumberland Blvd., SE, Suite 1050**
> **Atlanta, Georgia 30339-6406**

Counsels' telephone and fax numbers will remain the same.

This 22nd day of April, 2021.

/s/ *Steven G. Hill*
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
Hill, Kertscher & Wharton,LLP
3350 Riverwood Parkway, SE, Suite 800
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
Email: sgh@hkw-law.com
Email: jln@hkw-law.com
Email: md@hkw-law.com

-and -

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
Email: mhaverstick@kleinbard.com
Email: eschreiner@kleinbard.com
Email: pgagne@kleinbard.com
Email: svance@kleinbard.com

*Counsel for Plaintiffs Savvy Dog Systems,*
*LLC and POM of Pennsylvania, LLC*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Change of Firm's Mailing Address** was filed on this 22nd day of April, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

_/s/ Steven G. Hill_____
Steven G. Hill (*pro hac vice*)

*Counsel for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

4