## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 30th day of April, 2021, following review of Defendants' request for oral argument, Doc. 122, on Plaintiffs' motion for entry of judgment of non-infringement and designation as final under Rule 54(b), Doc. 117, **IT IS ORDERED THAT** oral argument is scheduled for June 7, 2021, at 1:00 p.m. via Zoom.  The court will distribute the videoconference information to the parties via email.  **IT IS FURTHER ORDERED THAT** Plaintiffs and Defendants are provided thirty minutes for argument, and Plaintiffs are permitted five minutes for rebuttal.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania