## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, a
Wyoming limited liability company, and
POM OF PENNSYLVANIA, LLC a
Wyoming limited liability company,

        Plaintiff,

    v.

PENNSYLVANIA COIN, LLC, a
Pennsylvania limited liability company,
and PA COIN HOLDINGS, LLC, a
Pennsylvania limited liability company,

        Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS

COME NOW, Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC in the above-styled action, by and through their attorneys of record and pursuant to Fed. R. Civ. P. 45(b)(1), and hereby provide notice of their intent to serve the following:

1. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action upon **World Touch Gaming, Inc.** A true and correct copy of the Subpoena is attached hereto as Exhibit A.

2. Subpoena to Testify at A Deposition in a Civil Action on **World Touch Gaming, Inc**. A true and correct copy of the Subpoena is attached hereto as Exhibit B.

3. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action upon **Donald Fiechter**. A true and correct copy of the Subpoena is attached hereto as Exhibit C.

4.  Subpoena to Testify at A Deposition in a Civil Action on **Donald Fiechter**.  A true and correct copy of the Subpoena is attached hereto as Exhibit D.

May 5, 2021                                    **HILL, KERTSCHER, & WHARTON, LLP**

                                               */s/ Steven G. Hill*
                                               Steven G. Hill, GA Bar No. 354658
                                               *Admitted pro hac vice*
                                               John L. North, GA Bar No. 545580
                                               *Admitted pro hac vice*
                                               Martha L. Decker, GA Bar No. 420867
                                               *Admitted pro hac vice*
                                               3625 Cumberland Boulevard, SE, Suite 1050
                                               Atlanta, Georgia 30339
                                               Telephone: (770) 953-0995
                                               Fax: (770) 953-1358
                                               Email:  sgh@hkw-law.com
                                               Email:  jln@hkw-law.com
                                               Emial:  md@hkw-law.com

                                               -  **and -**

                                               **KLEINBARD LLC**

                                               Matthew H. Haverstick (PA ID No. 85072)
                                               Eric J. Schreiner (PA ID No. 76721)
                                               Paul G. Gagne (PA ID No. 42009)
                                               Shohin H. Vance (PA ID No. 323551)
                                               Three Logan Square, 5th Floor
                                               1717 Arch Street
                                               Philadelphia, PA 19103
                                               Telephone: (215) 568-2000
                                               Fax: (215) 568-0140
                                               Email:  mhaverstick@kleinbard.com
                                               Email:  eschreiner@kleinbard.com
                                               Email:  pgagne@kleinbard.com
                                               Email:  svance@kleinbard.com
                                               *Counsel for Plaintiffs Savvy Dog Systems, LLC*
                                               *and POM of Pennsylvania, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Plaintiffs' Notice of Intent to Serve Subpoenas was filed on this 5th day of May, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*<u>/s/ Steven G. Hill</u>*
Steven G. Hill