**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC <br><br> Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

**DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENAS**

Please take notice that Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby provide notice of their intent to serve the subpoena attached hereto as **Exhibit 1** on Jeffrey Mayle and the subpoena attached hereto as **Exhibit 2** on Blue Sky Games LLC.

Dated:  May 5, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (*pro hac vice*)
Amy M. Dudash (PA 311898) (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

Ahren C. Hsu-Hoffman
1400 Page Mill Road
Palo Alto, CA 94340
Telephone:  650.843.4000
Fax:  650.843.4001
ahren.hsu-hoffman@morganlewis.com

*Attorneys for Defendants Pennsylvania
Coin, LLC and PA Coin Holdings, LLC*

3

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Notice of Subpoena was filed on this 5th day of May, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

<u>*/s/John V. Gorman*</u>
John V. Gorman