AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Savvy Dog Syst., LLC & POM of Pennsylvania, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:19-cv-01470-JPW |
| Pennsylvania Coin, LLC & PA Coin Holdings, LLC | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                    World Touch Gaming, Inc.
                        1420 Oak Industrial Lane, Cumming, Georgia 30041
                        *(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:     See Exhibit A  (attached)

| Place: Hill, Kertscher & Wharton, LLP<br>3625 Cumberland Boulevard, SE Suite 1050<br>Atlanta, Georgia  30339 | Date and Time:<br>05/20/2021 9:00 am |
|---|---|

The deposition will be recorded by this method:   VIA ZOOM - Remote video and/or stenographically

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     05/05/2021

                *CLERK OF COURT*
                                                        OR
                                                                        /s/ Steven G. Hill
        _____         _____
           *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Savvy Dog System, LLC and POM of Pennsylvania, LLC _____ , who issues or requests this subpoena, are:

Steve G. Hill - (770) 953-099;Hill, Kertscher & Wharton, LLP, 3625 Cumberland Blvd, SE, Ste. 1050, Atlanta, GA  30339; sgh@hkw-law.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  3:19-cv-01470-JPW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   World Touch Gaming, Inc.
on *(date)*   05/08/2021   .

☒ I served the subpoena by delivering a copy to the named individual as follows:   Anthony Jordan

who is authorized to accept service for Jasmin Hill

on *(date)*  05/12/2021   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40.00   .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  05/12/2021

_____
*Server's signature*

PAUL TUCKER - PROCESS SERVER
*Printed name and title*

3301 Buckeye Road, Suite 303
Atlanta GA 30341
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| Savvy Dog Syst, LLC  & POM of Pennsylvania, LLC _____ *Plaintiff* v. Pennsylvania Coin, LLC and PA Coin Holdings, LLC _____ *Defendant* | ) ) ) ) ) ) |

Civil Action No.   3:19-cv-01470-JPW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                               World Touch Gaming, Inc.
                    1420 Oak Industrial Lane, Cumming, Georgia 30041

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A (attached)

| Place: Hill, Kertscher & Wharton, LLP 3625 Cumberland Boulevard, SE, Suite 1050 Atlanta, Georgia  30339 | Date and Time: 05/18/2021 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:       05/05/2021

CLERK OF COURT

                                                        OR

_____          /s/ Steven G. Hill
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Savvy Dog Systems, LLC  & POM of Pennsylvania, LLC_____ , who issues or requests this subpoena, are:

Steven G. Hill, 3625 Cumberland Blvd. Ste. 1050 Atlanta, GA 30339; sgh@hkw-law.com; 770-953-0995

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  3:19-cv-01470-JPW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    World Touch Gaming, Inc.

on *(date)*    05/08/2021      .

☒ I served the subpoena by delivering a copy to the named person as follows:    Anthony Jordan

who was authorized to accept service

on *(date)*    05/12/2021        ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                for travel and $                for services, for a total of $        0.00      .

I declare under penalty of perjury that this information is true.

Date:  05/12/2021

_____
*Server's signature*

PAUL TUCKER - PROCESS SERVER
*Printed name and title*

3301 Buckeye Road, Suite 303
Atlanta GA 30341
*Server's address*

Additional information regarding attempted service, etc.: