# Morgan Lewis

**John V. Gorman**
Partner
+1.302.574.7297
john.gorman@morganlewis.com

June 29, 2021

**VIA CM/ECF**

The Honorable Jennifer P. Wilson
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

Re:   *Savvy Dog Sys., LLC et al. v. Pennsylvania Coin, LLC, et al.*,
      C.A. No. 3:19-cv-01470-JPW (M.D. Pa.)

Dear Judge Wilson:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.  The following attorneys participated in a verbal meet-and-confer (by telephone) on the following date:  June 28, 2021.

Plaintiffs' Counsel:     John L. North and Martha L. Decker
Defendants' Counsel:     John V. Gorman and Amy M. Dudash

The disputes requiring judicial attention are listed below:

The propriety of Plaintiffs' Notices of Deposition of Albert C. Ceccoli and Christopher A. Pisano.

Respectfully submitted,

*/s/ John V. Gorman*

John V. Gorman

cc: All Counsel of Record (via CM/ECF)

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201
Wilmington, DE 19801          **T** +1.302.574.3000
United States                **F** +1.302.574.3001