# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC, | |
| Plaintiffs, | CIVIL ACTION NO: 3:19-cv-01470-JPW |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Jennifer P. Wilson |
| Defendants. | |

**DEFENDANTS PENNSYLVANIA COIN, LLC AND PA COIN HOLDINGS, LLC**
**INITIAL DISCLOSURES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 26**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "Defendants") hereby make their initial disclosures. These disclosures are based on Defendants' investigation and analysis to date and Plaintiffs' assertions to date. Defendants investigation continues, and Defendants reserve the right to supplement these disclosures as appropriate.

**1. Fed. R. Civ. P. 26(a)(1)(A)(i) Disclosure**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), and based on their investigation to date, Defendants believe that one or more of the individuals identified below are likely to have discoverable information relevant to Defendants' defenses that Defendants may use to support their defenses, other than those solely for impeachment. The subject areas for which these individuals are identified are preliminary and subject to change as Defendants' investigation continues. The identification of a particular subject matter is not a representation that the individual has full knowledge of that subject matter area or that the individual's knowledge is limited to that subject matter area.

The following individual is likely to have discoverable information that Defendants may use to support their defenses:

|   | Individual | Subjects |
|---|-----------|----------|
| 1 | Albert C. Ceccoli<br>Pennsylvania Coin, LLC<br>PA Coin Holdings, LLC<br>300 Olive Street<br>Scranton, Pennsylvania 18509<br><br>*Contact through Defendants' counsel* | Mr. Ceccoli is likely to have information regarding the following subjects: sales and distribution of the following products referenced in the First Amended Complaint—Preview + Skill Games as referenced in the First Amended Complaint (including, Lightning, Lightning Skill, Super Skill 1, Superior Skill 2, Superior Skill 3, Superior Skill: Lightning Edition, Choice Skill 1, Choice Skill 2, Choice Skill 3, and Choice Skill 4) and Fusion Games (including, Fusion 1, Fusion 2, and Fusion 3) (collectively, the "Accused Products"). |

## 2. Fed. R. Civ. P. 26(a)(1)(A)(ii) Disclosure

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendants identify the following categories of documents, data compilations, and tangible things that they may use to support their claims or defenses:

1. U.S. Patent No. 7,736,223 and its prosecution history;
2. Prior art to 7,736,223; and
3. Documents reflecting the sales, costs, and revenues associated with the Accused Products.

The first two categories of documents are publicly available and the third is located at Defendants' office.

In addition to the foregoing, Defendants expect to use documents currently in Plaintiffs' possession, custody, or control as well as publicly available documents or documents that may be provided through third-party discovery to support its defenses.

- 2 -

This disclosure does not constitute an admission as to the admissibility or relevance of materials or a waiver of the attorney-client privilege, the protections of the work product doctrine, or any other applicable privilege or discovery protection.

### 3. Fed. R. Civ. P. 26(a)(1)(A)(iii) Disclosure

Defendants do not claim damages.

### 4. Fed. R. Civ. P. 26(a)(1)(A)(iv) Disclosure

Defendants are unaware at this time of the existence of any relevant insurance policy under which any person or entity carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered in this action or reimburse for payments made to satisfy any judgment.

Dated:  February 5, 2020

MORGAN, LEWIS & BOCKIUS LLP

John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (admitted *pro hac vice*)
Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I caused a copy of the foregoing Defendants'

Initial Disclosures to be served via e-mail to the following:


Matthew H. Haverstick
Eric J. Schreiner
Shohin H. Vance
Kleinbard LLC
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Steven G. Hill
John L. North
Martha L. Decker
Hill, Kertcher & Wharton, LLP
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

*Attorneys for Plaintiffs*


_____
Amy M. Dudash