# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of July, 2021, upon notice to the court that the parties have a discovery dispute that requires court intervention, Doc. 139, **IT IS**

**ORDERED AS FOLLOWS:**

1) Plaintiffs and Defendants shall file letters no longer than three pages in length by **July 7, 2021** outlining their respective positions relating to the discovery dispute.

2) A telephone conference is scheduled for **July 9, 2021, at 8:30 a.m.** to discuss the discovery dispute. Because of the court's trial schedule, the call must be limited to thirty minutes. Plaintiffs counsel shall initiate the call and call chambers once all parties are on the line at (717) 221-3970.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania