AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | |
|---|---|
| Savvy Dog Syst., LLC & POM of Pennsylvania, LLC<br>*Plaintiff*<br>v.<br>Pennsylvania Coin, LLC & PA Coin Holdings, LLC<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  3:19-cv-01470-JPW |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
Grant F. Kowell
5745 Laurel Lane Street, N.W., Canton, Ohio 44708
*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Multi-platform video conferencing and/or other remote means | Date and Time:<br>08/03/2021 9:00 am |
|---|---|

The deposition will be recorded by this method:     Remote video and/or stenographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:     SEE EXHIBIT A (attached)

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     06/28/2021

| *CLERK OF COURT* | |
|---|---|
| | OR |
| | /s/ John L. North |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Plaintiff Savvy Dog System, LLC and POM of Pennsylvania, LLC          , who issues or requests this subpoena, are:
John L. North - (770) 953-0995;Hill, Kertscher & Wharton, LLP, 3625 Cumberland Blvd, SE, Ste. 1050, Atlanta, GA 30339 jln@hkw-law.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  3:19-cv-01470-JPW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    GRANT F. KOWELL
on *(date)*    7/13/2021    .

☒ I served the subpoena by delivering a copy to the named individual as follows:  SERVICE WAS EFFECTED BY
DELIVERING A TRUE COPY OF THE SUBPOENA TO GRANT F. KOWELL, PERSONALLY AT 5745 LARUEL LANE
NW., CANTON OH 44708                                    on *(date)*  7/15/2021 6:15 PM; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                    for travel and $                    for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:    7/16/2021

*Server's signature*

BENJAMIN PURSER, PROCESS SERVER
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3301 Buckeye Road, Suite 303
Atlanta GA 30341
s404-876-8195.

Additional information regarding attempted service, etc.:

DESCRIPTION: 58/WM/5'9/245/GREY HAIR/GLASSES