# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## STIPULATION REGARDING PRINTED PUBLICATIONS

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC ("Parties") hereby stipulate as follows for the purposes of the above-captioned action.  By entering into these stipulations Plaintiffs do not concede the admissibility of the referenced documents (excluding any basis obviated by the stipulations), and reserve all rights to object to the document's admissibility at the appropriate time:

1.     *Commonwealth v. McClintock*, 257 Mass. 431, 154 N.E. 264 (1926), dated November 29, 1926 and produced at PA0000032-PA0000033 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901.  No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

2.      *State v. Ellis*, 200 Iowa 1228, 206 N.W. 105 (1925), dated December 15, 1925 and produced at PA0000196-PA0000198 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901.  No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

3.      "Gambling in America: An Encyclopedia of History, Issues, and Society" by William N. Thompson, copyrighted in 2001 and produced at PA0000062-PA0000065 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901.  No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

4.      The Legislative Service Commission's Bill Analysis of Ohio S.B. 220, 126th General Assembly, produced at PA0000174-PA0000181 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901.  No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

5.      The Washington Attorney General Opinion 1969 No. 9, dated April 30, 1969, and produced at PA0000066-PA0000081 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901.  No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

6. "Slot Machines: An Illustrated History of America's Most Popular Coin-Operated Gaming Device" by Marshall Fey, copyrighted in 1983 and produced at PA0000300-PA0000326 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901. No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

7. "Slot Machines: A Pictorial History of the First 100 Years" by Marshall Fey, published in 1989 and produced at PA0000327-PA0000357 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901. No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

8. S.B. 220, 126th General Assembly, Regular Session (Ohio 2005), produced at PA0000280-PA0000299 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901. No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

9. *R. v. Bailey*, [1938] 2 D.L.R. 762 (Can. Ont. C.A.), produced at PA0000373, qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901. No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

10. *Bailey v. R.,* [1938] S.C.R. 427 (Can), produced at PA0000374-PA0000376 qualifies as a printed publication under pre-AIA 35 U.S.C. § 102(a), was publicly available prior to 2006 and is authentic for the purposes of Rule 901. No sponsoring fact witness is required to establish the printed publication status, date of public availability or authenticity of this document.

Dated:  August 16, 2021

HILL, KERTSCHER, & WHARTON, LLP

*/s/ John L. North*
Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3625 Cumberland Blvd., SE,
Suite 1050
Atlanta, GA  30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

-and-

KLEINBARD LLC
Matthew H. Haverstick (PA 85072)
Eric J. Schreiner (PA 76721)
Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000

MORGAN, LEWIS & BOCKIUS LLP

*/s/ John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944)
(admitted *pro hac vice*)
Amy M. Dudash (PA 311898)
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Fax: 215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog
Systems, LLC and POM of
Pennsylvania, LLC*

5