## CERTIFICATE OF SERVICE

I hereby certify that the parties' Stipulation Regarding Printed Publications was filed on this 16th day of August, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ John V. Gorman*
John V. Gorman