# HILL, KERTSCHER & WHARTON, LLP

A LIMITED LIABILITY PARTNERSHIP

L A W Y E R S

ONE OVERTON PARK
3625 CUMBERLAND BLVD SE
SUITE 1050
ATLANTA, GA 30339

www.hkw-law.com
TELEPHONE: 770-953-0995
FACSIMILE: 770-953-1358

*John L. North*                                                          *jln@hkw-law.com*

August 17, 2021

**_VIA CM/ECF_**

The Honorable Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania
Ronald Reagan Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

> **Re:** *Savvy Dog Systems, LLC et al v. Pennsylvania Coin, LLC et al*
> **Civil Action File No. 3:19-cv-01470-JPW (M.D. Pa.)**

Dear Judge Wilson:

Pursuant to Civil Practice Order Sections 7 and 10 [Dkt. 41], the undersigned counsel for Plaintiffs in the above matter writes the Court on behalf of all Parties to alert the Court to a potential issue with a third party deposition that may require a limited extension of the discovery period.

The Court's Amended Case Management Order dated March 11, 2021 [Dkt. 124] provides for the close of fact discovery on August 30, 2021.  The Parties have diligently worked to meet this deadline.  Both parties have subpoenaed third-party witness Grant Kowell for a deposition on August 26, 2021, a date that Mr. Kowell has confirmed.  Mr. Kowell, however, has indicated that he cannot start the deposition until 11:30 a.m. and because of his age, he can only testify for half of a day. While Mr. Kowell generally has indicated that he would make himself available for a subsequent deposition date, he has not confirmed a second date to conclude the deposition, if needed, though asked to do so. The Parties will make every effort to complete the Kowell deposition within the current fact discovery period.  However, the Parties anticipate that an additional day may be necessary and this second day could fall outside the current fact discovery period.

The Parties agree to a limited extension of the fact discovery period for the sole purpose of completing the Kowell deposition, if needed.  Mindful of the Court's direction that the Court must approve any extensions of the discovery period, the Parties thought it appropriate to flag this issue for the Court in advance of the Kowell deposition and before the close of the fact discovery period.  In the event that the Parties determine that Mr. Kowell's deposition cannot be

JUDGE WILSON
August 17, 2021
Page 2

completed within the current fact discovery period, the Parties will promptly inform the Court to seek approval of an extension of fact discovery period for the sole purposes of completing this deposition.

Should the Court wish to discuss this matter, counsel for the Parties are available to discuss at the Court's convenience.

Sincerely,

John L. North

cc:  All Counsel of record (via CM/ECF)