## CERTIFICATE OF SERVICE

I hereby certify that the Parties Joint Motion to Amend Case Management Order was filed on this 27th day of August, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/Steven G. Hill*
Steven G. Hill