## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

        Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

        Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## JOINT MOTION AND ORDER TO AMEND
## CASE MANAGEMENT ORDER

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and

defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the

"Parties") hereby jointly move the Court to amend the Amended Case Management

Order (Dkt. No. 124).

The parties seek a three (3) day extension of the fact discovery period for the

sole purpose of: (1) conducting the scheduled inspection of Plaintiffs' gaming

terminals by Defendants' expert, on August 31, 2021; and (2) completing the

deposition of third-party witness Grant F. Kowell, on September 2, 2021.[1]  In light

of the anticipated delayed receipt of Mr. Kowell's deposition transcript, the parties

---

[1] Defendants conducted their examination of Mr. Kowell on August 26.  Plaintiffs have not yet had an opportunity to examine the witness. As previously previewed to the Court (Dkt. No. 146), because of his age, Mr. Kowell requested that the deposition continue on a later date. Mr. Kowell will make himself available for deposition on September 2, 2021.

also seek a seven (7) day extension of expert discovery deadlines set forth in

Paragraph 7(f)(i) and 7(f)(ii) of the Case Management Order, as follows:

| Amended Case Management Order Paragraph | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| ¶7(a) | Fact discovery cut-off. | August 30, 2021 | September 2, 2021[2] |
| ¶7(f)i | Deadline for service of expert report for party who has the initial burden of proof on the subject matter. | September 28, 2021 | October 5, 2021 |
| ¶7(f)i | Deadline for any responsive expert reports. | October 28, 2021 | November 4, 2021 |
| ¶7(f)i | Deadline for reply expert reports. | November 30, 2021 | December 7, 2021 |
| ¶7(f)ii | Deadline to complete expert discovery. | December 7, 2021 | December 14, 2021 |
| ¶14 | Deadline for filing all dispositive motions, including Daubert motions, and supporting briefs. | January 7, 2022 | *Unchanged* |
| ¶14 | Deadline for filing all responsive briefs. | February 7, 2022 | *Unchanged* |
| ¶14 | Deadline for filing reply briefs. | February 22, 2022 | *Unchanged* |
| ¶16 | Deadline for filing motions in limine and supporting briefs. | April 6, 2022 | *Unchanged* |
| ¶17 | Deadline for filing pretrial | May 4, 2022 | *Unchanged* |

[2] The amended fact discovery deadline extends fact discovery solely for the purposes of 1) conducting the scheduled inspection of Plaintiffs' gaming terminals by Defendants' expert, on August 31, 2021 and (2) completing the deposition of third-party witness Grant F. Kowell, on September 2, 2021.  No additional fact discovery shall be allowed during this extended period.

| | | | |
|---|---|---|---|
| | memoranda, proposed voir dire questions, the joint voir dire fact statement, and proposed jury instructions. | | |
| ¶18 | Pretrial Conference. | May 18, 2022 at 9:30 am | *Unchanged* |
| ¶19 | Trial – Date for jury selection to commence. | June 6, 2022 at 9:30 am | *Unchanged* |

The Parties respectfully submit that good cause supports their request.  The requested extension will allow the Parties sufficient time to complete the scheduled terminal inspection and Kowell deposition, and allow time for receipt of the Kowell deposition transcript in advance of expert discovery.

For the foregoing reasons, the Parties respectfully ask the Court to grant this motion.

Dated: August 27, 2021                            Respectfully submitted,

HILL, KERTSCHER, & WHARTON, LLP                MORGAN, LEWIS & BOCKIUS LLP

*/s/ Steven G. Hill*                             */s/ Amy M. Dudash (w/ permission)*
Steven G. Hill (GA 354658)                       John V. Gorman (PA 80631)
(admitted *pro hac vice*)                        Kenneth J. Davis (PA 87944)  (admitted
John L. North (GA 545580)                        *pro hac vice*)
(admitted *pro hac vice*)                        Amy M. Dudash (PA 311898) (admitted
Martha L. Decker (GA 420867)                     *pro hac vice*)
(admitted *pro hac vice*)                        1701 Market Street
3625 Cumberland Blvd., SE, Ste. 1500             Philadelphia, PA 19103
Atlanta, GA  30339                               Telephone:  (215) 963-5000
Telephone: (770) 953-0995                        Fax: (215) 963-5001
Fax: (770) 953-1358                              Email:john.gorman@morganlewis.com
Email:  sgh@hkw-law.com                          Email:kenneth.davis@morganlewis.com
Email:  jln@hkw-law.com                          Email:  amy.dudash@morganlewis.com
Email:  md@hkw-law.com

-and-                                    -and-

KLEINBARD LLC                            Ahren C. Hsu-Hoffman (*pro hac vice*)
Matthew H. Haverstick (PA 85072)         1400 Page Mill Road
Eric J. Schreiner (PA 76721)             Palo Alto, CA  94304
Shohin H. Vance (PA 323551)              Telephone:  (650) 843-4000
Three Logan Square, 5th Floor            Fax:  (650) 843-4001
1717 Arch Street                         Email:  ahren.hsu-
Philadelphia, PA 19103                   hoffman@morganlewis.com
Telephone:  (215) 568-2000
Fax: (215) 568- 0140
Email:  mhaverstick@kleinbard.com        *Attorneys for Defendants Pennsylvania*
Email:  eschreiner@kleinbard.com         *Coin, LLC and PA Coin Holdings, LLC*
Email:  pgagne@kleinbard.com
Email:  svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog*
*Systems, LLC and POM of*
*Pennsylvania, LLC*

SO ORDERED this 31st day of August, 2021.

      s/ Jennifer P. Wilson
Honorable Jennifer P. Wilson
U.S. District Court Judge

4