**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

## **PETITION**

I_____Kelsey A. Bomar_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Morgan, Lewis & Bockius LLP_____

1201 N. Market Street, Suite 2201_____

Wilmington, DE 19801_____

Office Telephone:  +1.302.574.3000_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. \_\_\_\_\_(see attached)_____

My attorney Identification number is:  6641 - Delaware_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

 x\_\_\_SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Jennifer P. Wilson\_\_\_\_\_    Date:\_9/3/2021\_\_\_\_\_