## CERTIFICATE OF SERVICE

I hereby certify that the Parties' Joint Motion to Amend the Case Management Order was filed on this 24th day of September, 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman