## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

     Plaintiffs,

     v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

     Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## JOINT MOTION AND ORDER TO AMEND
## CASE MANAGEMENT ORDER

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC and defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, the "Parties") hereby jointly move the Court to amend the Amended Case Management Order (Dkt. No. 124).

The parties seek a few week extension of the fact discovery period for the sole purposes of accommodating on-going follow-up fact discovery, namely (1) to encompass the continuation of the 30(b)(6) deposition of plaintiff Savvy Dog Systems, LLC, which by agreement of the parties was conducted on September 17, 2021 and (2) to allow Defendants' expert to conduct a follow-up inspection of source code that third-party Pace-o-Matic produced after the close of fact discovery, with such inspection currently scheduled to conclude by September 29, 2021.  In light of these continued fact discovery activities and their impact on expert discovery, the

parties also seek a two week extension of expert discovery deadlines set forth in Paragraph 7(f)(i) and 7(f)(ii) of the Case Management Order, and, due to the need to complete expert discovery in advance of dispositive motions, also seek a three week extension of the dispositive motion deadlines as set forth in Paragraph 14 of the Case Management Order, as follows:

| Amended Case Management Order Paragraph | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| ¶7(a) | Fact discovery cut-off. | September 2, 2021[1] | September 30, 2021[2] |
| ¶7(f)i | Deadline for service of expert report for party who has the initial burden of proof on the subject matter. | October 5, 2021 | October 19, 2021 |
| ¶7(f)i | Deadline for any responsive expert reports. | November 4, 2021 | November 18, 2021 |
| ¶7(f)i | Deadline for reply expert reports. | December 7, 2021 | December 21, 2021 |
| ¶7(f)ii | Deadline to complete expert discovery. | December 14, 2021 | January 14, 2022[3] |

---

[1] This deadline was extended solely for the limited purposes outlined in Dkt. 148.

[2] This amended fact discovery deadline extends fact discovery solely for the purposes of (1) completion of the Rule 30(b)(6) deposition of Savvy Dog Systems, LLC and (2) Defendants' expert conducting the scheduled inspection of Pace-o-Matic source code and production of such source code.

[3] To accommodate the end of year holidays and likely impact on experts' availability for depositions, the extension of the deadline set forth in paragraph 7(f)(ii) is for an additional seventeen days.

| ¶14 | Deadline for filing all dispositive motions, including Daubert motions, and supporting briefs. | January 7, 2022 | January 28, 2022 |
|---|---|---|---|
| ¶14 | Deadline for filing all responsive briefs. | February 7, 2022 | February 28, 2022 |
| ¶14 | Deadline for filing reply briefs. | February 22, 2022 | March 15, 2022 |
| ¶16 | Deadline for filing motions in limine and supporting briefs. | April 6, 2022 | *Unchanged* |
| ¶17 | Deadline for filing pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, and proposed jury instructions. | May 4, 2022 | *Unchanged* |
| ¶18 | Pretrial Conference. | May 18, 2022 at 9:30 am | *Unchanged* |
| ¶19 | Trial – Date for jury selection to commence. | June 6, 2022 at 9:30 am | *Unchanged* |

The Parties respectfully submit that good cause supports their request. The requested extension will allow the Parties sufficient time to complete the complete the on-going fact discovery follow-up, and allow sufficient time to account for this continued fact discovery in expert reports. Given the parties anticipate dispositive motions may depend, in part, on expert discovery, this proposed extension will also allow the Parties sufficient time to include any information from expert discovery into their dispositive motions briefing.

For the foregoing reasons, the Parties respectfully request the Court grant this motion.

Dated: September 24, 2021

HILL, KERTSCHER, & WHARTON, LLP

/s/ Steven G. Hill
Steven G. Hill (GA 354658)
(admitted *pro hac vice*)
John L. North (GA 545580)
(admitted *pro hac vice*)
Martha L. Decker (GA 420867)
(admitted *pro hac vice*)
3350 Riverwood Parkway
Atlanta, GA  30339
Telephone: 770.953.0995
Fax: 770.953.1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com

KLEINBARD LLC
Matthew H. Haverstick (PA 85072)
Eric J. Schreiner (PA 76721)
Shohin H. Vance (PA 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: 215.568.2000
Fax: 215.568.0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

*Attorneys for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944)
(admitted *pro hac vice*)
Amy M. Dudash (PA 311898)
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Fax: 215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

Ahren C. Hsu-Hoffman (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA  94304
Telephone:  650.843.4000
Fax:  650.843.4001
ahren.hsu-hoffman@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

4

SO ORDERED this 29th day of September, 2021.

_s/ Jennifer P. Wilson_
Honorable Jennifer P. Wilson
U.S. District Court Judge