**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :

**<u>PETITION</u>**

I,  <u>Austin L. Zuck</u>               , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:      <u>Morgan, Lewis & Bockius LLP</u>

<u>1400 Page Mill Road</u>

<u>Palo Alto, CA 94304</u>

Office Telephone:    <u>(650) 843-4000</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

<u>Please see attached.</u>

My attorney Identification number is:  <u>318434</u>

<u>FOR COURT USE ONLY</u>

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____      Date: _____

<u>X</u>   SPECIAL ADMISSION:

GRANTED BY THE COURT  <u>s/ Jennifer P. Wilson</u>      Date:<u>1/13/2022</u>