## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## ORDER

AND NOW, this _____ day of _____, 2022, it is hereby ordered that:

1.  Defendants' Motion for Summary Judgment of Patent Invalidity Under 35 U.S.C. § 101 is GRANTED.

2.  U.S. Patent No. 7,736,223 is hereby declared INVALID.

3.  Judgment is entered in favor of Defendants regarding their asserted counterclaims and regarding Plaintiffs' claims, and against Plaintiffs regarding all asserted claims and counterclaims.

_____
Honorable Jennifer P. Wilson
U.S. District Judge