# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

      Plaintiffs,

        v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

### DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF KEVIN HARRIGAN, PH.D.

Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC hereby move to exclude Dr. Harrigan's testimony and opinions regarding (1) witness credibility (including those expressed in paragraphs 99, 176, 188, and 212 of Dr. Harrigan's Report) and (2) based on the Declaration of Clinton Lowe (including those opinions and factual narrative set forth in paragraphs 120-27, 129-139, 142-144, 146, 149, 151-52, 155-58, 161-64, 166-68, 188 (bullet point No. 5), and 190 of Dr. Harrigan's Report).

The reasons for this Motion are set forth in the accompanying brief in support, which is incorporated herein by reference.

Dated:  January 28, 2022   Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (admitted *pro hac vice*)
Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

Ahren C. Hsu-Hoffman (admitted *pro hac vice*)
Austin L. Zuck (admitted *pro hac vice*)
1400 Page Mill Road
Palo Alto, CA  94304
Telephone:  650.843.4000
Fax:  650.843.4001
ahren.hsu-hoffman@morganlewis.com
austin.zuck@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC*
*and PA Coin Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed on this 28th day of January, 2022 via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman