**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SAVVY DOG SYSTEMS, LLC, and
POM of Pennsylvania, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

**ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby ordered that:

1. Defendants' Motion to Exclude Testimony of Kevin Harrigan, Ph.D. is GRANTED.

2. Dr. Harrigan is precluded from offering testimony and opinions regarding witness credibility and testimony and opinions based on the Declaration of Clinton Lowe (including those opinions and factual narrative set forth in paragraphs 120-27, 129-139, 142-144, 146, 149, 151-52, 155-58, 161-64, 166-68, 188 (bullet point No. 5), and 190 of Dr. Harrigan's Report).121-23, 125, 129-132, 135-138, 142-144, 149, 151, 156-57, 161-64, 166-68, 188 (bullet point No. 5) of Dr. Harrigan's Report at trial in the above-referenced matter.

_____
Honorable Jennifer P. Wilson
U.S. District Judge