## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, the undersigned sought concurrence from Plaintiffs' counsel regarding the requested exclusion of Dr. Harrigan's testimony and opinions, and Plaintiffs' counsel did not provide concurrence.

/s/John V. Gorman
John V. Gorman