## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : : : | Civil No. 3:19-CV-01470 |
| Plaintiffs, | : : | |
| v. | : : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 2nd day of February, 2022, following review of the sealed documents relating to Defendants' motion for summary judgement and motion to exclude, Docs. 157, 158, & 159, and noting that Defendant failed to file a motion to seal pursuant to Local Rule 5.8, **IT IS ORDERED AS FOLLOWS**:

1) By **February 9, 2022**, Defendants shall file a motion to seal in accordance with Local Rule 5.8, which includes a statement of factual and legal justification for sealing Docs. 157, 158, and 159 in compliance with *In re Avandia Marketing, Sales Practices & Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019).  Within the motion, Defendants shall specify the exhibits and information within the briefs that require sealing, rather than a simply requesting the entire set of exhibits and briefs be sealed.  For example, Defendants should identify whether

1

redacted versions of the brief could be docketed publicly.  The wholesale sealing of Docs. 157, 158, and 159, would create challenges for the court to publish an opinion and order on the motions for summary judgment and to exclude.

2) Docs. 157, 158, and 159 shall remain sealed pending the court's review of the motion to seal and statement of legal and factual justification.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania