B

# EXHIBIT B

Unsealed Public Version Filed on February 8, 2022

III

**N F A**

*Nick Farley & Associates*

6725 Andre Lane
Solon, Ohio 44139
(440) 542-1260
FAX (440) 542-1261

March 7, 2005

Mr. Kurt O. Gearhiser, Esq.
Fawley & Associates, Attorneys at Law
520 East Rich Street
Columbus, Ohio 43215-4360

Re:    Report on the review and analysis of the *Tic-Tac-Fruit* game.

Dear Mr. Gearhiser:

By request received December 14, 2004, and subsequent information received through February 11, 2005, **Nick Farley & Associates, Inc.** has conducted a review and examination of the *Tic-Tac-Fruit* game developed by Pace-O-Matic, Inc. and distributed by Ohio Skill Games. Our review and examination has been undertaken on behalf of the law firm of Fawley & Associates for the benefit of Pace-O-Matic, Inc and Ohio Skill Games. This document will be divided into sections representing the various stages of review and analysis conducted.

**Section I - General Information Regarding the *Tic-Tac-Fruit* Game**

The *Tic-Tac-Fruit* game is available in four (4) different game themes. These game themes are identified as follows:

*Tic-Tac-Fruit* (Classic)
*Tic-Tac Fruit Treasure Edition*
*Tic-Tac-Fruit Crown Jewels Edition*
*Tic-Tac-Fruit Sports Barz Edition*

A player inserts money into the *Tic-Tac-Fruit* device through a bill acceptor located on the front of the cabinet beneath the button panel. The bill acceptor accepts U.S. notes of varying denominations. Bills inserted are displayed on the video screen as "Points" available for game play purchase.

---

*Headquarters*
*6725 Andre Lane*
*Solon, Ohio 44139*
*(440) 542-1260*
*Fax (440) 542-1261*

**www.nfa777.com**

*Bedford Testing Facility*
*1 Industry Drive*
*Bedford, Ohio 44146*
*(440) 439-TEST (8378)*
*Fax (440) 439-6950*

12

POM000450

Mr. Gearhiser
March 7, 2005
Page 2

The player then selects the denomination of play by simply touching the appropriate icon for the price of game play. A player may change their desired denomination at any time prior to engaging in game play.

Game play begins with the player touching the "PLAY" icon on the video screen or pressing the "PLAY / CREDIT" button on the cabinet exterior. The video screen presents nine (9) symbols in a 3x3 array to the player, similar to a tac-tac-toe arrangement. The object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate symbol to change to obtain the most valuable prize offered.

It should be noted that the initial nine (9) symbols displayed will not present an automatic winning combination. The player must engage in the selection of the symbol to be replaced with a "Wild Card" in order to obtain a winning game outcome.

The player has a finite length of time to select the appropriate symbol to replace. Failure to select a symbol in the allotted time will result in a losing game outcome. In such an instance, the amount that would have been won is revealed to the player and placed into the Bonus Pool, which will be won by the player successfully obtaining the top prize. Likewise, if the player selects a symbol to replace that does not obtain a winning outcome or the best possible winning outcome, the amount that was not won is added to the Bonus Pool. In the case of the player not obtaining the best possible outcome, the difference between the prize won and the best possible prize is added to the Bonus Pool.

Essentially, *Tic-Tac-Fruit* presents a task whereby the player must select the appropriate symbol to replace with a "Wild" symbol in an effort to obtain the highest value game outcome offered by the device. The prize is determined by a random selection from a finite pool of available prizes. The device selects the quantity of lines which will present a winning outcome. Prizes may be presented on 1, 2, 3 or 4 lines in a single game play. The device then selects the level of prize(s) to be awarded. A software algorithm assesses the arrangement of the prize(s) to be offered to assure that no other, more valuable prizes will inadvertently be presented. The key symbol needed to attain the highest value prize is replaced with a non-winning symbol prior to display to the player. The player is then presented with the puzzle to solve for the highest value prize. A successful selection of symbol replacement will award the player with the prize.

All prizes won are displayed as "SCORE" and added to the "POINTS" available for additional game play purchases.

The player may redeem accumulated credits after game play. Redemption of the credits is accomplished by simply pressing the "TICKET" button, or touching the "REDEEM" icon on the video screen. All accumulated credits will be redeemed as a cash voucher on a printed ticket. The printed ticket may be presented to a redemption counter within the venue for cash payment.

*Nick Farley & Associates*
**www.nfa777.com**
POM000451

13

## Section II - Game Specific Information

*Nick Farley & Associates, Inc.* has evaluated each of the four (4) game themes offered as *Tic-Tac-Fruit*. Each of the game themes offer game play in an identical manner. Only the graphics, award schedules and cartridge composition vary among the four different game themes. The award schedule is available to the player through the "HELP" screen, which may be accessed by touching the "HELP" icon on the video screen. The award schedule information pertaining to each of these game themes is as follows:

### *Tic-Tac-Fruit* (Classic)

*Tic-Tac-Fruit* (Classic) presents a game theme based primarily upon fruit symbols. There are eight (8) symbols, thus eight different winning combinations. The award schedule for *Tic-Tac-Fruit* (Classic) is listed as follows:

| *Tic-Tac-Fruit* (Classic) | | | | |
|---|---|---|---|---|
| | *50¢* | *$1.00* | *$2.00* | *$4.00* |
| *3 Titanium* | $250* | $500* | $1,000* | $2,000* |
| *3 Spinner* | 80¢* | $1.60* | $3.20* | $6.40* |
| *3 Flip* | * | * | * | * |
| *3 Bell* | $2.50 | $5 | $10 | $20 |
| *3 Plum* | $1 | $2 | $4 | $8 |
| *3 Orange* | 8¢ | 16¢ | 32¢ | 64¢ |
| *3 Lemon* | 4¢ | 8¢ | 16¢ | 32¢ |
| *3 Cherry* | 2¢ | 4¢ | 8¢ | 16¢ |

### Tic-Tac-Fruit Treasure Edition

*Tic-Tac-Fruit Treasure Edition* presents a game theme based primarily upon pirate-themed symbols. There are eight (8) symbols, thus eight different winning combinations. The award schedule for *Tic-Tac-Fruit Treasure Edition* is listed as follows:

| Tic-Tac-Fruit Treasure Edition | | | |
|---|---|---|---|
| | *50¢* | *75¢* | *$1.00* |
| *3 Pirate* | $200* | $300* | $400* |
| *3 Spin* | $4* | $6* | $8* |
| *3 Chest (Flip)* | * | * | * |
| *3 Crown* | $2.50 | $3.75 | $5 |
| *3 Bag of Gold* | $1 | $1.50 | $2 |
| *3 Swords* | 8¢ | 12¢ | 16¢ |
| *3 Cannon* | 4¢ | 6¢ | 8¢ |
| *3 Parrot* | 2¢ | 3¢ | 4¢ |

Mr. Gearhiser
March 7, 2005
Page 4

### Tic-Tac-Fruit Crown Jewels Edition

*Tic-Tac-Fruit Crown Jewels Edition* presents a game theme based primarily upon precious jewel symbols. There are eight (8) symbols, thus eight different winning combinations. The award schedule for *Tic-Tac-Fruit Crown Jewels Edition* is listed as follows:

| Tic-Tac-Fruit Crown Jewels Edition | | | |
|---|---|---|---|
| | 25¢ | 50¢ | 75¢ |
| 3 Crown | $100* | $200* | $300* |
| 3 Diamond (Spin) | $1.60* | $3.20* | $4.80* |
| 3 Chest (Flip) | * | * | * |
| 3 Emerald | $1 | $2 | $3 |
| 3 Ruby | 50¢ | $1 | $1.50 |
| 3 Sapphire | 4¢ | 8¢ | 12¢ |
| 3 Amethyst | 2¢ | 4¢ | 6¢ |
| 3 Onyx | 1¢ | 2¢ | 3¢ |

### Tic-Tac-Fruit Sports Barz Edition

*Tic-Tac-Fruit Sports Barz Edition* presents a game theme based primarily upon sports symbols. There are eight (8) symbols, thus eight different winning combinations. The award schedule for *Tic-Tac-Fruit Sports Barz Edition* is listed as follows:

| Tic-Tac-Fruit Sports Barz Edition | | | | |
|---|---|---|---|---|
| | $1.00 | $2.00 | $3.00 | $4.00 |
| 3 Gold Bars | $500* | $1,000* | $1,500* | $2,000* |
| 3 Target (Spin) | $2* | $4* | $6* | $8* |
| 3 Checkered Flag (Flip) | * | * | * | * |
| 3 Football Helmet | $5 | $10 | $15 | $20 |
| 3 Baseball Glove | $2 | $4 | $6 | $8 |
| 3 Basketball Hoop | 16¢ | 32¢ | 48¢ | 64¢ |
| 3 Soccer Ball | 8¢ | 16¢ | 24¢ | 32¢ |
| 3 Goalie Mask | 4¢ | 8¢ | 12¢ | 16¢ |

NOTE: * - Prizes designated with * are Progressive value prizes. The value awarded for these prizes will increase with every game played.

*Nick Farley & Associates*
www.nfa777.com
POM000453

15

III

**Section III - Review of Source Code and System Software Identification**

Each of the four game themes reviewed represented version 4.71 of the software revision. Pace-O-Matic, Inc. has provided a copy of the software source code to *Nick Farley & Associates, Inc.*  The review and evaluation of software source code is essential in establishing game operation and game outcome determination.  Our review of the source code indicates that each of these games possess a finite number of plays.  The quantity of game plays is game theme specific.  The table below outlines the quantity of game plays for each of the four game themes available:

|  | *Tic-Tac-Fruit* (Classic) | *Tic-Tac-Fruit* *Treasure Edition* | *Tic-Tac-Fruit* *Crown Jewels Ed.* | *Tic-Tac-Fruit* *Sports Bar Edition* |
|---|---|---|---|---|
| Cartridges | 3 | 12 | 25 | 5 |
| Plays per Cartridge | 30,000 | 10,000 | 6,000 | 15,000 |
| Total Game Plays | *90,000* | *120,000* | *150,000* | *75,000* |

The quantities specified are purchased by a device operator.  The operator pays a fee to obtain an eight (8) digit pass code that must be correctly entered in order to enable the appropriate quantity of game plays for the various game themes.

Each purchase level of each game theme is merely a multiple of the lowest game purchase level.  Thus, all game outcomes are derived from the same finite pool of game outcomes regardless of purchase amount.  Each time the player engages play, an outcome is selected at random from the finite pool of game outcomes.  How the player plays the game determines whether the player will receive the winnings, or if the winnings will go into a community pool (Bonus Pool) which will be awarded to the next player successfully attaining the top prize.

The game is configured with electronic cartridges that, essentially, contain a finite pool of game plays based upon eight different levels of winning prize values.  The electronic cartridges are not accessible to the operator of the machine and cannot be changed. When the current allotment of finite game plays in one cartridge is depleted, the next cartridge is automatically selected by the device.  When all of the electronic cartridges are depleted, the device will become disabled with a message stating "Out of Plays" on the lower center of the video screen.  The device operator must purchase additional pools of game plays, which will be enabled with the correct entry of the eight (8) digit pass code.

It was noted that the source code of this game is structured in such a way that it can accommodate a variety of different types of games, including skill-based games; slot-based games; electronic bingo games; etc.  As compiled, the source code reviewed only allows for the play of the *Tic-Tac-Fruit* skill-based game.  The operator of these games will not have access to the software program source code, and will not have the ability to change the way the game is played.  Configuration of game play can only be done by Pace-O-Matic's software programmer.

POM000454

Only one game theme is present on a player terminal. The *Tic-Tac-Fruit* game theme specific EPROMs and security chips must be properly installed to enable device operation. The EPROMs associated with software revision 4.71 for each of the four game themes are listed as follows:

### Tic-Tac-Fruit (Classic)

| EPROM Identification | CPU Board Location | Memory Size | Checksum Value | Kobetron Signature | Dataman Validator-32 Signature |
|---|---|---|---|---|---|
| ©PACE-O-Matic, INC FRP471OSG CHECKSUM 1004h | U4 | 27C4001 | 0382-1004 | 7UCC | 568P1P6U |
| ©PACE-O-Matic, INC FRP471OSG CHECKSUM A168h | U7 | 27C4001 | 034D-A168 | P55F | 8911F7D4 |

### Tic-Tac-Fruit Treasure Edition

| EPROM Identification | CPU Board Location | Memory Size | Checksum Value | Kobetron Signature | Dataman Validator-32 Signature |
|---|---|---|---|---|---|
| ©PACE-O-Matic, INC FRP471TRS CHECKSUM 07E6h | U4 | 27C4001 | 037B-07E6 | 6394 | BHC984C7 |
| ©PACE-O-Matic, INC FRP471TRS CHECKSUM EF32h | U7 | 27C4001 | 0345-EF32 | 255P | 00617300 |

### Tic-Tac-Fruit Crown Jewels Edition

| EPROM Identification | CPU Board Location | Memory Size | Checksum Value | Kobetron Signature | Dataman Validator-32 Signature |
|---|---|---|---|---|---|
| ©PACE-O-Matic, INC FRP471CJE CHECKSUM 43FCh | U4 | 27C4001 | 037A-43FC | 8P2C | 882430D5 |
| ©PACE-O-Matic, INC FRP471CJE CHECKSUM ACF0h | U7 | 27C4001 | 0345-ACF0 | 5735 | 8AE575DU |

### Tic-Tac-Fruit Sports Barz Edition

| EPROM Identification | CPU Board Location | Memory Size | Checksum Value | Kobetron Signature | Dataman Validator-32 Signature |
|---|---|---|---|---|---|
| ©PACE-O-Matic, INC FRP471SBZ CHECKSUM 80DFh | U4 | 27C4001 | 0378-80DF | F3HH | 998179D8 |
| ©PACE-O-Matic, INC FRP471SBZ CHECKSUM 45F5h | U7 | 27C4001 | 0343-45F5 | 3F6U | 438426AP |

The Checksum Value is a summation of all of the data contained on the EPROM; most EPROM Programmers offer this feature to verify that the contents of an EPROM are identical to the source program, or "Master" EPROM.    The Checksum values listed were obtained using a commercially available EPROM Programmer manufactured by Needham's Electronics (model EMP-31), and may be obtained through most commercially available EPROM programmers.

The Kobetron model GI-3000 Signature Analyzer is a device manufactured by Kobetron, Inc. of Navarre, Florida.  The Kobetron Signature Analyzer reads the contents of an EPROM and performs a unique algorithm that calculates a signature value for the contents of the EPROM.  EPROMs with identical information stored on them will obtain the same signature calculation.  EPROMs that contain different information, even slightly different, will obtain different signature calculations.  The algorithm used by the Kobetron Signature Analyzer is much different than a Checksum calculation, and is proprietary to Kobetron, Inc.  The Kobetron Signature Analyzer is a commercially available tool that has become the industry standard for EPROM content verification throughout most jurisdictions that regulate electronic games.

Likewise, the Dataman model S4 Validator is a commercially available tool that utilizes a modified CRC-32 algorithm to obtain its Validator-32 signature for the contents of an EPROM.  This tool is available through Dataman, Inc. with offices in Orange City, Florida.

The Checksum values, Kobetron Signatures and Dataman Validator-32 values previously listed will be obtained provided that the information contained on the EPROM to be examined is identical to the EPROM reviewed in our laboratory facility.  Should any information be changed on the EPROM one or more of the listed signatures (Checksum, Kobetron, Dataman) will be different.

**Section IV - Features and Options**

The *Tic-Tac-Fruit* device offers several operator-selectable options and features.  The options and features offered to the device operator are included in the "Setup Menu". There are several submenus in the "Setup Menu".  The features and options available to the device operator are listed in the attached *Appendix*.

**Section V - Skill vs. Chance Findings and Conclusions**

Based upon the review and analysis of the *Tic-Tac-Fruit* game themes submitted by Pace-O-Matic, Inc. and Ohio Skill Games, it is evident that the game outcome is based upon the player's skill and acumen in recognizing a winning combination and selecting the appropriate symbol to replace to attain the highest value winning combination as a game play result.  The player must work quickly, as game play is dependent upon a time limitation.  Based upon our evaluation of game play, a winning outcome is attainable for every game played.

18                                                                                                        POM000456

In the Ohio Revised Code, under Title XXIX - Chapter 2915 <u>Gambling</u> - § 2915.01 <u>Definitions</u>, there is an exclusion for a <u>skill-based amusement machine</u> from the definition of a "Scheme of Chance" (Section 2915.01(C)). It goes on to define a <u>skill-based amusement machine</u> as follows (Section 2915.01(AAA)):

(AAA)
(1) "Skill-based amusement machine" means a skill-based amusement device, such as a mechanical, electronic, video, or digital device, or machine, whether or not the skill-based amusement machine requires payment for use through a coin or bill validator or other payment of consideration or value to participate in the machine's offering or to activate the machine, provided that all of the following apply:
   (a) The machine involves a task, game, play, contest, competition, or tournament in which the player actively participates in the task, game, play, contest, competition, or tournament.
   (b) The outcome of an individual's play and participation is not determined largely or wholly by chance.
   (c) The outcome of play during a game is not controlled by a person not actively participating in the game.
(2) All of the following apply to any machine that is operated as described in division (AAA)(1) of this section:
   (a) As used in this section, "task," "game," and "play" mean one event from the initial activation of the machine until the results of play are determined without payment of additional consideration. An individual utilizing a machine that involves a single task, game, play, contest, competition, or tournament may be awarded prizes based on the results of play.
   (b) Advance play for a single task, game, play, contest, competition, or tournament participation may be purchased. The cost of the contest, competition, or tournament participation may be greater than a single non-contest, competition, or tournament play.
   (c) To the extent that the machine is used in a contest, competition, or tournament, that contest, competition, or tournament has a defined starting and ending date and is open to participants in competition for scoring and ranking results toward the awarding of prizes that are stated prior to the start of the contest, competition, or tournament.

Based upon our review and evaluation of the four *Tic-Tac-Fruit* game themes, we believe that the games offered constitute a "Skill-based amusement machine" as defined in the Ohio Revised Code under Title XXIX - Chapter 2915 <u>Gambling</u> - § 2915.01 <u>Definitions</u>, section (AAA). Specifically, players engaged in the play of games offered by *Tic-Tac-Fruit* will engage in a "task", whereby the player must actively participate in the task to attain a successful game outcome. The outcome of game play is ***not*** determined largely or wholly by chance. Nor is the outcome of game play controlled by a person not actively engaged in game play. Player's that engage in game play and attain a successful outcome are awarded a prize, which is based entirely upon the results of play.

It is hereby expressed that *Nick Farley & Associates, Inc.* has reviewed the submitted game themes through the engagement of game play, and analysis of the submitted software program source code. *Nick Farley & Associates, Inc.* has performed extensive research and analysis to determine the findings and conclusions of fact presented in this document. However, we realize that not all information may have been disclosed or provided for our review. If any parties dispute our findings, and may present evidence or information contrary to our findings, we would welcome the addition of this information for our consideration. In such an instance, we reserve the right to amend or revise this document.

If you should have any questions or require additional information, please feel free to contact our office.

Sincerely,

Nick Farley
*President*

File:    FWLY-OH-PACE-04-01-EW

20

POM000458

## *Appendix*

**Options and Features of the *Tic-Tac-Fruit* Game**

POM000459

### *APPENDIX*

### *Tic-Tac-Fruit*

### Features and Options

The *Tic-Tac-Fruit* device offers several operator-selectable options and features.  The options and features offered to the device operator are included in the "Setup Menu".  There are several submenus in the "Setup Menu".  The features and options available to the device operator are listed as follows:

| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |
|---|---|---|
| Main Setup | | |
| | Terminal Identity | The operator may input a number to identify the specific device. |
| | Terminal Mode | The operator may select to operate the device under normal play, demonstration mode, or in tournament mode. |
| | Network Controller | |
| | Network Master | The operator may select to operate the device as a master or stand-alone unit, or may elect to network multiple game together with game offerings coming from a single master to one or more slave terminals. |
| | Auto GP Update | When more than one machine is connected in a network, this feature allows all features set at the master to be passed on to the slave terminals so that all player terminals in the network possess the same game characteristics. |
| | Update Master Setup | When more than one machine is connected in a network, this feature allows all features set at one of the slave terminals to be passed on to the master terminal so that all player terminals in the network possess the same game characteristics. |

Page AP-1                                          *Appendix*

| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |
|---|---|---|
| Cash Setup | | |
| | Input Control | |
| | Single Coin Type | This is the lowest denomination for which a player may purchase game play.  Please note that some versions of *Tic-Tac-Fruit* utilize a multiple of this value as the minimum game purchase price. |
| | Maximum Credit | The operator may select the maximum amount of credit that may be accumulated on the device. |
| | Maximum Cash In | The operator may select the maximum amount of money that may be inserted into the device and accumulated for un-played games. |
| | Flow Control | |
| | Game In | The operator may select to display accumulated credits as dollar values or credit values. |
| | Meters Coin Type | The operator may select the denomination in which meters will increment. |
| | Flash Lamp at | The operator may select the value at which an optional tower lamp will flash for win amounts equal to or greater than the amount entered for this feature. |
| | Bank Progressive | The operator may select to display the progressive prize value as dollar values or credit values. |
| | Archive Stats | This feature will enable or disable the ability to clear the archive meter information.  Regardless of this feature setting, the device will maintain daily meters, weekly meters, and overall archive meter information unless cleared by the operator (when this feature is activated). |

Page AP-2                                          *Appendix*

***Nick Farley & Associates***

23

III

| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |
|---|---|---|
| | Ring Bell at | The operator may select the value at which an optional bell will ring for win amounts equal to or greater than the amount entered for this feature. |
| | Output Control | |
| | Redeem | The operator may select the method of prize redemption for accumulated winnings. |
| | Maximum Cash Out | The operator may select the maximum value that may be accumulated on the device before mandating that accumulated winnings be redeemed. |
| | Maximum Ticket | The operator may select the maximum value of a ticket to be printed by the device when a ticket printer is installed as the redemption mechanism. |
| | Special Win at | The operator may select a prize value to be established as a Special Win where prizes equal to or greater than this value will be automatically redeemed by the device to the player. |
| Terminal Setup | | |
| | Door Open Warnings | The operator may elect to enable or disable the monitoring and warning of door open conditions for the following doors: |
| | Main Door Sensing | |
| | Cash Door Sensing | |
| | Logic Door Sensing | |
| | Volume Controls | The operator may adjust the audio volume levels as desired. |
| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |

*Nick Farley & Associates*
www.nfa777.com

24                                                              POM000462

III

|  |  |  |
|---|---|---|
|  | Auto Play Control | The operator may enable or disable a feature whereby the player may automatically engage in new game play after completing game provided sufficient funds are available fro continued game play. The player must still engage in game decisions, but a new game will automatically be initiated after game completion. |
|  | Other Controls |  |
|  | LED Sign | The device is capable of supporting an external sign to display the progressive prize value. |
|  | Belamps | This feature allows the operator to set the criteria for activating an optional tower lamp for attraction purposes. |
|  | Errors | The operator may select to display errors in descriptive language or as a numerical code. |
|  | Call Attendant | The operator may elect to display a Call Attendant request as either an optional blinking tower light (if installed) or as a message on the video screen. |
|  | Keyless Error Clear | This feature allows for errors to be cleared by pressing and holding the PLAY button for ten seconds in lieu of utilizing a key to reset the error condition. |
|  | Help Screen Call Attendant | The operator may choose to display the call attendant button on the Help Screen. |
| Printer Setup |  |  |
|  | Printer Control |  |
|  | Printer | This option should be set to the appropriate setting for the type of printer being used in the device. |
| **SUBMENU TITLE** | **OPTIONS & FEATURES** | **DESCRIPTION** |

*Nick Farley & Associates*
www.nfa777.com

POM000463

|  | Print Test Ticket | The operator may print a Test Ticket to verify proper printer operation. |
|---|---|---|
|  | Signature Line | This option will enable or disable a signature line where a patron would sign when redeeming a printed ticket. |
|  | Enable Header Keyboard | The operator may incorporate a custom header message on all printed tickets through this feature. |
|  | Restore Default Header | The operator may restore the header option to the default setting. |
| Game Setup |  |  |
|  | Bank Progressive Base Credit | This is the base value for the Bonus Pool progressive jackpot prize. The value entered here is in cents and is the base value for the Single Coin Type established in the Cash Setup submenu. For example, if this feature is et for 12500 and the Single Coin Type is 25¢, the base value for the progressive will be $125.00 for 25¢, $250.00 for 50¢ play, and 500.00 for $1 play. |
|  | Bank Progressive Contribution | This is the rate at which the Bonus Pool progressive jackpot prize will increment for each game played regardless of game outcome. |
|  | Bank Jackpot Minimum Credit | The operator may select the minimum credit amount to be played to qualify for the Bonus Pool top award progressive jackpot prize. |
|  | Max Credit per Line | This is the maximum value for game play purchase in credits. |

*Nick Farley & Associates*
www.nfa777.com

26

POM000464

| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |
|---|---|---|
| | Animate | The operator may select the method in which the game puzzle will be presented to the player. Options include a flip over or a spinning animation. |
| | Spinner Base Credit | This is the base prize for the Spinner progressive prize pool. |
| | Minimum Credit per Line | This is minimum value for game play purchase in credits. |
| | Spinner Contribution | This is the rate at which the Spinner progressive jackpot prize will increment for each game played regardless of game outcome. |
| | Brick Screen | The operator may select the background to be displayed. |
| | Prize Flip Minimum Credit | The operator may select the minimum credit amount to be played to qualify for the Flip progressive jackpot prize. |
| | Spinner Minimum Credit | The operator may select the minimum credit amount to be played to qualify for the Spinner progressive jackpot prize. |
| | Play Button 1 | The operator may enable or disable the purchase price associated with this play button. |
| | Play Button 2 | The operator may enable or disable the purchase price associated with this play button. |
| | Play Button 3 | The operator may enable or disable the purchase price associated with this play button. |
| | Play Button 4 | The operator may enable or disable the purchase price associated with this play button. |

Page AP-6                                         *Appendix*

| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |
|---|---|---|
| Bill Acceptor Setup | | |
| | Bill In | This option should be set to the appropriate setting for the type of bill acceptor being used in the device. |
| Coin IO Setup | | |
| | Coin In | This option should be set to the appropriate setting for the type of coin acceptor being used in the device. |
| Game Menu Setup | | |
| | Game Menu | This option enables or disables a Main Menu before entering the game play screen. |
| | Menu Button Icons | This feature works in conjunction with the Game menu option. |
| Attract Mode Setup | | |
| | Cycle Delay | This feature sets the frequency of time for the attraction mode to repeat when the game is inactive. |
| | Touch Delay | This feature establishes the length of time the device must be inactive before the attraction mode becomes active. |
| Progressive Setup | | |
| | Progressive Bank Setup | |
| | Reset Progressive Accumulator to Zero | This allows the operator to reset the progressive jackpot prize to the base value. |
| | Bank Progressive Roundup | The operator may select the increment to which the progressive jackpot prize will be rounded up for a networked bank of games contributing to the same progressive jackpot prize. |

Page AP-7                                   *Appendix*

| SUBMENU TITLE | OPTIONS & FEATURES | DESCRIPTION |
|---|---|---|
| | Max Bank Progressive Win | This is the maximum value the progressive jackpot prize may achieve for a networked bank of games contributing to the same progressive jackpot prize. |
| | Adjust Progressive Accumulated Value | This allows the operator to adjust the progressive jackpot prize value being displayed. |
| | Next Game on List | This feature is not applicable to the *Tic-Tac-Fruit* device as there is only one game offered on each terminal. |
| | Progressive Game Setup | |
| | Game Progressive Roundup | The operator may select the increment to which the progressive jackpot prize will be rounded up for a single game terminal progressive jackpot prize. |
| | Maximum Game Progressive Win | This is the maximum value the progressive jackpot prize may achieve for a single game terminal progressive jackpot prize. |
| Time Setup | | |
| | Local Time and Date | This feature allows the operator to set the time and date for the game terminal, including the following information: |
| | Year | |
| | Month | |
| | Day | |
| | Hour | |
| | Minutes | |
| | Seconds | |
| | Weekday | |
| **SUBMENU TITLE** | **OPTIONS & FEATURES** | **DESCRIPTION** |

III

| Redemption Setup | | |
|---|---|---|
| | Redemption Control | |
| | Separate Win Credit | This feature allows the operator to select if game winnings will be displayed separately from inserted credits, or if game winnings may be used for game play. |
| | Auto Redeem | This feature is inoperable on the *Tic-Tac-Fruit* game as all credit redemptions must be requested by the player. |
| | Redeem Value | This is the minimum increment for which accumulated credits may be redeemed. |
| | Singles Only | This feature is utilized in jurisdictions where the maximum value for a printed ticket voucher may not exceed $5.00.  When enabled, this feature will redeem accumulated credits in increments of $5.00 printed vouchers. |
| | Time Out Seconds | This feature establishes the length of time a player has to acknowledge the desire to redeem credits.  If the player fails to acknowledge redemption after this length of time, the device will return to game play mode with the player's credits restored. |
| | Meter B | This feature establishes the proper handling of the cash out meter. For normal use, the cash out meter will increment for the actual cash value of the ticket dispensed by the device.  If this feature is set for redemption mode, then the cash out meter will increment once for every ticket voucher dispensed. |
| **SUBMENU TITLE** | **OPTIONS & FEATURES** | **DESCRIPTION** |
| | Clear All Games | This feature is utilized in |

Page AP-9                                   *Appendix*

| | | |
|---|---|---|
| | | jurisdictions where game plays by a player are required to maintain a counter.  This feature, when enabled, clears this game play counter. |
| | Games Limit | This feature establishes the maximum value for a printed ticket voucher. |
| | Delay & Control | |
| | Spin Delay | This feature sets the length of time before the symbols change from the previous game result to the new game puzzle. |
| | Gaming Labels | When enabled this feature will display the amount won on each winning line in addition to the total amount won.  When disabled, only the total amount won on all lines is displayed. |
| | Choice Delay | This feature allows the operator to set the length of time a player has to solve the puzzle.  Time limits range from 5 seconds to 60 seconds.  The default value is 10 seconds. |
| | Redemption    Ticket Detail | This feature is utilized in jurisdictions where there exists a maximum prize value for each game played.    In such jurisdictions, the printed ticket voucher will incorporate extra text providing details pertaining to the number of games played and the relationship to the ticket voucher value.  This feature is not enabled in the 4.71 software version reviewed. |

Page AP-10                                      *Appendix*