# EXHIBIT G

Unsealed Public Version Filed on February 8, 2022

# Paceomatic's Patent Portfolio
Clay S. Turner
14 August 2013

Currently Paceomatic Inc. (POM) has access to three issued patents. They are:

M. R. Pace, "Electronic gaming method and system having preview screen." U.S. Patent 7736223, Jun. 15, 2010
M. R. Pace, "System and method for controlling the number of plays of an electronic game." U.S. Patent 8118660, Feb. 21, 2012
M. R. Pace, "Electronic gaming method and system having variable game display timer." U.S. Patent 8469792, Jun. 25, 2013

All three show Michael Pace as the sole inventor and 8118660 is coassigned to MR Pace and POM.

The patents protect several features key to POM's machines. These are:

- Preview feature used to remove chance from a skill game since a player may look at the next puzzle before committing to play of the game.

- Setting the number of prizes in a game and the associated puzzle construction methods.

- The skill timer.

Patent 7736223 Claims:
- 1. An electronic gaming method comprising the steps of: constructing a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols, wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display; testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; automatically displaying an actual game to be played on the touch screen display to a player prior to initiating activation of game play; receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection; and displaying each winning combination of symbols on the touch screen display.

2. The electronic gaming method of claim 1 further comprising the steps of receiving the player's selection of a play level and activating game play.

3. The electronic gaming method of claim 1 further comprising the step of determining if the player has decided to play the game field displayed on the game display.

4. The electronic gaming method of claim 3 further comprising the step of redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played.

5. The electronic gaming method of claim 1 wherein the constructed field is a two-dimensional array having a plurality of rows and columns.

6. The electronic gaming method of claim 1 wherein the step of constructing the field comprises: determining an orientation of each winning combination for the play of the game; determining the symbols

/

for each of the winning combinations; and randomly determining symbols for the remaining elements of the field.

7. The electronic gaming method of claim 6 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

8. The electronic gaming method of claim 1, further comprising the steps of: constructing a plurality of game fields each having a plurality of game symbols, with each game field corresponding to a selectable level of play; and automatically displaying each of the plurality of game fields on the touch screen game display sequentially for each selectable level of play, wherein the player's selection of the level of play determines which of the sequentially displayed games is actually played.

9. The electronic gaming method of claim 8 further comprising receiving the player's selection of a sequentially displayed game to play.

10. The electronic gaming method of claim 1 wherein each winning combination of symbols has an associated payout to the player.

11. The electronic gaming method of claim 1 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

12. The electronic gaming method of claim 1 wherein the denomination of play corresponds to the level of play.

13. An electronic gaming system comprising: an electronic game terminal including a touch screen display; a game processor for generating an interactive electronic game on the game terminal with a plurality of options selectable by a player, the game processor configured for: constructing a game field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols, wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display; testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; automatically displaying an actual game to be played on the touch screen game display prior to initiating activation of game play; receiving the player's selection of a field element as a location for a wild symbol and determining each winning combination of symbols that is formed by such selection; and displaying each winning combination of symbols on the touch screen display.

14. The electronic gaming system of claim 13 wherein the game processor is further configured for receiving the player's selection of a play level and activating game play.

15. The electronic gaming system of claim 13 wherein the game processor is further configured for determining if the player has decided to play the game field displayed on the game display.

16. The electronic gaming system of claim 15 wherein the game processor is further configured for redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played.

17. The electronic gaming system of claim 16 wherein the denomination of play corresponds to the level of play.

18. The electronic gaming system of claim 13 wherein the game processor is further configured for constructing the field as a two-dimensional array having a plurality of rows and columns.

19. The electronic gaming system of claim 13 wherein the game processor is further configured for: determining an orientation of each winning combination for the play of the game; determining the symbols



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
POM_ESI_00465

for each of the winning combinations; and randomly determining symbols for the remaining elements of the field.

20. The electronic gaming system of claim 19 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

21. The electronic gaming system of claim 13 wherein each winning combination of symbols has an associated payout to the player.

22. The electronic gaming system of claim 13 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

23. The electronic gaming system of claim 13 wherein the game processor is further configured for: constructing a plurality of game fields each having a plurality of game symbols, with each field corresponding to a selectable level of play; and automatically displaying each of the plurality of game fields on the touch screen game display sequentially for each selectable level of play, wherein the player's selection of the level of play determines which of the sequentially displayed games is actually played.

24. The electronic gaming system of claim 23 wherein the game processor is further configured for receiving the player's selection of a sequentially displayed game to play.

25. A computer program product for electronic gaming when executed on a game processor, the computer program product comprising a computer readable storage medium having computer readable code embedded therein, the computer readable storage medium comprising: program instructions that construct a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols, wherein the game symbols for each element are automatically determined such that there is at least one winning combination for each play of the game but there is no winning combination without player interaction with the game display; program instructions that test the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; program instructions that automatically display an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; program instructions that receive the player's selection of a field element as a location for a wild symbol and determine each winning combination of symbols that is formed by such selection; and program instructions that display each winning combination of symbols on the touch screen display.

26. The computer program product for electronic gaming of claim 25 further comprising program instructions that receive the player's selection of a play level and activate game play.

27. The computer program product for electronic gaming of claim 25 further comprising program instructions that determine if the player has decided to play the game field displayed on the game display.

28. The computer program product for electronic gaming of claim 27 further comprising program instructions that redeem a player's credit balance and an associated payout for each winning combination of symbols on each game previously played.

29. The computer program product for electronic gaming of claim 25 wherein the field is a two-dimensional array having a plurality of rows and columns.

30. The computer program product for electronic gaming of claim 25 wherein the program instructions that construct the field comprise: program instructions that determine an orientation of each winning combination for the play of the game; program instructions that determine the symbols for each of the winning combinations; and program instructions that randomly determine symbols for the remaining elements of the field.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POM_ESI_00466

31. The computer program product for electronic gaming of claim 30 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

32. The computer program product for electronic gaming of claim 25 wherein each winning combination of symbols has an associated payout to the player.

33. The computer program product for electronic gaming of claim 25 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

34. The computer program product for electronic gaming of claim 25 wherein the denomination of play corresponds to the level of play.

35. The computer program product for electronic gaming of claim 25 further comprising: program instructions that construct a plurality of game fields each having a plurality of game symbols, with each game field corresponding to a selectable level of play; and program instructions that display each of the plurality of game fields on the touch screen game display sequentially for each selectable level of play, wherein the player's selection of the level of play determines which of the sequentially displayed games is actually played.

36. The computer program product for electronic gaming of claim 35 further comprising program instructions that receive the player's selection of a sequentially displayed game to play.

37. An electronic gaming method comprising the steps of: constructing a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols; determining at least one winning combination for each play of the game; testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; determining if the player has decided to play the displayed game; and displaying an outcome resulting from play of the displayed game.

38. The electronic gaming method of claim 37 further comprising generating and displaying an additional game field simultaneously on the game display in proximity to the displayed game.

39. The electronic gaming method of claim 38 wherein the additional game field is for a next game to be played.

40. The electronic gaming method of claim 37 wherein the displayed game comprises a two-dimensional array of game symbols.

41. The electronic gaming method of claim 37 wherein the displayed game comprises a one-dimensional array of game symbols.

42. The electronic gaming method of claim 37 wherein the displayed game comprises a plurality of vertically-oriented reels, each having a plurality of game symbols.

43. The electronic gaming method of claim 42 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line.

44. An electronic gaming system comprising: an electronic game terminal including a touch screen display; a game processor for generating an interactive electronic game on the game terminal, the game processor configured for: constructing a field having a plurality of elements for the interactive game display wherein each element includes a game symbol from a plurality of predetermined game symbols; determining at least one winning combination for each play of the game; testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POM_ESI_00467

not generated inadvertently in completing the field; automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; determining if the player has decided to play the displayed game; and displaying an outcome resulting from play of the displayed game.

45. The electronic gaming system of claim 44 further comprising a component for generating and displaying an additional game field simultaneously on the game display in proximity to the displayed game.

46. The electronic gaming system of claim 45 wherein the additional game field is for a next game to be played.

47. The electronic gaming system of claim 44 wherein the displayed game comprises a two-dimensional array of game symbols.

48. The electronic gaming system of claim 44 wherein the displayed game comprises a one-dimensional array of game symbols.

49. The electronic gaming system of claim 44 wherein the displayed game comprises a plurality of vertically-oriented reels, each having a plurality of game symbols.

50. The electronic gaming system of claim 49 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line.

51. A computer program product for electronic gaming when executed on a game processor, the computer program product comprising a computer readable storage medium having computer readable code embedded herein, the computer readable storage medium comprising: program instructions that construct a game field having a plurality of elements for an interactive touch screen game display on an electronic game terminal wherein each element is filled by a game symbol from a plurality of predetermined game symbols; program instructions that determine at least one winning combination for each play of the game; program instructions that test the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; program instructions that automatically display an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; program instructions that determine if the player has decided to play the displayed game; and program instructions that display an outcome resulting from play of the displayed game.

52. The computer program product for electronic gaming of claim 51 further comprising program instructions that generate and display an additional game field simultaneously on the game display in proximity to the displayed game.

53. The computer program product for electronic gaming of claim 52 wherein the additional game field is for a next game to be played.

54. The computer program product for electronic gaming of claim 51 wherein the displayed game comprises a two-dimensional array of game symbols.

55. The computer program product for electronic gaming of claim 51 wherein the displayed game comprises a one-dimensional array of game symbols.

56. The computer program product for electronic gaming of claim 51 wherein the displayed game comprises a plurality of vertically-oriented reels, each having a plurality of game symbols.

57. The computer program product for electronic gaming of claim 56 further comprising program instructions that enable a player to move a reel up or down at least one position to replace a current symbol on a pay line and change an outcome of the displayed game.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
POM_ESI_00468

58. A method for displaying a plurality of electronic game fields for selection by a player before initiating play of a selected game comprising the steps of: receiving a signal from the player to generate an interactive electronic game on a touch screen display of an electronic game terminal; generating a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols; determining at least one winning combination for each play of the game; testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; receiving a signal from the player to generate another of the plurality of electronic game fields associated with a different level of play prior to initiating activation of game play; generating and automatically displaying another of the plurality of electronic game fields; and receiving the player's selection of the electronic game field to play prior to initiating activation of game play.

59. The method for displaying a plurality of electronic game fields of claim 58 further comprising generating and displaying a next game field simultaneously on the game display in proximity to a currently displayed game.

60. The method for displaying a plurality of electronic game fields of claim 58 wherein the displayed game comprises a two-dimensional array of game symbols.

61. The method for displaying a plurality of electronic game fields of claim 58 wherein the displayed game comprises a one-dimensional array of game symbols.

62. The method for displaying a plurality of electronic game fields of claim 58 wherein the displayed game comprises a plurality of vertically-oriented reels, each reel having a plurality of game symbols.

63. The method for displaying a plurality of electronic game fields of claim 62 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line.

64. A system for displaying a plurality of electronic game fields each associated with a different level of play comprising: an electronic game terminal including a touch screen display; a game processor for generating an interactive electronic game display on a game terminal, the game processor configured for displaying a plurality of electronic game fields for selection by a player before initiating play of a selected game by: receiving a signal from the player to generate an interactive electronic game; generating a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols; determining at least one winning combination for each play of the game; testing the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; automatically displaying an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; receiving a signal from the player to generate another of the plurality of electronic game fields associated with another level of play prior to initiating activation of game play; generating and automatically displaying another of the plurality of electronic game fields; and receiving the player's selection of the electronic game field to play prior to initiating activation of game play.

65. The system for displaying a plurality of electronic game fields of claim 64 further comprising a component for generating and displaying a next game field on the game display simultaneously in proximity to a currently displayed game.

66. The system for displaying a plurality of electronic game fields of claim 64 wherein the displayed game comprises a two-dimensional array of game symbols.

67. The system for displaying a plurality of electronic game fields of claim 64 wherein the displayed game comprises a one-dimensional array of game symbols.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
POM_ESI_00469

68. The system for displaying a plurality of electronic game fields of claim 64 wherein the displayed game comprises a plurality of vertically-oriented reels, each reel having a plurality of game symbols.

69. The system for displaying a plurality of electronic game fields of claim 68 wherein an outcome of the displayed game can be changed by moving a reel up or down at least one position in order to replace a current symbol on a pay line.

70. A computer program product for displaying a plurality of interactive electronic game fields for selection by a player when executed on a processor, the computer program product comprising a computer readable storage medium having computer readable code embedded therein, the computer readable storage medium comprising: program instructions that receive a signal from a player to generate interactive electronic game on a touch screen display of an electronic game terminal; program instructions that generate a game field having a plurality of elements for the interactive game display wherein each element is filled by a game symbol from a plurality of predetermined game symbols; program instructions that determine at least one winning combination for each play of the game; program instructions that test the game field prior to displaying the game to the player to ensure that a winning combination more valuable than the determined winning combination is not generated inadvertently in completing the field; program instructions that automatically display an actual game to be played on the touch screen game display to a player prior to initiating activation of game play; program instructions that receive a signal from the player to generate another of the plurality of electronic game fields associated with a different level of play prior to initiating activation of game play; program instructions that generate and automatically display another of the plurality of electronic game fields; and program instructions that receive the player's selection of the electronic game field to play prior to initiating activation of game play.

71. The computer program product for displaying a plurality of electronic game fields of claim 70 further comprising program instructions that generate and display a next game field on the game display simultaneously in proximity to a currently displayed game.

72. The computer program product for displaying a plurality of electronic game fields of claim 70 wherein the displayed game comprises a two-dimensional array of game symbols.

73. The computer program product for displaying a plurality of electronic game fields of claim 70 wherein the displayed game comprises a one-dimensional array of game symbols.

74. The computer program product for displaying a plurality of electronic game fields of claim 70 wherein the displayed game comprises a plurality of vertically-oriented reels, each reel having a plurality of game symbols.

75. The computer program product for displaying a plurality of electronic game fields of claim 70 further comprising program instructions that enable a player to move a reel up or down at least one position to replace a current symbol on a pay line and change an outcome of the displayed game.

Patent 8118660 Claims:
- 1. A method for controlling a total number of plays for a plurality of players of an electronic game, wherein the total number of plays is less than a predetermined maximum, comprising the steps of: setting a maximum number of plays of the electronic game that can be played at each of a plurality of denominations of play; constructing a field having a plurality of elements for a game display by an electronic game processor wherein each element is filled by a game symbol from a plurality of available game symbols wherein the game symbols for each element are automatically determined for each play of the game such that there is no winning combination without player interaction, wherein constructing the field includes: selecting a number of winning combinations for a play of the game; selecting an orientation of each winning combination for the play of the game; selecting the symbols for each of the winning combinations; randomly selecting symbols for the remaining elements of the field; and testing the field to ensure that a winning combination more valuable than the selected winning combinations is not generated inadvertently in completing the field; presenting the field of game symbols to a player by the electronic game processor

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POM_ESI_00470

for selection of a field element wherein such player selection on the game display turns the symbol displayed in the field element into a wild symbol; receiving the player's selection of the field element as a location for the wild symbol by the electronic game processor and determining each winning combination of symbols that is formed by such selection; displaying each winning combination of symbols on the field of game symbols by the electronic game processor; dynamically determining but not displaying a number of plays of the game remaining to be played by the plurality of players at each denomination of play by the electronic game processor based on an action taken by the player prior to selecting the field element location for the wild symbol, wherein determining the number of plays remaining at each denomination of play is a function of each previous play of the electronic game and the denomination at which each previous game was played; and disabling play of the electronic game for all players by the electronic game processor when the number of plays of the game remaining to be played by the plurality of players is depleted.

2. The method for controlling a total number of plays of an electronic game of claim 1 wherein the action taken by the player is a selection of a denomination of play from the plurality of denominations of play wherein the number of plays remaining at each denomination and the total number of plays available varies with the denomination selected.

3. The method for controlling a total number of plays of an electronic game of claim 2 wherein the denomination of play represents a level of play.

4. The method for controlling a total number of plays of an electronic game of claim 1 wherein the constructed field is an "n by n" array, with "n" designating the number of rows and columns of the array.

5. The method for controlling a total number of plays of an electronic game of claim 1 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

6. The method for controlling a total number of plays of an electronic game of claim 1 wherein the plurality of game symbols are based on any one of a fruit theme, a pirate theme, a jewel theme and a sports theme.

7. The method for controlling a total number of plays of an electronic game of claim 1 wherein a less than optimum selection of a field element to turn into the wild symbol results in an amount that would have been won by an optimum selection of the wild symbol location being added to a bonus pool for a prize that can be won that is independent of any other award.

8. The method for controlling a total number of plays of an electronic game of claim 1 wherein each winning combination of symbols has an associated payout to the player.

9. The method for controlling a total number of plays of an electronic game of claim 1 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

10. The method for controlling a total number of plays of an electronic game of claim 1 wherein one specific winning combination of symbols results in the award of a jackpot to the player.

11. A system for controlling a total number of plays for a plurality of players of an electronic game, wherein the total number of plays is less than a predetermined maximum, comprising: a game processor for generating an electronic game display on a game terminal with a plurality of options selectable by a player, the game processor executing a plurality of components comprising: a component for setting a maximum number of plays of the electronic game that can be played at each of a plurality of denominations of play; a component for constructing a field having a plurality of elements for the game display wherein each element is filled by a game symbol from a plurality of available game symbols, wherein the game symbols for each element are automatically determined for each play of the game such that there is no winning combination without player interaction, the component for instructing including: a module for selecting a number of winning combinations for a play of the game; a module for selecting an orientation of each winning combination for the play of the game; a module for selecting the symbols for each of the winning combinations; a module for randomly selecting symbols for the remaining elements of the field; and a



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POM_ESI_00471

module for testing the field to ensure that a winning combination more valuable than the selected winning combinations is not generated inadvertently in completing the field; a component for presenting the field of game symbols to the player for selection of a field element wherein such player selection on the game display turns the symbol displayed in the field element into a wild symbol; a component for receiving the player's selection of the field element as a location for the wild symbol and determining each winning combination of symbols that is formed by such selection; a component for displaying each winning combination of symbols on the field of game symbols; a component for dynamically determining but not displaying a number of plays of the game remaining to be played by the plurality of players at each denomination of play based on an action taken by the player prior to selecting the field element location for the wild symbol, wherein determining the number of plays remaining at each denomination of play is a function of each previous play of the electronic game and the denomination at which each previous game was played; and a component for disabling play of the electronic game for all players when the number of plays of the game remaining to be played by the plurality of players is depleted.

12. The system for controlling a total number of plays of an electronic game of claim 11 wherein the action taken by the player is a selection of a denomination of play from the plurality of denominations of play wherein the number of plays remaining at each denomination and the total number of plays available varies with the denomination selected.

13. The system for controlling a total number of plays of an electronic game of claim 12 wherein the denomination of play represents a level of play.

14. The system for controlling a total number of plays of an electronic game of claim 11 wherein the field is constructed as an "n by n" array, with "n" designating the number of rows and columns of the array.

15. The system for controlling a total number of plays of an electronic game of claim 11 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

16. The system for controlling a total number of plays of an electronic game of claim 11 wherein the plurality of game symbols are based on any one of a fruit theme, a pirate theme, a jewel theme and a sports theme.

17. The system for controlling a total number of plays of an electronic game of claim 11 wherein a less than optimum selection of a field element to turn into the wild symbol results in an amount that would have been won by an optimum selection of the wild symbol location being added to a bonus pool for a prize that can be won that is independent of any other award.

18. The system for controlling a total number of plays of an electronic game of claim 11 wherein each winning combination of symbols has an associated payout to the player.

19. The system for controlling a total number of plays of an electronic game of claim 11 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

20. The system for controlling a total number of plays of an electronic game of claim 11 wherein one specific winning combination of symbols results in the award of a jackpot to the player.

21. A computer program product for controlling a total number of plays for a plurality of players of an electronic game when executed on an electronic game processor, wherein the total number of plays is less than a predetermined maximum, comprising a non-transitory computer readable medium having computer readable code embedded therein, wherein the computer readable code is executable by the electronic game processor to: set a maximum number of plays of the electronic game that can be played at each of a plurality of denominations of play; construct a field having a plurality of elements for an electronic game display wherein each element is filled by a game symbol from a plurality of available game symbols, wherein the game symbols for each element are automatically determined for each play of the game such that there is no winning combination without player interaction, wherein the computer readable code to construct the field includes computer readable code to: select a number of winning combinations for a play



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

of the game; select an orientation of each winning combination for the play of the game; select the symbols for each of the winning combinations; randomly select symbols for the remaining elements of the field; and test the field to ensure that a winning combination more valuable than the selected winning combinations is not generated inadvertently in completing the field; present the field of game symbols to a player for selection of a field element wherein such player selection on the game display turns the symbol displayed in the field element into a wild symbol; receive the player's selection of the field element as a location for the wild symbol and determine each winning combination of symbols that is formed by such selection; display each winning combination of symbols on the field of game symbols; and dynamically determine but not display an available number of plays of the game remaining for the plurality of players at each denomination of play based on an action taken by the player prior to selecting the field element location for the wild symbol, wherein the number of plays remaining at each denomination of play is a function of each previous play of the electronic game and the denomination at which each previous game was played; and disable play of the electronic game when the number of plays of the game remaining to be played by the plurality of players is depleted.

22. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein the action taken by the player is a selection of a denomination of play from the plurality of denominations of play wherein the number of plays remaining at each denomination and the total number of plays available varies with the denomination selected.

23. The computer program product for controlling a total number of plays of an electronic game of claim 22 wherein the denomination of play represents a level of play.

24. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein the field is constructed as an "n by n" array, with "n" designating the number of rows and columns of the array.

25. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

26. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein the plurality of game symbols are based on any one of a fruit theme, a pirate theme, a jewel theme and a sports theme.

27. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein a less than optimum selection of a field element to turn into the wild symbol results in an amount that would have been won by an optimum selection of the wild symbol location being added to a bonus pool for a prize that can be won that is independent of any other award.

28. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein each winning combination of symbols has an associated payout to the player.

29. The computer program product for controlling a total number of plays of an electronic game of claim 2 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

30. The computer program product for controlling a total number of plays of an electronic game of claim 21 wherein one specific winning combination of symbols results in the award of a jackpot to the player.

Patent 8469792 Claims:
- 1. An electronic gaming method comprising the steps of: constructing a field having a plurality of elements for an interactive game display of an electronic game machine wherein each element is filled by a game symbol from a plurality of available game symbols, not including a wild symbol, wherein the game symbols for each element are automatically determined such that there is no winning combination without player interaction; determining a maximum value of a winning combination for the constructed field for each play of an electronic game prior to display on the interactive game display; testing the field prior to



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POM_ESI_00473

display on the interactive game display to ensure that no winning combination more valuable than the maximum value is inadvertently generated in completing the field; receiving a player's selection of a play level and activating game play on the electronic game machine; presenting the field of game symbols to a player on the interactive game display of the electronic game machine; initiating a game timer for each play of the game having a time duration that varies with the maximum value for a winning combination; receiving the player's selection of a field element on the interactive game display as a location for a wild symbol before an expiration of the time duration associated with the game timer, and determining each winning combination of symbols that is formed by such selection; and displaying each winning combination of symbols on the field of game symbols.

2. The electronic gaming method of claim 1 further comprising the step of redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played.

3. The electronic gaming method of claim 1 wherein the constructed field is a two-dimensional array having a plurality of rows and columns.

4. The electronic gaming method of claim 1 wherein the step of constructing the field comprises: selecting a number of winning combinations for a play of the game; selecting an orientation of each winning combination for the play of the game; selecting the symbols for each of the winning combinations; randomly selecting symbols for the remaining elements of the field.

5. The electronic gaming method of claim 4 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

6. The electronic gaming method of claim 1 wherein each winning combination of symbols has an associated payout to the player.

7. The electronic gaming method of claim 1 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

8. The electronic gaming method of claim 1 wherein a denomination of play corresponds to the level of play.

9. An electronic gaming system comprising: a memory for storing a plurality of components for operating an electronic game; a game processor for generating an electronic game display on a game terminal with a plurality of options selectable by a player, the game processor executing the plurality of components comprising: a component for constructing a field having a plurality of elements for an interactive game display wherein each element is filled by a game symbol from a plurality of available game symbols, not including a wild symbol, wherein the game symbols for each element are automatically determined such that there is no winning combination without player interaction; a component for determining a maximum value of a winning combination for the constructed field for each play of an electronic game prior to display on the interactive game display; a component for testing the field prior to display on the interactive game display to ensure that no winning combination more valuable than the maximum value is generated inadvertently in completing the field; a component for receiving a player's selection of a play level and activating game play; a component for presenting the field of game symbols to a player on the game display; a component for initiating a game timer for each play of the game having time duration that varies with the maximum value for a winning combination; a component for receiving the player's selection of a field element on the interactive game display as a location for a wild symbol before an expiration of the time duration associated with the game timer, and determining each winning combination of symbols that is formed by such selection; and a component for displaying each winning combination of symbols on the field of game symbols.

10. The electronic gaming system of claim 9 further comprising a component for redeeming a player's credit balance and an associated payout for each winning combination of symbols on each game previously played.

11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
POM_ESI_00474

11. The electronic gaming system of claim 9 wherein the field is constructed as a two-dimensional array having a plurality of rows and columns.

12. The electronic gaming system of claim 9 wherein the component for constructing the field comprises: a module for selecting a number of winning combinations for a play of the game; a module for selecting an orientation of each winning combination for the play of the game; a module for selecting the symbols for each of the winning combinations; a module for randomly selecting symbols for the remaining elements of the field.

13. The electronic gaming system of claim 12 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

14. The electronic gaming system of claim 9 wherein each winning combination of symbols has an associated payout to the player.

15. The electronic gaming system of claim 9 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

16. The electronic gaming system of claim 9 wherein a denomination of play corresponds to the level of play.

17. A computer program product for electronic gaming when executed on a processor, comprising a non-transitory computer readable storage medium having computer readable code embedded therein, the non-transitory computer readable storage medium comprising: program instructions that construct a field having a plurality of elements for an interactive game display wherein each element is filled by a game symbol from a plurality of available game symbols, not including a wild symbol, wherein the game symbols for each element are automatically determined such that there is no winning combination without player interaction; program instructions that determine a maximum value of a winning combination for the constructed field for each play of an electronic game prior to display on the interactive game display; program instructions that test the field prior to display on the interactive game display to ensure that no winning combination more valuable than the maximum value is generated inadvertently in completing the field; program instructions that receive the player's selection of a play level and activate game play; program instructions that present the field of game symbols to a player on the interactive game display; program instructions that initiate a game timer for each play of the game having a time duration that varies with the maximum value for a winning combination; program instructions that receive the player's selection of a field element on the interactive game display as a location for a wild symbol before an expiration of the time duration associated with the game timer, and determine each winning combination of symbols that is formed by such selection; and program instructions that display each winning combination of symbols on the field of game symbols.

18. The computer program product for electronic gaming of claim 17 further comprising program instructions that redeem a player's credit balance and an associated payout for each winning combination of symbols on each game previously played.

19. The computer program product for electronic gaming of claim 17 wherein the field is a two-dimensional array having a plurality of rows and columns.

20. The computer program product for electronic gaming of claim 17 wherein the program instructions that construct the field comprise: program instructions that select a number of winning combinations for a play of the game; program instructions that select an orientation of each winning combination for the play of the game; program instructions that select the symbols for each of the winning combinations; program instructions that randomly select symbols for the remaining elements of the field.

21. The computer program product for electronic gaming of claim 17 wherein the orientation of each winning combination is horizontal, vertical or diagonal.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

POM_ESI_00475

22. The computer program product for electronic gaming of claim 17 wherein each winning combination of symbols has an associated payout to the player.

23. The computer program product for electronic gaming of claim 17 wherein each winning combination of symbols has a predetermined probability of occurrence for a play of the game.

24. The computer program product for electronic gaming of claim 17 wherein a denomination of play corresponds to the level of play.

/3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY					POM_ESI_00476