## CERTIFICATE OF SERVICE

I hereby certify that unredacted public versions of Defendants' Statement of Facts for Which There Is No Issue to be Tried and Exhibits thereto were filed on this 8th day of February, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman