## CERTIFICATE OF SERVICE

I hereby certify that an unredacted public version of Defendants' Brief in Support of Their Motion for Summary Judgment for Patent Invalidity Under 35 U.S.C. § 101 was filed on this 8th day of February, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman