**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of Pennsylvania, LLC, | |
| Plaintiffs, | CIVIL ACTION NO: 3:19-cv-01470-JPW |
| v. | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC | Honorable Jennifer P. Wilson |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2022, it is hereby ordered that:

1. Defendants' Motion to Seal is GRANTED.

2. The redacted portions of Exhibit B to Defendants' Motion to Exclude Certain Testimony and Opinions of Kevin Harrigan, Ph.D. (Dkt. 163-2) shall remain SEALED.

_____
Honorable Jennifer P. Wilson
U.S. District Judge