## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, the undersigned sought concurrence from Plaintiffs' counsel regarding the Motion to Seal, and Plaintiffs' counsel provided concurrence that the Motion to Seal should be granted.

*/s/John V. Gorman*
John V. Gorman