## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Motion to Seal was filed on this 9th day of February, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

<u>/s/John V. Gorman</u>
John V. Gorman