**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company,<br><br>    Plaintiff,<br><br>        v.<br><br>PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>    Defendants. | Civil Action No. 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## <u>PLAINTIFF'S RESPONSE TO MOTION TO SEAL</u>

COME NOW Plaintiffs and state that in response to the Court's Order dated February 14, 2022 (Doc. 165), Plaintiffs and third-party Pace-O-Matic, Inc. consent to the withdrawal of, or the denial of the Motion to Seal (Doc. 164), and further consent to unsealing the redacted portions of Exhibit B to Defendants' brief in support of the motion to exclude certain opinions and testimony of Kevin Harrigan, Ph.D, Doc. 163.

February 18, 2022           Respectfully submitted,

**<u>/s/ Steven G. Hill</u>**
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*

Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
Hill, Kertscher & Wharton, LLP
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
Email:  sgh@hkw-law.com
Email:  jln@hkw-law.com
Email:  md@hkw-law.com

-    and -

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
Email:  mhaverstick@kleinbard.com
Email:  eschreiner@kleinbard.com
Email:  pgagne@kleinbard.com
Email:  svance@kleinbard.com

***Counsel for Plaintiffs Savvy Dog Systems, LLC
and POM of Pennsylvania, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the PLAINTIFF'S RESPONSE TO MOTION TO SEAL

was filed on this 18th day of February, 2022 via the Court's CM/ECF filing system,

which will send electronic notice of such filing to all counsel of record.

<u>*/s/Steven G. Hill*</u>
Steven G. Hill

*Counsel for Plaintiffs Savvy Dog Systems,
LLC and POM of Pennsylvania, LLC*