## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : : : | Civil No. 3:19-CV-01470 |
| Plaintiffs, | : : | |
| v. | : : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of February, 2022, following review of Defendants' motion to seal, Doc. 164, and Plaintiffs' response, Doc. 166, **IT IS ORDERED THAT** the motion to seal, Doc. 164, is **DENIED**. Defendants shall file an unredacted version of Exhibit B to their brief in support of the motion to exclude certain opinions and testimony of Kevin Harrington, Ph.D., Doc. 163-2, by **February 25, 2022**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania