B

# **EXHIBIT B**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, a Wyoming limited liability company, and POM OF PENNSYLVANIA, LLC a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA COIN, LLC, a Pennsylvania limited liability company, and PA COIN HOLDINGS, LLC, a Pennsylvania limited liability company, <br><br> Defendants. | Civil Action No. 3:19-cv-01470-JPW <br><br> Honorable Jennifer P. Wilson |

## DECLARATION OF CLINTON LOWE

### *CONTAINS INFORMATION DESIGNATED AS "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" AND "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY" PURSUANT TO THE STIPULATED PROTECTIVE ORDER [DKT. 53] AND STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY OF NON-PARTIES BANILLA GAMES, INC., GROVER GAMING, INC., AND PACE-O-MATIC, INC. [DKT. 104-1]*

1.     My name is Clinton Lowe. I am presently employed as a senior software development engineer at Dog Crew, LLC, which is an affiliate of Pace-O-Matic. I am over the age of twenty-one (21) and competent to testify in this matter. The statements set forth in this declaration are based on my personal knowledge.

2.     I have a B.S. in computer information systems from DeVry Institute of Technology (1994). I have an M.S. in computer science from Southern Polytechnic State University (1997). I have an M.B.A. from Kennesaw State University (2006). I am a co-founder

1



of the Georgia Game Developers Association (2005) to promote the digital game industry in Georgia.

3. From 2005-2019, I was employed on a full-time basis by Word Touch Gaming, Inc. ("WTG") in a technical capacity. One of my responsibilities during my entire tenure with WTG was to maintain the source code repository for the Apex Game Terminal ("AGT") platform games, including NudgeMaster. "NudgeMaster" refers to a variety of themed skill games developed by WTG. "NudgeMaster" was only compatible with the AGT. Therefore, WTG had no source code related to NudgeMaster other than the AGT source code, which is discussed in detail herein.

4. I reviewed the NudgeMaster source code in order to prepare Plaintiff's corporate representative Greg Cline for a deposition on a topic related to NudgeMaster source code. The statements made herein are consistent with the information I provided to Mr. Cline.

5. In a skill game such as NudgeMaster, the game board is displayed, for example, as three spinning reels, and the game waits for the player to perform a basic action to move ("nudge") one or more reels up or down to complete the game field. The game does not end until after the player exercises the nudge.

6. I was part of the NudgeMaster development team, which consisted of at least one or two lead game software engineers supported by other software engineers working on more peripheral aspects of the software. The team was focused on developing enhancements to AGT and AGT-related games on an ongoing basis as of my arrival at WTG, including 2005, 2006 and beyond. Some of the source code files reflect a date of initial creation in 2003 and 2004 as well. As part of the development team, I worked on various source code development projects for

2

NudgeMaster on the AGT platform, including source code development relating to the use of bill acceptors.

7. Because of my familiarity with the AGT source code, versions and revision history, I was asked by counsel for Pace-O-Matic to aid its technical expert Greg Freemyer in the creation in September of 2021 of a source code computer for inspection by the Defendants' counsel and expert (the "Source Code Computer"). I aided Mr. Freemyer in migrating Visual Source Safe source code repositories onto the Source Code Computer, and as such, I am familiar with the contents of the Source Code Computer that Mr. Freemyer prepared for inspection. All references to the contents of the Source Code Computer herein refer to the state of the Source Code Computer that I aided Mr. Freemyer in setting up, <u>before</u> counsel for the Defendants requested that the contents of the source code be "rolled back" so that no source code dated or revised after June 30, 2006 would be visible to the Defendants' counsel or their expert during the source code review.

8. The AGT source code was written in the "C" programming language. Created in the early 1970's, C has been a common computer language since the mid-1980s. I am familiar with programming in C and I can read source code written in C.

9. As used in this declaration, a source code "build date" refers to the internal WTG version build date. A build date refers to the date that WTG created executable code from a specific version of AGT source code. The fact that an executable version was dated (built), or is listed on a version control document (*e.g.*, the AGT Software Version Descriptions document marked POM 18322-18332), does not mean that the version was ever released, deployed or commercialized.

3



10.    As used in this declaration, a source code "market" refers to the internal WTG version market that the development was intended to focus for purpose of compliance with gaming regulations.  The fact that a version was specified for a given market or is listed on a version control document (*e.g.*, the AGT Software Version Descriptions document marked POM 18322-18332) as for a given market, does not mean that the version was ever released, deployed or commercialized.

11.    During my tenure with WTG, WTG protected the confidentiality of AGT source code as it was considered a company trade secret.

12.    In the WTG AGT source code repository that I maintained, the earliest versions of NudgeMaster 5000 were in AGT versions 3.6.5.1 and 3.6.6.1.  The Source Code Computer included these AGT versions.

13.    I recognize the contents of the AGT Software Version Descriptions document, POM 18322-18332, attached hereto as **Exhibit A**, as a true and correct AGT version control and source code revision history.  Software developers maintain revision history documents for software in order to keep a record of what is changed in the source code over time.

14.    Exhibit A shows that as of June 30, 2006, the AGT game-related software for AGT-based game products such as NudgeMaster lacked any source code which, if compiled, would enable a preview of the next play of the game, i.e., showing a potential player an actually-constructed game field for the next game to be played before the player had decided to play the game, had committed money to play the game and had pressed "Play".

15.    The Source Code Computer included the source code and revisions for the AGT platform starting with versions 1.1.1.3 (December 16, 2002, the oldest), including version 3.6.5.1 and 3.6.6.1 (NudgeMaster 5000), and up through and including version 4.8.5.41 (the newest).

4

16. The last version of AGT, including the NudgeMaster game as used thereon, in existence as of June 30, 2006 was version 4.2.2.9 (build date of June 21, 2006). This version was on the Source Code Computer.

17. I reviewed the AGT source code as it existed in versions on and before October 25, 2006, including NudgeMaster 5000 (versions 3.6.5.1 and 3.6.6.1), continuing through version 4.2.2.2 (build date June 5, 2006) and version 4.2.2.14 (build date August 22, 2006), which further confirmed that prior to the build of version 4.3.2.3, dated October 25, 2006, NudgeMaster lacked any ability to show a next play of the game that would permit a user to see any part of the constructed game field for the next game to be played before deciding whether to play the game and committing money to the game and pressing "Play". All these referenced versions of software were on the Source Code Computer.

18. Based on my review of the source code (the contents of which were on the Source Code Computer up through and including part of 2010), the October 25, 2006 build date (for version 4.3.2.3) was the first to add a "Press Here to View Next Play" button which, if pressed, would yield a display showing a graphical aspect of the next game to be played (i.e., more than mere text about the maximum amount to be won in the next game, an "entertaining-display result," which was something about the result of the next game showing its game board results as if properly nudged by the player) to any NudgeMaster game. This is confirmed in the description of the change made to NudgeMaster for the first time in conjunction with the build of version 4.3.2.3 in Exhibit A:

| 2006-10-25 | 4.3.2.3 | NudgeMaster Ohio | NFA Submission for Ohio. Expands "Peek Next Game" functionality to allow preview of next game win amount, entertaining-display result, neither, or both. For Ohio, the option is locked in to show only the result. Also added legal/printer text option for Michigan. |
|---|---|---|---|

POM 18329.

5



19.    In the September 2006 time frame, WTG began to have discussions with Nick Farley about having him perform a confidential review of newly-developed AGT software. I was tasked with providing Mr. Farley with the source code for Ohio to review. My understanding of the purpose of having Mr. Farley review a certain source code version was so that he could potentially attest to its compliance with Ohio law. Such compliance review typically precedes the commercial release of gaming software in a given jurisdiction.

20.    The December 14, 2006 Farley draft, attached hereto as **Exhibit B**, at page 2, states that it pertains to NudgeMaster version 4.2.2.24. I understand this to refer to AGT version 4.2.2.24, which had a build date of November 29, 2006. (Exhibit A at POM 18328.) The draft letter does not purport to address any version of AGT with NudgeMaster that was built or commercialized as of June 30, 2006.

21.    The December 14, 2006 Farley draft states on page 2:

> After selecting the desired purchase price, and prior to engaging in game play, the player may touch the "Press Here to View Next Play" icon on the video display to preview the next game to be presented. The "Press Here to View Next Play" will be displayed for approximately 5 seconds before returning to the previous game outcome screen. The player may evaluate the "Press Here to View Next Play" for each possible purchase price prior to committing funds for game play. The "Press Here to View Next Play" feature permits the player an opportunity to decide which game to play next based upon the price to play. Alternatively, the player may exit the selected game, choose another game and purchase price, or cash out any accumulated "Credits", which may be redeemed for cash.

22.    Although I did send Mr. Farley certain source code, I do not recall Mr. Farley requesting, nor do I recall sending Mr. Farley, source code corresponding to version 4.2.2.24. Nor do I recall WTG ever seeking a compliance letter for that version.

23.    I am familiar with the source code for v.4.2.2.24. This version was on the Source Code Computer. It did not have a "Press Here to View Next Play" button which, if pressed, would yield a display showing any graphical features of an actual game to be played before the

player committed funds to play the game.  (Paragraph 27 below discusses the addition of these graphics.)

24.    The December 14, 2006 unsigned draft states that it is incomplete and prepared before Mr. Farley reviewed any source code or manuals for any build version of NudgeMaster. On page 10, for example, the following statements appear: "I WILL NEED SOME TIME TO REVIEW SOURCE CODE – I NEED TO CONTACT WORLD TOUCH TO DISCUSS THE RELATIONSHIP WITH THEIR OTHER PRODUCTS THAT DOESN'T QUITE ADD UP TO ME – NF" and  "NFA [Nick Farley & Assocites] WS [sic, was] NOT SUPPLIED WITH AN OPERATOR'S / TECHNICIAN'S MANUAL –PLEASE SEND ONE TO US ASAP. – NF".

25.    The January 30, 2007 Farley letter, attached as **Exhibit C**, states that it pertains to Mr. Farley's "Report on the review and analysis of the NudgeMaster game, version 4.3.2.10." The build date for version 4.3.2.10 is January 22, 2007 (confirmed on Exhibit A at POM 18327). This version was also on the Source Code Computer.

26.    Exhibit C states on page 2 in reference to version 4.3.2.10:

After selecting the desired purchase price, and prior to engaging in game play, the player may touch the "Press Here to View Next Play" icon on the video display to preview the next game to be presented. The "Press Here to View Next Play" will be displayed for approximately 5 seconds before returning to the previous game outcome screen. The player may evaluate the "Press Here to View Next Play" for each possible purchase price prior to committing funds for game play. The "Press Here to View Next Play" feature permits the player an opportunity to decide which game to play next based upon the price to play. Alternatively, the player may exit the selected game, choose another game and purchase price, or cash out any accumulated "Credits", which may be redeemed for cash.

27.    The earliest build date for NudgeMaster source code having a "Press Here to View Next Play" with a preview of the next game is October 25, 2006.  My recollection is corroborated by the source code version history document as well as the source code files for version 4.3.2.3, which I also reviewed to confirm the accuracy of my recollection.

7

28.     If version 4.3.2.10 was compiled and operating on an AGT, pressing the "Press Here to View Next Play" button in version 4.3.2.10 would result in the graphic display of the result of the next game to be played.  The purpose of the feature was to provide an entertaining way of showing the player the result of the next game to be played (referred to in Exhibit A as an "entertaining-display result") before the player committed funds as part of a decision to play the next game in question.

29.     I have reviewed an online video that was apparently uploaded to YouTube at https://www.youtube.com/watch?v=XCCfMtFafgw&feature=youtu.be.

30.     I am not familiar with who created the Video.

31.     The video in question depicts the operation of the AGT as designed for Michigan.

32.     At the very bottom of the lower part of the introductory screen for the Video shows in somewhat blurry text the version number that I believe is "v: 4 4 (2) 172", followed by "© 2004 WORLD TOUCH GAMING, INC.  ALL RIGHTS RESERVED", followed by "MICHIGAN REDEMPTION".

33.     "v: 4 4 (2) 172" is a reference to AGT version 4.4.2.172.  The AGT version "4.4.x.x" series was not built until 2007.  All of the versions beginning in 4.4 were on the Source Code Computer.

34.     Various other screens shown in the Video state "Michigan Redemption" in the lower right hand corner of the video screen, including the screen reproduced below from the 0:11 mark where the player selects to play the game theme "Victory Lane".

35.     The Video shows at the 0:19 mark that once the player selects "Victory Lane" as the game theme, a game screen for Victory Lane appears, revealing a number of graphic buttons.

8

36.     Internally within the AGT source code, where applicable, "Victory Lane" was a species of a "Three by Five"-styled game.   Victory Lane included a 3X5 array of game symbols. Over time, WGT built several different game themes in the Three by Five layout.

37.     As used and depicted in the Video, "Michigan Redemption" indicates that NudgeMaster operating on the AGT in question was designed for use in Michigan.

38.     The earliest AGT-related software build with the intent for potential use in Michigan was version 4.2.2.18, with a build date of September 25, 2006.  This is confirmed by the AGT Software Version Descriptions document, which refers to Michigan as a "New Market Type" as of September of 2006:

| 2006-09-25 | 4.2.2.18 Patch | NudgeMaster Michigan | Patch from 4.2.2.14. This build should not exist - its only purpose is to hardcode the defaults for NVRAM clears. New Market Type, Michigan, has configuration almost identical to Ohio. Exceptions: 1) Hand Counts are enabled due to win and deposit purses routing to POINTS. 2) Points Hand Value is $3.75. |

Exhibit A at POM 18329.  Version 4.2.2.18 was on the Source Code Computer.

39.     The AGT Software Version Descriptions document indicates that version 4.2.2.18 is a patch from 4.2.2.14, which was designed with Ohio in mind.

40.     Neither 4.2.2.18 nor 4.2.2.14 contained the source code to implement the functionality of the "Press Here to View Next Play" button in version 4.3.2.10 described above. The earliest that source code was introduced with a view towards providing such functionality was October 25, 2006, in version 4.3.2.3.

41.     The earliest version of any AGT-related software built with a view toward Michigan to have source code functionally comparable to the source code relating to the "Press Here to View Next Play" button of version 4.3.2.10 (described above) that would result in the display of the result of the next game to be played graphically was version 4.3.2.13, having a

9



build date of February 21, 2007. The AGT Software Version Descriptions document confirms this, stating:

| | | | |
|---|---|---|---|
| 2007-02-21 | 4.3.2.13 | NudgeMaster<br>Michigan | Michigan needed the Peek-Next feature with the ability to view Game Results instead of amounts. |

Exhibit A at POM 18327. Version 4.3.2.13 was available on the Source Code Computer.

42.    As of June 30, 2006, no AGT source code referred to "Victory Lane." The first reference to "Victory Lane" in any source code occurred on April 10, 2007 (in version 4.3.2.20). Version 4.3.2.20 was on the Source Code Computer.

43.    No AGT source code used "Michigan Redemption" as of June 30, 2006. "Michigan Redemption" was introduced into the AGT source code on August 12, 2008 (version 4.4.2.85). Version 4.4.2.85 was on the Source Code Computer.

44.    Version 4.4.2.85 source code also has references to "Victory Lane."

45.    The reference to "Copyright 2004" on various screens of the Video does not mean that the game theme "Victory Lane" was available in 2004, or that there was a version of NudgeMaster having a "Press Here to View Next Play" option at that time. As explained herein, the Victory Lane and Michigan Redemption were not introduced together until 2008.

46.    I recall from my time working at WTG that we were often slow to update the visible copyright dates that a player would see on the video screen.

I swear under penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Clinton A. Lowe
Executed this 4th day of November, 2021.

10

# EXHIBIT A

# AGT Software Version Descriptions

This document gives basic descriptions about versions of software in the image repository, and can be used to determine the "latest and greatest" build for various customers. The recommended version for each build type is highlighted in green. Those highlighted in yellow have not been tested by QA and should never be released to the public without first completing these steps:

1. Run software on target hardware/platform.

2. Exercise basic functions of the system.

   a. Enter and play each game *at least* once.

   b. Look for potential resource issues (incorrect graphics, etc.).

   c. Whenever possible, use version notes as a hint about what features to test thoroughly.

3. Verify payout after playing many games, particularly if version notes indicate change that affects pay structure.

Note: As far as this document is concerned, "Quantum Leap" is a synonym for "QuickShot".

*About Patches:* To support rapid build iteration and deployment, basic file patching may be achieved using a zip file instead of requiring full-blown images for every build (which wastes a lot of time and space). The contents of the .zip file are the files that differ from the previous version of the appropriate build-type/market (the file-set delta). To apply a patch to a loaded compact flash, see instructions here. If an image is required here for a stabilized version supplied only as a patch, notify the Engineering department.

*Updating:* Keep the following table sorted in reverse chronological order, and add/remove highlights as new versions become available. Please hyperlink versions to WinHex images in the image repository. Hyperlinks in the notes section reference other locations on this page.

| Date | Version | Build Type & Market | Notes |
|---|---|---|---|
| 2008-12-12 | 4.3.2.34-RC2 (1GB) | NudgeMaster Michigan | Adds Configurable options for transferring hands at the end of each game, and also for incrementing the hand count ONLY on wins. |
| 2008-09-10 | 4.3.1.37-RC6 | Quickshot Wisconsin | Apparently, at some point, the source code branch suffered from the loss of the change made to enable COIN_CREDIT on HBTN_SWTCHSPARE1 for Debitech card-reader/coin-pulse crediting. Change re-made here. |
| 2008-09-03 | 4.3.1.37-RC5 | Quickshot | Hand Counter Display was not showing in every game. Also, defaults set to 0.75 hand value and deposit-cash and win-game are routed to the points purse. Regular Triple Joker was |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Wisconsin | removed. |
|---|---|---|---|
| 2008-07-09 | 4.3.1.37-RC4 | Quickshot<br><br>Wisconsin | Very minor mod yet again, except that source code was lost from RC3, so 4.3.1.37's original source code was used and changes "re-made" to it as per the descriptions here for RC2 and RC3. This time, Voucher Value Display Type option was exposed so that Larry could change from displaying "Cash" to "Credits/Points." |
| 2007-08-30 | 4.3.1.37-RC3 | Quickshot<br><br>Wisconsin | Very minor mod from 4.3.1.37-RC2 to open up the Infinity Spin option.  Note email below:<br><br>Larry Lomaz is planning to send back the compact flash we sent him because the "Infinity Spin" feature isn't available in non-Nudgemaster versions. I will modify the same branch of code to allow enablement of this feature.  (Also, for simplicity in the future, I'm going to assume all versions including QuickShot should open this option.)<br><br>I asked him to make sure this was the only other change he needed and he said it is.  He and Sebastian sounded likely to forget the configuration options they need, so here they are for when we get the phone-call:<br><br>In OpMenu \| Configuration:<br>    Under the Money Tab:<br>        Change "Points: Hand Value" to $0.75<br>        Change "Purse-Routing: Deposit-Cash" to POINTS<br>        Change "Purse-Routing: Win-Game" to POINTS<br>    Under the Games Tab:<br>        Change "Infinity Spin" to Enabled. |
| 2007-08-29 | 4.3.1.37-RC2 | Quickshot<br><br>Wisconsin | Branched from 4.3.1.37.  Enables COIN_CREDIT on HBTN_SWTCHSPARE1 so that Larry Lomaz (in the Quantum Leap for Florida) can use the Debitech card-reader/coin-pulse crediting system. |
| 2007-12-20 | 4.4.1.28<br>4.4.1.28-A | Quickshot<br><br>California | |
| 2007-11-20 | 4.4.1.25<br>4.4.1.25-A | Quickshot<br><br>California | |
| 2007-11-08 | 4.4.1.24 | Quickshot<br><br>California | Critical fixes for California Bingo. The validation overlap bug (which allowed players to exchange any credit on the terminal for any ticket amount) has been fixed. And the progressive limiting value is now properly enforced.<br>Note: Default hardware configuration targets M-II.  To configure for Arcom, simply run Use-Arcom.bat on the compact flash.  If programming with WinHex, it may be necessary to remove the CF-card and then plug it back into the PC before running the batch file. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018323

3/16/2021, 3:32 PM

| | | | |
|---|---|---|---|
| 2007-08-22 | 4.4.2.11 | NudgeMaster<br><br>Massachusetts | Same as 4.4.2.10 but the JCM is set to accept 14 digit bar-codes instead of 18. This is to support the DBV-300 bill validators, which have special restrictions for bar-code tickets. The Seiko printer code is also set to flash an appropriate bar-code region for printed tickets (after setup, the PSA prints wider bars and spaces for insertable tickets, also required for consistency with DBV-300). |
| 2007-08-20 | 4.4.2.10 | NudgeMaster<br><br>Massachusetts | Sweepstakes / Skill-game hybrid made for Stan Webb in Massachusetts. Includes much custom functionality for managing and dispensing phone-card pin numbers, as well as validating promo tickets ("free play vouchers") without connection to a validation server. |
| 2007-07-03 | 4.3.1.37 | Quickshot<br><br>Wisconsin | Branched from 4.3.1.30. Uses alternate graphics for game menu icons that have slot machine verbiage removed (i.e. "reels," "slots"). |
| 2007-06-23 | 4.3.1.36<br>(MII/Matrox)<br><br>4.3.1.36-A<br>(Arcom) | Quickshot<br><br>California | Branched from 4.3.1.28. Adds several robustness improvements to prevent possibility of terminals hanging in Claim state. In a worst case scenario where a terminal misses all broadcasts pertaining to its own game conclusion, the terminal will be unstuck within a maximum of 15 seconds because now the master occasionally broadcasts a full ball-count while idle. Also added a rough debug capability to simulate press of button 8 (play) while in Tech mode and when "PLAYPRESS" is mapped by a preloader script to a nonzero number of milliseconds between presses (typically something like 3000). |
| 2007-06-07 | 4.3.1.35 | Quickshot<br><br>Oklahoma | Identical to 4.3.1.18, except that SmartCard Licensing updates every 20 minutes instead of 20 seconds. |
| 2007-06-06 | 4.3.2.34<br><br>4.3.2.34-MT | NudgeMaster<br><br>Michigan | Identical to 4.3.2.20, but with SmartCard Licensing updates every 20 minutes instead of 20 seconds. |
| 2007-06-06 | 4.3.2.33 | NudgeMaster<br><br>Ohio | Identical to 4.3.2.22, but with following changes:<br><br>1) SmartCard Licensing updates every 20 minutes instead of 20 seconds.<br><br>2) Peek-Scan is performed at first boot and each NVRAM Clear (per Don's request, since operators are complaining about cherry pickers costing too much).<br><br>3) The CF image does not include defaults set for North Carolina ("Post Score" feature). |
| 2007-06-05 | 4.2.2.32 | Quickshot | This is EXACTLY 4.3.1.30 built with a version number that won't invalidate licenses at 8-Line Supply. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018324

3/16/2021, 3:32 PM

| Date | Version | Product / State | Notes |
|---|---|---|---|
| | | Wisconsin | |
| 2007-05-31 | 4.3.2.31 | NudgeMaster<br><br>Ohio | This version is identical to 4.3.2.22 except that it contains the ACOS3 smart chip fix and the image DOES NOT include the defaults for North Carolina's "Post Score" feature. |
| 2007-05-31 | 4.3.1.30 | Quickshot<br><br>Wisconsin | Built primarily for 8-Line Supply, this is the first version of Quickshot since the XP port that doesn't include special graphics or hardware hacks. The last QS-WI build was 4.2.2.15. |
| 2007-05-23 | 4.3.1.28 (MII/Matrox)<br><br>4.3.1.28-A (Arcom) | Quickshot<br><br>California | Built from 4.3.1.26 source, but with the following 2 changes: SC-License updates time-to-live counters every 20 minutes instead of 20 seconds, and TJM graphics were fixed to show 2x & 4x multipliers instead of 3x & 9x. |
| 2007-05-09 | 4.3.1.26 | Quickshot<br><br>California | See notes for 4.3.1.24. Includes last-minute fix of a simple accounting error: the full-card bingo prize (1 penny) was not being metered in cash-won. This resulted in small mismatches in accounting reports when net hold was calculated in different ways: (CashIn - CashOut) versus (CashPlayed - CashWon). Note: 4.3.1.24 never actually made it out of the building, and any compact flash with a sticker saying "4.3.1.24" is actually running 4.3.1.26. |
| 2007-05-08 | 4.3.1.24 | Quickshot<br><br>California | New version for California Bingo (built from head of development tree instead of old branch) resolves several minor issues from 4.3.1.16. More importantly, the memory problem has been accommodated for with this version. The M-II board has a built in graphics chipset which automatically sets aside 32 MB of system RAM for video memory use. This 32 MB was critical for such a large number of games, and so the terminals kept crashing. The BIOS option [Integrated Peripherals] / [Frame Buffer Size] can be reduced to 16 MB, but still there were crashes. To save more memory, this version sets the Common.cbs script to disable the caching of graphics and remove the artificial VRAM limit. Note: The memory is still cutting VERY close to the limit, so if any crashes occur later, disable Sultan of Sevens and reset the terminal to be safe. |
| 2007-04-26 | 4.3.2.22 | NudgeMaster<br><br>Ohio<br><br>(North Carolina) | Includes the Post Score feature and denomination changes as follows: $5 was replaced with 2 cents, $10 was replaced with 3 cents, and $20 was replaced with 4 cents. 3x5 games now default to enable all denominations between 1 and 5 cents.<br>This version was made from NM-Ohio build, but with an NVRAM Restore point (NC-POST) set to configure for North Carolina. Printer and bill acceptor were disabled, and the following options were set in OpMenu \| Configuration \| Money:<br>1. CashOut Methods --> Hard Meters only<br>2. Coin Denomination Value --> 0.01<br>3. Global Denomination --> 1 cent |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018325

3/16/2021, 3:32 PM

| | | | 4. Meter Denomination Value --> 0.01 <br> 5. CashOut Button Display --> Post Score <br> 6. Credit Value Display Type --> Credits / Points <br> 7. Show Score List (on attempt to redeem 0) --> Enabled |
|---|---|---|---|
| 2007-04-26 | 4.2.2.31 | Sweepstakes | Identical to 4.2.2.30, but with a fix for CalKeno: the play button was being enabled, allowing players to start new games during the middle of the current game - this resulted in the appearance of repeated award of the same or higher prize amounts when continually pressing play. |
| 2007-04-11 | 4.3.2.20 | NudgeMaster <br><br> Michigan | Built for ITL submission to include fixes and features added since version 4.3.2.13. |
| 2007-03-21 | 4.2.2.30 | Sweepstakes | This sweepstakes build is the first to use the unified XP/CE code base. It was compiled with classic Triple Joker excluded so Cold Cash runs stable. The last sweepstakes build was 4.2.2.25. |
| 2007-03-20 | 4.3.2.19 | NudgeMaster <br><br> Ohio | This IS 4.3.2.12a, simply rebuilt with a new version number. |
| 2007-03-20 | 4.3.1.18 | Quickshot <br><br> Oklahoma | Exactly the same as 4.3.1.15, except that instructions have been added to the bonus game. Also includes a few minor bug fixes. |
| 2007-03-15 | 4.3.1.16 | Quickshot <br><br> California | See notes for 4.3.1.12. This version fixes a bug where a terminal could get stuck if it joined a game within ~400 milliseconds of the master ending it. |
| 2007-03-15 | 4.3.1.15 | Quickshot <br><br> Oklahoma | Exactly the same as 4.3.1.14, except that a bug in the bonus that trapped the system has been fixed. |
| 2007-03-13 | 4.3.1.14 | Quickshot <br><br> Oklahoma | Barry Switzer QuickShot single-game. Preconfigured with an NVRAM Restore Point ("SWITZER-SINGLE") to disable the game-menu. <br><br> Note about hardware configuration: the animations had to be scaled back to half their original memory consumption so as to fit into the Matrox G450 VRAM - this made the in-game performance good, but the bonus had about 32 MB of animation, and so still animates somewhat slowly (it's tolerable, but not as fast as it should be). Considering the fact that the original target platform was for a completely different hardware and operating system, this is a good compromise. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018326

3/16/2021, 3:32 PM

| | | | |
|---|---|---|---|
| 2007-03-12 | 4.3.1.12 | Quickshot<br><br>California | Identical to 4.3.1.11, but *hacked* to divide all horizontal touch positions by two to compensate for Elo touch-driver maladjustment to the Matrox 1600x600 span-mode. This software is intended ONLY for the following hardware combination:<br>1) MII-12000 board<br>2) Matrox G450 Graphics card<br>3) Elo USB Touchscreen<br><br>Note: This version was built by Sean, originally only intended for a demo. It is upgraded to release status now only because a proper solution would require involvement from either Matrox or Elo (most likely Elo), and may not be necessary in the near future anyway. |
| 2007-03-07 | 4.3.2.12a<br><br>(Patch) | NudgeMaster<br><br>Ohio | Fileset revision from 4.3.2.12. Fixes incorrect payout for Splash Cash and Triple Joker MultiWin paytables (.MWT files). |
| 2007-02-23 | 4.3.2.12 | NudgeMaster<br><br>Ohio | Identical to 4.3.2.10, but with two lines of code in the Ice Fisher Bonus swapped. This was done in an attempt to keep the game from crashing upon beginning the bonus. |
| 2007-02-21 | 4.3.2.13 | NudgeMaster<br><br>Michigan | Michigan needed the Peek-Next feature with the ability to view Game Results instead of amounts. |
| 2007-01-30 | 4.3.1.11 | Quickshot<br><br>California | Tiny change from 4.3.1.8: tickets in will add to the total-cash-in meter. |
| 2007-01-22 | 4.3.2.10 | NudgeMaster<br><br>Ohio | NFA-Ohio Submission - identical to 4.3.2.9, but with $/Resources/Triple_Joker_9k_4.dat removed. |
| 2007-01-19 | 4.3.1.8 | Quickshot<br><br>California | Submission for NFA-California, revision to old 4.3.1.6 codebase. Multiplayer bingo behavior changed to suit NFA's request for 'three-touch bingo' with Play, Daub, Claim sequence. Changes also include non-bingo options removal and miscellaneous bug-fixes. |
| 2007-01-18 | 4.3.2.9 | NudgeMaster<br><br>Ohio | NFA-Ohio Submission - almost identical to 4.3.2.7, but with a few more options and unused files removed. |
| 2007-01-17 | 4.3.2.7 | NudgeMaster<br><br>Ohio | NFA-Ohio Submission with non-Ohio-applicable configuration options hidden from OpMenu, and many resources removed or renamed. (Tech note: Also includes a last-minute minor hack with major consequences: all images with width or height less than 128 will go to System RAM instead of Video RAM - this |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018327

3/16/2021, 3:32 PM

| | | | |
|---|---|---|---|
| | | | should reduce to almost nothing the chance of stepping into the cursor memory during graphics load, causing corruption (this change is a *workaround* for a known problem with the VIA DirectDraw driver).) |
| 2006-12-27 | 4.3.1.6 | Quickshot California | Submission for NFA, nearly identical to 4.3.1.2. Changes a few graphics and the wording of help text so as to eliminate risk of misleading player regarding Free Spins. QuickShot graphics changes should also help prevent players from cheating the system.<br>Note: This was made by manually merging changes from the head of development onto 4.3.1.2 code. |
| 2006-12-27 | 4.3.2.5 | NudgeMaster Ohio | NFA-Ohio Submission nearly identical to 4.2.2.24, but with MultiWinTable replacement of QuickShot game determination for Splash Cash and Triple Joker MultiWin (plus a few minor bug-fixes). Sean added a fix to accounting to meter the nudge-win-always credit so that the payout doesn't get skewed.<br>Note: This was made by manually merging changes from the head of development onto 4.2.2.24 code. |
| 2006-12-01 | 4.2.2.25 | Sweepstakes | Added "Buy Time" help button replacement option to transfer $1.00 with each press. Added option to display "Plays" (Credits) as currency value.<br>Includes Cold Cash. |
| 2006-11-29 | 4.2.2.24 | NudgeMaster Ohio | Includes Cold Cash (after resizing the tiny snowflakes image which triggered corruption/display of the mouse cursor due to a BAD bad bad DirectDraw implementation quirk).<br><br>Sound implementation has been overhauled in order to save memory. We now use the .APE lossless compression audio format exclusively (can be created using "Monkey's Audio" available in the Tools section), and we don't wait for sounds to be fully loaded before entering games. If you do things that require sound immediately upon entering a game, then you may perceive a small delay before the requested sound is loaded and then played back. |
| 2006-11-21 | 3.6.6.1.SP1 | NudgeMaster | Here to maintain legacy software for customer: TA Truckstop south of Atlanta. Software license required before install. |
| 2006-11-21 | 3.6.6.1.TSP | NudgeMaster | See notes for 4.2.2.23. This build made to support a customer with legacy NM5000 (3.6.1.2). Source for version 3.6.1.2 was lost from migration since the olden days of Marcel, and 3.6.6.1 was last NM version before PlayerAccount overhaul which doesn't suit the customer.<br><br>OGJ 2008-03-18: After much investigation with Compusports, it has been determined that THIS IS WHAT THEY USE. "TSP" is a nonstandard name for "SP2". Their operable configuration differs from defaults, causing them to sometimes think we gave them the wrong version. |
| 2006-11-21 | 4.2.2.23 | NudgeMaster | Includes Elo Touch-controller WORK-AROUND which reinterprets the flawed signal stream from the driver/OS. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
POM018328

3/16/2021, 3:32 PM

| | | Ohio | Henceforth, the controller's factory default stream mode should be kept instead of reconfiguring to touch-point mode. |
|---|---|---|---|
| 2006-11-08 | 4.2.2.22 | Sweepstakes | Added "Sweepstakes Reveal With Bonus" option, which allows play of all games' bonus rounds (plus the ice-fishing bonus) when revealing in Quantum Leap Black. Cut about 12 MB of sound from the system to improve stability. Added various tweaks and improvements requested for the new installation, including: 1) Ability to Reveal ALL and Transfer ALL, 2) Ability to transfer prizes from within the game - just touch the Prizes/Win window.  3) Delay and wait for touch-up after revealing or transferring. |
| 2006-11-06 | 4.2.2.21 (Patch) | NudgeMaster  Ohio | Identical to 4.3.2.3, sans Cold Cash, and with hand-counts rounded up on redemption tickets instead of rounded down. Patch from 4.3.2.3.  This build was created with a 4.2.2 version number so that we wouldn't have to ship the customer new license smartchips. |
| 2006-10-25 | 4.3.2.3 | NudgeMaster  Ohio | NFA Submission for Ohio.  Expands "Peek Next Game" functionality to allow preview of next game win amount, entertaining-display result, neither, or both.  For Ohio, the option is locked in to show only the result.  Also added legal/printer text option for Michigan. |
| 2006-10-16 | 4.3.1.2 | Quickshot  California | Submission for NFA.  Includes many new features and changes required to meet legal requirements in California, most notably the Bonanza multiplayer bingo system, wager range clamping, and rebuilt paytables for lower top prizes and non-column-based bingo ball-draws. Default ApexCE.ini configuration is for Arcom, since dual display is needed. |
| 2006-10-09 | 4.2.2.20  Patch | NudgeMaster  Ohio | Same as 4.2.2.19 but with new Ohio defaults (NFA777 - improving legal defensibility of the machine; mostly just locking in configuration settings). |
| 2006-10-06 | 4.2.2.19 | NudgeMaster  Ohio | Added detection of use with Elo touch screens specifically programmed to "initial touch only" mode.  When used with these screens, the touch screen becomes much more stable, but is only equipped to handle push-button style input ( i.e. no more dragging ). Instructions for programming the screens this way can be found here. |
| 2006-09-25 | 4.2.2.18  Patch | NudgeMaster  Michigan | Patch from 4.2.2.14.  This build should not exist - its only purpose is to hardcode the defaults for NVRAM clears.  New Market Type, Michigan, has configuration almost identical to Ohio.  Exceptions: 1) Hand Counts are enabled due to win and deposit purses routing to POINTS. 2) Points Hand Value is $3.75. |
| 2006-09-18 | 4.2.2.17 | Sweepstakes | Added several options and terminal capabilities, including: 1) Configurable Custom Coupon ticket type. 2) Ability to print custom coupon-receipts for each bill accepted. 3) Product purse for purchases and sweepstakes transfers. 4) Option to allow product purchase (and sweepstakes entry) with prizes. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018329

3/16/2021, 3:32 PM

| | | | 5) Ability to reveal entries in game menu without playing a game. 6) Terminal session management using terminal number. 7) Sweepstakes server transactions: purchase, redemption, and transfer.<br><br>Default configuration for sweepstakes is similar to previous sweepstakes version.  To configure for North Carolina and other small locations without loaders, etc...<br>1) Enable the bill acceptor and printer.<br>2) Enable "Configuration \| Money \| Print Custom Coupon-Receipts For Accepted Bills"<br>3) Enter appropriate text in "Configuration \| Machine \| Custom Coupon Info".<br>4) In the same OpMenu section, set "Sweepstakes Session Timeout" to zero.<br>5) Enter a terminal number corresponding to an account on the sweepstakes server.<br>6) Set "Sweepstakes Session With Terminal Number" to enabled. |
|---|---|---|---|
| 2006-09-05 | 4.2.2.15 | Quickshot<br><br>Wisconsin | Upgrade from 4.2.2.11; includes Custom Printer and Apex Bill Acceptor. |
| 2006-08-22 | 4.2.2.14<br><br>Patch | NudgeMaster<br><br>Ohio | Patch from 4.2.2.13.  Removes some of the space at the bottom of Custom TG558 printer receipts while leaving enough to safeguard against players ripping incorrectly.  Built with defaults according to Pierre Marcoux of Electromatic.  Reseeds stable RNGs of 3x5 games in between plays so that, even if a CF is configured and then replicated, the outcome streams will vary (this doesn't affect overall results, but only volatility of the set of machines taken together). |
| 2006-08-17 | 4.2.2.13 | NudgeMaster<br><br>Ohio | Same as 4.2.2.12 but with more configurable printer text on redemption tickets, and the Peek-Scan (find losing games) process isn't applied at first boot after RAM-clears.  Instead, disable and then re-enable the OpMenu option "Configuration \| Machine \| Peek Next Game Win Amount" to manually peek-scan. |
| 2006-08-10 | 4.2.2.12<br><br>4.2.2.12-MT | NudgeMaster<br><br>Ohio | Includes Custom Printer and Apex Bill Acceptor device support. |
| 2006-07-26 | 4.2.2.11<br><br>4.2.2.11-MT | Quickshot<br><br>Wisconsin | See notes for 4.2.2.10.  This version includes minor fixes. |
| 2006-07-18 | 4.2.2.10 | Quickshot<br><br>Wisconsin | Includes Progressive Limiting Value, Jackpot-Win Routing Options, ability to ignore green key for winning Jackpots. The defaults for this build are as follows:<br>Progressive Limiting Value: 1200.00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018330

3/16/2021, 3:32 PM

| | | | |
|---|---|---|---|
| | | | Jackpot-Win Routing: Credits<br>Wait for Green Key on Jackpot:  Disabled<br>Default ApexCE.ini configuration is for M-II. |
| 2006-06-21 | 4.2.2.9<br><br>4.2.2.9-MT<br>(MicroTouch) | NudgeMaster<br><br>Ohio | Same as 4.2.2.8, but fixes a non-critical bonus issue (credits divisibility due to shifted bet-structure).  Also defaults license server to disabled since it's no longer used. |
| 2006-06-20 | 4.2.2.8 | NudgeMaster<br><br>Ohio | Includes requested feature: start all outcome streams on a losing game so that the player is not trained to look for winners on varied bet-levels (thus preventing an initial spike in payout).  Also fixed a 4.2.2.2 bug in which the shifted bet-structure is not considered during funds verification.<br><br>This image uses OS 1.0.1.3, appropriate only for MicroTouch systems with no net usage. |
| 2006-06-14 | 4.2.2.7 | PullTab<br><br>Maryland | PullTab build for Maryland.  Includes SmartCard Licensing. |
| 2006-06-13 | 4.2.2.6 | QuickShot | Quickshot (default) build requiring SmartCard license dongle.  Default ApexCE.ini configuration is for M-II. |
| 2006-06-13 | 4.2.2.5 | Sweepstakes | Sweepstakes build that includes SmartCard licensing. |
| 2006-06-05 | 4.2.2.2 | NudgeMaster<br><br>Ohio | Includes SmartCard licensing and legalizing changes for Ohio:<br><br>1) Always provide possibility for win (via nudger icon game with shifted bet structure).<br>2) Show next play's win amount.<br>3) Lots of other options, features, etc. |
| 2006-05-17 | 4.2.1.9 | Sweepstakes | The metering added in 4.2.1.8 mysteriously caused significant slowdown between games.  Since it is not specified as a requirement, it was removed. |
| 2006-05-15 | 4.2.1.8 | Sweepstakes | Added 2x-Pay Free Spin feature for Clover Cash, added basic metering for Entries In and Prizes Out (cash in/out meters are used and relabeled, since they don't apply to revealer terminals) and fixed some minor issues with jackpot win displays. |
| 2006-05-09 | 4.2.1.6 | Sweepstakes | Just like 4.2.1.2 (same resources, etc.), but with a few improvements and minor fixes. |
| 2006-04-28 | 4.2.1.2 | Sweepstakes | First release of the Apex SweepStakes Revealer software. |
| 2006-04-11 | 4.1.2.10 | NudgeMaster<br><br>Ohio | Simple accounting bug-fix from change (1) in 4.1.2.9. |
| 2006-04-10 | 4.1.2.9 | NudgeMaster<br><br>Ohio | Identical to 4.1.2.8, with changes as follows: 1) Per Don's request, changed hard-meter cashout functionality to keep the remainder of "Meter Denomination Value" on machine credit balance. 2) Changed defaults to suit Ohio.  3) Unmapped SAS channel in Hardware*.cbs script, which had been causing occasional slowdown after wins since v.4.1.2.4. |
| 2006-04-05 | 4.1.2.8 | NudgeMaster<br><br>Florida | Identical to 4.1.2.6, with the following changes: 1) Added support for crediting up the machine with coin pulses on the Spare Key input line.  This enables use of the Debitek Smart Card crediting device (as well as any standard coin mechanism |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      POM018331

| | | | |
|---|---|---|---|
| | | | with 50 ms pulses). 3) Added 'OpMenu \| Configuration \| Money \| Coin Denomination Value' option to assign credit value of pulses. 2) Changed 'Meter Denomination' option to more general 'Meter Denomination Value' (required to support $0.75 value applicable in Florida). 3) Assigned configuration defaults as appropriate for Florida: Hand Value of $0.75, denomination values to match Debitek, etc. |
| 2006-04-03 | 4.1.2.7 | QuickShot<br><br>Oklahoma | ITL Submission: identical to 4.1.2.2, except with Tech Mode made inaccessible. To restore the Tech Mode OpMenu option, add a line "map TECHPASS 0" to the end of the "/Resources /Scripts/SystemInit_QS.cbs" script.<br><br>Alternate Image for M-II Machines |
| 2006-03-21 | 4.1.2.6 | NudgeMaster | Identical to 4.1.2.4, but fixed a SC/TJM bug that caused Play/Daub buttons to show instead of pure Play buttons.<br><br>By default, this runs on an M-II. To configure for Arcom: 1) Rename "ApexCE.ini" to "ApexCE-M2.ini"; 2) Rename "ApexCE-Arcom.ini" to "ApexCE.ini". |
| 2006-03-22 | 4.1.2.5 | PullTab<br><br>New Hampshire | PullTab build for New Hampshire with the New Hampshire state logo printed on all Lucky-7 tickets. Of course, to use the new graphic, the printer must be flashed with OpMenu \| Diagnostics \| Printer \| Setup. |
| 2006-03-17 | 4.1.2.4 | NudgeMaster | The first NM5000 build since replacement of PlayerAccount system with ClientAccount system. In particular, credits/points handling is different. Points are automatically transferred to credits (at end of game and at time of redemption) as the hand-count, points-balance, and hand-value allow. |
| 2006-03-17 | 4.1.2.3 | PullTab<br><br>Maryland | PullTab build for Maryland with Clover Cash pulltab game. |
| 2006-03-17 | 4.1.2.2 | QuickShot<br><br>Oklahoma | QuickShot Class-II build for ITL submission (NFA777), created 2006-02-08. |
| 2006-03-17 | 4.1.2.1 | QuickShot<br><br>Texas | QuickShot build, but configured for M-II and with ALL bingo references on bottom screen removed. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM018332

3/16/2021, 3:32 PM

# EXHIBIT B

December 14, 2006

Mr. James R. McClain, Esq.
The Law Office of J. Randall McClain
5427 Haussman Place
Westerville, Ohio 43081

Re:     Report on the review and analysis of the *NudgeMaster* game, version 4.2.2.24.

Dear Mr. McClain:

By request received September 12, 2006 and subsequent information received through December 7, 2006, **Nick Farley & Associates, Inc.** has conducted a review and examination of the *NudgeMaster* game, version 4.2.2.24, developed by World Touch Gaming, Inc. and distributed by Skill Tech Gaming.  Our review and examination has been undertaken on behalf of The Law Office of J. Randall McClain for the benefit of World Touch Gaming, Inc. and Skill Tech Gaming. This document will be divided into sections representing the various stages of review and analysis conducted.

**Section I - General Information Regarding the *NudgeMaster* Game**

The *NudgeMaster* game is available in five (5) different game themes.  These five game themes are stored on one Compact Flash memory card.  The *NudgeMaster* game themes offered are identified as follows:

| *NudgeMaster Version 4.2.2.24* |
|---|
| *Triple Joker 3 Reels* (25¢, 50¢, $1) |
| *Cold Stash 5 Reels* (5¢, 10¢, 25¢, $1) |
| *Clover Charm 5 Reels* (5¢, 10¢, 25¢, $1) |
| *Splash Blast 3 Reels* (25¢, 50¢, $1) |
| *Golden Sand-Dollar 5 Reels* (5¢, 10¢, 25¢, $1) |

A player inserts money into the *Tic-Tac-Fruit* device through a bill acceptor located on the front of the cabinet adjacent to the video screen.  The bill acceptor accepts U.S. notes of varying denominations.  Bills inserted are displayed on the video screen as "Cash" available for game play purchase.

*NudgeMaster v4.2.2.24*
December 14, 2006
Page 2

The player then selects the desired game to play from the menu of five (5) game theme options.  Upon selection of the desired game theme, the video screen displays the selected game, and the previously available "Cash" is displayed as "Credit" reflecting a quantity of "Credits" in the denomination selected.

Once the desired game theme is displayed, the player then selects the denomination of play by simply touching the denomination icon on the video screen.  The "Credits" displayed are automatically adjusted to reflect the quantity of "Credits" available to for game play in the selected denomination.  A player may change their desired denomination at any time prior to engaging in game play.

The player then selects the quantity of credits desired to purchase a single game play.  The player may increase or decrease the purchase price of a game play by pressing the appropriate icons on the video screen.

After selecting the desired purchase price, and prior to engaging in game play, the player may touch the "Press Here to View Next Play" icon on the video display to preview the next game to be presented.  The "Press Here to View Next Play" will be displayed for approximately 5 seconds before returning to the previous game outcome screen.  The player may evaluate the "Press Here to View Next Play" for each possible purchase price prior to committing funds for game play.  The "Press Here to View Next Play" feature permits the player an opportunity to decide which game to play next based upon the price to play.  Alternatively, the player may exit the selected game, choose another game and purchase price, or cash out any accumulated "Credits", which may be redeemed for cash.

Game play begins with the player touching the "PLAY" icon on the video screen.  The video screen then presents a video representation of spinning reels.  Depending upon the game theme selected, either three (3) or five (5) reels will spin.  The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen.  The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" one reel.  Each "Nudge" option also presents one of four (4) symbols embossed in the "Nudge" direction arrow.  The four (4) possible symbols embossed on the "Nudge" direction are as follows:  X, O, $\Delta$, and $\square$.  As mentioned in the on-screen instructions for game play, the X and O symbols will result in a loss of the player's purchase price; the $\Delta$ and $\square$ will result in a winning outcome, and a prize of at least one (1) credit.

The object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered.  There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels.  The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a $\Delta$ or $\square$ symbol, which will award a prize of one (1) credit.

*Nick Farley & Associates*
**www.nfa777.com**

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

Essentially, *NudgeMaster* game presents a task whereby the player must select the correct direction to "Nudge" the reel in an effort to obtain the highest value game outcome offered by the device. The game outcome is selected randomly prior to the player committing funds to engage in game play. The player is afforded an opportunity to select the game to be played in advance of committing funds.

All prizes won are displayed as "Win" and added to the "Credit" available for additional game play purchases.

The player may redeem accumulated credits after game play. Redemption of the credits is accomplished by exiting to the main menu, and pressing the "Redeem" icon on the video screen. All accumulated credits will be redeemed as a cash voucher on a printed ticket. The printed ticket may be presented to a redemption counter within the venue for prize or cash payment.


### Section II - Game Specific Information

*Nick Farley & Associates, Inc.* has evaluated the *NudgeMaster* version 4.2.2.24 game. Each of the game themes offers game play in a similar manner: the player is presented with an opportunity to "Nudge" one reel in an effort to attain a winning game outcome.

### Triple Joker (3 Reels) – 25¢, 50¢, $1

*Triple Joker* (3 Reels) offers the player a selection of three different denominations to base the purchase price for play upon: 25¢, 50¢, and $1.00. The player may elect to wager 2, 3, 4, or 5 credits on one payline. The player may preview the game outcome for each wager option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of three spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" any one of the three reels. At least one "Nudge" option will present the player with a Δ or ☐ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or ☐ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Award Table" icon on the video screen. The award schedule pertaining to the *Triple Joker* (3 Reels) is listed as follows:

| *Triple Joker* (3 Reels) | |
|---|---|
| All Values Are In Credits for Minimum Wager | |
| *3 Triple Joker* | Jackpot |
| *3 Joker* | 80 |
| *3 Seven* | 40 |
| *3 3-Bar* | 20 |
| *3 2-Bar* | 10 |
| *3 1-Bar* | 4 |
| *1 Cherry* | 2 |

### Cold Stash (5 Reels) – 5¢, 10¢, 25¢, $1

*Cold Stash* (5 Reels) offers the player a selection of four different denominations to base the purchase price for play upon: 5¢, 10¢, 25¢, and $1.00. The player may elect to wager 2, 3, 4, 5, or 6 credits on 1, 5, 9, 15, or 24 paylines. The player may preview the game outcome for each wager option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of five spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" the leftmost of the five reels in either the left or right direction. One "Nudge" option will present the player with a Δ or ☐ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or ☐ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Help" icon on the video screen. The award schedule pertaining to the *Cold Stash* (5 Reels) is listed as follows:

| Cold Stash (5 Reels) | | | |
|---|---|---|---|
| All Values Are In Credits for Minimum Wager | | | |
| *5 Penguin* | 4000 | *5 Triple Cherry* | 150 |
| *4 Penguin* | 500 | *4 Triple Cherry* | 50 |
| *3 Penguin* | 100 | *3 Triple Cherry* | 15 |
| *2 Penguin* | 10 | *2 Triple Cherry* | 2 |
| *1 Penguin* | 2 | *5 Kayak* | 150 |
| *5 Whale Tail* | 400 | *4 Kayak* | 20 |
| *4 Whale Tail* | 100 | *3 Kayak* | 10 |
| *3 Whale Tail* | 20 | *5 Igloo* | 100 |
| *5 Polar Bear* | 250 | *4 Igloo* | 20 |
| *4 Polar Bear* | 100 | *3 Igloo* | 10 |
| *3 Polar Bear* | 20 | *5 Seven* | 50 |
| *2 Polar Bear* | 5 | *4 Seven* | 20 |
| *5 Snow Flake* | 250 | *3 Seven* | 5 |
| *4 Snow Flake* | 100 | *5 Sled* | 50 |
| *3 Snow Flake* | 20 | *4 Sled* | 20 |
| *2 Snow Flake* | 5 | *3 Sled* | 5 |
| *5 Money Bag* | 150 | *5 Bonus* | Bonus Round Play |
| *4 Money Bag* | 50 | *4 Bonus* | Bonus Round Play |
| *3 Money Bag* | 15 | *3 Bonus* | Bonus Round Play |
| *2 Money Bag* | 2 | *5 Gold Coin (Scatter)* | 200x Total Bet |
| | | *4 Gold Coin (Scatter)* | 25x Total Bet |
| | | *3 Gold Coin (Scatter)* | 10x Total Bet |
| | | *2 Gold Coin (Scatter)* | 2x Total Bet |

### *Clover Charm* (5 Reels) – 5¢, 10¢, 25¢, $1

*Clover Charm* (5 Reels) offers the player a selection of four different denominations to base the purchase price for play upon: 5¢, 10¢, 25¢, and $1.00. The player may elect to wager 2, 3, 4, 5, or 6 credits on 1, 5, 9, 15, or 24 paylines. The player may preview the game outcome for each wager option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of five spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" the leftmost of the five reels in either the left or right direction. One "Nudge" option will present the player with a $\Delta$ or $\square$ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a $\Delta$ or $\square$ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Help" icon on the video screen. The award schedule pertaining to the *Clover Charm* (5 Reels) is listed on the following page:

| Clover Charm (5 Reels) | | | |
|---|---|---|---|
| All Values Are In Credits for Minimum Wager | | | |
| *5 Leprechaun* | 10,000 | *5 Rabbit* | 100 |
| *4 Leprechaun* | 1,000 | *4 Rabbit* | 25 |
| *3 Leprechaun* | 100 | *3 Rabbit* | 10 |
| *2 Leprechaun* | 10 | *5 Horseshoe* | 100 |
| *1 Leprechaun* | 2 | *4 Horseshoe* | 25 |
| *5 Seven* | 500 | *3 Horseshoe* | 10 |
| *4 Seven* | 150 | *5 Gold Coin* | 100 |
| *3 Seven* | 25 | *4 Gold Coin* | 25 |
| *2 Seven* | 10 | *3 Gold Coin* | 10 |
| *5 Money Bag* | 250 | *5 Bonus* | Bonus Round Play |
| *4 Money Bag* | 100 | *4 Bonus* | Bonus Round Play |
| *3 Money Bag* | 20 | *3 Bonus* | Bonus Round Play |
| *2 Money Bag* | 5 | *5 Clover (Scatter)* | Bonus Round Play |
| *5 Star* | 250 | *4 Clover (Scatter)* | Bonus Round Play |
| *4 Star* | 100 | *3 Clover (Scatter)* | Bonus Round Play |
| *3 Star* | 20 | | |
| *2 Star* | 5 | | |
| *5 Elephant* | 100 | | |
| *4 Elephant* | 25 | | |
| *3 Elephant* | 10 | | |

## *Splash Blast* (3 Reels) – 25¢, 50¢, $1

*Splash Blast* (3 Reels) offers the player a selection of three different denominations to base the purchase price for play upon: 25¢, 50¢, and $1.00. The player may elect to wager 2 to 11 credits on one payline. The player may preview the game outcome for each wager option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of three spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" any one of the three reels. At least one "Nudge" option will present the player with a Δ or □ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or □ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Award Table" icon on the video screen. The award schedule pertaining to the *Splash Blast* (3 Reels) is listed as follows:

| *Splash Blast* **(3 Reels)** | |
| --- | --- |
| All Values Are In Credits for Minimum Wager | |
| *3 Splash Blast* | 1,000 |
| *3 Watermelon* | 100 |
| *3 Orange* | 50 |
| *3 Lime* | 20 |
| *3 Lemon* | 8 |
| *3 Strawberry* | 5 |
| *1 Cherry* | 2 |

**Golden Sand Dollar (5 Reels) – 5¢, 10¢, 25¢, $1**

*Golden Sand Dollar* (5 Reels) offers the player a selection of four different denominations to base the purchase price for play upon: 5¢, 10¢, 25¢, and $1.00. The player may elect to wager 2, 3, 4, 5, or 6 credits on 1, 5, 9, 15, or 24 paylines. The player may preview the game outcome for each wager option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of five spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" the leftmost of the five reels in either the left or right direction. One "Nudge" option will present the player with a Δ or □ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or □ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination.  The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge".  The length of time allotted to the player is set by the device operator.  As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds.  Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Help" icon on the video screen.  The award schedule pertaining to the *Golden Sand Dollar* (5 Reels) is listed as follows:

| *Golden Sand Dollar* (5 Reels) | | | |
|---|---|---|---|
| All Values Are In Credits for Minimum Wager | | | |
| *5 Mermaid* | 4000 | *5 Crab* | 150 |
| *4 Mermaid* | 500 | *4 Crab* | 50 |
| *3 Mermaid* | 100 | *3 Crab* | 15 |
| *2 Mermaid* | 10 | *2 Crab* | 2 |
| *1 Mermaid* | 2 | *5 Blowfish* | 150 |
| *5 Dolphin* | 400 | *4 Blowfish* | 20 |
| *4 Dolphin* | 100 | *3 Blowfish* | 10 |
| *3 Dolphin* | 20 | *5 Sea Horse* | 100 |
| *5 Clown Fish* | 250 | *4 Sea Horse* | 20 |
| *4 Clown Fish* | 100 | *3 Sea Horse* | 10 |
| *3 Clown Fish* | 20 | *5 Octopus* | 50 |
| *2 Clown Fish* | 5 | *4 Octopus* | 20 |
| *5 Oyster* | 250 | *3 Octopus* | 5 |
| *4 Oyster* | 100 | *5 Starfish* | 50 |
| *3 Oyster* | 20 | *4 Starfish* | 20 |
| *2 Oyster* | 5 | *3 Starfish* | 5 |
| *5 Blue Fish* | 150 | *5 Jellyfish* | Bonus Round Play |
| *4 Blue Fish* | 50 | *4 Jellyfish* | Bonus Round Play |
| *3 Blue Fish* | 15 | *3 Jellyfish* | Bonus Round Play |
| *2 Blue Fish* | 2 | *5 Sand Dollar (Scatter)* | 200x Total Bet |
| | | *4 Sand Dollar (Scatter)* | 25x Total Bet |
| | | *3 Sand Dollar (Scatter)* | 10x Total Bet |
| | | *2 Sand Dollar (Scatter)* | 2x Total Bet |

**Section III - Review of Source Code and Software Identification**

World Touch Gaming, Inc. has provided a copy of the software source code for the *NudgeMaster* version 4.2.2.24 to **Nick Farley & Associates, Inc.**  The review and evaluation of software source code is essential in establishing game operation and game outcome determination.

*I WILL NEED SOME TIME TO REVIEW SOURCE CODE – I NEED TO CONTACT WORLD TOUCH TO DISCUSS THE RELATIONSHIP WITH THEIR OTHER PRODUCTS THAT DOESN'T QUITE ADD UP TO ME - NF*

The *NudgeMaster* device utilizes a CPU board that houses a Compact Flash card for game program storage.  This CPU board is identified as follows:

**Happ Controls, Inc.**
**P/N:  96-0746-00**
**REV. A**

Operation of the *NudgeMaster* skill-based game is controlled by software stored on one USB memory device and one 256MB Compact Flash card housed on the main Central Processing Unit (CPU) board.  The USB memory device is used to validate the authenticity of the software housed on the 256MB Compact Flash.  The software housed on the 256MB Compact Flash controls the game processes, including elements that affect game integrity and game outcome determination.  Thus, the software which controls the outcome and integrity of the *NudgeMaster* version 4.2.2.24 skill-based game is identified as follows:

| Identification | Board Location | Memory Size | FileCheck CRC32 Signature |
|---|---|---|---|
| **NM-Ohio 4.2.2.24** | Compact Flash Socket | 256MB Compact Flash | AC3B4BDE |

The **FileCheck** program calculates a CRC32 value.  This value is a unique "signature" for the files examined (the entire volume of the Compact Flash in this instance).  The previously listed **FileCheck** CRC32 value will be obtained provided the files contained on the 128MB Compact Flash remain the same as tested.  Should these files be altered in any way the **FilesCheck** CRC32 values will change.  A copy of the **FileCheck** CRC32 program may be obtained by contacting *Nick Farley & Associates, Inc.*

**Section IV - Features and Options**

The *NudgeMaster* device offers several operator-selectable options and features.  The options and features offered to the device operator are included in the "Setup Menu".  There are several submenus in the "Setup Menu".  The features and options available to the device operator are listed in the attached *Appendix*.

*NFA WS NOT SUPPLIED WITH AN OPERATOR'S / TECHNICIAN'S MANUAL – PLEASE SEND ONE TO US ASAP. - NF*

## Section V - Skill vs. Chance Findings and Conclusion

Based upon the review and analysis of the *NudgeMaster* version 4.2.2.24 game submitted by World Touch Gaming, Inc. and Skill Tech Gaming, it is evident that the game outcome is based upon the player's skill and acumen in recognizing a winning combination and selecting the appropriate "Nudge" direction to attain the highest value winning combination as a game play result.  The player must work quickly, as game play is dependent upon a time limitation.  Based upon our evaluation of game play, a winning outcome is attainable for every game played.

In the Ohio Revised Code, under Title XXIX - Chapter 2915 Gambling - § 2915.01 Definitions, there is an exclusion for a skill-based amusement machine from the definition of a "Scheme of Chance" (Section 2915.01(C)).  It goes on to define a skill-based amusement machine as follows (Section 2915.01(AAA)):

> *(AAA)*
> *(1) "Skill-based amusement machine" means a skill-based amusement device, such as a mechanical, electronic, video, or digital device, or machine, whether or not the skill-based amusement machine requires payment for use through a coin or bill validator or other payment of consideration or value to participate in the machine's offering or to activate the machine, provided that all of the following apply:*
>   *(a) The machine involves a task, game, play, contest, competition, or tournament in which the player actively participates in the task, game, play, contest, competition, or tournament.*
>   *(b) The outcome of an individual's play and participation is not determined largely or wholly by chance.*
>   *(c) The outcome of play during a game is not controlled by a person not actively participating in the game.*
> *(2) All of the following apply to any machine that is operated as described in division (AAA)(1) of this section:*
>   *(a) As used in this section, "task," "game," and "play" mean one event from the initial activation of the machine until the results of play are determined without payment of additional consideration. An individual utilizing a machine that involves a single task, game, play, contest, competition, or tournament may be awarded prizes based on the results of play.*
>   *(b) Advance play for a single task, game, play, contest, competition, or tournament participation may be purchased. The cost of the contest, competition, or tournament participation may be greater than a single non-contest, competition, or tournament play.*
>   *(c) To the extent that the machine is used in a contest, competition, or tournament, that contest, competition, or tournament has a defined starting and ending date and is open to participants in competition for scoring and ranking results toward the awarding of prizes that are stated prior to the start of the contest, competition, or tournament.*

Based upon our review and evaluation of the *NudgeMaster* version 4.2.2.24 game, we believe that the games offered constitute a "Skill-based amusement machine" as defined in the Ohio Revised Code under Title XXIX - Chapter 2915 Gambling - § 2915.01 Definitions,

*Nick Farley & Associates*
**www.nfa777.com**

section (AAA).  Specifically, players engaged in the play of games offered by *NudgeMaster* version 4.2.2.24 will engage in a "task", whereby the player must actively participate in the task to attain a successful game outcome.  The outcome of game play is **_not_** determined largely or wholly by chance.  Nor is the outcome of game play controlled by a person not actively engaged in game play.  Player's that engage in game play and attain a successful outcome are awarded a prize, which is based entirely upon the results of play.

It is hereby expressed that *Nick Farley & Associates, Inc.* has reviewed the submitted game themes through the engagement of game play, and analysis of the submitted software program source code.  *Nick Farley & Associates, Inc.* has performed extensive research and analysis to determine the findings and conclusions of fact presented in this document.  However, we realize that not all information may have been disclosed or provided for our review.  If any parties dispute our findings, and may present evidence or information contrary to our findings, we would welcome the addition of this information for our consideration.  In such an instance, we reserve the right to amend or revise this document.

This document has been prepared by *Nick Farley & Associates, Inc.* for The Law Office of J. Randall McClain for the benefit of World Touch Gaming, Inc. and Skill Tech Gaming. Distribution of this document is limited exclusively to *Nick Farley & Associates, Inc.*, The Law Office of J. Randall McClain, World Touch Gaming, Inc. and Skill Tech Gaming. Unauthorized copy or distribution is prohibited.

If you should have any questions or require additional information, please feel free to contact our office.

Sincerely,

**DRAFT**

Nick Farley
*President*

File:    MCLN-OH-STGI-06-01-EW

*Nick Farley & Associates*
**www.nfa777.com**

# EXHIBIT C



*Nick Farley & Associates*

*6401 Davis Industrial Parkway*
*Suite A*
*Solon, Ohio  44139*
*(440) 914-TEST (8378)*
**www.nfa777.com**

January 30, 2007

Mr. James R. McClain, Esq.
The Law Office of J. Randall McClain
5427 Haussman Place
Westerville, Ohio 43081

Re:      Report on the review and analysis of the *NudgeMaster* game, version 4.3.2.10.

Dear Mr. McClain:

By request received September 12, 2006 and subsequent information received through January 24, 2007, **Nick Farley & Associates, Inc.** has conducted a review and examination of the *NudgeMaster version 4.3.2.10* game developed by World Touch Gaming, Inc. and distributed by Skill Tech Gaming.  Our review and examination has been undertaken on behalf of the Law Office of J. Randall McClain for the benefit of World Touch Gaming, Inc. and Skill Tech Gaming.  This document will be divided into sections representing the various stages of review and analysis conducted.

**Section I - General Information Regarding the *NudgeMaster* Game**

The *NudgeMaster* game is available in five (5) different game themes.  These five game themes are stored on one Compact Flash memory card.  The *NudgeMaster* game themes offered are identified as follows:

| *NudgeMaster Version 4.3.2.10* |
| :---: |
| *Triple Joker Multi Win 3 Reels* (25¢, 50¢, $1) |
| *Cold Stash 5 Reels* (5¢, 10¢, 25¢, $1) |
| *Clover Charm 5 Reels* (5¢, 10¢, 25¢, $1) |
| *Splash Blast 3 Reels* (25¢, 50¢, $1) |
| *Golden Sand-Dollar 5 Reels* (5¢, 10¢, 25¢, $1) |

A player inserts money into the *NudgeMaster* device through a bill acceptor located on the front of the cabinet adjacent to the video screen.  The bill acceptor accepts U.S. notes of varying denominations.  Bills inserted are displayed on the video screen as "Cash" available for game play purchase.

*NudgeMaster v4.3.2.10*
January 30, 2007
Page 2

The player then selects the desired game to play from the menu of five (5) game theme options. Upon selection of the desired game theme, the video screen displays the selected game, and the previously available "Cash" is displayed as "Credit" reflecting a quantity of "Credits" in the denomination selected.

Once the desired game theme is displayed, the player then selects the denomination of play by simply touching the denomination icon on the video screen. The "Credits" displayed are automatically adjusted to reflect the quantity of "Credits" available for game play in the selected denomination. A player may change their desired denomination at any time prior to engaging in game play.

The player then selects the quantity of credits desired to purchase a single game play. The player may increase or decrease the purchase price of a game play by pressing the appropriate icons on the video screen.

After selecting the desired purchase price, and prior to engaging in game play, the player may touch the "Press Here to View Next Play" icon on the video display to preview the next game to be presented. The "Press Here to View Next Play" will be displayed for approximately 5 seconds before returning to the previous game outcome screen. The player may evaluate the "Press Here to View Next Play" for each possible purchase price prior to committing funds for game play. The "Press Here to View Next Play" feature permits the player an opportunity to decide which game to play next based upon the price to play. Alternatively, the player may exit the selected game, choose another game and purchase price, or cash out any accumulated "Credits", which may be redeemed for cash.

Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of spinning reels. Depending upon the game theme selected, either three (3) or five (5) reels will spin. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" one reel. Each "Nudge" option also presents one of four (4) symbols embossed in the "Nudge" direction arrow. The four (4) possible symbols embossed on the "Nudge" direction are as follows: X, O, Δ, and □. As mentioned in the on-screen instructions for game play, the X and O symbols will result in a loss of the player's purchase price; the Δ and □ will result in a winning outcome, and a prize of at least one (1) credit.

The object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or □ symbol, which will award a prize of one (1) credit.

*Nick Farley & Associates*
www.nfa777.com

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

Essentially, the *NudgeMaster* game presents a task whereby the player must select the correct direction to "Nudge" the reel in an effort to obtain the highest value game outcome offered by the device. Symbols on the reels are randomly selected and configured to display a losing outcome in order to provide the player an opportunity to "Nudge" the reel to obtain a winning game outcome. The game outcome is selected by the player, who may peruse many options of game outcomes based upon increasing or decreasing play levels and play lines (where applicable) before committing funds to engage in game play. That is, the player is afforded an opportunity to select the game to be played, knowing the game outcome, in advance of committing funds.

If the player obtains a winning game outcome, a prize will be awarded. All prizes won are displayed as "Win" and added to the "Credit" available for additional game play purchases.

The player may redeem accumulated credits after game play. Redemption of the credits is accomplished by exiting to the main menu, and pressing the "Redeem" icon on the video screen. All accumulated credits will be redeemed as a cash voucher on a printed ticket. The printed ticket may be presented to a redemption counter within the venue for prize or cash payment.

**Section II - Game Specific Information**

*Nick Farley & Associates, Inc.* has evaluated the *NudgeMaster* version 4.3.2.10 game. Each of the game themes offers game play in a similar manner: the player is presented with an opportunity to "Nudge" one reel in an effort to attain a winning game outcome.

***Triple Joker Multi Win* (3 Reels) – 25¢, 50¢, $1**
*Triple Joker Multi Win* (3 Reels) offers the player a selection of three different denominations to base the purchase price for play upon: 25¢, 50¢, and $1.00. The player may elect to purchase 2, 3, 4, or 5 credits on one play line. The player may preview the game outcome for each purchase option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of three spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" any one of the three reels.  At least one "Nudge" option will present the player with a Δ or ☐ symbol, which will result in a winning outcome.  As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered.  There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels.  The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or ☐ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination.  The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge".  The length of time allotted to the player is set by the device operator.  As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds.  Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Award Table" icon on the video screen.  The award schedule pertaining to the *Triple Joker Multi Win* (3 Reels) is listed as follows:

| *Triple Joker Multi Win* (3 Reels) | |
|---|---|
| All Values Are In Credits for Minimum Purchase | |
| *3 Triple Joker Multi Win* | Jackpot |
| *3 Joker* | 80 |
| *3 Seven* | 40 |
| *3 3-Bar* | 20 |
| *3 2-Bar* | 10 |
| *3 1-Bar* | 4 |
| *1 Cherry* | 2 |

**Cold Stash** (5 Reels) – 5¢, 10¢, 25¢, $1
*Cold Stash* (5 Reels) offers the player a selection of four different denominations to base the purchase price for play upon:  5¢, 10¢, 25¢, and $1.00.  The player may elect to purchase 2, 3, 4, 5, or 6 credits on 1, 5, 9, 15, or 24 paylines.  The player may preview the game outcome for each purchase option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen.  The video screen then presents a video representation of five spinning reels.  The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen.  The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" the leftmost of the five reels in either the left or right direction. One "Nudge" option will present the player with a Δ or ☐ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or ☐ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Help" icon on the video screen. The award schedule pertaining to the *Cold Stash* (5 Reels) is listed as follows:

| *Cold Stash* **(5 Reels)** | | | |
|---|---|---|---|
| All Values Are In Credits for Minimum Purchase | | | |
| *5 Penguin* | 4000 | *5 Triple Cherry* | 150 |
| *4 Penguin* | 500 | *4 Triple Cherry* | 50 |
| *3 Penguin* | 100 | *3 Triple Cherry* | 15 |
| *2 Penguin* | 10 | *2 Triple Cherry* | 2 |
| *1 Penguin* | 2 | *5 Kayak* | 150 |
| *5 Whale Tail* | 400 | *4 Kayak* | 20 |
| *4 Whale Tail* | 100 | *3 Kayak* | 10 |
| *3 Whale Tail* | 20 | *5 Igloo* | 100 |
| *5 Polar Bear* | 250 | *4 Igloo* | 20 |
| *4 Polar Bear* | 100 | *3 Igloo* | 10 |
| *3 Polar Bear* | 20 | *5 Seven* | 50 |
| *2 Polar Bear* | 5 | *4 Seven* | 20 |
| *5 Snow Flake* | 250 | *3 Seven* | 5 |
| *4 Snow Flake* | 100 | *5 Sled* | 50 |
| *3 Snow Flake* | 20 | *4 Sled* | 20 |
| *2 Snow Flake* | 5 | *3 Sled* | 5 |
| *5 Money Bag* | 150 | *5 Bonus* | Bonus Round Play |
| *4 Money Bag* | 50 | *4 Bonus* | Bonus Round Play |
| *3 Money Bag* | 15 | *3 Bonus* | Bonus Round Play |
| *2 Money Bag* | 2 | *5 Gold Coin (Scatter)* | 200x Total Bet |
| | | *4 Gold Coin (Scatter)* | 25x Total Bet |
| | | *3 Gold Coin (Scatter)* | 10x Total Bet |
| | | *2 Gold Coin (Scatter)* | 2x Total Bet |

**Clover Charm (5 Reels) – 5¢, 10¢, 25¢, $1**

*Clover Charm* (5 Reels) offers the player a selection of four different denominations to base the purchase price for play upon: 5¢, 10¢, 25¢, and $1.00. The player may elect to purchase 2, 3, 4, 5, or 6 credits on 1, 5, 9, 15, or 24 paylines. The player may preview the game outcome for each purchase option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of five spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" the leftmost of the five reels in either the left or right direction. One "Nudge" option will present the player with a Δ or ☐ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a Δ or ☐ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Help" icon on the video screen. The award schedule pertaining to the *Clover Charm* (5 Reels) is listed on the following page:

*NudgeMaster v4.3.2.10*
January 30, 2007
Page 7

| Clover Charm (5 Reels) | | | |
|---|---|---|---|
| All Values Are In Credits for Minimum Purchase | | | |
| 5 Leprechaun | 10,000 | 5 Rabbit | 100 |
| 4 Leprechaun | 1,000 | 4 Rabbit | 25 |
| 3 Leprechaun | 100 | 3 Rabbit | 10 |
| 2 Leprechaun | 10 | 5 Horseshoe | 100 |
| 1 Leprechaun | 2 | 4 Horseshoe | 25 |
| 5 Seven | 500 | 3 Horseshoe | 10 |
| 4 Seven | 150 | 5 Gold Coin | 100 |
| 3 Seven | 25 | 4 Gold Coin | 25 |
| 2 Seven | 10 | 3 Gold Coin | 10 |
| 5 Money Bag | 250 | 5 Bonus | Bonus Round Play |
| 4 Money Bag | 100 | 4 Bonus | Bonus Round Play |
| 3 Money Bag | 20 | 3 Bonus | Bonus Round Play |
| 2 Money Bag | 5 | 5 Clover (Scatter) | Bonus Round Play |
| 5 Star | 250 | 4 Clover (Scatter) | Bonus Round Play |
| 4 Star | 100 | 3 Clover (Scatter) | Bonus Round Play |
| 3 Star | 20 | | |
| 2 Star | 5 | | |
| 5 Elephant | 100 | | |
| 4 Elephant | 25 | | |
| 3 Elephant | 10 | | |

### Splash Blast (3 Reels) – 25¢, 50¢, $1

*Splash Blast* (3 Reels) offers the player a selection of three different denominations to base the purchase price for play upon: 25¢, 50¢, and $1.00. The player may elect to purchase 2 to 11 credits on one payline. The player may preview the game outcome for each purchase option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of three spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" any one of the three reels. At least one "Nudge" option will present the player with a ∆ or □ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a ∆ or □ symbol, which will award a prize of one (1) credit.

***Nick Farley & Associates***
**www.nfa777.com**

*NudgeMaster v4.3.2.10*
January 30, 2007
Page 8

It should be noted that the initial reel symbols displayed will not present an automatic winning combination. The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge". The length of time allotted to the player is set by the device operator. As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds. Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Award Table" icon on the video screen. The award schedule pertaining to the *Splash Blast* (3 Reels) is listed as follows:

| *Splash Blast* **(3 Reels)** | |
| --- | --- |
| All Values Are In Credits for Minimum Purchase | |
| *3 Splash Blast* | 1,000 |
| *3 Watermelon* | 100 |
| *3 Orange* | 50 |
| *3 Lime* | 20 |
| *3 Lemon* | 8 |
| *3 Strawberry* | 5 |
| *1 Cherry* | 2 |

**Golden Sand Dollar (5 Reels) – 5¢, 10¢, 25¢, $1**
*Golden Sand Dollar* (5 Reels) offers the player a selection of four different denominations to base the purchase price for play upon: 5¢, 10¢, 25¢, and $1.00. The player may elect to purchase 2, 3, 4, 5, or 6 credits on 1, 5, 9, 15, or 24 paylines. The player may preview the game outcome for each purchase option on the game to be played, before committing funds for game play. Game play begins with the player touching the "PLAY" icon on the video screen. The video screen then presents a video representation of five spinning reels. The reels will continue to spin until the player either touches each spinning reel individually, or presses the "Stop All" icon on the video screen. The action of the player stopping the reels has no effect on the symbols displayed to the player.

Upon the stopping of the spinning reels, the player is presented with an option to "Nudge" the leftmost of the five reels in either the left or right direction. One "Nudge" option will present the player with a $\Delta$ or $\square$ symbol, which will result in a winning outcome. As with all *NudgeMaster* games, the object of the game is for the player to recognize the most rewarding possible game outcome and select the appropriate "Nudge" to obtain the most valuable prize offered. There may be occasions when the "Nudge" options will not result in the alignment of a winning combination on the spinning reels. The player may still attain a winning outcome by selecting the "Nudge" direction arrow associated with a $\Delta$ or $\square$ symbol, which will award a prize of one (1) credit.

It should be noted that the initial reel symbols displayed will not present an automatic winning combination.  The player must engage in the selection of the reel "Nudge" in order to obtain a winning game outcome.

The player has a finite length of time in the selection of the reel "Nudge".  The length of time allotted to the player is set by the device operator.  As tested, the length of time allotted in the selection of the reel "Nudge" was 15 seconds.  Failure to participate in the selection of the reel "Nudge" in the allotted time, or making an incorrect selection of the reel "Nudge", will result in a losing game outcome

The award schedule is available to the player by touching the "Help" icon on the video screen.  The award schedule pertaining to the *Golden Sand Dollar* (5 Reels) is listed as follows:

| *Golden Sand Dollar* (5 Reels) | | | |
|---|---|---|---|
| All Values Are In Credits for Minimum Purchase | | | |
| *5 Mermaid* | 4000 | *5 Crab* | 150 |
| *4 Mermaid* | 500 | *4 Crab* | 50 |
| *3 Mermaid* | 100 | *3 Crab* | 15 |
| *2 Mermaid* | 10 | *2 Crab* | 2 |
| *1 Mermaid* | 2 | *5 Blowfish* | 150 |
| *5 Dolphin* | 400 | *4 Blowfish* | 20 |
| *4 Dolphin* | 100 | *3 Blowfish* | 10 |
| *3 Dolphin* | 20 | *5 Sea Horse* | 100 |
| *5 Clown Fish* | 250 | *4 Sea Horse* | 20 |
| *4 Clown Fish* | 100 | *3 Sea Horse* | 10 |
| *3 Clown Fish* | 20 | *5 Octopus* | 50 |
| *2 Clown Fish* | 5 | *4 Octopus* | 20 |
| *5 Oyster* | 250 | *3 Octopus* | 5 |
| *4 Oyster* | 100 | *5 Starfish* | 50 |
| *3 Oyster* | 20 | *4 Starfish* | 20 |
| *2 Oyster* | 5 | *3 Starfish* | 5 |
| *5 Blue Fish* | 150 | *5 Jellyfish* | Bonus Round Play |
| *4 Blue Fish* | 50 | *4 Jellyfish* | Bonus Round Play |
| *3 Blue Fish* | 15 | *3 Jellyfish* | Bonus Round Play |
| *2 Blue Fish* | 2 | *5 Sand Dollar (Scatter)* | 200x Total Bet |
| | | *4 Sand Dollar (Scatter)* | 25x Total Bet |
| | | *3 Sand Dollar (Scatter)* | 10x Total Bet |
| | | *2 Sand Dollar (Scatter)* | 2x Total Bet |

**Section III - Review of Source Code and Software Identification**

World Touch Gaming, Inc. has provided a copy of the software source code for the *NudgeMaster* version 4.3.2.10 to **Nick Farley & Associates, Inc.**  The review and evaluation of software source code is essential in establishing game operation and game outcome determination.

**Nick Farley & Associates**
**www.nfa777.com**

Our review of the source code has revealed that the reel symbols displayed to the player are selected by different methodologies based upon the game theme.  Specifically, *Cold Stash, Clover Charm,* and *Golden Sand-Dollar* select the reel symbols through the use of a Random Number Generator (RNG).  The remaining games, *Triple Joker Multi Win* and *Splash Blast,* determine their outcome based upon a randomly selected single number that represents the prize level, and any corresponding prize multiplier, to be awarded.   The prize level and multiplier information is translated into the reels to be displayed for the game outcome.

The *Cold Stash, Clover Charm,* and *Golden Sand-Dollar* game themes randomly select the symbols to be displayed to the player and then re-position one symbol to ensure that no winning combinations will be presented before the player selects a reel to "Nudge".

The reel symbols displayed on the *Triple Joker Multi Win* and *Splash Blast* game themes are selected in a different manner than those displayed in the other games.  *Triple Joker Multi Win* and *Splash Blast* randomly select a single number that represents the prize level, and any corresponding prize multiplier, to be awarded.  The prize level and multiplier information is translated into the reels to be displayed for the game outcome.  The reels are configured in such a way to ensure that no winning combinations will be presented before the player selects a reel to "Nudge".

The *NudgeMaster* device utilizes a CPU board that houses a Compact Flash card for game program storage.  Operation of the *NudgeMaster* skill-based game is controlled by software stored on one USB memory device and one 256MB Compact Flash card housed on the main Central Processing Unit (CPU) board.  The USB memory device is used to validate the authenticity of the software housed on the 256MB Compact Flash.  The software housed on the 256MB Compact Flash controls the game processes, including elements that affect game integrity and game outcome determination.   The 256MB Compact Flash housing the *NudgeMaster* version 4.3.2.10 software is identified as follows:

| Identification | Board Location | Memory Size |
|---|---|---|
| **NM-Ohio 4.3.2.10** | Compact Flash Socket | 256MB Compact Flash |

The files housed on the 256MB Compact Flash pertaining to game operation, integrity and game outcome determination, have been listed in the attached *Appendix*.  In addition to the file names, a **FileCheck** signature has been included for each of the files for verification purposes.

The **FileCheck** program calculates a CRC32 value.  This value is a unique "signature" for the files examined.  The **FileCheck** CRC32 values listed in the *Appendix* will be obtained provided the files contained on the 256MB Compact Flash remain the same as tested.  Should these files be altered in any way the **FilesCheck** CRC32 values will change.  A copy of the **FileCheck** CRC32 program may be obtained by contacting *Nick Farley & Associates, Inc.*

## Section IV - Features and Options

The *NudgeMaster* device offers several operator-selectable options and features.  The options and features offered to the device operator are included in the "Configuration" menu.  There are several submenus in the "Configuration" menu.  ***Nick Farley & Associates, Inc.*** has reviewed the operator-selectable configuration settings in the "Configuration" menu, and has noted that there are no available options in these "Configuration" menus that would alter the operation of the *NudgeMaster* game from its intended use as a skill based amusement game.

## Section V - Skill vs. Chance Findings and Conclusion

Based upon the review and analysis of the *NudgeMaster* version 4.3.2.10 game submitted by the Law Office of J. Randall McClain for the benefit of World Touch Gaming, Inc. and Skill Tech Gaming, it is evident that the game outcome is based upon the player's skill and acumen in recognizing a winning combination and selecting the appropriate "Nudge" direction to attain the highest value winning combination as a game play result.  The player must work quickly, as game play is dependent upon a time limitation.  Based upon our evaluation of game play, a winning outcome is attainable for every game played.

In the Ohio Revised Code, under Title XXIX - Chapter 2915 <u>Gambling</u> - § 2915.01 <u>Definitions</u>, there is an exclusion for a <u>skill-based amusement machine</u> from the definition of a "Scheme of Chance" (Section 2915.01(C)).  It goes on to define a <u>skill-based amusement machine</u> as follows (Section 2915.01(AAA)):

*(AAA)*
*(1) "Skill-based amusement machine" means a skill-based amusement device, such as a mechanical, electronic, video, or digital device, or machine, whether or not the skill-based amusement machine requires payment for use through a coin or bill validator or other payment of consideration or value to participate in the machine's offering or to activate the machine, provided that all of the following apply:*
   *(a) The machine involves a task, game, play, contest, competition, or tournament in which the player actively participates in the task, game, play, contest, competition, or tournament.*
   *(b) The outcome of an individual's play and participation is not determined largely or wholly by chance.*
   *(c) The outcome of play during a game is not controlled by a person not actively participating in the game.*
*(2) All of the following apply to any machine that is operated as described in division (AAA)(1) of this section:*
   *(a) As used in this section, "task," "game," and "play" mean one event from the initial activation of the machine until the results of play are determined without payment of additional consideration. An individual utilizing a machine that involves a single task, game, play, contest, competition, or tournament may be awarded prizes based on the results of play.*
   *(b) Advance play for a single task, game, play, contest, competition, or tournament participation may be purchased. The cost of the contest, competition, or*

> *tournament participation may be greater than a single non-contest, competition, or tournament play.*
>
> *(c) To the extent that the machine is used in a contest, competition, or tournament, that contest, competition, or tournament has a defined starting and ending date and is open to participants in competition for scoring and ranking results toward the awarding of prizes that are stated prior to the start of the contest, competition, or tournament.*

Based upon our review and evaluation of the *NudgeMaster* version 4.3.2.10 game, we believe that the games offered constitute a "Skill-based amusement machine" as defined in the Ohio Revised Code under Title XXIX - Chapter 2915 <u>Gambling</u> - § 2915.01 <u>Definitions</u>, section (AAA). Specifically, players engaged in the play of games offered by *NudgeMaster* version 4.3.2.10 will engage in a "task", whereby the player must actively participate in the task to attain a successful game outcome. The outcome of game play is <u>***not***</u> determined largely or wholly by chance. Nor is the outcome of game play controlled by a person not actively engaged in game play. Player's that engage in game play and attain a successful outcome are awarded a prize, which is based entirely upon the results of play.

A recent opinion letter issued by former Attorney General Jim Petro regarding the use of a "governor" feature where the outcome of play is controlled by a person not actively participating in the game, concluded that "If an amusement machine employs a "governor" feature that controls the value of the cash prizes that may be awarded to players throughout the play of the game boards available on a game cartridge and that guarantees that the owner or operator of the machine a minimum rate of return on all moneys wagered by the players of the game boards on that cartridge, and if the machine has other features that control the number of points a player may earn and thus the cash prize a player may win on each game board played, the outcome of play during the game is controlled by one or more persons not actively participating in the game for purposes of R.C. 2915.01(AAA)(1)(c), and the amusement machine is not a "skill-based amusement machine" for purposes of R.C. chapter 2915."

With regard to former Attorney General Petro's opinion, it should be noted that the outcome of the *NudgeMaster* game play is not determined by a person not actively participating in the game. In fact, the player may preview game results prior to committing funds for game play, thus having the opportunity to select the best possible prize for a successful game outcome. Further, only the player can select the direction to nudge the reel, and every game play offers a winning solution which will award a prize of at least one credit. The *NudgeMaster* does not employ any type of "governing" feature and does not guarantee any specific profit to the operator.

It is hereby expressed that ***Nick Farley & Associates, Inc.*** has reviewed the submitted game themes through the engagement of game play, and analysis of the submitted software program source code. ***Nick Farley & Associates, Inc.*** has performed extensive research and analysis to determine the findings and conclusions of fact presented in this document. However, we realize that not all information may have been disclosed or provided for our

***Nick Farley & Associates***
**www.nfa777.com**

review.   If any parties dispute our findings, and may present evidence or information contrary to our findings, we would welcome the addition of this information for our consideration.  In such an instance, we reserve the right to amend or revise this document.

This document has been prepared by *Nick Farley & Associates, Inc.* for the Law Office of J. Randall McClain for the benefit of World Touch Gaming, Inc. and Skill Tech Gaming. Distribution of this document is limited exclusively to *Nick Farley & Associates, Inc.*, the Law Office of J. Randall McClain, World Touch Gaming, Inc. and Skill Tech Gaming. Unauthorized copy or distribution is prohibited.

If you should have any questions or require additional information, please feel free to contact our office.


Sincerely,

Nick Farley
*President*


File:      MCLN-OH-STGI-06-01-EW

# *APPENDIX*

*NudgeMaster*
**Software Signature Information**

### *FileCheck* Signatures
### *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

The files pertaining to game operation, integrity and game outcome determination are housed on a 256MB Compact Flash. *Nick Farley & Associates, Inc.* utilized the **FileCheck CRC**-32 program to obtain software "signatures" for the files contained on the 256MB Compact Flash. Below, is the list of files pertaining to game operation, integrity and game outcome determination that are housed on a 256MB Compact Flash:

```
FileCheck:  f:\ 01/26/2007 14:54
Label =    VolSer = 1A4D19D9

   Date      Time   Attrib   Bytes     CRC-32  Filename
---------- -------- ------ ----------- -------- --------

f:
07/27/2005 09:41:10 A-----   6,675,172 2EC72447 APEX-BINARY-1.0.1.3.DBG.bin
01/22/2007 15:47:00 A-----         846 1A04C440 ApexCE-Arcom.ini
01/22/2007 15:47:08 A-----       1,017 2E0B852B ApexCE.ini
01/19/2007 01:56:24 -D----                      Bin
03/23/2004 14:45:54 A-----           4 ADF6ABBD BOOTARG.DAT
07/20/2003 12:52:38 ------      65,536 2437C847 BOOTLOAD.BIN
01/19/2007 01:56:36 -D----                      Resources
01/25/2007 00:54:38 -D----                      vars
09/07/2004 09:54:42 A-----     308,278 9EB1FF96 VIALOGO.BMP
01/25/2007 00:54:32 A--S--     178,654 3238F96A wcereg
                            ------------ --------
                               7,229,507 1680E447 7 files


f:\Bin
01/22/2007 15:45:08 A-----   6,533,632 A4B82EA5 ApexCE-4.3.2.10.exe
01/27/2005 09:58:20 A-----      17,920 C646B364 ApexSC.dll
01/18/2007 22:05:56 A-----     279,040 3D0C2492 Core.dll
01/18/2007 22:06:08 A-----      74,752 16F00A01 Emms.dll
01/18/2007 22:06:06 A-----      67,072 0DCBF28E SAS.dll
01/18/2007 22:06:00 A-----      86,528 7CA854D0 Vars.dll
                            ------------ --------
                               7,058,944 203B2D43 6 files


f:\Resources
01/19/2007 02:00:46 -D----                      Apex Graphics
01/19/2007 02:00:30 -D----                      Clover Cash
01/19/2007 01:59:34 -D----                      Cold Cash
01/19/2007 01:59:32 -D----                      Common
01/19/2007 01:59:30 -D----                      Fireworks
01/19/2007 01:59:30 -D----                      Game Help
01/19/2007 01:59:20 -D----                      Golden Sand Dollar
01/19/2007 01:59:18 -D----                      Misc
01/19/2007 01:58:48 -D----                      PayTable
01/19/2007 01:58:42 -D----                      Quantum Leap
01/19/2007 01:58:40 -D----                      QuantumLeapBlack
01/19/2007 01:58:38 -D----                      ScreenSaver
01/19/2007 01:58:36 -D----                      Scripts
01/19/2007 01:56:56 -D----                      SharedSounds
01/19/2007 01:56:44 -D----                      Splash Cash
01/19/2007 01:56:36 -D----                      TripleJokerMulti
                            ------------ --------
                               00000000 0 files
```

*Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

*FileCheck* **Signatures**
*NudgeMaster* **Version 4.3.2.10**

Janury 30, 2007

```
f:\Resources\Apex Graphics
04/02/2004 16:39:52 A----R        6,621 0DC18064 11AvantOnOff.png
02/27/2004 16:32:12 A----R        6,533 25BCA5A5 11OnOff.png
03/17/2004 15:33:12 A----R        7,326 ADB2934E 12AvantOnOff.png
02/27/2004 16:32:12 A----R        7,665 1A74AD07 12OnOff.png
08/08/2002 07:34:40 A-----       11,325 3A3EFD52 arial21bold.png
12/09/2003 10:53:48 A----R      162,460 E76AD67D BOOKOSBI.TTF
07/08/2004 11:24:52 A----R        4,408 3D6FA0E6 COLORKEY FONTS.png
11/08/2006 15:39:50 A----R       70,999 E6B9FE6F DenominationMenu.png
10/07/2002 12:58:00 A-----       11,508 D82EFC6D FONTKEYPAD.png
10/07/2002 12:58:00 A-----       37,297 473D6C40 FONTKEYPADCAPTION.png
10/07/2002 12:58:00 A-----       18,486 3D4079D9 FONTKEYPADDARKGREEN.png
10/07/2002 12:58:00 A-----       18,461 70619A53 FONTKEYPADLIGHTGREEN.png
10/07/2002 12:58:18 A-----       36,035 49F50629 FONTKEYPADORANGE.png
10/07/2002 12:58:24 A-----       37,230 C62EE674 FONTKEYPADYELLOW.png
10/14/2002 12:17:52 A-----       81,568 49D20E60 FONTMESSBOXWHT.png
07/08/2004 11:24:54 A----R      127,849 9982EA2E FONTS PINK.png
12/29/2004 15:58:00 A----R       42,864 CF0FACE0 FONTS WHITE (small).png
07/08/2004 11:24:54 A----R       36,869 1291C4B6 FONTS WHITE.png
11/11/2003 15:55:36 A-----        2,327 E213D223 FONT_8X9_BOTTOMSCR.png
08/08/2002 14:14:36 A-----        3,966 7859ECF8 FRANKLIN10.png
08/08/2002 13:30:32 A-----        4,322 74026433 FRANKLIN12R.png
11/08/2004 16:52:00 A----R       11,040 F1833F2B HandCount.png
08/08/2002 10:48:20 A-----        5,874 2203F929 HUMANIST14B2.png
08/09/2002 10:38:02 A-----        7,164 989E783D HUMANIST16B2.png
08/08/2002 08:50:02 A-----       11,494 2B53911F HUMANIST21B.png
08/08/2002 08:50:02 A-----       10,789 66A29915 HUMANIST21R.png
08/08/2002 08:50:02 A-----       17,232 E6AD684B HUMANIST28B.png
04/30/2004 13:03:20 A-----      153,258 6391834F KEYPAD.png
10/14/2002 10:07:38 A-----       71,222 0CD18D25 MESSBOX2.png
12/08/2003 15:14:40 A-----      668,074 CBDD1F96 OPERATORMENU.png
                            ------------ --------
                             1,692,266 4DF98A84 30 files


f:\Resources\Clover Cash
01/19/2007 02:00:40 -D----                    Animations
09/16/2004 14:27:56 A-----    1,856,875 B16DC9B6 BONUS CLOVER CASH DISPOSITION.png
06/01/2006 17:09:56 A----R       10,294 FA8DE42E CLC_NextPlay_Back.png
10/24/2006 16:24:44 A----R        9,688 150CACAC CLC_NextPlay_Back_Result.png
06/01/2006 17:06:42 A----R        5,122 43ADCCF5 CLC_NextPlay_Font.png
09/03/2004 10:28:00 A-----          273 EF796450 Clover.reel
01/15/2007 09:46:34 A----R       45,307 326E46DB CloverCash.gcd
08/23/2004 11:09:00 A-----      392,549 3635C005 CloverHelp.png
09/17/2004 16:10:28 A-----      197,939 80E37D4D CloverTopScreen.png
03/24/2004 13:05:00 A-----          124 4E281969 Default.Lines
08/23/2004 10:43:02 A----R       29,193 23A739BC FONTS BONUS 00.png
08/23/2004 10:43:06 A----R       32,466 B14B9BB6 FONTS WHITE 00.png
08/23/2004 10:43:06 A----R      106,643 B13B6E86 FONTS YELLOW 00.png
01/15/2007 09:46:36 A----R      737,574 BE53F8A8 GAME CLOVER CASH DIPOSITION_NM_OH.png
04/01/2004 14:23:12 A-----       33,331 BFEEEAED MP CLOVER CASH ICONS.png
01/15/2007 09:46:36 A----R      261,012 BD948890 Preview CloverCash_NM_OH.png
                            ------------ --------
                             3,718,390 0C4897A5 15 files
```

Page AP-2                              *Appendix*

*FileCheck* Signatures
*NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
f:\Resources\Clover Cash\Animations
08/11/2004 14:53:36 A-----         52,694 855A7492 A01 BONUS.png
08/11/2004 14:53:36 A-----        630,208 28F8D6CF A02 CLOVER.png
08/11/2004 14:53:36 A-----        128,002 8984CB4E A03 POT.png
08/11/2004 14:53:36 A-----        110,725 7B9193E7 A04 MEN.png
08/11/2004 14:53:36 A-----        103,371 1B0918AB A05 STAR.png
08/11/2004 14:53:36 A-----         61,677 2DF831CF A06 SEVEN.png
08/11/2004 14:53:36 A-----         93,746 B5A5FDC1 A08 ELEPHANT.png
08/11/2004 14:53:36 A-----         67,029 2217440D A09 BAG.png
08/11/2004 14:53:36 A-----         47,705 C1D6DA8B A10 FER A CHEVAL.png
08/11/2004 14:53:36 A-----        103,313 8C6C9F48 A11 RIBBET.png
08/11/2004 14:53:36 A-----        135,918 1272C648 A12 PENNY.png
                              ------------ --------
                                 1,534,388 44001388 11 files


f:\Resources\Cold Cash
01/19/2007 02:00:02 -D----                          Bonus
07/19/2006 10:14:26 A----R         28,698 BF22B987 CLD_BG_BOTTOM.png
07/12/2006 14:03:56 A----R          6,417 190D4F61 CLD_BG_DENOM.png
07/19/2006 10:28:48 A----R         47,818 C461BE61 CLD_BG_LEFT.png
07/19/2006 10:28:44 A----R         46,771 83D78BC4 CLD_BG_RIGHT.png
07/12/2006 14:03:56 A----R          9,395 2147B9A2 CLD_BG_STATIC.png
07/19/2006 10:27:34 A----R         50,072 9E4F9059 CLD_BG_TOP.png
07/18/2006 17:14:08 A----R         12,363 7022946F CLD_BTN_CENTER.png
07/19/2006 12:20:00 A----R         29,798 B4E9F26C CLD_BTN_LEFT.png
07/19/2006 12:20:00 A----R         29,716 31CB9878 CLD_BTN_RIGHT.png
07/12/2006 14:03:56 A----R         13,678 43F61541 CLD_DENOM.png
07/12/2006 14:03:56 A----R         78,642 A8C4FF33 CLD_FREESPIN.png
07/18/2006 17:14:08 A----R         20,308 94535DE9 CLD_Help_Att.png
07/18/2006 17:14:08 A----R         12,191 B019D1A5 CLD_Help_Back.png
07/18/2006 17:14:08 A----R        343,372 262C607D CLD_Help_BG.png
07/18/2006 17:14:08 A----R          4,748 378BEA18 CLD_Help_Bonus.png
07/18/2006 17:14:08 A----R            483 7CE04D86 CLD_Help_Dash.png
07/18/2006 17:14:08 A----R         13,468 223FC5BC CLD_Help_Exit.png
07/18/2006 17:14:08 A----R        131,623 25FC38E1 CLD_Help_Lines.png
07/18/2006 17:14:08 A----R         11,554 ECAFA699 CLD_Help_Next.png
07/18/2006 17:14:08 A----R          9,260 3ED74CD7 CLD_Help_NF.png
07/18/2006 17:14:08 A----R            444 9522295D CLD_Help_Oval.png
07/18/2006 17:14:08 A----R         64,867 F6DF0AD4 CLD_Help_Symbols.png
07/18/2006 17:14:08 A----R          1,487 3828DB87 CLD_Help_X.png
07/27/2006 11:55:10 A----R          3,292 110A8636 CLD_LCD_FONT.png
07/12/2006 14:03:56 A----R          1,749 BEDC1B00 CLD_LCD_WINDOWS_A.png
07/12/2006 14:03:56 A----R          3,385 8D3F5522 CLD_LCD_WINDOWS_B.png
07/12/2006 13:59:50 A----R         36,169 77588332 CLD_LINE_BUBBLES.png
07/12/2006 14:03:56 A----R          2,141 670ED0DD CLD_LINE_ENDS.png
07/12/2006 14:03:56 A----R            685 3A37933C CLD_LINE_SLICES.png
07/18/2006 17:14:08 A----R          6,500 F0C32601 CLD_NF_Blue.png
07/18/2006 17:14:08 A----R          7,332 988BC93A CLD_NF_Orange.png
07/27/2006 11:10:28 A----R         12,077 ABF41A6C CLD_NP_BG.png
07/27/2006 11:10:28 A----R          6,369 9F8D032D CLD_NP_BG_FONT.png
10/24/2006 16:24:38 A----R         10,092 9FAAD47B CLD_NP_BG_RESULT.png
07/12/2006 14:03:56 A----R         13,903 5D9063A7 CLD_NUDGE_LEFT.png
07/12/2006 14:03:56 A----R         14,826 659D895F CLD_NUDGE_RIGHT.png
07/27/2006 12:37:46 A----R         53,379 3E8401A7 CLD_PANEL_BACKGROUND.png
01/15/2007 09:46:40 A----R         12,095 C7C8F7F4 CLD_PANEL_LABELS_NM_OH.png
01/15/2007 09:46:40 A----R        106,735 7E8B8673 CLD_PANEL_NM_OH.png
```

*Nick Farley & Associates*
**www.nfa777.com**

### *FileCheck* Signatures
### *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
07/18/2006 17:14:08 A----R         1,707 AE4167CD CLD_Paytable_Bonus.png
07/18/2006 17:14:08 A----R           270 1AA7A008 CLD_Paytable_Dash.png
07/18/2006 17:14:08 A----R         4,234 E632B5F1 CLD_Paytable_Jackpot.png
07/18/2006 17:14:08 A----R           762 026852FA CLD_Paytable_Light.png
01/16/2007 16:01:44 A----R       197,893 3B22E88F CLD_PayTable_Static.png
07/18/2006 17:14:08 A----R        47,082 3734CD54 CLD_PayTable_Symbols.png
07/18/2006 17:14:08 A----R           691 9D701010 CLD_PayTable_X.png
07/19/2006 10:17:48 A----R         8,608 D1FBEB52 CLD_PLAYSPEED_STATIC.png
07/12/2006 13:59:50 A----R         6,814 E09F7CDC CLD_PS_MINUS.png
07/12/2006 13:59:50 A----R         5,716 F0F5C399 CLD_PS_OFF.png
07/12/2006 13:59:50 A----R         5,895 0BA5B32D CLD_PS_ON.png
07/12/2006 13:59:50 A----R         6,958 8897E7BA CLD_PS_PLUS.png
07/19/2006 10:17:34 A----R        41,865 8BA01FF3 CLD_REEL_DIV.png
07/12/2006 13:59:50 A----R        50,031 A392120D CLD_Symbol_Bear.png
07/12/2006 13:59:50 A----R        34,884 7C97603F CLD_Symbol_Bonus.png
07/17/2006 17:06:56 A----R       134,042 1F7B07E4 CLD_Symbol_Cherry.png
07/17/2006 17:06:56 A----R       177,293 F2130B26 CLD_Symbol_Coin.png
07/12/2006 13:59:50 A----R        60,097 783CC056 CLD_Symbol_Igloo.png
07/12/2006 13:59:50 A----R        42,465 6125A1A4 CLD_Symbol_Kayak.png
07/12/2006 13:59:50 A----R        70,735 B6874F58 CLD_Symbol_MoneyBag.png
07/17/2006 17:06:56 A----R        88,507 CDA322EA CLD_Symbol_Penguin.png
07/17/2006 17:06:56 A----R       193,183 27BD5668 CLD_Symbol_Penguin_Wild.png
07/19/2006 12:20:00 A----R        34,025 E08F8753 CLD_Symbol_Seven.png
07/12/2006 13:59:50 A----R        64,548 443F54A8 CLD_Symbol_Sled.png
07/17/2006 17:06:56 A----R       215,940 F165DCDD CLD_Symbol_Snowflake.png
07/12/2006 13:59:50 A----R        63,446 55F02FDB CLD_Symbol_Whale.png
07/19/2006 10:14:12 A----R         8,910 F73DA636 CLD__LABEL_TOUCH_TO_CHANGE.png
01/15/2007 09:46:42 A----R        52,489 5BC36820 ColdCash.gcd
09/05/2006 18:42:36 A--SHR         2,466 B3144E92 vssver2.scc
                            ------------ --------
                             2,879,458 693AD963 68 files


f:\Resources\Cold Cash\Bonus
08/01/2006 14:05:02 A----R        53,612 B4E36BD5 CLD_Bonus_Bear.png
08/01/2006 14:46:14 A----R         1,941 CA5C161B CLD_Bonus_BearHole.png
08/16/2006 16:42:34 A----R       320,472 1B0D5DC4 CLD_Bonus_BG.png
08/01/2006 14:14:06 A----R        16,274 482898E7 CLD_Bonus_Dog.png
08/16/2006 16:19:14 A----R         1,087 77DF565A CLD_Bonus_DogHole.png
08/07/2006 11:42:26 A----R        37,112 D4F0EE8A CLD_Bonus_Eskimo.png
08/01/2006 14:45:28 A----R         2,510 78CC2737 CLD_Bonus_EskimoHole.png
08/07/2006 12:47:54 A----R        17,674 2D548C9D CLD_Bonus_FontLarge.png
08/07/2006 12:47:54 A----R         9,046 B965B1AB CLD_Bonus_FontSmall.png
08/07/2006 11:42:26 A----R         1,787 19823D76 CLD_Bonus_MachineTemp.png
08/14/2006 15:30:14 A----R     1,014,798 C28088D9 CLD_Bonus_MCollect.png
08/14/2006 15:30:14 A----R       719,274 C705A14B CLD_Bonus_MDrop.png
08/15/2006 15:33:50 A----R       269,426 637E5641 CLD_Bonus_MDropKeyed.png
08/01/2006 11:00:06 A----R        16,026 15A3243D CLD_Bonus_MFunnel.png
08/14/2006 15:30:14 A----R     1,131,164 7B90C02D CLD_Bonus_MJunk.png
08/15/2006 15:33:50 A----R       440,660 EECEF6DC CLD_Bonus_MJunkKeyed.png
08/15/2006 15:33:50 A----R        70,957 84CA4335 CLD_Bonus_MSpinL1.png
08/15/2006 15:33:50 A----R        15,140 E1710CE6 CLD_Bonus_MSpinL2.png
08/15/2006 15:33:50 A----R       448,703 609B98B6 CLD_Bonus_MSpinL3.png
08/07/2006 11:42:26 A----R        44,242 394D8A20 CLD_Bonus_Penguin.png
08/01/2006 14:45:40 A----R         1,367 D80C3792 CLD_Bonus_PenguinHole.png
08/01/2006 14:40:14 A----R        16,533 7C2256CD CLD_Bonus_PenguinReflection.png
08/07/2006 11:42:26 A----R         4,465 30E16435 CLD_Bonus_Thermometer.png
```

Page AP-4                                  *Appendix*

***Nick Farley & Associates***
**www.nfa777.com**

*FileCheck* Signatures
*NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
08/01/2006 14:10:56 A----R      55,010 3FB8F0A0 CLD_Bonus_Walrus.png
08/01/2006 14:46:26 A----R       1,290 54F93FC0 CLD_Bonus_WalrusHole.png
08/14/2006 15:30:14 A----R       7,034 36848D21 CLD_Boot.png
08/14/2006 15:30:14 A----R       6,050 4B87D76F CLD_Can.png
08/14/2006 15:30:14 A----R       5,351 A9A473E2 CLD_Coin.png
08/14/2006 15:30:14 A----R       9,343 A95C62F6 CLD_Crown.png
08/14/2006 15:30:14 A----R       5,967 BB57AA69 CLD_Diamond.png
08/14/2006 15:30:14 A----R       4,956 ADB711FA CLD_Emerald.png
08/14/2006 15:30:14 A----R       5,377 E2DDB6A4 CLD_Fish.png
08/14/2006 15:30:14 A----R       4,294 2A3B2B50 CLD_GoldBar.png
08/14/2006 15:30:14 A----R       7,462 8ED37F1E CLD_GoldCherry.png
08/07/2006 11:42:26 A----R       6,230 BFA41958 CLD_Money.png
08/14/2006 15:30:14 A----R       5,277 0AC01F92 CLD_PearlNecklace.png
08/14/2006 15:30:14 A----R       3,815 AE8EBF00 CLD_Ring.png
08/14/2006 15:30:14 A----R       4,620 11BAC6D3 CLD_Ruby.png
08/14/2006 15:30:14 A----R       4,468 D91D6930 CLD_Sapphire.png
01/16/2007 17:29:44 A-----       3,075 312448E3 CLD_Snowflakes.png
08/14/2006 15:30:14 A----R       8,660 302268A2 CLD_TreasureChest.png
08/14/2006 15:30:14 A----R       8,715 B8E99178 CLD_Trophy.png
08/14/2006 15:30:14 A----R       4,746 4F6DB36F CLD_YellowGem.png
08/16/2006 16:22:52 A----R      28,706 6836DDC1 ColdCashBonus.gcd
01/19/2007 02:00:24 -D----              Sounds
09/05/2006 18:42:40 A--SHR       1,762 2E2E97DA vssver2.scc
                           ------------ --------
                              4,846,478 FFD37F2C 45 files


f:\Resources\Cold Cash\Bonus\Sounds
11/28/2006 16:13:52 A-----     396,728 BE8F7798 cc_bonus_conclusion.ape
11/28/2006 16:13:54 A-----   1,086,228 2113E7D8 cc_bonus_entry.ape
11/28/2006 16:13:54 A-----     238,360 A87232DA cc_fishing_loop.ape
11/28/2006 16:13:56 A-----      73,332 D3B21EA5 cc_machine_eject.ape
11/28/2006 16:13:56 A-----     231,518 1BDA616E cc_machine_overload.ape
11/28/2006 16:13:56 A-----     283,228 72983889 cc_machine_prize.ape
11/28/2006 16:13:58 A-----     301,172 93E96263 cc_machine_trash.ape
11/28/2006 16:13:58 A-----      87,204 25FC6A15 cc_splash.ape
11/28/2006 16:13:58 A-----      79,220 A83242CE cc_splash_02.ape
11/28/2006 16:14:00 A-----      51,064 1C1E02C6 cc_thermometer.ape
11/28/2006 16:08:18 A-----         559 2D7C4E05 ColdCashBonusSounds.amp
11/28/2006 16:14:00 A-----      20,600 98E7EED5 Prize Count.ape
11/28/2006 16:14:00 A-----      86,716 D5154FED Prize Final.ape
                           ------------ --------
                              2,935,929 FEEE3575 13 files


f:\Resources\Common
05/31/2006 15:38:12 A-----       6,919 FDC28B02 060531_SC_NextPlayBG_A.png
06/01/2006 12:44:58 A-----       3,902 DEB2699A 060531_SC_NextPlayFontset_A.png
05/31/2006 16:30:12 A-----       4,249 BC485F5F 060531_TJMW_NextPlayBG_A.png
06/01/2006 12:42:06 A-----       4,015 7C913650 060531_TJMW_NextPlayFontset.png
06/05/2006 09:34:00 A----R      20,836 65097BC2 060605_NudgeIcons_Help_B.png
07/19/2005 19:14:54 A-----         160 911030FD Blank.pcx
01/15/2007 09:46:48 A----R       5,381 C0A751A7 Common.gcd
06/02/2006 12:47:24 A-----       9,228 25853854 NudgeIcons.png
10/24/2006 16:23:48 A----R      10,050 D69841B5 SC_NP_BG_RESULT.png
10/24/2006 16:23:48 A----R       6,626 EB35FBB9 TJM_NP_BG_RESULT.png
                           ------------ --------
                                 71,366 D6128BBD 10 files
```

Page AP-5                        *Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

## *FileCheck* Signatures
## *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
f:\Resources\Fireworks
05/02/2003 06:55:00 A-----        1,309 5889B67C A.png
05/02/2003 06:55:00 A-----        1,425 CEB51CD0 C.png
05/02/2003 06:58:00 A-----          492 84BAC11B EP.png
05/02/2003 06:54:00 A-----        1,027 2AFEC03B J.png
05/02/2003 06:55:00 A-----        1,482 C0F0C8AB K.png
05/02/2003 06:55:00 A-----        1,522 54366A3E O.png
05/02/2003 06:55:00 A-----        1,269 63978FF3 P.png
05/02/2003 06:56:00 A-----          953 0E53D17C T.png
                           ------------ --------
                                  9,479 79A57848 8 files

f:\Resources\Game Help
02/28/2004 11:53:12 A-----       15,007 C45008D5 HelpButtons.png
                           ------------ --------
                                 15,007 737FB715 1 files

f:\Resources\Golden Sand Dollar
03/24/2004 13:05:00 A-----          124 4E281969 Default.Lines
01/16/2007 15:54:00 A----R       44,750 D1E43762 GoldenSandDollar.gcd
06/01/2006 17:06:54 A----R        9,876 4D65EEB2 GSD_NextPlay_Back.png
10/24/2006 16:24:52 A----R       11,166 521E2887 GSD_NextPlay_Back_Result.png
06/01/2006 17:06:30 A----R        5,260 9E779224 GSD_NextPlay_Font.png
01/19/2004 19:33:08 A-----       35,525 4542BF3C MP GOLDEN SAND-DOLLAR ICONS.png
01/15/2007 09:46:50 A----R      269,840 6358D9F0 Preview SandDollar_NM_OH.png
04/15/2004 09:13:38 A-----          233 DF99A4AE SandDollar.reel
07/08/2004 11:24:52 A----R    1,325,026 C8866381 SandDollarBonusFreezes.png
07/08/2004 11:24:54 A----R      921,448 280282EF SandDollarHelp.png
01/12/2007 09:27:02 A----R      271,189 E2875DEB SandDollarTopScreen_SS.png
01/15/2007 09:46:50 A----R    1,818,054 3DF1B39B SANDOLLAR 00_NM_OH.png
                           ------------ --------
                              4,712,491 732ED2EC 12 files

f:\Resources\Misc
10/25/2006 16:49:48 A-----          656 5CD73CF9 LegalStatements.txt
10/25/2006 16:57:20 A-----        2,039 E2833A6B PrinterStatements.txt
                           ------------ --------
                                  2,695 7169F558 2 files

f:\Resources\PayTable
01/19/2007 01:58:48 -D----              3x5 Reels
                           ------------ --------
                               00000000 0 files

f:\Resources\PayTable\3x5 Reels
01/19/2007 01:59:00 -D----              Clover Cash
01/19/2007 01:58:48 -D----              Golden Sand Dollar
                           ------------ --------
                               00000000 0 files

f:\Resources\PayTable\3x5 Reels\Clover Cash
09/24/2004 09:56:00 A-----          517 C9CA3A1A CC885.rate
09/24/2004 09:56:00 A-----          517 6C4DC357 CC902.rate
09/03/2004 12:50:30 A-----          517 E88AA92C CC920.rate
10/01/2004 08:18:42 A-----      785,091 107CD619 CLC_885_1.qol
10/11/2004 12:18:14 A-----      739,633 137908E1 CLC_885_15.qol
10/11/2004 13:13:30 A-----      758,203 21D6E44C CLC_885_24.qol
```

*Nick Farley & Associates*
**www.nfa777.com**

## *FileCheck* Signatures
## *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
10/01/2004 15:08:38 A-----         781,518 50636E75 CLC_885_5.qol
10/11/2004 11:26:02 A-----         741,053 FF448FA6 CLC_885_9.qol
10/01/2004 08:15:38 A-----         789,691 E83E1A62 CLC_902_1.qol
09/24/2004 16:37:00 A-----         745,273 B5A8A0FF CLC_902_15.qol
09/24/2004 17:50:10 A-----         761,603 8695E558 CLC_902_24.qol
09/24/2004 13:30:54 A-----         778,203 BF4E1155 CLC_902_5.qol
09/24/2004 15:14:06 A-----         747,008 3CB265AC CLC_902_9.qol
09/04/2004 14:38:16 A-----         794,038 433E48E8 CLC_920_1.qol
09/04/2004 12:09:12 A-----         742,548 90D14965 CLC_920_15.qol
09/03/2004 14:55:42 A-----         764,003 5AF49B5E CLC_920_24.qol
09/04/2004 12:35:16 A-----         779,278 3D5D09D0 CLC_920_5.qol
09/04/2004 12:28:46 A-----         765,003 E1E020B1 CLC_920_9.qol
11/03/2004 20:40:48 A-----           1,395 B390900A PT_NM_CLC_01_9680.PAY
11/03/2004 20:40:52 A-----           1,394 BF961088 PT_NM_CLC_02_9490.pay
11/12/2004 15:16:16 A-----           1,394 C64646DD PT_NM_CLC_03_9310.pay
                             ------------ --------
                               11,477,880 9031553B 21 files

f:\Resources\PayTable\3x5 Reels\Golden Sand Dollar
07/02/2004 12:39:36 A-----         794,083 A71C0808 GSD_931_1.qol
07/02/2004 13:54:16 A-----         774,898 A6CB5378 GSD_931_15.qol
07/02/2004 14:12:10 A-----         735,723 78309FA4 GSD_931_24.qol
07/02/2004 12:57:46 A-----         765,608 3BA8B12B GSD_931_5.qol
07/02/2004 13:27:06 A-----         769,473 23D2FE0C GSD_931_9.qol
07/06/2004 10:08:12 A-----         791,873 7CEF4F53 GSD_952R_1.qol
07/07/2004 19:48:16 A-----         761,718 FDAF48DB GSD_952R_15.qol
07/06/2004 13:55:52 A-----         757,343 56AC79CB GSD_952R_24.qol
07/06/2004 10:26:16 A-----         762,513 09A6769E GSD_952R_5.qol
07/06/2004 12:19:44 A-----         770,463 3E7184D4 GSD_952R_9.qol
11/03/2004 20:41:04 A-----           1,387 12457566 PT_NM_GSD_01_9503.PAY
11/03/2004 20:41:08 A-----           1,406 A1040283 PT_NM_GSD_02_9283.PAY
07/02/2004 12:16:00 A-----             550 4391655F SD931.rate
07/02/2004 12:16:00 A-----             550 C6AE12B3 SD952r.rate
                             ------------ --------
                                7,687,588 BD68CBAB 14 files

f:\Resources\Quantum Leap
01/12/2004 15:01:42 A-----         616,051 08DB8459 BankGothicFreezes.png
01/12/2004 15:01:42 A-----           8,113 63489C2A LCD FONT 2Freezes.png
01/12/2004 15:01:42 A-----          11,590 E0E89227 LCDFONT1Freezes.png
12/22/2004 11:49:46 A-----       2,056,122 BFEAFDEB QUANTUM LEAP.png
01/15/2007 09:47:00 A----R         297,603 9114B561 QuantumLeapHelp_NM_ST.png
                             ------------ --------
                                2,989,479 7466DBF7 5 files

f:\Resources\QuantumLeapBlack
08/07/2006 12:48:04 A----R          54,095 2ED4BEA7 CLD_Icon_NM.png
12/29/2004 15:10:14 A----R          54,933 AEE62A79 IconCLC-NM.png
12/29/2004 15:10:14 A----R          59,662 B4CD2511 IconGSD-NM.png
12/29/2004 15:10:14 A----R          58,112 FE608FCA IconSC-NM.png
12/29/2004 15:10:14 A----R          60,999 413BE523 IconTJM-NM.png
12/20/2004 14:16:36 A-----          11,524 B17D7FE0 LCDFONT1Freezes.png
10/13/2006 13:33:30 A----R           1,121 5EC19AD2 QLB_PrintVoucher.png
01/15/2007 09:47:02 A----R           1,397 B609299B QuantumLeapBlack.gcd
01/15/2007 09:47:02 A----R         150,874 8126EA13 QuantumLeapBlack_NM_OH.png
                             ------------ --------
                                  452,717 2E7F460B 9 files
```

Page AP-7             *Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

## *FileCheck* Signatures
## *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
f:\Resources\ScreenSaver
08/14/2003 10:45:18 A-----      741,977 6237BB27 ScreenSaverGraphics.png
                             ------------ --------
                                741,977 9F5D181B 1 files


f:\Resources\Scripts
11/08/2006 20:28:14 A-----          287 3BA27C77 Common.cbs
11/08/2006 20:30:46 A-----          624 DEAC636D Hardware.cbs
04/07/2006 15:31:54 A-----          963 80E2B023 Hardware_Arcom.cbs
04/07/2006 15:31:50 A-----          957 AD3056AB Hardware_MII.cbs
07/18/2006 16:16:50 A-----        1,720 8141A839 IntegrityCheck.cbs
11/09/2004 16:51:56 A-----        3,548 42D67771 PayTableList.cbs
02/26/2004 11:35:50 A-----        1,999 683AAC74 SystemInit.bak
11/28/2006 16:59:26 A-----        2,176 D18DA14B SystemInit_NM.cbs
11/27/2006 18:38:24 A-----          943 639D5704 SystemInit_PT.cbs
11/27/2006 18:38:14 A-----        2,541 D23D6C24 SystemInit_QS.cbs
                             ------------ --------
                                 15,758 D723270D 10 files


f:\Resources\SharedSounds
01/16/2007 13:21:24 A----R      112,136 269A9AD1 200+win.ape
01/16/2007 13:21:24 A----R      169,884 0942F1B5 3XWINNER.ape
01/16/2007 13:21:24 A----R      112,068 38979AFD 9XWIN.ape
01/16/2007 13:21:24 A----R      211,668 100CBE8A 9XWIN2.ape
01/19/2007 01:58:34 -D----               Advertise
01/16/2007 13:21:24 A----R       47,064 AAF96C75 Apex_Bill_In.ape
01/16/2007 13:21:24 A----R      193,256 F3B0974B Apex_Cashout_3.ape
01/16/2007 13:21:24 A----R        8,560 92F1BB50 Apex_Clear_Option.ape
01/16/2007 13:21:24 A----R       52,112 661030FE Apex_Default_Hit.ape
01/16/2007 13:21:24 A----R        3,764 8A5E61A0 Apex_Default_Keypad.ape
01/16/2007 13:21:24 A----R       77,860 E6A023CB Apex_Default_Wipe_Card.ape
01/16/2007 13:21:24 A----R       99,828 FD0B83AB Apex_Exit_Game.ape
01/16/2007 13:21:24 A----R        9,048 EC60908E Apex_Set_Option.ape
01/16/2007 13:21:24 A----R        1,568 D68063E8 Apex_Single_Toggle.ape
01/16/2007 13:21:24 A----R       28,960 008DD5E5 Arrowdown.ape
01/16/2007 13:21:24 A----R       46,204 B7113AAB Arrowup.ape
01/16/2007 13:21:24 A----R       23,936 8481C974 B1LOW.ape
01/16/2007 13:21:24 A----R       17,856 6EEFAA29 B2LOW.ape
01/16/2007 13:21:24 A----R       19,456 14B37F50 B3LOW.ape
01/16/2007 13:21:24 A----R       21,988 F20F6753 B4LOW.ape
01/16/2007 13:21:24 A----R       21,604 78D669A7 B5LOW.ape
01/16/2007 13:21:26 A----R       19,980 283AF047 B6LOW.ape
01/16/2007 13:21:26 A----R       21,652 86D09608 B7LOW.ape
01/16/2007 13:21:26 A----R      313,748 A318E732 backgroundgarbagebonus.ape
01/16/2007 13:21:26 A----R       13,934 ED2A4AD9 BClick.ape
01/16/2007 13:21:26 A----R       96,604 1ECC6D87 bdrop1.ape
01/16/2007 13:21:26 A----R      292,912 B92E6663 bdrop2.ape
01/16/2007 13:21:26 A----R      147,844 D54C1CD7 Bell_Sound_1.ape
01/16/2007 13:21:26 A----R       55,376 DC4F57EC BETDOWN.ape
01/16/2007 13:21:26 A----R       76,144 18E983A5 BETUP.ape
01/16/2007 13:21:26 A----R       39,504 484D36AB Blow.ape
01/16/2007 13:21:26 A----R       20,084 364C55EB bonusCollect.ape
01/16/2007 13:21:26 A----R       48,112 79BC78C1 bonusconclusion.ape
01/16/2007 13:21:26 A----R      350,540 2DF2207F BonusStart.ape
01/16/2007 13:21:26 A----R      147,880 EEB76573 BONUSWIN.ape
```

Page AP-8                              *Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

### *FileCheck* Signatures
### *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
01/16/2007 13:21:26 A----R       13,472 18B89CB6 Bounce.ape
01/16/2007 13:21:26 A----R      196,552 349AA9DD BrassHit Intro.ape
01/16/2007 13:21:26 A----R        1,360 70DBA5A7 Button23.ape
01/16/2007 13:21:26 A----R       39,444 9A0DDF73 Button3.ape
01/16/2007 13:21:26 A----R       14,252 BE70D926 BW1SPACE.ape
01/16/2007 13:21:26 A----R      415,192 0796FAE1 callattendant3.ape
01/16/2007 13:21:26 A----R       70,488 CF6BE001 cancelbutton.ape
01/16/2007 13:21:26 A----R       16,228 DA65495A CardDeal Continued.ape
01/16/2007 13:21:26 A----R       78,776 B6209AFF carddrop1.ape
01/16/2007 13:21:26 A----R       33,588 98E0EB26 Cardfill1.ape
01/16/2007 13:21:26 A----R        9,748 9CC85D0C CARDFLIP.ape
01/16/2007 13:21:26 A----R       12,432 BB6304DF CardOff.ape
01/16/2007 13:21:26 A----R       10,328 B298DEA5 cardoffscrn1.ape
01/16/2007 13:21:26 A----R      101,584 484D6688 CARDON1X.ape
01/16/2007 13:21:26 A----R       48,672 B10C2C94 cardonall.ape
01/16/2007 13:21:26 A----R       10,022 D2B6EE6C cardonscrn1.ape
01/16/2007 13:21:26 A----R       42,240 50CE1FD7 cardopen1.ape
01/16/2007 13:21:26 A----R      291,232 E4D68A59 cardopen2.ape
01/16/2007 13:21:26 A----R       21,764 199D4EF7 cardopen3.ape
01/16/2007 13:21:26 A----R       14,820 152C0BDF cash in BA.ape
01/16/2007 13:21:26 A----R       79,740 2A8EC665 CashChing.ape
01/16/2007 13:21:26 A----R      179,648 F5CE79E5 Cashout3.ape
01/16/2007 13:21:26 A----R       38,468 D64C2A7A cc_bonus_symbol.ape
01/16/2007 13:21:26 A----R      465,436 B90681A3 cc_game_theme.ape
01/16/2007 13:21:26 A----R       28,486 B216F210 cc_reel_lock.ape
01/16/2007 13:21:26 A----R      537,978 9870EC95 cc_reel_spin_01.ape
01/16/2007 13:21:26 A----R      540,682 2D1D19CA cc_reel_spin_02.ape
01/16/2007 13:21:26 A----R      529,978 1E20A1E1 cc_reel_spin_03.ape
01/16/2007 13:21:26 A----R      527,978 0D7C8C52 cc_reel_spin_04.ape
01/16/2007 13:21:26 A----R       39,896 6FAAD906 cc_scatter_symbol.ape
01/16/2007 13:21:26 A----R      378,968 FB330F49 cc_scatter_win.ape
01/16/2007 13:21:26 A----R      512,228 54409B14 cc_win_hi.ape
01/16/2007 13:21:28 A----R      295,312 684BBF3A cc_win_low.ape
01/16/2007 13:21:26 A----R       25,644 2318AD61 cd1.ape
01/16/2007 13:21:28 A----R      370,920 B4768A2C cd2.ape
01/16/2007 13:21:28 A----R        5,960 F009F5A6 CDeal.ape
01/16/2007 13:21:28 A----R          304 4DFB4EEB Clover Bonus Sounds.amp
01/16/2007 13:21:28 A----R        1,217 55FA12DA Clover Sounds.amp
01/16/2007 13:21:28 A----R      167,974 7903B033 CloverCash_DoubleWin.ape
01/16/2007 13:21:28 A----R      578,788 E351A615 CloverCash_FreeSpin_v2.ape
01/16/2007 13:21:28 A----R      455,532 2EA7160A CloverCash_Intro.ape
01/16/2007 13:21:28 A----R       73,508 E905F055 CloverCash_Line.ape
01/16/2007 13:21:28 A----R      163,208 49E0215E CloverCash_LowWin.ape
01/16/2007 13:21:28 A----R      596,840 C6D7BF37 CloverCash_Reel1_v2.ape
01/16/2007 13:21:28 A----R      578,916 625E250C CloverCash_Reel2_v2.ape
01/16/2007 13:21:28 A----R      589,148 E9131FE0 CloverCash_Reel3_v2.ape
01/16/2007 13:21:28 A----R      626,072 9365BE52 CloverCash_Reel4_v2.ape
01/16/2007 13:21:28 A----R       36,024 4623BA39 CloverCash_ReelStop.ape
01/16/2007 13:21:28 A----R       22,428 0FD94543 Coin Flip Credit.ape
01/16/2007 13:21:28 A----R       43,860 9B92CA07 Coin Flip Start.ape
01/16/2007 13:21:28 A----R          962 65F69A4F ColdCashSounds.amp
01/16/2007 13:21:28 A----R       68,768 433843E3 Credit Brass.ape
01/16/2007 13:21:28 A----R       30,602 5F547521 Credit Up Final.ape
01/16/2007 13:21:28 A----R       69,204 D25705A9 Credit Up.ape
01/16/2007 13:21:28 A----R       11,780 F81797EF creditup1.ape
01/16/2007 13:21:28 A----R       31,036 57CE4B46 dbutton1.ape
```

Page AP-9                              *Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

*FileCheck* **Signatures**
*NudgeMaster* **Version 4.3.2.10**

Janury 30, 2007

```
01/16/2007 13:21:28 A----R        6,596 4DCDDA7F DEFAULT.ape
01/16/2007 13:21:28 A----R      101,536 42827D7B DenomChange.ape
01/16/2007 13:21:28 A----R        6,924 91F02B1C DownBtn.ape
01/16/2007 13:21:28 A----R        9,180 11F59703 Endball1.ape
01/16/2007 13:21:28 A----R        9,852 6BDFA8A5 ENDBALL2.ape
01/16/2007 13:21:28 A----R       13,832 5343772D ENDBALL3.ape
01/16/2007 13:21:28 A----R       11,536 7CF6B7FB ENDBALL4.ape
01/16/2007 13:21:28 A----R       11,056 4A6FBD29 ENDBALL5.ape
01/16/2007 13:21:28 A----R       12,436 742E1E7A ENDBALL6.ape
01/16/2007 13:21:28 A----R       12,712 E0257D06 ENDBALL7.ape
01/16/2007 13:21:28 A----R       84,988 41ABE430 Enter Cards.ape
01/16/2007 13:21:28 A----R           82 BD7B8486 ErrorModuleSounds.amp
01/16/2007 13:21:28 A----R       33,348 63E5431D Exit Balls.ape
01/16/2007 13:21:28 A----R       10,012 E554A81D Exit Cards.ape
01/16/2007 13:21:28 A----R       83,608 63CA8A7E Explosion.ape
01/16/2007 13:21:28 A----R       18,228 5705FAAC fastcredit.ape
01/16/2007 13:21:28 A----R       35,236 A9DFE7D5 FireEffect.ape
01/16/2007 13:21:28 A----R      227,892 A2B3E7BB FLOATING.ape
01/16/2007 13:21:28 A----R      540,800 96C5B738 FunMusic.ape
01/16/2007 13:21:28 A----R       11,248 531FBC62 Gamebutton.ape
01/16/2007 13:21:28 A----R       41,404 193E37AF garbageCrate.ape
01/16/2007 13:21:28 A----R       55,616 02572351 HELPEXIT.ape
01/16/2007 13:21:28 A----R      101,108 E506BD8D helpscreenup.ape
01/16/2007 13:21:28 A----R      177,588 56A97589 Jellyfishbubblerelease.ape
01/16/2007 13:21:28 A----R       72,868 46C7B064 Joker 1.ape
01/16/2007 13:21:28 A----R       61,568 EBF5C640 Joker 2.ape
01/16/2007 13:21:28 A----R       68,968 68F1BAC3 Joker 3.ape
01/16/2007 13:21:28 A----R      117,008 8B30ED34 JPfireworks.ape
01/16/2007 13:21:28 A----R       65,852 4859F680 JPtillGRNKEY.ape
01/16/2007 13:21:28 A----R       39,808 62CBD6DD keno ball drop.ape
01/16/2007 13:21:28 A----R       23,772 F21E1D04 keypadbutton.ape
01/16/2007 13:21:28 A----R      105,104 43CB6819 KEYPADUP.ape
01/16/2007 13:21:28 A----R      246,600 8BBD8815 lastbnswheelspace.ape
01/16/2007 13:21:28 A----R       13,752 BFF4C584 Light Card Deal.ape
01/16/2007 13:21:28 A----R       95,112 3FD1254A lowerlevelwin.ape
01/16/2007 13:21:28 A----R       20,500 2656E0C6 messagebox.ape
01/16/2007 13:21:28 A----R      220,076 CD9D6BF0 multiballmatch.ape
01/16/2007 13:21:28 A----R      169,792 1A76FDDD multiplierdisplay1.ape
01/16/2007 13:21:28 A----R        2,344 91608BF0 numberpick.ape
01/16/2007 13:21:28 A----R       13,564 5D1333FB numberpick2.ape
01/16/2007 13:21:28 A----R       14,896 4980383D OKbutton.ape
01/16/2007 13:21:28 A----R       68,404 9604119B OMF3.ape
01/16/2007 13:21:28 A----R          299 50089F3E OperatorMenuSounds.amp
01/16/2007 13:21:28 A----R       47,224 046FB273 Paytable Open.ape
01/16/2007 13:21:28 A----R       31,420 D37C83BC pickmatch1.ape
01/16/2007 13:21:28 A----R       10,508 435664A2 play button.ape
01/16/2007 13:21:28 A----R       85,892 E3E00C90 play&autoplaybutton.ape
01/16/2007 13:21:28 A----R        4,376 D98A8D1B Pop.ape
01/16/2007 13:21:28 A----R      105,788 4175EA78 powerballmatch1.ape
01/16/2007 13:21:28 A----R       40,512 DA8B0E6B pwrballout.ape
01/16/2007 13:21:28 A----R          161 B70DC1ED QSSounds.amp
01/16/2007 13:21:28 A----R          214 E614440E QuantumLeapBlackSounds.amp
01/16/2007 13:21:28 A----R          146 8E18B7D9 QuantumLeapSounds.amp
01/16/2007 13:21:28 A----R       12,390 404DE50D QuickPick Land.ape
01/16/2007 13:21:28 A----R        3,048 240F1D44 QuickPick Move.ape
01/16/2007 13:21:28 A----R      178,808 1D1A6BD1 quickpickall.ape
```

Page AP-10                          *Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

### *FileCheck* **Signatures**
### *NudgeMaster* **Version 4.3.2.10**

Janury 30, 2007

| Date | Time | Attr | Size | CRC | Filename |
|---|---|---|---|---|---|
| 01/16/2007 | 13:21:28 | A----R | 74,748 | 8E08690E | raisebet1.ape |
| 01/16/2007 | 13:21:28 | A----R | 40,108 | 57AA82D9 | Redkeybutton.ape |
| 01/16/2007 | 13:21:28 | A----R | 107,100 | E624FD01 | reel1stopwithmulti.ape |
| 01/16/2007 | 13:21:28 | A----R | 125,936 | DECAC5DC | reel2stopwithmulti.ape |
| 01/16/2007 | 13:21:28 | A----R | 164,544 | 131EAAFA | reel3stopwithmulti.ape |
| 01/16/2007 | 13:21:28 | A----R | 9,288 | 7BBF4405 | reellock1.ape |
| 01/16/2007 | 13:21:28 | A----R | 310,676 | 8281FDB3 | ReelSpin Tropical 0.ape |
| 01/16/2007 | 13:21:28 | A----R | 291,504 | AB9D3CD2 | ReelSpin Tropical 1.ape |
| 01/16/2007 | 13:21:28 | A----R | 265,916 | 3E77FD7C | ReelSpin Tropical 2.ape |
| 01/16/2007 | 13:21:28 | A----R | 232,376 | 4D4FD6BE | ReelSpin Tropical 3.ape |
| 01/16/2007 | 13:21:28 | A----R | 148,640 | 1588CD64 | reelspin04.ape |
| 01/16/2007 | 13:21:28 | A----R | 91,076 | B312C3B5 | reelspin1.ape |
| 01/16/2007 | 13:21:28 | A----R | 12,960 | E1CFB29E | reelstop.ape |
| 01/16/2007 | 13:21:28 | A----R | 152,636 | AC889D28 | REGWIN1.ape |
| 01/16/2007 | 13:21:28 | A----R | 2,692 | EAB83BB8 | Remove pick.ape |
| 01/16/2007 | 13:21:28 | A----R | 6,468 | 72D304ED | removepick2.ape |
| 01/16/2007 | 13:21:28 | A----R | 26,756 | 97C36267 | Robotic1.ape |
| 01/16/2007 | 13:21:28 | A----R | 67,584 | 875E6DFF | Robotic2.ape |
| 01/16/2007 | 13:21:28 | A----R | 50,976 | 39D529C0 | SandDollar Hole.ape |
| 01/16/2007 | 13:21:28 | A----R | 1,064,416 | 9FB13C1C | sanddollarbonus.ape |
| 01/16/2007 | 13:21:28 | A----R | 963 | 95A142E7 | SandDollarSounds.amp |
| 01/16/2007 | 13:21:28 | A----R | 10,060 | A35938FF | sanddolleronreel1.ape |
| 01/16/2007 | 13:21:28 | A----R | 62,348 | AEB9C887 | SClogoMULTIWIN.ape |
| 01/16/2007 | 13:21:28 | A----R | 306 | D5CCE4DB | SDB Jellyfish Sounds.amp |
| 01/16/2007 | 13:21:28 | A----R | 328 | C479E7A2 | SDB SandDollar Sounds.amp |
| 01/16/2007 | 13:21:30 | A----R | 328 | EE3F3978 | SDB Trash Sounds.amp |
| 01/16/2007 | 13:21:30 | A----R | 13,888 | 0CDFA025 | selection.ape |
| 01/16/2007 | 13:21:30 | A----R | 15,208 | 9CB7F9E7 | singleballdrop.ape |
| 01/16/2007 | 13:21:30 | A----R | 68,768 | 433843E3 | sound (196).ape |
| 01/16/2007 | 13:21:30 | A----R | 76,700 | 0BB81E6F | sound (24).ape |
| 01/16/2007 | 13:21:30 | A----R | 45,776 | 987DA460 | sound (240).ape |
| 01/16/2007 | 13:21:30 | A----R | 162,196 | 85CD7213 | sound (35).ape |
| 01/16/2007 | 13:21:30 | A----R | 77,888 | 88974E1E | sound (436).ape |
| 01/16/2007 | 13:21:30 | A----R | 51,500 | E96262FB | sound (63).ape |
| 01/16/2007 | 13:21:30 | A----R | 15,200 | B9DDAEBD | SPEED1.ape |
| 01/16/2007 | 13:21:30 | A----R | 16,236 | 93F9AE49 | SPEED2.ape |
| 01/16/2007 | 13:21:30 | A----R | 1,517 | AC090E29 | SplashCashSounds.amp |
| 01/16/2007 | 13:21:30 | A----R | 44,940 | D628881D | Sprinkle.ape |
| 01/16/2007 | 13:21:30 | A----R | 26,624 | 23B7748E | spsymbol.ape |
| 01/16/2007 | 13:21:30 | A----R | 36,220 | D344C7E7 | Stand.ape |
| 01/16/2007 | 13:21:30 | A----R | 70,788 | 4512EF4E | Swish.ape |
| 01/16/2007 | 13:21:30 | A----R | 743 | 41FEB58D | System Sounds.amp |
| 01/16/2007 | 13:21:30 | A----R | 295,424 | 7D986108 | toptwotierwinner.ape |
| 01/16/2007 | 13:21:30 | A----R | 351,876 | E909D586 | Track15.ape |
| 01/16/2007 | 13:21:30 | A----R | 22,656 | EB4808B9 | Trash Collect.ape |
| 01/16/2007 | 13:21:30 | A----R | 1,262 | D3B0D002 | TripleJokerSounds2.amp |
| 01/16/2007 | 13:21:30 | A----R | 104,012 | 3D688FB6 | UHOH.ape |
| 01/16/2007 | 13:21:30 | A----R | 8,216 | 8D020357 | UpBtn.ape |
| 01/16/2007 | 13:21:30 | A----R | 36,564 | F4D076A5 | VAULT1.ape |
| 01/16/2007 | 13:21:30 | A----R | 43,260 | 440DF9AA | VAULT2.ape |
| 01/16/2007 | 13:21:30 | A--SHR | 6,729 | E587A77A | vssver2.scc |
| 01/16/2007 | 13:21:30 | A----R | 200,222 | 9F7C52AE | Win High.ape |
| 01/16/2007 | 13:21:30 | A----R | 58,892 | 0321410E | Win Jackpot.ape |
| 01/16/2007 | 13:21:30 | A----R | 171,884 | 0798E313 | WINCARD1.ape |
| 01/16/2007 | 13:21:30 | A----R | 21,560 | 417038AE | wincredit.ape |
| 01/16/2007 | 13:21:30 | A----R | 93,524 | 39D1FF07 | winning play.ape |

Page AP-11                                    *Appendix*

*Nick Farley & Associates*
**www.nfa777.com**

## *FileCheck* Signatures
## *NudgeMaster* Version 4.3.2.10

Janury 30, 2007

```
01/16/2007 13:21:30 A----R      154,480 89EE7852 WinningCard.ape
01/16/2007 13:21:30 A----R       15,176 E68626AD wipecard1.ape
01/16/2007 13:21:30 A----R       45,236 28A50627 wipecard2.ape
01/16/2007 13:21:30 A----R      369,916 47A5FA73 WTFX Mix.ape
01/16/2007 13:21:30 A----R       89,952 5E15F6BA Zero.ape
                           ------------ --------
                             22,762,179 2E1AA2B9 207 files


f:\Resources\SharedSounds\Advertise
01/16/2007 13:21:30 A----R      159,900 55B7122F JPHIT.ape
01/16/2007 13:21:30 A----R      655,744 58988B1C MoneyLoop.ape
01/16/2007 13:21:32 A--SHR         137 8C85287C vssver2.scc
                           ------------ --------
                                815,781 D04F1B74 3 files


f:\Resources\Splash Cash
11/22/2004 11:52:28 A----R      970,224 C8E39C42 Bubble_Animation.png
02/20/2004 15:10:12 A-----       69,169 903DFE16 MESSAGE BOX FONTS.png
02/24/2004 20:11:24 A-----       32,718 5D2D74ED MP SPLASH CASH ICONS.png
08/04/2004 08:25:28 A----R       47,395 D8321C3C NUDGE MASTER 00.png
01/15/2007 09:47:34 A----R      195,418 4C87B55C Preview SplashCash_NM_OH.png
12/20/2006 17:12:32 A-----         476 A4E22AB4 SC.MWT
01/15/2007 10:45:06 A----R      939,125 ADA68F87 SC_QS_PayTable_Pure.png
01/15/2007 09:47:34 A----R      149,835 F15EDA18 spach cash respin.png
12/29/2004 16:25:30 A-----      999,667 4AEF8DF9 SPLASH BLAST 00 MODIF.png
12/30/2004 12:35:30 A----R      108,549 20AD4E46 SPLASH BLAST HELP.png
01/15/2007 09:47:34 A----R    3,172,909 6204979E SPLASH CASH 00 MODIF_NM_OH.png
                           ------------ --------
                              6,685,485 DBA563E1 11 files


f:\Resources\TripleJokerMulti
01/16/2007 16:45:14 A----R      105,999 0C30132F HELP NUDGE MULTI WIN tiple joker.png
03/17/2004 16:12:08 A-----       35,050 49411D50 MP MULTI WIN TRIPLE JOKER ICONS.png
01/15/2007  09:47:36 A----R   1,512,523 B74A9FD6 MULTI WIN TRIPLE JOKER GAME MODIF_NM_OH.png
03/20/2003 11:33:00 A-----       59,317 9D85158A MultiWinFont2027.png
01/15/2007 09:47:36 A----R      107,645 7890C9B7 MWtriplejoker respin.png
01/15/2007 09:47:36 A----R      118,060 A8A08969 Preview TJ Respin_NM_OH.png
12/20/2006 17:01:08 A-----         276 537B4261 TJM.MWT
01/15/2007 10:45:14 A----R      613,035 FF468D61 TJM_QS_PayTable_Pure.png
                           ------------ --------
                              2,551,905 D15ABF61 8 files
```

*Nick Farley & Associates*
**www.nfa777.com**