# EXHIBIT E

Page 1

```
 1              BEFORE THE LIQUOR CONTROL COMMISSION

 2                    OF THE STATE OF OHIO

 3                       - - - - -

 4    IN RE:                 :

 5    FOE Aerie 2171         :    Case No. 1342-05

 6                           :

 7                       - - - - -

 8          Proceedings before Chairman Keith

 9    McNamara, Vice Chair Robert A. Gardner, and

10    Commissioner Rocco J. Colonna, taken at the

11    Ohio Liquor Control Commission, 77 South High

12    Street, 19th Floor, Columbus, Ohio, on

13    Wednesday, October 19, 2005, at 1:00 o'clock

14    p.m.

15                       - - - - -

16

17

18

19

20

21

22

23

24
```

**EXHIBIT**

**Defendants 5**

Page 2

1  APPEARANCES:
2      Jim Petro
       Attorney General of Ohio
3      Department of Liquor Control
       30 East Broad Street
4      26th Floor
       Columbus, Ohio 43215
5      Mr. Matthew J. Lampke,
       Deputy Attorney General,
6
           On behalf of the Department
7            of Liquor Control.
8      Fawley & Associates
       520 East Rich Street
9      Columbus, Ohio 43215
       By Mr. Kurt O. Gearhiser,
10
           On behalf of the Permit
11           Holder.
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1                  INDEX
2  State's Exhibits         Id'd  Adm'd
3  A - Notice, Mailing, Receipt    5    5
   B - Investigative Report        5   157
4  C - Riedthaler CV              53   157
   D - Riedthaler Report          55   157
5  E - Chemical Analysis           6    6
6  Witnesses                Page No.
7  Robert Anderson
     Mr Lampke - Direct            7
8    Mr. Gearhiser - Cross        15
     Mr. Lampke - Redirect        48
9
   William Riedthaler
10   Mr. Lampke - Direct          50
     Mr. Gearhiser - Cross        99
11   Mr. Lampke - Redirect       152
     Chairman McNamara - Examination    155
12
   Michael Pace
13   Mr. Gearhiser - Direct      157
     Mr. Lampke - Cross          189
14   Commissioner Gardner - Examination  222
     Mr. Lampke - Further Cross  226
15
16
17
18
19
20
21
22
23
24

Page 4

1             - - - - -
2          P R O C E E D I N G S
3             - - - - -
4      CHAIRMAN MCNAMARA:  Would counsel
5  enter your appearances, please.
6      MR. LAMPKE:  Matthew Lampke, Deputy
7  Attorney General, on behalf of the Department.
8      COMMISSIONER COLONNA:  How do you
9  spell your last name, sir?
10     MR. LAMPKE:  Lampke, L-a-m-p-k-e.
11     MR. GEARHISER:  Kurt Gearhiser,
12 appearing on behalf of the permit holder,
13 Fraternal Order of Eagles 2171.
14     CHAIRMAN MCNAMARA:  All right.  Now,
15 to begin with, I'd like all people who are
16 going to be testifying as witnesses or who
17 might testify as witnesses or who even think
18 about testifying as a witness to please stand,
19 raise your right hand, and let's swear
20 everybody in at once.
21            - - - - -
22     Thereupon, the potential witnesses
23     were duly sworn by the reporter.
24            - - - - -

Page 5

1      MR. LAMPKE:  Mr. Chairman, we're
2  here on page 56, Case No. 1342-05, in the
3  matter of FOE Aerie 2171.
4      I'd like to mark as State's
5  Exhibit A the notice of hearing, the
6  certificate of mailing, and the certified
7  return receipt.
8      MR. GEARHISER:  No objection to
9  Exhibit A, Commissioners.
10     CHAIRMAN MCNAMARA:  It will be
11 admitted.
12     MR. LAMPKE:  Kurt, I don't know if
13 you have an objection to Exhibit B, which will
14 be the investigative report.
15     MR. GEARHISER:  Oh, yeah.
16     CHAIRMAN MCNAMARA:  Yes, you have an
17 objection?
18     MR. GEARHISER:  I certainly have an
19 objection, and I've got a witness here who
20 will testify to it.
21     MR. LAMPKE:  With that then, we can
22 just -- oh, and then finally State's
23 Exhibit E, which is the --
24     COMMISSIONER COLONNA:  Is that C?

                                    2 (Pages 2 to 5)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005700

Page 6

1    MR. LAMPKE:  E as in Edward, I'm
2 going a little bit out of order.  I just
3 received a report today.  It's the chemistry
4 report on the potability issue.
5    MR. GEARHISER:  No objection to the
6 introduction or admission of State's
7 Exhibit E, which is the chemical analysis.
8    CHAIRMAN MCNAMARA:  It will be
9 admitted.
10    MR. LAMPKE:  With that, we would
11 move for a separation of witnesses so we can
12 call the enforcement agent.
13    CHAIRMAN MCNAMARA:  All right.  All
14 witnesses who have been sworn, out in the
15 hallway, and we'll let you know.
16    You're a witness, aren't you?
17    MR. ANDERSON:  I'm the enforcement
18 agent, sir.
19    CHAIRMAN MCNAMARA:  Okay.  Just have
20 a seat.
21    Everybody out?
22    MR. LAMPKE:  Yes.
23    - - - - -
24    ROBERT ANDERSON

Page 7

1    - - - - -
2    DIRECT EXAMINATION
3 BY MR. LAMPKE:
4 Q.    Please state your name and
5 occupation for the record.
6 A.    I'm Agent Robert Anderson.  I work
7 for Ohio Department of Public Safety,
8 Investigative Unit.
9 Q.    How long have you been in that
10 position?
11 A.    Approximately 12 years.
12 Q.    And describe your job duties in the
13 areas and the area that you cover.
14 A.    I investigate crimes in Ohio that
15 involve liquor permit establishments,
16 including liquor laws, tobacco laws, and food
17 stamp fraud.
18 Q.    And the area that you cover?
19 A.    Oh, excuse me, Athens County; it's
20 all south and eastern Ohio.  It's 18 counties.
21 Q.    Do you know roughly how many liquor
22 permit premises are in those counties?
23 A.    I couldn't say for sure.
24 Q.    How many agents are assigned to

Page 8

1 those counties?
2 A.    As of right now, eight.
3 Q.    How are you as an agent informed of
4 a potential liquor permit violation?
5 A.    It's done in several ways.
6 Basically somebody will call in a complaint to
7 our office, or an agent will receive a
8 complaint.  It can be called in anonymously
9 through a police department or the local
10 authorities.  Anyone can call in a complaint.
11 We fill out a Form 17, or our administrative
12 assistant fills out the Form 17, and it's put
13 on file as being on complaint.
14 Q.    And roughly how many complaints do
15 you receive in a week or a month?
16 A.    It varies.  I would say five to six
17 a month, approximately.
18 Q.    And what happens once you receive a
19 complaint?
20 A.    The Form 17 is logged in our
21 complaint book for all agents to view.  When
22 an agent is working in a certain area, like a
23 county or assigned to a county, he will go to
24 the complaint book, that agent will go to the

Page 9

1 complaint book and view the complaints in that
2 county and visit those, do an investigation on
3 those at that time.
4 Q.    And did Meigs County fall in the
5 month of December when you were conducting
6 investigations?
7 A.    That's correct.  I believe the
8 complaint was filed in June of 2004, and we
9 visited in December of that year.  We were in
10 the area, the complaint was on for various
11 things, I'm not positive exactly what it was
12 on for, but we conducted an administrative
13 investigation at that time.
14 Q.    And you're talking about the
15 investigation of FOE Aerie 2171?
16 A.    That's correct.
17 Q.    Okay.  What did you do when you --
18 how did you conduct the investigation for FOE
19 Aerie?
20 A.    Myself and four other agents went
21 and visited the permit premises.  We buzzed
22 the buzzer.  We were allowed access.  We went
23 in and properly identified ourselves to
24 individuals that were in charge there at the

3 (Pages 6 to 9)

HC00005701

Page 10
1  time and advised them we were there to conduct
2  an administrative inspection.
3  Q.      And what did you observe on entering
4  the premises?
5  A.      Upon entering the premises, I
6  observed what I believed were three electronic
7  video slot machines that were located on the
8  left-hand side of the bar; as you walk through
9  the door, they were on the left, over on the
10 left.
11 Q.      Were the machines located in the
12 main room?
13 A.      Yes, the main bar area.
14 Q.      They were not located in a separate
15 area of the facility?
16 A.      No, they were not.
17 Q.      Did you observe anyone playing
18 these machines?
19 A.      I don't believe so.
20 Q.      Did you play the machines?
21 A.      Yes, I did.
22 Q.      What did you observe when you played
23 the machines?
24 A.      I placed a dollar in this machine,

Page 11
1  and upon playing it, in my experience I
2  determined the machine to be an electronic
3  gambling video machine.  I've had several
4  cases like this before, and it was my
5  determination it was an electronic video slot
6  machine.
7  Q.      Did you ever win a game that you had
8  played on the machine?
9  A.      No.
10 Q.      And why not?
11 A.      I got the correct answers, but I won
12 no money.  Every time I played, I lost money
13 although I got the correct answer.  So I had
14 no winnings.
15 Q.      Okay.  You would play how much per
16 game?
17 A.      Usually you bet $1.00 or you can bet
18 $.50 or -- I can't remember the other bets.  I
19 think there's a $4.00 bet you can do on it.
20 But I played it and got correct answers and
21 had no winnings, so.
22 Q.      Okay.  What would the computer --
23 what would the outcome of your play be?
24 A.      If I got a correct answer, I would

Page 12
1  lose like $.60 or I'd lose like $.70, or I'd
2  lose like $.50.
3  Q.      So the machine would present you
4  with $.30 or $.40 out of a $1.00 wager that
5  you made?
6  A.      Yes, yes.
7  Q.      Did you successfully complete the
8  task each time you played it?
9  A.      Yes.  This particular day, yes.
10 Q.      Okay.  And then what did you do once
11 you finished playing the machine?
12 A.      Like I said, I determined it to be
13 an electronic video slot machine.  We
14 confiscated the monies, Agent Ginther, I
15 believe, confiscated the monies.  And we
16 confiscated the machines as gambling devices.
17 Q.      How much money did you confiscate
18 out of each machine?
19     MR. GEARHISER:  Objection.  He just
20 testified that Agent Ginther confiscated the
21 money.
22     CHAIRMAN MCNAMARA:  If he knows.
23 A.      Out of the three machines total, it
24 was approximately $600:  $400 out of one

Page 13
1  machine, like 60 out of another, 190 I think
2  out of another.
3  Q.      Would that be reflected in your
4  report?
5  A.      Yes.  Evidence record document
6  should be attached.
7  Q.      I'd like to show you State's
8  Exhibit B in front of you; can you identify
9  that document?
10 A.      Yes.  This is my investigator's
11 report.
12 Q.      Could you refer to the amount of
13 money confiscated from each machine?
14 A.      Yes.  Out of Machine No. 1 was --
15 and we label them left to right.  As you're
16 facing the machine, they were labeled left to
17 right.  194 out of Machine No. 1, I believe it
18 was $60 out of Machine No. 2, and $402 out of
19 the Machine No. 3.
20 Q.      And did you confiscate pay-out slips
21 as well?
22 A.      I don't believe so.  Maybe -- I'd
23 have to refer to the report.  Let me see.
24     Yes.  Yes, there was pay-out slips

4 (Pages 10 to 13)

HC00005702

Page 14

1  from the machines confiscated.
2  Q.      Would that show evidence of income
3  generated from this machine?
4  A.      Yes.  Shows a profit.
5  Q.      And can you recall the specific date
6  of the violation?
7  A.      December 9, 2004.
8  Q.      Did you also -- did you cite the
9  permit holder for anything else other than
10 electronic video gambling device?
11 A.      Yes.  They were also cited for
12 unsanitary conditions.  They had liquor
13 bottles that -- a liquor bottle that wasn't
14 fit for potable consumption.
15 Q.      What did you find in the bottle?
16 A.      Insects and some debris or something
17 like that, it looked like.
18        MR. LAMPKE:  At this time, I would
19 move to admit State's Exhibit B into evidence.
20        MR. GEARHISER:  I'm going to object.
21 We've got the investigating officer here.
22 He's testified about the incidents that
23 occurred.
24        CHAIRMAN MCNAMARA:  Officer, is this

Page 15

1  a record that is kept in the ordinary course
2  of business in your department?
3        THE WITNESS:  My investigative
4  report, sir?
5        CHAIRMAN MCNAMARA:  Yes.
6        THE WITNESS:  Yes, it is.
7        CHAIRMAN MCNAMARA:  And is that an
8  exact copy of your report?
9        THE WITNESS:  Yes, sir, it is.
10        CHAIRMAN MCNAMARA:  We're going to
11 admit it for whatever value it may have.
12        MR. GEARHISER:  Can I see it,
13 Commissioners?
14        COMMISSIONER GARDNER:  Excuse me?
15        MR. GEARHISER:  Can I see that?
16        MR. LAMPKE:  I'm sorry, I thought I
17 gave you a copy.
18        That's all the questions I have.
19        CHAIRMAN MCNAMARA:  Cross-exam?
20        MR. GEARHISER:  Yeah.
21            - - - - -
22        CROSS-EXAMINATION
23 BY MR. GEARHISER:
24 Q.      If I could have you, Agent, look at

Page 16

1  Exhibit B.
2        MR. LAMPKE:  He has it in front of
3  him.
4  Q.      If you would turn to the -- is there
5  a description in there?  Looks like what
6  you've described as electronic video gambling
7  device?
8  A.      Yes.
9  Q.      Why is that in that report?
10 A.      To tell you the truth, I really
11 can't say for sure.  All I know is this is the
12 supervisor's standing operating procedures, to
13 attach a description of electronic video
14 gambling device to our reports when we
15 confiscate this.
16 Q.      What part of that report is yours
17 then?
18 A.      Everything.  I put this together.
19 Q.      Okay, so you knew that was in there?
20 A.      Yes, sir.
21 Q.      Okay.  All right.  Could you tell me
22 the similarity between your report and what's
23 on this machine?  Because your report
24 describes a poker machine, doesn't it, playing

Page 17

1  games of cards?  If you want to read it.
2  A.      Yeah, that's just one form, yes.  It
3  works on the same basis.
4  Q.      Okay.  Well, where are there cards
5  on here?
6  A.      There was no cards.
7  Q.      Okay.  Do you bet on this particular
8  -- do you draw cards on this?
9  A.      Do I draw cards?
10 Q.      Yeah.
11 A.      No.
12 Q.      Well, I guess I'm confused then.
13 Why would a description of a poker machine be
14 in your particular report concerning a machine
15 that's called Tic-Tac-Fruit?
16 A.      Because poker plays several ways:
17 It can be played with dice, it can be played
18 with cards, it can be played with any various
19 items.  Poker does not mean cards.
20 Q.      Is this a poker machine?  Does this
21 play the game of poker?
22 A.      No.
23 Q.      So would you agree that there's
24 really no reason for that to be in your

5 (Pages 14 to 17)

HC00005703

Page 18

1  report?
2  A.        I think it gives some bearing on
3  what the machine, type of machine, yes.
4  Q.        Well, let's go through it then.  It
5  says after a quarter is inserted into the
6  machine.  Does this machine accept quarters?
7  A.        No.
8  Q.        So you would say that's not
9  exhibiting the same --
10  A.        Quarters is U.S. currency, and that
11  machine accepts U.S. currency.
12  Q.        Right, I understand, but my question
13  is, it doesn't accept quarters, correct?
14  A.        Right.
15  Q.        Are there five cards displayed on
16  the screen?
17  A.        No.
18  Q.        Are you given a choice to keep five
19  cards or getting rid of one of the cards?
20  A.        No.
21  Q.        Do you have the ability to draw a
22  card?
23  A.        No.
24  Q.        Okay.  Can you get a pair of aces

Page 19

1  like your report indicates here, on this
2  machine?
3        MR. LAMPKE:  I would object at this
4  time.  The agent has testified that it's just
5  a description of a gambling device, it's not
6  this machine in particular.
7        CHAIRMAN MCNAMARA:  I think that's
8  obvious.
9        MR. GEARHISER:  I won't ask any more
10  questions, Commissioners.  I would just ask
11  that that page or the entire report be thrown
12  out.  If we are looking at a report that this
13  officer prepared and his supervisor prepared,
14  then I would certainly think somebody would
15  have reviewed it before it got to the stage in
16  front of the Liquor Control Commission.  But
17  I'll raise that objection at the end of the
18  hearing.
19        COMMISSIONER GARDNER:  There were
20  three machines?
21        THE WITNESS:  Yes, sir.
22        COMMISSIONER GARDNER:  All three of
23  the machines are identical?
24        THE WITNESS:  Yes.

Page 20

1        COMMISSIONER GARDNER:  Okay.
2  BY MR. GEARHISER:
3  Q.        Agent Anderson, did you play all
4  three machines?
5  A.        No.  I just played one.
6  Q.        Did you bring all three machines
7  here today?
8  A.        No.
9  Q.        How do you know they're identical?
10  A.        Well, they appeared to be identical.
11  Q.        Do you know if they had the same
12  graphics, Tic-Tac-Fruit; because there are
13  different editions, do you know if they were
14  the same ones?
15  A.        Yes.
16  Q.        Your testimony was that after
17  playing one time, you determined it to be a
18  gambling device, one block; that was your
19  testimony here today?
20  A.        One session, yes.
21  Q.        You said one play.
22  A.        All right, well, whatever, but I'm
23  talking about one session.  I played it a few
24  times.

Page 21

1  Q.        Okay.  So it was more than just one
2  play?
3  A.        Yes.
4  Q.        How many times did you play?
5  A.        I don't recall.
6  Q.        Two times?
7  A.        Probably, since I'm guessing, I'll
8  say six or seven times.
9  Q.        Okay.  So after six or seven plays
10  with the machine, you knew that it was a slot
11  machine?
12  A.        In my experience, yes, I determined
13  it to be a video gambling slot machine.
14  Q.        Have you gone to any school to
15  determine slot machines or skill-based
16  amusement machines?
17  A.        Yes, I have.
18  Q.        All right.  What schools have you
19  gone to?
20  A.        I went to a school in Las Vegas,
21  Nevada; it was a gambling school.
22  Q.        And what was it called?
23  A.        I can't remember the course exactly.
24  It was gambling for electronic video gaming

6 (Pages 18 to 21)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005704

Page 22

1 machines, and they talked about the gaming
2 commission and all that. Just a small portion
3 of it was machines.
4 Q.        Okay. What was the rest of it?
5 A.        Cheats and gambling cheats, and laws
6 about different places that gamble and stuff
7 like that.
8 Q.        And how long ago did you go to that
9 class?
10 A.        Approximately five years ago.
11 Q.        Did they give you any information
12 about Ohio law?
13 A.        No.
14 Q.        And did they give you any
15 information -- well, since it was five years
16 ago, the law has changed, essentially, since
17 then, hasn't it, in Ohio concerning gambling?
18 A.        Yes, that's correct.
19 Q.        Now, you said a small portion of it
20 was on machines?
21 A.        Um-hmm.
22 Q.        Are we talking about a week's
23 seminar and it was only a day, or are you
24 talking about a day --

Page 23

1 A.        Yes, a day.
2 Q.        And did they cover skill-based
3 amusement machines?
4 A.        No. They strictly stuck to
5 electronic video gambling machines. Or
6 will-based machines. The old-time One-Armed
7 Bandits.
8 Q.        I think you used the term
9 "Form 17"?
10 A.        Yes.
11 Q.        Do you have your Form 17 here with
12 you?
13 A.        No, I do not.
14 Q.        Were you subpoenaed to be here
15 today?
16 A.        Yes.
17 Q.        Were you subpoenaed to bring all the
18 documents relating to this case?
19 A.        I didn't -- I don't recall what it
20 said on the subpoena.
21 Q.        Do you normally bring all the
22 documents here relating to the case, to the
23 Commission hearings?
24 A.        Yes.

Page 24

1 Q.        But you didn't bring Form 17?
2 A.        No, because I usually don't bring my
3 complaint form to any case.
4 Q.        Okay. Why not?
5 A.        It's just not our standard practice.
6 Q.        All right. You're based in the
7 Athens district office?
8 A.        Yes.
9 Q.        How far is Athens to Meigs County,
10 through Pomeroy?
11 A.        I'm not sure mileage or anything.
12 Q.        Twenty miles? It's one county away,
13 right?
14 A.        Yes.
15 Q.        You just head down 33?
16 A.        Yes.
17 Q.        Take a right on Route 7 and you're
18 right there?
19 A.        Yes.
20 Q.        All right. Nobody in the Athens
21 district office went to Meigs County from the
22 date of sometime in June until December?
23 A.        Oh, I have no way of knowing that.
24 Q.        I guess what I'm getting to is,

Page 25

1 when did you decide to go down there on that
2 particular day six months after the complaint
3 was made?
4 A.        We were working -- we were supposed
5 to meet a police department down there to work
6 on something else, and while I was in the area
7 working for them, we decided to visit other
8 complaints also.
9 Q.        Okay. Can you tell me a little bit
10 about the complaint? Was it a Columbus
11 district office complaint, I mean a
12 headquarter complaint, or did it come into
13 your district headquarters?
14 A.        I'm not sure. I can't say. I'm not
15 sure.
16 Q.        I thought you looked at the
17 complaint?
18 A.        Yes, I did.
19 Q.        Does it say that on the complaint
20 form, usually? I mean, in my experience it
21 does.
22 A.        I mean, it says whether it's --
23 yeah, who filed the complaint.
24 Q.        Yeah.

7 (Pages 22 to 25)

HC00005705

Page 26

1   A.       Yeah, where the complaint generated
2   from?
3   Q.       Yes?
4   A.       Yes.
5   Q.       Okay.  It does say that but you just
6   don't recall?
7   A.       Right.
8   Q.       All right.  Do you know who made the
9   complaint?
10  A.       No.
11  Q.       You don't have any idea if it was a
12  male or female?
13  A.       No.
14  Q.       I take it it must have been an
15  anonymous complaint then, there was no name
16  attached to it?
17  A.       Oh, I have no idea.  We usually are
18  not in the practice of putting names on it
19  even if somebody leaves one.
20  Q.       And this wasn't one where somebody
21  came into the office, apparently?
22  A.       I don't know.
23  Q.       You don't know.  So you don't know
24  anything about the complaint?

Page 27

1   A.       I did not take the complaint.
2   Q.       Okay.  So you don't know if the
3   person who made the complaint was reliable?
4   A.       No.
5   Q.       So what was the -- you mentioned
6   something, and I think when we were down in
7   Meigs County you indicated to me that you
8   thought the complaint might have been drug
9   related but you weren't sure.  And I know that
10  was maybe out in the hallway, so do you recall
11  at all today what the complaint was about?
12  A.       No, I don't.
13  Q.       Okay.  So you reviewed a Form 17
14  sometime in December of an anonymous complaint
15  that came in sometime in June, you don't even
16  know when?
17  A.       June 2004.
18  Q.       How do you know it was June 2004?
19  A.       Because I do recall the date that it
20  came in.
21  Q.       Okay.  You mean you remember seeing
22  the date that was written on Form 17?
23  A.       Yes.
24  Q.       But you didn't take the call?

Page 28

1   A.       No.
2   Q.       All right.  So sometime in June a
3   call comes in or somehow an anonymous
4   complaint comes to the Athens district office?
5   A.       Um-hmm.
6   Q.       And six months later you're down in
7   Athens and you're going to visit that
8   location?
9   A.       Yes.
10  Q.       Okay.  Did you check to see if the
11  Eagles had a liquor license before you went
12  down there?
13          MR. LAMPKE:  Objection, relevance.
14          MR. GEARHISER:  Well, I want to see
15  why he's going down there.  The whole point of
16  this questioning is the fact that the
17  Regulation 79 indicates that the Commission
18  and/or a court of competent jurisdiction can
19  determine whether or not the investigation
20  conducted by the agents meets the standard of
21  reasonable suspicion, and I need to determine
22  that not only for this Commission but for any
23  possible appeal that may be made by either
24  myself or some other agency.

Page 29

1          CHAIRMAN MCNAMARA:  I've forgotten
2   the question now.
3          MR. GEARHISER:  Do you have a liquor
4   permit, I believe, was the question.
5          CHAIRMAN MCNAMARA:  Okay.  You can
6   answer that.
7   A.       Okay.  On the Form 17 it's indicated
8   whether it's illegal sales and the type of
9   permit they have on there, if it's a permit.
10  If they didn't have a permit, one of the
11  complaints would have been illegal sales.  All
12  right.  We knew that wasn't the case.  I do --
13  well, I knew that wasn't the case.
14  Q.       So we know it wasn't illegal sales?
15  A.       That's correct.
16  Q.       Did you check to see if they had had
17  a license to conduct charitable gambling
18  before you went down there?
19  A.       No, I did not.  Not me personally.
20  Q.       Do you know if they have a license
21  to conduct charitable gambling?
22  A.       No, I do not.  Actually I believe
23  they do, because they did have tip tickets
24  there, and they were legal, so they do.

8 (Pages 26 to 29)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005706

Page 30

1  Q.      While you were there and they had
2  tip tickets, did you check to see if they had
3  a license?
4  A.      I believe they showed me
5  documentation, some type of documentation on
6  that.  I can't recall if it was a license or
7  whether it was the proper paperwork or not.
8  Q.      But you were shown something and
9  that led you to believe that they had a
10 license?
11 A.      Yes.
12 Q.      All right.  So had you ever seen
13 this machine before this investigation?
14 A.      I can't remember if it was -- I've
15 had contact with this machine three times.
16 Q.      Okay.
17 A.      All right.  And I don't know what
18 order.
19 Q.      Okay.  If I would tell that you this
20 was the only -- this was the second of the
21 citations issued by the Department of Public
22 Safety, would that be the point that this is
23 probably the first time you saw it?
24 A.      Probably, I guess.

Page 31

1  Q.      So you've never seen this before.
2  Did you ever see material on this, on
3  Tic-Tac-Fruit?  I mean, your district was sent
4  a whole pamphlet on Tic-Tac-Fruit and I just
5  wondered if you'd ever personally seen it?
6  A.      Yes, I have.
7  Q.      So you'd read the information before
8  you went down there?
9  A.      I'm not sure it was before or after.
10 Q.      Okay.  But you have seen the
11 information?
12 A.      Yes, part of it, yes.
13 Q.      All right.  You indicated, I think,
14 in your testimony that you had no winnings?
15 A.      That's correct.
16 Q.      Okay.  Now, you -- but you answered
17 the question correctly each and every time?
18 A.      Yes.
19 Q.      So you won some money each and every
20 time, you just did not win more money than the
21 money you used to play the machine; would that
22 be correct?
23 A.      No.
24 Q.      All right.  You put a dollar in?

Page 32

1  A.      Um-hmm.
2  Q.      And you won $.40?
3  A.      No.
4  Q.      You put a dollar in and the machine
5  would have registered that you answered the
6  game correctly?
7  A.      Yes.
8  Q.      And won a certain amount of money?
9  A.      I don't recall what the machine
10 says.
11 Q.      You just recall what you did?
12 A.      I recall what happened, yes.
13 Q.      All right, let's go over to the
14 machine.  Can you step over to the machine,
15 please.
16      Is this on so that it can be played?
17      MR. LAMPKE:  I don't know.  Our
18 expert is going to testify about the machine
19 and its play.
20      THE WITNESS:  The only way I know
21 how to get this thing to work is to put money
22 in it, so.
23      MR. GEARHISER:  Could you just press
24 the play button, see if it works.

Page 33

1      THE WITNESS:  There's no credits,
2  no points.
3      MR. GEARHISER:  If we can get your
4  expert in here to put credits on the machine.
5      MR. LAMPKE:  I would object at this
6  time.  The witness is not a gambling expert.
7  We have an expert to testify about play on the
8  machine, and Mr. Gearhiser is trying to turn
9  him into an expert and he's a fact witness
10 here today.
11      MR. GEARHISER:  I'm just trying to
12 find out whether he won or lost money, and
13 apparently he can't tell me, and he's just
14 testified --
15      THE WITNESS:  Well, I can tell you,
16 I lost money.
17      MR. GEARHISER:  Excuse me.  And the
18 other thing is, he's testifying that he knew
19 after six or seven plays that this was an
20 illegal device.  Now, he may not be an expert
21 but he's entitled to his opinion, and I'd like
22 to ask him to play this machine, and I think
23 I'm certainly entitled to that.  If the
24 machine doesn't play and it can't play here in

9 (Pages 30 to 33)

HC00005707

Page 34

1    front of this Commission, then, frankly, I'm
2    not sure that there's any violation.
3         CHAIRMAN MCNAMARA:  Have you got
4    somebody that can make it play?
5         MR. GEARHISER:  Yes.  We will have
6    witnesses, but they probably won't get here
7    today, because this hearing, I'm sure, will go
8    on.
9         CHAIRMAN MCNAMARA:  Oh, you are?
10        MR. GEARHISER:  Well, my
11   understanding was that we would probably take
12   10 or 12 hours to complete this hearing.  I
13   don't know how long it's going to take, but it
14   will take a substantial period of time.
15        CHAIRMAN MCNAMARA:  Who did you have
16   that understanding with?
17        MR. GEARHISER:  Well, that's been my
18   statement to the Commission, that we have a
19   number of witnesses, the State has a number of
20   witnesses, and as early as January of this
21   year I informed them that if we had a hearing
22   on this, because of the number of witnesses we
23   had, we would probably need a day or two of
24   testimony for this.

Page 35

1         MR. LAMPKE:  At this rate, I would
2    tend to agree, but that's why I'm objecting
3    and getting to relevant aspects of the
4    testimony.
5         CHAIRMAN MCNAMARA:  Yeah, I think
6    we'll do this in order, let this witness
7    testify as to what he knows.
8         MR. GEARHISER:  Okay.  Thank you,
9    Commissioners.
10   BY MR. GEARHISER:
11   Q.      When you entered the premises, you
12   indicated that you identified yourself to an
13   employee?
14   A.      Yes.
15   Q.      All right.  By looking at your
16   report, it's also indicating that you
17   identified yourself and announced that you
18   were going to conduct an administrative
19   inspection; is that correct?
20   A.      That's correct.
21   Q.      All right.  Administrative
22   inspections are conducted pursuant to
23   Regulation 4301:1-1-79; is that correct?
24   A.      That's correct.

Page 36

1    Q.      All right.  So when you entered the
2    premises, you did not ask for a search
3    warrant, did you, you didn't apply for a
4    search warrant?
5    A.      No, we did not.
6    Q.      And you seized this property without
7    getting a search warrant?
8    A.      That's correct.
9    Q.      Are you aware that the liquor agents
10   don't have the authority to seize property for
11   forfeiture proceedings without a search
12   warrant on club property, on private club
13   property?  If you don't know --
14   A.      Yeah, I don't know.
15   Q.      Okay.  You indicated that you knew
16   the law changed in July of 2003?
17   A.      Well, I'm not sure when it changed.
18   Q.      But you knew it changed?
19   A.      Yes.
20   Q.      All right.  If I were to tell you it
21   changed in July of '03, does that sound about
22   right?
23        MR. LAMPKE:  Objection, again, Your
24   Honor.  This is a fact witness, not a legal

Page 37

1    witness or an expert.
2         MR. GEARHISER:  I'll withdraw that
3    question.
4    BY MR. GEARHISER:
5    Q.      Let me get back to the question I
6    was asking you concerning the machine.  You
7    played it six or seven times?
8    A.      Yes.
9    Q.      You won each and every time you
10   played?
11   A.      Yes.
12   Q.      Excuse me, you correctly solved the
13   puzzle each and every time?
14   A.      Yes.
15   Q.      When you correctly solved the
16   puzzle, what occurred?
17   A.      It says that that's correct or
18   something like that, or something of that
19   nature, and then it gave me an amount of like
20   $.40, which was $.60 less than my wager.
21   Q.      Okay, that's what I'm getting to.
22   Okay, I probably wouldn't have had to have you
23   step up here if I --
24        Okay, so when you correctly answered

10 (Pages 34 to 37)

HC00005708

Page 38

1  or solved the puzzle, you received something
2  or the machine indicated that you would
3  receive something?
4  A.      It took $.60 away from me or $.70
5  away from me or -- if you bet $1.00 and you
6  get back $.40, all right, you lose $.60.  You
7  bet $1.00 you get back $.70, you lose $.30.
8  Q.      On skill-based amusement machines --
9  have you played other skill-based amusement
10 machines?  Do you know what -- withdraw the
11 question.
12         Do you know what a skill-based
13 amusement machine is?
14 A.      I'm familiar with what --
15 Q.      Skee-Ball?
16 A.      Yeah, Skee-Ball, pinball.
17 Q.      All right.  With pinball, you put
18 $1.00 in, you play the game, you get nothing
19 back?
20 A.      That's correct.
21 Q.      You lost $1.00, correct?
22 A.      I knew what I was getting.
23 Q.      What were you getting?
24 A.      Amusement.  My personal amusement.

Page 39

1  Q.      When you play Skee-Ball, you play
2  the ball, I guess, correct?
3  A.      Um-hmm.
4  Q.      You try to get it in a large hole,
5  small hole, the smallest hole?
6  A.      Um-hmm.
7  Q.      When you correctly do something in
8  Skee-Ball, what do you get, tickets?
9  A.      Yeah, usually, at most places, yes.
10 Q.      And you can play Skee-Ball all night
11 long and you get this bushel-basket full of
12 tickets and you go up and you get a teddy
13 bear?
14 A.      Yes.
15 Q.      You would never in Skee-Ball get the
16 amount back in prizes that you've paid for in
17 money to play the game, would you?
18 A.      I don't know.  I don't know the
19 value of the prizes.
20 Q.      Have you ever played Skee-Ball?
21 A.      Yes.
22 Q.      Have you ever won any prizes?
23 A.      I won tickets, like you said.
24 Q.      All right.  Would those have any

Page 40

1  value?
2  A.      Of prizes, yes.  I don't know what
3  the value of the prizes are per ticket per how
4  much money I put in, so I can't --
5  Q.      If you put $10.00 in, do you ever
6  think you'd get $10.00 worth of prize value
7  back?
8  A.      Like I said, I do not know the value
9  of the prizes.
10 Q.      No, I'm just asking you, as you've
11 played it.
12 A.      I can't determine the value of the
13 prize.
14 Q.      Okay.  Do you know what the
15 requirements are for a skill-based game; do
16 you know how to comply with a skill-based
17 game?
18 A.      No, not exactly.
19 Q.      So you're a liquor agent and you're
20 to determine the difference between a
21 skill-based game and an illegal machine, slot
22 machine?
23 A.      No, that's not correct.  My
24 determination is to decide whether something

Page 41

1  is an illegal gambling device.
2  Q.      Okay.  If I told you that the
3  difference between a legal and an illegal
4  gambling device is, if something is 51 percent
5  chance, it's illegal, and 49 percent skill,
6  versus 51 percent skill and 49 percent chance.
7  That's the difference between a slot machine
8  and a skill-based amusement machine.  Do you
9  know that, or do you have no knowledge of
10 that?
11 A.      Yeah, I'm familiar with that.
12 Q.      All right.  What percent skill is
13 this game?  Is there any skill in this game?
14         MR. LAMPKE:  Objection, again, Your
15 Honor.  This witness is a fact witness, he
16 didn't do a diagnostic, we have an expert
17 coming in to testify as to just that very
18 issue.
19         CHAIRMAN MCNAMARA:  I think the
20 value of his testimony would be minimal, but
21 if he has an opinion, he can express it.
22         THE WITNESS:  Do you want my
23 opinion?
24         MR. GEARHISER:  I'll withdraw the

11 (Pages 38 to 41)

HC00005709

Page 42

1  question.
2  BY MR. GEARHISER:
3  Q.        Can cash be paid out on a
4  skill-based amusement machine?
5  A.        I haven't thought about this.
6            CHAIRMAN MCNAMARA:  If you don't
7  know, just say you don't.
8  A.        I don't know.  It's possible, I
9  know.
10 Q.        Does the machine you played involve
11 a task?  Do you have to do something?
12 A.        Yes.
13 Q.        All right.  What did you have to do?
14 Besides putting money in?
15 A.        It plays a game similar to
16 tic-tac-toe, I guess.
17 Q.        Okay.  There's nine squares?
18 A.        Yes.
19 Q.        In the six that you played, did you
20 ever have an automatic winner; did the machine
21 ever give you an automatic winner?
22 A.        I don't understand the question.
23 Q.        All right.  Did you get three in a
24 row without having to do something on the

Page 43

1  machine?
2  A.        I don't recall.
3  Q.        Okay.  Did you have to do something
4  to the machine to activate it?  How did you
5  get it to start?
6  A.        Put money in it.
7  Q.        Okay.  Then what did you do?
8  A.        And then I believe you push the
9  button to start the wheels or start the timer
10 or whatever it is.  It's got a timer on it.
11 Q.        But a picture comes up on the
12 screen?
13 A.        Right.
14 Q.        And what's the picture, a
15 tic-tac-toe board?
16 A.        Well, it could be that.  Or what I
17 thought it was was an electronic video slot
18 machine board.
19 Q.        Okay.  Comes up with nine symbols?
20 A.        Yes, that's correct.
21 Q.        And then you had to do something; is
22 that correct?
23 A.        Yes.
24 Q.        What did you do?

Page 44

1  A.        I had to pick a square, a wild
2  square, any square.
3  Q.        And when you did that, what
4  happened?
5  A.        And then that's when it tells you
6  whether you got correct answers or incorrect
7  answers.
8  Q.        And each and every time you did that
9  you got correct answers?
10 A.        That's correct.
11 Q.        And were given some value but
12 something less than $1.00, we know that?
13 A.        Something less than my wager.
14 Q.        Correct, which was either $.50 or
15 $1.00, I think you testified?
16 A.        Yes.
17 Q.        All right.  So would you say that
18 you actively participated in that game to make
19 it play?  You had to touch the screen, you had
20 to actively do something?
21 A.        Yes.
22 Q.        You just can't put money in, walk
23 away, and money spit out of the machine?
24 A.        No.

Page 45

1  Q.        All right.  And if you put money
2  into the machine and pressed the play button
3  and did nothing, do you know what would
4  happen?  Do you know if you would
5  automatically lose?
6  A.        No, I don't know.
7  Q.        Okay.  You said you won each time
8  you played?
9  A.        Yes.
10 Q.        This time; but other times when
11 you've played it, apparently you have lost?
12 A.        I got the wrong answer.
13 Q.        Okay, that's what I'm saying, excuse
14 me.
15 A.        Incorrect answer.
16 Q.        Okay.  So sometimes you picked the
17 correct location and at a later date when
18 you've tested this machine or done something
19 else on it, sometimes you picked the incorrect
20 square?
21 A.        Yes.
22 Q.        Okay.  So do you believe you
23 controlled, you yourself, you as a player
24 picking a square, controlled whether you were

12 (Pages 42 to 45)

HC00005710

Page 46

1  going to be correct or incorrect?
2  A.      I don't control anything.  I only
3  control one square.  The other nine or other
4  eight, excuse me, are chosen at random.
5  Q.      I understand that.  But in that one
6  that you control, do you have to do it?
7  A.      That one square, yes.
8  Q.      Do you know that three, four months
9  before you picked up this machine the
10  Department of Public Safety was asked to
11  review this machine?  Do you know that or not?
12  A.      No.
13  Q.      You said something about pay-out
14  slips, you confiscated pay-out slips?
15  A.      Yes.
16  Q.      Are those in your report?
17  A.      You mean copies of them?
18  Q.      Yes, I'm sorry.
19  A.      No.
20  Q.      Okay.  Why aren't they in your
21  report?
22  A.      Because I've given them to the
23  evidence officer.
24  Q.      Do you have a copy of them in there?

Page 47

1  A.      No.
2  Q.      Okay.  You indicated that the
3  pay-out slips showed that money was made?
4  A.      That's the only reason why they
5  would be confiscated.
6  Q.      Well, did you confiscate them, or
7  did somebody else confiscate them?
8  A.      I can't recall who actually -- Agent
9  Ginther took all the evidence at the scene,
10  all right?
11  Q.      Is he here today?
12  A.      When it was found --
13  Q.      Is Agent Ginther here?
14  A.      No.  But who it was found by, I
15  can't be for sure.
16  Q.      Is this the same machine that you
17  confiscated?
18  A.      Yes, one of the same.
19  Q.      No, I mean is it the same one?
20  A.      Yeah, out of the three, yes, that is
21  one of them.
22  Q.      You guys usually initial that or put
23  something on there?
24  A.      Yeah.  Well, we label it, yes.  The

Page 48

1  label is on it.
2  Q.      And that was labeled by you, or by?
3  A.      Agent Ginther, I believe.
4       MR. GEARHISER:  Okay.  No further
5  questions.
6       CHAIRMAN MCNAMARA:  Redirect?
7       MR. LAMPKE:  I'll try to be brief.
8       - - - - -
9       REDIRECT EXAMINATION
10  BY MR. LAMPKE:
11  Q.      Were you subpoenaed to be here?  Did
12  you actually receive a subpoena from either
13  the Department or the permit holder?
14  A.      No.
15  Q.      When playing Skee-Ball, do your
16  points go up based on the amount of skill you
17  use to play the game?
18       MR. GEARHISER:  Objection.
19       CHAIRMAN MCNAMARA:  If he knows, he
20  can answer.
21       MR. GEARHISER:  Okay.
22  A.      I don't --
23  BY MR. LAMPKE:
24  Q.      Did you receive more tickets based

Page 49

1  on the higher points that you get?
2  A.      I believe so.  It's been a while
3  since I played.
4  Q.      Okay.  You were asked questions
5  about Skee-Ball?
6  A.      Yes, I believe so.
7  Q.      On this machine, when you use the
8  same application of skill, do you get the same
9  result?
10       MR. GEARHISER:  Objection.  If I
11  couldn't ask questions about certain things,
12  they've got to bring their expert in, then I'm
13  not sure exactly why Mr. Lampke should be able
14  to.
15       MR. LAMPKE:  That's fine, I'll
16  withdraw the question.  With that, nothing
17  further then.
18       CHAIRMAN MCNAMARA:  Any recross?
19       MR. GEARHISER:  No recross.
20       CHAIRMAN MCNAMARA:  Any questions by
21  the Commission?
22       Thank you very much, Officer.
23       THE WITNESS:  All right.
24       MR. LAMPKE:  Mr. Riedthaler.

13 (Pages 46 to 49)

HC00005711



Page 50

1      - - - - -
2           WILLIAM RIEDTHALER
3      being previously sworn, testifies
4      and says as follows:
5           - - - - -
6           DIRECT EXAMINATION
7   BY MR. LAMPKE:
8   Q.      Can you please state your name and
9   your occupation.
10  A.      William Allen Riedthaler.  Presently
11  I'm working instructing at Tiffin University.
12  Q.      Can you please describe your formal
13  education.
14  A.      Formal education, graduated from
15  high school, went to Cuyahoga Community
16  College, Associate's of Science in Law
17  Enforcement.  Then went to Kent State
18  University, received a Bachelor of Arts in
19  Criminal Justice studies and Public Safety
20  Administration.  Then went to Baldwin-Wallace
21  and have an MBA.
22  Q.      And what was your major field of
23  study?
24  A.      Health care.

Page 51

1   Q.      And have you received informal
2   education on gambling devices, gambling
3   machines?
4   A.      I received formal and informal.
5   Formal being is that I received training from
6   the Internal Revenue Service, when the
7   Coin-Operated Gambling Act stamped a
8   two-and-a-half percent excise on the actual
9   slot machines, they used to individual
10  police departments and then train the
11  policemen on the devices.
12          I then attended the FBI's gambling
13  course in Quantico, Virginia.  I also attended
14  college in California relating to
15  coin-operated gambling devices.
16          I also have been published in the
17  area of slot machines and have one book, and
18  another part of a book on carnival frauds that
19  involves coin-operated gambling devices.
20          I wrote the course material that all
21  officers in the state of Ohio are trained
22  from; in other words, there's a basic training
23  that all police officers in the state receive.
24  One section of that is gambling, and I have

Page 52

1   written that.
2           I'm a certified instructor and an
3   advanced instructor recognized by the Ohio
4   Police Officers Training Council, and my
5   certificate number is 35.
6   Q.      Have you developed any other
7   expertise in the area of gaming or gambling
8   devices?
9   A.      Originally, I started my police
10  career with the Cleveland -- law enforcement
11  career with the Cleveland Police Department.
12  I was assigned to undercover vice activities
13  in which we went into liquor and nonliquor
14  establishments to enforce gambling laws.  We
15  made seizures at that time.  The devices that
16  would serve the haunt, devices were bingo card
17  machines, these were pinball machines that
18  didn't have flippers, they had dual metering
19  and had knock-off devices.
20          During that same period of time, the
21  draw poker machines came out in 1980, and
22  which I was involved in many of the seizures
23  around the state and testifying as it relates
24  to how the machines operated and how they

Page 53

1   awarded the cash pay-out.
2   Q.      Have you testified -- I'm sorry.
3   A.      Yes, several hundred times.
4   Q.      As an expert on gambling devices?
5   A.      Yes, I have.
6   Q.      Have you ever been deemed an expert
7   to testify on gambling devices before the
8   Liquor Commission?
9   A.      Yes, I have.  I then was involved in
10  the seizures of the instant bingo machines
11  that were prevalent around the state in the
12  late 1990s, early 2000s.  And I was very
13  involved in the newer machines that are
14  presently out in the market, and I perform an
15  analysis on the machine, determine how it
16  operates, how much is wagered on the machine,
17  for police departments.
18  Q.      Before you is Department's Exhibit
19  C; can you identify that document?
20  A.      This is a copy of my curriculum
21  vitae.
22  Q.      Can you speak into the microphone.
23  A.      Yes.  This is a copy of my -- it's
24  about a three-week-old -- it's older, it's

14 (Pages 50 to 53)

HC00005712

Page 54

1 about three or four months old, curriculum
2 vitae.
3      MR. LAMPKE:  At this time, I would
4 move that Exhibit C into evidence and offer
5 Mr. Riedthaler as an expert on gambling
6 devices.
7      CHAIRMAN MCNAMARA:  Do you care to
8 voir dire him?
9      MR. GEARHISER:  I do not,
10 Commissioners.
11      CHAIRMAN MCNAMARA:  All right.  You
12 may proceed.
13 BY MR. LAMPKE:
14 Q.    Are you familiar with the machine
15 called Tic-Tac-Fruit?
16 A.    Yes, I am.
17 Q.    How so?
18 A.    There are four different versions.
19 I've looked the at all four versions, three of
20 which the State has seized.  And the fourth
21 one I looked at was involved when another
22 police department had the device.
23 Q.    Have you conducted an examination of
24 the Tic-Tac machine at issue here,

Page 55

1 Tic-Tac-Fruit?
2 A.    Yes, I have.
3 Q.    Is that machine identified to your
4 right as being in the room?
5 A.    There were actually -- it is one of
6 the machines, correct.
7 Q.    Did you generate a report based on
8 your review of that machine?
9 A.    Yes, I did.
10 Q.    Handing you State's Exhibit D -- or
11 Department's Exhibit D in front of you; can
12 you identify this document?
13      A copy for each of the
14 Commissioners.
15 A.    Yes.  This is a copy of that report.
16 Q.    Can you please describe your
17 analysis of that machine?
18 A.    If I could, it may be easier if I
19 could walk over to the machine, if that's not
20 objectionable?
21 Q.    I might have to hold the microphone
22 for you.
23 A.    Can I take this microphone?
24      COMMISSIONER COLONNA:  You can take

Page 56

1 it out.
2      THE WITNESS:  Does it pull out?
3      COMMISSIONER COLONNA:  Yeah.
4      THE WITNESS:  Maybe that's a little
5 easier on everybody.
6 A.    The machine does not operate without
7 the insertion of money, so the first
8 requirement is that you have to put money into
9 the machine.  There's a dollar bill insert
10 that accepts -- that would accept from one,
11 two, five, ten, twenty, and up to fifty
12 dollars at one time, or a single dollar bill.
13 We're going to put one dollar into the
14 machine.
15      What you'll notice is that when I
16 put the money in the machine, it recorded one
17 dollar in the points area.
18      Inside the machine there are two
19 types of metering systems:  One is an
20 electronic, that I'm going to be bringing up
21 shortly.  The second one, this mechanical
22 metering system that records the money that
23 goes into the machine, there are two separate
24 meters, and one that records the money that is

Page 57

1 taken out of the machine, or paid out of the
2 machine.
3      If you look at the bottom, there are
4 different amounts that I can play at one time,
5 or wager:  $.50, $1.00, $2.00, and $4.00.  At
6 present I only have $1.00 in the machine, or I
7 can either play $.50 or $1.00 into the
8 machine.
9      There is a bonus value.  There's a
10 spinner locating the bonus value, has
11 $2,647.56 assigned to it.  The spinner value
12 has 12.
13      Based on how much you wager, for
14 example, if we were to wager $.50, this value
15 changes in direct proportion to the amount you
16 wager.  So the more you wager, the higher
17 dollar amount you wager, the more you could
18 win, or you've increased the amount you could
19 win.
20 Q.    What is the bonus value when you
21 wager $.50?
22 A.    $330.94.  Conversely, if we were to
23 play $4.00, it would be $2,647.56 I would be
24 playing for, if I had the one combination that

15 (Pages 54 to 57)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005713

1  would award that.
2        There is a replay award schedule
3  inside the machine, and it tells you the
4  value.  If I were to get three titanium bars,
5  I would receive that award.  If I were to
6  receive three spinners, I would receive an
7  unknown dollar amount, and that's based on how
8  much money is taken from the play and put into
9  the spinner area as well as the flip area.
10 Then there are defined -- and we're going to
11 call it a replay award schedule; they refer to
12 it as a winning prize schedule.
13       If you were to get three bells, you
14 would receive $20.00; three plums, $4.00;
15 three, we're going to call them oranges,
16 $1.20; three lemons, $.80; three cherries,
17 $.40.  That's on a $4.00 bet.
18 Q.        So on a $4.00 bet, the bottom four
19 redemption values, you would not make --
20 there's no opportunity to obtain higher than
21 the amount you wagered?
22 A.        That's correct.  That's correct,
23 unless the capabilities -- and we're going to
24 talk about the number of lines you receive,

1  called a win tier finite table.
2        The machine, when you put your
3  machine in, you decide what you want to wager.
4  When you place that wager, you start the game.
5  It selects how many lines it's going to allow
6  you to have as a winner.  When you play this
7  game, there is a winner capability every time
8  that you play.  There's a possibility.
9        So let's just say you put in the
10 money, it selects one line.  It then goes to
11 the second area and then says how much is that
12 line worth.  And this is totally done randomly
13 by the machine; the player has no input in
14 that selection.
15       If you were to picture this bottom
16 block as -- if you were to have break-open
17 tickets, on the top of that break-open ticket
18 box is usually what's referred to as a cut
19 card.  That cut card says there's going to be
20 so many dollar winners, so many that has this
21 value, so many that has this value, so many
22 that has this value, going down until there
23 are no -- and usually what it says on the
24 break-open ticket, there's so many nonwinners

1  and I'm going to be covering that in a little
2  bit, but I just wanted to let you see how the
3  reward play schedule works.
4        Then what I'm going to do is change
5  this to $.50 and then go back to that same
6  schedule.  You will see that the winning
7  prize, the largest winning prize that you can
8  obtain is $330.94, all the way down to $.05 if
9  you were to get the three cherries.  So you
10 have different values based on the amount of
11 money that you wager as well as the
12 combinations that could appear on the screen.
13       Now what I'm going to do is sort of
14 close this off, and then electronically I'm
15 going to throw a switch in the back of the
16 machine.  That's going to allow us to get into
17 the setup mode of the machine and how it's set
18 up.
19       What we would start with would be
20 the stats menu.  And what's referred to as
21 finite stats.  Press this button, you'll see
22 that there are two blocks on the far
23 right-hand area.  One is referred to as a line
24 combo finite table.  The second is what's

1  in the box.
2        In this case, every one of these is
3  a winner, but it is randomly selected, once
4  this winds.  So if it selected four lines, it
5  would randomly select four within this.  It
6  cannot exceed the number.
7        Okay, so in this case, there are
8  60,000 separate individual winning
9  combinations.  The actual number of plays is
10 determined by the actual selection process of
11 the individual lines.  So it would go in and
12 it would say I'm going to let you have a $1.00
13 winner.  And it would select that prize from
14 down here.  Or it could say I'm going to let
15 you have three lines; in those three lines I'm
16 going to let you have three cherry winners.
17 That's the lowest prize value.
18       Again, it is selected by the
19 machine.  It makes that determination again,
20 selection process.
21 Q.        Before we move on from that screen,
22 let's see if we can identify it in your
23 report.  I'm going to refer to you page 7.
24 On page 7 of your report is the top block that

16 (Pages 58 to 61)

HC00005714

Page 62

1  you referred to; is that the line?
2  A.      Yes, that's the line.  And then
3  below that is what's referred to the win tier
4  finite table.  And it then picks those, and
5  normally it tells you the number that is
6  played.  In this case, there was 60,000 are in
7  available, but 40,800 have already been
8  played.  So subtract one from the other,
9  that's how many are left.
10        MR. GEARHISER:  You mean on your
11 exhibit, not on this machine.
12        THE WITNESS:  Right.
13        MR. GEARHISER:  Okay, okay.
14 BY MR. LAMPKE:
15 Q.      Your exhibit came from this machine,
16 did it not?
17 A.      This is -- what happened was, on
18 this, the machines are set up in series, and
19 we do not have -- this is a slave, not the
20 master.  This is from the master that would
21 carry the records.  Okay.
22        What you could do on several of
23 these machines is, sort of like computers, you
24 could string them together.  These machines

Page 63

1  can be strung together, and if you'd like, I
2  could turn the machine around.
3  Q.      That's okay.
4  A.      And you could see that there's a
5  plug-in so that you could allow them to run
6  them as one master and then the slave.
7  Q.      Out of 60,000 possible winning
8  combinations, how many opportunities are there
9  to win the grand prize?
10 A.      One.
11 Q.      How many times would you not win
12 more than the amount you wagered?
13 A.      That would be around 80-something
14 percent.
15 Q.      Over 80 percent?
16 A.      Right.  But again, you have to
17 consider that's based on one line.  You could
18 have multiple lines.  That would be reduced
19 from there.
20 Q.      If you did not base it on multiple
21 lines, and I understand that is part of the
22 equation, do you have a manual to describe the
23 line usage?
24 A.      No, I do not.

Page 64

1  Q.      Have you ever been given access to
2  the source codes to describe that usage?
3  A.      No, I have not.
4  Q.      Okay.  So without that information
5  from the owner of this machine, whether it's
6  the permit holder or somebody else, out of
7  60,000 possible winning combinations, by my
8  calculations and let me know if you agree with
9  me, 58,449 games you would not win more than
10 the amount of your wager?
11 A.      If it was an individual choice.
12 Again, I don't know how many lines are
13 physically selected.
14 Q.      Okay.
15 A.      We had talked earlier about there
16 are meters inside the machine that record how
17 much money is placed into the machine; they're
18 referred to as hard meters, and I pointed them
19 out to the Commission.  They're inside and
20 they're black plastic and they have numbers on
21 them.
22        This is the electronic version, so
23 every dollar that is placed into the machine
24 is electronically recorded inside the machine

Page 65

1  on the actual tables.  It also records other
2  things such as how much money is in different
3  type of variations, amounts were placed into
4  the machine.
5        We're now in the setup, what they
6  refer to as the setup menu.  Inside the setup
7  menu there is a button called game setup.  The
8  game setup allows the owner or, let's say the
9  owner of the machine, to adjust the
10 percentages on the machine.  For example, the
11 manufacturer sets this at a base rate.  The
12 individual operator can then adjust that rate,
13 but not to exceed the amount set by the
14 manufacturer.
15        COMMISSIONER GARDNER:  So --
16        THE WITNESS:  Excuse me.  Picture
17 again, yeah, I'm going to go backwards, it
18 might be a little easier.  Yes?
19        COMMISSIONER GARDNER:  Not to exceed
20 the minimum that the owner put in, or the
21 maximum?
22        THE WITNESS:  In this one, the game
23 level was set at 95 percent.
24        COMMISSIONER GARDNER:  95 percent

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005715

Page 66

1 meaning what?
2       THE WITNESS: For every dollar put
3 in into the machine, it pays out 95 percent,
4 $.95, and $.05 is retained for the operator or
5 owner of the machine.
6       COMMISSIONER GARDNER: Okay.
7 BY MR. LAMPKE:
8 Q.      And is that reflected in page 8 of
9 your report?
10 A.      Yes.
11      CHAIRMAN MCNAMARA: Can the operator
12 of the machine increase that 95 percent or
13 decrease the 95 percent?
14      THE WITNESS: Yes, he can. And he's
15 done -- there's adjustments and settings that,
16 in this case, you can see that there was an
17 adjustment of 2.48 percent, so that he raised
18 the total amount possible to 97.48. So that
19 is adjustable by the operator of the machine.
20      CHAIRMAN MCNAMARA: It could be
21 reduced the other way too?
22      THE WITNESS: I do not believe it
23 can go below the 95 percent. They could set
24 that to zero and they would have to disable, I

Page 67

1 believe, the spinner and the flipper, but I'm
2 not certain on that because I don't have an
3 owner's manual or the actual book, but it
4 cannot go below the 95 percent set by the
5 manufacturer.
6 BY MR. LAMPKE:
7 Q.      Have you reviewed multiple
8 Tic-Tac-Fruit versions of these machines?
9 A.      Yes.
10 Q.      And in your review of those
11 machines, has the game level setup been
12 different on each or every machine?
13 A.      Yes. Unless they're in the same
14 establishment. Usually at the same
15 establishment, they're usually set at the same
16 rate. However, I've been in establishments
17 where there will be five machines and two are
18 set different than the three.
19 Q.      And what is the range that you have
20 seen, although that's not the range that it
21 can be?
22 A.      Up to 95 -- 98 percent. From 95 to
23 98 percent.
24      COMMISSIONER GARDNER: Just for my

Page 68

1 clarification, 95 percent means that for every
2 dollar you put in, you can win, over a period
3 of time, average $.95 for every dollar?
4       THE WITNESS: Yeah. In this case,
5 there's no average. What happens is, this
6 machine --
7       COMMISSIONER GARDNER: That's what's
8 confusing me.
9       THE WITNESS: Yeah. This machine
10 has a cartridge inside it, and probably the
11 easiest comparison to do is if you had a box
12 of break-open tickets, when you begin to sell
13 that first ticket you know exactly -- if I
14 sell all the tickets, I will receive X number
15 of dollars, I will pay out so many dollars in
16 this machine. That bottom area that I showed,
17 where it actually determines what we call the
18 prize award schedule inside the machine, it
19 knows that every card is a winner. If I sell
20 every game inside the cartridge, I'm assured
21 that 95 percent will be paid out and 5 percent
22 will be retained in the machine.
23      So picture if you just take one of
24 those boxes of cards, it can't exceed that

Page 69

1 because that's all the game -- that's all the
2 games that are available to be played. Once
3 that cartridge is empty, then you have to load
4 another cartridge.
5 BY MR. LAMPKE:
6 Q.      For example, if this machine
7 contained a cartridge of 60,000 games per
8 cartridge and it took -- and this isn't the
9 actual value, but it took $1,000.00 to play
10 all of those games, what would the net result
11 to the player be if the player successfully
12 completed the task?
13 A.      Okay, yeah, it would be 95 percent.
14 So 95 percent would be paid for that
15 $1,000.00, $950.00 would be returned to the
16 player, and the $50.00 would be retained by
17 the operator owner of the machine. These are
18 set at 95 percent.
19 Q.      Does the player have any opportunity
20 to beat the machine, to get greater than that
21 percentage?
22 A.      No.
23 Q.      Based on any application of skill?
24 A.      No. No, he can't exceed that,

18 (Pages 66 to 69)

HC00005716

Page 70

1  because that's the maximum level the machine
2  was set at. So you can't exceed that.
3      Now, there is a possibility, if
4  there was a carryover in a jackpot, that would
5  be the exception. But in the next cartridge,
6  it would probably adjust itself out.
7  Q.     Would it adjust itself out through
8  the bonus rounds as well?
9  A.     Right. If there was a carryover.
10 Q.     And the bonus rounds are described
11 as what?
12 A.     Well, it's based on the symbols that
13 appear. Some of them you do not have access
14 to and require a certain amount of paying into
15 the machine to set that, for that feature to
16 become available.
17 Q.     What are the bonus round features?
18 A.     Well, there's actually two. There's
19 what's referred to -- I'm going to switch in
20 back to the regular mode.
21 Q.     Are you finished with this mode?
22 A.     Yes.
23 Q.     Okay.
24 A.     Okay. We had went through the

Page 71

1  actual, what I referred to as the replay award
2  schedule. The values of these correspondingly
3  go up as you go up this column. This is the
4  column on the left, the far left-hand side.
5  So you'll see that cherries have the least
6  value, the lemons have the next value, then to
7  oranges, plums, bells, then what's referred to
8  as the flip, the spinner, and then the
9  titanium bars, the one that's the jackpot.
10     So when you have this, that's sort
11 of to assist the player in the decision-making
12 process. If you were to have three flips in a
13 row, you would then switch to the flip mode.
14 And you would then play a game where you press
15 certain portions of the screen. In reality,
16 the machine already knows what it's going to
17 pay out, and that's the value of the flipper
18 or the value of the spinner, set by how much
19 money is pulled from each play of the machine.
20 Q.     So how much skill is involved from
21 the player in obtaining the additional bonus
22 money?
23 A.     Well, it's actually available to him
24 once he selects that combination.

Page 72

1  Q.     Is there any skill involved to a
2  player once he obtains the bonus round to get
3  extra money?
4  A.     In actually pressing or making a
5  decision, no. No. Same thing as -- it's
6  already decided what it's going to pay you
7  out. It knows what it's going to pay you out.
8  Q.     So it's a decision made by the
9  machine?
10 A.     The machine makes that decision.
11 Q.     Can you describe the other bonus
12 round?
13 A.     Yeah. The other one is what's
14 referred to as the spinner. I've only had the
15 spinner happen once to me during about 40
16 hours of play, but a wheel comes up, and we
17 can put this in a demonstration mode in a
18 little bit. But essentially there's a --
19 picture a pie with different -- the same size
20 slices. A little ball goes around. When you
21 press the screen, the ball stops.
22     Again, this has really no control,
23 because the machine knows what it's going to
24 pay out.

Page 73

1  Q.     Can a player skillfully stop the
2  ball on a number that it wants to stop it on?
3  A.     Close, but it really wouldn't make
4  any difference, because it already knows what
5  it's going to pay out. It's already
6  determined by the numbers what it's going to
7  pay out.
8      COMMISSIONER GARDNER: If you played
9  that thing for 60,000 combinations, if you
10 played that 60,000 times, would you be
11 guaranteed to get the titanium bars?
12     THE WITNESS: If you completed the
13 series, correct. And that's why it's a
14 cartridge that has a, what we refer to as a
15 finite number of wins. It has a defined
16 number that it's going to pay out.
17     COMMISSIONER GARDNER: I guess
18 that's the part I need the clarification on.
19     THE WITNESS: Sure.
20     COMMISSIONER GARDNER: If, for
21 instance, that combination that's up there
22 right now, is that one combination out of
23 60,000?
24     THE WITNESS: Yes. If it was the

19 (Pages 70 to 73)

HC00005717

Page 74

1  titanium bars, correct.  If you refer to the
2  chart on page 7, and what I could do is,
3  you'll see that there is one chance out of
4  those 60,000 that the titanium bars would be
5  completed.  And if you would go down, the next
6  one would be spinner, the next one would be
7  flip, the next one would be bells, plums, as
8  it relates to -- and it tells you the number
9  of possible winners there would be on that.
10 BY MR. LAMPKE:
11 Q.      In answer to Senator Gardner's
12 question, is there only one screen, one game
13 board out of 60,000 combinations that you can
14 win the titanium round?
15 A.     Yes.
16 Q.      And is it possible to win the
17 titanium round when it does appear?
18 A.     Yes.
19        COMMISSIONER GARDNER:  Can you win
20 it twice in 60,000?
21        THE WITNESS:  No.
22        COMMISSIONER GARDNER:  So the
23 cartridge -- and that's the part I'm really
24 trying to understand.

Page 75

1        THE WITNESS:  Right.
2        COMMISSIONER GARDNER:  It's like if
3  there's 60,000 little bits in there, and you
4  get that combination, that bit is now gone off
5  that cartridge?
6        THE WITNESS:  Right.  If you look at
7  the second column on page 7, the bottom one,
8  you'll see is that on tier one there's one
9  involved, it's already been played.  So 100
10 percent of those have been played out.
11 There's only one inside the machine.  Again,
12 that's already been played.  If there was a
13 zero there, it would still be available for
14 play.
15 BY MR. LAMPKE:
16 Q.      And this is not available to the
17 person that's playing?
18 A.      It would be available to the
19 operator or owner of the machine.
20        COMMISSIONER GARDNER:  So like the
21 pull tabs, if you know that in a box of pull
22 tabs there is a $100.00 winner or $500.00
23 winner, and once somebody has pulled that
24 $500.00, you know for sure that there's no

Page 76

1  other $500.00 winner in there.
2        THE WITNESS:  That's correct.
3        COMMISSIONER GARDNER:  That's the
4  same, you can equate that to this?
5        THE WITNESS:  Right, but the player
6  would not know that.
7        COMMISSIONER GARDNER:  That's what
8  -- okay.  But in the pull tabs, at least the
9  person that's selling the pull tabs, if he's
10 standing in front of that person when they're
11 pulling the tabs, who know that $500.00
12 winner, because that would dissuade other
13 people from playing that particular pull tab
14 box.
15        THE WITNESS:  That's correct.
16        COMMISSIONER GARDNER:  That's what
17 I'm trying to get to.  Thank you.
18        THE WITNESS:  Okay.  Okay, what I'll
19 do is, I put $1.00 in the machine.  We're
20 going to be playing for $.50.
21 BY MR. LAMPKE:
22 Q.      Wait a second, before we got into
23 questions from the Commission, I wanted to
24 clarify that on the spinner round, like the

Page 77

1  flipper round, the flip round, the machine
2  controls what that bonus amount will be
3  without any application of skill from the
4  player?
5  A.      The application of skill would be to
6  complete that series, then the machine already
7  knows what it's going to pay out.  The second
8  half is really not involved because the
9  machine pays out whatever it's going to pay
10 out.  And how that's filled is that it takes a
11 percentage of the individual plays or losses,
12 that money is transferred.
13 Q.      The player plays a round.  You're
14 talking about a player completing a game
15 board?
16 A.      A game board, right.
17 Q.      And then once that game board is
18 completed for a spinner line series, it would
19 go to a separate screen?
20 A.      Yeah, to goes to a separate -- yeah,
21 it goes the whole thing, and in the case of a
22 flip, it looks like a little vault.  In the
23 case of a spinner, the entire screen fills up
24 with the pie-shaped fair, and I can show you

20 (Pages 74 to 77)

HC00005718

Page 78

1 that when we get to the demonstration mode,
2 because I'm not that lucky.
3 Q.      Okay.  In that separate screen, does
4 the player employ any skill in obtaining that
5 spinner bonus?
6 A.      No.  Once that decision is made, it
7 already knows how much it is.  The only thing
8 that the player has to do is physically press
9 the screen the number of times till --
10 Q.      To activate it?
11 A.      To activate it, to get your money.
12 Q.      So the outcome of playing the
13 spinner round is determined by the machine
14 without any skill from the player?
15 A.      It's already decided, right.
16 Q.      Okay.
17 A.      It's predetermined.
18 Q.      Okay.  I wanted to clarify that
19 before you moved on.  Go ahead.
20 A.      Okay.  What I'm going to first do
21 is, when you start to play, there is a time
22 setting set by the machine, by the operator of
23 the machine.  I'm not going to play the
24 machine, and I'm going to have it go through

Page 79

1 and cycle.  So when I press my $.50, I would
2 then press play.  What would happen would be,
3 these images --
4        MR. GEARHISER:  You want to use
5 ours?  If your machine is not working
6 properly, we can get ours up and operating.
7        MR. LAMPKE:  But you were talking
8 this is a slave machine?
9        THE WITNESS:  See, what happens is,
10 this is a slave; it needs the master to pull
11 the games.
12        MR. LAMPKE:  So the cartridge is not
13 there on this one; is that what you're saying?
14        THE WITNESS:  There's no cart --
15 it's the availability of a cartridge, but it
16 can't access what it needs from the other
17 machine because the master isn't here.  This
18 is the slave.
19        MR. LAMPKE:  I apologize to the
20 Commissioners for that.
21        COMMISSIONER GARDNER:  I understand
22 the purpose.  I understand the master-slave
23 concept.
24        MR. GEARHISER:  But I don't have any

Page 80

1 problem, if he needs to -- because I think
2 everybody wants to see how it plays.
3        MR. LAMPKE:  Is that the master?
4        MR. GEARHISER:  It's not the master,
5 but it's a single play that does exactly the
6 same.  It's the same version, everything is
7 exactly the same.  We knew what version was
8 here because, luckily, the copy that you
9 showed us, it's not the same version.
10        COMMISSIONER GARDNER:  Is there a
11 way to tell from looking at the outside of
12 them that one is a slave and one is a master?
13        THE WITNESS:  The only thing that
14 you'd see is a wire going from the one machine
15 to the other machine.
16        MR. GEARHISER:  If you knew
17 machines, you'd know it.  But, like I'm sure
18 the agent who brought it here, he wouldn't
19 have known the difference.
20        MR. LAMPKE:  Why don't we go ahead
21 and turn yours on and as we continue on with
22 our testimony, maybe we can get a sample play
23 out of your machine.
24 BY MR. LAMPKE:

Page 81

1 Q.      Bill, is there any other description
2 you can do while we're waiting for that
3 machine to go through its cycle?
4 A.      Okay.  What happens is that this is
5 the version, it's tic-tac-toe and it's fruit.
6 Down at the bottom there are specific codings
7 that will identify the individual cartridge
8 inside the machine.  Again, based on the model
9 of the machine, they can have X number of
10 cartridges.  Each one has a different
11 capability to support separate machines.
12        Now, what happens when you place
13 your wager, you would place either $.50,
14 $1.00, $2.00, or $4.00.  You would then hit
15 the play button.  These images would move, and
16 there would be -- you would make a decision
17 where you want to place a wild card.  And it's
18 probably easier if I'd wait for the machine in
19 the meantime.
20 Q.      Bill, if you're finished with your
21 description without demonstrating a play, why
22 don't I go through some additional questions
23 here.
24 A.      Sure.

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005719

Page 82

1   Q.      Is the game designed to produce a
2   guaranteed income?
3   A.      Yes, the machine is.
4   Q.      How so?
5   A.      It's set by the actual table that we
6   looked at and the percentages.  So it knows
7   that all the prizes are paid out.  In fact, it
8   pays whatever the settings are.  So if it's
9   set at 95 percent, it pays out 95 percent,
10  retains 5 percent for the operator/owner of
11  the machine.
12  Q.      Can the permit holder or owner of
13  the machine adjust the guaranteed return
14  percentage?
15  A.      The individual player cannot.  The
16  owner of the machine would have the capability
17  of adjusting the spinner rate and all the
18  rates within the machine, but not the
19  manufacturer's set rate.
20  Q.      How does that control the outcome of
21  a play of the machine?
22  A.      What it would do is that it would
23  remove money from one area and transfer it to
24  another.  It would allow the spinner to have

Page 83

1   more of a value.  It would allow the flip to
2   have a higher value.  Correspondingly, on the
3   manufacturer's or the operator's side, it
4   would lessen some of their profits.  But it
5   would pay out more to encourage people to play
6   more.
7   Q.      In reviewing your description of the
8   machine, how many tasks or identified
9   characteristics of the machine would you say
10  is based on skill?
11  A.      Okay.
12  Q.      Of the player.
13  A.      Yeah.  When you talk about the task,
14  task is like the entire process, but we'll go
15  through the different components of it.
16          The player would put the money in,
17  and there's some ability to put the dollar in
18  that involves some type of skill.
19          You would then put the -- you would
20  then make a selection of how much you wish to
21  wager.
22          You would then press the play
23  button.  The play button would then go select
24  the number of lines randomly.  It would then

Page 84

1   select what the prize is going to be for those
2   line combinations randomly.  So it would make
3   that decision.
4           Then at the same time it would
5   transfer a certain amount of money to the flip
6   and the spinner area.  Now, that could be
7   based on the 95 percent or it could be
8   increased by the individual operator to bring
9   people in to play.
10          The player then would then play the
11  game.  And then that would be skill.
12  Q.      Completing the task of --
13  A.      Completing the task of deciding what
14  the lines are.
15  Q.      Okay.  When a player activates the
16  machine, they do that by hitting the play
17  button?
18  A.      Yes.
19  Q.      When that occurs, does the computer
20  then determine what game board the player will
21  play?
22  A.      Yes.  It then picks the number of
23  lines of the winner and then the actual prize
24  to be awarded.

Page 85

1   Q.      Can a player skillfully choose what
2   game board he or she will play?
3   A.      No.  And this is where this departs
4   from a normal skill-based game.  If you walk
5   to a pinball machine, you would put money into
6   the machine and begin to play the machine.
7   It's not a different service; it's the same
8   for everybody that plays.  It's the same award
9   schedule.
10          So let's say it was a pinball
11  machine that you needed 10,000 points to win a
12  free game.  It would be the same for you, it
13  would be the same for anybody that would play
14  that machine.  They would have to have that
15  amount of skill to receive a free replay on
16  the machine.
17          And this one, the machine, you play
18  a game, you complete a task, we're talking
19  about the task being completing, the number of
20  lines.  It has already decided how much it's
21  going to pay you if you successfully complete
22  that.  So one person could play it, get $.20.
23  Another person could play and complete one
24  line and get $2,800.00.  And it's just by what

22 (Pages 82 to 85)

HC00005720

Page 86

1  random board comes up.
2       So let's just say, what
3  differentiates a little bit of this is that
4  when we walk up to a pinball machine, you know
5  what you're going to win if you complete the
6  task. In this case, it does tell you what the
7  options are, the value of those, but in fact
8  until you play the game and put your money in,
9  what you get back is determined by the
10 machine. It's chance.
11      So let's just say you knew that the
12 next one up was $.20, would be a $.20 winner.
13 Would you walk up and put $1.00 in the machine
14 if you know you could win $.20? And the
15 answer is no.
16      MR. GEARHISER: Objection.
17 Q.      You personally wouldn't do that?
18 A.      I personally wouldn't do it.
19      CHAIRMAN MCNAMARA: What reason?
20      MR. GEARHISER: Well, the whole
21 point of this is, in most skill-based
22 amusement machines, in virtually all
23 skill-based amusement machines, you never get
24 any more than you put in. Now, there may be

Page 87

1  objection, I'll withdraw the objection, but
2  I'll go into that on cross-examination.
3  BY MR. LAMPKE:
4  Q.      Before we get to your ultimate
5  conclusions, could you please demonstrate one
6  game?
7  A.      Sure.
8  Q.      And as you're walking over to the
9  machine, how much time does a player have to
10 complete the task?
11 A.      It's individually set by the
12 operator.
13 Q.      Okay. And generally, what is the --
14 A.      We're going to --
15 Q.      We'll find out on this machine?
16 A.      We'll find out.
17      Again, we put the money in, it
18 registers the type of machine. Because we
19 only put $1.00, makes the $.50 -- I'm sorry.
20 Because we put $1.00 in, it only makes it
21 available to play the $.50 game or the $1.00
22 game. We probably want to play two, so we'll
23 play $.50.
24      You then wager $.50. You then press

Page 88

1  the play button. And the wheels turn. And
2  they stop.
3       Your task is to complete the game
4  and obtain the highest dollar amount. So in
5  this case, for my $.50 bet, by completing the
6  series, I had made the correct choice and I
7  won $.25 for my $.50.
8       CHAIRMAN MCNAMARA: To make a
9  correct choice, what did you --
10      THE WITNESS: Okay, if I were to,
11 let's say, press this one, I would have lost
12 out on this combination, so I could make an
13 incorrect choice.
14      MR. GEARHISER: Yeah, you're going
15 to need more than fifty cents to show all the
16 games.
17 BY MR. LAMPKE:
18 Q.      On this game board, how many lines,
19 how many winning lines were there?
20 A.      One, two, three.
21 Q.      And the correct placement to obtain
22 all of the lines available to this game board,
23 where did you place the wild symbol?
24 A.      In the center. We're going to play

Page 89

1  a couple.
2       COMMISSIONER GARDNER: Is there
3  always a wild symbol?
4       THE WITNESS: Yes.
5       COMMISSIONER GARDNER: Okay.
6       COMMISSIONER COLONNA: What did you
7  put in there, Kurt?
8       MR. GEARHISER: We put a 20 in, so
9  he could play enough.
10      COMMISSIONER COLONNA: Let me know
11 next time you play, I'll give you the money.
12      (Laughter.)
13 BY MR. LAMPKE:
14 A.      Again, now that we have money, we
15 could then play, let's say, this game for
16 $4.00, or we could play it for $2.00 or $1.00.
17 We would make a decision how much we would
18 like to wager in this machine.
19      So let's play for $4.00. We would
20 press play.
21      MR. GEARHISER: Of course, with my
22 money, see, he's playing for $4.00.
23 A.      And in this case, what would happen,
24 we could make again the correct choices in the

HC00005721

Page 90
1  center, and for the $4.00, we won $3.20.  So
2  the machine has $.80.
3  Q.        And how many line winners were
4  there on this game board?
5  A.        One, two, three, four.  So when it
6  picked this game, it went into it, it said I'm
7  going to make a four-line winner.  And then
8  inside it, it's going to pick out I want one
9  to be lemons -- or two to be lemons, one to be
10  oranges, and one to be cherries.  It
11  electronically determined that.  It randomly
12  selected it.
13  Q.        So you received a game board to play
14  that had the maximum number of lines of
15  winning combinations?
16  A.        Right.
17  Q.        And you still received less than the
18  amount you wagered?
19  A.        Yes.
20  Q.        And what is the time that you have
21  to complete that task?
22  A.        Okay, we're going to do that.  We're
23  going to play $.50 now.  And if I start the
24  play, you'll see in this area it will tell you

Page 91
1  that the timer, and it will say that you have
2  ten seconds, nine seconds, eight seconds,
3  seven, six, five, four, three, two, one, and
4  you lost.
5        And then if you notice, the amount
6  of a loss is added for another player.  The
7  money doesn't go to the profit of the house,
8  they don't keep the excess; it goes back into
9  the machine.
10        Okay.  And again, it increases this
11  amount in the area of the bonus value area.
12  We'll play it again.  We'll play it
13  at $4.00.  And I'm going to make a wrong
14  choice.  Okay.  Let's just say that I know
15  that this is the correct choice, so let's say
16  I put this one.
17  COMMISSIONER COLONNA:  How do you
18  know it's the correct choice?
19  THE WITNESS:  Because I'm trying to
20  complete a tic-tac-toe.
21  COMMISSIONER COLONNA:  Okay.  Go
22  ahead.
23  THE WITNESS:  So in this case, there
24  were no wins.  For my $4.00 wager, if I

Page 92
1  guessed correctly, I would have received
2  $1.60.  So even if I guessed correctly, I
3  would have lost $2.60.
4  BY MR. LAMPKE:
5  Q.        Is the task to place the bonus icon
6  in a way that it will create three lines --
7  A.        It will create the maximum amount of
8  wins for you.
9  MR. GEARHISER:  The wild icon, not
10  the bonus icon.
11  THE WITNESS:  The wild icon, right.
12  BY MR. LAMPKE:
13  Q.        So it would create three identical
14  symbols within a line?
15  A.        That's correct.  And what you want
16  to do is pick the correct choice to maximize
17  that choice.
18  Q.        And the wild symbol will become
19  whatever fruit, in this case, that will make
20  it a winning combination?
21  A.        That's correct.  It's sort of, if
22  you picture, it's a wild card, and so you
23  could put that wild card on the board to
24  complete it for the highest possible total,

Page 93
1  and that would be the skill portion of the
2  game.
3  COMMISSIONER COLONNA:  You got two
4  cherries on there.  What if you pick the one
5  in the middle there, what would happen then?
6  THE WITNESS:  Okay.  If we were to
7  pick --
8  COMMISSIONER COLONNA:  No, no, the
9  one by the cherries.
10  THE WITNESS:  Here?
11  COMMISSIONER COLONNA:  Yeah.
12  THE WITNESS:  It would actually pay
13  off this way and pay off this way, and that
14  would be the $1.60 win for your $4.00 wager.
15  COMMISSIONER COLONNA:  Or you could
16  pick the wild card, right?
17  THE WITNESS:  No, no, no.  Let's
18  play one more time.
19  COMMISSIONER COLONNA:  Do you have a
20  choice?
21  BY MR. LAMPKE:
22  Q.        Is there any wild card on the screen
23  when the --
24  A.        There's no wild until you press.

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005722

Page 94

1       COMMISSIONER COLONNA:  No wild card
2  there.
3       THE WITNESS:  Right.  And then you
4  would make your decision where I would like to
5  place it.  So what you try and do is, within
6  the time period make that correct selection.
7  If you don't, it tells you.  In fact, for my
8  $.50 bet, I didn't win because I didn't
9  complete the task within the time frame, but
10  even if I completed the task for my $.50
11  investment, I would receive $.20.
12       COMMISSIONER GARDNER:  That amount
13  varies every time?
14       THE WITNESS:  Every time.  And
15  that's randomly selected by the computer.
16  BY MR. LAMPKE:
17  Q.       And ultimately you would lose $.30?
18  A.       Correct.
19       CHAIRMAN MCNAMARA:  The selection of
20  the right one to push, is that something that
21  would take a Ph.D. or --?
22       THE WITNESS:  I'm not.  What it is
23  is that, I would assume that there's a very
24  short learning curve.  At least the people

Page 95

1  that I have watched play this machine, within
2  probably 20, 25 plays they usually understand
3  the completion.  Every now and then you do
4  make a mistake, but once you've played the
5  game probably 20, 25 times, you have no
6  trouble completing the task every time.  But
7  what happens is, is that for your investment,
8  you usually receive less.
9       CHAIRMAN MCNAMARA:  But it's not a
10  great deal of skill that's required to pick
11  out the --
12       THE WITNESS:  Right.  A good way to
13  do this, if we could put it in this different
14  game format.  Let's say we say complete the
15  series, and we say the number one, two, three,
16  and you have to pick out the next number; is
17  it four, five, or seven?  You say, well,
18  naturally it's four.  And when you hit that,
19  you would receive $2.00 -- you bet $2.00 and
20  you receive $.40.
21       So there is a skill involved to
22  complete the task, but the machine is going to
23  tell you how much it's going to pay off, or
24  pay out.

Page 96

1       CHAIRMAN MCNAMARA:  But the skill is
2  really minimal.
3       THE WITNESS:  In my opinion, yes.
4  BY MR. LAMPKE:
5  Q.       Can you please take your seat and
6  let's wrap this up and take a short break
7  then.
8       How many hours have you spent
9  evaluating and examining the Tic-Tac-Fruit
10  machines?
11  A.       Probably around 40 hours now.
12  Q.       And how much of that time was spent
13  playing the game versus analyzing it?
14  A.       Probably, with me playing, it's
15  probably been about five hours; watching other
16  people, I would probably add on about two or
17  three hours on top of that, watching other
18  people play the machine.
19  Q.       Do you have an opinion, to a
20  reasonable degree of gambling device
21  certainty, if the Tic-Tac-Fruit machine is an
22  electronic video gambling device?
23  A.       Yes, I do.
24  Q.       What is your opinion?

Page 97

1  A.       Yes, it is.  What happens on the
2  machine is that, it's the randomness -- if you
3  look at the task, the task involves making the
4  appropriate selection, and maybe I can go to a
5  different game.
6       There's a carnival game that
7  operates in the carnival midway and which is
8  called a balloon dart, but it has a number
9  behind it.  So you have to throw a dart at a
10  balloon and you break it.  Behind it there's a
11  little tag that you cannot see that says
12  small, medium, or large.  If you break the
13  balloon, you don't know what you win until he
14  turns over the tag.  And historically, in the
15  state of Ohio, that's been found to be a
16  gambling game.
17  Q.       Do you have an opinion, to a
18  reasonable degree of gambling device
19  certainty, if the outcome of playing this
20  Tic-Tac-Fruit machine is primarily based on
21  skill or primarily based on chance?
22  A.       It is based on chance.
23  Q.       Additionally, in your opinion, is
24  someone other than the player controlling the

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005723

Page 98

1 outcome of the game?
2 A.      Yes.  By the ability to set the
3 percentage of wins, you can control the
4 actual, the percentage of winning prizes.
5 Most of your skill-based machines, it's based
6 on the skill of a player.
7         In other words, if you get 100,000
8 points or I get 100,000 points on a pinball
9 machine, we get exactly the same prize.  If I
10 don't accomplish 100,000 points, then I get
11 nothing.  So it's the same for everybody.
12 They don't say at one time you're a very
13 skillful player, we're only going to let you
14 get 90,000 points instead of a 100,000 points.
15 They say no, everybody can win at the rate
16 they would.
17        And I think everybody has sort of
18 been in an arcade where you watch a
19 14-year-old kid play a machine for about a
20 week and a half on his quarter.  You walk in
21 with your quarter and you last about six
22 seconds.  So it's in that type of game mode.
23        MR. LAMPKE:  Commissioners, with the
24 admission of Department's Exhibit D, we would

Page 99

1 have no further questions.
2         CHAIRMAN MCNAMARA:  Cross-exam?
3         MR. GEARHISER:  I would suggest we
4 take a five-minute break?
5         CHAIRMAN MCNAMARA:  All right.
6         (A break was taken.)
7         MR. GEARHISER:  Thank you,
8 Commissioners.
9         - - - - -
10        CROSS-EXAMINATION
11 BY MR. GEARHISER:
12 Q.      I have looked at what's been marked
13 as State's Exhibit D, and if you go back to
14 page 10?
15 A.      Yes.
16 Q.      It's the opinion, and you give some
17 history, fair rules, and some other stuff down
18 there.
19 A.      Sure.
20 Q.      The last one there that says
21 presence of double-up game on most of the
22 machines examined?
23 A.      Yeah.  It's not relating to this
24 machine.

Page 100

1 Q.      Okay.  So that shouldn't be in here?
2 A.      That shouldn't be in here.
3 Q.      Okay.  Did it get copied from
4 another --
5 A.      Yes.
6 Q.      All right, all right.  If you go up
7 a little higher in that same area -- excuse
8 me, come down a little bit, it says the
9 Supreme Court of the State of Arkansas in the
10 case of State versus --
11 A.      Yeah.
12 A.      That's not --
13 A.      That's not this machine.  But
14 there's not a lot of case law on machines that
15 have been attempted to be tried as
16 skill-based.
17 Q.      I understand, but Tic-Tac-Fruit --
18 A.      Is not --
19 Q.      I want to make sure, because the
20 way it was written in here, it sounds like
21 they're similar games?
22 A.      Right.  It's just like I did
23 according to the Department of Agriculture,
24 they have nothing on -- other than the penny

Page 101

1 fault machine relating to skill-based.
2 Q.      Okay, let's get to that too, because
3 you mentioned Ohio Department of Agriculture,
4 and there's nothing in the statute today, in
5 the statute that was passed in July of '03,
6 that refers to the Department of Agriculture?
7 A.      No.
8 Q.      In fact, we have -- the Liquor
9 Control Commission has no rules, the
10 Department of Public Safety has no rules, and
11 as far as I know, no administrative agency has
12 passed any rules to date, is that correct, on
13 skill-based games?
14 A.      On a state level?
15 Q.      Correct.
16 A.      Correct.
17 Q.      So what we've got is the statute to
18 look at?
19 A.      Correct.
20 Q.      All right.  So what happened in the
21 past with some court decisions, because at one
22 point pinball machines were illegal in the
23 state of Ohio, pursuant to Westerhouse?
24 A.      Pinball machines without flippers.

26 (Pages 98 to 101)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005724

Page 102

1  Q.      Correct, were illegal?
2  A.      Were illegal.  Pinball machines with
3  flippers were legal.
4  Q.      And so in your understanding, in
5  July of '03, everything kind of changed in
6  Ohio, we got a new statute?
7  A.      Right.
8  Q.      All right, good.  Now, you said
9  something that I think I need to correct,
10  because again my knowledge of this machine is
11  maybe not as good as yours.  But can you come
12  back over to the machine you were looking at
13  and show us where you had that 95, there was a
14  setup that showed 95 something?
15  A.      Sure.
16  Q.      Okay.
17  A.      What you have to do is throw it into
18  the setup mode.  And the actual setup mode,
19  and the game setup mode; is this the screen
20  you're referencing?
21  Q.      The one that said -- yeah, we'll go
22  with that one first, then we'll go on to
23  something else.  All right, you said it has a
24  game level of 95 percent?

Page 103

1  A.      Right.
2  Q.      Okay.  Now, I know you told us you
3  didn't have a menu, so I'm assuming you just
4  made the guess or the educated guess or your
5  study of it shows that this machine pays out
6  95 percent?
7  A.      Well, it starts off that; that's
8  from the manufacturer, having discussed it
9  with the inventor.
10  Q.      All right.  Well, I think the
11  inventor may say something different, but
12  that's why I'm asking you.
13  A.      Sure.
14  Q.      You think the machine pays off 95
15  percent no matter what?
16  A.      No.  The additional to that is these
17  adjustable levels.
18  Q.      Okay.  Well, then if we add it
19  together, and it looks like it's here, it's
20  set at 97.48, you would say the machine pays
21  off 97.48 percent for every dollar put in?
22  A.      Right.  And I explained that in my
23  original testimony; I went through and I
24  explained how those are additionally added to

Page 104

1  that.
2  Q.      Right.
3  A.      But the base level is set -- in
4  other words, I could leave this at zero and
5  keep this at 95 percent.
6  Q.      Right.  Can you change that in here
7  now?
8  A.      Yes.
9  Q.      Okay.  You can't change the game
10  level?
11  A.      No, I can't.  That's set by the
12  manufacturer; that's the 95 percent.
13  Q.      So what your testimony was was that
14  you believe that this machine will always, no
15  matter what, pay out to the players 95 percent
16  of what they put in?
17  A.      Ultimately, when all the dollars are
18  in, right.  Because it's a finite cartridge.
19  Now, if that's not the case, then it's not a
20  finite cartridge.
21  Q.      Well, you can win each one of these
22  if you're really good, each play?
23  A.      Yes.
24  Q.      And you can lose each one if you're

Page 105

1  really bad?
2  A.      I don't think anybody is that bad.
3  Q.      Okay, but you could?
4  A.      Yeah, I mean it's theoretically
5  possible.
6  Q.      If I play ten times in a row, I
7  could certainly lose ten times in a row?
8  A.      Right.
9  Q.      What's the percentage payouts for
10  the guy who loses every time?
11  A.      Well, there would be no payout,
12  because he wouldn't win.
13  Q.      Okay.  So the really bad player
14  would never win?
15  A.      The extremely bad player, but I
16  can't believe that anybody would be that bad.
17  Q.      So if I played -- if there were
18  2,000 plays in a cartridge or 20,000 plays in
19  a cartridge and I lost them all, how much
20  money would I win?
21  A.      None.
22  Q.      I thought you told me and you told
23  the Commission and you told everybody here
24  that this machine paid out 95 percent no

27 (Pages 102 to 105)

HC00005725

Page 106

1  matter what?
2  A.      Right.
3  Q.      But it doesn't pay out 95 percent?
4  A.      Well, if I can explain.
5  Q.      Sure.
6  A.      Okay.  What happens is, is that that
7  money that is lost is transferred to the prize
8  area, so somebody is going to win that.
9  Q.      No, remember, I lost every play.
10  A.      Right.  It still goes into the
11  thing, so the next person that plays after
12  you're done has the possibility of winning
13  that.
14  Q.      Well, doesn't the cartridge end?
15  You told us that there was an end?
16  A.      Right, but it would then, it sets up
17  the next cartridge, and the carryover
18  transfers to the next cartridge.
19  Q.      Have you ever played this machine to
20  the end?
21  A.      No, I have not.
22  Q.      Do you know that it automatically
23  goes to another cartridge?
24  A.      I understand it, from the --

Page 107

1  Q.      Do you know?
2  A.      No.
3  Q.      So isn't it a fact the cartridge,
4  when it stops, it stops, and if you lost, then
5  in fact, if I lost every play, the percentage
6  payoff to me would be zero?
7  A.      Correct, so then it would be profit
8  to the house then, at 100 percent.
9  Q.      I understand that, but I'm just
10  saying, I'm just wondering to you to
11  understand, but I think the information you
12  gave us is wrong.  Now, let me ask you this:
13  Let's just say I got halfway through?
14  A.      Um-hmm.
15  Q.      We're not, but if we get halfway
16  through this machine?
17  A.      Right.
18  Q.      And I lost the last half, what would
19  be the payoff to the player?  Would it be 95
20  percent?
21  A.      It depends on what was randomly
22  selected by the machine.
23  Q.      And whether the player won or lost,
24  is that correct, whether he correct or

Page 108

1  incorrectly picked the spot?
2  A.      I don't understand the question.
3  Q.      The first player wins, plays this
4  game over here and he wins a lot of the plays?
5  A.      Right.
6  Q.      Now I come along and I'm a bad
7  player, and I lose the last 50 or the last 100
8  plays on the machine?
9  A.      Um-hmm.
10  Q.      And, of course, the machine is
11  randomly picking the games for us to solve?
12  A.      Sure.
13  Q.      And I'm a bad player and I keep
14  hitting the wrong location, or I look away and
15  the game times out?
16  A.      Sure.
17  Q.      What's the set percentage that is
18  going to go to the house?
19  A.      Well, it would be all the money
20  that's not selected by the games being chosen.
21  Q.      So when you said that it was always
22  95 percent, that's clearly not the case, is
23  it?
24  A.      You're talking about such an

Page 109

1  improbability that probably not will occur,
2  that somebody would lose every game.
3  Q.      Let's say, could the bonus play come
4  up on the last play?  Could the bonus come up
5  on the last?
6  A.      Yes, but there's a problem with
7  that.
8  Q.      Could the bonus come up on the last
9  play?
10  A.      It's possible.
11  Q.      And if I lost a bonus on the last
12  play?
13  A.      Right.
14  Q.      Then the bonus money would just
15  disappear, correct?
16  A.      No, that's not correct.  According
17  to --
18  Q.      Again, what do you know?
19  A.      Well, this is how I find things out,
20  is I ask the manufacturer who --
21  Q.      We'll bring the manufacturer in, but
22  I'm asking what do you know.
23  A.      Right, that's what he told me.  And
24  you're asking me what I know, and that's where

28 (Pages 106 to 109)

HC00005726

Page 110

1  I learned it. Because there is no booklet
2  published on this machine so that I can do
3  independent research from the machine.
4  Q.      Okay. Is there something in the law
5  that says you're supposed to be given a
6  booklet or there's a requirement to be given a
7  booklet?
8  A.      No.
9  Q.      All right. Is there anything in the
10 law that says you have to pay out more money
11 than you wager each and every time?
12 A.      No.
13 Q.      Okay. Well, we have gone through
14 this whole testimony --
15 A.      You want me to sit down?
16 Q.      You can sit down, yes.
17 A.      Okay.
18 Q.      We've gone through this long
19 testimony about how, man, I put $1.00 in and I
20 can only win $.40.
21 A.      Um-hmm.
22 Q.      Is that illegal to only win $.40?
23 A.      What happens is that --
24 Q.      Is that illegal to win $.40?

Page 111

1  A.      In the way that machine operates,
2  yes.
3  Q.      Okay. Let me ask you this then. If
4  I played a crane game?
5  A.      Okay.
6  Q.      And crane game is a game of skill;
7  assuming they don't put the flush down and
8  assuming the claw actually has tension in it
9  and it can pick something up?
10 A.      And then there's about 50 other
11 things that would be --
12 Q.      Assuming --
13 A.      It's a perfect crane game?
14 Q.      Correct, it works perfectly.
15 A.      Right.
16 Q.      All right. And I'm the best crane
17 player you've ever seen. I can wheel this way
18 and wheel this way and I can pick those
19 stuffed animals up one at a time?
20 A.      Right.
21 Q.      And I can empty the machine?
22 A.      Right.
23 Q.      All right. Stuffed animal is worth
24 what, $.10, $.20, $.30?

Page 112

1  A.      But again, you know what you're
2  playing for prior to the starting of the game.
3  In other words, you made a selection to pick
4  that teddy bear up.
5  Q.      I understand that. I'm asking --
6  A.      On this machine -- if I could
7  finish.
8  Q.      You can. You can answer my
9  questions too.
10 A.      And I am.
11 Q.      Okay.
12 A.      On this machine, what happens is, it
13 decides what the value of the prize that I'm
14 playing for.
15 Q.      Is there any in this --
16 A.      Now me, as a crane, I make that
17 decision on what I'm picking up, and I believe
18 that's the question you asked me.
19 Q.      Does the statute say that the prize
20 has to be announced ahead of time? Is there
21 anything in the statute that says it has to be
22 announced ahead of time?
23 A.      I believe that would be in the area
24 of chance.

Page 113

1  Q.      No, I'm asking you, does the statute
2  indicate the prize must be announced ahead of
3  time, for a single task game or play?
4  A.      In those exact words, no.
5  Q.      All right. Now, if you have a
6  competition, contest, or tournament, the prize
7  needs to be announced ahead of time, doesn't
8  it, by statute?
9  A.      Yes.
10 Q.      So in a contest, competition, or
11 tournament, I need to know what I'm playing
12 for, but by exclusion, the statute doesn't say
13 anything that it needs to tell me ahead of
14 time what I'm playing for. Never says those
15 specific words, does it?
16 A.      Does not say those specific words.
17 Q.      All right. Now, let me ask you
18 this. Go back up to the machine where you
19 showed something about 60,000?
20 A.      Yes.
21 Q.      And I don't know where it is on here
22 because, again, I don't know these machines.
23 A.      You're not under oath.
24 Q.      Well, I don't know how to work the

29 (Pages 110 to 113)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005727

Page 114

1  computers. I may know the innards of them,
2  but not the computer. All right. Down at the
3  bottom you indicated 60,000?
4  A.      Yes.
5  Q.      Now, that's 60,000 possible --
6  A.      Combinations.
7  Q.      -- tiers?
8  A.      Combinations.
9  Q.      It's not 60,000 plays?
10 A.      Correct. Combinations.
11 Q.      I think we may have been mistaken by
12 that. So there are 60,000 possible tiers that
13 are going to appear on the screen?
14 A.      Correct. And that's going to be
15 relating to the number of lines selected,
16 would be the determining factor of how many
17 actual game plays there would be.
18 Q.      Do you know how many possible
19 combinations of puzzles there are? Puzzles,
20 the puzzles that appear on the screen? That's
21 a puzzle right there, is what I call it; it's
22 a puzzle, a task, a game, a play?
23 A.      Um-hmm.
24 Q.      Do you know how many possible

Page 115

1  variations there are of this particular game?
2  A.      Well, I could do the math, but --
3  Q.      109 million, would that be about
4  right? Eight to the ninth power?
5  A.      It would be --
6  Q.      A large number?
7  A.      Right, right.
8  Q.      And so out of those 109 million
9  combinations, the computer, on its own,
10 decides we're going to use these 60,000?
11 A.      Right, but it's not going to exceed
12 that.
13 Q.      Correct. We're going to use this
14 many tiers?
15 A.      Right.
16 Q.      And we're going to have -- this
17 particular machine, I think, had 30,000 plays
18 at one time, or the cartridge had 30,000
19 plays?
20 A.      Right.
21 Q.      I just wanted to make sure everybody
22 knew that amount.
23         Now, you testified in Meigs County
24 and you also testified here that the game

Page 116

1  involves a task to play the game, I guess the
2  term the statute uses is a skillful game.
3  A.      The task is technically the entire
4  piece. What we're saying is that you have to
5  successfully complete the puzzle to have
6  access to the prize.
7  Q.      Okay. And so to do that involves
8  some skill?
9  A.      Yes.
10 Q.      It may be minimal skill but it's
11 some skill?
12 A.      Yes.
13 Q.      And the players, every player, when
14 they come up, can win -- has the opportunity
15 to win each and every time they play the game?
16 A.      That's correct.
17 Q.      And they have the opportunity to
18 lose each and every time they come up?
19 A.      That's a possibility.
20 Q.      Okay. Now, you testified here
21 earlier with the Chess Challenge and Gone
22 Fishing game, and that was not the case, they
23 had some plays that you could walk away and
24 automatically win, correct?

Page 117

1  A.      Correct.
2  Q.      So this machine, you can have no
3  automatic winners?
4  A.      No. But you could randomly select
5  and by chance win, by pressing the button,
6  just like you said, it's impossible to guess
7  the wrong answer; you could certainly guess
8  the right answer.
9  Q.      Right. And if you randomly
10 selected, you would be right 11 percent of the
11 time, one out of nine?
12 A.      But it could be the one that has the
13 $2,800 prize.
14 Q.      Oh, I understand that.
15 A.      Right.
16 Q.      Right, but there's nothing in the
17 statute that says -- the prize can be anything
18 of value, correct?
19 A.      And there doesn't have to be a
20 prize.
21 Q.      Right. If this game was played out
22 -- that's my next question, it's perfect. If
23 the game was played without money, skill-based
24 game, so the only problem that you've got is

30 (Pages 114 to 117)

HC00005728

Page 118

1  the payment of the prize?
2  A.      Well, actually, I would back up on
3  that, because I think you took a quantum leap.
4  What happened is, is that if you win a prize
5  by the application of chance, okay, that in
6  fact would be a violation.  So even if you won
7  a free game, the value of that free game,
8  replay of the machine, has value, so that
9  would be a prize.
10  Q.      I understand that.  I'm just talking
11  about in your analysis --
12  A.      I wanted to make sure everybody
13  understood that.
14  Q.      Okay.  In your analysis, if there
15  were no prizes, you just play the game?
16  A.      They just completed the tic-tac-toe.
17  Q.      Correct.  Skill game?
18  A.      If you're just playing tic-tac-toe,
19  correct.
20  Q.      Right.  Skill-based game.  By
21  definition in Ohio, skill-based game?
22  A.      Yeah, if you're just playing
23  tic-tac-toe.
24  Q.      Okay.  Now, when did you first look

Page 119

1  at the tic-tac-toe, do you remember?
2  A.      Tic-tac-toe?
3  Q.      Tic-Tac-Fruit, excuse me.  March,
4  Stark County?
5  A.      No, before that.  I thought it was
6  Lorain County.
7  Q.      It's been in Lorain County?
8  A.      Never officially, but it was there.
9  Q.      Okay.  Can you elaborate on that?
10  A.      No.  If you'd like me to, I will.
11  Q.      Well, I just asked that question.
12  A.      The machine was presented by an
13  individual who wanted to bring the machine
14  into Lorain County.
15  Q.      Oh, okay, so you have looked at it
16  up there?
17  A.      Right.
18  Q.      When were you first contacted by the
19  Department of Public Safety to look at this,
20  if you recall.
21  A.      Officially, it was with Matt Lampke,
22  but I have discussed it with other people on
23  the telephone.
24  Q.      Okay.  But when was that?  July?

Page 120

1  A.      No, actually I think the first time
2  was probably in February-March period.
3  Q.      Okay.  And where did you look at it?
4  A.      That would have been in Stark
5  County.
6  Q.      Okay.  And do you know anything
7  relating to the fact that the manufacturers
8  and distributors and end users of
9  Tic-Tac-Fruit tried to get the Department of
10  Public Safety to look at this ahead of time;
11  do you know anything about that?
12      MR. LAMPKE:  Objection, relevance.
13  Witness is not an employee.
14      CHAIRMAN MCNAMARA:  The question is
15  does he know anything about it.  The answer
16  probably is no, but --
17  A.      I know there was a booklet being
18  circulated that was presented to prosecutors
19  in the area.  I don't know if the actual
20  Attorney General's office received one of
21  those.
22  Q.      Giving cash as a prize is clearly
23  okay in Ohio?
24  A.      Uh-huh, on a skill-based machine,

Page 121

1  correct, for a contest.
2  Q.      Right.  Is golf a game of skill?
3  Maybe not the way I play it, but --
4  A.      I have a business handicap, I don't
5  know.
6  Q.      But is it a game of skill, in your
7  opinion?
8  A.      Yes, yes.
9  Q.      All right.  The three chairmen and
10  you are on the golf course.  Chairman McNamara
11  is at a golf outing, all of you are at a golf
12  outing.  He takes a mighty swing with a nine
13  iron from a par of three at 138 yards, into
14  the cup, wins $1,000.  Charity golf outing.
15  Is golf still a game of skill?
16  A.      The result of that action, if it was
17  based on his skill, and the skill that he put
18  into that shot is based on skill, then, yes,
19  it would be.
20      CHAIRMAN MCNAMARA:  I can't hit a
21  nine iron 138 yards.
22      THE WITNESS:  Then it would be a
23  game of chance, in his case.
24      (Laughter.)

31 (Pages 118 to 121)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005729

Page 122

1  BY MR. GEARHISER:
2  Q.      Next day, Mr. Riedthaler and the
3  three chairmen are out, same golf course,
4  different charity outing.  Chairman McNamara
5  now takes a seven iron because he can't hit a
6  nine iron 139 yards.  Mighty swing, takes it
7  one bounce, into the cup.  He wins $5,000.
8  Still a game of skill, correct?  Golf is still
9  a game of skill?
10  A.      Yes.
11  Q.      All right.  Three times in a row,
12  third charity golf outing, the four of you are
13  out there again.  Chairman McNamara one more
14  time, hole-in-one, million shot, can't believe
15  it.  There was no award that day, because
16  they've now moved it because they know
17  Chairman McNamara is such a good golfer that
18  he'll get that hole-in-one.  Now, I would
19  assume golf is still a game of skill even
20  though they won no prize?
21  A.      That's correct.
22  Q.      So one day $1,000, one day $5,000,
23  one day zero?
24  A.      Um-hmm.

Page 123

1  Q.      But the game being played, the task
2  to complete to get the hole-in-one wins him
3  the prize?
4  A.      Right.  But he's aware of the prize
5  prior to starting the event.
6  Q.      Okay, let's say he doesn't know, he
7  just shows up.  He's called the day before by
8  Chairman -- or by Vice Chairman Gardner and
9  says, hey, come to the tournament, we're going
10  to play some golf.  He doesn't know, just
11  shows up, doesn't know ahead of time.  Is golf
12  no longer a game of skill because he didn't
13  know the prize?
14  A.      Well, what you have to do is back
15  up.  One thing, you don't have the requirement
16  of paying a price, because he didn't pay a
17  price to play that.
18  Q.      Let's say it's a $500-per-man fee to
19  get -- because we're raising funds for that
20  charity.
21  A.      He knows that if he gets this hole
22  he will receive this --
23  Q.      And he didn't know it, he had no
24  idea.

Page 124

1  A.      Was he given a card to describe it?
2  Q.      No.  He just showed up.
3  A.      He just showed up and gave $500?
4  Q.      Right.
5  A.      We've moved it toward chance that he
6  wouldn't --
7  Q.      So now golf is a game a chance?
8  A.      What did he win by not knowing what
9  you're doing and playing when you consider
10  that chance?
11  Q.      Well, you're asking me the question.
12  I guess the question I'm going to ask you is,
13  isn't golf a game of skill no matter what you
14  do?
15  A.      It's a game of skill, I'll give you
16  that.
17  Q.      All right.  So no matter how you
18  play it, poorly or well, it's a game of skill?
19  A.      Let's take it a little --
20  Q.      I'm asking a question.
21  A.      No, it's not.  And I can give you an
22  example.
23  Q.      So wait a minute --
24  A.      You're --

Page 125

1  Q.      Just a second.  You've now said golf
2  is not a game of skill.
3  A.      If you're placing a wager on an
4  individual hole, it would then become public
5  gaming.
6  Q.      I understand that.  I didn't ask if
7  you were wagering.  I just asked you, is golf
8  ever not a game of skill?
9  A.      And I'm saying, in that case, you
10  could make it public gaming.  A violation.
11  Q.      The activity of gambling on the game
12  of golf --
13  A.      Right.
14  Q.      -- is illegal, I understand that.
15  A.      Okay.
16  Q.      But the game of golf, what we're
17  getting to, not what you do.
18  A.      I understand.
19  Q.      The game of golf is a game of skill
20  no matter what, correct?
21  A.      Yes.
22  Q.      And pressing that button, letting
23  the machine play, and picking like this?
24  A.      You won.

32 (Pages 122 to 125)

HC00005730

1  Q.      Right.
2  A.      By random chance.
3  Q.      Absolutely.  One out of nine times I
4  can do it, correct?
5  A.      Right.
6  Q.      Now I play it again.  Close my eyes.
7  Lose.  Oh, I did win.  Won some, lost some.
8  Again, have the opportunity to win, correct?
9  A.      But you still won by your
10 application, in your case, of pure chance.
11 Q.      What I'm saying is, I understand
12 that 10 or 11 percent of the time you can win
13 this.  But if I am a player, which you have
14 identified who can win each and every time, if
15 I am doing it by pure -- by chance, by numeric
16 number, what's the odds of me being correct on
17 this machine?  It's one out of nine, correct?
18 A.      Right.
19 Q.      Or 11 percent?
20 A.      Um-hmm, right.
21 Q.      So 11 percent of the time I come up
22 here and do this?
23 A.      Right.
24 Q.      But if I'm a good player, I'm going

1  to win 100 percent of the time?
2  A.      Right.
3  Q.      And if I'm a bad player, a really
4  bad player, I win no percent of the time.  Now,
5  if I'm a really good golfer, I can shoot a
6  certain score.  If I'm a really bad golfer --
7  but no matter what, golf is still a game of --
8  A.      What happens if every time you
9  played golf they moved the hole to a different
10 position, to a different location?
11 Q.      They do every time I play.
12 A.      While the ball is in the air?
13 Q.      Pardon?
14 A.      Would you consider that game of
15 skill or game of chance, if when you hit the
16 ball, they moved the hole?
17 Q.      Do you have a computer program that
18 analyzes these?
19 A.      No, I do not.
20 Q.      And so how did you analyze it?
21 A.      What do you mean how did I analyze
22 it?
23 Q.      Well, is there something in here
24 that could change this to a poker machine?

1  Some switch?
2  A.      From what I understand, from a
3  report, that the machine can be changed.
4  Q.      Can you change it for us?
5  A.      No, I cannot.
6  Q.      Can anybody change it?
7  A.      I'm just going by a report that I
8  looked at.
9  Q.      Whose report?
10 A.      Mr. Farley's report.
11 Q.      Mr. who's?
12 A.      Farley's report.
13 Q.      Oh.  Do you have that here?
14 A.      If I could borrow it?
15 Q.      I don't think you'll find that in
16 here.
17        MR. LAMPKE:  I don't know where it
18 is.  I can look for it during a break.
19 Q.      You can look for it later.  You're
20 going to be on the stand for a long time,
21 don't worry.  You guys can look at it.  We'll
22 get to that.
23 A.      Okay.
24 Q.      So you got no -- I've been told for

1  the experts who look at these computers to
2  determine how they're working and how they are
3  operating, they build a computer program, they
4  do all those things to analyze the aspects of
5  the computer.  I assume you don't have a lab?
6  A.      Not really, no.
7  Q.      Okay, so what you do is you --
8  A.      Look at the components.
9  Q.      Right.  And you've done this for a
10 long time, so I understand that, but you don't
11 have any kind of lab or computer work, you
12 just look at it and try to determine as best
13 you can that's the case?
14 A.      No.
15 Q.      Since July of '03, have you looked
16 at any skill-based games that you think are
17 illegal in Ohio?
18 A.      Yes.
19 Q.      Which ones?
20 A.      Crane machines.  I've looked at
21 several roll-the-ball-down type games.
22 Q.      Let's go to the crane game then,
23 because you had indicated that earlier.
24 A.      Yes.

HC00005731

Page 130

1  Q.       Who picks out the prize that's going
2  to be in the machine, who picks out the prize?
3  A.       The machine.
4  Q.       No, but I mean the vendor of the
5  machine -- somebody picks it out?
6  A.       The machine picks it out by random.
7  Q.       But it's the operator, effectively,
8  correct?
9  A.       It's the computer.
10 Q.       All right, but it's somebody who
11 owns the machine, it's effectively the guy who
12 is picking the prizes; wouldn't you say that's
13 the case?
14 A.       No.  What you buy is a software
15 program.  That program randomly selects the
16 number of lines of a win and then randomly
17 selects what the prize is going to be.
18 Q.       If I asked the computer, I say,
19 listen, I'm the one -- if I'm a vendor and I
20 say give me one of those Tic-Tac-Fruit but I
21 need one $200 winner, one $75 dollar, I need
22 all these winners, and I tell the machine
23 software manufacturer to do that.
24 A.       Right.

Page 131

1  Q.       The computer still picks them out,
2  but somebody has identified what winners are
3  going in there?
4  A.       To set the odds.
5  Q.       Right.
6  A.       Right.
7  Q.       So somebody identified that these
8  were the winners that were going to be in
9  here?
10 A.       Correct.
11 Q.       All right.  Now, the crane game,
12 somebody puts the stuffed animals in there,
13 correct?
14 A.       Correct.
15 Q.       So the operator or the machine
16 manufacturer picks the prizes here, then the
17 machine manufacturer or the operator picks the
18 prizes that are in there?
19 A.       Um-hmm.
20 Q.       Skee-Ball, same thing, isn't it?
21 A.       Based on the successful completion
22 of the task.
23 Q.       Correct.  But I mean, it was the
24 operator or the manufacturer that picks the

Page 132

1  prizes that are going to be awarded with
2  Skee-Ball?
3  A.       Correct.
4  Q.       Well, effectively, in Skee-Ball,
5  generally speaking, it's tickets?
6  A.       Right.
7  Q.       Now, have you seen Skee-Ball; do you
8  think Skee-Ball is a game of skill?
9  A.       Yes.
10 Q.       All right.  Now, if I put $1.00 in
11 Skee-Ball and I get the biggest prize or the
12 smallest hole so I get the most amount of
13 tickets?
14 A.       Um-hmm.
15 Q.       And I take those tickets over?
16 A.       Um-hmm.
17 Q.       Do I get $1.00 back?  What do I get?
18 A.       You would select a prize.
19 Q.       Right, and generally speaking, isn't
20 that prize valued well under $1.00?
21 A.       Well, if you're talking retail value
22 or what the merchant paid for the prize.
23 Q.       Well, what the merchant paid for it,
24 clearly.

Page 133

1  A.       Okay, well, there's two different
2  halves.
3  Q.       I know.
4  A.       I as a player would look at the
5  retail value and then make a decision whether
6  I wished to play that machine based on my
7  skill set knowing that prize was available to
8  me.
9  Q.       When I play Skee-Ball, do I know
10 what prize I'm going to get?
11 A.       Well, you know how many tickets you
12 can win based on a schedule based on number of
13 points you receive.  That's posted usually on
14 the machine.
15 Q.       But do I know what prize I'm going
16 to get?
17 A.       Well, you can walk to the counter,
18 know what the prizes are, and then make a
19 conscious decision should I play that game.
20 Q.       Right.  And the statute, once again,
21 doesn't say that you have to show the prize
22 ahead of time?
23 A.       No.
24 Q.       Is there anything in the statute

34 (Pages 130 to 133)

HC00005732

Page 134

1 that says you have to win more than you wager?
2 A.     No.
3         MR. LAMPKE:  Objection, asked and
4 answered.
5         CHAIRMAN MCNAMARA:  Yeah, I don't
6 think this man is necessarily an expert on
7 statutory law.
8         COMMISSIONER GARDNER:  While we
9 have this pause, I need to ask, you said the
10 manufacturer sets up the percentage of the
11 program.  The way I understand it, he sets up
12 the program, and I imagine he can pull that
13 cartridge out there and put another cartridge
14 in there, a computer disc or whatever, but my
15 question is, can this be programmed down to 85
16 percent or 65 percent?
17        THE WITNESS:  If the manufacturer
18 chose to, he can make it no wins.
19        COMMISSIONER GARDNER:  Or all wins.
20        THE WITNESS:  Or all wins.
21        COMMISSIONER GARDNER:  That's what I
22 wondered.
23 BY MR. GEARHISER:
24 Q.     There's nothing that prohibits an

Page 135

1 operator from making money on games of skill?
2 A.     No.
3 Q.     So the fact that this machine -- if
4 I was right and played this machine and played
5 all of the plays that were in it and I won the
6 maximum payout, which you, I think, have
7 determined to be 95 or maybe 97 percent?
8 A.     We're just saying if it was set at
9 95.
10 Q.     Right.  So if it's set at 95 percent
11 and I win the maximum amount of money, the
12 operator makes money?
13 A.     Right.
14 Q.     And there's nothing wrong with that?
15 A.     In this instance?
16 Q.     No, in the instance of the statutory
17 instance of skill-based law, there's nothing
18 wrong with an operator making money?
19 A.     For the slot machine?
20 Q.     We're not talking about a slot
21 machine, we're talking about this game, sir.
22 A.     You're talking about a machine,
23 that's why I asked you specifically; you said
24 there's nothing wrong with an operator making

Page 136

1 money on a machine.  That was your question.
2 Q.     On a skill-based amusement machine?
3 A.     Making money, a profit, no.
4 Q.     And so there's nothing wrong with
5 the Tic-Tac-Fruit, if this particular machine
6 was to pay out 95 percent to the player, the
7 only objection you have is to the --
8 A.     That's not true.
9 Q.     Okay, well, I'll withdraw the
10 question.  Let me ask you this.
11 A.     Sure.
12 Q.     The statute says that if it's a slot
13 machine, it's less skill than chance, correct?
14 A.     Right.
15 Q.     And if it's a skill-based amusement
16 machine, it's more skill than chance?
17 A.     51 percent.
18 Q.     Correct.  And in fact, the Attorney
19 General's office gave us a nice written
20 opinion last year on that particular matter.
21 A.     From Erie County, which I was
22 involved in.
23 Q.     Now, have you read that?
24 A.     I was involved in that case.

Page 137

1 Q.     It wasn't Erie County; was it Erie
2 County?
3 A.     Erie County.  What happened was that
4 they had machines and I did analysis with -- I
5 had met with the prosecutor.  We had a
6 discussion whether it should be prosecuted or
7 not.  The prosecutor at the end of our
8 discussion felt that he would write a letter
9 to the Attorney General asking his opinion.
10 Because we originally had discussed at what
11 point does it become gambling.  If we were to
12 ask defense counsel, it would have to be 100
13 percent chance versus, you know, maybe if I
14 looked at it, had to be 100 percent skill, so
15 somebody has to set that bar, and it was
16 during the course of the conversation that the
17 prosecutor wrote that letter, as a result of
18 that letter.
19 Q.     From Seneca County?
20 A.     Seneca County, I'm sorry.
21 Q.     You kept saying Erie County.
22 A.     Correct.
23 Q.     Okay, I just wanted to make sure we
24 were talking about the same thing.

35 (Pages 134 to 137)

HC00005733

Page 138

1  A.     Right.
2  Q.     All right.  So it's the job of this
3  Commission to determine if this machine is 49
4  or 51 percent skill?
5  A.     Well, there's another half to that,
6  and I think you're missing that, is that, if a
7  person that's not participating in the game
8  could control the outcome, okay, then the
9  machine isn't.  By setting the percentage --
10 in other words, if you play a truly
11 skill-based machine, nothing should prohibit
12 you from winning 200 percent, 300 percent.
13 Q.     Where does it say that in the
14 statute?  Please point to a spot in the
15 statute that it says you've got to win more or
16 you have to have the opportunity to win more?
17 A.     No, it says the outcome is
18 determined by a person not playing -- by
19 putting a governor for limiting the amount of
20 wins, then that's violative of the definition.
21 Q.     Under what court decision?  Under
22 your interpretation, correct?
23 A.     The Commission will make the
24 decision.

Page 139

1  Q.     But you're making that statement, so
2  under the circumstances, your interpretation?
3  A.     It's my interpretation.
4  Q.     Is outcome defined by statute?
5  A.     No, it's not.
6  Q.     And I might define outcome whether I
7  win or lose, and you define outcome whether I
8  win or lose money, I think?
9  A.     Well, that's the final outcome.
10 Q.     I understand that.  But I'm just
11 saying, we don't have a definition of outcome.
12 A.     That is correct.
13 Q.     But you've determined that it's more
14 than 51 percent skill -- excuse me, more than
15 50 percent chance?
16 A.     Correct.
17 Q.     All right.  Give me a percentage.
18 A.     I'd say we were probably 75 percent.
19 Q.     Okay.  So now we know that you have
20 a figure of 75 percent?
21 A.     Right.
22 Q.     Can you tell me how you can quantify
23 the amount of skill?
24 A.     Well, you can do it by components

Page 140

1  and say how many components involve skill
2  versus --
3  Q.     Well, let's do it, because we need
4  to know this, maybe the Commission needs to
5  know this.
6  A.     Okay.  What you would first do --
7  Q.     What component -- what component is
8  a skill-based component on this machine?
9  A.     Well, the skill-based is just the
10 ability to correctly complete the series.
11 Q.     Putting money in, that takes skill?
12 A.     We'll give you credit for that, one
13 percent, two percent.
14 Q.     But you think that's skill?
15 A.     Well, it requires the manual
16 dexterity to put the money in the machine.
17 That would be interpreted as skill.
18 Q.     Under what you've found to be in
19 your --
20 A.     We were just using that as -- it
21 takes required some skill, some people maybe
22 couldn't pick up money.
23 Q.     Pressing the button takes some
24 skill, yes or no?

Page 141

1  A.     Yes.
2  Q.     For hitting this button here?
3  A.     Yes.
4  Q.     And then making a selection takes
5  some skill?
6  A.     You missed a major component.  The
7  machine went out and selected two components.
8  Q.     I'm asking the questions, and
9  listen, I just want to ask you to answer my
10 questions.  You'll be able to give any
11 testimony you want to give when they do that.
12 I'm asking a question about in picking a
13 location, does that involve skill?
14 A.     That wasn't your question.  You said
15 let's go over the components of skill versus
16 chance.  You started with a logical sequence
17 of putting money in the machine.
18 Q.     And then I went here.
19 A.     And then you asked me --
20 Q.     And now I'm going to here.
21 A.     And as soon as you hit there, that's
22 where there's an element of chance coming in.
23 That's what I thought you were asking me to
24 testify about, where I got my percentage

36 (Pages 138 to 141)

HC00005734

Page 142

1  numbers from.
2  Q.      I understand that's what you think I
3  asked.
4  A.      Okay.
5  Q.      Let me asked you what I asked.
6  A.      Sure.
7  Q.      Let me try to explain myself better.
8  A.      Sure.
9  Q.      What I'm asking is, picking a
10 location here, just doing the picking, is that
11 skill, does that take skill?
12 A.      Again, you can win by the
13 application of not choosing, randomly picking.
14 Q.      So is your answer yes or no?
15 A.      It requires skill, and at other
16 times you can win by improperly selecting.
17 Q.      I understand.  Is it skill or not a
18 skill?  It's just a simple question, yes or
19 no?
20 A.      Yeah, and I'd say in some cases,
21 yes, it is skill, and sometimes it isn't.
22 Q.      Okay.  So you're not sure.
23       MR. LAMPKE:  Objection,
24 mischaracterizes the testimony.

Page 143

1  Q.      All right.  So putting the money in,
2  of the 25 -- of the 25 percent skill, what are
3  we getting for the money?
4  A.      One percent.  I mean, I'm --
5  Q.      You don't really know, do you?
6  A.      No.  Not on --
7  Q.      How about -- how about pressing
8  this?  What percent skill is this?
9  A.      I'm going to say less than one
10 percent.
11 Q.      And then picking this, is that the
12 other 23?
13 A.      Yes.
14 Q.      All right.  Now, on what basis did
15 you form that opinion?
16 A.      The separate components of the
17 machine.
18 Q.      Is that in your report anywhere?
19 A.      I go through the components of the
20 machine.
21 Q.      Is the 75/25 percent --
22 A.      No.  You had asked me to pick a
23 number, and I did.
24 Q.      Okay.  So you've picked that putting

Page 144

1  in one or two percent, hitting the button is
2  one or two percent, and picking the rest is
3  that, okay.
4        Now, once I've done that, I've
5  completed all of the participation by the
6  player, correct?  Once I've completed putting
7  the money in, pressing the button, picking a
8  location, I've done all the participation I
9  can do?
10 A.      If you don't count your
11 noninvolvement in the spinner and the flip
12 game.
13 Q.      In this game, it awarded me $.20.
14 A.      Well, you have to do activity, but
15 it produces -- it's of no value, your activity
16 performed, because it's already selected the
17 prize that you're receiving.
18 Q.      Okay.
19 A.      But you're still performing an
20 activity, but the activity you're performing
21 has no effect on the outcome, because it's
22 already been decided by the machine.
23 Q.      If this machine put the field that
24 you were going to play prior to your putting

Page 145

1  the dollar in, would that change your opinion
2  any?
3  A.      If the player knew what he was
4  playing for, it was not randomly selected, you
5  know, after the start of the game --
6  Q.      Right, then --
7  A.      If -- if I could?
8  Q.      I'm sorry, let me withdraw the
9  question.  Let me just ask this:  That's the
10 field, all right?  So I know when I come up
11 here, I've got the opportunity to win this way
12 with three oranges?
13 A.      You have the capability of winning
14 $.15 for your investment.
15 Q.      Limes if I want to press this
16 button?
17 A.      Right.
18 Q.      Oranges if I want to press that
19 button.  Oranges if I want to press that
20 button.  Or I don't know what was over here,
21 but possibly oranges two ways, if I press that
22 button.  We already changed the screen.
23 A.      Yeah, in this case, what you have
24 is, let's say you took the minimum and bet

37 (Pages 142 to 145)

HC00005735

Page 146

1  $.50. You would, knowing that you were going
2  to give $.50, if you guess correctly, you
3  would win $.15, or you would -- I'm sorry,
4  $.25 in that case. So you would knowingly
5  know that you're playing the game with the
6  intent of losing.
7  Q.      Right.  Now, if the machine was
8  operated that way?
9  A.      Right.
10  Q.      We have it that way, is the machine
11  in your opinion legal or illegal?
12  A.      If you knew the outcome, you knew
13  the schedule, and that you knew that the
14  process you were going into, then it would be
15  a skill. Because you would be playing knowing
16  that you're going to lose. I don't know why
17  you'd do that.
18  Q.      I understand, but if you did, you
19  would determine this machine to be a
20  skill-based machine?
21  A.      The same as, let's say, pinball, if
22  you're playing a game that you know that you
23  receive so many points, you receive
24  such-and-such a reward, yes.

Page 147

1          MR. GEARHISER:  May I have a
2  five-minute break, Commissioners?
3          CHAIRMAN MCNAMARA:  Yeah, you may.
4          MR. GEARHISER:  I'm going to try to
5  shorten something up by the statement he just
6  made, because I think the machine might be
7  amenable to those kind of changes, and if they
8  are, we might just go forward with this
9  hearing and then produce a new machine. So
10  let me just make a stop if I can, if that's
11  okay.
12          CHAIRMAN MCNAMARA:  Okay.  And I
13  know that you want to continue this on to
14  another day. Don't feel compelled to drag out
15  your cross-examination to ensure that.
16          MR. GEARHISER:  No. We have four or
17  five witnesses that I know will probably not
18  -- we'll not get to today.
19          MR. LAMPKE:  Only one was sworn in.
20          MR. GEARHISER:  I understand. The
21  other two are not here or were coming, because
22  one is an Ohio State University professor; he
23  still had to do his job. So he'll be here.
24          CHAIRMAN MCNAMARA:  All right. Take

Page 148

1  five.
2          MR. GEARHISER:  Thank you.
3          (A break was taken.)
4          MR. GEARHISER:  Thank you, Mr.
5  Chairman, Commissioners, for that delay.
6  BY MR. GEARHISER:
7  Q.      So I had mentioned to you, we were
8  just talking about that that situation was up
9  there?
10  A.      Right.
11  Q.      That the machine would be okay?
12  A.      The only thing I would add is that
13  you'd have to be careful as we take -- if a
14  person not participating in the game could
15  influence the outcome.
16  Q.      Right.
17  A.      Okay, and that would be a concern.
18  Q.      And what would that be? How could
19  you -- how could you -- what is that?
20  A.      Well, I'd have to see the machine.
21  Q.      This machine, exactly like this?
22  A.      Right.
23  Q.      With that pattern out there right
24  now.  So I come up to this machine, let's

Page 149

1  change the play so we can just let it time
2  out, okay?
3          All right.  Now, if I come up to the
4  machine, and I haven't put my dollar in yet,
5  but this is now on the machine.
6  A.      And this is the game that you'll be
7  playing.
8  Q.      And this is the game that I'm going
9  to be playing.
10  A.      Right.
11  Q.      And I know ahead of time that all I
12  would have done if I put $.50 into this
13  machine, or if I'm going to play it, the only
14  thing I was going to win was $.10?
15  A.      Right.
16  Q.      If that was up there and everything
17  else is the same on this machine?
18  A.      Right.
19  Q.      I think you're giving it your
20  blessing?
21  A.      I wouldn't see a problem with it.
22  Because you're basing -- your skill is
23  completing the task as well as knowing what
24  your prize is that you're going to receive.

38 (Pages 146 to 149)

HC00005736



Page 150

1  Q.      And I'm going to tell you, I'm not
2  sure that I'd play this, because I know that
3  I'm going to lose $.40.  And maybe no one else
4  will play it.  But I'll leave that up to the
5  players.  That's all I needed to know.
6  A.      Right.  I mean, I have to see the
7  machine, you know.
8  Q.      I understand.  But assuming
9  everything was exactly the way it is, it's
10  manufactured the same, it's in the same
11  cabinet, it plays the same, it still has a
12  hold, some kind of hold, but again a player
13  could win each and every time, lose each and
14  every time?
15  A.      Um-hmm.
16  Q.      But we know the vendor would make
17  money?
18  A.      He would know what the outcome or
19  what he would win prior to starting the game.
20  Q.      Each and every time, okay.  Let me
21  go through my questions, and I may be --
22       CHAIRMAN MCNAMARA:  When you say
23  prior to starting the game, you mean prior to
24  putting his coin in?

Page 151

1       THE WITNESS:  Before, yeah, putting
2  your coin in.
3  BY MR. GEARHISER:
4  Q.      Or making the button press play.
5  A.      You really have to have your money
6  in to press play.
7  Q.      Correct.
8  A.      Because you'd have to start it by
9  putting the money in the machine.
10  Q.      And I guess what I'd be saying is
11  that you could get your money out of this
12  machine at any time; you've tried to -- you
13  can get it paid off at any time?
14  A.      Um-hmm.
15  Q.      So I mean, if you put $20 in and see
16  that pattern and went (Indicating) and press
17  the button, you can get all your money back
18  out?
19  A.      Yeah, see some of the machines
20  require a minimum payout and are adjustable to
21  $5.00.
22  Q.      I understand that.
23  A.      And there's a way to do that.
24  Q.      Correct.

Page 152

1  A.      It would have to be all the money
2  coming out.  And that's why you'd have to be
3  through the individual components.
4  Q.      And I understand that.  But I think
5  our machine, you can get your money back out
6  at any time.  I'm pretty sure about that.
7       Let me go through here and see if I
8  got any more questions
9       (Pause in proceedings.)
10       MR. GEARHISER:  I have no more
11  questions.
12       CHAIRMAN MCNAMARA:  Redirect?
13       MR. LAMPKE:  Just briefly, Mr.
14  Chairman.
15       - - - - -
16       REDIRECT EXAMINATION
17  BY MR. LAMPKE:
18  Q.      Mr. Riedthaler, the operator can
19  make money on a game of skill, correct?
20  A.      That's correct.
21  Q.      And a game of skill, though, does
22  the operator have the potential of losing
23  money?
24  A.      Yes.  If you have a very skilled

Page 153

1  player or player that would come in and play
2  for an extended period of time, nobody else
3  would play that machine, based on their
4  application of skill.
5  Q.      And this machine, does the operator
6  have any potential of losing money?
7  A.      No.  He will always make a profit.
8  Q.      What is the skill involved in the
9  outcome of the play of this machine?  I
10  understand you testified as to some
11  percentages based on an awkwardly worded
12  question.  Under Ohio Revised Code, what is
13  the skill involved in the outcome of play on
14  this machine?
15  A.      If you're actually talking about the
16  actual task, the task doesn't start with the
17  money, doesn't start with the press button,
18  okay; it actually starts with the activation
19  of devices.  As soon as you press that button,
20  the first thing that happens, it selects a
21  line.  That's done randomly.  And the second
22  choice it makes, then, it decides what prize
23  you're going to win.
24       Then the actual images of what Mr.

39 (Pages 150 to 153)

HC00005737



Page 154

1 Gearhiser referred to as the actual puzzle
2 appears on the screen.
3     So if we were to stop it right
4 there, two thirds of the activity would have
5 already occurred by chance. One would be
6 skillful. We then go to two other components
7 inside the machine, one being the flip, one
8 being the spinner.
9     Again, when you actually -- it makes
10 the player believe that he can increase the
11 amount of wins based on his selection, when in
12 fact those selections have already been
13 predetermined by the machine; it's already
14 decided how much it's going to pay out.
15     So that's where I'm getting that,
16 you know, that number from.
17 Q.     Now, the game board that appears,
18 and the various columns rotate?
19 A.     Yes.
20 Q.     When you activate the machine, do
21 those nine fruit images randomly appear on the
22 screen?
23 A.     Actually, they're selected prior to,
24 based on the selection made by the machine.

Page 155

1 In other words, the machine selects what the
2 ultimate -- when they stop, what image is
3 going to be displayed, that's been selected by
4 the machine, the computer of the machine.
5 Q.     Okay. And based on that question,
6 then, what percentage do you believe the
7 machine is based on chance or random events
8 occurring?
9 A.     It's going to be 75, 76 percent,
10 somewhere in there.
11     COMMISSIONER COLONNA: Could you
12 speak into the mic, please.
13 A.     I'm sorry. 75, 76 percent,
14 somewhere in there, because we know it's two
15 thirds the spinner plus the flip.
16     MR. LAMPKE: That's all the
17 questions I have.
18     - - - - -
19     EXAMINATION
20 BY CHAIRMAN MCNAMARA:
21 Q.     Mr. Riedthaler?
22 A.     Yes, sir?
23 Q.     I have a five-year old grandson who
24 has learned how to beat me every time at

Page 156

1 tic-tac-toe as long as he gets to go first.
2 A.     Right.
3 Q.     Would he be a pretty good winner at
4 this game?
5 A.     It wouldn't take too long to master
6 it. But ultimately, if he had the dollar,
7 he'd only get to 95. Let's say it was 97,
8 he'd only get the 97 percent.
9 Q.     I understand.
10 A.     Whereas, if he was truly a skillful
11 player and he was playing, he could continue
12 to play based on those wins, there's no
13 governor that would prevent him from playing.
14     CHAIRMAN MCNAMARA: Thank you. Any
15 other questions?
16     MR. GEARHISER: No questions.
17     CHAIRMAN MCNAMARA: Thank you very
18 much.
19     COMMISSIONER COLONNA: There's only
20 one thing I got to tell you: Out of all
21 three of us up here, there's only one golfer
22 out of this three, and that's Bob Gardner.
23     (Laughter.)
24     MR. LAMPKE: With the admission of

Page 157

1 Exhibits A through D -- A through E, the
2 Department would rest.
3     MR. GEARHISER: I've got no
4 objection, I think I've said, to A, E -- in
5 the order they're coming in, A, E, C, or D.
6 The only one I have objection to is B, which
7 is the report, but I think the Commission is
8 going to allow it in as it's an actual
9 investigative report.
10     CHAIRMAN MCNAMARA: Correct. The
11 State's exhibits are admitted.
12     MR. LAMPKE: Thank you.
13     (Discussion off the record.)
14     - - - - -
15     MICHAEL PACE
16 being previously sworn, testifies
17 and says as follows:
18     - - - - -
19     DIRECT EXAMINATION
20 BY MR. GEARHISER:
21 Q.     Mr. Pace, would you identify
22 yourself for the record, please.
23 A.     My name is Michael R. Pace.
24     COMMISSIONER COLONNA: Speak into

40 (Pages 154 to 157)

HC00005738

Page 158

1  the microphone, please.
2  A.        My name is Michael R. Pace.
3  Q.        And, Mike, by the sound of your
4  voice, you're probably not from Ohio.  Where
5  do you hail from?
6  A.        I grew up in Atlanta, I traveled all
7  over the United States, and I've lived the
8  last eight years in the Rocky Mountains but am
9  now back in Atlanta.
10  Q.        All right.  Do you have a business
11  in Atlanta?
12  A.        I have nine businesses in Atlanta.
13  Q.        All right.  And can you give the
14  Commission a background on your education.
15  A.        I went to Northside High School in
16  Atlanta.  After the eighth grade, I spent most
17  of my time in computer centers instead of
18  going to school.  I had a first-class FCC
19  license by the time I was 16 through a
20  correspondence course, which was the
21  equivalent of a two-year electrical
22  engineering degree.  And I started fixing
23  pinball machines when I was 12, and I started
24  designing games when I was 13.  And I designed

Page 159

1  and developed the world's first countertop
2  game in 1979.
3  Q.        Would it be fair to say that ever
4  since you were in, virtually, middle school,
5  you've been involved in electronic gaming or
6  software of some type?
7  A.        Yes.  I had a degree from the
8  federal government that allowed -- or at least
9  the license allowed me to design, build, and
10  maintain TV stations' transmitters, that sort
11  of thing.
12  Q.        And by your appearance here today,
13  I'm assuming you know all about Tic-Tac-Fruit?
14  A.        Yes, sir.  I designed it.
15  Q.        All right.  And can you tell -- when
16  you say you designed it, can you tell us what
17  you did to determine the -- or to make the --
18  I know you didn't physically make the cabinet,
19  but the software that runs the computer
20  program?
21  A.        The board that's in it, the computer
22  board, I designed that particular board in
23  1989.  I designed the entire board myself, the
24  computer, the way chips hook together, the

Page 160

1  memory, the way it works.  I wrote the
2  operating system that runs on the board.
3  I came up with the game concepts as to how
4  the game should play to comply with law.  And
5  then I also did 100 percent of the programming
6  of it as well.
7  Q.        So would it be fair to say that
8  although there may be some people who gave you
9  ideas of what might or might not be a
10  successful or enjoyable amusement device,
11  you've done all the computer work on this
12  particular machine?
13  A.        And virtually all the concept stuff
14  as well.
15  Q.        All right.  And did you build this
16  -- was it your intention to build this to fit
17  Ohio law?
18  A.        Absolutely.
19  Q.        Is there a Tic-Tac-Fruit built for
20  any other state?
21  A.        There's similar games which I
22  designed to meet the law in other states.
23  This concept here that evolved into the game
24  we did for Ohio was too skillful to work in

Page 161

1  other states and jurisdictions; it really only
2  had a home here, when the later features were
3  added, were made to comply with Ohio law.
4  Q.        Many other states have laws that use
5  definitions like "some skill"?
6  A.        That's correct.
7  Q.        I know that I've read that.
8  A.        That's correct.
9  Q.        And so Ohio would certainly be a
10  standard we know that's a lot more than some
11  skill?
12  A.        Right.  The game was so skillful
13  that it would not compete in states where they
14  only required some skill.
15  Q.        Okay.
16  A.        Players wouldn't play it.
17  Q.        And it's my understanding that
18  recently you have, besides building programs
19  for -- what company are you currently
20  president of that is involved with
21  Tic-Tac-Fruit?
22  A.        I am chairman and CEO and owner of
23  Pace-O-Matic, which is still a Wyoming
24  S-corp., but we're based out of Atlanta.

41 (Pages 158 to 161)

HC00005739

Page 162

1   Q.       And that company developed not only
2   Tic-Tac-Fruit but other gaming and/or
3   skill-based games?
4   A.       I design different type games for
5   different jurisdictions, mainly in the United
6   States but in several other countries in the
7   world as well.
8   Q.       And have you recently also been
9   qualified as an expert to testify on machines
10  such as this or any other games?
11  A.       I recently represented the Georgia
12  Coin-Op Association in a criminal trial in
13  Cobb County, Georgia, which is metropolitan
14  Atlanta, where I was the expert for the
15  Coin-Op Association.
16  Q.       And were you defined as an expert on
17  behalf of the court at that time?
18  A.       Yes, sir.
19  Q.       All right. And did you, just out of
20  curiosity, in that particular testifying, did
21  you find some games complied with Georgia law
22  and some did not?
23  A.       We had 14 games that had been
24  seized, and at this trial, I found most of

Page 163

1   them to be legal in Georgia, a couple of them
2   to be illegal in Georgia, and several of them
3   that I just could not make a determination as
4   to whether they were legal or not, just by the
5   way they were set up.
6   Q.       Okay. In Ohio, the slot machine is
7   a machine that operates with less than 50
8   percent skill, we know, by definition. Can
9   you tell us why, when you go in and you play a
10  slot machine, that it's based on whether
11  you're the right person at the right time; can
12  you tell us why that operates that way, a slot
13  machine?
14  A.       You mean why it's driven by chance?
15  Q.       Correct.
16  A.       Computers are incapable of
17  generating random numbers themselves, so we
18  call it a pseudo random number generator, but
19  it's essentially the same for this argument.
20       A computer does generate random
21  numbers which are applied in a basic slot
22  machine to randomize pictures, icons; they
23  even use random number generators in poker
24  machines to basically shuffle the deck. So

Page 164

1   you really don't know what you're going to get
2   at any one particular moment or one particular
3   play, but over an average you know exactly
4   what you're going to get.
5   Q.       And where as slot machines, there's
6   -- and many of these poker machines and other
7   machines, there's a, it's a what I call a
8   random number generator or computer program in
9   there that tells me that Player 5 is going to
10  win and Player 10 is going to win and Player
11  20 is going to win, but all the other up to 20
12  are going to lose. Is that basically the way
13  it operates?
14  A.       I don't think so.
15  Q.       Okay. Well, tell me how it operates
16  then.
17  A.       Which type of gambling device do we
18  want to talk about?
19  Q.       The slot machine.
20  A.       A slot machine. The earliest forms
21  of slot machines had mechanical reels, and
22  when the handle was pulled and released, all
23  three reels were spun and that there were
24  different timing gears put into them, slowly

Page 165

1   decayed down to where they plugged the pin
2   into a hole and stopped the reel into a slot.
3   But they didn't know where it was going to
4   stop.
5       But they knew by the orientation of
6   the symbols how many symbols are on each
7   particular reel as to how often a specific
8   pattern is going to come up.
9       In other words, we took a basic
10  simple slot machine where all three reels,
11  there was only one way to win, in the middle
12  line, and you took each reel, let's say each
13  reel has eight symbols on it, but I mean
14  there's only two different symbols. You put a
15  cherry and you put a lemon: cherry-lemon,
16  cherry-lemon, cherry-lemon, all the way around
17  each reel, so that each reel whenever it stops
18  has a 50 percent chance of landing on either a
19  lemon or a cherry.
20       Then every time that you pulled the
21  handle and released it, there's eight
22  different ways you can land. It could land
23  with either cherry-cherry-cherry,
24  cherry-cherry-lemon, cherry-lemon-cherry,

42 (Pages 162 to 165)

HC00005740

1  cherry-lemon-lemon, lemon-cherry-cherry,
2  lemon-cherry-lemon, lemon-lemon-cherry, or
3  lemon-lemon-lemon.  There's eight different
4  outcomes, which is two to the third power,
5  which is the way that it's determined.
6        You find out how many different type
7  symbols can be in any one particular place on
8  a reel.  And you simply take, if all -- and
9  you multiply that times the same on the next
10 reels.  So if you had three reels, it would be
11 taken to the third power; two to the third
12 power is eight combinations.
13       So if you wanted to land on all
14 three cherries, one out of eight times it's
15 going to land on all three cherries, and one
16 out of eight times it's going to land on all
17 three lemons.
18       That's the only time you're going to
19 get all lemons or all cherries.  And that's as
20 simple as I can make it.
21 Q.       And now that's done all by computer?
22 A.       Absolutely.
23 Q.       All right.
24 A.       It's simulated in a computer to do

1  exactly the same thing.  You don't even have
2  to -- you no longer have to worry about your
3  virtual reels and what symbols are on it;
4  that's unimportant.  You simply got to know
5  what the occurrence is of a particular symbol
6  showing up in a particular place.
7        You know that one out of two times
8  you're going to get the symbol.  Then if it's
9  the same three reels, it's the same odds, two
10 to the third power, one out of eight times
11 you're going to achieve your pattern.
12 Q.       If I'm the best slot machine player
13 or the worst slot machine player in the world?
14 A.       Yes, sir.
15 Q.       Am I going to get the same amount of
16 money?
17 A.       Yes, sir.
18 Q.       All right.  And why is that?
19 A.       Because no amount of skill or input
20 to a slot machine is going to change the
21 outcome of what happens.  Now, you can hit the
22 winner and get up and walk out the door before
23 all the coins fell out and not get your win,
24 but the machine would have paid.

1  Q.       But the player has no way to
2  actively participate and affect the outcome?
3  A.       Of course.  And the house is
4  counting on that.
5  Q.       All right.  Now, are there any trips
6  or hidden devices in this particular machine
7  or these machines that you developed that, if
8  an operator wants to, can go in here and hit
9  this switch and all of a sudden we have a
10 poker machine; there's nothing hidden in
11 there, is there?
12 A.       No, sir.
13 Q.       There's no ability to -- I mean, you
14 could obviously pull out maybe some of the
15 software and do some changes, but what I'm
16 saying is, this particular program is run to
17 only produce Tic-Tac-Fruit?
18 A.       The law in Ohio is very simple to
19 me, it was very straightforward, clear as to
20 what you had to do and not do.  I set up the
21 machine for Ohio with very few adjustments in
22 it whatsoever, and none of those adjustments
23 can an operator ever change that will affect
24 the defense of a game in the state.  That was

1  on purpose.  Because operators would, they'd
2  get a hold of it and go out there and change
3  something, and then we'd be in trouble.
4  Q.       So nobody can come in here and
5  affect any of the changes on the machine, that
6  you're aware of?
7  A.       No one can get into my setup screen
8  and change anything which affects the defense
9  of the machine.  And why it is legal in the
10 state.
11 Q.       I talked to Mr. Riedthaler earlier
12 about the fact that how this machine played
13 and the fact that there were 60,000 tiers.
14 Now, can you explain the difference between
15 tiers and cartridges -- or tiers and plays,
16 excuse me.
17 A.       Yes.  The way this machine is set up
18 is that every single play that you make on the
19 machine, the computer uses a finite structure,
20 I don't think it's important we get into that
21 at this point, but it basically assures that a
22 complete set of permutations have been
23 achieved before it starts back over.
24       But the machine first determines

43 (Pages 166 to 169)

HC00005741

Page 170

1  whether it's going to be a one-line winner, a
2  two-line winner, a three-line winner, or a
3  four-line winner. But it's set up and
4  weighted to where it averages a two-line
5  winner, exactly. So that you get so many
6  one-line winners, so many two-line winners,
7  three-line winners, and four-line winners.
8         But if you play it through the
9  entire set, which is 40 -- or 20 in this case,
10 you know that you have played 40 lines, so
11 that you know that you have played an average
12 of two tiers and lines per play.
13        Now, I took that and I said, well,
14 if we're going to do 30,000 plays in a
15 cartridge, in a finite cycle, then two is a
16 really good even number, it's an integer, it
17 makes the math very simple. I could very well
18 have had it 1.179 lines per play, but it
19 wouldn't have been near as simple to look at.
20        So then now I know if it's a
21 30,000-play-cycle cartridge, that it has to
22 eat through 60,000 tiers. So I put 60,000
23 tiers into it.
24 Q.     And the cartridges we're talking

Page 171

1  about, it's really no cartridge, it's what we
2  call a virtual cartridge?
3  A.     Not physical.
4  Q.     Correct, that's What I'm saying,
5  there isn't a particular cartridge, the
6  computer says there's --
7  A.     I call if a finite control
8  structure. That's my term for it. I actually
9  invented it.
10 Q.     And Mr. Riedthaler called it a
11 cartridge; is that okay?
12 A.     Yeah, absolutely.
13 Q.     All right. Now, I know -- I don't
14 know if this machine has the exact same
15 number, but I know Tic-Tac-Fruit comes in
16 different versions, and I think the versions
17 on the street today would range anywhere from
18 30,000 plays all the way down to, what's the
19 smallest number, 2,500?
20 A.     2,500, yes, sir.
21 Q.     So there may be some that are as low
22 as 2,500 out there, okay.
23 A.     Correct.
24 Q.     Okay. We also talked about the

Page 172

1  possible number of -- the computer goes ahead
2  and says we need this many fruit. But the
3  computer actually says, you know, I've got a
4  large number of plays to choose from, and I
5  said to Mr. Riedthaler 109 million because
6  that's what our mathematician advises. Would
7  109 million possible combinations be the
8  number that you're familiar with, give or
9  take?
10 A.     What actually happens, Kurt, is
11 that there are eight different tiers or eight
12 different particular symbols that can appear
13 at any one of nine different spots. So the
14 math, again, is eight times eight times eight
15 times eight -- nine times, which is
16 134 million something.
17        But because of the algorithm that I
18 wrote, what the computer is told to do is,
19 once it determines which tiers and how many
20 lines that it's going to use, it constructs a
21 puzzle, it puts these tiers in there in a
22 specific way, but it can never have a winning
23 combination when it's first done, because that
24 would be against the law in Ohio. We have to

Page 173

1  make it so there are no winners when it
2  produces it.
3         If you subtract out all the possible
4  ways to have winning patterns on the screen
5  from the 134 million, you end up with
6  109 million. You have 109 million different
7  ways that the computer can arrange the symbols
8  on the screen, assuming there's eight
9  different symbols, which we've used in nine
10 spots, so that there is no winner off the bat,
11 the player is forced to make a decision, but
12 there's always at least one winning line in
13 there.
14 Q.     The player can win each and every
15 time?
16 A.     Yes, sir.
17 Q.     All right. And a player could lose
18 each and every time if they're really bad?
19 A.     Of course.
20 Q.     If the machine operates in the time
21 and they make no pick, what happens?
22 A.     On these machines here, if a person
23 does not pick and runs out of time, he cannot
24 possibly win that. We take the amount of the

44 (Pages 170 to 173)

HC00005742

Page 174

1  prize that he would have gotten, he would have
2  achieved if he had played it perfectly, and
3  throw it to the bonus.  So that some other
4  player down the road could win that back if he
5  recognizes the best pattern and gets it in
6  time.
7  Q.      So now if I press play and pick the
8  wrong location, which would be here, I have
9  now lost five cents on that play?
10  A.      And it went to your bonus value.
11  Q.      And it changed the bonus value up
12  here?
13  A.      Yes, sir.
14  Q.      Now, if you wanted to, I suppose you
15  could just let that bonus go to the operator,
16  but it's going back to give another player the
17  opportunity to win; is that correct?
18  A.      That's correct.  Some other player
19  can win that.
20  Q.      So the player that lost, if he
21  wanted to play again, he still has the
22  opportunity to win that bonus then?
23  A.      Yes, sir.
24  Q.      Now, can you explain the difference

Page 175

1  between what I would consider a win that
2  occurs on here with three cherries and a win
3  that might occur up here with the higher
4  dollar value, and by that what I mean is, with
5  three cherries it appears to be a fairly
6  simple pattern.  Is there a difference
7  between, in your opinion, the level of skill
8  that it takes to win at three cherries and the
9  level that it would take to win the titanium
10  bars?
11  A.      Yes, sir.
12  Q.      All right.  Can you explain to the
13  Commission how that occurs?
14  A.      To make it simple, we'll assume that
15  we're just talking about single-line winners.
16         If the computer has determined that
17  it's going to go a single-line winner, just
18  somewhere there's one line in eight different
19  ways that it's going to win and that it is
20  decided that it's going to be the bottom tier,
21  in this case cherries, then all it can do is
22  put the cherries in there and that's all it
23  can do.  It cannot create alternative patterns
24  to try to screw -- to try to fool the player

Page 176

1  who's playing it.
2         If they had the time, if the
3  computer had decided that this was the time
4  that he was going to get the top tier, it
5  would put the top winning tier, in this case
6  what is that, titanium bars?
7  Q.      Titanium bars it, looks like.
8  A.      Okay, then there would be a winning
9  line somewhere on the screen with three
10  titanium bars with one of them replaced with a
11  benign symbol, one that didn't count.
12  Q.      The wild card.
13  A.      Then the computer would take the
14  other six places on the screen and start
15  filling them with symbols just below that, in
16  this case the spinner or the flip, thereby
17  trying to camouflage or hide from the player
18  the fact that the big one is in there.  And
19  the higher the tier that you can win, the more
20  symbols are below it that the computer can use
21  to try to throw the player off.  That was the
22  whole idea.  We've tried to, you know, you've
23  got to find the big winner in there.
24  Q.      So in your opinion, would it be more

Page 177

1  difficult to win the higher tiers than it is
2  to win the lower tiers?
3  A.      Absolutely, because the program that
4  I developed for it is over 6,000 lines along,
5  the algorithm, just to make the patterns, just
6  to put those symbols up there.  It's told,
7  once it finds a place that it likes to put
8  that single-line winner, it then can put other
9  winning -- potential winning lines in there,
10  provided that if a player does find the right
11  spot to hit them.  And he cannot win more than
12  guessing the correct answer.  That's as simple
13  as the math is.
14         So the computer tries to fool the
15  player.  In other words, he might see the one
16  under it and say, hey, there it is, he jumps
17  for it and hits it, he just screwed up,
18  because he missed the top one.  So the
19  computer will let you -- it tries to hide
20  those, but it will let you win a pattern that
21  you weren't supposed to, provided that it has
22  less weight than the one that you're primarily
23  supposed to win.
24  Q.      And is there any pattern of the --

45 (Pages 174 to 177)

HC00005743

Page 178

1   on this particular machine, 30,000, or out of
2   the 109 million, is there any pattern out
3   there that would allow for a winner being
4   shown without a replacement?
5   A.      You mean where it throws a winner up
6   there automatically?
7   Q.      Correct.
8   A.      Computer can't put a winner on the
9   screen.
10  Q.      All right.  And that's because your
11  computer program, as written, won't allow it?
12  A.      It does seven different tests after
13  it's decided on what the pattern is to make
14  sure that doesn't happen.  It makes sure that
15  it did it right.  If it doesn't, it starts
16  back over.
17      So it always presents illusion to
18  the player.  Otherwise, if it timed out, he'd
19  have a winner of some sort.  There's always a
20  loser to the player.  The player must make a
21  decision in the nine squares.  The different
22  places he can touch generally have different
23  scores to them.  He's got to find the right
24  spot to touch in a certain amount of time that

Page 179

1   gives him the highest score.  And sometimes
2   the spots don't score anything, before the
3   time runs out, or he loses all of it.
4   Q.      All right.  Mike, if you could stand
5   up, and this is the machine we've kind of been
6   looking at.  There was a screen back in the
7   menu that indicated what Mr. Riedthaler said
8   was 95 percent?
9   A.      Yeah.
10  Q.      Can you get to that same screen?
11  A.      Sure.  I showed that stuff to Bill a
12  long time ago so he'd know where it was.
13  Q.      He indicated that to us.
14  A.      Yeah.
15  Q.      Let me just ask, while you're
16  standing up there, you and Mr. Riedthaler met
17  before?
18  A.      Absolutely.  Very nice guy.
19  Q.      And you have tried to tell him
20  everything you could about this machine?
21  A.      I was invited to show my game to the
22  Canton City Police Department.  By the time we
23  showed up at the time, they had now changed it
24  to the Stark County Sheriff's Department.  And

Page 180

1   I was very happy about that.  They brought
2   Bill in, Bill Riedthaler.  First time I met
3   him.  He's very knowledgeable, and he asked me
4   questions about the game, and I fully
5   explained every bit of this machine inside and
6   outside.
7   Q.      Okay.
8   A.      Gave him my phone number where he
9   could call me if he had any questions.
10  Q.      All right.  Now, under the second
11  box on the right-hand side of that screen?
12  A.      Yes, sir.
13  Q.      There is something that says game
14  level 0.9500?
15  A.      Right.
16  Q.      Now, I believe Bill described that
17  originally as if there's a 95 percent hold on
18  the machine?
19  A.      Doesn't really work that way.
20  Q.      Can you explain what that is?
21  A.      .95 is a coefficient, which does
22  represent 95 percent.  This machine is
23  hard-coded so that the best return the machine
24  can make over the life of one single cartridge

Page 181

1   is 95 percent of the money that went into it.
2   Q.      I'm going to interrupt you for a
3   second --
4   A.      Only because of the finite structure
5   of this setup.  There's not a compensating
6   algorithm.
7   Q.      If at the end of the cartridge?
8   A.      Yes.
9   Q.      Nobody has put another cartridge in
10  place?
11  A.      Yes.
12  Q.      What happens to the machine?
13  A.      It quits playing.
14  Q.      All right.  So it doesn't go on
15  ad infinitum, correct?
16  A.      That's correct.
17  Q.      So there has to be effectively a
18  replacement virtual cartridge for each and
19  every series of plays?
20  A.      Yes, sir.
21  Q.      All right.  Go ahead, continue on
22  about that 95 percent.
23  A.      Okay.  What that 95 percent means is
24  that if a person, if you started off with one

46 (Pages 178 to 181)

HC00005744

Page 182

1  cartridge, 30,000 plays, played all 30,000
2  plays absolutely correctly, got the best
3  answer, the nine spots, and all of those
4  30,000 times, which the odds are just
5  phenomenal on, the prizes that would have been
6  returned to the player over the amount of
7  money that was played would be 95 percent,
8  therefore affording the owner of the machine
9  at least to pay the electricity on it and make
10 money off it.
11 Q.      All right.  Now, in your opinion,
12 after reading Ohio statutes, is there anything
13 wrong with an operator making money from a
14 skill-based game?
15 A.      No, sir.
16 Q.      All right.  Now, we know that the
17 maximum amount that the best player could win
18 is 95 percent.  Do we know what the lowest
19 amount is?  Because originally Mr. Riedthaler
20 indicated, I thought, that there was a hold,
21 and then when I asked him a series of
22 questions, he did indicate that he thought if
23 somebody lost each and every time, well,
24 obviously, the payout would be zero.

Page 183

1  A.      Bill is very familiar with machines
2  that are out there, and most all of my
3  competitors' and most of the all the machines
4  before this do have a hold ratio on them.
5  They have what's called a compensating
6  algorithm.
7  Q.      What's a compensating algorithm?
8  A.      A compensating algorithm is a
9  program inside of a device that generally --
10 inside of a device that looks like it's it has
11 skill but really doesn't.  And that is a
12 device that looks at the amount of money into
13 the machine, the amount of money out of the
14 machine, and determines that as a ratio.  And
15 you set up a machine with a compensating
16 algorithm to a hold ratio, like Bill was
17 talking about, say 50 percent.
18         Now, if the machine had $1,000 had
19 gone into it and $400 had gone out of it, the
20 computer is going to say, hmm, we have not
21 paid out enough money for what the hold
22 percentage is set to; therefore, the next
23 player or the next play after that or whatever
24 else, I'm going to give the player some really

Page 184

1  big winners, regardless of what his skill
2  level is.
3         If it then gets to the point where
4  it's the other way around, the machine is
5  taking in less money or has paid out too much
6  money relative to the money inside of it, it
7  quits giving a player good winners.  So it's
8  always looking at that.
9         It's called a compensating
10 algorithm, so that if a player had no skill
11 and he was just up there bumming around and
12 touching buttons on the machine, after a
13 while, the machine is will say, hey, this guy
14 is not doing too good, I'm going to start
15 throwing him some big winners.  Well, that
16 negates all of the skill for a machine.
17         A person at the end of the day gets
18 exactly the same amount of winnings as being
19 skillful as not being skillful, or even hiding
20 around the corner and hitting the button.
21 That's what Bill is used to seeing and why he
22 calls it a hold.  This machine does not work
23 that way.
24 Q.      All right.  Tell us how it works.

Page 185

1  A.      Okay.  This machine, like we said,
2  if a player hits the worst answer or the
3  several worst answers to any one puzzle, if
4  they pick the spot that does not return
5  anything, for all 30,000 plays of the
6  cartridge, this thing is paid zero.  That
7  player gets nothing back.  It cannot
8  compensate on a player and make a bad player
9  good.
10 Q.      So, effectively, a bad player, or
11 the worst player possible, the worst
12 Tic-Tac-Fruit player in the world would make
13 zero dollars if he played all the way out?
14 A.      That's correct.
15 Q.      On most of the machines that have
16 compensating algorithms, the worst
17 Tic-Tac-Fruit player, if a machine had a
18 compensating algorithm, would make the same
19 amount as the best player?
20 A.      He would make essentially the same
21 money that a skilled player would in exactly
22 the same amount over a larger amount of time.
23 Generally about an hour's time, the way
24 they're set up.

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005745

Page 186

1    The guy plays an eight-liner machine
2 or whatever out there, which has a
3 compensating algorithm, doesn't matter how
4 good or bad he is, or any other type machine
5 that has what I call pseudo skill or faux
6 skill or whatever, that really doesn't apply
7 to the outcome of the machine.  But in the
8 short time it looks good, but it doesn't
9 really work.
10 Q.      So over the long term that somebody
11 would play this machine, the amount of money
12 they win is based -- if it's not based on a
13 compensating algorithm, what's it based on?
14 A.      This machine is purely based upon
15 the finite structures of the machine.  It's
16 predetermined winners all the way through it,
17 depending on who gets what, when and where, 95
18 percent of the money that goes into it is
19 going to be returned.
20 Q.      If the player is right each and
21 every time?
22 A.      If he's absolutely perfect, exactly.
23 Q.      If the player is not and is not
24 skillful?

Page 187

1 A.      Yes?
2 Q.      Then effectively --
3 A.      It could be anywhere from 0 to 95.
4 Q.      And we don't know?
5 A.      We don't know.
6 Q.      And we have no way to control that?
7 A.      We have no control over that.  And
8 the operator has no control over that.
9 Q.      That's my next question, all right.
10 You can take a seat.  Thank you.
11 A.      Thank you.
12 Q.      If the machine doesn't control 0 to
13 95, who controls it then?
14 A.      The player.
15 Q.      All right.  So the player controls
16 the entire outcome on your machine?
17 A.      Absolutely.
18 Q.      And to you, what does the word
19 "outcome" mean?  Is it defined?  Is outcome
20 the amount of money that you win or lose, or
21 is the amount -- or is it the --
22 A.      The outcome is whether you win or
23 lose the game.  The prize is independent of
24 that.

Page 188

1 Q.      The prize has no bearing on your
2 particular, on the skill level of your
3 machine?  I'm going to withdraw that and ask
4 this: It's correctly solving the puzzle?
5 A.      Yes.
6 Q.      The player has no bearing on the
7 prize; they only have bearing on whether they
8 can solve the puzzle?
9 A.      That's correct.
10 Q.      All right.  You've reviewed the Ohio
11 statute?
12 A.      Very many times.
13 Q.      Does it give a definition of prize?
14 A.      Yes, it does.
15 Q.      All right.  And prize can be
16 anything of value?
17 A.      Yes, sir.
18 Q.      All right.  Is there a cap on the
19 amount of money that can be paid out?
20 A.      No, sir.
21 Q.      Does the statute indicate --
22    MR. LAMPKE:  I'm going to object,
23 Your Honor.  The statute speaks for itself.
24 We don't need the witness to testify about it.

Page 189

1    CHAIRMAN MCNAMARA:  It does.
2    MR. GEARHISER:  All right.  No
3 further questions.
4    CHAIRMAN MCNAMARA:  You may cross.
5    - - - - -
6    CROSS-EXAMINATION
7 BY MR. LAMPKE:
8 Q.      Mr. Pace?
9 A.      Yes, sir.
10 Q.      My name is Matt Lampke.
11 A.      Hey, Matt.
12 Q.      Your area of designing machines is
13 slot machines, generally, isn't it?
14 A.      Well, I started designing pure
15 amusement machines.
16 Q.      Have you designed slot machines?
17 A.      Yes, I have.  Well, okay, yes, I
18 have.  Yes.
19 Q.      And you designed this not to be --
20 in an attempt not to be a slot machine,
21 correct?
22 A.      That's correct.
23 Q.      There was a question regarding what
24 happens to the money at the end of a cartridge

48 (Pages 186 to 189)

HC00005746

Page 190

1    if there's money still left on the machine.
2    Now, you don't design these to have an end
3    point, do you?  You don't design these so you
4    don't have another cartridge of 10,000 game
5    boards waiting, right?  You design it so that
6    you do have continuous play?
7    A.        A lot of times, the operators run
8    the machine until it quits playing; the
9    machine says it's out of plays, that's it.
10   Q.        Okay.  And you normally have two
11   cartridges, at least, in a machine?
12   A.        This particular game here had three
13   cartridges at a time.
14   Q.        Okay.  At the end of one cartridge,
15   the first cartridge?
16   A.        Yes, sir.
17   Q.        If there's money still left on the
18   board, what happens to that money when it goes
19   -- when it completes the first cartridge and
20   starts anew on a second cartridge?
21   A.        It just still has it left over from
22   the previous cartridge.
23   Q.        So it carries over?
24   A.        Of course.

Page 191

1    Q.        Okay.  Now, you also talked about
2    slot machines.  A slot machine is not defined
3    by one's ability to affect the winnings on the
4    machine, is it?
5    A.        Could you rephrase that?
6    Q.        What is your definition of a slot
7    machine under Ohio law?
8    A.        It is a device that does not have
9    any skill, or at least having skill is not a
10   requirement to be a slot machine.
11   Q.        Why don't I recite the definition
12   for you.
13   A.        Okay.
14   Q.        It's any mechanical device capable
15   of accepting anything of value from a player
16   who gives a thing of value in the hope of
17   winning a game, the outcome of which is
18   determined largely or wholly by chance.
19   A.        Okay.
20   Q.        In that definition, there's no
21   description of it's a slot machine if you win
22   lots of money or lose lots of money, is there?
23   A.        I don't think so.
24   Q.        It's just a chance to win money,

Page 192

1    correct?
2    A.        Evidently.
3    Q.        You said there was an average of two
4    tiers of line per play?
5    A.        Yes, sir.
6    Q.        And a player does not know that,
7    correct?
8    A.        I don't believe that it's important
9    that the player know that.
10   Q.        Okay.  There's no instruction that
11   tells them the average number of tiers?
12   A.        I don't know why it's important.
13   Q.        Answer my question, please.
14   A.        No, it does not tell them that
15   there's two tiers.
16   Q.        How many game boards are on each
17   cartridge in this machine?
18   A.        A game board is the physical
19   components which allow the computer to
20   operate.
21   Q.        Okay.  So let me ask the question
22   this way then:  Tell me what that screen is up
23   there on the left machine that shows the
24   tic-tac-toe grid.  What do you call that

Page 193

1    screen?
2    A.        A tic-tac-toe field.
3    Q.        Okay.  How many tic-tac-toe fields
4    are there per cartridge?
5    A.        The same number as the plays in the
6    cartridge.  30,000 in this case.
7    Q.        30,000?
8    A.        Yes, sir.
9    Q.        How many plays per cartridge does a
10   player not receive more than the amount
11   wagered?
12   A.        I'm sorry, I don't understand.
13   Q.        How many plays can a player not
14   receive more than the amount that they wager
15   on the machine?
16   A.        I still don't understand what you're
17   saying.
18   Q.        Okay.
19   A.        How many plays?
20   Q.        How many tic-tac-toe fields per
21   cartridge out of 30,000 can a player not
22   receive more than the amount they wagered?
23   A.        You're talking about how many fields
24   are there from the 109 million different

49 (Pages 190 to 193)

HC00005747

Page 194

1 types?
2 Q.       No.  You said there are 30,000
3 fields of play?
4 A.       Correct.
5 Q.       Per cartridge?
6 A.       Right.
7 Q.       Of that 30,000?
8 A.       Yes.
9 Q.       How many of those plays can a player
10 not receive more than they wagered, as a
11 prize, as the outcome of the game?
12 A.       I don't think I've ever calculated
13 that.
14 Q.       Okay.
15 A.       I could.
16 Q.       Would it be around 80 percent that
17 they would not receive the amount -- more than
18 the amount of their wager?
19 A.       I wouldn't think that that number is
20 too far off.
21 Q.       Okay.  Do you agree that the results
22 of playing the game are determined by what
23 prize that player receives?
24 A.       No.  Winning the game is the task.

Page 195

1 Q.       Okay.
2 A.       It is the puzzle itself that you
3 win, and it's irrelevant to the prize.
4 Q.       Don't players play to obtain that
5 grand prize of, on the left-hand machine
6 there's $250?
7 A.       Not everybody plays to hit the $250
8 prize.  Certainly not everybody is going to.
9 Q.       And in fact only one person out of
10 30,000 plays can a person even attempt to win
11 that grand prize?
12 A.       You mean one play out of 30,000.
13 Q.       One play?
14 A.       On the average, that's correct.  One
15 out of the 30,000 plays is going to have that
16 grand prize.
17 Q.       And you can't even attempt to get
18 that grand prize in any of the other plays in
19 that cartridge?
20 A.       If you were at the tail end of one
21 cartridge and just beginning the next
22 cartridge, you could have two big prizes
23 within a couple of plays of each other.
24 Q.       Absolutely.  But only two out of two

Page 196

1 cartridges, so only two plays out of 60,000
2 plays?
3 A.       That's correct.
4 Q.       Can you even attempt to get the
5 grand prize?
6 A.       You are correct.
7 Q.       And a skilled player cannot win more
8 than 95 percent of the amount that they wager
9 per cartridge?
10 A.       If a person went through an entire
11 cartridge.  Now, if he were playing a
12 cartridge after somebody else who had not done
13 so well, then he would have significant amount
14 of points built up in his accumulator to where
15 he could actually end up better than 95
16 percent.
17 Q.       Okay.  But in your example where
18 most of your vendors or permit holders let the
19 machine die, essentially, and then call you up
20 for replacement cartridge, when they're
21 playing a cartridge, three cartridges, if a
22 player plays all three cartridges, 90,000
23 plays, they still are guaranteed to lose five
24 percent, even the most skillful player?

Page 197

1 A.       At least five percent they're going
2 to lose.  The skilled players are only going
3 to lose five percent when they go through a
4 cartridge.  Depending upon their skill, they
5 could lose 100 percent of it if they had no
6 skill.
7 Q.       Do you have the source code for that
8 machine?
9 A.       Yes, sir.
10 Q.       Can you tell me what it is?
11 A.       Source code, it's written in C,
12 primarily.  I wrote the operating system in C,
13 it was Soma assembler, the games are written
14 entirely in C.
15 Q.       Do you have that code with you?
16 MR. GEARHISER:  Commissioners, at
17 this point, there are trade secrets involved
18 with that.  It's a patented process, this
19 particular machine has been applied for, a
20 patent has been applied for, and I don't know
21 that we can give this out to the public.  If
22 we want to do it in camera someplace, I might
23 not object, as long as we'd have some written
24 guarantee from the Attorney General's office

50 (Pages 194 to 197)

HC00005748

Page 198

1　that it would never leave their office.
2　　　　THE WITNESS:  I don't have the
3　actual source code.  We have the object code
4　that was compiled in the E-prompts, but that's
5　not going to do what you want.  I'll be more
6　than happy to work with you in any way
7　whatsoever with the source code, provided that
8　counsel doesn't have a problem with it.
9　　　　MR. LAMPKE:  Well, based on that
10　objection, trade secret, I'm not going to try
11　and get into that unless the Commission wants
12　to.
13　　　　CHAIRMAN MCNAMARA:  No.
14　　　　MR. LAMPKE:  Okay.  I just want the
15　Commissioners to know that we don't have the
16　ability to test some of these statements that
17　are being made.
18　BY MR. LAMPKE:
19　Q.　　　Can the operator of the machine
20　increase the guaranteed return?
21　A.　　　No, sir.
22　Q.　　　Who can?
23　A.　　　Only I could.  And I have to
24　recompile the entire series in order to change

Page 199

1　it.  It's set up that way on purpose, so that
2　nobody can get in there and monkey with it and
3　change it.
4　Q.　　　Do you have machines in Ohio that
5　are set at different percentages than 95
6　percent?
7　A.　　　The 95 percent return level applies
8　to a $4.00 play.  The machine internally
9　scales itself for different amounts of return
10　based upon the denomination that they're
11　playing.
12　Q.　　　Okay.  If you could answer my
13　question, though.
14　A.　　　Okay.
15　Q.　　　If I have all of your machines that
16　are in Ohio in this room, and they probably
17　couldn't fit in this room, would each machine
18　have 95 percent in that top box?
19　A.　　　You may find it at 96 on later
20　versions, but it's still only pays 95.
21　Q.　　　You do have --
22　A.　　　I don't think you're ever going to
23　find anything other than 95 or 96.  The 96 was
24　set up -- in fact, 96 has never been rewarded.

Page 200

1　95 is the cap that's ever been done on a
2　machine.
3　Q.　　　Do you have some in Ohio that are
4　set at 94 percent?
5　A.　　　Anything played at a $4.00 level in
6　Ohio is all 94 percent.
7　Q.　　　So it is being adjusted on various
8　machines in Ohio?
9　A.　　　No, sir.  The amount that is
10　returned to the player is based upon the
11　maximum amount, and then it is scaled down
12　based upon a lesser denomination being played
13　on the machine.
14　　　　CHAIRMAN MCNAMARA:  Let me see if I
15　-- if I could interrupt you here a second.
16　　　　THE WITNESS:  Yes, sir.
17　　　　CHAIRMAN MCNAMARA:  You're saying
18　that if all of your plays are $4.00 plays?
19　　　　THE WITNESS:  Yes, sir.
20　　　　CHAIRMAN MCNAMARA:  You'll get back
21　95 percent, or 94 percent?
22　　　　THE WITNESS:  94 percent, you're
23　exactly right.
24　　　　CHAIRMAN MCNAMARA:  Okay.  Now,

Page 201

1　suppose all of your plays are $1.00, dollar,
2　what percentage are you going to get back?
3　　　　THE WITNESS:  They get 90 percent.
4　　　　CHAIRMAN MCNAMARA:  90 percent.
5　　　　THE WITNESS:  Yes, sir.
6　　　　CHAIRMAN MCNAMARA:  Suppose all of
7　your plays are $.50.
8　　　　THE WITNESS:  They get back exactly
9　87 percent.  If they were to play at that one
10　denomination throughout the life of the entire
11　cartridge end to end.
12　　　　CHAIRMAN MCNAMARA:  Okay.  Thank
13　you.
14　BY MR. LAMPKE:
15　Q.　　　Now, you would agree with 109
16　different --
17　A.　　　109 million.
18　Q.　　　-- million different, what did you
19　call them, tasks?
20　A.　　　Starting patterns with no winning
21　lines.
22　Q.　　　Starting patterns, a player cannot
23　even attempt to memorize those patterns,
24　correct?

51 (Pages 198 to 201)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005749

Page 202

1  A.      Well, a lot of them are mirror
2  images of each other, it shifts around, but
3  the whole object is to have a bunch of them in
4  there to try to keep the players going.
5  Q.      So the image that appears on each
6  wager when you hit the play button is
7  different each time you play, correct?
8  A.      Yes, sir.  I mean, it's possible
9  that by now there's been some duplicate
10  patterns.
11  Q.      But not on the same machine?
12  A.      It would be a long shot.
13  Q.      And the player does not control what
14  pattern he or she receives?
15  A.      No, sir.
16  Q.      So your statement that the player
17  controls 100 percent of the outcome of the
18  game is not true, because we have at least one
19  aspect that the player does not control,
20  correct?
21  A.      Well, it does control the outcome of
22  the machine.  He has an opportunity, there's
23  one spot that will give him the best possible
24  return and other spots that will give him zero

Page 203

1  return.
2  Q.      Okay.  Do you know of the definition
3  of play under Ohio law?
4  A.      I don't think I could recite it to
5  you, but a play is not -- is a single event as
6  opposed to a contest, tournament, or --
7  Q.      Do you know what play consists of?
8  A.      You probably know better than me.
9  Q.      Do you know?
10  A.      Yeah, I think I do.
11  Q.      Okay.  Can you please give me your
12  best guess?
13  A.      I don't remember the language that
14  they use.
15  Q.      Okay.  So in your statement that the
16  outcome of the game is totally controlled by
17  the player is based on your lack of knowledge
18  of Ohio's definition of play on a machine?
19  A.      I don't believe that to be correct,
20  no.
21  Q.      Okay.  Then how do they relate?
22  A.      I'm trying to understand where
23  you're coming from.  You say because the
24  machine -- because the player does not get a

Page 204

1  chance to determine the pattern, that there is
2  some criteria involved in the outcome?
3  Q.      No.  I'm trying to find from you
4  right now what entails that outcome based on
5  Ohio's definition of play on the machine.
6  A.      I don't know.
7  Q.      Okay.  Let's talk about the flip
8  screen.
9  A.      Um-hmm.
10  Q.      What is it?
11  A.      It's a flip screen.  It's just a
12  bonus game that was put in there that they had
13  to have achieved the skill of finding the
14  normal pattern, and as opposed to giving them
15  a specific prize for it, it gives them a prize
16  they can change.
17      MR. GEARHISER:  Matt, I think, if
18  you want, I know Bill Riedthaler couldn't do
19  it, but I'm sure Mike, if you get on here, he
20  can show you the flip, if that's going to help
21  you.
22      MR. LAMPKE:  Would it assist the
23  Commissioners?
24      COMMISSIONER COLONNA:  It would me.

Page 205

1      CHAIRMAN MCNAMARA:  Okay.
2      MR. LAMPKE:  If you wouldn't mind
3  calling up the --
4      THE WITNESS:  Let me see if I can.
5      MR. LAMPKE:  I know we can get the
6  spinner in demo mode.
7      (Discussion off the record.)
8      THE WITNESS:  No, I'm sorry.  I
9  don't have -- there's a special factory chip
10  that just me and our distributor have that
11  lets us demo that.
12  BY MR. LAMPKE:
13  Q.      Is there a way to pull up the demo
14  just so we can see the spinner image on the
15  right machine?
16  A.      To get it back to play mode?
17  Q.      Yeah, demo mode, you have no wager
18  in it.
19      (Pause in proceedings.)
20  A.      There you go.
21  Q.      I don't think it's going to let us
22  do it, because it wants to play and there's no
23  cartridge in the machine.
24  A.      Okay.  Yeah, we don't have a way of

52 (Pages 202 to 205)

HC00005750

Page 206

1  loading the machine.
2  Q.       Okay, that's fine.  How many times
3  per cartridge will the flip screen appear, to
4  your knowledge?
5  A.       I think it's around 100 -- about one
6  out of every 150 plays, something like that,
7  on this game.
8  Q.       It is a determined number, though?
9  A.       Well, because there's a certain
10  number of tiers based upon the entire
11  structure and the entire number of tiers
12  divided by how many are in there are going to
13  tell you how often it comes up.
14  Q.       Okay.  But it is a definite
15  calculable number?
16  A.       On the average, yes, sir.  And you
17  know how many flip screens you're going to hit
18  within one finite cartridge.
19  Q.       Okay.  Now, that adjust level, that
20  2.48 percent or that .9 -- does that affect
21  the flip screen, the bonus screens?
22  A.       Well, where we were a minute ago and
23  what you're talking about, is that the machine
24  is hard set, it's at 95 percent for $5.00

Page 207

1  play, or 94 percent for a $4.00 play.
2          If they were to change, if the
3  operator were allowed to change some of the
4  parameters such as the amount of points that
5  are contributed to the progressive or certain
6  other adjustments, very minor ones, then they
7  could change the overall payout of the device.
8  And then the math, the computer calculates the
9  new value that would come out, if it was left
10  alone.  And it has an error signal.  You want
11  to bring that screen back up?
12  Q.       Actually, you're talking about --
13  A.       The computer then says, well, he
14  made a slight adjustment here so we're going
15  to have to adjust it somewhere else so that it
16  comes out the same.
17  Q.       You're talking about that screen,
18  page 8 of Department's Exhibit D?
19  A.       Yeah.  Right.
20  Q.       So the operator can adjust the setup
21  level and the adjust level?
22  A.       The setup level.  They cannot ever
23  adjust the adjust level.  The adjust level is
24  simply the difference between the game level

Page 208

1  and the setup level.
2  Q.       You said the operator could adjust
3  something; what can they adjust?
4  A.       They can adjust a few things such as
5  the base of the top bonus prize.  Let's say
6  that for a $.50 play it was $250.00; some
7  places may want that to be $300.00 or $400.00
8  or $500.00; they could adjust that.
9          They could also adjust how much from
10  each play was contributed to it.  They can all
11  adjust these things within a plus or minus
12  7 percent of the overall return to the player.
13          And I have that feedback factor in
14  there.  The adjust level takes that number
15  back into the flip games, because the flip
16  game is a game that they don't know what you
17  they're going to get out of it anyway,
18  provided that they have obtained the right
19  pattern, and then it adjusts the level of that
20  game so that the overall machine still returns
21  95 percent.
22          That is the whole idea, is to give
23  them some adjustments if they need them, but
24  not allow them to change the 95 factor.

Page 209

1  Q.       Now, once you're in the flip screen,
2  does it matter what treasure chest a player
3  flips over?
4  A.       No, sir.
5  Q.       Why not?
6  A.       Because it's not necessary for skill
7  to be applied in that screen.  Skill was
8  necessary to get to that screen, so that
9  screen is totally random and has nothing to do
10  with skill.
11  Q.       So no matter what chest a player
12  flips, the computer will stop when it has
13  awarded what it wants to award to the player?
14  A.       Yes.
15  Q.       Okay.
16  A.       Instead of giving them a
17  predetermined prize, if they get to that
18  level, they get sort of a prize that they
19  don't know what the level of it is.
20  Q.       Okay.  So that then as well as a
21  random feature of the game, in your words, so
22  a player does not control the outcome of that
23  screen, correct?
24  A.       Yeah, he controls the outcome of the

53 (Pages 206 to 209)

HC00005751

Page 210

1 screen by whether it's a winner or a loser.
2 Q.      Okay.  But you just testified that
3 the computer controls what prize they're
4 getting, so it doesn't matter what --
5 A.      The computer determines the prize
6 that they're going to get, providing that the
7 player exercises the proper skill to determine
8 the outcome of the game.
9 Q.      Okay.  So if a player hits the lower
10 -- I assume there are nine chests in a
11 tic-tac-toe grid; is that accurate?
12 A.      That's correct, sir.
13 Q.      Okay.  So if a player picks the
14 lower right chest, the 50 one, he's a
15 guaranteed winner, correct?
16 A.      I think you are correct.  I think
17 the very first one or two are always winners.
18 Q.      Okay.  So a player could never lose
19 by picking the first chest on that screen?
20 A.      The outcome of that particular
21 screen is irrelevant.  It's already been
22 determined that the previous screen, the
23 player had to win the game by finding the
24 right spot to touch on the screen to determine

Page 211

1 the outcome of the game.  Now, the prize
2 simply wasn't predetermined in that case in
3 that game.  The prize could change.  But the
4 person still had to win the game in order to
5 get there.  This is just one of those bonus
6 rounds that we give to them, because players
7 like that.
8 Q.      And a player does not know that
9 their first one or two choices, or any other
10 choices, doesn't matter to them, correct?
11 A.      I still think it's irrelevant.
12 Could have just awarded --
13 Q.      No, it's --
14       (Multiple speakers.)
15 Q.      Answer my question, please.
16 A.      Yes, sir.
17 Q.      The player doesn't know that their
18 choice is irrelevant?
19 A.      Anybody that plays it a while knows
20 their choices are relevant in that game.  It's
21 just a fun game.
22 Q.      Okay.  The average player off the
23 street who plays it occasionally does not know
24 that that bonus round is a random event and it

Page 212

1 doesn't matter what icon they flip over?
2 A.      Possibly.
3 Q.      So there's no skill in choosing the
4 treasure chest, because the outcome will be
5 the same?
6 A.      That's correct.
7 Q.      Let's talk about the spinner screen.
8 A.      Yes, sir.
9 Q.      What is that?
10 A.      Spinner screen is essentially the
11 same thing as the flipper screen, it's just
12 done differently.  Instead of awarding a prize
13 for the correct outcome of the game, a
14 definite number, it's simply a variable that
15 they don't know till they finish playing the
16 sub game.
17 Q.      So the spinner looks like spokes on
18 a wheel?
19 A.      Spinner has a ball that rolls around
20 it, and where you touch is irrelevant.  They
21 cannot determine where that ball is going to
22 stop.  That is its own finite structure.  It
23 has six, seven, eight, nine, ten as
24 multipliers for what I call the spinner base,

Page 213

1 which is a base amount which accumulates based
2 upon how long it's been since you've last been
3 in that screen, and you have no effect
4 whatsoever on the outcome of that game.
5       It's a sub game, but you had to have
6 won the game with the spinners, you would have
7 had to have found the spinner icons and lined
8 them up with the winning -- with the wild card
9 symbol in order to be allowed to play that
10 game.  And again, instead of giving you a
11 finite amount, a flat amount, a predetermined
12 amount as a win, that one gives you a variable
13 amount back.
14 Q.      So again, it's a random selection by
15 the player, correct?
16 A.      Yes.
17 Q.      And it doesn't matter what the
18 player selects, the result has already been
19 predetermined by the machine?
20 A.      That's correct.
21 Q.      So a player -- and I assume it's one
22 through twelve, is the multipliers?
23 A.      No, the multipliers are six through
24 ten.

54 (Pages 210 to 213)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005752

Page 214

1   Q.      Six through ten?
2   A.      And they're repeated twice.
3   Q.      Okay.  So a player cannot skillfully
4   choose a ten multiplier on that screen?
5   A.      No, sir.  It's not necessary.
6   Q.      Correct, because the computer has
7   already randomly selected what the result is
8   going to be?
9   A.      The person has already determined,
10  he's already found the pattern, he's already
11  won the puzzle, and he has already solved that
12  puzzle.  We simply, instead of giving him a
13  flat amount, we give him a little fun game,
14  because he doesn't know what the amount is.
15  The prize is independent of the outcome of the
16  game.
17  Q.      What does a player receive from
18  completing the screen task prior to going to
19  the bonus screen?  Pretend top left and top
20  right are flip screens, okay?
21  A.      Yes, sir.
22  Q.      What is the prize that a player
23  receives by putting the wild symbol in the top
24  middle?

Page 215

1   A.      You're saying assuming that the flip
2   is here and here?
3   Q.      Yes.
4   A.      If he puts a wild card in the
5   middle, he's going to win a chance to go --
6   it's going to take him to the spinner screen.
7   Q.      There's no prize that results from
8   just completing this task?
9   A.      Yes.  If you look on the help
10  screen, help screen right here tells you,
11  three cherries at this specific play level is
12  going to get $.05, $.10, $.15, $.50, $2.50.
13  You do not know what your prize is going to be
14  for the flip.  You do not know what your prize
15  is going to be for the spinner.  You do know
16  what the bonus is, because it's established
17  right there.
18  Q.      Okay.  So the prize is only
19  determined once you get to that bonus screen?
20  There's no prize for completing the task in
21  the grid itself?
22  A.      You could have had other alternative
23  winners.
24  Q.      Okay.

Page 216

1   A.      You could have had two-way,
2   three-ways, you could have won something else
3   in combination with it.  In fact, occasionally
4   you could get a flip and a spinner
5   simultaneously.
6   Q.      Okay.  How is the prize, the amount
7   of the money determined in the flipper screen?
8   Can you describe that again for us?
9   A.      Yes.  It has to be a minimum -- it
10  has a minimum amount that it has to give you,
11  which is usually more than the tier that's
12  directly under it, so that a player doesn't
13  feel like he got less.  Because if a person
14  got the two flips on here, and here's the
15  level of the flip, if there were two bells on
16  there also, he'd better get back from the flip
17  at least what he could have had from the bells
18  if he had made that decision.
19          Normally, if all the prizes are
20  incremental value, they come up, they're at
21  least twice as much as the previous symbol, so
22  the person knows that getting three lemons is
23  always at least as good as getting two lines
24  of cherries.  That's important in a person's

Page 217

1   mind when he's solving the puzzle.  And that's
2   what the win chart is all about.
3   Q.      Does the amount wagered also
4   determine the amount of the prize in any of
5   the screens?
6   A.      There's generally a direct
7   multiplier for all the prizes on the screen.
8   Q.      And if a person loses on a screen,
9   does that money get applied to a bonus round,
10  a portion of that prize get awarded to a bonus
11  round for a subsequent win?
12  A.      The computer analyzes where the best
13  spot is to touch and what you're going to win
14  from that, if you successfully complete the
15  play, what your prize is going to be.  It also
16  computes what prize you're going to get based
17  upon the completion that you got, as an
18  alternative prize.  If it is less than the one
19  you should have got, there's an imbalance
20  there that it takes and throws to the bonus
21  value for the next players.
22  Q.      Not only to the bonus but also to
23  the flip and spinner?
24  A.      No.

55 (Pages 214 to 217)

HC00005753

Page 218

1   Q.      I'm asking, is it applied?
2   A.      No. The flip and spinner, the
3   spinner constantly increments based upon a
4   setting in the machine on every play, with a
5   proportional amount based upon the value of
6   the play. The spinner does likewise.
7   Q.      So the amount wagered does have an
8   impact on the payout?
9   A.      It is directly proportional, the
10  amount that you play on the game and the
11  amount that the prizes are awarded, correct.
12  Q.      The machine randomly selects the
13  number of lines available per play?
14  A.      It's random with certain
15  constraints.
16  Q.      Okay. The machine randomly selects
17  the prize value to those lines on each play?
18  A.      Again, they're finite in the way
19  that they're controlled, so that one gets
20  running down lower, the other ones are going
21  to get used more.
22  Q.      Okay. But it's randomly selected by
23  the machine?
24  A.      That's correct.

Page 219

1        COMMISSIONER GARDNER: I need a
2   clarification on that. So, in other words,
3   three cherries, and that's the only thing you
4   have, would pay out the same amount each time,
5   or not necessarily?
6        THE WITNESS: Every single time you
7   get three cherries at one specific play level,
8   it's always going to return the same amount as
9   a prize.
10       COMMISSIONER GARDNER: All right.
11  Three lemons, three bells, the same way?
12       THE WITNESS: They increment going
13  up the chart.
14       COMMISSIONER GARDNER: And then if
15  you have combinations, you have two or three,
16  like three lemons and three bells, that will
17  pay out three bells, the three that's already
18  a predetermined amount on that menu?
19       THE WITNESS: Yes, sir.
20  BY MR. LAMPKE:
21  Q.      So let me sum up the machine.
22  Players do not know that they're paying $4.00
23  to play a 10-second game for the chance to win
24  more than they wagered on only 20 percent of

Page 220

1   the games per cartridge?
2   A.      No one is making anybody play it.
3   Q.      Is that statement true?
4   A.      Well, again, I'm not sure of which
5   of the returns is an excess to the play, being
6   as it is an irrelevant factor in Ohio law.
7   I've never calculated how many of them on
8   average return more than what was placed if
9   the puzzle was successfully solved.
10  Q.      Well, you agree that it's an
11  80 percent figure?
12  A.      Yeah, it could be anywhere from 70
13  to 90 or something, I'd have to sit down and
14  calculate, but you're probably very close.
15  Q.      So you agree with that previous
16  statement then?
17  A.      Please rephrase it. And I
18  apologize.
19  Q.      Players do not know that they're
20  paying $4.00 to play a 10-second game for the
21  chance to win less than they wagered on
22  80 percent of the game per cartridge?
23  A.      I have no idea how to predict what a
24  player thinks or does not think or knows or

Page 221

1   does not know.
2   Q.      Well, you control the instructions
3   on the machine, don't you, sir?
4   A.      Absolutely, I do.
5   Q.      Are players informed of this?
6   A.      There's a whole lot of things
7   they're not informed about.
8   Q.      Are they informed of this?
9   A.      From the most informed --
10  Q.      My question sir, is, are they
11  informed of this?
12  A.      No. I've not informed anybody of
13  that fact.
14       MR. GEARHISER: Until
15  Tic-Tac-Fruit 2.
16       THE WITNESS: Right. We may have
17  that out there.
18       CHAIRMAN MCNAMARA: Mr. Lampke,
19  it's 13 minutes of 5. Can we recess by 5?
20       MR. LAMPKE: I think I'm actually
21  finished with my cross-examination.
22       MR. GEARHISER: No redirect,
23  Commissioners.
24       CHAIRMAN MCNAMARA: Do you have any

56 (Pages 218 to 221)

HC00005754

Page 222

1  questions?
2         - - - - -
3         EXAMINAITON
4  BY COMMISSIONER GARDNER:
5  Q.      When we talked about the three
6  titanium bars coming across, you said that's
7  going to happen once in 30,000 fields?
8  A.      On that particular structure, yes,
9  sir.
10  Q.      And if it happened once in 30,000
11  fields, and let's say, I don't know if
12  everybody knows that, but we know that now,
13  maybe we're the only ones that know that, but
14  then that would be a deterrent, would it not,
15  if that was the big payout and that's what
16  everybody was shooting for was that big
17  payout, knowing full well that somebody hit it
18  after the cartridge was only used for a few
19  days or maybe 5,000 plays?
20  A.      You mean if the players knew that
21  the big one was already gobbled up --
22  Q.      Exactly.
23  A.      -- into a finite structure, would
24  they play it more?  They have similar problems

Page 223

1  when we're talking about pull tabs.  Again,
2  that's a bad analogy, but --
3  Q.      And that's exactly the analogy I
4  used earlier with Mr. -- whatever his name is.
5  A.      Riedthaler.
6  Q.      -- Riedthaler, that if you had in
7  one box of pull tabs one 500 pull tab, 200
8  pull tab, and that was pulled very early and
9  they were in a crowded room of bingo players,
10  nobody is going to go back to that box.
11  A.      There's more reasons to play it
12  than going for the top winner.  A lot of
13  people just like playing the game.  Certainly
14  a lot of people are playing it hoping that
15  they're going to go home with more than they
16  started.
17  Q.      Right.
18  A.      But they don't necessarily chase
19  the top prize.  In fact, people in arcades
20  generally like playing for seat time.  We set
21  them at lower denominations in arcades, and
22  players like to come in in the afternoon and
23  buy a couple hours sitting there playing the
24  machine, knowing what it's going to cost them

Page 224

1  and not really worrying about winning.
2         Sometimes in other places people are
3  more aggressive and they fight over trying to
4  get in the seat and find the top prize.
5  Q.      And I think you answered this
6  question for me already:  So if you have four
7  rows that are alike as opposed to one row
8  that's alike, the amount of money that you're
9  going to win in that row is more; if you have
10  four rows that are alike, four lemons, four
11  limes, whatever, that would be more --
12  A.      Are you talking about a four-line
13  winner?
14  Q.      Right.
15  A.      A four-line winner can only achieve
16  in one spot, in the middle of the screen.
17  It's the place the four lines can have a
18  common vertex.  There's only one, and all the
19  symbols cannot be the same, because then you'd
20  have four winners already on the screen.
21  Q.      Right.  But I'm saying, a four-line
22  winner pays more than a three-line winner,
23  depending what the icons are.
24  A.      On the average, yes, sir.  Yes,

Page 225

1  absolutely.
2  Q.      Okay.  And when you have that
3  amount at the bottom that says you're going to
4  -- you won a nickel or you won $.20 or $.40,
5  there's no way for them to know that, it's
6  predetermined, or can they go to the menu and
7  find out that's what they're going to win?
8  For instance, on a $.50 bet if you get to
9  three lemons -- can you go back to that one
10  field, please?
11  A.      Yeah, and it will tell you what
12  you're going to get.
13  Q.      It will tell you you're going to
14  win $.50.
15  A.      Yes, sir.
16  Q.      Or $.25.
17  A.      If you're playing $.50, the
18  cherries returns a nickel, the lemons returns
19  a dime, the oranges $.15, plums $.50, three
20  bells $2.50, and something, something,
21  $330.00.
22         COMMISSIONER GARDNER:  Okay.  Thank
23  you.
24         THE WITNESS:  Yes, sir.

57 (Pages 222 to 225)

HC00005755

Page 226

1    MR. LAMPKE: I have two follow-up
2  questions, unless --
3    CHAIRMAN MCNAMARA: Go ahead.
4    - - - - -
5    FURTHER CROSS-EXAMINATION
6  BY MR. LAMPKE:
7  Q.    How much do you average in profit
8  per each machine?
9  A.    How much do I average, or the --
10 Q.    How much does each machine average
11 in profit?
12 A.    Per what?
13 Q.    Per 30,000 plays.
14 A.    Oh, it would depend upon the
15 denomination in which it were played at.
16 Q.    And that's why I'm asking for your
17 average.
18 A.    I think the average would be -- the
19 average would have been -- I think in Ohio is
20 somewhere around $1.75, I think is the average
21 play. I think that's right. We don't
22 necessarily collect that data from the
23 operators who run it, but some of them tell
24 us.

Page 227

1    Generally, we run $.50, $1.00,
2  $2.00, $4.00 plays. I think the average play
3  is about a buck seventy-five. If a machine
4  were played at $1.00 all the way through,
5  30,000 plays, the machine would return to the
6  player 90 percent of the money at $1.00. It
7  is scaled on the inside to return 95 percent
8  of the money to the player at a $5.00 play
9  level and 85 percent of the money at a quarter
10 level.
11 Q.    I understand what they can make.
12 But my question to you, though, is what's the
13 average income?
14 A.    I'm going to figure out for you
15 right here; one second.
16    30,000 plays at $1.00 plays means
17 the machine brought in $30,000. Not in
18 reality, because it's recycled as you win and
19 play. But let's say one cartridge brings in
20 $30,000, 30,000 plays. Now, we know that
21 we're returning -- that the operator is
22 getting to keep 10 percent of the money,
23 because 90 percent of the money is going to be
24 returned to the player, so an operator is

Page 228

1  keeping $3,000 per cartridge at a $1.00 play
2  level.
3  Q.    And you're assuming that every play
4  is successfully completed?
5  A.    I'm assuming every play is
6  successfully completed.
7  Q.    Okay. In your experience, is that
8  the case, that every play is successfully
9  completed?
10 A.    No, sir, it's not.
11 Q.    You're talking roughly $3,000 profit
12 per 30,000 plays, though?
13 A.    Per cartridge, yes, sir. About
14 $3,000 profit to the operator, which is
15 generally split with the location.
16 Q.    50/50 with the location?
17 A.    I don't do that. I know some do
18 60/40s, 50/50s, 40/60s.
19 Q.    And how many machines have you
20 produced for Ohio?
21 A.    About 900.
22    CHAIRMAN MCNAMARA: Thank you, Mr.
23 Pace.
24    THE WITNESS: Thank you very much.

Page 229

1    CHAIRMAN MCNAMARA: And with that,
2  we stand adjourned.
3    - - - - -
4    Thereupon, the proceedings were
5    adjourned at 4:52 o'clock p.m.
6    - - - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

58 (Pages 226 to 229)

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005756

Page 230

```
 1              CERTIFICATE
 2
 3       The undersigned do hereby certify that
 4   the foregoing proceedings were digitally
 5   recorded, electronically transmitted, and
 6   transcribed via audible playback, and that
 7   the foregoing transcript of such proceedings
 8   is a full, true and correct transcript of
 9   the proceedings as so recorded.
10       IN WITNESS WHEREOF, I have hereunto set
11   my hand and affixed my seal of office at
12   Columbus, Ohio, on this _____ day of
13   _____, 2005.
14
15   _____
16   KIMBERLY S. PAYNE
     Certified Digital Reporter
17   Notary Public - State of Ohio.
     My commission expires October 26, 2009.
18
19
20
21   _____
22   DONNA J. BELLOUS
     Certified Digital Transcriber
23
24
```

59 (Page 230)

HC00005757

## A

ability 18:21 83:17
  98:2 140:10
  168:13 191:3
  198:16
able 49:13 141:10
absolutely 126:3
  160:18 166:22
  171:12 177:3
  179:18 182:2
  186:22 187:17
  195:24 221:4
  225:1
accept 18:6,13
  56:10
accepting 191:15
accepts 18:11 56:10
access 9:22 64:1
  70:13 79:16 116:6
accomplish 98:10
accumulates 213:1
accumulator
  196:14
accurate 210:11
aces 18:24
achieve 167:11
  224:15
achieved 169:23
  174:2 204:13
Act 51:7
action 121:16
activate 43:4 78:10
  78:11 154:20
activates 84:15
activation 153:18
actively 44:18,20
  168:2
activities 52:12
activity 125:11
  144:14,15,20,20
  154:4
actual 51:8 61:9,10
  65:1 67:3 69:9
  71:1 82:5 84:23
  98:4 102:18
  114:17 120:19
  153:16,24 154:1
  157:8 198:3
ad 181:15
add 96:16 103:18
  148:12
added 91:6 103:24
  161:3
additional 71:21
  81:22 103:16
additionally 97:23
  103:24
adjourned 229:2,5

adjust 65:9,12 70:6
  70:7 82:13 206:19
  207:15,20,21,23
  207:23,23 208:2,3
  208:4,8,9,11,14
adjustable 66:19
  103:17 151:20
adjusted 200:7
adjusting 82:17
adjustment 66:17
  207:14
adjustments 66:15
  168:21,22 207:6
  208:23
adjusts 208:19
Administration
  50:20
administrative 8:11
  9:12 10:2 35:18
  35:21 101:11
admission 6:6 98:24
  156:24
admit 14:19 15:11
admitted 5:11 6:9
  157:11
Adm'd 3:2
advanced 52:3
advised 10:1
advises 172:6
Aerie 1:5 5:3 9:15
  9:19
affect 168:2,23
  169:5 191:3
  206:20
affixed 230:11
affording 182:8
afternoon 223:22
agency 28:24
  101:11
agent 6:12,18 7:6
  8:3,7,22,24 12:14
  12:20 15:24 19:4
  20:3 40:19 47:8
  47:13 48:3 80:18
agents 7:24 8:21
  9:20 28:20 36:9
aggressive 224:3
ago 22:8,10,16
  179:12 206:22
agree 17:23 35:2
  64:8 194:21
  201:15 220:10,15
Agriculture 100:23
  101:3,6
ahead 78:19 80:20
  91:22 112:20,22
  113:2,7,13 120:10
  123:11 133:22

149:11 172:1
  181:21 226:3
air 127:12
algorithm 172:17
  177:5 181:6 183:6
  183:7,8,16 184:10
  185:18 186:3,13
algorithms 185:16
alike 224:7,8,10
Allen 50:10
allow 59:16 60:5
  63:5 82:24 83:11
  157:8 178:3,11
  192:19 208:24
allowed 9:22 159:8
  159:9 207:3 213:9
allows 65:8
alternative 175:23
  215:22 217:18
amenable 147:7
amount 13:12 32:8
  37:19 39:16 48:16
  57:15,17,18 58:7
  58:21 59:10 63:12
  64:10 65:13 66:18
  70:14 77:2 84:5
  85:15 88:4 90:18
  91:5,11 92:7
  94:12 115:22
  132:12 135:11
  138:19 139:23
  154:11 167:15,19
  173:24 178:24
  182:6,17,19
  183:12,13 184:18
  185:19,22,22
  186:11 187:20,21
  188:19 193:10,14
  193:22 194:17,18
  196:8,13 200:9,11
  207:4 213:1,11,11
  213:12,13 214:13
  214:14 216:6,10
  217:3,4 218:5,7
  218:10,11 219:4,8
  219:18 224:8
  225:3
amounts 57:4 65:3
  199:9
amusement 21:16
  23:3 38:8,9,13,24
  38:24 41:8 42:4
  86:22,23 136:2,15
  160:10 189:15
analogy 223:2,3
analysis 3:5 6:7
  53:15 55:17
  118:11,14 137:4

analyze 127:20,21
  129:4
analyzes 127:18
  217:12
analyzing 96:13
Anderson 3:7 6:17
  6:24 7:6 20:3
and/or 28:18 162:2
anew 190:20
animal 111:23
animals 111:19
  131:12
announced 35:17
  112:20,22 113:2,7
anonymous 26:15
  27:14 28:3
anonymously 8:8
answer 11:13,24
  29:6 45:12,15
  48:20 74:11 86:15
  112:8 117:7,8
  120:15 141:9
  142:14 177:12
  182:3 185:2
  192:13 199:12
  211:15
answered 31:16
  32:5 37:24 134:4
  224:5
answers 11:11,20
  44:6,7,9 185:3
anybody 85:13
  105:2,16 128:6
  211:19 220:2
  221:12
anyway 208:17
apologize 79:19
  220:18
apparently 26:21
  33:13 45:11
appeal 28:23
appear 59:12 70:13
  74:17 114:13,20
  154:21 172:12
  206:3
appearance 159:12
appearances 2:1
  4:5
appeared 20:10
appearing 4:12
appears 154:2,17
  175:5 202:5
application 49:8
  69:23 77:3,5
  118:5 126:10
  142:13 153:4
applied 163:21
  197:19,20 209:7

217:9 218:1
applies 199:7
apply 36:3 186:6
appropriate 97:4
approximately 7:11
  8:17 12:24 22:10
arcade 98:18
arcades 223:19,21
area 7:13,18 8:22
  9:10 10:13,15
  25:6 51:17 52:7
  56:17 58:9,9
  59:23 60:11 68:16
  82:23 84:6 90:24
  91:11,11 100:7
  106:8 112:23
  120:19 189:12
areas 7:13
argument 163:19
Arkansas 100:9
arrange 173:7
Arts 50:18
asked 46:10 49:4
  112:18 119:11
  125:7 130:18
  134:3 135:23
  141:19 142:3,5,5
  143:22 180:3
  182:21
asking 37:6 40:10
  103:12 109:22,24
  112:5 113:1
  124:11,20 137:9
  141:8,12,23 142:9
  218:1 226:16
aspect 202:19
aspects 35:3 129:4
assembler 197:13
assigned 7:24 8:23
  52:12 57:11
assist 71:11 204:22
assistant 8:12
Associates 2:8
Associate's 50:16
Association 162:12
  162:15
assume 94:23
  122:19 129:5
  175:14 210:10
  213:21
assuming 103:3
  111:7,8,12 150:8
  159:13 173:8
  215:1 228:3,5
assured 68:20
assures 169:21
Athens 7:19 24:7,9
  24:20 28:4,7

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005758

**Atlanta** 158:6,9,11
  158:12,16 161:24
  162:14
**attach** 16:13
**attached** 13:6 26:16
**attempt** 189:20
  195:10,17 196:4
  201:23
**attempted** 100:15
**attended** 51:12,13
**Attorney** 2:2,5 4:7
  120:20 136:18
  137:9 197:24
**audible** 230:6
**authorities** 8:10
**authority** 36:10
**automatic** 42:20,21
  117:3
**automatically** 45:5
  106:22 116:24
  178:6
**availability** 79:15
**available** 62:7 69:2
  70:16 71:23 75:13
  75:16,18 87:21
  88:22 133:7
  218:13
**average** 68:3,5
  164:3 170:11
  192:3,11 195:14
  206:16 211:22
  220:8 224:24
  226:7,9,10,17,18
  226:19,20 227:2
  227:13
**averages** 170:4
**award** 58:1,2,5,11
  68:18 71:1 85:8
  122:15 209:13
**awarded** 53:1 84:24
  132:1 144:13
  209:13 211:12
  217:10 218:11
**awarding** 212:12
**aware** 36:9 123:4
  169:6
**awkwardly** 153:11

**B**

**B** 3:3 5:13 13:8
  14:19 16:1 157:6
**Bachelor** 50:18
**back** 37:5 38:6,7,19
  39:16 40:7 59:5
  59:15 70:20 86:9
  91:8 99:13 102:12
  113:18 118:2
  123:14 132:17

151:17 152:5
  158:9 169:23
  174:4,16 178:16
  179:6 185:7
  200:20 201:2,8
  205:16 207:11
  208:15 213:13
  216:16 223:10
  225:9
**background** 158:14
**backwards** 65:17
**bad** 105:1,2,13,15
  105:16 108:6,13
  127:3,4,6 173:18
  185:8,10 186:4
  223:2
**Baldwin-Wallace**
  50:20
**ball** 39:2 72:20,21
  73:2 127:12,16
  212:19,21
**balloon** 97:8,10,13
**Bandits** 23:7
**bar** 10:8,13 137:15
**bars** 58:4 71:9
  73:11 74:1,4
  175:10 176:6,7,10
  222:6
**base** 63:20 65:11
  104:3 208:5
  212:24 213:1
**based** 24:6 48:16,24
  55:7 57:13 58:7
  59:10 63:17 69:23
  70:12 81:8 83:10
  84:7 97:20,21,22
  98:5 121:17,18
  131:21 133:6,12
  133:12 153:3,11
  154:11,24 155:5,7
  156:12 161:24
  163:10 186:12,12
  186:13,14 198:9
  199:10 200:10,12
  203:17 204:4
  206:10 213:1
  216:17 218:3,5
  **basic** 51:22 163:21
  165:9
**basically** 8:6 163:24
  164:12 169:21
**basing** 149:22
**basis** 17:3 143:14
**bat** 173:10
**bear** 39:13 112:4
**bearing** 18:2 188:1
  188:6,7
**beat** 69:20 155:24

**beginning** 195:21
**behalf** 2:6,10 4:7,12
  162:17
**believe** 9:7 10:19
  12:15 13:17,22
  29:4,22 30:4,9
  43:8 45:22 48:3
  49:2,6 66:22 67:1
  104:14 105:16
  112:17,23 122:14
  154:10 155:6
  180:16 192:8
  203:19
**believed** 10:6
**BELLOUS** 230:22
**bells** 58:13 71:7
  74:7 216:15,17
  219:11,16,17
  225:20
**benign** 176:11
**best** 111:16 129:12
  167:12 174:5
  180:23 182:2,17
  185:19 202:23
  203:12 217:12
**bet** 11:17,17,19
  17:7 38:5,7 58:17
  58:18 88:5 94:8
  95:19 145:24
  225:8
**bets** 11:18
**better** 142:7 196:15
  203:8 216:16
**big** 176:18,23 184:1
  184:15 195:22
  222:15,16,21
**biggest** 132:11
**bill** 56:9,12 81:1,20
  179:11 180:2,2,16
  183:1,16 184:21
  204:18
**bingo** 52:16 53:10
  223:9
**bit** 6:2 25:9 59:2
  72:18 75:4 86:3
  100:8 180:5
**bits** 75:3
**black** 64:20
**blessing** 149:20
**block** 20:18 60:16
  61:24
**blocks** 59:22
**board** 43:15,18
  74:13 77:15,16,17
  84:20 85:2 86:1
  88:18,22 90:4,13
  92:23 154:17
  159:21,22,22,23

160:2 190:18
  192:18
**boards** 190:5
  192:16
**Bob** 156:22
**bonus** 57:9,10,20
  70:8,10,17 71:21
  72:2,11 77:2 78:5
  91:11 92:5,10
  109:3,4,8,11,14
  174:3,10,11,15,22
  204:12 206:21
  208:5 211:5,24
  214:19 215:16,19
  217:9,10,20,22
**book** 8:21,24 9:1
  51:17,18 67:3
**booklet** 110:1,6,7
  120:17
**borrow** 128:14
**bottle** 14:13,15
**bottles** 14:13
**bottom** 57:3 58:18
  60:15 68:16 75:7
  81:6 114:3 175:20
  225:3
**bounce** 122:7
**box** 60:18 61:1
  68:11 75:21 76:14
  180:11 199:18
  223:7,10
**boxes** 68:24
**break** 96:6 97:10,12
  99:4,6 128:18
  147:2 148:3
**break-open** 60:16
  60:17,24 68:12
**brief** 48:7
**briefly** 152:13
**bring** 20:6 23:17,21
  24:1,2 49:12 84:8
  109:21 119:13
  207:11
**bringing** 56:20
**brings** 227:19
**Broad** 2:3
**brought** 80:18
  180:1 227:17
**buck** 227:3
**build** 129:3 159:9
  160:15,16
**building** 161:18
**built** 160:19 196:14
**bumming** 184:11
**bunch** 202:3
**bushel-basket**
  39:11
**business** 15:2 121:4

158:10
**businesses** 158:12
**button** 32:24 43:9
  45:2 59:21 65:7
  81:15 83:23,23
  84:17 88:1 117:5
  125:22 140:23
  141:2 144:1,7
  145:16,19,20,22
  151:4,17 153:17
  153:19 184:20
  202:6
**buttons** 184:12
**buy** 130:14 223:23
**buzzed** 9:21
**buzzer** 9:22

**C**

**C** 3:4 4:2 5:24
  53:19 54:4 157:5
  197:11,12,14
**cabinet** 150:11
  159:18
**calculable** 206:15
**calculate** 220:14
**calculated** 194:12
  220:7
**calculates** 207:8
**calculations** 64:8
**California** 51:14
**call** 6:12 8:6,10
  27:24 28:3 58:11
  58:15 68:17
  114:21 163:18
  164:7 171:2,7
  180:9 186:5
  192:24 196:19
  201:19 212:24
**called** 8:8 17:15
  21:22 54:15 60:1
  65:7 97:8 123:7
  171:10 183:5
  184:9
**calling** 205:3
**calls** 184:22
**camera** 197:22
**camouflage** 176:17
**Canton** 179:22
**cap** 188:18 200:1
**capabilities** 58:23
**capability** 60:7
  81:11 82:16
  145:13
**capable** 191:14
**card** 18:22 52:16
  60:19,19 68:19
  81:17 92:22,23
  93:16,22 94:1

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005759

124:1 176:12
213:8 215:4
**cards** 17:1,4,6,8,9
17:18,19 18:15,19
18:19 68:24
**care** 50:24 54:7
**career** 52:10,11
**careful** 148:13
**carnival** 51:18 97:6
97:7
**carries** 190:23
**carry** 62:21
**carryover** 70:4,9
106:17
**cart** 79:14
**cartridge** 68:10,20
69:3,4,7,8 70:5
73:14 74:23 75:5
79:12,15 81:7
104:18,20 105:18
105:19 106:14,17
106:18,23 107:3
115:18 134:13,13
170:15,21 171:1,2
171:5,11 180:24
181:7,9,18 182:1
185:6 189:24
190:4,14,15,19,20
190:22 192:17
193:4,6,9,21
194:5 195:19,21
195:22 196:9,11
196:12,20,21
197:4 201:11
205:23 206:3,18
220:1,22 222:18
227:19 228:1,13
**cartridges** 81:10
169:15 170:24
190:11,13 196:1
196:21,22
**case** 1:5 5:2 23:18
23:22 24:3 29:12
29:13 61:2,7 62:6
66:16 68:4 77:21
77:23 86:6 88:5
89:23 91:23 92:19
100:10,14 104:19
108:22 116:22
121:23 125:9
126:10 129:13
130:13 136:24
145:23 146:4
170:9 175:21
176:5,16 193:6
211:2 228:8
**cases** 11:4 142:20
**cash** 42:3 53:1

120:22
**center** 88:24 90:1
**centers** 158:17
**cents** 88:15 174:9
**CEO** 161:22
**certain** 8:22 32:8
49:11 67:2 70:14
71:15 84:5 127:6
178:24 206:9
207:5 218:14
**certainly** 5:18
19:14 33:23 105:7
117:7 161:9 195:8
223:13
**certainty** 96:21
97:19
**certificate** 5:6 52:5
230:1
**certified** 5:6 52:2
230:16,22
**certify** 230:3
**Chair** 1:9
**chairman** 1:8 3:11
4:4,14 5:1,10,16
6:8,13,19 12:22
14:24 15:5,7,10
15:19 19:7 29:1,5
34:3,9,15 35:5
41:19 42:6 48:6
48:19 49:18,20
54:7,11 66:11,20
86:19 88:8 94:19
95:9 96:1 99:2,5
120:14 121:10,20
122:4,13,17 123:8
123:8 134:5 147:3
147:12,24 148:5
150:22 152:12,14
155:20 156:14,17
157:10 161:22
189:1,4 198:13
200:14,17,20,24
201:4,6,12 205:1
221:18,24 226:3
228:22 229:1
**chairmen** 121:9
122:3
**Challenge** 116:21
**chance** 41:5,6 74:3
86:10 97:21,22
112:24 117:5
118:5 121:23
124:5,7,10 126:2
126:10,15 127:15
136:13,16 137:13
139:15 141:16,22
154:5 155:7
163:14 165:18

191:18,24 204:1
215:5 219:23
220:21
**change** 59:4 104:6
104:9 127:24
128:4,6 145:1
149:1 167:20
168:23 169:2,8
198:24 199:3
204:16 207:2,3,7
208:24 211:3
**changed** 22:16
36:16,17,18,21
102:5 128:3
145:22 174:11
179:23
**changes** 57:15
147:7 168:15
169:5
**characteristics** 83:9
**charge** 9:24
**charitable** 29:17,21
**charity** 121:14
122:4,12 123:20
**chart** 74:2 217:2
219:13
**chase** 223:18
**cheats** 22:5,5
**check** 28:10 29:16
30:2
**chemical** 3:5 6:7
**chemistry** 6:3
**cherries** 58:16 59:9
71:5 90:10 93:4,9
166:14,15,19
175:2,5,8,21,22
215:11 216:24
219:3,7 225:18
**cherry** 61:16
165:15,19
**cherry-cherry-ch...**
165:23
**cherry-cherry-le...**
165:24
**cherry-lemon**
165:15,16,16
**cherry-lemon-che...**
165:24
**cherry-lemon-le...**
166:1
**Chess** 116:21
**chest** 209:2,11
210:14,19 212:4
**chests** 210:10
**chip** 205:9
**chips** 159:24
**choice** 18:18 64:11
88:6,9,13 91:14

91:15,18 92:16,17
93:20 153:22
211:18
**choices** 89:24 211:9
211:10,20
**choose** 85:1 172:4
214:4
**choosing** 142:13
212:3
**chose** 134:18
**chosen** 46:4 108:20
**circulated** 120:18
**circumstances**
139:2
**citations** 30:21
**cite** 14:8
**cited** 14:11
**City** 179:22
**clarification** 68:1
73:18 219:2
**clarify** 76:24 78:18
**class** 22:9
**claw** 111:8
**clear** 168:19
**clearly** 108:22
120:22 132:24
**Cleveland** 52:10,11
**close** 59:14 73:3
126:6 220:14
**club** 36:12,12
**Cobb** 162:13
**code** 153:12 197:7
197:11,15 198:3,3
198:7
**codes** 64:2
**codings** 81:6
**coefficient** 180:21
**coin** 150:24 151:2
**coins** 167:23
**Coin-Op** 162:12,15
**coin-operated** 51:7
51:15,19
**collect** 226:22
**college** 50:16 51:14
**Colonna** 1:10 4:8
5:24 55:24 56:3
89:6,10 91:17,21
93:3,8,11,15,19
94:1 155:11
156:19 157:24
204:24
**Columbus** 1:12 2:4
2:9 25:10 230:12
**column** 71:3,4 75:7
**columns** 154:18
**combination** 57:24
71:24 73:21,22
75:4 88:12 92:20

172:23 216:3
**combinations** 59:12
61:9 63:8 64:7
73:9 74:13 84:2
90:15 114:6,8,10
114:19 115:9
166:12 172:7
219:15
**combo** 59:24
**come** 25:12 51:9
100:8 102:11
108:6 109:3,4,8
116:14,18 123:9
126:21 145:10
148:24 149:3
153:1 165:8 169:4
207:9 216:20
223:22
**comes** 28:3,4 43:11
43:19 72:16 86:1
171:15 206:13
207:16
**coming** 41:17
141:22 147:21
152:2 157:5
203:23 222:6
**commission** 1:1,11
19:16 22:2 23:23
28:17,22 34:1,18
49:21 53:8 64:19
76:23 101:9
105:23 138:3,23
140:4 157:7
158:14 175:13
198:11 230:17
**Commissioner** 1:10
3:14 4:8 5:24
15:14 19:19,22
20:1 55:24 56:3
65:15,19,24 66:6
67:24 68:7 73:8
73:17,20 74:19,22
75:2,20 76:3,7,16
79:21 80:10 89:2
89:5,6,10 91:17
91:21 93:3,8,11
93:15,19 94:1,12
134:8,19,21
155:11 156:19
157:24 204:24
219:1,10,14 222:4
225:22
**Commissioners** 5:9
15:13 19:10 35:9
54:10 55:14 79:20
98:23 99:8 147:2
148:5 197:16
198:15 204:23

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005760

221:23
**common** 224:18
**Community** 50:15
**company** 161:19
  162:1
**comparison** 68:11
**compelled** 147:14
**compensate** 185:8
**compensating**
  181:5 183:5,7,8
  183:15 184:9
  185:16,18 186:3
  186:13
**compete** 161:13
**competent** 28:18
**competition** 113:6
  113:10
**competitors** 183:3
**compiled** 198:4
**complaint** 8:6,8,10
  8:13,19,21,24 9:1
  9:8,10 24:3 25:2
  25:10,11,12,17,19
  25:23 26:1,9,15
  26:24 27:1,3,8,11
  27:14 28:4
**complaints** 8:14 9:1
  25:8 29:11
**complete** 12:7
  34:12 77:6 85:18
  85:21,23 86:5
  87:10 88:3 90:21
  91:20 92:24 94:9
  95:14,22 116:5
  123:2 140:10
  169:22 217:14
**completed** 69:12
  73:12 74:5 77:18
  94:10 118:16
  144:5,6 228:4,6,9
**completes** 190:19
**completing** 77:14
  84:12,13 85:19
  88:5 95:6 149:23
  214:18 215:8,20
**completion** 95:3
  131:21 217:17
**complied** 162:21
**comply** 40:16 160:4
  161:3
**component** 140:7,7
  140:8 141:6
**components** 83:15
  129:8 139:24
  140:1 141:7,15
  143:16,19 152:3
  154:6 192:19
**computer** 11:22

84:19 94:15 114:2
115:9 127:17
129:3,5,11 130:9
130:18 131:1
134:14 155:4
158:17 159:19,21
159:24 160:11
163:20 164:8
166:21,24 169:19
171:6 172:1,3,18
173:7 175:16
176:3,13,20
177:14,19 178:8
178:11 183:20
192:19 207:8,13
209:12 210:3,5
214:6 217:12
**computers** 62:23
114:1 129:1
163:16
**computes** 217:16
**concept** 79:23
160:13,23
**concepts** 160:3
**concern** 148:17
**concerning** 17:14
22:17 37:6
**conclusions** 87:5
**conditions** 14:12
**conduct** 9:18 10:1
29:17,21 35:18
**conducted** 9:12
28:20 35:22 54:23
**conducting** 9:5
**confiscate** 12:17
13:20 16:15 47:6
47:7
**confiscated** 12:14
12:15,16,20 13:13
14:1 46:14 47:5
47:17
**confused** 17:12
**confusing** 68:8
**conscious** 133:19
**consider** 63:17
124:9 127:14
175:1
**consists** 203:7
**constantly** 218:3
**constraints** 218:15
**constructs** 172:20
**consumption** 14:14
**contact** 30:15
**contacted** 119:18
**contained** 69:7
**contest** 113:6,10
121:1 203:6
**continue** 80:21

147:13 156:11
181:21
**continuous** 190:6
**contributed** 207:5
208:10
**control** 1:1,11 2:3,7
19:16 46:2,3,6
72:22 82:20 98:3
101:9 138:8 171:7
187:6,7,8,12
202:13,19,21
209:22 221:7
**controlled** 45:23,24
203:16 218:19
**controlling** 97:24
**controls** 77:2
187:13,15 202:17
209:24 210:3
**conversation**
137:16
**Conversely** 57:22
**copied** 100:3
**copies** 46:17
**copy** 15:8,17 46:24
53:20,23 55:13,15
80:8
**corner** 184:20
**correct** 9:7,16
11:11,13,20,24
18:13 22:18 29:15
31:15,22 35:19,20
35:23,24 36:8
37:17 38:20,21
39:2 40:23 43:20
43:22 44:6,9,10
44:14 45:17 46:1
55:6 58:22,22
73:13 74:1 76:2
76:15 88:6,9,21
89:24 91:15,18
92:15,16,21 94:6
94:18 101:12,15
101:16,19 102:1,9
107:7,24,24
109:15,16 111:14
114:10,14 115:13
116:16,24 117:1
117:18 118:17,19
121:1 122:8,21
125:20 126:4,8,16
126:17 130:8
131:10,13,14,23
132:3 136:13,18
137:22 138:22
139:12,16 144:6
151:7,24 152:19
152:20 157:10
161:6,8 163:15

171:4,23 174:17
174:18 177:12
178:7 181:15,16
185:14 188:9
189:21,22 192:1,7
194:4 195:14
196:3,6 201:24
202:7,20 203:19
209:23 210:12,15
210:16 211:10
212:6,13 213:15
213:20 214:6
218:11,24 230:8
**correctly** 31:17
32:6 37:12,15,24
39:7 92:1,2
140:10 146:2
182:2 188:4
**correspondence**
158:20
**correspondingly**
71:2 83:2
**cost** 223:24
**Council** 52:4
**counsel** 4:4 137:12
198:8
**count** 144:10
176:11
**counter** 133:17
**countertop** 159:1
**counties** 7:20,22 8:1
**counting** 168:4
**countries** 162:6
**county** 7:19 8:23,23
9:2,4 24:9,12,21
27:7 115:23 119:4
119:6,7,14 120:5
136:21 137:1,2,3
137:19,20,21
162:13 179:24
**couple** 89:1 163:1
195:23 223:23
**course** 15:1 21:23
51:13,20 89:21
108:10 121:10
122:3 137:16
158:20 168:3
173:19 190:24
**court** 28:18 100:9
101:21 138:21
162:17
**cover** 7:13,18 23:2
**covering** 59:1
**crane** 111:4,6,13,16
112:16 129:20,22
131:11
**create** 92:6,7,13
175:23

**credit** 140:12
**credits** 33:1,4
**crimes** 7:14
**criminal** 50:19
162:12
**criteria** 204:2
**cross** 2:3,8,10,13,14
189:4
**Cross-exam** 15:19
99:2
**cross-examination**
15:22 87:2 99:10
147:15 189:6
221:21 226:5
**crowded** 223:9
**cup** 121:14 122:7
**curiosity** 162:20
**currency** 18:10,11
**currently** 161:19
**curriculum** 53:20
54:1
**curve** 94:24
**cut** 60:18,19
**Cuyahoga** 50:15
**CV** 3:4
**cycle** 79:1 81:3
170:15

---

**D**

**D** 3:4 4:2 55:10,11
98:24 99:13 157:1
157:5 207:18
**dart** 97:8,9
**data** 226:22
**date** 14:5 24:22
27:19,22 45:17
101:12
**day** 12:9 22:23,24
23:1 25:2 34:23
122:2,15,22,22,23
123:7 147:14
184:17 230:12
**days** 222:19
**deal** 95:10
**debris** 14:16
**decayed** 165:1
**December** 9:5,9
14:7 24:22 27:14
**decide** 25:1 40:24
60:3
**decided** 25:7 72:6
78:15 85:20
144:22 154:14
175:20 176:3
178:13
**decides** 112:13
115:10 153:22
**deciding** 84:13

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005761

decision 72:5,8,10
78:6 81:16 84:3
89:17 94:4 112:17
133:5,19 138:21
138:24 173:11
178:21 216:18
decisions 101:21
decision-making
71:11
deck 163:24
decrease 66:13
deemed 53:6
defense 137:12
168:24 169:8
define 139:6,7
defined 58:10 73:15
139:4 162:16
187:19 191:2
definite 206:14
212:14
definition 118:21
138:20 139:11
163:8 188:13
191:6,11,20 203:2
203:18 204:5
definitions 161:5
degree 96:20 97:18
158:22 159:7
delay 148:5
demo 205:6,11,13
205:17
demonstrate 87:5
demonstrating
81:21
demonstration
72:17 78:1
denomination
199:10 200:12
201:10 226:15
denominations
223:21
department 2:3,6
4:7 7:7 8:9 15:2
25:5 30:21 46:10
48:13 52:11 54:22
100:23 101:3,6,10
119:19 120:9
157:2 179:22,24
departments 51:10
53:17
Department's
53:18 55:11 98:24
207:18
departs 85:3
depend 226:14
depending 186:17
197:4 224:23
depends 107:21

Deputy 2:5 4:6
describe 7:12 50:12
55:16 63:22 64:2
72:11 124:1 216:8
described 16:6
70:10 180:16
describes 16:24
description 16:5,13
17:13 19:5 81:1
81:21 83:7 191:21
design 159:9 162:4
190:2,3,5
designed 82:1
158:24 159:14,16
159:22,23 160:22
189:16,19
designing 158:24
189:12,14
determination 11:5
40:24 61:19 163:3
determine 21:15
28:19,21 40:12,20
53:15 84:20 129:2
129:12 138:3
146:19 159:17
204:1 210:7,24
212:21 217:4
determined 11:2
12:12 20:17 21:12
61:10 73:6 78:13
86:9 90:11 135:7
138:18 139:13
166:5 175:16
191:18 194:22
206:8 210:22
214:9 215:19
216:7
determines 68:17
169:24 172:19
183:14 210:5
determining 114:16
deterrent 222:14
developed 52:6
159:1 162:1 168:7
177:4
device 14:10 16:7
16:14 19:5 20:18
33:20 41:1,4
54:22 96:20,22
97:18 160:10
164:17 183:9,10
183:12 191:8,14
207:7
devices 12:16 51:2
51:11,15,19 52:8
52:15,16,19 53:4
53:7 54:6 153:19
168:6

dexterity 140:16
diagnostic 41:16
dice 17:17
die 196:19
difference 40:20
41:3,7 73:4 80:19
169:14 174:24
175:6 207:24
different 20:13 22:6
54:18 57:4 59:10
65:2 67:12,18
72:19 81:10 83:15
85:7 95:13 97:5
103:11 122:4
127:9,10 133:1
162:4,5 164:24
165:14,22 166:3,6
171:16 172:11,12
172:13 173:6,9
175:18 178:12,21
178:22 193:24
199:5,9 201:16,18
202:7
differentiates 86:3
differently 212:12
difficult 177:1
Digital 230:16,22
digitally 230:4
dime 225:19
dire 54:8
direct 3:7,10,13 7:2
50:6 57:15 157:19
217:6
directly 216:12
218:9
disable 66:24
disappear 109:15
disc 134:14
discussed 103:8
119:22 137:10
discussion 137:6,8
157:13 205:7
displayed 18:15
155:3
dissuade 76:12
distributor 205:10
distributors 120:8
district 24:7,21
25:11,13 28:4
31:3
divided 206:12
document 13:5,9
53:19 55:12
documentation
30:5,5
documents 23:18
23:22
doing 124:9 126:15

142:10 184:14
dollar 10:24 31:24
32:4 56:9,12,13
56:17 57:17 58:7
60:20 64:23 66:2
68:2,3 83:17 88:4
103:21 130:21
145:1 149:4 156:6
175:4 201:1
dollars 56:12 68:15
68:15 104:17
185:13
DONNA 230:22
door 10:9 167:22
double-up 99:21
drag 147:14
draw 17:8,9 18:21
52:21
driven 163:14
drug 27:8
dual 52:18
duly 4:23
duplicate 202:9
duties 7:12

E
E 3:5 4:2,2 5:23 6:1
6:7 157:1,4,5
Eagles 4:13 28:11
earlier 64:15
116:21 129:23
169:11 223:4
earliest 164:20
early 34:20 53:12
223:8
easier 55:18 56:5
65:18 81:18
easiest 68:11
East 2:3,8
eastern 7:20
eat 170:22
editions 20:13
educated 103:4
education 50:13,14
51:2 158:14
Edward 6:1
effect 144:21 213:3
effectively 130:7,11
132:4 181:17
185:10 187:2
eight 8:2 46:4 91:2
115:4 158:8
165:13,21 166:3
166:12,14,16
167:10 172:11,11
172:14,14,14,15
173:8 175:18
212:23

eighth 158:16
eight-liner 186:1
either 28:23 44:14
48:12 57:7 81:13
165:18,23
elaborate 119:9
electrical 158:21
electricity 182:9
electronic 10:6 11:2
11:5 12:13 14:10
16:6,13 21:24
23:5 43:17 56:20
64:22 96:22 159:5
electronically 59:14
64:24 90:11 230:5
element 141:22
employ 78:4
employee 35:13
120:13
empty 69:3 111:21
encourage 83:5
enforce 52:14
enforcement 6:12
6:17 50:17 52:10
engineering 158:22
enjoyable 160:10
ensure 147:15
entails 204:4
enter 4:5
entered 35:11 36:1
entering 10:3,5
entire 19:11 77:23
83:14 116:3
159:23 170:9
187:16 196:10
198:24 201:10
206:10,11
entirely 197:14
entitled 33:21,23
equate 76:4
equation 63:22
equivalent 158:21
Erie 136:21 137:1,1
137:3,21
error 207:10
essentially 22:16
72:18 163:19
185:20 196:19
212:10
established 215:16
establishment
67:14,15
establishments 7:15
52:14 67:16
evaluating 96:9
event 123:5 203:5
211:24
events 155:7

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005762

everybody 4:20
  6:21 56:5 80:2
  85:8 98:11,15,17
  105:23 115:21
  118:12 195:7,8
  222:12,16
evidence 13:5 14:2
  14:19 46:23 47:9
  54:4
Evidently 192:2
evolved 160:23
exact 15:8 113:4
  171:14
exactly 9:11 21:23
  40:18 49:13 68:13
  80:5,7 98:9
  148:21 150:9
  164:3 167:1 170:5
  184:18 185:21
  186:22 200:23
  201:8 222:22
  223:3
EXAMINAITON
  222:3
examination 3:11
  3:14 7:2 48:9
  50:6 54:23 152:16
  155:19 157:19
examined 99:22
examining 96:9
example 57:14
  65:10 69:6 124:22
  196:17
exceed 61:6 65:13
  65:19 68:24 69:24
  70:2 115:11
exception 70:5
excess 91:8 220:5
excise 51:8
exclusion 113:12
excuse 7:19 15:14
  33:17 37:12 45:13
  46:4 65:16 100:7
  119:3 139:14
  169:16
exercises 210:7
exhibit 5:5,9,13,23
  6:7 13:8 14:19
  16:1 53:18 54:4
  55:10,11 62:11,15
  98:24 99:13
  207:18
exhibiting 18:9
exhibits 3:2 157:1
  157:11
experience 11:1
  21:12 25:20 228:7
expert 32:18 33:4,6

33:7,9,20 37:1
  41:16 49:12 53:4
  53:6 54:5 134:6
  162:9,14,16
expertise 52:7
experts 129:1
expires 230:17
explain 106:4 142:7
  169:14 174:24
  175:12 180:20
explained 103:22
  103:24 180:5
express 41:21
extended 153:2
extra 72:3
extremely 105:15
eyes 126:6
E-prompts 198:4

_____ F _____

facility 10:15
facing 13:16
fact 28:16 33:9
  36:24 41:15 82:7
  86:7 94:7 101:8
  107:3,5 118:6
  120:7 135:3
  136:18 154:12
  169:12,13 176:18
  195:9 199:24
  216:3 221:13
  223:19
factor 114:16
  208:13,24 220:6
factory 205:9
fair 77:24 99:17
  159:3 160:7
fairly 175:5
fall 9:4
familiar 38:14
  41:11 54:14 172:8
  183:1
far 24:9 59:22 71:4
  101:11 194:20
Farley's 128:10,12
fault 101:1
faux 186:5
Fawley 2:8
FBI's 51:12
FCC 158:18
feature 70:15
  209:21
features 70:17
  161:2
February-March
  120:2
federal 159:8
fee 123:18

feedback 208:13
feel 147:14 216:13
fell 167:23
felt 137:8
female 26:12
field 50:22 144:23
  145:10 193:2
  225:10
fields 193:3,20,23
  194:3 222:7,11
fifty 56:11 88:15
fight 224:3
figure 139:20
  220:11 227:14
file 8:13
filed 9:8 25:23
fill 8:11
filled 77:10
filling 176:15
fills 8:12 77:23
final 139:9
finally 5:22
find 14:15 33:12
  87:15,16 109:19
  128:15 162:21
  166:6 176:23
  177:10 178:23
  199:19,23 204:3
  224:4 225:7
finding 204:13
  210:23
finds 177:7
fine 49:15 206:2
finish 112:7 212:15
finished 12:11
  70:21 81:20
  221:21
finite 59:21,24 60:1
  62:4 73:15 104:18
  104:20 169:19
  170:15 171:7
  181:4 186:15
  206:18 212:22
  213:11 218:18
  222:23
first 30:23 56:7
  68:13 78:20
  102:22 108:3
  118:24 119:18
  120:1 140:6
  153:20 156:1
  159:1 169:24
  172:23 180:2
  190:15,19 210:17
  210:19 211:9
first-class 158:18
Fishing 116:22
fit 14:14 160:16

199:17
five 8:16 18:15,18
  22:10,15 56:11
  67:17 91:3 95:17
  96:15 147:17
  148:1 174:9
  196:23 197:1,3
five-minute 99:4
  147:2
five-year 155:23
fixing 158:22
flat 213:11 214:13
flip 58:9 71:8,13
  74:7 77:1,22 83:1
  84:5 144:11 154:7
  155:15 176:16
  204:7,11,20 206:3
  206:17,21 208:15
  208:15 209:1
  212:1 214:20
  215:1,14 216:4,15
  216:16 217:23
  218:2
flipper 67:1 71:17
  77:1 212:11 216:7
flippers 52:18
  101:24 102:3
flips 71:12 209:3,12
  216:14
Floor 1:12 2:4
flush 111:7
FOE 1:5 5:3 9:15
  9:18
follows 50:4 157:17
follow-up 226:1
food 7:16
fool 175:24 177:14
forced 173:11
foregoing 230:4,7
forfeiture 36:11
forgotten 29:1
form 8:11,12,20
  17:2 23:9,11 24:1
  24:3 25:20 27:13
  27:22 29:7 143:15
formal 50:12,14
  51:4,5
format 95:14
forms 164:20
forward 147:8
found 47:12,14
  97:15 140:18
  162:24 213:7
  214:10
four 9:20 46:8 54:1
  54:18,19 58:18
  61:4,5 90:5 91:3
  95:17,18 122:12

147:16 224:6,10
  224:10,10,17,20
fourth 54:20
four-line 90:7 170:3
  170:7 224:12,15
  224:21
frame 94:9
frankly 34:1
Fraternal 4:13
fraud 7:17
frauds 51:18
free 85:12,15 118:7
  118:7
front 13:8 16:2
  19:16 34:1 55:11
  76:10
fruit 81:5 92:19
  154:21 172:2
full 39:11 222:17
  230:8
fully 180:4
fun 211:21 214:13
funds 123:19
further 3:14 48:4
  49:17 99:1 189:3
  226:5

_____ G _____

G 4:2
gamble 22:6
gambling 11:3
  12:16 14:10 16:6
  16:14 19:5 20:18
  21:13,21,24 22:5
  22:17 23:5 29:17
  29:21 33:6 41:1,4
  51:2,2,7,12,15,19
  51:24 52:7,14
  53:4,7 54:5 96:20
  96:22 97:16,18
  125:11 137:11
  164:17
game 11:7,16 17:21
  32:6 38:18 39:17
  40:15,17,21 41:13
  41:13 42:15 44:18
  48:17 60:4,7 65:7
  65:8,22 67:11
  68:20 69:1 71:14
  74:12 77:14,16,17
  82:1 84:11,20
  85:2,4,12,18 86:8
  87:6,21,22 88:3
  88:18,22 89:15
  90:4,6,13 93:2
  95:5,14 96:13
  97:5,6,16 98:1,22
  99:21 102:19,24

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005763

104:9 108:4,15
109:2 111:4,6,6
111:13 112:2
113:3 114:17,22
115:1,24 116:1,2
116:15,22 117:21
117:23,24 118:7,7
118:15,17,20,21
121:2,6,15,23
122:8,9,19 123:1
123:12 124:7,13
124:15,18 125:2,8
125:11,16,19,19
127:7,14,15
129:22 131:11
132:8 133:19
135:21 138:7
144:12,13 145:5
146:5,22 148:14
149:6,8 150:19,23
152:19,21 154:17
156:4 159:2 160:3
160:4,23 161:12
168:24 179:21
180:4,13 182:14
187:23 190:4,12
191:17 192:16,18
194:11,22,24
202:18 203:16
204:12 206:7
207:24 208:16,16
208:20 209:21
210:8,23 211:1,3
211:4,20,21
212:13,16 213:4,5
213:6,10 214:13
214:16 218:10
219:23 220:20,22
223:13
**games** 17:1 64:9
69:2,7,10 79:11
88:16 100:21
101:13 108:11,20
129:16,21 135:1
158:24 160:21
162:3,4,10,21,23
197:13 208:15
220:1
**gaming** 21:24 22:1
52:7 125:5,10
159:5 162:2
**Gardner** 1:9 3:14
15:14 19:19,22
20:1 65:15,19,24
66:6 67:24 68:7
73:8,17,20 74:19
74:22 75:2,20
76:3,7,16 79:21

80:10 89:2,5
94:12 123:8 134:8
134:19,21 156:22
219:1,10,14 222:4
225:22
**Gardner's** 74:11
**Gearhiser** 2:9 3:8
3:10,13 4:11,11
5:8,15,18 6:5
12:19 14:20 15:12
15:15,20,23 19:9
20:2 28:14 29:3
32:23 33:3,8,11
33:17 34:5,10,17
35:8,10 37:2,4
41:24 42:2 48:4
48:18,21 49:10,19
54:9 62:10,13
79:4,24 80:4,16
86:16,20 88:14
89:8,21 92:9 99:3
99:7,11 122:1
134:23 147:1,4,16
147:20 148:2,4,6
151:3 152:10
154:1 156:16
157:3,20 189:2
197:16 204:17
221:14,22
**gears** 164:24
**General** 2:2,5 4:7
137:9
**generally** 87:13
132:5,19 178:22
183:9 185:23
189:13 217:6
223:20 227:1
228:15
**General's** 120:20
136:19 197:24
**generate** 55:7
163:20
**generated** 14:3 26:1
**generating** 163:17
**generator** 163:18
164:8
**generators** 163:23
**Georgia** 162:11,13
162:21 163:1,2
**getting** 18:19 24:24
35:3 36:7 37:21
38:22,23 125:17
143:3 154:15
210:4 216:22,23
227:22
**Ginther** 12:14,20
47:9,13 48:3
**give** 22:11,14 42:21

89:11 99:16
124:15,21 130:20
139:17 140:12
141:10,11 146:2
158:13 172:8
174:16 183:24
188:13 197:21
202:23,24 203:11
208:22 211:6
214:13 216:10
**given** 18:18 44:11
46:22 64:1 110:5
110:6 124:1
**gives** 18:2 179:1
191:16 204:15
213:12
**giving** 120:22
149:19 184:7
204:14 209:16
213:10 214:12
**go** 8:23,24 18:4
22:8 25:1 32:13
34:7 39:12 48:16
59:5 61:11 65:17
66:23 67:4 71:3,3
74:5 77:19 78:19
78:24 80:20 81:3
81:22 83:14,23
87:2 91:7,21 97:4
99:13 100:6
102:21,22 108:18
113:18 129:22
141:15 143:19
147:8 150:21
152:7 154:6 156:1
163:9 168:8 169:2
174:15 175:17
181:14,21 197:3
205:20 215:5
223:10,15 225:6,9
226:3
**gobbled** 222:21
**goes** 56:23 60:10
72:20 77:20,21
91:8 106:10,23
172:1 186:18
190:18
**going** 4:16 6:2
14:20 15:10 28:7
28:15 32:18 34:13
35:18 46:1 56:13
56:20 58:10,15,23
59:1,4,13,15,16
60:5,19,22 61:12
61:14,16,23 65:17
70:19 71:16 72:6
72:7,23 73:5,6,16
76:20 77:7,9

78:20,23,24 80:14
84:1 85:21 86:5
87:14 88:14,24
90:7,8,22,23
91:13 95:22,23
98:13 106:8
108:18 114:13,14
115:10,11,13,16
123:9 124:12
126:24 128:7,20
130:1,17 131:3,8
132:1 133:10,15
141:20 143:9
144:24 146:1,14
146:16 147:4
149:8,13,14,24
150:1,3 153:23
154:14 155:3,9
157:8 158:18
164:1,4,9,10,11
164:12 165:3,8
166:15,16,18
167:8,11,15,20
170:1,14 172:20
174:16 175:17,19
175:20 176:4
181:2 183:20,24
184:14 186:19
188:3,22 195:8,15
197:1,2 198:5,10
199:22 201:2
202:4 204:20
205:21 206:12,17
207:14 208:17
210:6 212:21
214:8,18 215:5,6
215:12,13,15
217:13,15,16
218:20 219:8,12
222:7 223:10,12
223:15,24 224:9
225:3,7,12,13
227:14,23
**golf** 121:2,10,11,11
121:14,15 122:3,8
122:12,19 123:10
123:11 124:7,13
125:1,7,12,16,19
127:7,9
**golfer** 122:17 127:5
127:6 156:21
**good** 95:12 102:8
102:11 104:22
122:17 126:24
127:5 156:3
170:16 184:7,14
185:9 186:4,8
216:23

**gotten** 174:1
**government** 159:8
**governor** 138:19
156:13
**grade** 158:16
**graduated** 50:14
**grand** 63:9 195:5
195:11,16,18
196:5
**grandson** 155:23
**graphics** 20:12
**great** 95:10
**greater** 69:20
**grew** 158:6
**grid** 192:24 210:11
215:21
**guarantee** 197:24
**guaranteed** 73:11
82:2,13 196:23
198:20 210:15
**guess** 17:12 24:24
30:24 39:2 42:16
73:17 103:4,4
116:1 117:6,7
124:12 146:2
151:10 203:12
**guessed** 92:1,2
**guessing** 21:7
177:12
**guy** 105:10 130:11
179:18 184:13
186:1
**guys** 47:22 128:21

### H

**hail** 158:5
**half** 77:8 98:20
107:18 138:5
**halfway** 107:13,15
**hallway** 6:15 27:10
**halves** 133:2
**hand** 4:19 230:11
**handicap** 121:4
**Handing** 55:10
**handle** 164:22
165:21
**happen** 45:4 72:15
79:2 89:23 93:5
178:14 222:7
**happened** 32:12
44:4 62:17 101:20
118:4 137:3
222:10
**happens** 8:18 68:5
79:9 81:4,12 95:7
97:1 106:6 110:23
112:12 127:8
153:20 167:21

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005764

172:10 173:21
181:12 189:24
190:18
**happy** 180:1 198:6
**hard** 64:18 206:24
**hard-coded** 180:23
**haunt** 52:16
**head** 24:15
**headquarter** 25:12
**headquarters** 25:13
**Health** 50:24
**hearing** 5:5 19:18
34:7,12,21 147:9
**hearings** 23:23
**help** 204:20 215:9
215:10
**hereunto** 230:10
**hey** 123:9 177:16
184:13 189:11
**he'll** 122:18 147:23
**hidden** 168:6,10
**hide** 177:6 177:19
**hiding** 184:19
**high** 1:11 50:15
158:15
**higher** 49:1 57:16
58:20 83:2 100:7
175:3 176:19
177:1
**highest** 88:4 92:24
179:1
**historically** 97:14
**history** 99:17
**hit** 81:14 95:18
121:20 122:5
127:15 141:21
167:21 168:8
177:11 195:7
202:6 206:17
222:17
**hits** 177:17 185:2
210:9
**hitting** 84:16
108:14 141:2
144:1 184:20
**hmm** 183:20
**hold** 55:21 150:12
150:12 169:2
180:17 182:20
183:4,16,21
184:22
**holder** 2:11 4:12
14:9 48:13 64:6
82:12
**holders** 196:18
**hole** 39:4,5,5
123:21 125:4
127:9,16 132:12

165:2
**hole-in-one** 122:14
122:18 123:2
**home** 161:2 223:15
**Honor** 36:24 41:15
188:23
**hook** 159:24
**hope** 191:16
**hoping** 223:14
**hours** 34:12 72:16
96:8,11,15,17
223:23
**hour's** 185:23
**house** 91:7 107:8
108:18 168:3
**hundred** 53:3

_____
         **I**
_____
**icon** 92:5,9,10,11
212:1
**icons** 163:22 213:7
224:23
**idea** 26:11,17
123:24 176:22
208:22 220:23
**ideas** 160:9
**identical** 19:23 20:9
20:10 92:13
**identified** 9:23
35:12,17 55:3
83:8 126:14 131:2
131:7
**identify** 13:8 53:19
55:12 61:22 81:7
157:21
**Id'd** 3:2
**illegal** 29:8,11,14
33:20 40:21 41:1
41:3,5 101:22
102:1,2 110:22,24
125:14 129:17
146:11 163:2
**illusion** 178:17
**image** 155:2 202:5
205:14
**images** 79:3 81:15
153:24 154:21
202:2
**imagine** 134:12
**imbalance** 217:19
**impact** 218:8
**important** 169:20
192:8,12 216:24
**impossible** 117:6
**improbability**
109:1
**improperly** 142:16
**incapable** 163:16

**incidents** 14:22
**including** 7:16
**income** 14:2 82:2
227:13
**incorrect** 44:6
45:15,19 46:1
88:13
**incorrectly** 108:1
**increase** 66:12
154:10 198:20
**increased** 57:18
84:8
**increases** 91:10
**increment** 219:12
**incremental** 216:20
**increments** 218:3
**independent** 110:3
187:23 214:15
**INDEX** 3:1
**indicate** 113:2
182:22 188:21
**indicated** 27:7 29:7
31:13 35:12 36:15
38:2 47:2 114:3
129:23 179:7,13
182:20
**indicates** 19:1
28:17
**indicating** 35:16
151:16
**individual** 51:9
61:8,11 64:11
65:12 77:11 81:7
82:15 84:8 119:13
125:4 152:3
**individually** 87:11
**individuals** 9:24
**infinitum** 181:15
**influence** 148:15
**informal** 51:1,4
**information** 22:11
22:15 31:7,11
64:4 107:11
**informed** 8:3 34:21
221:5,7,8,9,11,12
**initial** 47:22
**innards** 114:1
**input** 60:13 167:19
**Insects** 14:16
**insert** 56:9
**inserted** 18:5
**insertion** 56:7
**inside** 56:18 58:3
64:16,19,24 65:6
68:10,18,20 75:11
81:8 90:8 154:7
180:5 183:9,10
184:6 227:7

**inspection** 10:2
35:19
**inspections** 35:22
**instance** 73:21
135:15,16,17
225:8
**instant** 53:10
**instructing** 50:11
**instruction** 192:10
**instructions** 221:2
**instructor** 52:2,3
**integer** 170:16
**intent** 146:6
**intention** 160:16
**Internal** 51:6
**internally** 199:8
**interpretation**
138:22 139:2,3
**interpreted** 140:17
**interrupt** 181:2
200:15
**introduction** 6:6
**invented** 171:9
**inventor** 103:9,11
**investigate** 7:14
**investigating** 14:21
**investigation** 9:2,13
9:15,18 28:19
30:13
**investigations** 9:6
**investigative** 3:3
5:14 7:8 15:3
157:9
**investigator's** 13:10
**investment** 94:11
95:7 145:14
**invited** 179:21
**involve** 7:15 42:10
140:1 141:13
**involved** 52:22 53:9
53:13 54:21 71:20
72:1 75:9 77:8
95:21 136:22,24
153:8,13 159:5
161:20 197:17
204:2
**involves** 51:19
83:18 97:3 116:1
116:7
**iron** 121:13,21
122:5,6
**irrelevant** 195:3
210:21 211:11,18
212:20 220:6
**issue** 6:4 41:18
54:24
**issued** 30:21
**items** 17:19

         **J**
**J** 1:10 2:5 230:22
**jackpot** 70:4 71:9
**January** 34:20
**Jim** 2:2
**job** 7:12 138:2
147:23
**July** 36:16,21 101:5
102:5 119:24
129:15
**jumps** 177:16
**June** 9:8 24:22
27:15,17,18 28:2
**jurisdiction** 28:18
**jurisdictions** 161:1
162:5
**Justice** 50:19

         **K**
**keep** 18:18 91:8
104:5 108:13
202:4 227:22
**keeping** 228:1
**Keith** 1:8
**Kent** 50:17
**kept** 15:1 137:21
**kid** 98:19
**KIMBERLY**
230:16
**kind** 102:5 129:11
147:7 150:12
179:5
**knew** 16:19 21:10
29:12,13 33:18
36:15,18 38:22
80:7,16 86:11
115:22 145:3
146:12,12,13
165:5 222:20
**knock-off** 52:19
**know** 5:12 6:15
7:21 16:11 20:9
20:11,13 26:8,22
26:23,23 27:2,9
27:16,18 29:14,20
30:17 32:17,20
34:13 36:13,14
38:10,12 39:18,18
40:2,8,14,16 41:9
42:7,8,9 44:12
45:3,4,6 46:8,11
64:8,12 68:13
75:21,24 76:6,11
80:17 86:4,14
89:10 91:14,18
97:13 101:11
103:2 106:22
107:1 109:18,22

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005765

109:24 112:1
113:11,21,22,24
114:1,18,24 120:6
120:11,15,17,19
121:5 122:16
123:6,10,11,13,23
128:17 133:3,9,11
133:15,18 137:13
139:19 140:4,5
143:5 145:5,10,20
146:5,16,22
147:13,17 149:11
150:2,5,7,16,18
154:16 155:14
159:13,18 161:7
161:10 163:8
164:1,3 165:3
167:4,7 170:10,11
170:20 171:13,14
171:15 172:3
176:22 179:12
182:16,18 187:4,5
192:6,9,12 197:20
198:15 203:2,7,8
203:9 204:6,18
205:5 206:17
208:16 209:19
211:8,17,23
212:15 214:14
215:13,14,15
219:22 220:19
221:1 222:11,12
222:13 225:5
227:20 228:17
knowing 24:23
124:8 133:7 146:1
146:15 149:23
222:17 223:24
knowingly 146:4
knowledge 41:9
102:10 203:17
206:4
knowledgeable
180:3
known 80:19
knows 12:22 35:7
48:19 68:19 71:16
72:7,23 73:4 77:7
78:7 82:6 123:21
211:19 216:22
220:24 222:12
Kurt 2:9 4:11 5:12
89:7 172:10

**L**

lab 129:5,11
label 13:15 47:24
48:1

labeled 13:16 48:2
lack 203:17
Lampke 2:5 3:7,8
3:10,11,13,14 4:6
4:6,10,10 5:1,12
5:21 6:1,10,22 7:3
14:18 15:16 16:2
19:3 28:13 32:17
33:5 35:1 36:23
41:14 48:7,10,23
49:13,15,24 50:7
54:3,13 62:14
66:7 67:6 69:5
74:10 75:15 76:21
79:7,12,19 80:3
80:20,24 87:3
88:17 89:13 92:4
92:12 93:21 94:16
96:4 98:23 119:21
120:12 128:17
134:3 142:23
147:19 152:13,17
155:16 156:24
157:12 188:22
189:7,10 198:9,14
198:18 201:14
204:22 205:2,5,12
219:20 221:18,20
226:1,6
land 165:22,22
166:13,15,16
landing 165:18
language 203:13
large 39:4 97:12
115:6 172:4
largely 191:18
larger 185:22
largest 59:7
Las 21:20
late 53:12
Laughter 89:12
121:24 156:23
law 22:12,16 36:16
50:16 52:10
100:14 110:4,10
134:7 135:17
160:4,17,22 161:3
162:21 168:18
172:24 191:7
203:3 220:6
laws 7:16,16 22:5
52:14 161:4
leap 118:3
learned 110:1
155:24
learning 94:24
leave 104:4 150:4
198:1

leaves 26:19
led 30:9
left 10:9,10 13:15
13:16 62:9 71:4
190:1,17,21
192:23 207:9
214:19
left-hand 10:8 71:4
195:5
legal 29:24 36:24
41:3 102:3 146:11
163:1,4 169:9
lemon 165:15,19
lemons 58:16 71:6
90:9,9 166:17,19
216:22 219:11,16
224:10 225:9,18
lemon-cherry-che...
166:1
lemon-cherry-le...
166:2
lemon-lemon-che...
166:2
lemon-lemon-lem...
166:3
lessen 83:4
lesser 200:12
letter 137:8,17,18
letting 125:22
let's 4:19 18:4
32:13 60:9 61:22
65:8 85:10 86:2
86:11 88:11 89:15
89:19 91:14,15
93:17 95:14 96:6
101:2 107:13
109:3 123:6,18
124:19 129:22
140:3 141:15
145:24 146:21
148:24 156:7
165:12 204:7
208:5 212:7
222:11 227:19
level 65:23 67:11
70:1 101:14
102:24 104:3,10
175:7,9 180:14
184:2 188:2 199:7
200:5 206:19
207:21,21,22,23
207:23,24 208:1
208:14,19 209:18
209:19 215:11
216:15 219:7
227:9,10 228:2
levels 103:17
license 28:11 29:17

29:20 30:3,6,10
158:19 159:9
life 180:24 201:10
likes 177:7
likewise 218:6
limes 145:15 224:11
limiting 138:19
line 59:23 60:10,12
62:1,2 63:17,23
77:18 84:2 85:24
90:3 92:14 153:21
165:12 173:12
175:18 176:9
192:4
lined 213:7
lines 58:24 60:5
61:4,11,15,15
63:18,21 64:12
83:24 84:14,23
85:20 88:18,19,22
90:14 92:6 114:15
130:16 170:10,12
170:18 172:20
177:4,9 201:21
216:23 218:13,17
224:17
liquor 1:1,11 2:3,7
7:15,16,21 8:4
14:12,13 19:16
28:11 29:3 36:9
40:19 52:13 53:8
101:8
listen 130:19 141:9
little 6:2 25:9 56:4
59:1 65:18 72:18
72:20 75:3 77:22
86:3 97:11 100:7
100:8 124:19
214:13
lived 158:7
load 69:3
loading 206:1
local 8:9
located 10:7,11,14
locating 57:10
location 28:8 45:17
108:14 127:10
141:13 142:10
144:8 174:8
228:15,16
logged 8:20
logical 141:16
long 7:9 22:8 34:13
39:11 110:18
128:20 129:10
156:1,5 179:12
186:10 197:23
202:12 213:2

longer 123:12 167:2
look 15:24 57:3
75:6 97:3 101:18
108:14 118:24
119:19 120:3,10
128:18,19,21
129:1,8,12 133:4
170:19 215:9
looked 14:17 25:16
54:19,21 82:6
99:12 119:15
128:8 129:15,20
137:14
looking 19:12 35:15
80:11 102:12
179:6 184:8
looks 16:5 77:22
103:19 176:7
183:10,12 186:8
212:17
Lorain 119:6,7,14
lose 12:1,1,2 38:6,7
45:5 94:17 104:24
105:7 108:7 109:2
116:18 126:7
139:7,8 146:16
150:3,13 164:12
173:17 187:20,23
191:22 196:23
197:2,3,5 210:18
loser 178:20 210:1
loses 105:10 179:3
217:8
losing 146:6 152:22
153:6
loss 91:6
losses 77:11
lost 11:12 33:12,16
38:21 45:11 88:11
91:4 92:3 105:19
106:7,9 107:4,5
107:18,23 109:11
126:7 174:9,20
182:23
lot 100:14 108:4
161:10 190:7
202:1 221:6
223:12,14
lots 191:22,22
low 171:21
lower 177:2 210:9
210:14 218:20
223:21
lowest 61:17 182:18
luckily 80:8
lucky 78:2
L-a-m-p-k-e 4:10

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005766

| M | | | | |
|---|---|---|---|---|
| **machine** 10:24 11:2 | 133:14 135:3,4,19 | 100:14 101:22,24 | **Matthew** 2:5 4:6 | **merchant** 132:22 |
| 11:3,6,8 12:3,11 | 135:21,22 136:1,2 | 102:2 113:22 | **maximize** 92:16 | 132:23 |
| 12:13,18 13:1,13 | 136:5,13,16 138:3 | 129:20 137:4 | **maximum** 65:21 | **met** 137:5 179:16 |
| 13:14,16,17,18,19 | 138:9,11 140:8,16 | 151:19 158:23 | 70:1 90:14 92:7 | 180:2 |
| 14:3 16:23,24 | 141:7,17 143:17 | 162:9 163:24 | 135:6,11 182:17 | **metering** 52:18 |
| 17:13,14,20 18:3 | 143:20 144:22,23 | 164:5,6,7,21 | 200:11 | 56:19,22 |
| 18:3,6,6,11 19:2,6 | 146:7,10,19,20 | 168:7 173:22 | **MBA** 50:21 | **meters** 56:24 64:16 |
| 21:10,11,13 30:13 | 147:6,9 148:11,20 | 183:1,3 185:15 | **McNamara** 1:9 | 64:18 |
| 30:15 31:21 32:4 | 148:21,24 149:4,5 | 189:12,13,15,16 | 3:11 4:4,14 5:10 | **metropolitan** |
| 32:9,14,14,18 | 149:13,17 150:7 | 191:2 199:4,15 | 5:16 6:8,13,19 | 162:13 |
| 33:4,8,22,24 37:6 | 151:9,12 152:5 | 200:8 228:19 | 12:22 14:24 15:5 | **mic** 155:12 |
| 38:2,13 40:21,22 | 153:3,5,9,14 | **mailing** 3:3 5:6 | 15:7,10,19 19:7 | **Michael** 3:12 |
| 41:7,8 42:4,10,20 | 154:7,13,20,24 | **main** 10:12,13 | 29:1,5 34:3,9,15 | 157:15,23 158:2 |
| 43:1,4,18 44:23 | 155:1,4,4,7 | **maintain** 159:10 | 35:5 41:19 42:6 | **microphone** 53:22 |
| 45:2,18 46:9,11 | 160:12 163:6,7,10 | **major** 50:22 141:6 | 48:6,19 49:18,20 | 55:21,23 158:1 |
| 47:16 49:7 53:15 | 163:13,22 164:19 | **making** 72:4 97:3 | 54:7,11 66:11,20 | **middle** 93:5 159:4 |
| 53:16 54:14,24 | 164:20 165:10 | 135:1,18,24 136:3 | 86:19 88:8 94:19 | 165:11 214:24 |
| 55:3,8,17,19 56:6 | 167:12,13,20,24 | 139:1 141:4 151:4 | 95:9 96:1 99:2,5 | 215:5 224:16 |
| 56:9,14,16,18,23 | 168:6,10,21 169:5 | 182:13 220:2 | 120:14 121:10,20 | **midway** 97:7 |
| 57:1,2,6,8 58:3 | 169:9,12,17,19,24 | **male** 26:12 | 122:4,13,17 134:5 | **mighty** 121:12 |
| 59:16,17 60:2,3 | 171:14 173:20 | **man** 110:19 134:6 | 147:3,12,24 | 122:6 |
| 60:13 61:19 62:11 | 178:1 179:5,20 | **manual** 63:22 67:3 | 150:22 152:12 | **Mike** 158:3 179:4 |
| 62:15 63:2 64:5 | 180:5,18,22,23 | 140:15 | 155:20 156:14,17 | 204:19 |
| 64:16,17,23,24 | 181:12 182:8 | **manufactured** | 157:10 189:1,4 | **mileage** 24:11 |
| 65:4,9,10 66:3,5 | 183:13,14,15,18 | 150:10 | 198:13 200:14,17 | **miles** 24:12 |
| 66:12,19 67:12 | 184:4,12,13,16,22 | **manufacturer** | 200:20,24 201:4,6 | **million** 115:3,8 |
| 68:6,9,16,18,22 | 185:1,17 186:1,4 | 65:11,14 67:5 | 201:12 205:1 | 122:14 172:5,7,16 |
| 69:6,17,20 70:1 | 186:7,11,14,15 | 103:8 104:12 | 221:18,24 226:3 | 173:5,6,6 178:2 |
| 70:15 71:16,19 | 187:12,16 188:3 | 109:20,21 130:23 | 228:22 229:1 | 193:24 201:17,18 |
| 72:9,10,23 75:11 | 189:20 190:1,8,9 | 131:16,17,24 | **mean** 17:19 25:11 | **mind** 205:2 217:1 |
| 75:19 76:19 77:1 | 190:11 191:2,4,7 | 134:10,17 | 25:20,22 27:21 | **minimal** 41:20 96:2 |
| 77:6,9 78:13,22 | 191:10,21 192:17 | **manufacturers** | 31:3 46:17 47:19 | 116:10 |
| 78:23,24 79:5,8 | 192:23 193:15 | 120:7 | 62:10 105:4 | **minimum** 65:20 |
| 79:17 80:14,15,23 | 195:5 196:19 | **manufacturer's** | 127:21 130:4 | 145:24 151:20 |
| 81:3,8,9,18 82:3 | 197:8,19 198:19 | 82:19 83:3 | 131:23 143:4 | 216:9,10 |
| 82:11,13,16,18,21 | 199:8,17 200:2,13 | **March** 119:3 | 150:6,23 151:15 | **minor** 207:6 |
| 83:8,9 84:16 85:5 | 202:11,22 203:18 | **mark** 5:4 | 163:14 165:13 | **minus** 208:11 |
| 85:6,6,11,14,16 | 203:24 204:5 | **marked** 99:12 | 168:13 175:4 | **minute** 124:23 |
| 85:17 86:4,10,13 | 205:15,23 206:1 | **market** 53:14 | 178:5 187:19 | 206:22 |
| 87:9,15,18 89:18 | 206:23 208:20 | **master** 62:20,20 | 195:12 202:8 | **minutes** 221:19 |
| 90:2 91:9 95:1,22 | 213:19 218:4,12 | 63:6 79:10,17 | 222:20 | **mirror** 202:1 |
| 96:18,21 97:2,20 | 218:16,23 219:21 | 80:3,4,12 156:5 | **meaning** 66:1 | **mischaracterizes** |
| 98:9,19 99:24 | 221:3 223:24 | **master-slave** 79:22 | **means** 68:1 181:23 | 142:24 |
| 100:13 101:1 | 226:8,10 227:3,5 | **material** 31:2 51:20 | 227:16 | **missed** 141:6 |
| 102:10,12 103:5 | 227:17 | **math** 115:2 170:17 | **mechanical** 56:21 | 177:18 |
| 103:14,20 104:14 | **machines** 10:7,11 | 172:14 177:13 | 164:21 191:14 | **missing** 138:6 |
| 105:24 106:19 | 10:18,20,23 12:16 | 207:8 | **medium** 97:12 | **mistake** 95:4 |
| 107:16,22 108:8 | 12:23 14:1 19:20 | **mathematician** | **meet** 25:5 160:22 | **mistaken** 114:11 |
| 108:10 110:2,3 | 19:23 20:4,6 | 172:6 | **meets** 28:20 | **mode** 59:17 70:20 |
| 111:1,21 112:6,12 | 21:15,16 22:1,3 | **Matt** 119:21 189:10 | **Meigs** 9:4 24:9,21 | 70:21 71:13 72:17 |
| 113:18 115:17 | 22:20 23:3,5,6 | 189:11 204:17 | 27:7 115:23 | 78:1 98:22 102:18 |
| 117:2 118:8 | 38:8,10 51:3,9,17 | **matter** 5:3 103:15 | **memorize** 201:23 | 102:18,19 205:6 |
| 119:12,13 120:24 | 52:17,17,21,24 | 104:15 106:1 | **memory** 160:1 | 205:16,17 |
| 125:23 126:17 | 53:10,13 55:6 | 124:13,17 125:20 | **mentioned** 27:5 | **model** 81:8 |
| 127:24 128:3 | 62:18,23,24 67:8 | 127:7 136:20 | 101:3 148:7 | **moment** 164:2 |
| 130:2,3,5,6,11,22 | 67:11,17 80:17 | 186:3 209:2,11 | **menu** 59:20 65:6,7 | **money** 11:12,12 |
| 131:15,17 133:6 | 81:11 86:22,23 | 210:4 211:10 | 103:3 179:7 | 12:17,21 13:13 |
| | 96:10 98:5 99:22 | 212:1 213:17 | 219:18 225:6 | 31:19,20,21 32:8 |

HC00005767

32:21 33:12,16
39:17 40:4 42:14
43:6 44:22,23
45:1 47:3 56:7,8
56:16,22,24 58:8
59:11 60:10 64:17
65:2 71:19,22
72:3 77:12 78:11
82:23 83:16 84:5
85:5 86:8 87:17
89:11,14,22 91:7
105:20 106:7
108:19 109:14
110:10 117:23
135:1,11,12,18
136:1,3 139:8
140:11,16,22
141:17 143:1,3
144:7 150:17
151:5,9,11,17
152:1,5,19,23
153:6,17 167:16
181:1 182:7,10,13
183:12,13,21
184:5,6,6 185:21
186:11,18 187:20
188:19 189:24
190:1,17,18
191:22,22,24
216:7 217:9 224:8
227:6,8,9,22,23
monies 12:14,15
monkey 199:2
month 8:15,17 9:5
months 25:2 28:6
46:8 54:1
Mountains 158:8
move 6:11 14:19
54:4 61:21 81:15
moved 78:19
122:16 124:5
127:9,16
multiple 63:18,20
67:7 211:14
multiplier 214:4
217:7
multipliers 212:24
213:22,23
multiply 166:9

**N**

N 4:2
name 4:9 7:4 26:15
50:8 157:23 158:2
189:10 223:4
names 26:18
naturally 95:18
nature 37:19

near 170:19
necessarily 134:6
219:5 223:18
226:22
necessary 209:6,8
214:5
need 28:21 34:23
73:18 88:15 102:9
113:11 130:21,21
134:9 140:3 172:2
188:24 208:23
219:1
needed 85:11 150:5
needs 79:10,16 80:1
113:7,13 140:4
negates 184:16
net 69:10
Nevada 21:21
never 31:1 39:15
86:23 105:14
113:14 119:8
172:22 198:1
199:24 210:18
220:7
new 102:6 147:9
207:9
newer 53:13
nice 136:19 179:18
nickel 225:4,18
night 39:10
nine 42:17 43:19
46:3 91:2 117:11
121:12,21 122:6
126:3,17 154:21
158:12 172:13,15
173:9 178:21
182:3 210:10
212:23
ninth 115:4
noninvolvement
144:11
nonliquor 52:13
nonwinners 60:24
normal 85:4 204:14
normally 23:21
62:5 190:10
216:19
Northside 158:15
Notary 230:17
notice 3:3 5:5 56:15
91:5
number 34:19,19
34:22 52:5 58:24
61:6,9 62:5 68:14
73:2,15,16 74:8
78:9 81:9 83:24
84:22 85:19 90:14
95:15,16 97:8

114:15 115:6
126:16 130:16
133:12 143:23
154:16 163:18,23
164:8 170:16
171:15,19 172:1,4
172:8 180:8
192:11 193:5
194:19 206:8,10
206:11,15 208:14
212:14 218:13
numbers 64:20 73:6
142:1 163:17,21
numeric 126:15

**O**

O 2:9 4:2
oath 113:23
object 14:20 19:3
33:5 188:22
197:23 198:3
202:3
objecting 35:2
objection 5:8,13,17
5:19 6:5 12:19
19:17 28:13 36:23
41:14 48:18 49:10
86:16 87:1,1
120:12 134:3
136:7 142:23
157:4,6 198:10
objectionable 55:20
observe 10:3,17,22
observed 10:6
obtain 58:20 59:8
88:4,21 195:4
obtained 208:18
obtaining 71:21
78:4
obtains 72:2
obvious 19:8
obviously 168:14
182:24
occasionally 211:23
216:3
occupation 7:5 50:9
occur 109:1 175:3
occurred 14:23
37:16 154:5
occurrence 167:5
occurring 155:8
occurs 84:19 175:2
175:13
October 1:13
230:17
odds 126:16 131:4
167:9 182:4
offer 54:4

office 8:7 24:7,21
25:11 26:21 28:4
120:20 136:19
197:24 198:1
230:11
officer 14:21,24
19:13 46:23 49:22
officers 51:21,23
52:4
officially 119:8,21
oh 5:15,22 7:19
24:23 26:17 34:9
117:14 119:15
126:7 128:13
226:14
Ohio 1:2,11,12 2:2
2:4,9 7:7,14,20
22:12,17 51:21
52:3 97:15 101:3
101:23 102:6
118:21 120:23
129:17 147:22
153:12 158:4
160:17,24 161:3,9
163:6 168:18,21
172:24 182:12
188:10 191:7
199:4,16 200:3,6
200:8 203:3 220:6
226:19 228:20
230:12,17
Ohio's 203:18
204:5
okay 6:19 9:17
11:15,22 12:10
16:19,21 17:4,7
18:24 20:1 21:1,9
22:4 24:4 25:9
26:5 27:2,13,21
28:10 29:5,7
30:16,19 31:10,16
35:8 36:15 37:21
37:22,24 40:14
41:2 42:17 43:3,7
43:19 45:7,13,16
45:22 46:20 47:2
48:4,21 49:4 61:7
62:13,13,21 63:3
64:4,14 66:6
69:13 70:23,24
76:8,18,18 78:3
78:16,18,20 81:4
83:11 84:15 87:13
88:10 89:5 90:22
91:10,14,21 93:6
100:1,3 101:2
102:16 103:2,18
104:9 105:3,13

106:6 110:4,13,17
111:3,5 112:11
116:7,20 118:5,14
118:24 119:9,15
119:24 120:3,6,23
123:6 125:15
128:23 129:7
133:1 136:9
137:23 138:8
139:19 140:6
142:4,22 143:24
144:3,18 147:11
147:12 148:11,17
149:2 150:20
153:18 155:5
161:15 163:6
164:15 171:11,22
171:24 176:8
180:7 181:23
185:1 189:17
190:10,14 191:1
191:13,19 192:10
192:21 193:3,18
194:14,21 195:1
196:17 198:14
199:12,14 200:24
201:12 203:2,11
203:15,21 204:7
205:1,24 206:2,14
206:19 209:15,20
210:2,9,13,18
211:22 214:3,20
215:18,24 216:6
218:16,22 225:2
225:22 228:7
old 54:1 155:23
older 53:24
old-time 23:6
once 4:20 8:18
12:10 61:3 69:2
71:24 72:2,15
75:23 77:17 78:6
95:4 133:20 144:4
144:6 172:19
177:7 209:1
215:19 222:7,10
ones 20:14 129:19
207:6 218:20
222:13
one's 191:3
One-Armed 23:6
one-line 170:1,6
operate 56:6 192:20
operated 52:24
146:8
operates 53:16 97:7
111:1 163:7,12
164:13,15 173:20

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005768

operating 16:12
  79:6 129:3 160:2
  197:12
operator 65:12 66:4
  66:11,19 69:17
  75:19 78:22 84:8
  87:12 130:7
  131:15,17,24
  135:1,12,18,24
  152:18,22 153:5
  168:8,23 174:15
  182:13 187:8
  198:19 207:3,20
  208:2 227:21,24
  228:14
operators 169:1
  190:7 226:23
operator's 83:3
operator/owner
  82:10
opinion 33:21 41:21
  41:23 96:3,19,24
  97:17,23 99:16
  121:7 136:20
  137:9 143:15
  145:1 146:11
  175:7 176:24
  182:11
opportunities 63:8
opportunity 58:20
  69:19 116:14,17
  126:8 138:16
  145:11 174:17,22
  202:22
opposed 203:6
  204:14 224:7
options 86:7
oranges 58:15 71:7
  90:10 145:12,18
  145:19,21 225:19
order 4:13 6:2
  30:18 35:6 157:5
  198:24 211:4
  213:9
ordinary 15:1
orientation 165:5
original 103:23
originally 52:9
  137:10 180:17
  182:19
outcome 11:23
  78:12 82:20 97:19
  98:1 138:8,17
  139:4,6,7,9,11
  144:21 146:12
  148:15 150:18
  153:9,13 167:21
  168:2 186:7

187:16,19,19,22
  191:17 194:11
  202:17,21 203:16
  204:2,4 209:22,24
  210:8,20 211:1
  212:4,13 213:4
  214:15
outcomes 166:4
outing 121:11,12,14
  122:4,12
outside 80:11 180:6
overall 207:7
  208:12,20
owner 64:5 65:8,9
  65:20 66:5 69:17
  75:19 82:12,16
  161:22 182:8
owner's 67:3
owns 130:11
o'clock 1:13 229:5

                P
P 4:2
Pace 3:12 157:15
  157:21,23 158:2
  189:8 228:23
Pace-O-Matic
  161:23
page 3:6 5:2 19:11
  61:23,24 66:8
  74:2 75:7 99:14
  207:18
paid 39:16 42:3
  57:1 68:21 69:14
  82:7 105:24
  132:22,23 151:13
  167:24 183:21
  184:5 185:6
  188:19
pair 18:24
pamphlet 31:4
paperwork 30:7
par 121:13
parameters 207:4
Pardon 127:13
part 16:16 31:12
  51:18 63:21 73:18
  74:23
participate 168:2
participated 44:18
participating 138:7
  148:14
participation 144:5
  144:8
particular 12:9
  17:7,14 19:6 25:2
  76:13 115:1,17
  136:5,20 159:22

160:12 162:20
  164:2,2 165:7
  166:7 167:5,6
  168:6,16 171:5
  172:12 178:1
  188:2 190:12
  197:19 210:20
  222:8
passed 101:5,12
patent 197:20
patented 197:18
pattern 148:23
  151:16 165:8
  167:11 174:5
  175:6 177:20,24
  178:2,13 202:14
  204:1,14 208:19
  214:10
patterns 173:4
  175:23 177:5
  201:20,22,23
  202:10
pause 134:9 152:9
  205:19
pay 68:15 71:17
  72:6,7,24 73:5,7
  73:16 77:7,9 83:5
  85:21 93:12,13
  95:23,24 104:15
  106:3 110:10
  123:16 136:6
  154:14 182:9
  219:4,17
paying 70:14
  123:16 219:22
  220:20
payment 118:1
PAYNE 230:16
payoff 107:6,19
payout 105:11
  135:6 151:20
  182:24 207:7
  218:8 222:15,17
payouts 105:9
pays 66:3 77:9 82:8
  82:9 103:5,14,20
  199:20 224:22
pay-out 13:20,24
  46:13,14 47:3
  53:1
penny 100:24
people 4:15 76:13
  83:5 84:9 94:24
  96:16,18 119:22
  140:21 160:8
  223:13,14,19
  224:2
percent 41:4,5,6,6

41:12 51:8 63:14
  63:15 65:23,24
  66:3,12,13,17,23
  67:4,22,23 68:1
  68:21,21 69:13,14
  69:18 75:10 82:9
  82:9,10 84:7
  102:24 103:6,15
  103:21 104:5,12
  104:15 105:24
  106:3 107:8,20
  108:22 117:10
  126:12,19,21
  127:1,4 134:16,16
  135:7,10 136:6,17
  137:13,14 138:4
  138:12,12 139:14
  139:15,18,20
  140:13,13 143:2,4
  143:8,10,21 144:1
  144:2 155:9,13
  156:8 160:5 163:8
  165:18 179:8
  180:17,22 181:1
  181:22,23 182:7
  182:18 183:17
  186:18 194:16
  196:8,16,24 197:1
  197:3,5 199:6,7
  199:18 200:4,6,21
  200:21,22 201:3,4
  201:9 202:17
  206:20,24 207:1
  208:12,21 219:24
  220:11,22 227:6,7
  227:9,22,23
percentage 69:21
  77:11 82:14 98:3
  98:4 105:9 107:5
  108:17 134:10
  138:9 139:17
  141:24 155:6
  183:22 201:2
percentages 65:10
  82:6 153:11 199:5
perfect 111:13
  117:22 186:22
perfectly 111:14
  174:2
perform 53:14
performed 144:16
performing 144:19
  144:20
period 34:14 52:20
  68:2 94:6 120:2
  153:2
permit 2:10 4:12
  7:15,22 8:4 9:21

14:9 29:4,9,9,10
  48:13 64:6 82:12
  196:18
permutations
  169:22
person 27:3 75:17
  76:9,10 85:22,23
  106:11 138:7,18
  148:14 163:11
  173:22 181:24
  184:17 195:9,10
  196:10 211:4
  214:9 216:13,22
  217:8
personal 38:24
personally 29:19
  31:5 86:17,18
person's 216:24
Petro 2:2
phenomenal 182:5
phone 180:8
physical 171:3
  192:18
physically 64:13
  78:8 159:18
Ph.D 94:21
pick 44:1 90:8
  92:16 93:4,7,16
  95:10,16 111:9,18
  112:3 140:22
  143:22 173:21,23
  174:7 185:4
picked 45:16,19
  46:9 90:6 108:1
  143:24
picking 45:24
  108:11 112:17
  125:23 130:12
  141:12 142:9,10
  142:13 143:11
  144:2,7 210:19
picks 62:4 84:22
  130:1,2,5,6 131:1
  131:16,17,24
  210:13
picture 43:11,14
  60:15 65:16 68:23
  72:19 92:22
pictures 163:22
pie 72:19
piece 116:4
pie-shaped 77:24
pin 165:1
pinball 38:16,17
  52:17 85:5,10
  86:4 98:8 101:22
  101:24 102:2
  146:21 158:23

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005769

**place** 60:4 81:12,13
81:17 88:23 92:5
94:5 166:7 167:6
177:7 181:10
224:17
**placed** 10:24 64:17
64:23 65:3 220:8
**placement** 88:21
**places** 22:6 39:9
176:14 178:22
208:7 224:2
**placing** 125:3
**plastic** 64:20
**play** 10:20 11:15,23
17:21 20:3,21
21:2,4 31:21
32:19,24 33:7,22
33:24,24 34:4
38:18 39:1,1,10
39:17 44:19 45:2
48:17 57:4,7,23
58:8 59:3 60:6,8
69:9 71:14,19
72:16 75:14 78:21
78:23 79:2 80:5
80:22 81:15,21
82:21 83:5,22,23
84:9,10,16,21
85:2,6,13,17,22
85:23 86:8 87:21
87:22,23 88:1,24
89:9,11,15,16,19
89:20 90:13,23,24
91:12,12 93:18
95:1 96:18 98:19
104:22 105:6
106:9 107:5 109:3
109:4,9,12 113:3
114:22 116:1,15
118:15 121:3
123:10,17 124:18
125:23 126:6
127:11 133:6,9,19
138:10 144:24
149:1,13 150:2,4
151:4,6 153:1,3,9
153:13 156:12
160:4 161:16
163:9 164:3
169:18 170:8,12
170:18 174:7,9,21
183:23 186:11
190:6 192:4 194:3
195:4,12,13 199:8
201:9 202:6,7
203:3,5,7,18
204:5 205:16,22
207:1,1 208:6,10

213:9 215:11
217:15 218:4,6,10
218:13,17 219:7
219:23 220:2,5,20
222:24 223:11
226:21 227:2,8,19
228:1,3,5,8
**playback** 230:6
**played** 10:22 11:8
11:12,20 12:8
17:17,17,18 20:5
20:23 32:16 37:7
37:10 38:9 39:20
40:11 42:10,19
45:8,11 49:3 62:6
62:8 69:2 73:8,10
75:9,10,12 95:4
105:17 106:19
111:4 117:21,23
123:1 127:9 135:4
135:4 169:12
170:10,11 174:2
182:1,7 185:13
200:5,12 226:15
227:4
**player** 45:23 60:13
69:11,11,16,19
71:11,21 72:2
73:1 76:5 77:4,13
77:14 78:4,8,14
82:15 83:12,16
84:10,15,20 85:1
87:9 91:6 97:24
98:6,13 105:13,15
107:19,23 108:3,7
108:13 111:17
116:13 126:13,24
127:3,4 133:4
136:6 144:6 145:3
150:12 153:1,1
154:10 156:11
164:9,10,10
167:12,13 168:1
173:11,14,17
174:4,16,18,20
175:24 176:17,21
177:10,15 178:18
178:20,20 182:6
182:17 183:23,24
184:7,10 185:2,7
185:8,8,10,11,12
185:17,19,21
186:20,23 187:14
187:15 188:6
191:15 192:6,9
193:10,13,21
194:9,23 196:7,22
196:24 200:10

201:22 202:13,16
202:19 203:17,24
208:12 209:2,11
209:13,22 210:7,9
210:13,18,23
211:8,17,22
213:15,18,21
214:3,17,22
216:12 220:24
227:6,8,24
**players** 104:15
116:13 150:5
161:16 195:4
197:2 202:4 211:6
217:21 219:22
220:19 221:5
222:20 223:9,22
**playing** 10:17 11:1
12:11 16:24 20:17
48:15 57:24 75:17
76:13,20 78:12
89:22 96:13,14
97:19 112:2,14
113:11,14 118:18
118:22 124:9
138:18 145:4
146:5,15,22 149:7
149:9 156:11,13
176:1 181:13
190:8 194:22
196:11,21 199:11
212:15 223:13,14
223:20,23 225:17
**plays** 17:16 21:9
33:19 42:15 61:9
77:11,13 80:2
85:8 95:2 105:18
105:18 106:11
108:3,4,8 114:9
114:17 115:17,19
116:23 135:5
150:11 169:15
170:14 171:18
172:4 181:19
182:1,2 185:5
186:1 190:9 193:5
193:9,13,19 194:9
195:7,10,15,18,23
196:1,2,22,23
200:18,18 201:1,7
206:6 211:19,23
222:19 226:13
227:2,5,16,16,20
228:12
**please** 4:5,18 7:4
32:15 50:8,12
55:16 87:5 96:5
138:14 155:12

157:22 158:1
192:13 203:11
211:15 220:17
225:10
**plugged** 165:1
**plug-in** 63:5
**plums** 58:14 71:7
74:7 225:19
**plus** 155:15,15
208:11
**point** 28:15 30:22
86:21 101:22
137:11 138:14
169:21 184:3
190:3 197:17
**pointed** 64:18
**points** 33:2 48:16
49:1 56:17 85:11
98:8,8,10,14,14
133:13 146:23
196:14 207:4
**poker** 16:24 17:13
17:16,19,20,21
52:21 127:24
163:23 164:6
168:10
**police** 8:9 25:5
51:10,23 52:4,9
52:11 53:17 54:22
179:22
**policemen** 51:11
**Pomeroy** 24:10
**poorly** 124:18
**portion** 22:2,19
93:1 217:10
**portions** 71:15
**position** 7:10
127:10
**positive** 9:11
**possibility** 60:8
70:3 106:12
116:19
**possible** 28:23 42:8
63:7 64:7 66:18
74:9,16 92:24
105:5 109:10
114:5,12,18,24
172:1,7 173:3
185:11 202:8,23
**possibly** 145:21
173:24 212:2
**posted** 133:13
**potability** 6:4
**potable** 14:14
**potential** 4:22 8:4
152:22 153:6
177:9
**power** 115:4 166:4

166:11,12 167:10
**practice** 24:5 26:18
**predetermined**
78:17 154:13
186:16 209:17
211:2 213:11,19
219:18 225:6
**predict** 220:23
**premises** 7:22 9:21
10:4,5 35:11 36:2
**prepared** 19:13,13
**presence** 99:21
**present** 12:3 57:6
**presented** 119:12
120:18
**presently** 50:10
53:14
**presents** 178:17
**president** 161:20
**press** 32:23 59:21
71:14 72:21 78:8
79:1,2 83:22
87:24 88:11 89:20
93:24 145:15,18
145:19,21 151:4,6
151:16 153:17,19
174:7
**pressed** 45:2
**pressing** 72:4 117:5
125:22 140:23
143:7 144:7
**Pretend** 214:19
**pretty** 152:6 156:3
**prevalent** 53:11
**prevent** 156:13
**previous** 190:22
210:22 216:21
220:15
**previously** 50:3
157:16
**price** 123:16,17
**primarily** 97:20,21
177:22 197:12
**prior** 112:2 123:5
144:24 150:19,23
150:23 154:23
214:18
**private** 36:12
**prize** 40:6,13 58:12
59:7,7 61:13,17
63:9 68:18 84:1
84:23 98:9 106:7
112:13,19 113:2,6
116:6 117:13,17
117:20 118:1,4,9
120:22 122:20
123:3,4,13 130:1
130:2,17 132:11

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005770

132:18,20,22
133:7,10,15,21
144:17 149:24
153:22 174:1
187:23 188:1,7,13
188:15 194:11,23
195:3,5,8,11,16
195:18 196:5
204:15,15 208:5
209:17,18 210:3,5
211:1,3 212:12
214:15,22 215:7
215:13,14,18,20
216:6 217:4,10,15
217:16,18 218:17
219:9 223:19
224:4
**prizes** 39:16,19,22
40:2,3,9 82:7 98:4
118:15 130:12
131:16,18 132:1
133:18 182:5
195:22 216:19
217:7 218:11
**probably** 21:7
30:23,24 34:6,11
34:23 37:22 68:10
70:6 81:18 87:22
95:2,5 96:11,14
96:15,16 109:1
120:2,16 139:18
147:17 158:4
199:16 203:8
220:14
**problem** 80:1 109:6
117:24 149:21
198:8
**problems** 222:24
**procedures** 16:12
**proceed** 54:12
**proceedings** 1:8
36:11 152:9
205:19 229:4
230:4,7,9
**process** 61:10,20
71:12 83:14
146:14 197:18
**produce** 82:1 147:9
168:17
**produced** 228:20
**produces** 144:15
173:2
**professor** 147:22
**profit** 14:4 91:7
107:7 136:3 153:7
226:7,11 228:11
228:14
**profits** 83:4

**program** 127:17
129:3 130:15,15
134:11,12 159:20
164:8 168:16
177:3 178:11
183:9
**programmed**
134:15
**programming**
160:5
**programs** 161:18
**progressive** 207:5
**prohibit** 138:11
**prohibits** 134:24
**proper** 30:7 210:7
**properly** 9:23 79:6
**property** 36:6,10
36:12,13
**proportion** 57:15
**proportional** 218:5
218:9
**prosecuted** 137:6
**prosecutor** 137:5,7
137:17
**prosecutors** 120:18
**provided** 177:10,21
198:7 208:18
**providing** 210:6
**pseudo** 163:18
186:5
**public** 7:3 30:21
46:10 50:19
101:10 119:19
120:10 125:4,10
197:21 230:17
**published** 51:16
110:2
**pull** 56:2 75:21,21
76:8,9,13 79:10
134:12 168:14
205:13 223:1,7,7
223:8
**pulled** 71:19 75:23
164:22 165:20
223:8
**pulling** 76:11
**pure** 126:10,15
189:14
**purely** 186:14
**purpose** 79:22
169:1 199:1
**pursuant** 35:22
101:23
**push** 43:8 94:20
**put** 8:12 16:18
31:24 32:4,21
33:4 38:17 40:4,5
43:6 44:22 45:1

47:22 56:8,13,16
58:8 60:2,9 65:20
66:2 68:2 72:17
76:19 83:16,17,19
85:5 86:8,13,24
87:17,19,20 89:7
89:8 91:16 92:23
95:13 103:21
104:16 110:19
111:7 121:17
132:10 134:13
140:16 144:23
149:4,12 151:15
164:24 165:14,15
170:22 175:22
176:5 177:6,7,8
178:8 181:9
204:12
**puts** 131:12 172:21
215:4
**putting** 26:18 42:14
138:19 140:11
141:17 143:1,24
144:6,24 150:24
151:1,9 214:23
**puzzle** 37:13,16
38:1 114:21,22
116:5 154:1
172:21 185:3
188:4,8 195:2
214:11,12 217:1
220:9
**puzzles** 114:19,19
114:20
**p.m** 1:14 229:5

— Q —
**qualified** 162:9
**Quantico** 51:13
**quantify** 139:22
**quantum** 118:3
**quarter** 18:5 98:20
98:21 227:9
**quarters** 18:6,10,13
**question** 18:12 29:2
29:4 31:17 37:3,5
38:11 42:1,22
49:16 74:12 108:2
112:18 117:22
119:11 120:14
124:11,12,20
134:15 136:1,10
141:12,14 142:18
145:9 153:12
155:5 187:9
189:23 192:13,21
199:13 211:15
221:10 224:6

227:12
**questioning** 28:16
**questions** 15:18
19:10 48:5 49:4
49:11,20 76:23
81:22 99:1 112:9
141:8,10 150:21
152:8,11 155:17
156:15,16 180:4,9
182:22 189:3
222:1 226:2
**quits** 181:13 184:7
190:8

— R —
**R** 4:2 157:23 158:2
**raise** 4:19 19:17
**raised** 66:17
**raising** 123:19
**random** 46:4 86:1
126:2 130:6 155:7
163:17,18,20,23
164:8 209:9,21
211:24 213:14
218:14
**randomize** 163:22
**randomly** 60:12
61:3,5 83:24 84:2
90:11 94:15
107:21 108:11
117:4,9 130:15,16
142:13 145:4
153:21 154:21
214:7 218:12,16
218:22
**randomness** 97:2
**range** 67:19,20
171:17
**rate** 35:1 65:11,12
67:16 82:17,19
98:15
**rates** 82:18
**ratio** 183:4,14,16
**read** 17:1 31:7
136:23 161:7
**reading** 182:12
227:18
**really** 16:10 17:24
72:22 73:3 74:23
77:8 96:2 104:22
105:1,13 127:3,5
127:6 129:6 143:5
151:5 161:1 164:1
170:16 171:1
173:18 180:19
183:11,24 186:6,9
224:1

**reason** 17:24 47:4
86:19
**reasonable** 28:21
96:20 97:18
**reasons** 223:11
**recall** 14:5 21:5
23:19 26:6 27:10
27:19 30:6 32:9
32:11,12 43:2
47:8 119:20
**receipt** 3:3 5:7
**receive** 8:7,15,18
38:3 48:12,24
51:23 58:5,6,6,14
58:24 68:14 85:15
94:11 95:8,19,20
123:22 133:13
146:23,23 149:24
193:10,14,22
194:10,17 214:17
**received** 6:3 38:1
50:18 51:1,4,5
90:13,17 92:1
120:20
**receives** 194:23
202:14 214:23
**receiving** 144:17
**recess** 221:19
**recite** 191:11 203:4
**recognized** 52:3
**recognizes** 174:5
**recompile** 198:24
**record** 7:5 13:5
15:1 64:16 157:13
157:22 205:7
**recorded** 56:16
64:24 230:5,9
**records** 56:22,24
62:21 65:1
**recross** 49:18,19
**recycled** 227:18
**redemption** 58:19
**redirect** 3:8,11 48:6
48:9 152:12,16
221:22
**reduced** 63:18
66:21
**reel** 165:2,7,12,13
165:17,17 166:8
**reels** 164:21,23
165:10 166:10,10
167:3,9
**refer** 13:12,23
58:11 61:23 65:6
73:14 74:1
**referencing** 102:20
**referred** 59:20,23
60:18 62:1,3

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005771

64:18 70:19 71:1
71:7 72:14 154:1
refers 101:6
reflected 13:3 66:8
regarding 189:23
regardless 184:1
registered 32:5
registers 87:18
regular 70:20
Regulation 28:17
35:23
relate 203:21
related 27:9
relates 52:23 74:8
relating 23:18,22
51:14 99:23 101:1
114:15 120:7
relative 184:6
released 164:22
165:21
relevance 28:13
120:12
relevant 35:3
211:20
reliable 27:3
remember 11:18
21:23 27:21 30:14
106:9 119:1
203:13
remove 82:23
repeated 214:2
rephrase 191:5
220:17
replaced 176:10
replacement 178:4
181:18 196:20
replay 58:2,11 71:1
85:15 118:8
report 3:3,4 5:14
6:3,4 13:4,11,23
15:4,8 16:9,16,22
16:23 17:14 18:1
19:1,11,12 35:16
46:16,21 55:7,15
61:23,24 66:9
128:3,7,9,10,12
143:18 157:7,9
reporter 4:23
230:16
reports 16:14
represent 180:22
represented 162:11
require 70:14
151:20
required 95:10
140:21 161:14
requirement 56:8
110:6 123:15

191:10
requirements 40:15
requires 140:15
142:15
research 110:3
rest 22:4 144:2
157:2
result 49:9 69:10
121:16 137:17
213:18 214:7
results 194:21
215:7
retail 132:21 133:5
retained 66:4 68:22
69:16
retains 82:10
return 5:7 82:13
180:23 185:4
198:20 199:7,9
202:24 203:1
208:12 219:8
220:8 227:5,7
returned 69:15
182:6 186:19
200:10 227:24
returning 227:21
returns 208:20
220:5 225:18,18
Revenue 51:6
review 46:11 55:8
67:10
reviewed 19:15
27:13 67:7 188:10
reviewing 83:7
Revised 153:12
reward 59:3 146:24
rewarded 199:24
Rich 2:8
rid 18:19
Riedthaler 3:4,4,9
49:24 50:2,10
54:5 122:2 152:18
155:21 169:11
171:10 172:5
179:7,16 180:2
182:19 204:18
223:5,6
right 4:14,19 6:13
8:2 13:15,17
16:21 18:12,14
20:22 21:18 24:6
24:13,17,18,20
26:7,8 28:2 29:12
30:12,17 31:13,24
32:13 35:15,21
36:1,20,22 38:6
38:17 39:24 41:12
42:13,23 43:13

44:17 45:1 47:10
49:23 54:11 55:4
62:12 63:16 70:9
73:22 75:1,6 76:5
77:16 78:15 90:16
92:11 93:16 94:3
94:20 95:12 99:5
100:6,6,22 101:20
102:7,8,23 103:1
103:10,22 104:2,6
104:18 105:8
106:2,10,16
107:17 108:5
109:13,23 110:9
111:15,16,20,22
111:23 113:5,17
114:2,21 115:4,7
115:7,11,15,20
117:8,9,10,15,16
117:21 118:20
119:17 121:2,9
122:11 123:4
124:4,17 125:13
126:1,5,18,20,23
127:2 129:9
130:10,24 131:5,6
131:11 132:6,10
132:19 133:20
135:4,10,13
136:14 138:1,2
139:17,21 143:1
143:14 145:6,10
145:17 146:7,9
147:24 148:10,16
148:22,23 149:3
149:10,15,18
150:6 154:3 156:2
158:10,13 159:15
160:15 161:12
162:19 163:11,11
166:23 167:18
168:5 171:13
173:17 175:12
177:10 178:10,15
178:23 179:4
180:10,15 181:14
181:21 182:11,16
184:24 186:20
187:9,15 188:10
188:15,18 189:2
190:5 194:6
200:23 204:4
205:15 207:19
208:18 210:14,24
214:20 215:10,17
219:10 221:16
223:17 224:14,21
226:21 227:15

right-hand 59:23
180:11
road 174:4
Robert 1:9 3:7 6:24
7:6
Rocco 1:10
Rocky 158:8
rolls 212:19
roll-the-ball-down
129:21
room 10:12 55:4
199:16,17 223:9
rotate 154:18
roughly 7:21 8:14
228:11
round 70:17 72:2
72:12 74:14,17
76:24 77:1,1,13
78:13 211:24
217:9,11
rounds 70:8,10
211:6
Route 24:17
row 42:24 71:13
105:6,7 122:11
224:7,9
rows 224:7,10
rules 99:17 101:9
101:10,12
run 63:5 168:16
190:7 226:23
227:1
running 218:20
runs 159:19 160:2
173:23 179:3

_____
        S
_____

S 4:2 230:16
Safety 7:7 30:22
46:10 50:19
101:10 119:19
120:10
sales 29:8,11,14
sample 80:22
saw 30:23
saying 45:13 79:13
107:10 116:4
125:9 126:11
135:8 137:21
139:11 151:10
168:16 171:4
193:17 200:17
215:1 224:21
says 18:5 25:22
32:10 37:17 50:4
60:11,19,23 97:11
99:20 100:8 110:5
110:10 112:21

113:14 117:17
123:9 134:1
136:12 138:15,17
157:17 171:6
172:2,3 180:13
190:9 207:13
225:3
scaled 200:11 227:7
scales 199:9
scene 47:9
schedule 58:2,11,12
59:3,6 68:18 71:2
85:9 133:12
146:13
school 21:14,20,21
50:15 158:15,18
159:4
schools 21:18
Science 50:16
score 127:6 179:1,2
scores 178:23
screen 18:16 43:12
44:19 59:12 61:21
71:15 72:21 74:12
77:19,23 78:3,9
93:22 102:19
114:13,20 145:22
154:2,22 169:7
173:4,8 176:9,14
178:9 179:6,10
180:11 192:22
193:1 204:8,11
206:3,21 207:11
207:17 209:1,7,8
209:9,23 210:1,19
210:21,22,24
212:7,10,11 213:3
214:4,18,19 215:6
215:10,10,19
216:7 217:7,8
224:16,20
screens 206:17,21
214:20 217:5
screw 175:24
screwed 177:17
seal 230:11
search 36:2,4,7,11
seat 6:20 96:5
187:10 223:20
224:4
second 30:20 56:21
59:24 60:11 75:7
76:22 77:7 125:1
153:21 180:10
181:3 190:20
200:15 227:15
seconds 91:2,2,2
98:22

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005772

secret 198:10
secrets 197:17
section 51:24
see 13:23 15:12,15
  28:10,14 29:16
  30:2 31:2 32:24
  59:2,6,21 61:22
  63:4 66:16 71:5
  74:3 75:8 79:9
  80:2,14 89:22
  90:24 97:11
  148:20 149:21
  150:6 151:15,19
  152:7 177:15
  200:14 205:4,14
seeing 27:21 184:21
seen 30:12 31:1,5
  31:10 67:20
  111:17 132:7
seize 36:10
seized 36:6 54:20
  162:24
seizures 52:15,22
  53:10
select 61:5,13 83:23
  84:1 117:4 132:18
selected 61:3,4,18
  64:13 90:12 94:15
  107:22 108:20
  114:15 117:10
  141:7 144:16
  145:4 154:23
  155:3 214:7
  218:22
selecting 142:16
selection 60:14
  61:10,20 83:20
  94:6,19 97:4
  112:3 141:4
  154:11,24 213:14
selections 154:12
selects 60:5,10
  71:24 130:15,17
  153:20 155:1
  213:18 218:12,16
sell 68:12,14,19
selling 76:9
seminar 22:23
Senator 74:11
Seneca 137:19,20
sent 31:3
separate 10:14
  56:23 61:8 77:19
  77:20 78:3 81:11
  143:16
separation 6:11
sequence 141:16
series 62:18 73:13

77:6,18 88:6
  95:15 140:10
  181:19 182:21
  198:24
serve 52:16
service 51:6 85:7
  session 20:20,23
set 59:17 62:18
  65:13,23 66:23
  67:4,15,18 69:18
  70:2,15 71:18
  78:22 82:5,9,19
  87:11 98:2 103:20
  104:3,11 108:17
  131:4 133:7 135:8
  135:10 137:15
  163:5 168:20
  169:17,22 170:3,9
  183:15,22 185:24
  199:1,5,24 200:4
  206:24 223:20
  230:10
sets 65:11 106:16
  134:10,11
setting 78:22 138:9
  218:4
settings 66:15 82:8
setup 59:17 65:5,6
  65:6,7,8 67:11
  102:14,18,18,19
  169:7 181:5
  207:20,22 208:1
seven 21:8,9 33:19
  37:7 91:3 95:17
  122:5 178:12
  212:23
seventy-five 227:3
Sheriff's 179:24
shifts 202:2
shoot 127:5
shooting 222:16
short 94:24 96:6
  186:8
shorten 147:5
shortly 56:21
shot 121:18 122:14
  202:12
show 13:7 14:2
  77:24 88:15
  102:13 133:21
  179:21 204:20
showed 30:4 47:3
  68:16 80:9 102:14
  113:19 124:2,3
  179:11,23
showing 167:6
shown 30:8 178:4
shows 14:4 103:5

123:7,11 192:23
shuffle 163:24
side 10:8 71:4 83:3
  180:11
signal 207:10
significant 196:13
similar 42:15
  100:21 160:21
  222:24
similarity 16:22
simple 142:18
  165:10 166:20
  168:18 170:17,19
  175:6,14 177:12
simply 166:8 167:4
  207:24 211:2
  212:14 214:12
simulated 166:24
simultaneously
  216:5
single 56:12 80:5
  113:3 169:18
  180:24 203:5
  219:6
single-line 175:15
  175:17 177:8
sir 4:9 6:18 15:4,9
  16:20 19:21
  135:21 155:22
  159:14 162:18
  167:14,17 168:12
  171:20 173:16
  174:13,23 175:11
  180:12 181:20
  182:15 188:17,20
  189:9 190:16
  192:5 193:8 197:9
  198:21 200:9,16
  202:8,15 206:16
  209:4 210:12
  211:16 212:8
  214:5,21 219:19
  221:3,10 222:9
  224:24 225:15,24
  228:10,13
sit 110:15,16
  220:13
sitting 223:23
situation 148:8
six 8:16 21:8,9 25:2
  28:6 33:19 37:7
  42:19 91:3 98:21
  176:14 212:23
  213:23 214:1
size 72:19
Skee-Ball 38:15,16
  39:1,8,10,15,20

48:15 49:5 131:20
  132:2,4,7,8,11
  133:9
skill 41:5,6,12,13
  48:16 49:8 69:23
  71:20 72:1 77:3,5
  78:4,14 83:10,18
  84:11 85:15 93:1
  95:10,21 96:1
  97:21 98:6 111:6
  116:8,10,11
  118:17 121:2,6,15
  121:17,17,18
  122:8,9,19 123:12
  124:13,15,18
  125:2,8,19 127:15
  132:8 133:7 135:1
  136:13,16 137:14
  138:4 139:14,23
  140:1,11,14,17,21
  140:24 141:5,13
  141:15 142:11,11
  142:15,17,18,21
  143:2,8 146:15
  149:22 152:19,21
  153:4,8,13 161:5
  161:11,14 163:8
  167:19 175:7
  183:11 184:1,10
  184:16 186:5,6
  188:2 191:9,9
  197:4,6 204:13
  209:6,7,10 210:7
  212:3
skilled 152:24
  185:21 196:7
  197:2
skillful 98:13 116:2
  154:6 156:10
  160:24 161:12
  184:19,19 186:24
  196:24
skillfully 73:1 85:1
  214:3
skill-based 21:15
  23:2 38:8,9,12
  40:15,16,21 41:8
  42:4 85:4 86:21
  86:23 98:5 100:16
  101:1,13 117:23
  118:20,21 120:24
  129:16 135:17
  136:2,15 138:11
  140:8,9 146:20
  162:3 182:14
slave 62:19 63:6
  79:8,10,18 80:12
slices 72:20

slight 207:14
slips 13:20,24 46:14
  46:14 47:3
slot 10:7 11:5 12:13
  21:10,13,15 40:21
  41:7 43:17 51:9
  51:17 135:19,20
  136:12 163:6,10
  163:12,21 164:5
  164:19,20,21
  165:2,10 167:12
  167:13,20 189:13
  189:16,20 191:2,2
  191:6,10,21
slowly 164:24
small 22:2,19 39:5
  97:12
smallest 39:5
  132:12 171:19
software 130:14,23
  159:6,19 168:15
solve 108:11 188:8
solved 37:12,15
  38:1 214:11 220:9
solving 188:4 217:1
Soma 197:13
somebody 8:6 19:14
  26:19,20 34:4
  47:7 64:6 75:23
  106:8 109:2 130:5
  130:10 131:2,7,12
  137:15 182:23
  186:10 196:12
  222:17
someplace 197:22
soon 141:21 153:19
sorry 15:16 46:18
  53:2 87:19 137:20
  145:8 146:3
  155:13 193:12
  205:8
sort 59:13 62:23
  71:10 92:21 98:17
  159:10 178:19
  209:18
sound 36:21 158:3
sounds 100:20
source 64:2 197:7
  197:11 198:3,7
south 1:11 7:20
speak 53:22 155:12
  157:24
speakers 211:14
speaking 132:5,19
speaks 188:23
special 205:9
specific 14:5 81:6
  113:15,16 165:7

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005773

172:22 204:15
215:11 219:7
**specifically** 135:23
**spell** 4:9
**spent** 96:8,12
158:16
**spinner** 57:10,11
58:9 67:1 71:8,18
72:14,15 74:6
76:24 77:18,23
78:5,13 82:17,24
84:6 144:11 154:8
155:15 176:16
205:6,14 212:7,10
212:17,19,24
213:7 215:6,15
216:4 217:23
218:2,3,6
**spinners** 58:6 213:6
**spit** 44:23
**split** 228:15
**spokes** 212:17
**spot** 108:1 138:14
177:11 178:24
185:4 202:23
210:24 217:13
224:16
**spots** 172:13 173:10
179:2 182:3
202:24
**spun** 164:23
**square** 44:1,2,2
45:20,24 46:3,7
**squares** 42:17
178:21
**stage** 19:15
**stamp** 7:17
**stamped** 51:7
**stand** 4:18 128:20
179:4 229:2
**standard** 24:5
28:20 161:10
**standing** 16:12
76:10 179:16
**Stark** 119:4 120:4
179:24
**start** 43:5,9,9 59:19
60:4 78:21 90:23
145:5 151:8
153:16,17 176:14
184:14
**started** 52:9 141:16
158:22,23 181:24
189:14 223:16
**starting** 112:2
123:5 150:19,23
201:20,22
**starts** 103:7 153:18

169:23 178:15
190:20
**state** 1:2 7:4 34:19
50:8,17 51:21,23
52:23 53:11 54:20
97:15 100:9,10
101:14,23 147:22
160:20 168:24
169:10 230:17
**statement** 34:18
139:1 147:5
202:16 203:15
220:3,16
**statements** 198:16
**states** 158:7 160:22
161:1,4,13 162:6
**State's** 3:2 5:4,22
6:6 13:7 14:19
55:10 99:13
157:11
**stations** 159:10
**stats** 59:20,21
**statute** 101:4,5,17
102:6 112:19,21
113:1,8,12 116:2
117:17 133:20,24
136:12 138:14,15
139:4 188:11,21
188:23
**statutes** 182:12
**statutory** 134:7
135:16
**step** 32:14 37:23
**stop** 73:1,2 88:2
147:10 154:3
155:2 165:4
209:12 212:22
**stopped** 165:2
**stops** 72:21 107:4,4
165:17
**straightforward**
168:19
**street** 112:2:3,8
171:17 211:23
**strictly** 23:4
**string** 62:24
**structure** 169:19
171:8 181:4
206:11 212:22
222:8,23
**structures** 186:15
**strung** 63:1
**stuck** 23:4
**studies** 50:19
**study** 50:23 103:5
**stuff** 22:6 99:17
160:13 179:11
**stuffed** 111:19,23

131:12
**sub** 212:16 213:5
**subpoena** 23:20
48:12
**subpoenaed** 23:14
23:17 48:11
**subsequent** 217:11
**substantial** 34:14
**subtract** 62:8 173:3
**successful** 131:21
160:10
**successfully** 12:7
69:11 85:21 116:5
217:14 220:9
228:4,6,8
**such-and-such**
146:24
**sudden** 168:9
**suggest** 99:3
**sum** 219:21
**supervisor** 19:13
**supervisor's** 16:12
**support** 81:11
**suppose** 174:14
201:1,6
**supposed** 25:4
110:5 177:21,23
**Supreme** 100:9
**sure** 7:23 16:11
24:11 25:14,15
27:9 31:9 34:2,7
36:17 47:15 49:13
73:19 75:24 80:17
81:24 87:7 99:19
100:19 102:15
103:13 106:5
108:12,16 115:21
118:12 136:11
137:23 142:6,8,22
150:2 152:6
178:14,14 179:11
204:19 220:4
**suspicion** 28:21
**swear** 4:19
**swing** 121:12 122:6
**switch** 59:15 70:19
71:13 128:1 168:9
**sworn** 4:23 6:14
50:3 147:19
157:16
**symbol** 88:23 89:3
92:18 167:5,8
176:11 213:9
214:23 216:21
**symbols** 43:19
70:12 92:14 165:6
165:6,13,14 166:7
167:3 172:12

173:7,9 176:15,20
177:6 224:19
**system** 56:22 160:2
197:12
**systems** 56:19
**S-corp** 161:24

---

**T**

**tab** 76:13 223:7,8
**table** 59:24 60:1
62:4 82:5
**tables** 65:1
**tabs** 75:21,22 76:8
76:9,11 223:1,7
**tag** 97:11,14
**tail** 195:20
**take** 24:17 26:14
27:1,24 34:11,13
34:14 55:23,24
68:23 94:21 96:5
96:6 99:4 124:19
132:15 142:11
147:24 148:13
156:5 166:8 172:9
173:24 175:9
176:13 187:10
215:6
**taken** 1:10 57:1
58:8 99:6 148:3
166:11
**takes** 77:10 121:12
122:5,6 140:11,21
140:23 141:4
175:8 208:14
217:20
**talk** 58:24 83:13
164:18 204:7
212:7
**talked** 22:1 64:15
169:11 171:24
191:1 222:5
**talking** 9:14 20:23
22:22,24 77:14
79:7 85:18 108:24
118:10 132:21
135:20,21,22
137:24 148:8
153:15 170:24
175:15 183:17
193:23 206:23
207:12,17 223:1
224:12 228:11
**task** 12:8 42:11
69:12 83:13,14
84:12,13 85:18,19
86:6 87:10 88:3
90:21 92:5 94:9
94:10 95:6,22

97:3,3 113:3
114:22 116:1,3
123:1 131:22
149:23 153:16,16
194:24 214:18
215:8,20
**tasks** 83:8 201:19
**technically** 116:3
**teddy** 39:12 112:4
**telephone** 119:23
**tell** 16:10,21 25:9
30:19 33:13,15
36:20 80:11 86:6
90:24 95:23
113:13 130:22
139:22 150:1
156:20 159:15,16
163:9,12 164:15
179:19 184:24
192:14,22 197:10
206:13 225:11,13
226:23
**tells** 44:5 58:3 62:5
74:8 94:7 164:9
192:11 215:10
**ten** 56:11 91:2
105:6,7 212:23
213:24 214:1,4
**tend** 35:2
**tension** 111:8
**term** 23:8 116:2
171:8 186:10
**test** 198:16
**tested** 45:18
**testified** 12:20
14:22 19:4 33:14
44:15 53:2 115:23
115:24 116:20
153:10 210:2
**testifies** 50:3 157:16
**testify** 4:17 5:20
32:18 33:7 35:7
41:17 53:7 141:24
162:9 188:24
**testifying** 4:16,18
33:18 52:23
162:20
**testimony** 20:16,19
31:14 34:24 35:4
41:20 80:22
103:23 104:13
110:14,19 141:11
142:24
**tests** 178:12
**Thank** 35:8 49:22
76:17 99:7 148:2
148:4 156:14,17
157:12 187:10,11

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005774

201:12 225:22 228:22,24
**theoretically** 105:4
**they'd** 169:1
**thing** 32:21 33:18 72:5 73:9 77:21 78:7 80:13 106:11 123:15 131:20 137:24 148:12 149:14 153:20 156:20 159:11 167:1 185:6 191:16 212:11 219:3
**things** 9:11 49:11 65:2 109:19 111:11 129:4 208:4,11 221:6
**think** 4:17 11:19 13:1 18:2 19:7,14 23:8 27:6 31:13 33:22 35:5 40:6 41:19 44:15 80:1 98:17 102:9 103:10,14 105:2 107:11 114:11 115:17 118:3 120:1 128:15 129:16 132:8 134:6 135:6 138:6 139:8 140:14 142:2 147:6 149:19 152:4 157:4,7 164:14 169:20 171:16 191:23 194:12,19 199:22 203:4,10 204:17 205:21 206:5 210:16,16 211:11 220:24 221:20 224:5 226:18,19,20,21 227:2
**thinks** 220:24
**third** 122:12 166:4 166:11,11 167:10
**thirds** 154:4 155:15
**thought** 15:16 25:16 27:8 42:5 43:17 105:22 119:5 141:23 182:20,22
**three** 10:6 12:23 19:20,22 20:4,6 30:15 42:23 46:8 47:20 54:1,19 58:4,6,13,14,15 58:16,16 59:9

61:15,15,16 67:18 71:12 88:20 90:5 91:3 92:6,13 95:15 96:17 121:9 121:13 122:3,11 145:12 156:21,22 164:23 165:10 166:10,14,15,17 167:9 175:2,5,8 176:9 190:12 196:21,22 215:11 216:22 219:3,7,11 219:11,15,16,16 219:17,17 222:5 225:9,19
**three-line** 170:2,7 224:22
**three-ways** 216:2
**three-week-old** 53:24
**throw** 59:15 97:9 102:17 174:3 176:21
**throwing** 184:15
**thrown** 19:11
**throws** 178:5 217:20
**ticket** 40:3 60:17,24 68:13
**tickets** 29:23 30:2 39:8,12,23 48:24 60:17 68:12,14 132:5,13,15 133:11
**Tic-Tac** 54:24
**Tic-Tac-Fruit** 17:15 20:12 31:3 31:4 54:15 55:1 67:8 96:9,21 97:20 100:17 119:3 120:9 130:20 136:5 159:13 160:19 161:21 162:2 168:17 171:15 185:12,17 221:15
**tic-tac-toe** 42:16 43:15 81:5 91:20 118:16,18,23 119:1,2 156:1 192:24 193:2,3,20 210:11
**tier** 60:1 62:3 75:8 175:20 176:4,5,19 216:11
**tiers** 114:7,12 115:14 169:13,15 169:15 170:12,22

170:23 172:11,19 172:21 177:1,2 192:4,11,15 206:10,11
**Tiffin** 50:11
**till** 78:9 212:15
**time** 9:3,13 10:1 11:12 12:8 14:18 19:4 20:17 30:23 31:17,20 33:6 34:14 37:9,13 44:8 45:7,10 52:15,20 54:3 56:12 57:4 60:7 68:3 78:21 84:4 87:9 89:11 90:20 93:18 94:6,9,13 94:14 95:6 96:12 98:12 105:10 110:11 111:19 112:20,22 113:3,7 113:14 115:18 116:15,18 117:11 120:1,10 122:14 123:11 126:12,14 126:21 127:1,4,8 127:11 128:20 129:10 133:22 149:1,11 150:13 150:14,20 151:12 151:13 152:6 153:2 155:24 158:17,19 162:17 163:11 165:20 166:18 173:15,18 173:20,23 174:6 176:2,3 178:24 179:3,12,22,23 180:2 182:23 185:22,23 186:8 186:21 190:13 202:7 219:4,6 223:20
**timed** 178:18
**timer** 43:9,10 91:1
**times** 20:24 21:4,6 21:8 30:15 37:7 45:10 53:3 63:11 73:10 78:9 95:5 105:6,7 108:15 122:11 126:3 142:16 166:9,14 166:16 167:7,10 172:14,14,15,15 182:4 188:12 190:7 206:2
**timing** 164:24
**tip** 29:23 30:2

**titanium** 58:4 71:9 73:11 74:1,4,14 74:17 175:9 176:6 176:7,10 222:6
**tobacco** 7:16
**today** 6:3 20:7,19 23:15 27:11 33:10 34:7 47:11 101:4 147:18 159:12 171:17
**told** 41:2 103:2 105:22,22,23 106:15 109:23 128:24 172:18 177:6
**top** 60:17 61:24 96:17 176:4,5 177:18 199:18 208:5 214:19,19 214:23 223:12,19 224:4
**total** 12:23 66:18 92:24
**totally** 60:12 203:16 209:9
**touch** 44:19 178:22 178:24 210:24 212:20 217:13
**touching** 184:12
**tournament** 113:6 113:11 123:9 203:6
**trade** 197:17 198:10
**train** 51:10
**trained** 51:21
**training** 51:5,22 52:4
**transcribed** 230:6
**Transcriber** 230:22
**transcript** 230:7,8
**transfer** 82:23 84:5
**transferred** 77:12 106:7
**transfers** 106:18
**transmitted** 230:5
**transmitters** 159:10
**traveled** 158:6
**treasure** 209:2 212:4
**trial** 162:12,24
**tried** 100:15 120:9 151:12 176:22 179:19
**tries** 177:14,19
**trips** 168:5
**trouble** 95:6 169:3
**true** 136:8 202:18

220:3 230:8
**truly** 138:10 156:10
**truth** 16:10
**try** 39:4 48:7 94:5 129:12 142:7 147:4 175:24,24 176:21 198:10 202:4
**trying** 33:8,11 74:24 76:17 91:19 176:17 203:22 204:3 224:3
**turn** 16:4 33:8 63:2 80:21 88:1
**turns** 97:14
**TV** 159:10
**twelve** 213:22
**twenty** 24:12 56:11
**twice** 74:20 214:2 216:21
**two** 21:6 34:23 56:11,18,23 59:22 67:17 70:18 87:22 88:20 90:5,9 91:3 93:3 95:15 96:16 133:1 140:13 141:7 144:1,2 145:21 147:21 154:4,6 155:14 165:14 166:4,11 167:7,9 170:12,15 190:10 192:3,15 195:22,24,24 196:1 210:17 211:9 216:14,15 216:23 219:15 226:1
**two-and-a-half** 51:8
**two-line** 170:2,4,6
**two-way** 216:1
**two-year** 158:21
**type** 18:3 29:8 30:5 65:3 83:18 87:18 98:22 129:21 159:6 162:4 164:17 166:6 186:4
**types** 56:19 194:1

———— U ————
**Uh-huh** 120:24
**ultimate** 87:4 155:2
**ultimately** 94:17 104:17 156:6
**Um-hmm** 22:21 28:5 32:1 39:3,6 107:14 108:9

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005775

110:21 114:23
122:24 126:20
131:19 132:14,16
150:15 151:14
204:9
**undercover** 52:12
**undersigned** 230:3
**understand** 18:12
42:22 46:5 63:21
74:24 79:21,22
95:2 100:17
106:24 107:9,11
108:2 112:5
117:14 118:10
125:6,14,18
126:11 128:2
129:10 134:11
139:10 142:2,17
146:18 147:20
150:8 151:22
152:4 153:10
156:9 193:12,16
203:22 227:11
**understanding**
34:11,16 102:4
161:17
**understood** 118:13
**unimportant** 167:4
**Unit** 7:8
**United** 158:7 162:5
**University** 50:11,18
147:22
**unknown** 58:7
**unsanitary** 14:12
**usage** 63:23 64:2
**use** 48:17 49:7 79:4
115:10,13 161:4
163:23 172:20
176:20 203:14
**users** 120:8
**uses** 116:2 169:19
**usually** 11:17 24:2
25:20 26:17 39:9
47:22 60:18,23
67:14,15 95:2,8
133:13 216:11
**U.S** 18:10,11

**V**

**value** 15:11 39:19
40:1,3,6,8,12
41:20 44:11 57:9
57:10,11,14,20
58:4 60:21,21,22
61:17 69:9 71:6,6
71:17,18 83:1,2
86:7 91:11 112:13
117:18 118:7,8

132:21 133:5
144:15 174:10,11
175:4 188:16
191:15,16 207:9
216:20 217:21
218:5,17
**valued** 132:20
**values** 58:19 59:10
71:2
**variable** 212:14
213:12
**variations** 65:3
115:1
**varies** 8:16 94:13
**various** 9:10 17:18
154:18 200:7
**vault** 77:22
**Vegas** 21:20
**vendor** 130:4,19
150:16
**vendors** 196:18
**version** 64:22 80:6
80:7,9 81:5
**versions** 54:18,19
67:8 171:16,16
199:20
**versus** 41:6 96:13
100:10 137:13
140:2 141:15
**vertex** 224:18
**vice** 1:9 52:12 123:8
**video** 10:7 11:3,5
12:13 14:10 16:6
16:13 21:13,24
23:5 43:17 96:22
**view** 8:21 9:1
**violation** 8:4 14:6
34:2 118:6 125:10
**violative** 138:20
**Virginia** 51:13
**virtual** 167:3 171:2
181:18
**virtually** 86:22
159:4 160:13
**visit** 9:2 25:7 28:7
**visited** 9:9,21
**vitae** 53:21 54:2
**voice** 158:4
**voir** 54:8

**W**

**wager** 12:4 37:20
44:13 57:5,13,14
57:16,16,17,21
59:11 60:3,4
64:10 81:13 83:21
87:24 89:18 91:24
93:14 110:11

125:3 134:1
193:14 194:18
196:8 202:6
205:17
**wagered** 53:16
58:21 63:12 90:18
193:11,22 194:10
217:3 218:7
219:24 220:21
**wagering** 125:7
**wait** 76:22 81:18
124:23
**waiting** 81:2 190:5
**walk** 10:8 44:22
55:19 85:4 86:4
86:13 98:20
116:23 133:17
167:22
**walking** 87:8
**want** 17:1 28:14
41:22 60:3 79:4
81:17 87:22 90:8
92:15 100:19
110:15 141:9,11
145:15,18,19
147:13 164:18
197:22 198:5,14
204:18 207:10
208:7
**wanted** 59:2 76:23
78:18 115:21
118:12 119:13
137:23 166:13
174:14,21
**wants** 73:2 80:2
168:8 198:11
205:22 209:13
**warrant** 36:3,4,7,12
**wasn't** 14:13 26:20
29:12,13,14 137:1
141:14 211:2
**watch** 98:18
**watched** 95:1
**watching** 96:15,17
**way** 24:23 32:20
59:8 66:21 80:11
92:6 93:13,13
95:12 100:20
111:1,17,18 121:3
134:11 145:11
146:8,10 150:9
151:23 159:24
160:1 163:5,12
164:12 165:11,16
166:5 168:1
169:17 171:18
172:22 180:19
184:4,23 185:13

185:23 186:16
187:6 192:22
198:6 199:1
205:13,24 218:18
219:11 225:5
227:4
**ways** 8:5 17:16
145:21 165:22
173:4,7 175:19
**Wednesday** 1:13
**week** 8:15 98:20
**week's** 22:22
**weight** 177:22
**weighted** 170:4
**went** 9:20,22 21:20
24:21 28:11 29:18
31:8 50:15,17,20
52:13 70:24 90:6
103:23 141:7,18
151:16 158:15
174:10 181:1
196:10
**weren't** 27:9 177:21
**Westerhouse**
101:23
**we'll** 6:15 35:6
83:14 87:15,16,22
91:12,12 102:21
102:22 109:21
128:21 140:12
147:18 175:14
**we're** 5:1 15:10
56:13 58:10,15,23
65:5 76:19 81:2
85:18 87:14 88:24
90:22,22 98:13
107:15 115:10,13
115:16 116:4
123:9,19 125:16
135:8,20,21
161:24 170:14,24
175:15 207:14
222:13 223:1
227:21
**we've** 14:21 101:17
110:18 124:5
173:9 176:22
179:5
**whatsoever** 168:22
198:7 213:4
**wheel** 72:16 111:17
111:18 212:18
**wheels** 43:9 88:1
**WHEREOF** 230:10
**wholly** 191:18
**wild** 44:1 81:17
88:23 89:3 92:9
92:11,18,22,23

93:16,22,24 94:1
176:12 213:8
214:23 215:4
**William** 3:9 50:2,10
**will-based** 23:6
**win** 11:7 31:20
57:18,19 60:1
62:3 63:9,11 64:9
68:2 74:14,16,19
85:11 86:5,14
93:14 94:8 97:13
98:15 104:21
105:12,14,20
106:8 110:20,22
110:24 116:14,15
116:24 117:5
118:4 124:8 126:7
126:8,12,14 127:1
127:4 130:16
133:12 134:1
135:11 138:15,16
139:7,8 142:12,16
145:11 146:3
149:14 150:13,19
153:23 164:10,10
164:11 165:11
167:23 173:14,24
174:4,17,19,22
175:1,2,8,9,19
176:19 177:1,2,11
177:20,23 182:17
186:12 187:20,22
191:21,24 195:3
195:10 196:7
210:23 211:4
213:12 215:5
217:2,11,13
219:23 220:21
224:9 225:7,14
227:18
**winds** 61:4
**winner** 42:20,21
60:6,7 61:3,13
68:19 75:22,23
76:1,12 84:23
86:12 90:7 130:21
156:3 167:22
170:1,2,2,3,5
173:10 175:17
176:23 177:8
178:3,5,8,19
210:1,15 223:12
224:13,15,22,22
**winners** 60:20
61:16 74:9 90:3
117:3 130:22
131:2,8 170:6,6,7
170:7 173:1

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005776

175:15 184:1,7,15
186:16 210:17
215:23 224:20
winning 58:12 59:6
59:7 61:8 63:7
64:7 88:19 90:15
92:20 98:4 106:12
138:12 145:13
172:22 173:4,12
176:5,8 177:9,9
191:17 194:24
201:20 213:8
224:1
winnings 11:14,21
31:14 184:18
191:3
wins 73:15 91:24
92:8 98:3 108:3,4
121:14 122:7
123:2 134:18,19
134:20 138:20
154:11 156:12
wire 80:14
wish 83:20
wished 133:6
withdraw 37:2
38:10 41:24 49:16
87:1 136:9 145:8
188:3
witness 4:18 5:19
6:16 15:3,6,9
19:21,24 32:20
33:1,6,9,15 35:6
36:24 37:1 41:15
41:15,22 49:23
56:2,4 62:12
65:16,22 66:2,14
66:22 68:4,9
73:12,19,24 74:21
75:1,6 76:2,5,15
76:18 79:9,14
80:13 88:10 89:4
91:19,23 92:11
93:6,10,12,17
94:3,14,22 95:12
96:3 120:13
121:22 134:17,20
151:1 188:24
198:2 200:16,19
200:22 201:3,5,8
205:4,8 219:6,12
219:19 221:16
225:24 228:24
230:10
witnesses 3:6 4:16
4:17,22 6:11,14
34:6,19,20,22
147:17

won 11:11 31:19
32:2,8 33:12 37:9
39:22,23 45:7
88:7 90:1 107:23
118:6 122:20
125:24 126:7,9
135:5 213:6
214:11 216:2
225:4,4
wondered 31:5
134:22
wondering 107:10
word 187:18
worded 153:11
words 51:22 98:7
104:4 112:3 113:4
113:15,16 138:10
155:1 165:9
177:15 209:21
219:2
work 7:6 25:5
32:21 113:24
129:11 160:11,24
180:19 184:22
186:9 198:6
working 8:22 25:4
25:7 50:11 79:5
129:2
works 17:3 32:24
59:3 111:14 160:1
184:24
world 162:7 167:13
185:12
world's 159:1
worry 128:21 167:2
worrying 224:1
worst 167:13 185:2
185:3,11,11,16
worth 40:6 60:12
111:23
wouldn't 37:22
73:3 80:18 86:17
86:18 105:12
124:6 130:12
149:21 156:5
161:16 170:19
194:19 205:2
wrap 96:6
write 137:8
written 27:22 52:1
100:20 136:19
178:11 197:11,13
197:23
wrong 45:12 91:13
107:12 108:14
117:7 135:14,18
135:24 136:4
174:8 182:13

wrote 51:20 137:17
160:1 172:18
197:12
Wyoming 161:23

—— X ——

X 68:14 81:9

—— Y ——

yards 121:13,21
122:6
yeah 5:15 15:20
17:2,10 25:23,24
26:1 35:5 36:14
38:16 39:9 41:11
47:20,24 56:3
65:17 68:4,9
69:13 72:13 77:20
77:20 83:13 88:14
93:11 99:23
100:11 102:21
105:4 118:22
134:5 142:20
145:23 147:3
151:1,19 171:12
179:9,14 203:10
205:17,24 207:19
209:24 220:12
225:11
year 9:9 34:21
136:20
years 7:11 22:10,15
158:8

—— Z ——

zero 66:24 75:13
104:4 107:6
122:23 182:24
185:6,13 202:24

—— $ ——

$1,000 121:14
122:22 183:18
$1,000.00 69:9,15
$1.00 11:17 12:4
38:5,7,18,21
44:12,15 57:5,6,7
61:12 76:19 81:14
86:13 87:19,20,21
89:16 110:19
132:10,17,20
201:1 227:1,4,6
227:16 228:11
$1.20 58:16
$1.60 92:2 93:14
$1.75 226:20
$10.00 40:5,6
$100.00 75:22

$2,647.56 57:11,23
$2,800 117:13
$2,800.00 85:24
$2.00 57:5 81:14
89:16 95:19,19
227:2
$2.50 215:12
225:20
$2.60 92:3
$20 151:15
$20.00 58:14
$200 130:21
$250 195:6,7
$250.00 208:6
$3,000 228:1,11,14
$3.20 90:1
$30,000 227:17,20
$300.00 208:7
$330.00 225:21
$330.94 57:22 59:8
$4.00 11:19 57:5,23
58:14,17,18 81:14
89:16,19,22 90:1
91:13,24 93:14
199:8 200:5,18
207:1 219:22
220:20 227:2
$400 12:24 183:19
$400.00 208:7
$402 13:18
$5,000 122:7,22
$5.00 151:21
206:24 227:8
$50.00 69:16
$500 124:3
$500-per-man
123:18
$500.00 75:22,24
76:1,11 208:8
$60 13:19
$600 12:24
$75 130:21
$950.00 69:15

—— 0 ——

0 187:3,12
0.9500 180:14
03 36:21 101:5
102:5 129:15
05 59:8 66:4 215:12

—— 1 ——

1 13:14,17
1.179 170:18
1:00 1:13
10 34:12 99:14
111:24 126:12
149:14 164:10

215:12 227:22
10,000 85:11 190:4
10-second 219:23
220:20
100 75:9 107:8
108:7 127:1
137:12,14 160:5
197:5 202:17
206:5
100,000 98:7,8,10
98:14
109 115:3,8 172:5,7
173:6,6 178:2
193:24 201:15,17
11 117:10 126:12
126:19,21
12 7:11 34:12 57:12
158:23
13 158:24 221:19
134 172:16 173:5
1342-05 1:5 5:2
138 121:13,21
139 122:6
14 162:23
14-year-old 98:19
15 3:8 145:14 146:3
215:12 225:19
150 206:6
152 3:11
155 3:11
157 3:3,4,4,13
16 158:19
17 8:11,12,20 23:9
23:11 24:1 27:13
27:22 29:7
18 7:20
189 3:13
19 1:13
19th 1:12
190 13:1
194 13:17
1979 159:2
1980 52:21
1989 159:23
1990s 53:12

—— 2 ——

2 13:18 221:15
2,000 105:18
2,500 171:19,20,22
2.48 66:17 206:20
20 85:22 86:12,12
86:14 89:8 94:11
95:2,5 111:24
144:13 164:11,11
170:9 219:24
225:4
20,000 105:18

RUNFOLA REPORTERS, INC.  1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005777

**200** 138:12 223:7
**2000s** 53:12
**2003** 36:16
**2004** 9:8 14:7 27:17
  27:18
**2005** 1:13 230:13
**2009** 230:17
**2171** 1:5 4:13 5:3
  9:15
**222** 3:14
**226** 3:14
**23** 143:12
**25** 88:7 95:2,5
  143:2,2 146:4
  225:16
**26** 230:17
**26th** 2:4

---
**3**
---
**3** 13:19
**30** 2:3 12:4 38:7
  94:17 111:24
**30,000** 115:17,18
  170:14 171:18
  178:1 182:1,1,4
  185:5 193:6,7,21
  194:2,7 195:10,12
  195:15 222:7,10
  226:13 227:5,16
  227:20 228:12
**30,000-play-cycle**
  170:21
**300** 138:12
**33** 24:15
**35** 52:5

---
**4**
---
**4:52** 229:5
**40** 12:4 32:2 37:20
  38:6 58:17 72:15
  95:20 96:11
  110:20,22,24
  150:3 170:9,10
  225:4
**40,800** 62:7
**40/60s** 228:18
**4301:1-1-79** 35:23
**43215** 2:4,9
**48** 3:8
**49** 41:5,6 138:3

---
**5**
---
**5** 3:3,3,3 68:21
  82:10 164:9
  221:19,19
**5,000** 222:19
**50** 3:10 11:18 12:2
  44:14 57:5,7,14

57:21 59:5 76:20
  79:1 81:13 87:19
  87:21,23,24 88:5
  88:7 90:23 94:8
  94:10 108:7
  111:10 139:15
  146:1,2 149:12
  163:7 165:18
  183:17 201:7
  208:6 210:14
  215:12 225:8,14
  225:17,19 227:1
**50/50** 228:16
**50/50s** 228:18
**500** 223:7
**51** 41:4,6 136:17
  138:4 139:14
**520** 2:8
**53** 3:4
**55** 3:4
**56** 5:2
**58,449** 64:9

---
**6**
---
**6** 3:5,5
**6,000** 177:4
**60** 12:1 13:1 37:20
  38:4,6
**60,000** 61:8 62:6
  63:7 64:7 69:7
  73:9,10,23 74:4
  74:13,20 75:3
  113:19 114:3,5,9
  114:12 115:10
  169:13 170:22,22
  196:1
**60/40s** 228:18
**65** 134:16

---
**7**
---
**7** 3:7 24:17 61:23
  61:24 74:2 75:7
  208:12
**70** 12:1 38:4,7
  220:12
**75** 139:18,20 155:9
  155:13
**75/25** 143:21
**76** 155:9,13
**77** 1:11
**79** 28:17

---
**8**
---
**8** 66:8 207:18
**80** 58:16 63:15 90:2
  194:16 220:11,22
**80-something** 63:13
**85** 134:15 227:9

**87** 201:9

---
**9**
---
**9** 14:7 206:20
**90** 201:3,4 220:13
  227:6,23
**90,000** 98:14
  196:22
**900** 228:21
**94** 200:4,6,21,22
  207:1
**95** 65:23,24 66:3,4
  66:12,13,23 67:4
  67:22,22 68:1,3
  68:21 69:13,14,18
  82:9,9 84:7
  102:13,14,24
  103:6,14 104:5,12
  104:15 105:24
  106:3 107:19
  108:22 135:7,9,10
  136:6 156:7 179:8
  180:17,21,22
  181:1,22,23 182:7
  182:18 186:17
  187:3,13 196:8,15
  199:5,7,18,20,23
  200:1,21 206:24
  208:21,24 227:7
**96** 199:19,23,23,24
**97** 135:7 156:7,8
**97.48** 66:18 103:20
  103:21
**98** 67:22,23
**99** 3:10

RUNFOLA REPORTERS, INC.   1-888-576-DEPO
COURT REPORTING...WE'VE MADE A SCIENCE OF IT!

HC00005778