# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


SAVVY DOG SYSTEMS, LLC and,
POM of PENNSYLVANIA, LLC,
            Plaintiff(s),

                                    CIVIL ACTION NO.
    vs.                             3:19-cv-01470-JPW
PENNSYLVANIA COIN, LLC and
PA COIN HOLDINGS, LLC,


            Defendant(s).

DEPOSITION OF:   DONALD FIECHTER
DATE:            Monday, August 30, 2021
TIME:            11:02 a.m. through 3:54 p.m.
DEPONENT
LOCATION:        Hilton Head Island, South Carolina

TAKEN BY:        Attorneys for the Defendant(s)

COURT REPORTER:  MADONNA M. FARRELL
                 Registered Professional Reporter
                 Certified Livenote Reporter
                 CaseViewNet Realtime Reporter



Page 76

binder.

A.   Okay.

MR. HSU-HOFFMAN:  We'll go ahead and mark this as Fiechter Exhibit 5.

(EXHIBIT 5, Ohio NudgeMaster Version History, was marked for identification.)

BY MR. HSU-HOFFMAN:

Q.   Do you recognize this document?

A.   This is a document that we would typically produce -- when I say "we", usually the programming staff.  They would want to keep track of changes that were being made in the system.  And Paul, like I said, Paul Moriarity was the one that they were constantly having to present their versions, modifications, all that type of stuff to.  So this may have been a document that was presented to Paul at some point.

Q.   Do you know who prepared this document?

A.   Most likely, I would venture to guess -- again, I don't know.  I would be purely guessing, but I would think that this is something that Clinton Lowe probably produced, if not one of the programmers.  But Clinton was kind of a guy that managed the programming team.



Q.  Was it his practice to keep documents of this type for, I guess, NudgeMaster software versions?

A.  Yes.

Q.  And do you know where -- do you know where at World Touch Gaming this document would have been maintained?

A.  There were a number of repositories that they kept back-ups of the software, source code, version control software.  Clinton was typically the guy who will interface with the independent labs like Nick Farley & Associates, Eclipse, GLI. So, again, I don't know which computer or how he would have had it stored, but I'm sure there were various places that it was stored.  He always had back-ups of everything.

Q.  And Clinton Lowe, he was an employee of World Touch Gaming?

A.  That is correct.

Q.  How long had he been -- when was his start date with World Touch Gaming?

A.  I -- I don't have a clue.  If it wasn't Clinton -- I'm trying to think of who it would have been prior to Clinton.  Because, I mean, again, if Clinton wasn't there in the very beginning, so -- I



Page 78

don't know.  I can't recall who would have been in his position, but whoever he followed, I'm sure he would have just kept up the same practices, but I can't recall who was in his position before him.

Q.  There's a -- I wanted to ask you some questions about the headings on this document. There's a column labelled Date.  Do you know what the dates refer to in that column?

A.  Based on the release, I believe, of the version, like, when that version was actually created, that, most likely, is the date that was given to the particular modifications or whatever was being done to the software for it to incur a new version number.  I would believe that was the date that the version number was actually given to that software.

Q.  What would be the significance of giving a version number to software?

A.  Knowing what was modified in the software, what additions, subtractions, modifications, if there were, you know, uncovered bugs that were found in the software, whatever it may have been that was being done, I'm sure they tried to document as much as they could descriptively as to what was going on at the time when that version was



created.

Q.  After a version of software was created, what would happen next?

A.  If it -- if it wasn't required for prior testing, we would -- once it went through a QA process, quality assurance, we would deploy it in some regard.  Maybe a small segment of game terminals that were in the field would get that release to make sure that it was functioning as expected prior to full deployment in the field.

Sometimes it would be required, not so much in states where the games were not regulated, it would go straight to the field.  If we were in a more regulated market like tribal gaming, you would be required to submit that new version of software to the independent test laboratory for them to evaluate it before you would be given authorization to update the terminals in the field.

Q.  Do you know if the versions identified in this document, if they were all deployed in the field?

A.  I can't say that for sure.  Maybe there's an instance where a version is created, it goes to QA, QA finds the problem with it, and they have to modify something else, and it's given a new version



before being sent back to QA.  So my gut would tell me not every version is released, but I guess we would have to go through a version -- you know, the dates and see how close they were.  I would imagine if there were some decent gaps between, I would venture to guess that it went into the field.

Q.  Are there software versions identified in this document that you know were, in fact, deployed in the field?

A.  I wouldn't be able to say for a fact, no.

Q.  Let me have you look at the second page of this document and maybe work backwards to some of the versions here.

There's a reference here to SmartCard licensing and legalizing changes for Ohio.  This is with respect to version 4.2.2.2.  Do you see that?

A.  Yes.

Q.  And then there's a reference to show next play's win amount.  Do you see that?

A.  Yes.

Q.  Could you describe what this -- I guess what's being referred to here in terms of legalizing changes for Ohio?

A.  I think that when this was created, it was just making reference to one of the things that



MAGNA
LEGAL SERVICES

Page 81

were -- that stood out to -- if this was Clinton Lowe writing this, he was probably, you know, putting one of the most significant aspects that was in this version that was being released under this 4.2.2.2 for Ohio. And obviously, the SmartCard licensing is referencing a thumb drive that we would plug into the USB port of each PC motherboard, and that PC motherboard's protection so that somebody just couldn't replicate our software, it would have to have that thumb drive with a smart card, smart chip like that's on your credit cards these days, that chip was inside of that thumb drive. So I'm sure, you know, that this is just referencing that we came up with a licensing scheme for Ohio and how that was to work through that thumb drive.

And then to me, I would read this to mean that show next play win amount was, you know, it could have been modified. It could have been added. I don't know exactly, but he's referencing that it's in the software, and then a lot of other options and features were put in as well.

Q. Now, let me -- maybe I should have started with the last row there where it refers to a first draft for Ohio. What is that in reference to?



MAGNA

LEGAL SERVICES

Page 82

A.  I would imagine it was the first iteration of the software that would have been contemplated being deployed or deployed.  Again, I wouldn't know off the top of my head right now.  But I would imagine this was our first stab at getting something into the state of Ohio.

Q.  There's a reference to a date of April 10, 2006.  As of April 10, 2006, has there been any NudgeMaster deployments in Ohio?

A.  Again, I'd be guessing.  I don't know.  I'd venture to guess that there wasn't, considering that he put a first draft, but it's not to say that we didn't take a non-Ohio version, something we were running in Georgia and running it up there.  But as far as giving -- giving this the tag Ohio, I would say that my guess would be that date.

Q.  Were you involved in discussions, and I guess taking NudgeMaster games that had been deployed in Georgia, and then revising them for the Ohio market?

A.  Yes, I would have been involved in those discussions, for sure.

Q.  Do you recall discussing what changes would, if any, would need to be made between the Georgia NudgeMaster games and the ones that you intended to


MAGNA
LEGAL SERVICES

deploy in Ohio?

A.   I don't recall any details of those conversations, really.

MR. NORTH:  Counsel, do you have an idea of how much more time you're going to take?  And I just want to be mindful of the witness that I'm going to have cross-examination.  I don't know if Mr. Fiechter has -- (audio distortion) -- on the end of his day, but I think we should understand where we're headed.

MR. HSU-HOFFMAN:  I might be able to give you an update at some point in time, but at the moment I'm in the middle of questioning, Mr. North.  So if I can give you an update at some point, I will.

MR. NORTH:  Mr. Fiechter, do you have the rest of the afternoon to give to us if necessary?  We'll try to be efficient, but if you have a limitation, it would be useful for us to know at this point.

THE DEPONENT:  No, I'm good.  I've cleared my calendar for today.

MR. NORTH:  Okay, thank you, sir.

///



Page 84

BY MR. HSU-HOFFMAN:

Q.  Let me have you go, Mr. Fiechter, to the row that's dated, and I believe it's highlighted in yellow in this document, September -- excuse me, October 25, 2006.

A.  Yes, I see it.

Q.  And there's a reference NFA submission for Ohio.  What would be the NFA submission for Ohio?

A.  That would be Nick Farley & Associates.  So the actual source code, you know, a formal submission to the lab of the software, NudgeMaster.  So I'm sure that that was a date that that particular version was submitted to be reviewed by the lab.

Q.  Do you know as of that date whether there had been any deployments in Ohio?

A.  Again, I don't recall dates of deployment in Ohio.

Q.  There's a reference to "Expands Peek Next Game functionality to allow preview of next game win amount, entertaining-display results, neither or both."  Do you see that?

A.  I do.

Q.  Do you understand what that refers to?

A.  I believe that was for the particular



Page 85

version that was going to be designated for Ohio. It would appear to me that being able to see the next game's functionality was expanded from its previous functionality to incorporate all formats and giving the operator the ability to show neither or both.

Q.  And by showing neither or both, what are you referring to?

A.  The win amount and the actual symbols of the main game and the meta game, when the player hit the next game preview.

Q.  In Ohio, was the intention to allow the player to preview both the next game puzzle and the next game prize amount prior to wagering?

A.  I believe so, yes.

Q.  Mr. Fiechter, there's a -- in Tab 10 of your binder, there's a thumb drive.  Do you have that?

A.  Yes.

Q.  And I'll represent to you that this has a copy of a video that we obtained from YouTube.  Do you have a computer handy that you could load up the video and take a look at it?

A.  Let me try.

MR. HSU-HOFFMAN:  We'll go ahead and mark this video as Fiechter Exhibit 6.



Page 86

(EXHIBIT 6, Video from YouTube, was

marked for identification.)

THE DEPONENT:  Okay.  It's playing.

Is there more than one video?  I didn't

really look at the files that were on there.

I just clicked on one.

BY MR. HSU-HOFFMAN:

Q.  There should just be one.

A.  Okay.  That's the one I'm playing.

Q.  You could just let us know when you're all

the way through it.

A.  Okay.

(Witness playing video to self).

THE DEPONENT:  Okay.  I think that's

it.

BY MR. HSU-HOFFMAN:

Q.  I'll have you confirm the file name of the

video that you just watched.

A.  Hold on one second; Tab 10 - (USB stick) -

PA0000505.

Q.  And do you recognize what was shown in that

video?

MR. NORTH:  Objection to the form;

compound.

MR. HSU-HOFFMAN:  Counsel, what's



Page 87

objectionable about that question?

MR. NORTH:  Because there are many minutes of many different things shown, and so inherently asking one question about the whole thing is compound.

MR. HSU-HOFFMAN:  I'll restate.

BY MR. HSU-HOFFMAN:

Q.  Mr. Fiechter, did you recognize what was shown in that video?

A.  Yes.

Q.  Please describe.

A.  This was someone recording their play of the NudgeMaster game.

Q.  Do you recognize that NudgeMaster game as being a particular version of NudgeMaster?

A.  I can't.  I mean, it's somewhat blurry.  I can't make out the version number.  It's on the left-hand side, but it's, you know, definitely a software we released.  I just can't make out what the version number is on the left side of the bottom left of the screen.

Q.  Were you able to see any copyright dates associated with this NudgeMaster game?

A.  Yes.  I see copyright 2004 World Touch Gaming, Inc., all rights reserved.  I think it says



Page 102

A.   I would have no clue.

Q.   Do you know what -- is there anybody at Pace-O-Matic that was responsible for maintaining that software?

A.   Again, I wasn't 100 percent familiar with everybody's roles once they became Pace-O-Matic employees.  So I don't -- I don't really recall at -- when it was World Touch, I would have thought it was Clinton Lowe.  But after that acquisition, I don't know who would have been responsible for that.

Q.   Did Clinton Lowe join on as an employee at Pace-O-Matic following the acquisition?

A.   I say yes, but again, there's a couple of entities related to the software, might be the Savvy Dog, I don't know, something -- there were multiple dog companies.  I just don't recall what they were and if -- who was an employee of Pace-O-Matic and who was an employee of one of the software developmental companies.  I couldn't tell you that.

Q.   When you refer to multiple dog companies, you're referring to related entities of Pace-O-Matic?

MR. NORTH:  Objection to the form.



Page 135

we were QAing, sent software out into the field, and subsequently they end up changing or revising whatever version number they are going to release, and they ultimately get to whatever that number is, and then we have to go back in the field and update all that software so that it reflects the same date of Farley's report, even though there may have --

BY MR. NORTH:

Q.   Any facts to support that that happened in this instance?

A.   I just know it happened a hundred thousand times, probably.  I just don't know about this.  I just know that it was a common occurrence.

Q.   Well, didn't you tell us earlier that the Canadian gentleman who was in charge of these sorts of documents, keeping track of the version, was a real tough taskmaster about keeping them straight?

A.   I would say that wasn't the Canadian guy; that was Clinton Lowe, most likely.

Q.   Well, your company took these version numbers very seriously, didn't it?

A.   That was my partner, yes.  But again, we would change these things not from keeping track of

