# EXHIBIT D

| | |
|---|---|
| **From:** | Dudash, Amy M. |
| **To:** | Martha Decker; Steve Hill; "mhaverstick@kleinbard.com"; "eschreiner@kleinbard.com"; "pgagne@kleinbard.com"; "Shohin Vance"; "jgorman@kleinbard.com"; John North |
| **Cc:** | Gorman, John V.; Davis, Kenneth J.; Hsu-Hoffman, Ahren C.; Bomar, Kelsey A. |
| **Subject:** | Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up |
| **Date:** | Tuesday, August 31, 2021 9:37:55 PM |

Counsel –

I am writing because information that came to light at yesterday's deposition of Donald Fiechter made it clear that Plaintiffs' 30(b)(6) witness, Mr. Cline, had not conducted a sufficient investigation regarding Topic 16 (the Nudgemaster electronic game) and was thus not adequately prepared to testify concerning Plaintiffs' complete and collective knowledge regarding this topic.  In particular, we are extremely troubled that Mr. Cline did not interview at least Clinton Lowe in connection with his investigation for Topic 16 because, according to Mr. Fiechter, Mr. Lowe is currently employed by Plaintiffs, Pace-o-Matic, and/or a closely related company and is extremely knowledgeable regarding Nudgemaster.  For example, as Mr. Fiechter testified, Mr. Lowe managed the Nudgemaster programming team and was a "real tough taskmaster" for keeping track of Nudgemaster software versions.  But, as Mr. Cline confirmed at his deposition, the only individuals he for sure spoke with regarding Nudgemaster were Mr. Pace and Mr. Cummings.  Mr. Cline also admitted that he neither spoke with anyone regarding Nudgemaster software versions, nor made any effort to identify any current employees who were employed by World Touch Gaming (the original maker of Nudgemaster) in the 2004-2005 time frame who might have knowledge relevant to Topic 16.  Given that Mr. Cline did not speak with Mr. Lowe in preparation for the 30(b)(6) deposition, we must also assume that no one ever asked Mr. Lowe whether he is in possession of documents responsive to Defendants' discovery requests for information on Nudgemaster.

For at least these reasons, please confirm that Plaintiffs will agree to begin immediately investigating these issues, starting with a thorough interview of Mr. Lowe and a search for relevant documents, electronic and hardcopy, within his possession or anywhere else Mr. Lowe knows or suspects information regarding Nudgemaster may be stored.  Please also confirm that Plaintiffs will agree to produce Mr. Cline for a further 30(b)(6) deposition after he conducts a thorough interview of Mr. Lowe and anyone else he learns about with knowledge regarding Topic 16.

If Plaintiffs will not so agree, please provide a time tomorrow when you are available to meet and confer regarding these issues.

Thanks,
Amy

**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.