# EXHIBIT E

**HIGHLIGHT CONFIDENTIAL - ATTORNEYS' EYES ONLY **

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 273

UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


SAVVY DOG SYSTEMS, LLC,                          PLAINTIFF
AND POM OF
PENNSYLVANIA, LLC
VS.                              CIVIL ACTION NO.
                                 3:19-CV-01470-JPW
PENNSYLVANIA COIN, LLC,                          DEFENDANT
AND PA COIN HOLDING,
LLC


  **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
        ** PURSUANT TO PROTECTIVE ORDER **


   ZOOM VIDEOCONFERENCE DEPOSITION OF GREG CLINE
                   (VOLUME II)

                (Taken by Defendants)
                September 17, 2021
                    10:00 a.m.

      Deposition held via Zoom Videoconference






                   * * * * * * *



                   Reported by:
            JULIE BROWN, RPR, CCR 1587
               (Via Videoconference)



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 278

Q.    So it's not a deposition of you in your individual capacity, but as Savvy Dog, and you are the 30(b)(6) designee for Savvy Dog?

A.    Yes, I am.

Q.    Okay.  And since our last time together at the 30(b)(6) deposition Part 1, have you had occasion to speak with Clinton Lowe about this case?

A.    I have.

Q.    And you were at the deposition of Mr. Fiechter; is that right?

A.    I was.

Q.    And Mr. Fiechter identified Clinton Lowe as someone who was involved with the Nudgemaster product during their time at World Touch Gaming, right?

A.    Yes, he did.

Q.    And were you able to speak to Clinton Lowe about the Nudgemaster game?

A.    I was.

Q.    And how long did you spend with Mr. Lowe?

A.    I'd say approximately an hour, hour and a half.

Q.    And who was with you when you did that?

A.    Steve Hill, our attorney, who is an interested observer in -- in my discussions with



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 286

have that was recently sent to you.  This is POM 018322.

And this will be Exhibit 39, is where I think we left off the last time.

(Exhibit 39 marked for identification.)

THE WITNESS:  Correct.

BY MR. DAVIS:

Q.    Okay.  And so you were referring -- and this is the document that we've been discussing.  And you were referring to a version in -- on which page, I'm sorry, Mr. Cline?

A.    Yes.  It's Page 8 --

Q.    Okay.

A.    -- about one-third of the way down on October the 25th of 2006.

Q.    Okay.  And so this is a -- this is a version that refers to a "peek next game" feature.

And what did Mr. Lowe tell you about that version?

A.    He said that through looking at the developer log and also the code, the code that he had, this was the earliest version of Nudgemaster on a build basis that had the graphical peek next game functionality, meaning that it would show the puzzle for the next game after -- with the correct -- the



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 287

correct solution, meaning it did not show the puzzle that would be presented before the nudge would be done.  But after a successful nudge, it would show the puzzle.  So it would be what we call preview; they call peek next game.  That was the -- that was the earliest version that it showed up in Nudgemaster on a build.  That's when it was built into the software.

Q.   So was -- was there a version of that peek -- peek next game that wasn't on a build?

A.   No.  That was when it was first created in the build of the software.  You know, the way he described it to me, the sequences, that they would build, they would develop the functionality, and then it may or may not go into commercialization. It just depends on if they decided to use it.  But commercialization would have happened after the build, obviously.

Q.   And so was it Mr. Lowe's recollection that this "peek next game" feature showed the aspect of the next game as if the player had played the game correctly.  In other words, it showed the correct combination for the next game?

A.   Yes, it would have shown -- in this case, it was a nudge game.  So it would have shown -- if



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 288

they correctly nudged, it would have -- it would have showed you what the -- graphically what the puzzle would look like.

Q.    And did he have any documentation that referred to that aspect of the "peek next game" feature?

A.    Well, the documentation would be here in the log.  He also verified that by looking in the code.

Q.    And this is code that was produced to us?

A.    I believe it was, yes.

Q.    And did he recall whether there were any earlier peek next game features or that -- that showed the puzzle in its pre-solution stage to a player before the player had to play the game?

A.    Not in its pre-solution stage.  This showed -- like I say, this showed the solution -- the puzzle solution after a person successfully nudged the correct space to solve the puzzle.  So this was the earliest version of that.

Q.    Okay.  Were -- were there any versions before this that showed the puzzle in its pre-solution stage?

A.    No.  He did not indicate there was any other earlier versions.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 289

Q.   Did you ask him whether there were versions before this where a player could see the pre-solution puzzle before the player had to play the game?

A.   Well, we asked him:  Were there any versions before this that showed the next play graphically with the solution?  So you just keep saying pre -- you know, there was no version, I don't think, that showed the -- the graphics pre-solution.  It all showed it with the solution.

Q.   So that's what I'm asking, though.  I'm not -- I just want to make sure that you're not parsing your answer.

A.   Okay.

Q.   So did -- did -- was Mr. Lowe asked if there were versions of Nudgemaster that showed -- showed the player the pre-solution puzzle before the player had to play the game?

A.   I didn't ask him about pre-solution, no.

Q.   But that's the issue in the case, right, is whether --

A.   I don't know what you're referring to.

Q.   So he doesn't -- so I think what you're saying is that the version on 4. -- 4.3.2.3 showed a version of Nudgemaster where the player saw -- could



**HIGHLIGHT CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 290

see a solution to the puzzle before the player had to play the game; is that right?

A.    Correct.

Q.    And my question is:  Does Mr. Lowe know whether there was a version of Nudgemaster where the player could see the pre-solution puzzle before he had to make a decision to play the game?

A.    I didn't ask him about pre-solution.  I didn't use those words.  The question we asked him was:  Was there any preview feature, peek next -- or "next peek game" feature?  And he only indicated there was one other one that was before that.  And that was 4.2.2.2, which showed the result.  But that was it in terms of a preview feature in Nudgemaster.

Q.    So is it fair to say that you don't know whether Mr. -- Mr. Lowe is aware of any Nudgemaster game before Version 4.3.2.3 that would allow a player to see the next puzzle to be solved before he had -- before the player had to decide whether to play the game?

MR. HILL:  Object to the form.

You can answer if you understood it.

THE WITNESS:  No, I didn't understand the question.

BY MR. DAVIS:



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 291

Q.    Is it -- is it fair to -- I'll reask it.

Is it fair to say that you don't know whether Mr. Lowe is aware of a Nudgemaster game before Version 4.3.2.3 where a player could see the next puzzle in its pre-solution form before the player had to play the game?

A.    In my discussions with him, I -- we asked him about a preview feature and a "next peek" feature.  And it was my assumption that that was the earliest version that would show any kind of preview of a puzzle, pre-solution or after solution.  So I was satisfied with his answer that this was the earliest version for a preview or next peek function for the puzzle.

Q.    So why do you think -- why were you satisfied with his answer if you only discussed showing the post-solution puzzle?

A.    We didn't break down our discussion post-solution versus pre-solution.  We asked him: Was there a next -- you know, was there a preview or "next peek" feature?  Did not ask him whether it was pre-solution or solution.  To me, it's -- it's -- the general topic is whether was there any kind of preview feature shown.

Q.    Okay.  And was this document maintained



**HIGHLIGHT CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 292

for particular states only, or was this document maintained for all Nudgemaster versions?

A.    It was all Nudgemaster versions, is the development log for the software.  It's software-specific, not state-specific.  I think they indicate the states that they go through.  As you go through the logs, you see them identify different states.

Q.    And did -- was he aware that there was a Nudgemaster version in 2004?

A.    I -- we didn't talk specific dates.  I believe there was a Nudgemaster at some point, but, you know, he started with the company in 2005.  So he couldn't really say one way or the other, I don't believe.

Q.    Okay.  What was the earliest version of Nudgemaster that he was -- that he was aware of?

A.    He just referred to Nudgemaster 5000.  We didn't put a date on when that actually was -- was commercialized or out of the market.

Q.    Was he working on Nudgemaster in 2005?

A.    I believe that he was.  I mean, he started off as a project manager, but it was -- I believe it was like in October of 2005 or August of 2005.


MAGNA
LEGAL SERVICES

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 293

Q.    And did Nudgemaster in 2005 have any sort of preview feature?

A.    No.

Q.    And at some point, isn't it true that Nudgemaster allowed a player to see the next win amount or -- excuse me -- the amount that would be won if the player were to successfully play the next puzzle?

A.    That's correct.

Q.    And when was that introduced?

A.    He indicated to me that through the logs and through the code, that would have been in Version 4.2.2.2, which is shown in the development log on Page 10, Bates Number 18331, dated June 5, 2006.

Q.    And this was a version of Nudgemaster for Ohio; is that right?

A.    I know it was for Ohio.  I think they were only using Nudgemaster in Ohio at the time.

Q.    Was he aware that there was a Nudgemaster version in Michigan as well?

A.    We didn't discuss that.  I don't -- I did not discuss that with him.

Q.    And was there a version of Nudgemaster in other jurisdictions that was used as the basis for



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 294

creating this Version 4.2.2.2?

A.    I'm not aware of that.  He indicated to me that this was done for Ohio.

Q.    And did he know whether there was a version that had this feature before the version was done for Ohio?

A.    No.  This was the first version that was done that showed this, showed the next play's win amount textually.

Q.    And so did Mr. Lowe recall that there was a version of Nudgemaster that would allow a player to see the next version of the game that would be presented to the player before the player had to decide to play the game?

A.    He didn't indicate that to me, no.

Q.    Did you -- you said you discussed with him the Nick Farley & Associates report of January 30; isn't that right?

A.    That's correct, 2007.

Q.    So did you discuss the version -- or the -- sorry.

Did you discuss the section of that Nick Farley report with Mr. Lowe that describes that "press here to view next play" feature?

A.    Yes.  That section in his report,



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 295

correct.

Q.   So that report says that the "press here to view next play" --

THE REPORTER:  I'm sorry.  You cut out.

MR. DAVIS:  Yeah, sure.  Sorry.

BY MR. DAVIS:

Q.   So that -- that report describes the "press here to view next play" feature as previewing the next game to be presented; isn't that right?

A.   Refer to me in the report where you -- where it says that.

Q.   Sure.

MR. DAVIS:  And we can -- we can add this as an exhibit as well, Exhibit 40.

(Exhibit 40 marked for identification.)

MR. DAVIS:  And this is Nick Farley report of January 30, 2007.

I think that would be in Tab 10 that you have, George.

BY MR. DAVIS:

Q.   And this is on Page 2 about midway down that first paragraph -- I'm sorry, midway down, After selecting the desired purchase price.

A.   Yeah.  Paragraph 4 is what you're --

Q.   Paragraph 4.  I beg your pardon.  Yep.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 296

It says:  After selecting the desired purchase price and prior to engaging in game play, the player may touch the "press here to view next play" icon on the video display to preview the next game to be presented.

Do you see that?

A.    I do.

Q.    So that -- that says that it's the next game to be presented.  It doesn't say that the -- it's the solution to the game; isn't that right?

A.    It doesn't say that, but I don't know what -- "presented" to me is ambiguous.

Q.    And did Mr. Lowe have a version -- the version that was reviewed by Mr. Farley, the version of Nudgemaster?

A.    Yes.

Q.    And he had a copy of the code 4.3 -- the -- sorry.  I beg your pardon.

At the front of that exhibit, which is Exhibit 40, it refers to Version 4.3.2.10?

A.    It does.

Q.    And he has that version?

A.    Who -- who is he?

Q.    Mr. Lowe?

A.    Mr. Lowe, I think he did have that



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 297

version.

Q.    Okay.  I don't think that was one of the -- one of the versions that was sent to us.

Did he have any other versions of Nudgemaster?

A.    I didn't -- I didn't go through each version that he had.  I know he had multiple versions of Nudgemaster.

Q.    Okay.  Do you know whether we've been provided with all of the source code that might have been in Mr. Lowe's possession related to Nudgemaster?

A.    You know, I'll leave it to my attorneys about what was produced.  I was not involved in the actual production.

Q.    Okay.  Did you discuss how the source code is maintained for Nudgemaster?

A.    Only that he had copies of it.  We don't use Nudgemaster, we being Pace-O-Matic and its companies.  We don't use Nudgemaster, so there's really no need for us to have that code around.  So this is something my understanding was Mr. Lowe had on his own files.

Q.    And where are those files maintained?

A.    I believe he has them in his office or



**HIGHLIGHTLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 298

his house.  He had binders and CD-ROMs.

Q.    And binders and CD-ROMs of information related to Nudgemaster?

A.    Correct.  He had the -- that we produced binders for the manuals, and the code was on CD-ROM, I believe.  Again, I was not involved in the actual collection of the documents and code.

Q.    So you don't know whether all of the documents that were produced to us is the extent of everything in Mr. Lowe's possession?

A.    I know anything that our attorneys felt were relevant was produced.  You know, as far as things that weren't relevant to the production, I'm sure -- you know, I don't know.

Q.    Did he refer to a Microsoft repository where the versions of Nudgemaster were maintained?

A.    I don't recall.

Q.    Did you discuss with Mr. Lowe, Mr. Fiechter's recollection that the Nudgemaster game as early as 2004 had a feature that would allow the player to view the next puzzle before the player had to decide to play the game?

A.    Well, we discussed whether that -- that capability was there before -- as indicated -- before the dates indicated in the log.  And he said



**HIGHLIGHTLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 299

that it did not.  He actually looked at -- well, as I mentioned before, he looked at code versions going back to Nudgemaster 5000, and it was not in those versions.  And it wasn't in any prior versions that were before those ones indicated in the log where it was first developed.

Q.  Did he have any recollection of earlier commercial deployments of Nudgemaster 5000?

A.  I believe that he did.  I mean, he was aware of the product and knew it was in existence because he started there in 2005.  So he was aware of it.  But the first time he's aware of it being in any Nudgemaster version is -- is the versions indicated on the log.

Q.  And does he recall why it was added to Nudgemaster, why the next view aspect was added to Nudgemaster?

A.  No.  He was -- like I say, he was the game developer -- I mean, he was a software developer, so he was just concerned with the technical aspects.

Q.  And did he write the code for that feature?

A.  I don't know if he wrote the code.  He did write code for them.  I know he did on some bill



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 304

what was the earliest date that Nudgemaster had the "Sneak a Peek" preview feature.

Q.    And has Mr. Lowe discussed the Nudgemaster game with Mr. Fiechter during the course of this litigation?

A.    I'm not aware that he has.  I don't know. I did not ask him whether he discussed anything with Don Fiechter.

Q.    Is he aware that Don Fiechter has testified that the Nudgemaster game had a "preview next game" feature, you know, before the feature was described in the '223 patent?

MR. HILL:  Object to form.

You can answer.

THE WITNESS:  I did not discuss with him what Don Fiechter said or testified to specifically. So I don't know.

BY MR. DAVIS:

Q.    Did you discuss with Mr. Lowe whether there was a version of Nudgemaster that would allow an operator to switch between a preview feature that showed the next win amount versus a preview feature that showed the next puzzle?

A.    We did.  He said that that was a configuration that would -- on -- on the -- in the



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 305

Apex platform that would allow an operator to do an either-or, either the text of the next win amount or the puzzle that was, you know, solved after the correct nudge.  So that was a feature that they could -- that they could configure.

Q.   And does he know the earliest date that that feature was deployed in the field?

MR. HILL:  Objection, asked and answered.

You can -- you can answer again.

THE WITNESS:  Yeah.  As I testified, that feature came -- came about in -- in October 25th of the 4.3.2.3 version.

BY MR. DAVIS:

Q.   So that was the feature that would allow the operator to switch between the two?

A.   I believe that's correct, yes.

Q.   Okay.  Let's -- let's go to document POM 018581.

MR. HILL:  I think -- I think you're going to have to look at these on the screen.

THE WITNESS:  Okay.

MR. DAVIS:  I don't know if you can rotate this for us.

And we'll -- we'll mark this as Exhibit 41.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 306

(Exhibit 41 marked for identification.)

THE VIDEOGRAPHER:  Give me one second to rotate it.

BY MR. DAVIS:

Q.   And do you recognize this document?

A.   I do.

Q.   And what is this document?

A.   I believe it's the document that Jeremy Ferris produced about the wiring for the World Touch Gaming terminal that would be running on the Apex system.

Q.   And do you know when this document was generated?

A.   I don't.

Q.   And if you look at -- I believe it's the fourth page of this document.  I think that's -- it will probably be at the bottom of this page.  This document is dated July 7th, 2004; is that right?

A.   Yes, I see that.

Q.   And so does this document reflect a version of Nudgemaster that was in the field in July of 2004?

A.   I don't know beyond what's on the document.

Q.   And did Mr. Ferris or Mr. Lowe know



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 307

anything about the version of this game that was deployed in July of 2004?

A.    Only what I've testified before, is that Mr. Lowe looked at the code of Nudgemaster 5000, which is indicated on that document, and there was no preview feature or "Sneak a Peek" feature on that version.

Q.    But did he look at a version from 2004?

A.    I don't know -- I don't know the specific date.  I just know it was Nudgemaster 5000 was the early Nudgemaster terminology.

Q.    So what -- I'm sorry.  What did he look at to -- to confirm what was contained in the Nudgemaster code?  What was the earliest code that he looked at?

A.    It's code from Nudgemaster 5000.  I don't know the specific date.

Q.    But was it the October date that he looked at that you were pointing to?

A.    No.  The October date was the Version 4.3.2.3 that had the first graphical puzzle -- next puzzle.

Q.    Right.  So -- so -- but he looked at an earlier version?

A.    He looked at code at Nudgemaster 5000.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 308

Q.    So how -- is there something different between the Version 4.3.2.3 and Nudgemaster 5000?

A.    I believe Nudgemaster 5000 is an older version of Nudgemaster.

Q.    Okay.  And you don't know what the date was of the version that he looked at?

A.    I don't.  I didn't ask him.

Q.    But it was his belief that it was a version of Nudgemaster before the preview of the next game feature was deployed?

A.    Correct.  Because it was Nudgemaster 5000, which was the name they used back in -- back in that time period, 2004, 2005.

Q.    So it might have been the version of Nudgemaster 5000 that's reflected here deployed on July 7th, 2004?

MR. HILL:  Object to the form.

THE WITNESS:  It's possible.  I don't know.

BY MR. DAVIS:

Q.    I'd like to go back to the Nick Farley report for -- for a minute if we can.  This is at Tab 10 again.

MR. HILL:  Ken, we've got about 10 minutes left on the agreed stipulation for extending



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 316

go ahead.

THE REPORTER:  I'm sorry.  You cut out. I can't hear you.

THE WITNESS:  I said, I wouldn't know that.  I'm not a code expert or software developer.

BY MR. DAVIS:

Q.    But Mr. Lowe didn't indicate to you whether these files were complete or incomplete?

A.    No.  He did not -- he did not say it was incomplete or complete.

Q.    And do you know whether anyone has attempted to compile the source code files that were sent to us?

A.    I'm not aware of anyone trying to compile them.

Q.    Did you talk to Mr. Lowe at all about what the typical time frame was from the time the code was -- was built to when it was deployed?

A.     I didn't.  The only -- the only thing in regard to that is that the code was built -- wasn't necessarily deployed or not.  I don't know that. They did keep their code confidential.  They didn't publish it.  Even when they sent it to Mr. Farley, he was to keep it confidential.  But whether they commercialized every version of code they built,



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Page 317

they didn't necessarily, but I don't know if they -- you know, how long that took if they did commercialize it.  I don't know.

Q.    And did you know, Mr. Cline, that one of the manuals that was sent to us appears to be incomplete?  There's a table of contents that indicates that there are more pages in the manual than we were provided.  Did you know that?

A.    I did know that.  My understanding, that's all that he had as far as the manuals.  What he had is all of the information that he had.

Q.    And were the manuals -- did he have printed manuals, or did he have these electronically?

A.    No, they were printed.  They were in a binder.

Q.    Okay.  He didn't know where the electronic versions would be?

A.    I didn't ask him about an electronic version.

Q.    Okay.  So --

MR. HILL:  You're a little over an hour, Ken.

MR. DAVIS:  Well, let me just --

MR. HILL:  Or if you think you can

