# EXHIBIT F

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, a
Wyoming limited liability company, and
POM OF PENNSYLVANIA, LLC a
Wyoming limited liability company,

        Plaintiff,

    v.

PENNSYLVANIA COIN, LLC, a
Pennsylvania limited liability company,
and PA COIN HOLDINGS, LLC, a
Pennsylvania limited liability company,

        Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## <u>DECLARATION OF GREG FREEMYER</u>

*CONTAINS INFORMATION DESIGNATED AS "HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" AND "PACE-O-MATIC – OUTSIDE
ATTORNEYS' EYES ONLY" PURSUANT TO THE STIPULATED
PROTECTIVE ORDER [DKT. 53] AND STIPULATED PROTECTIVE ORDER
GOVERNING DISCOVERY OF NON-PARTIES BANILLA GAMES, INC.,
GROVER GAMING, INC., AND PACE-O-MATIC, INC. [DKT. 104-1]*

1.    My name is Greg Freemyer. I am the Director of Forensics &
Disputes for Sullivan Strickler. I am over the age of twenty-one (21) and
competent to testify in this matter. The statements set forth in this declaration are
based on my personal knowledge.

1

2.      Sullivan Strickler is a leading legacy data solutions provider, whose global service offerings include computer forensics and data restoration support services.

3.      I was retained by Hill, Kertscher & Wharton LLP ("HKW") in September 2021 to assist as a technical expert with source code recovery and production in the above-referenced matter.  Specifically, I was retained by HKW to create a source code review computer (the "Source Code Computer") for review by Defendants' expert, in accordance with the instructions of counsel in the matter, using my expertise to avoid modifying, deleting or corrupting any source code in the process.

4.      I met with Plaintiffs' counsel and Clinton Lowe, an employee of Pace-O-Matic, on multiple occasions at the offices of Pace-O-Matic, for the purpose of safely migrating source code onto the Source Code Computer for inspection by Defendants' counsel and expert Mr. Stacy Friedman.  The source code in question was provided to me by Clinton Lowe in two media, the first of which was for the "Apex" platform source code from inception 2003-2005; the second of which was a much larger series of source code directories, including but not limited to "Apex" platform source code from inception through at least 2010.

5.      Attached as **Exhibit A** is an email reflecting the discussion among counsel with respect to the second set of source code files, including an agreement

not to migrate onto the Source Code Computer any files which were not in the Apex source code directories. Specifically, on September 23, 2021, I understand that Amy Dudash of the law firm Morgan Lewis & Bockius, counsel for the Defendants, advised Steve Hill of HKW as follows:

> We expect Mr. Friedman will also have access to Repository 2 consistent with the Path B you outline in your email below—namely, a repository that contains only Nudgemaster code files for June 30, 2006 or earlier and removes non-Nudgemaster code files and any code post-June 30, 2006. … We acknowledge Path B means that metadata of modification date will be compromised as described here for Repository 2.

Ex. A, at 4 (emphasis added).

6.     My understanding from discussion with Mr. Lowe is that any NudgeMaster-related source code resided only in the source code directories relating to the Apex game platform. Reading the instructions received from counsel for the Defendants, given the choice between reviewing all of the source code relevant to NudgeMaster, and the choice of reviewing only source code files created on or before June 30, 2006, Counsel for the Defendants chose the latter option.

7.     Microsoft Visual SourceSafe ("VSS"), the source code control system housing the source code to be inspected on the Source Code Computer, has an administrative tool that permits source code to be "rolled back" so that the state of the source code as of a given date can be inspected.

3

8.    As part of the communications between counsel relating to my work, Ms. Dudash also stated that they were prepared to reimburse me for the time expended rolling back the source code so that no source code dated later than June 30, 2006 would be visible on the Source Code Computer:

> Defendants are willing to reimburse Pace-o-Matic for the cost associated with creation of Repository 2 consistent with Path B presuming such cost is no more than $2,000 and that the expert performing the work provide an invoice via email to our attention by no later than 15 days after the date the work is performed and that the expert agrees to provide a W-9 and/or any other tax forms necessary to process payment.

Ex. A, at 4.

9.    For the source code files to be included on the Source Code Computer, I manually rolled back hundreds of source code files to the June 30, 2006 date using a VSS administrator tool.

10. I prepared an invoice for my work in connection with rolling back files requested by counsel for the Defendants, which I then issued to Morgan, Lewis & Bockius LLP as counsel for Defendants.  The invoice, attached hereto as **Exhibit B**, reflects the hours expended rolling back files on the Source Code Computer, on September 26, 2021 and September 27, 2021. Morgan, Lewis paid this invoice on October 21, 2021.

11.    I was present at the offices of Pace-O-Matic in Duluth, Georgia, when Defendants' expert, Stacy Friedman, began his review of the Source Code

4

Computer on September 28, 2021. As a result of the roll back process that I performed, no source code dated or revised after June 30, 2006 was visible on the Source Code Computer during the source code inspection performed by Mr. Friedman.

I swear under penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Greg Freemyer
Executed this 9th day of November, 2021.

# EXHIBIT A

Martha Decker

| | |
|---|---|
| **From:** | Steve Hill |
| **Sent:** | Monday, September 27, 2021 2:21 PM |
| **To:** | Dudash, Amy M.; Martha Decker; 'mhaverstick@kleinbard.com'; 'eschreiner@kleinbard.com'; 'pgagne@kleinbard.com'; 'Shohin Vance'; 'jgorman@kleinbard.com'; John North |
| **Cc:** | Gorman, John V.; Davis, Kenneth J.; Hsu-Hoffman, Ahren C.; Bomar, Kelsey A. |
| **Subject:** | RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up |

Amy,

Thank you for your email.  The stand-alone computer is a typical laptop with a power-on switch and running a Windows operating system.

Credentials for the laptop:
- Username: visitor
- Password: Guest@123

Once in the laptop, the user will have access to the files.  The windows files will show the two VSS repositories.

Credentials once inside Visual Source Safe:
- Username: Reviewer
- Password: Guest@123

The source code files are in C++.

The computer has Visual Studio 1.60.0 as you requested.  It also has Visual SourceSafe 6.0d.

As we forecast, the rollback process left some metadata alteration.  If a file had been checked out and not checked back in previously, the rollback of that file caused the visible file date to change to 2021.  Also, note that rolling back a file to its pre-July 1, 2006 form does not alter the file date shown on the screen, so there may be some file lists that at first blush appear to be post-June 30, 2006.  Still, it is evident when the  files themselves are accessed that they have been rolled back, such that nothing later than June 30, 2006 is accessible.

To confirm, regardless of any potential metadata indicating a date of later than June 30, 2006, we are designating the contents of the source code computer AEO-HIGHLY CONFIDENTIAL (but not PROSECUTION BAR).

Regards,
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Monday, September 27, 2021 11:23 AM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>

**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

Pursuant to paragraph 32(b) of the Protective Order (Dkt. 104-1), please provide by 5 ET today (1) information explaining how to start, log on to, and operate the stand-alone computer(s) in order to access the produced Source Code and (2) a listing of the operating system of the Source Code Computer(s), an identification of the source code language(s) of the Source Code, and the source code review tools on the Source Code Computer(s).

Please also confirm that Microsoft Visual Studio Code (version 1.60.0 or newer) has been installed on the Source Code Computer(s).

Thanks,
Amy

**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com



---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Friday, September 24, 2021 5:03 PM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

These changes are fine with us, so I will accept them, add your signature, and get the motion to amend the Scheduling Order on file.  Thank you also for confirming that inspection of source code as outlined in the below emails will occur at Pace-o-Matic's offices at 3450 Corporate Way, Duluth, GA 30096 beginning at 10 am ET on September 28.  As previously noted, we reserve the right to continue the inspection on September 29 if that should become necessary.  In addition to Defendants' expert, Stacy Friedman, Kelsey Bomar will also be present for the inspection.

As with the prior gaming terminal inspection, we expect all persons needing to enter the room where the inspection is occurring (if any) will be wearing a mask and will maintain appropriate social distancing.

Thanks,
Amy

**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
-and-
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Friday, September 24, 2021 7:56 AM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Amy—

We confirm (1) and (2) in your email below.  We have a minor change to the stipulation to accommodate a planned vacation over the holidays.  Assuming the minor changes reflected in the attachment are acceptable, you may sign with my permission and file the joint motion to amend the CMO.

Thanks.
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Thursday, September 23, 2021 10:44 AM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

Please see attached a draft stipulation extending fact and expert discovery as outlined in my email below. We are providing this without waiver of our right to move the Court for relief regarding a continued 30(b)(6) deposition of Savvy Dog regarding source code issues provided below. Let us know if you have any changes or if we can sign for you and get this on file.

Regarding the source code review, our expert, Stacy Friedman, is available to come to Pace-o-Matic's headquarters to review and inspect the code on September 28 and 29. Please confirm a 10 am ET start time for the review on the 28th. We reserve the right for Mr. Friedman to continue his review on September 29, but are hopeful the review will be completed on the 28th.

For the review, we expect that Mr. Friedman will have access to review Repository 1 referred to in your email below—an unadulterated VSS repository of 2003-2005 source code, with no filtering performed that causes loss of metadata. We expect Mr. Friedman will also have access to Repository 2 consistent with the Path B you outline in your email below—namely, a repository that contains only Nudgemaster code files for June 30, 2006 or earlier and removes non-Nudgemaster code files and any code post-June 30, 2006. We expect the Path B option for Repository 2 will make no alterations to the VSS repository 2 other than to remove the Non-Nudgemaster files and alter the last modified date to reflect a date of 2021. We acknowledge Path B means that metadata of modification date will be compromised as described here for Repository 2. Defendants are willing to reimburse Pace-o-Matic for the cost associated with creation of Repository 2 consistent with Path B presuming such cost is no more than $2,000 and that the expert performing the work provide an invoice via email to our attention by no later than 15 days after the date the work is performed and that the expert agrees to provide a W-9 and/or any other tax forms necessary to process payment.

Please confirm that (1) Repositories 1 and 2 will be made available on September 28 and 29 as outlined above, with a 10 am start time for inspection at Pace-o-Matic's office in Georgia; (2) these Repositories and code thereon made available on September 28 and 29 will not be designated as subject to the prosecution bar and instead will be designated solely as PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY; and (3) you are signed off on the attached stipulation.

Insofar as you are unable to provide these confirmations and it would be helpful to discuss these issues, we are available to do so today.

Thanks,
Amy

**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Tuesday, September 21, 2021 6:52 PM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Amy,

I write to follow up with respect to the request in your email that we filter out post-June 30, 2006 code pertaining to Nudgemaster and code related to things other than Nudgemaster that is contained within the VSS software repository.

There are two VSS repositories in question.  The first ("Repository 1") is restored 2003-2005 source code. It can be reviewed rather easily without the need for filtration, as the Nudgemaster code is easy to discern.

The thornier repository has World Touch Gaming source code from 2012 and earlier ("Repository 2").  The easiest path forward ("Path A"), and the path that leaves no questions as to the preservation of metadata, is to simply make the VSS available and identify the folder contents pertaining to Nudgemaster.  However, the Nudgemaster code includes versions both before and after June 30, 2006.  This would include 2003-2005 code that is duplicative of code in Repository 1.

Alternatively, it is possible to go into Repository 2, delete the non-Nudgemaster code and rollback the Nudgemaster code files to the code as it existed before July 1, 2006 in order to create a VSS repository that will show just the Nudgemaster code as you request, but with this approach ("Path B"), the backing files accessible using a Windows file reviewer will show data files having a last modified date of 2021 as a result of deletions and rollbacks (when the files are looked at inside VSS, the individual source code files dates do retain their date).  Moreover, to properly roll back to pre-July 2006 files, approximately 800-900 files will have to be rolled back manually using the VSS admin tool.  Our expert anticipates between $1,000 and $2,000 in time to perform the roll back for all files in question, and we will need PA Coin to confirm in advance that it will reimburse the time expended to create this modified VSS repository.

Please note that our expert tested other potential filtration strategies in an attempt to abide your request below, but in each case, the filtration eliminated the ability to use VSS tools to navigate through the code base.  Therefore, he ruled them out as viable options.

Based on your previously-stated desire to preserve metadata, and the desire to move quickly and without unnecessary expense on this matter, our preference is to use Path A.  We wish to confirm by 1 pm tomorrow that you prefer Path A as well, so that we can commence loading the files onto the source code computer.  If your preference is Path B, please confirm by email that you will reimburse our time for tailoring the repository to your specifications, and further confirm by email that you understand that this exercise will compromise the metadata of the backing files.

Another option would be to leave Repository 2 off altogether and focus instead on the 2003-2005 Nudgemaster code in Repository 1.

Consistent with our prior emails, review of Repository 2/Path A will be a review of AEO Prosecution Bar material under the protective order.

Let me know.  Thanks.
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Monday, September 20, 2021 1:16 PM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman,

Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

We write to follow-up on our below email exchanges.  We remain hopeful we can reach prompt agreement on the issues outlined below.  Given that we are now weeks past the close of fact discovery and with expert report deadlines fast-approaching, if we cannot resolve the below issues by Wednesday of this week, we intend to seek relief from the Court.

**Belated September 8 Code Designation**

Thank you for confirming that individuals will not be subject to the prosecution bar due to any review of the September 8 Code which occurred prior to Pace-o-Matic's designation of portions of such code as PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY – PROSECUTION BAR.  Per your request, we are notifying you that this September 8 Code was viewed by Ken Davis and Stacy Friedman and neither of them is still in possession of the September 8 Code.

**In-Person Source Code Inspection**

Regarding your offer to make available for in-person inspection the September 8 Code, Mr. Friedman is not available to travel to Georgia on the dates proposed.  However, he can be available the week of September 27.  Please confirm which date(s) the week of September 27, Pace-o-Matic can make the September 8 Code available for in-person inspection and review.

In order to ensure that the inspection is meaningful and can be conducted on the expedited post-close of fact discovery basis proposed, we want to ensure that only relevant code is included on the terminal for review and that the necessary tools for review are available.  Specifically, regarding the September 8 Code, Defendants are only interested in code pertaining to the game Nudgemaster that existed prior to June 30, 2006.  Making available for inspection only such pre-June 30, 2006 Nudgemaster code is consistent with your representation that the code to be produced was responsive to Requests for Production pertaining to prior art.  *See* Sept. 14, 2021 Email.  We appreciate that the World Touch Gaming Visual SourceSafe ("VSS") repository that you have offered to make available for inspection may contain source code for more than just Nudgemaster and extend beyond the prior art time period.  We understand, however, that it is possible to filter out that extraneous information and that it may also be possible to filter out the files that were checked in after June 30, 2006.  Please confirm that you will be making available for inspection on a date the week of September 27 only the pre-June 30, 2006 code pertaining to Nudgemaster that is contained within the VSS software repository.

Pursuant to Section IV of the operative Protective Order (Dkt. 104-1), Defendants request that the source code inspection machine for the upcoming inspection include the VSS repository and all the tools needed to examine it, extract files from it, and also examine those files including all of the graphical VSS software.  We understand that these tools may no longer be available from Microsoft; however, we understand that Pace-o-Matic already has these tools.  Indeed, artifact files created by VSS named vssver.scc and vssver2.scc were produced in at least some of the folders included in the September 8 Code production and indicate that VSS was being used.  For instance, the date of September 8, 2021 on the file vssver.scc in the directory ApexCE-4.2.2.2 indicates that September 8, 2021 was the date someone retrieved or "checked out" the files produced in that folder from a VSS database.

Further, because we understand there will be a Windows machine used for the inspection, Defendants request that Microsoft Visual Studio Code (version 1.60.0 or newer) be installed on the machine being made available for inspection.  We understand that this is a free source code editor from Microsoft.  Please let us know if this is not available and we will provide this in advance of the inspection.

**Continuation of Savvy Dog 30(b)(6) Deposition**

At the September 17 continuation of the Savvy Dog 30(b)(6) deposition, Savvy Dog's designee Mr. Cline was unable to answer questions with any specificity regarding the Nudgemaster pre-June 30, 2006 source code and Defendants' counsel was unable to ask questions pertaining to the specifics of this code given Defendants were unable to review the code prior to the deposition. We request a Savvy Dog 30(b)(6) designee be made available for a follow-up deposition limited solely to questions pertaining to the Nudgemaster pre-June 30, 2006 source code, with such deposition to occur within 7 days of Defendants' representative's inspection of the source code. Please confirm Plaintiffs will commit to promptly scheduling this follow-up deposition.

**Extension of Expert Discovery and Schedule Modification**

Presuming the pre-June 30, 2006 Nudgemaster code can be made available pursuant to the parameters outlined above and we are able to complete the continued 30(b)(6) deposition of Savvy Dog within the timing outlined above, we are amenable to pushing back all expert report deadlines by two weeks as you propose. Given this alteration of expert report deadlines, we will also need to accordingly extend by two weeks the dispositive motion briefing deadlines. We do not believe we need to alter the motion *in limine*, pretrial, and trial deadlines (Dkt. 124, ¶¶ 16, 17, 18, 19). Please confirm you are in agreement regarding these extensions and we will send over a draft joint motion to amend for your review, which will also set forth the extensions we are operating under for fact discovery for the limited purposes of the Savvy Dog 30(b)(6) deposition continuation and source code review. Insofar as you are not amenable to the expert discovery extension, we will still need to get on file a motion to amend the scheduling order reflecting our agreement to extend fact discovery solely for the purposes of the Savvy Dog 30(b)(6) deposition continuations and source code review.

***

Insofar as you are not amenable to the parameters for the in-person source code inspection, continuing the Savvy Dog 30(b)(6) deposition, and extending the schedule as outlined above, please let us know what time you are available to meet and confer regarding these issues tomorrow.

Thanks,
Amy

**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Thursday, September 16, 2021 5:06 PM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Amy –

The source code files referred to collectively as the Sept. 8 Code are readable.  You can see that developer comments, if any, appear within various source code files.  Your claim as I understand it goes to the fact that certain source code files (other than versions 4.2.2.14, 4.4.5.2 and 4.1.2.7) were produced without metadata.  For these reasons, we disagree with any suggestion that you "cannot evaluate" the Sept. 8 Code.  We also disagree with any suggestion that your client is entitled to an open-ended extension of the scheduling order deadline for the expert report.  We agreed to give a reasonable extension to facilitate the investigation of documents and the completion of the deposition, which is set to occur tomorrow.  An extension of two weeks for the expert report, at most, is therefore reasonable.

Regarding the metadata issue, the archival media at issue may very well have been associated with a VSS database.  Restoral of the database in a way that might preserve the metadata for what you refer to as the Sept. 8 Code would, as I understand it, necessitate a full restoral of any VSS database, and the database would be a World Touch Gaming source code repository likely containing an incredible quantum of both pre- and post-June 30, 2006 source code file materials, including code that has nothing to do with Nudgemaster, and is in fact in production/commercialized.

Under the circumstances, we fail to see how there is any need for the exacting metadata when we are prepared to stipulate in the manner I outlined.  Is there even 1 source code file that you have identified where the stipulation we proposed does not obviate the metadata issue, allowing the parties to move forward with the case?  If so, please identify it.

As a precaution, we are looking into the cost and degree of difficulty of such a full VSS restoral onto a standalone computer where you could review it in Atlanta consistent with the terms of the protective order.  The source code file material in question, which would likely be massive, would be designated  "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY – PROSECUTION BAR" and would be reviewed and monitored by us exactly as described in the protective order.  I have a call scheduled for later today with a technical expert to explore the feasibility and cost of making this option available.  I assume that you are prepared to move expeditiously to conduct any such review, starting next week?  Assuming feasibility and cost are not an issue, if we can make the standalone computer available by next Friday Sept. 24, you would complete your review by close of business Tuesday Sept. 27?

As for versions 4.2.2.14, 4.3.2.3, and 4.4.5.2 on POM 018773 and 018774 designated as "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY – PROSECUTION BAR", we learned after the initial production that certain of the files in question are also likely used in commercial sweepstakes and bingo gaming terminals, and that as such they are competitively valuable.  Regardless, the Protective Order sets forth the criteria for the designation and, as you know, these versions are eligible for the designation by virtue of their post-June 30, 2006 version date.  To address the issue raised in your email, we agree that individuals will not be subject to the prosecution bar due to any review of the September 8 Code which occurred prior to Pace-o-Matic's designation set forth in my email below, provided that you collect the source code in question so that they do not continue to possess the capacity to review code which would give rise to the prosecution bar.  Toward that end, please give us an account of who reviewed the code prior to my email below who does not wish to be subject to the bar, and confirm that each such person is no longer in possession of the post-June 30, 2006 code in question.

As for the resuming deposition of Mr. Cline tomorrow on Topic 16, thank you for confirming that you intend to proceed with the deposition.  Mr. Cline is reasonably prepared on the limited topic in question and he has spoken with Mr. Lowe as part of that preparation.  We reserve the right to object to any questions that attempt to go outside the topic.

If you think that a telephone conference tomorrow afternoon may help to advance resolution of any of these issues, then I will gladly make myself available tomorrow mid-afternoon for such a call.

Thanks,
Steve

8

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Thursday, September 16, 2021 9:13 AM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

We write to follow-up on your email below.

First, it appears from the source code produced on September 8 ("September 8 Code") that the collecting party relied on Microsoft Visual SourceSafe (VSS) as a source code version control system. Artifact files created by VSS named vssver.scc and vssver2.scc were produced in at least some of the folders and indicate that VSS was being used. For instance, the date of September 8, 2021 on the file vssver.scc in the directory ApexCE-4.2.2.2 indicates that September 8, 2021 was the date you retrieved or "checked out" the files produced in that folder from a VSS database. We understand that VSS is configured to retain source code file versions and metadata indicating what changes were made, who made them, and when they were made, including written comments made by the developer related to "checking in" the source code files. Are you saying that the VSS database is not available and the source code file versions and metadata contained therein are not available?

Second, we note that individuals who were previously cleared under the Protective Order viewed the September 8 Code prior to your email below purporting to designate portions of the September 8 Code as "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY – PROSECUTION BAR". Given that there was no prosecution bar designation for this Code, and, unlike prior source code productions from Plaintiffs, the September 8 Code did not have a password protection, these individuals had no reason to know that Plaintiffs/Pace-o-Matic purported to treat portions of the Code as being designated as subject to the Prosecution Bar. These individuals ceased review of the September 8 code immediately upon us receiving your email below with the Prosecution Bar designation. As such, note that these individuals will not be subject to the prosecution bar due to their review of the September 8 Code which occurred prior to Pace-o-Matic's designation set forth in your email below.

Third, we do not believe that versions 4.2.2.14, 4.3.2.3, and 4.4.5.2 on POM 018773 and 018774 of the September 8 Code is properly designated as "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY – PROSECUTION BAR". The code pertaining to these versions appear to be for products that Pace-o-Matic, Plaintiffs, and/or related third-parties are not even marketing or commercializing at the current time. As such, we request that Plaintiffs agree to redesignate the entirety of the September 8 Code as "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY" and remove the Prosecution Bar designation for the versions set forth above. Insofar as Plaintiffs are not willing to de-designate for these versions, we request that Plaintiffs produce redacted code for these versions of with any prosecution bar material redacted so that individuals on our team can view these redacted versions without being subject to the Prosecution Bar.

The issues discussed herein need to be resolved expeditiously. We will—as previously noted—need to adjust the schedule for Defendants' expert reports based on the continued discovery issues, including the belated September 8 Code production. However, we are unable to determine the extent of extension necessary until we resolve the September 8 Code issues.

Defendants are willing to go forward with the continued Savvy Dog 30(b)(6) deposition on Friday; however, Defendants reserve the right to depose a Savvy Dog 30(b)(6) designee regarding the September 8 Code that Defendants' team and expert cannot evaluate prior to Friday's deposition. Please ensure that Mr. Cline and counsel attending Friday's deposition have available for use during the deposition Plaintiffs' September 8 production.

Please provide responses on the issues raised above by close of business today.  Insofar as it is helpful to discuss these issues via phone as opposed to exchanging emails, please let us know and we can set up a time to discuss.

Thanks,
Amy


**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Wednesday, September 15, 2021 2:32 PM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Thank you for your email Amy.

At the outset, I need to clarify that Pace-O-Matic designates versions 4.2.2.14, 4.3.2.3, and 4.4.5.2  on POM 018773 and 018774 as "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY – PROSECUTION BAR" (for source code after 6/30/2006).  The other versions are designated "PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY".

Were we to produce the source code in strict compliance with the protective order according to its terms, I have verified that you would have seen the exact same files that we produced on a standalone computer in the same searchable format and organizational structure that we produced them to you.  Furthermore, as to source code versions 4.2.2.14, 4.4.5.2 and 4.1.2.7, the individual source code files, including metadata, are intact and were produced as they were found from archival files.  The individual files were found and produced as ASCII files, and they show a last modified date and any developer comments embedded within the files. No file dates, comments or developer notes are being withheld.  No data in any of the files was deleted or modified in the process of collecting and producing these files.

As for the other source code, the metadata you are referencing does not exist.  Were we to upload the files to an STF site or other means of immediate electronic transmission, or make them available for inspection on a standalone computer as per the protective order, they would not have the original metadata.  The files were collected from an encrypted (unreadable) archival medium, not an organized or accessible source code repository.  The decrypted files can be searched, opened and read using JEDIT 5.5, which is freely downloadable from the Internet with a GPL, and I have also been able to search, open and read these files using a simple ASCII reader (e.g., Notepad).  There is no other repository, executable or copy of any configuration files used to inspect or organize these files.  I note that any files also have comments exactly as they were saved (as well as the developer

10

comments previously produced as POM 018322-018332).  No file dates, comments or developer notes are being withheld.  No data in any of the files was deleted or modified in the process of collecting and producing these files.

If the issue is agreeing as to the original date of source code file creation, or authenticity (or both), please note that we are prepared to stipulate to the authenticity of the data within the files, and to the dates of those files based on the source code version history documents that have already been produced in the case and/or the copyright dates shown within the files themselves.  In other words, for files in versions 3.6.5.1 and 3.6.6.1, any file would have a stipulated creation date of at least as early as March 16, 2006.  For 4.2.2.2, same except the creation date would be at least as early as June 5, 2006.  For 4.3.2.3, same except the creation date would be at least as early as October 25, 2006.

Please note that the source code files are designated under the terms of the third-party protective order governing source code, and we expect you to limit the access and transmission of the code accordingly.  We have no objection to your making and mailing a single copy of the source code files to your technical expert Mr. Friedman using overnight mail with tracking.   If there are any disputes relating to the source code or transmissions thereof, we reserve our right to enforce the protective order in accordance with its terms.

We agree with you that POM018698 has a table of contents that indicates the document should be at least 64 pages long.  However, we have searched and been unable to locate the missing pages you refer to.  Therefore, the production is complete, and the resuming deposition of Pace-O-Matic on topic 16 can be concluded Friday.


Regards,
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Tuesday, September 14, 2021 10:09 PM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Counsel –

We write to follow-up regarding additional deficiencies with Plaintiffs' September 9, 2021 post-close of fact discovery production.

First, it appears Plaintiffs' recent source code production is incomplete.  A number of the files that were contained on the thumb drives bearing Bates-labels POM018773-POM018774 (the "thumb drives") reflect modification dates of the week of September 6, 2021—within days of the production.  These files appear to have been retrieved from a source code repository without metadata.  Please provide the complete source code repository database and all necessary credentials and files (including proprietary software applications) required to examine that repository, such that for each file provided on the thumb drives, we can examine that file's complete version history, timestamps, developer comments, and source code lines changed from one version to another.

It appears that the source code was stored in a Microsoft Visual SourceSafe repository.  If that is the case, please provide a complete copy of that repository, a copy of the Microsoft Visual SourceSafe executables used to browse that repository, and a copy of any configuration files used with the executables to browse that repository.

Second, we also note that the document at POM018698 has a table of contents that indicates the document should be at least 64 pages long.  Only 38 pages have been produced.   Please provide the remaining pages.

The issues raised herein need to be resolved prior to the continuation of the Savvy Dog 30(b)(6) deposition.  Accordingly, to expedite things, we suggest that Plaintiffs provide the missing pages of POM018698 and source code files, repository, and executables via Secure File Transfer or some other electronic means such that we can receive these materials without attendant mailing delays.

At this point, we will keep the Savvy Dog 30(b)(6) deposition on the calendar for Friday at 10 ET.  However, we reserve all rights to reschedule and/or continue the deposition depending on the timing of receipt of the information outlined above.  Please provide the requested supplemental production as soon as possible and by no later than close of business tomorrow, September 15.

Thanks,
Amy


**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Dudash, Amy M.
**Sent:** Tuesday, September 14, 2021 8:45 AM
**To:** 'Steve Hill' <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Thanks, Steve.  We will follow-up if we have any additional questions regarding these documents and files.  Regarding the Savvy Dog 30(b)(6) deposition continuation start time for Friday, we suggest starting the deposition at 10 ET.  Please confirm that works for Mr. Cline and counsel.


**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com

Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Tuesday, September 14, 2021 7:36 AM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Thank you for your email Amy.

POM 18579-18587 relate to Nudgemaster 5000.  The source of these documents is Jeremy Ferris, who was identified by Clinton Lowe as someone who might have World Touch Gaming documents.  The source of the other items produced is Mr. Lowe.  POM 18588 – 18772 comprise the 2005 Apex Gaming Terminal (AGT) system documentation.  The source code for 4.1.2.7 is the AGT source code.  Certain of that source code pertains to Nudgemaster.  In addition to relating to your request that we investigate whether Mr. Lowe has any files relating to Nudgemaster, these documents are potentially responsive to requests for production relating to prior art and to requests relating to Nudgemaster.  The remaining source code files produced are for versions of Nudgemaster, starting with Nudgemaster 5000.  POM 18775-18776 relate to Peek N Seek, and they are potentially responsive to requests for production relating to prior art.

I confirm that Mr. Cline has spoken to Mr. Lowe about the Nudgemaster electronic game.  We await word relating to the start time for the deposition Friday.

Regards,
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Friday, September 10, 2021 6:29 PM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Counsel –

We are in receipt of your production from yesterday, which was made after the close of fact discovery.  Please confirm (1) whether the documents and files on the thumb drives produced yesterday solely pertain to Nudgemaster, (2) which requests these belatedly produced documents and files are on the thumb drives are responsive to, and (3) whether these documents and files on the thumb drives were obtained from Clinton Lowe.

Thank you for agreeing to make Mr. Cline available for a continued 30(b)(6) deposition of Savvy Dog relating to Topic 16 of Defendants' 30(b)(6) Notice on Friday, September 17.  We will circle back early next week to confirm a start time for this continued deposition.

We reserve the right to continue the deposition for more than an hour if necessary.  However, please note that given your imposed hour time constraint, we expect the witness to answer the questions asked directly, and we reserve our rights for more time if he does not do so.  We further expect that Mr. Cline will have spoken to Mr. Lowe regarding Topic 16 (the Nudgemaster game), and not merely regarding Mr. Lowe's possession of documents.

Thanks,
Amy


**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com



---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Wednesday, September 8, 2021 11:46 AM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Amy,

Consistent with our prior communications, we have investigated with Clinton Lowe whether and to what extent he has any documents relating to Nudgemaster.  We were able to identify a handful of documents and old source code files that are being marked and produced beginning today.  Mr. Lowe's recollection and the contents of the documents do not necessitate any amendment to the substance of the Plaintiff Savvy Dog's 30b6 deposition testimony already offered.  Nevertheless, Greg Cline is available for an additional hour of questioning on Friday Sept. 17 limited to the Nudgemaster topic, limited to additional information learned from Clinton Lowe and the related documents which are being produced.  Assuming that date will work, please let us know your preferred starting time.

Also, please let us know how much additional time you believe is needed for your opening expert report based on the foregoing schedule, and how you envision that affecting the remainder of the schedule.

We appreciate your attention to these matters.

Thanks,
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Friday, September 3, 2021 1:12 PM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

We disagree regarding the testimonial deficiency issue; however, thank you for confirming Plaintiffs will agree to any needed extension of Defendants' expert reports to account for the delays associated with resolving this issue.

We await receiving your proposal by noon ET on Wednesday.

Hope you also enjoy the long weekend.


**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Friday, September 3, 2021 10:01 AM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com'

15

<pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Amy,

Substantively, I'm not convinced there are any "testimonial deficiencies" with the 30b6 deposition.  Mr. Cline prepared reasonably (which is all the law requires), spoke with Mr. Fiechter and Mr. Cummings,  both former WTG employees, reviewed documents relating to the issue, and relied on Mr. Pace's first-hand knowledge of Nudgemaster.  Moreover, to the best of my recollection, he answered all of the questions presented to him relating to the topic in question.   There were no substantive questions posed that he was unable to answer.

Furthermore, while I appreciate your sense of urgency, this is a holiday weekend.  My team and I are all off today through Monday.  We have plans with our families today.  My client contacts are off until Tuesday.  I have set up meetings Tuesday to search for documents in the possession of Mr. Lowe, if any, that are responsive to your request.  We will make a proposal by Wednesday at noon relating to your request for additional questioning of Mr. Cline as a 30b6 witness.  We are prepared to grant you an extension of time on your expert report to relieve whatever stress the passage of time may be causing your client or your team.

Beyond the foregoing, there will be no resolution of the issue today.  If you determine that you must raise the issue today with the Court, please copy me on any communication.

We wish you and your team a restful and enjoyable holiday weekend.

Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Thursday, September 2, 2021 9:59 PM
**To:** Steve Hill <sgh@hkw-law.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Steve –

While we appreciate that you are looking into the issues raised in my email, given the fast approaching expert deadlines in this matter, we cannot delay scheduling and holding the continued Savvy Dog 30(b)(6) deposition to cure the testimony deficiencies identified below.  Insofar as Plaintiffs will not provide their agreement today to produce Mr. Cline for a further 30(b)(6) deposition after he conducts a thorough interview of Mr. Lowe and anyone else he learns about with knowledge regarding Topic 16, please let us know when you are available to meet and confer to discuss this issue tomorrow (Friday).

If we cannot reach agreement regarding this issue, Defendants intend to promptly raise this issue with the Court so we can get on the Court's calendar for discovery dispute resolution.

16

Thanks,
Amy

**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
-and-
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com

---

**From:** Steve Hill <sgh@hkw-law.com>
**Sent:** Wednesday, September 1, 2021 11:49 AM
**To:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Martha Decker <md@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** RE: Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

[EXTERNAL EMAIL]
Amy,

We're looking into the issues raised by your email, and will get back to you once we have had an opportunity to review them with the clients.

Thanks.
Steve

---

**From:** Dudash, Amy M. <amy.dudash@morganlewis.com>
**Sent:** Tuesday, August 31, 2021 9:38 PM
**To:** Martha Decker <md@hkw-law.com>; Steve Hill <sgh@hkw-law.com>; 'mhaverstick@kleinbard.com' <mhaverstick@kleinbard.com>; 'eschreiner@kleinbard.com' <eschreiner@kleinbard.com>; 'pgagne@kleinbard.com' <pgagne@kleinbard.com>; 'Shohin Vance' <svance@kleinbard.com>; 'jgorman@kleinbard.com' <jgorman@kleinbard.com>; John North <jln@hkw-law.com>
**Cc:** Gorman, John V. <john.gorman@morganlewis.com>; Davis, Kenneth J. <kenneth.davis@morganlewis.com>; Hsu-Hoffman, Ahren C. <ahren.hsu-hoffman@morganlewis.com>; Bomar, Kelsey A. <kelsey.bomar@morganlewis.com>
**Subject:** Savvy Dog Sys., et al. v. Pennsylvania Coin, et al., C.A. No. 3:19-cv-01470-JPW - Savvy Dog 30(b)(6) Deposition Follow-Up

Counsel –

I am writing because information that came to light at yesterday's deposition of Donald Fiechter made it clear that Plaintiffs' 30(b)(6) witness, Mr. Cline, had not conducted a sufficient investigation regarding Topic 16 (the Nudgemaster electronic game) and was thus not adequately prepared to testify concerning Plaintiffs' complete and collective knowledge regarding this topic. In particular, we are extremely troubled that Mr. Cline did not interview at least Clinton Lowe in connection with his investigation for Topic 16 because, according to Mr. Fiechter, Mr. Lowe is currently employed by Plaintiffs, Pace-o-Matic, and/or

17

a closely related company and is extremely knowledgeable regarding Nudgemaster.  For example, as Mr. Fiechter testified, Mr. Lowe managed the Nudgemaster programming team and was a "real tough taskmaster" for keeping track of Nudgemaster software versions.  But, as Mr. Cline confirmed at his deposition, the only individuals he for sure spoke with regarding Nudgemaster were Mr. Pace and Mr. Cummings.  Mr. Cline also admitted that he neither spoke with anyone regarding Nudgemaster software versions, nor made any effort to identify any current employees who were employed by World Touch Gaming (the original maker of Nudgemaster) in the 2004-2005 time frame who might have knowledge relevant to Topic 16.  Given that Mr. Cline did not speak with Mr. Lowe in preparation for the 30(b)(6) deposition, we must also assume that no one ever asked Mr. Lowe whether he is in possession of documents responsive to Defendants' discovery requests for information on Nudgemaster.

For at least these reasons, please confirm that Plaintiffs will agree to begin immediately investigating these issues, starting with a thorough interview of Mr. Lowe and a search for relevant documents, electronic and hardcopy, within his possession or anywhere else Mr. Lowe knows or suspects information regarding Nudgemaster may be stored.  Please also confirm that Plaintiffs will agree to produce Mr. Cline for a further 30(b)(6) deposition after he conducts a thorough interview of Mr. Lowe and anyone else he learns about with knowledge regarding Topic 16.

If Plaintiffs will not so agree, please provide a time tomorrow when you are available to meet and confer regarding these issues.

Thanks,
Amy


**Amy M. Dudash**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4861 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.412.901.1678
**-and-**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7293 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

amy.dudash@morganlewis.com | www.morganlewis.com
Assistant: Ethel Kump | +1.215.963.4810 | ethel.kump@morganlewis.com


DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

# EXHIBIT B



**SullivanStrickler, LLC**
2660 Peachtree Road NW #13A
Atlanta, GA  30305
+1 6789151662
ar@sullivanstrickler.com
http://www.sullivanstrickler.com

# INVOICE

**BILL TO**
Morgan, Lewis & Bockius LLP
c/o Amy M. Dudash
1701 Market Street
Philadelphia, PA 19103-2921

**INVOICE #** 5097
**DATE** 09/30/2021
**DUE DATE** 10/30/2021
**TERMS** Net 30

**PROJECT #**
SSA1901

**CLIENT/MATTER**
Savvy Dog Systems

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/26/2021 | **Forensics:Flat Fee**<br>Sr. Forensic Examiner:<br>9/26/21 – 5.5 hours – "Rolling Back Files Consistent with Counsel's agreement"<br>9/27/01 – 1.75 hours - "Rolling Back Files Consistent with Counsel's agreement" | 1 | 2,000.00 | 2,000.00 |

Project/Matter:
Savvy Dog Systems LLC, Pace-O-Matic, Inc. and POM of
Pennsylvania, LLC (all affiliated companies) versus Pennsylvania Coin
LLC and PA Coin Holdings LLC

**BALANCE DUE**

# USD 2,000.00

Bank Details
To pay by EFT, please remit payment to:
Bank Name: Synovus Bank
Account Name: SullivanStrickler, LLC
ABA: 061100606
Acct Number: 1015270422

To pay via check, please remit payment to:
SullivanStrickler, LLC
2660 Peachtree Road, NW #13A
Atlanta, GA 30305