# EXHIBIT H

LAW OFFICES

# HILL, KERTSCHER & WHARTON, LLP

RIVERWOOD 100 • 3350 RIVERWOOD PARKWAY • SUITE 800
ATLANTA, GEORGIA 30339
(770) 953-0995 • FAX: (770) 953-1358

*Steven G. Hill*                                                    *Email:sgh@hkw-law.com*

October 4, 2021

**<u>VIA FEDEX –Tracking No. 7748 6971 8614</u>**
**<u>& ELECTRONIC MAIL</u>**

John V. Gorman - John.gorman@morganlewis.com
Kenneth J. Davis - Kenneth.davis@morganlewis.com
Amy M. Dudash - Amy.dudash@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

> **Re:** ***Savvy Dog Systems, LLC et al v. Pennsylvania Coin, LLC et al***
> **<u>Civil Action File No. 3:19-cv-01470-JPW (M.D. Pa.)</u>**

Dear Counsel:

The enclosed is being sent pursuant to Paragraph 32(e) of the Stipulated Protective Order Governing Discovery of Non-Parties Banilla Games, Inc., Grover Gaming, Inc., and Pace-O-Matic, Inc. [Dkt. 104-1, the "Source Code Protective Order"], and in connection with Stacy Friedman's September 28, 2021 inspection of Source Code at the offices of Pace-O-Matic, Inc.

Please find enclosed a copy of 45 files identified for printing by Mr. Friedman at the conclusion of the September 28 inspection, bates-labeled as POM018777-POM019005. Pursuant to the Source Code Protective Order, the enclosed files are designated as PACE-O-MATIC – OUTSIDE ATTORNEYS' EYES ONLY.

Sincerely,

*/s/ Steven G. Hill*

Steven G. Hill

SGH/ep
Enclosures

cc: Counsel of record