## <u>CERTIFICATE OF WORD COUNT COMPLIANCE</u>

Pursuant to Local Rule 7.8(b)(2) and paragraph 14(b) of the Case Management Order in the instant action (Dkt. 50), I hereby certify that although the instant Brief exceeds 15 pages, it complies with the word count limitation. This Brief contains 5,439 total words. This word count was performed using Microsoft Word 2016.

*<u>/s/John V. Gorman</u>*
John V. Gorman
