## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Reply Brief in Support of Their Motion for Summary Judgment was filed on this 15th day of March, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/John V. Gorman
John V. Gorman