D

# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC and  )

POM of PENNSYLVANIA, LLC,    )

            Plaintiffs,  )   Civil Action Number

      vs.                 )   3:19-cv-01470-JPW

PENNSYLVANIA COIN, LLC and  )

PA COIN HOLDINGS, LLC,       )

           Defendants.  )


_ _ _
JANUARY 12, 2022

_ _ _


     Video-recorded deposition of KEVIN
HARRIGAN, Ph.D., taken remotely, before Patricia
R. Frank, Registered Merit Reporter, Certified
Realtime Reporter, and Notary Public, commencing
at 10:38 a.m. EST, on the above date.


_ _ _


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Q.      Did you have a conversation with Mr. Lowe after you reviewed his declaration?

A.      No.  I've never met Mr. Lowe.

Q.      Did you ask to speak to Mr. Lowe?

A.      I did not.

Q.      Did you speak to anybody else about NudgeMaster code in connection with forming your opinions in this case?

A.      I probably spoke with Mr. North because I spoke with him on everything in this case.  I don't remember any time I had any particular discussions about it.

Q.      Anybody that worked at Pace-O-Matic you spoke with about NudgeMaster code?

A.      No.

Q.      Do you understand that certain claims in the patent have been disclaimed, Dr. Harrigan?

A.      I do.

Q.      So you understand that claims at the back of the printed patent don't all exist anymore, correct?

A.      I do.

Q.      If I refer today to the challenged claims, do you understand that I'm referring to the claims that are the subject of the defendants'


MAGNA
LEGAL SERVICES

Page 218

considered about NudgeMaster games that were deployed in Georgia in 2004?

A.    I just have to recall the Clinton Lowe testimony and declaration, and I think that he said there were versions that were old.  Yes, he said that some of the source code -- this is in my paragraph 125 -- some of the source code files reflect a date of initial creation in 2004 -- 2003 and 2004.

MR. HSU-HOFFMAN:  Why don't we go ahead and mark the Declaration of Clinton Lowe as Exhibit 8 and that -- Dr. Harrigan may already have it -- is in binder A, tab 4.

(Harrigan Exhibit 8 marked for identification.)

THE WITNESS:  Yes.

BY MR. HSU-HOFFMAN:

Q.    And you were referring just a minute ago to something that Mr. Lowe had said in his declaration.  What paragraph were you referring to?

A.    Paragraph 6.

Q.    And what about -- my question is -- strike that.

Did Mr. Lowe review any source code for NudgeMaster games that were deployed in Georgia in



2004?

A.    I'm just going to -- I'm familiar with that.  I'm just going to look through it.  I don't see any indication that he reviewed source code for, what did you say, 2004, 2005.

Q.    Mr. Lowe has not reviewed any NudgeMaster code for NudgeMaster games deployed in the 2004/2005 time frame?

A.    I don't see any indication that he examined the source code for those time periods.

Q.    Let me refer you to paragraph 1 of Mr. Lowe's declaration.  He states that he is a senior software development engineer; is that correct?

A.    Yes.

Q.    Do you know what he does as a senior software development engineer at Dog Crew, LLC?

A.    No.

Q.    No understanding as to what he works on at Dog Crew, LLC?

A.    No, I don't see any indication of that.

Q.    Do you have an understanding as to what -- Mr. Lowe is a software development engineer. What software does he develop?

A.    I do not know that.  He did say that



Page 231

NudgeMaster lacked ability to show the next play.

So those seem to be like the versions that he looked at this code.

Q.    What methodology did Mr. Lowe undertake or what methodology did Mr. Lowe employ when reviewing the NudgeMaster code on the AGT source code repository?

A.    It doesn't detail that, I don't think, that he -- as a software engineer, the normal process would be you would look at the source code and trace it through and/or run -- compile it and run that source code.

Q.    But we don't know what methodology he employed, Dr. Harrigan?

A.    No.  What we know is that he's a professional and that he examined them, but he hasn't gone through the steps that he did besides saying that he reviewed the source code.

Q.    Mr. Lowe is not a professional source code reviewer, is he, Dr. Harrigan?

A.    I don't know exactly what that is, but I'd consider myself one of that.  I've never been called that before.  Any programmer can do software review.

Q.    We don't know if Mr. Lowe is an expert in



source code review, do we?

A.    No, but I don't even know if that exists. It maybe exists.  But I would -- having source code reviewed by a programmer.  It would seem to me all programmers could do source code review just like Mr. Friedman did.

Q.    How long did Mr. Lowe spend reviewing the NudgeMaster code?

A.    I don't know.

Q.    What source code routines did Mr. Lowe look at when reviewing the NudgeMaster code?

A.    Like what functions you're asking me ...

Q.    Yeah, the source code routines.  What functions did he look at?

A.    I don't know.

Q.    Do you know if he used any tools to search the code?

A.    I don't know that, but I don't know how you would analyze code without using some software tools.

Q.    Did you review the YouTube video that's referenced in paragraph 29 of Mr. Lowe's declaration?

A.    I did.

Q.    And you saw that the video had a


MAGNA
LEGAL SERVICES

copyright date of 2004, correct?

MR. NORTH:  Objection to the form.

THE WITNESS:  I don't remember that, though it would be here.  Oh, yes, I do remember that.  So it had a -- what date did you call that?

BY MR. HSU-HOFFMAN:

Q.    2004.  It had a 2004 --

A.    Yes.

Q.    -- copyright date?

A.    Yes.

Q.    And we agree there was NudgeMaster code that existed in the 2004 time frame, correct?

A.    Yes.  Now, this is the -- a number that they said often got out of date, this version number.

Q.    What methodology did Mr. Lowe employ to identify source code that referred to Victory Lane?

A.    I don't know what methodology would be exactly in this case.  It would seem to me you would go through the source code and find out when that first existed, when that software first existed.

Q.    What methodology did he use to look for source code that referenced Michigan Redemption?

A.    Again, I don't know what tools he used for the source code.  We saw in the repository the



various dates for the various versions.

Q.     Do you know if Mr. Lowe ever worked on Victory Lane or Michigan Redemption in his career at World Touch Gaming?

A.     I do not.

Q.     You're familiar with the passage referred to in paragraph 18 about expanding the "Peek Next Game" functionality?  It was in paragraph 18 of Mr. Lowe's declaration?

A.     The one that starts "Based on review of the source code"?

Q.     That's correct.  There is a reference in that at the bottom there, it says "Expands 'Peek Next Game' functionality."

Do you see that?

A.     Yes.

MR. NORTH:  And if at trial, under the rule of completeness, we'd have the full entry read to the jury.  Thank you.

BY MR. HSU-HOFFMAN:

Q.     When something refers to expanding functionality, that generally means that the functionality already existed; it's just being expanded, correct?

MR. NORTH:  Objection to the form.


MAGNA
LEGAL SERVICES