**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM of PENNSYLVANIA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC<br><br>Defendants. | CIVIL ACTION NO: 3:19-cv-01470-JPW<br><br>Honorable Jennifer P. Wilson |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.9, defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC respectfully request that the Court hear oral argument regarding Defendants' pending Motion for Summary Judgment (Dkt. 155). Briefing regarding this Motion was completed on March 15, 2022.

Dated:  March 15, 2022     Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/John V. Gorman*
John V. Gorman (PA 80631)
Kenneth J. Davis (PA 87944) (admitted *pro hac vice*)
Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000; Fax:  215.963.5001
john.gorman@morganlewis.com
kenneth.davis@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendants' Request for Oral Argument was filed on this 15th day of March, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

<u>*/s/John V. Gorman*</u>
John V. Gorman
