# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of PENNSYLVANIA, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.9, defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC respectfully request that the Court hear oral argument regarding Defendants' pending Motion to Exclude Opinions and Testimony of Kevin Harrigan, P.h.D (Dkt. 156). Briefing regarding this Motion was completed on March 15, 2022.

Dated: March 15, 2022   Respectfully submitted,

     MORGAN, LEWIS & BOCKIUS LLP

    */s/John V. Gorman*
    John V. Gorman (PA 80631)
    Kenneth J. Davis (PA 87944) (admitted *pro hac vice*)
    Amy M. Dudash (PA 311898) (admitted *pro hac vice*)
    1701 Market Street
    Philadelphia, PA  19103
    Telephone:  215.963.5000; Fax:  215.963.5001
    john.gorman@morganlewis.com
    kenneth.davis@morganlewis.com
    amy.dudash@morganlewis.com

*Attorneys for Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that Defendants' Request for Oral Argument was filed on this 15th day of March, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/*John V. Gorman*
John V. Gorman