## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC,
and POM OF PENNSYLVANIA, LLC

      Plaintiffs,

  v.

PENNSYLVANIA COIN, LLC, and PA
COIN HOLDINGS

      Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' REQUESTS FOR ORAL ARGUMENT

Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC (collectively, "Plaintiffs") hereby respond to Defendants Pennsylvania Coin, LLC's and PA Coin Holdings, LLC's (collectively, "Defendants") requests for oral argument (Dkts. 175-176) on Defendants' pending Motion for Summary Judgment of Patent Invalidity (Dkt. 155) and Motion to Exclude Opinions and Testimony of Kevin Harrigan, Ph.D. (Dkt. 156).

Defendants' requests for oral argument do not set forth any reasons or other explanation underlying the requests. Should the Court have any questions or otherwise believe that oral argument would advance the disposition of one or both of these motions, then Plaintiffs respectfully request that any oral argument be scheduled either before April 9, or after April 25. The basis for this request is a

scheduled family vacation of lead counsel for Plaintiffs and the need to prepare

(and possibly travel, if the Court requires in-person argument) for any argument

upon return therefrom.

 Dated: March 16, 2022

**HILL, KERTSCHER & WHARTON LLP**

**/s/ Steven G. Hill**
Steven G. Hill, GA Bar No. 354658
*Admitted pro hac vice*
John L. North, GA Bar No. 545580
*Admitted pro hac vice*
Martha L. Decker, GA Bar No. 420867
*Admitted pro hac vice*
3625 Cumberland Blvd., Suite 1050
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Fax: (770) 953-1358
sgh@hkw-law.com
jln@hkw-law.com
md@hkw-law.com


**KLEINBARD LLC**
Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com
eschreiner@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

3

*Counsel for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Consolidated Response to Defendants' Requests for Oral Argument was filed on this 16th day of March, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ Steven G. Hill*
Steven G. Hill
