**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

   **AND NOW**, on this 21st day of March, 2022, **IT IS ORDERED THAT** the motions in limine and trial related deadlines set forth in the September 29, 2021 order, Doc. 152, are **SUSPENDED** due to necessity of a criminal trial.  **IT IS FURTHER ORDERED THAT** a telephone conference is schedule for **April 7, 2022, at 10:00 a.m.** to reset the trial deadlines in this case.  Plaintiffs' counsel shall initiate the call when all parties are on the line to chambers at (717) 221-3970.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania