## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAVVY DOG SYSTEMS, LLC, and
POM of PENNSYLVANIA, LLC,

      Plaintiffs,

    v.

PENNSYLVANIA COIN, LLC, and
PA COIN HOLDINGS, LLC

      Defendants.

CIVIL ACTION NO: 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

## [PROPOSED] ORDER GRANTING MOTION TO ENTER JUDGMENT AND REALIGN PARTIES FOR TRIAL

AND NOW, this ___ day of _____, 2022, the Court having reviewed the Parties Stipulated Motion to Dismiss, Enter Partial Judgment and Realign the Parties, it is hereby ORDERED that:

1. Based on the parties' agreement that Savvy Dog Systems, LLC and POM of Pennsylvania, LLC cannot prevail on their claim of patent infringement in view of the Court's prior claim construction of "actual game to be played" U.S. Patent No. 7,736,223, the final judgment to be entered in this case shall include against Plaintiffs and for Defendants for Plaintiffs' infringement claim;

2. Regarding the counterclaim of Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC for a declaratory judgment of non-infringement pursuant to the Declaratory Judgment Act, 28 U.S.C. Section 2201 *et seq*.,

the Court hereby declares that Defendants Pennsylvania Coin, LLC and PA Coin Holdings, LLC do not infringe any claim of U.S. Patent No. 7,736,223, and that the final judgment to be entered in this case shall include against Plaintiffs and for Defendants for Defendants' declaratory judgment counterclaim of noninfringement;

3. Because the sole remaining claim in the case for trial is the Defendants' counterclaim for declaratory judgment of patent invalidity of the claims of U.S. Patent No. 7,736,223, the Court hereby realigns the parties for purposes of the forthcoming trial.  Defendants PA Coin will be allowed to proceed first and last at trial.

4. This Order is without prejudice to the right of Savvy Dog Systems, LLC and POM of Pennsylvania, LLC to appeal the Court's adjudication of the claim construction of U.S. Patent No. 7,736,223, and the entry of judgment of non-infringement against it based thereon.

SO ORDERED this _____ day of _____, 2022.

_____
Honorable Jennifer P. Wilson
U.S. District Court Judge
Middle District of Pennsylvania

2