## CERTIFICATE OF SERVICE

I hereby certify that the Parties' **Stipulated Motion for Partial Judgment and Realign the Parties for Trial** was filed on this 31st day of March, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/Steven G. Hill*
Steven G. Hill