## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC., *et al.*, | : | Civil No. 3:19-CV-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of April, 2022, following a telephone status conference on April 7, 2022, **IT IS ORDERED THAT** oral argument on Defendant's motion for summary judgment, Doc. 155, is **SCHEDULED** for **July 19, 2022, at 10:00 a.m.**, Courtroom No. 1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania.  **IT IS FURTHER ORDERED** that all other deadlines in this case remain **STAYED** pending the resolution of Defendant's motion for summary judgment, Doc. 155.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania