## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC, and POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-cv-01470 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, and PA COIN HOLDINGS, LLC, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of July, 2022, following oral argument on the motion for summary judgment, Doc. 155, **IT IS ORDERED AS FOLLOWS**:

1) Pennsylvania Coin, LLC and PA Coin Holdings, LLC (collectively, "PA Coin"), shall file a letter brief regarding the impact of *DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245 (Fed. Cir. 2014), *Visual Memory LLC v. NVIDIA Corp.*, 867 F.3d 1253 (Fed. Cir. 2017), *Core Wireless Licensing S.A.R.L. v. LG Electronics, Inc.*, 880 F.3d 1356 (Fed. Cir. 2018), *EcoServices, LLC v. Certified Aviation Services, LLC*, 830 F. App'x 637 (Fed. Cir. 2020), on PA Coin's motion for summary judgment by **August 2, 2022**.

2) The parties shall file letter briefs addressing whether it is procedurally appropriate for the court to revisit its ruling on *Alice* step one from the motion to dismiss opinion, *see* Doc. 61. PA Coin's letter is due on **August 9, 2022**, and Savvy Dog Systems, LLC and POM of Pennsylvania, LLC's letter is due on **August 23, 2022**.

3) Each letter brief shall not exceed three pages single-spaced.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania