# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Scranton)

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC., et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:19-cv-01470-JPW |
| v. | : | |
| | : | |
| PENNSYLVANIA COIN, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of James G. Gorman, III on behalf of Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC, in the above-captioned matter.

Dated: July 20, 2022

Respectfully submitted,

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 085072)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, Pennsylvania 19103
Ph: (267) 443-4114
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

*Attorney for Plaintiffs*