## **CERTIFICATE OF SERVICE**

I hereby certify that Defendants' Letter Brief was filed on this 9th day of August, 2022 via the Court's CM/ECF system, which will send electronic notice of such filing to all counsel of record.

*/s/John V. Gorman*
John V. Gorman