## CERTIFICATE OF SERVICE

I hereby certify that the Plaintiff's Letter Brief was filed on this 23rd day of August, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

/s/Steven G. Hill
Steven G. Hill