# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVVY DOG SYSTEMS, LLC and<br>POM OF PENNSYLVANIA, LLC, | : | Civil No. 3:19-CV-01470 |
| Plaintiffs, | : | |
| v. | : | |
| PENNSYLVANIA COIN, LLC and<br>PA COIN HOLDINGS, LLC, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of September, 2022, in accordance with the accompanying memorandum and the court's April 1, 2022, order, Doc. 180, **IT IS ORDERED AS FOLLOWS**:

1) Defendants' motion for summary judgment, Doc. 155, is **GRANTED**.

2) Judgment shall be entered in favor of Defendants on Count I of the amended complaint.

3) Judgement shall be entered in favor of Defendants on counterclaim Counts I and II.

4) Defendants' motion to exclude opinions and testimony of Kevin Harrigan, Ph.D., Doc. 156, is **DENIED AS MOOT**.

5) The Clerk of Court shall enter judgment and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania