AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**
**JUDGMENT IN A CIVIL CASE**

SAVVY Dog Systems, LLC and
POM of Pennsylvania. LLC;
    Plaintiffs/Counterclaim Defendants

Case No: 3:19-CV-1470

V.

Pennsylvania Coin, LLC;
PA Coin Holdings, LLC
    Defendants/Counterclaim Plaintiff

Judge Jennifer P. Wilson

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, **Pennsylvania Coin, LLC and PA Coin Holdings, LLC**, and against the Plaintiffs, **SAVVY Dog Systems, LLC and POM of Pennsylvania. LLC** on Count I of the amended complaint and counterclaim Counts I and II.

**Date:** September 19, 2022      **Peter Welsh, Clerk of Court**

/s/ Mark J. Armbruster
Deputy Clerk