**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SAVVY DOG SYSTEMS, LLC, a
Wyoming limited liability company, and
POM OF PENNSYLVANIA, LLC a
Wyoming limited liability company,

          Plaintiff,

    v.

PENNSYLVANIA COIN, LLC, a
Pennsylvania limited liability company,
and PA COIN HOLDINGS, LLC, a
Pennsylvania limited liability company,

          Defendants.

Civil Action No. 3:19-cv-01470-JPW

Honorable Jennifer P. Wilson

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Federal Circuit from the following orders and judgment:

(a)    District Court Judge Jennifer Wilson's Order and Memorandum, dated April 1, 2020 [Dkts. 61-62], denying Defendants' motion to dismiss due to patent invalidity based on a lack of patentable subject matter pursuant to 35 U.S.C. § 101. Plaintiffs appeal the portion of such Order and Memorandum finding that the patent at issue is directed to an abstract idea.

(b)    District Court Judge Jennifer Wilson's Order and Memorandum Opinion, dated December 21, 2020 [Dkts. 111-112], construing certain terms of the

patent at issue.

(c)     District Court Judge Jennifer Wilson's Stipulated Order dated April 1, 2022 [Dkt. 180], based on the December 21, 2020 Order and Opinion relating to claim construction, entering judgment in favor of Defendants and against Plaintiffs on Plaintiffs' claim of patent infringement, and entering judgment in favor of Defendants and against Plaintiffs on Defendants' counterclaim for declaratory judgment of patent non-infringement.

(d)     District Court Judge Jennifer Wilson's Order and Memorandum Opinion dated September 19, 2022 [Dkts. 190-191], granting Defendants' motion for summary judgment of patent invalidity based on a lack of patentable subject matter pursuant to 35 U.S.C. § 101.

(e)     The final judgment entered in this action on September 19, 2022 in favor of Defendants. [Dkt. 192].

All Plaintiffs appeal from the foregoing judgment and orders.

October 13, 2022.                    Respectfully submitted,

                                     /s/ Steven G. Hill
                                     Steven G. Hill, GA Bar No. 354658
                                     Admitted pro hac vice
                                     John L. North, GA Bar No. 545580
                                     Admitted pro hac vice
                                     Martha L. Decker, GA Bar No. 420867
                                     Admitted pro hac vice
                                     Hill, Kertscher & Wharton, LLP
                                     3625 Cumberland Blvd., SE, Suite 1050
                                     Atlanta, Georgia 30339

Telephone: (770) 953-0995
Fax: (770) 953-1358
Email: sgh@hkw-law.com
Email: jln@hkw-law.com
Email: md@hkw-law.com

- and -

Matthew H. Haverstick (PA ID No. 85072)
Eric J. Schreiner (PA ID No. 76721)
Paul G. Gagne (PA ID No. 42009)
Shohin H. Vance (PA ID No. 323551)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-2000
Fax: (215) 568-0140
Email: mhaverstick@kleinbard.com
Email: eschreiner@kleinbard.com
Email: pgagne@kleinbard.com
Email: svance@kleinbard.com

***Counsel for Plaintiffs Savvy Dog Systems, LLC
and POM of Pennsylvania, LLC***

3

## CERTIFICATE OF SERVICE

I hereby certify that the PLAINTIFFS' NOTICE OF APPEAL was filed on this 13th day of October, 2022 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/Steven G. Hill*
Steven G. Hill

*Counsel for Plaintiffs Savvy Dog Systems, LLC and POM of Pennsylvania, LLC*

4