# United States Court of Appeals for the Federal Circuit

---

**SAVVY DOG SYSTEMS, LLC, POM OF PENNSYLVANIA, LLC,**

*Plaintiffs-Appellants*

v.

**PENNSYLVANIA COIN, LLC, PA COIN HOLDINGS, LLC,**

*Defendants-Appellees*

---

2023-1073

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 3:19-cv-01470-JPW, Judge Jennifer P. Wilson.

---

## MANDATE

---

In accordance with the judgment of this Court, entered March 21, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 29, 2024
Date